UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY,　　　　)<br>)<br>)<br>　Plaintiff,　　　　　　　　　)<br>)<br>-vs-　　　　　　　　　　　　　)<br>)<br>XCENTRIC VENTURES, LLC,　　　　　　　)<br>RIP-OFF REPORT.COM　　　　　　　　　)<br>BADBUSINESSBUREAU.COM,　　　　　　　)<br>ED MAGEDSON, VARIOUS　　　　　　　　)<br>JOHN DOES, JANE DOES AND　　　　　　　)<br>ABC COMPANIES,　　　　　　　　　　)<br>)<br>　Defendants.　　　　　　　)　| Case Number 04 C 6018<br><br>Judge NORGLE<br><br>DOCKETED<br>OCT 1 2 2004 |

### NOTICE OF MOTION

To:　James K. Borcia, Esq.
　　David O. Yuen, Esq.
　　Tressler, Soderstrom, Maloney & Priess
　　233 South Wacker Drive, 22nd Floor
　　Chicago, Illinois 60606-6308

PLEASE TAKE NOTICE that on October 8, 2004, at 9:30 a.m., we will appear before the Honorable Charles R. Norgle, or any Judge sitting in his place or stead in Room 2341 in the United States District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **MOTION FOR LEAVE TO FILE INSTANTER A BRIEF IN EXCESS OF FIFTEEN (15) PAGES** and **PLAINTIFF'S MOTION FOR LIMITED, EXPEDITED DISCOVERY**, copies of which are hereby attached and served upon you.

Dated: October 6, 2004

　　　　　　　　　　　　　　　　　　　/s/ Bart A. Lazar
　　　　　　　　　　　　　　　　　　　Bart A. Lazar, Esq.
　　　　　　　　　　　　　　　　　　　Rachel M. Kindstrand, Esq.
　　　　　　　　　　　　　　　　　　　Seyfarth Shaw LLP
　　　　　　　　　　　　　　　　　　　55 East Monroe, Suite 4200
　　　　　　　　　　　　　　　　　　　Chicago, IL 60603
　　　　　　　　　　　　　　　　　　　(312) 346-8000
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　GEORGE S. MAY INTERNATIONAL COMPANY

CH1 10788861.2

## CERTIFICATE OF SERVICE

Bart A. Lazar, hereby certify that on the date indicated below, a copy of the foregoing **NOTICE OF MOTION; MOTION FOR LEAVE TO FILE INSTANTER A BRIEF IN EXCESS OF FIFTEEN (15) PAGES; PLAINTIFF'S MOTION FOR LIMITED, EXPEDITED DISCOVERY; (PROPOSED) ORDER GRANTING PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY; DECLARATION OF CHARLES E. BLACK IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION; DECLARATION OF RACHEL M. KINDSTRAND;** and **PLAINTIFF GEORGE S. MAY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION.** were served on the following opposing counsel by hand delivery.

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois;  60606-6308

on the 6th day of October, 2004.

_____
Bart A. Lazar

CH1 10788861.2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY,** ) ) ) ) Plaintiff, ) ) -vs- ) ) **XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,** ) ) ) ) ) ) ) ) Defendants. ) | Case Number 04-C-6018<br><br>Judge Norgle<br><br>**DOCKETED**<br>OCT 1 2 2004 |

### MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN (15) PAGES

NOW Comes Plaintiff, GEORGE S. MAY INTERNATIONAL COMPANY ("GSMIC"), by its attorneys Seyfarth Shaw LLP, and states in support of it Motion for Leave to File Instanter A Brief In Excess of Fifteen Pages, and hereby states as follows:

1. Plaintiff GSMIC has prepared a Brief in Support of Its Motion for Preliminary Injunction, a copy of which is attached to this Motion;

2. During the hearing on September 24, 2004, Defendants raised numerous objections to this Court's entry of a Temporary Restraining Order, including the argument that this Court lacked personal jurisdiction over the Defendants;

3. Plaintiff has asserted four counts in its Complaint, including violations of the Lanham Act, common law defamation and trade libel claims, and claims under the Illinois Uniform Deceptive Trade Practices Act and the Illinois Consumer Fraud and Deceptive Business Practices Act;

CH1 10798522.1



4. In order to adequately address Defendants' objections and adequately support Plaintiff's Motion for a Preliminary Injunction, Plaintiff requires more than the fifteen pages allotted per Local Rule 7.1.

5. Specifically, Plaintiff asks this Court for leave for an additional ten pages, not including exhibits and other attachments.

WHEREFORE, Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY respectfully requests that this Court grant Its Motion for Leave to File *Instanter* a Brief In Excess of Fifteen (15) Pages.

DATED: October 6, 2004

Respectfully submitted,

GEORGE S. MAY INTERNATIONAL COMPANY

By: _____
One of Its Attorneys

Attorneys for Plaintiff:

Bart A. Lazar, Esq.
Rachel M. Kindstrand, Esq.
**SEYFARTH SHAW LLP**
55 East Monroe, Suite 4200
Chicago, Illinois 60603
Telephone: (312) 346-8000
Facsimile: (312) 269-8869
Firm No. 90747

2

CH1 10798522.1