UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case Number 04-C-6018 |
| -vs- ) | |
| ) | Judge Charles Norgle |
| **XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,** ) ) ) ) ) ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF CHARLES E. BLACK IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION

CHARLES E. BLACK, under penalty of perjury, declares and states as follows:

1. I am the Vice President of Operations for George S. May International Company, ("George S. May"). I have been working in this capacity for the last 3 years. I have been employed with George S. May for over 17 years. My responsibilities include overseeing all of the day-to-day administrative and operational aspects of the company. I have full knowledge of, and am competent to testify to, all matters stated herein. Except as stated herein, this declaration is based upon my own personal knowledge and review of George S. May's records kept in the ordinary course of business. If called upon as a witness, I would competently testify to the following.

2. George S. May is one of the world's oldest and largest management consultant firms. It operates internationally from its headquarters in Park Ridge, Illinois, and has been in

business since 1925. George S. May contracts with businesses to perform consulting services. It analyzes companies' business operations and offers professional advice and other services to help businesses become more efficient and profitable. George S. May maintains a high professional standard in its business as well as its ethics. For example, George S. May received the 2003 Torch Award for Business Ethics from the Better Business Bureau.

3. The Internet Web Sites, www.ripoffreport.com and www.badbusinessbureau.com (the "Sites") are purportedly consumer protection sites, but appear to be a commercial vehicle for selling Defendants' products and services. Among those services are the sale of Defendants' corporate mediation program, which requires companies like George S. May to pay Defendants for the ability to rebut the false and defamatory statements found on the Sites. Because of the heinous nature of many of the postings on the Sites, in our view, this conduct borders on corporate extortion.

4. Defendants have posted a variety of false and defamatory postings on the Sites which they intend to be found through Internet searching. Defendants use Metatags so that Google and other internet search engines will lead to this content. A copy of the results of Google search for "George S May" is annexed as Exhibit A.

5. Once web surfers find the false postings on the Sites, they read, among other things, about the following false activities engaged in by George S. May, its owner, officers and employees:

- child pornography, drug dealing to children, pedophilia and other heinous crimes (See Exhibit B);
- larceny, fraud and deceit (see Exhibit C);

- postings supposedly made by George S. May's President, and employees but were not (see Exhibit D);

- postings that Defendants have been asked to take down by the person who made the posting which Defendants refused to take down, verbally berating the person who asked that her own posting be taken down; and

- in addition, there are numerous postings with false statements of fact concerning our recruitment, training, employee turnover and business practices.

6. The net impact of Defendants' metatagging of George S. May to promote the false postings on the Sites and the false postings themselves has been devastating, in that it has caused immeasurable damage to George S. May, its owner, officers and employees and their reputation. Our investigation has revealed dozens of situations where:

a. Numerous potential customers have cancelled consulting engagements with George S. May, specifically as a result of reviewing postings on the Sites.

b. Numerous potential customers have refused to meet with or enter into contracts with George S. May employees, specifically citing the content on the Sites.

c. Potential employees have declined interviews, employment and training specifically as a result of a Google search for George S. May and what they read on the Sites.

d. I have personally been contacted by members of my family and neighbors, who have "joked" about my working for pedophiles. These types of jokes definitely make me feel uncomfortable and have disrupted my relationships with friends, neighbors and family members.

7.      George S. May believes in the First Amendment and free speech, but the Defendants' conduct, in my view, does not fit in as free speech. The First Amendment should not permit Defendants to post statements that are more than likely to be false or planted by competitors or disgruntled employees, and then use Metatags or other computer codes to draw Internet users to the Sites to view the false and defamatory information The First Amendment should not permit Defendants to charge George S. May just so George S. May can rebut the false and defamatory statements hosted on the Sites.

8.      Because of the extensive postings which are rife with false and deceptive content, I firmly believe that George S. May is being irreparably harmed by Defendants' conduct, and that this Court should issue an order:

  a.    containing a preliminary injunction preventing Defendants' from hosting false, deceptively misleading and/or defamatory comment relating to George S. May, its owner, officers and employees, and order any Internet service providers who may be responsible for hosting such unlawful content to make that content inaccessible through the Internet.

  b.    Prohibit Defendants from using metatags or other similar computer codes using the "George S. May" trademark and/or other confusingly similar terms which lead Internet web surfers to the Sites. This will limit the negative impact caused by Defendants;

  c.    Require Defendants to post a disclaimer where postings on the Sites concerning George S. May are hosted, to the effect that "It has been found that many postings concerning George S. May on this site have been false and their credibility may be subject to question.."

- 4 -

    d. Permit George S. May to post rebuttals to any posting concerning George S. May at no charge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 6, 2004
Park Ridge, Illinois

                   _____
                   CHARLES E. BLACK

- 5 -

CH1 10797493.2

# SEE CASE FILE FOR EXHIBITS