UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case Number: 04 C 6018 |
| -vs- | ) ) | Judge Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DOCKETED OCT 2 8 2004

FILED OCT 0 8 2004

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

**THIRD DECLARATION OF CHARLES BLACK IN SUPPORT OF MOTION FOR AN ORDER FINDING DEFENDANTS IN CONTEMPT FOR VIOLATING THE <u>TEMPORARY RESTRAINING ORDER</u>**

CHARLES E. BLACK, under penalty of perjury, declare and state as follows:

1.     I have been employed with George S. May for over 17 years. Over the course of the past three (3) years, I have served as the Vice President of Operations for George S. May International Company ("GSMIC"). In this capacity, I oversee all of the day-to-day administrative and operational aspects of the company. I have full knowledge of, and I am competent to testify to, all matters stated herein. This declaration is based on my own personal knowledge of GSMIC's business practices and procedures. If called upon as a witness, I would competently testify to the following:

2.     Defendants' Internet Websites, www.ripoffreport.com and www.badbusinessbureau.com (the "websites") host, post and/or transmit complaints about companies or individuals. GSMIC has been the target of several of these postings. See <u>Exhibit A</u>.

3. I have reviewed the postings targeting GSMIC which are located on Defendants' websites, www.ripoffreport.com and www.badbusinessbureau.com. These postings contain various false and defamatory statements against GSMIC.

4. Based on my review, several of the postings targeting GSMIC on Defendants' websites contain statements that are false and defamatory, including but not limited to the following postings and statements:

a. A posting entitled "George S. May –UNETHICAL TRADE SECRETS REVEALED!" located at www.ripoffreport.com/reports/ripoff101697.htm. and www.ripoffreport.com/reports/ripoff101732.htm. (emphasis in original). Among other false statements, this posting states:

> Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact. "Larceny" is defined as the unlawful taking of personal property with intent to deprive the rightful owner of it permanently. He is quick to gloss over the "unlawful" aspect of such an act, but as he says: "depriving a business owner of his cash-on-hand is vital to George S. May's operations."

GSMIC does not instruct employees to deprive businesses of cash-on-hand. Attached hereto as Exhibit B.

b. A posting entitled "George S. May International deceptive company, false promises, raped & pillaged us, ripoff They will find a way to take your money and leave you feeling empty, robbed and wondering what just happened!" located at www.ripoffreport.com/reports/ripoff64081.htm. This posting falsely states that GSMIC never responded to requests from the individual who relayed this information in the posting. In fact, GSMIC has satisfactorily resolved this individual's issues, and the individual who provided the information for the posting requested that Defendants remove the posting, but Defendants refused. Attached hereto as Exhibit C.

2

c. A posting entitled "George S. May ripoff "The Prostitute of the Consulting Business" A complete, total, incredibly horrible, lying, decietful (siq) company..." located as www.ripoffreport.com/reports/ripoff95354.htm. GSMIC notes that this title is false and extremely harmful and defamatory to GSMIC, its business and its employees. This posting and subsequent responses falsely state that "company policy, as laid forth in our Policy and Procedures Manual, clearly states that Field Service reps are never, under any circumstances, to have any contact with Survey Service or Management Services personnel." Attached hereto as Exhibit D.

d. A posting entitled "George S. May International Rip-off Dishonest misleading & one of the worst companies to work for.....The company treats their employees very poorly, perhaps due to the more than 100% turnover rate" located at www.ripoffreport.com/reports/ripoff41290.htm, which includes a response to the posting purported to be from GSMIC's President and signed by "Israel Kushner—Park Ridge, Illinois", entitled "Message from the President of George S May International Company...This may include a full refund" stating:

> I have been mandated by the George S. May International Company Board of Directors to address and resolve all issues on 'Rip-off Report.com' in a timely and professional manner. I encourage all clients and employees to contact me at #800-999-3020 for a full resolution of your problem. This may include a full refund.

This posting is patently false and was never posted by GSMIC's President. Attached hereto as Exhibit E.

e. A posting entitled "George S. May International ripoff Abuse of employee status" located at www.ripoffreport.com/reports/ripoff86538.htm. This posting and subsequent responses to this posting, which includes an "update" entitled "The saga didn't end there," falsely state:

3

CH1 10803750.1

1) The methods for working with the field staff was designed (by others) in the 1930s (constant/scheduled telephone contact)...

2) Their telemarketing system is circa the 1970s.

3) Their IT needs are all run on an antiquated, costly mainframe computer.

4) Voice mail is non-existent, and email is reserved solely for the people within the office.

5) No records are kept by May of what leads have been worked in what area—they have no system to do this which wastes a ton of their sales force's time and effort.

These statements describing GSMIC's business practices and equipment are false. Attached hereto as Exhibit F.

f. A posting entitled "George S. May International Company, Better Business Bureau, BBB CONFIDENCE GAME SEPARATES FOOLS FROM THEIR MONEY..." located at www.ripoffreport.com/reports/ripoff104370.htm (emphasis in original). This posting falsely states:

> BBB and the George S. May International Company combine to defraud small business owners. The BBB is a marketing tool for companies to join it's ranks rather than a champion of the consumer, as they would have you believe. The BBB does not handle any consumer complaints raising issues concerning the competency of doctors, dentists, licensed therapists, veterinarians, and lawyers. The BBB specializes in unlicensed and unregulated professionals. The George S. May International Company employs these unregulated professionals to front for their operation of an unethical sales machine.

GSMIC does not employ the Better Business Bureau. Attached hereto as Exhibit G.

g. A posting entitled "George S. May International Company303 ripoff Unsolicited salesman, $350.00/day deceptive "analyst"..." located at www.ripoffreport.com /reports/ ripoff98372.htm. This posting, and its subsequent responses, falsely state that George S. May "paid for the awards they received from the BBB" and that "subsequent research has shown the company is not registered to do business with our Secretary of State." Additionally, the posting

4

includes a statement entitled "They are all salesman" and which is purported, according to the signature, to be from a GSMIC employee named "Shawn" which states, among other things, that GSMIC:

> [Uses] the same high pressure tactics on employees that they use on clients. They have you out in the middle of nowhere a thousand miles from home and they refuse to arrange travel for you until they get the money they want. This is just one of the ways they threaten, coerce and intimidate employees as well as client.

The real Shawn, a Staff Executive with GSMIC, was forced to post a rebuttal to this posting entitled "This information did not originate from me." The person posing as Shawn apparently had access to the real Shawn's email accounts. Attached hereto as Exhibit H.

    h.    A posting entitled "George S. May International Company GSMIC WARNING: DO NOT BE SCAMMED! PLEASE READ THIS IF YOU ARE PROSPECTIVE CLIENT OR EMPLOYEE OF GEORGE S. MAY!..." located at www.ripoffreport.com/reports/ripoff100195.htm. This title is false and extremely harmful and defamatory to GSMIC. Moreover, this posting falsely states "[t]hey will offer a "guarantee" to increase your "fill-in-the-blank" by "15%" while they are there preparing "marketing" strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000." Attached hereto as Exhibit I.

    5.    These false postings continue to cause actual damage and irreparable harm to GSMIC. Defendants' postings are intended to be found through Internet searching. See Exhibit J. Defendants have used Metatags with descriptive keywords such as "George S. May" so that Internet search engines will retrieve Defendants' postings. For example, a copy of the results of a Google search for "George S. May" is attached as Exhibit K.

    6.    As a result of Defendants' practices, numerous potential customers have cancelled consulting engagements with GSMIC as a result of reviewing Defendants' postings, potential

5

customers have refused to meet with or enter into contracts with GSMIC citing the content on the websites, and potential employees have declined interviews, employment and training as a result of Defendants' postings. For example:

　　　a.　GSMIC has received email correspondence from a potential employee who was scheduled to interview with GSMIC, but subsequently refused to interview with GSMIC, stating that "[s]ome research unveiled that your company is a fraud. If I were you, I'd get out now." See GSMIC correspondence, attached hereto as Exhibit L.

　　　b.　In addition, GSMIC was forced to "write off" a bill for services GSMIC provided for a client. This client refused to pay GSMIC, and stated that "he had seen the RipOff.com web site and had concerns about the company." See Exhibit L.

　　　7.　Defendants refuse to remove the postings, even at the request of the individual who authored the posting. Once the posting is edited, published, and/or transmitted, it can never be removed, only "updated." See "Rebuttal Rules Have Changed," attached hereto as Exhibit M.

　　　8.　Defendants' refusal to comply with the Court's Temporary Restraining Order continues to cause actual damage and irreparable harm to GSMIC, its business and employees. GSMIC asks this Court to require Defendants to comply with the Court's Temporary Restraining Order entered on September 24, 2004, and extended until further notice of the Court and by agreement of the parties on October 8, 2004.

　　　I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 19, 2004
Park Ridge, Illinois

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CHARLES E. BLACK

6

CH1 10804607.1

# See Case File for Exhibits