UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

2004 OCT 21  AM 11: 13

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, )<br>)<br>U.S. DISTRICT COURT )<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>XCENTRIC VENTURES, LLC, )<br>RIP-OFF REPORT.COM )<br>BADBUSINESSBUREAU.COM, )<br>ED MAGEDSON, VARIOUS )<br>JOHN DOES, JANE DOES AND )<br>ABC COMPANIES, )<br>)<br>Defendants. ) | Case Number: 04 C 6018<br><br>Judge Norgle |

## AMENDED NOTICE OF MOTION

To:  James K. Borcia, Esq.
     David O. Yuen, Esq.
     Tressler, Soderstrom, Maloney & Priess
     233 South Wacker Drive, 22nd Floor
     Chicago, Illinois 60606-6308

**PLEASE TAKE NOTICE** that on October 29, 2004, at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, or any Judge sitting in his place or stead in Room 2341 in the United States District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **MOTION FOR AN ORDER FINDING DEFENDANTS IN CONTEMPT FOR VIOLATING THE TEMPORARY RESTRAINING ORDER**, a copy of which has been previously served upon you.

Dated: October 21, 2004

Bart A. Lazar, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000
Attorneys for Plaintiff
GEORGE S. MAY INTERNATIONAL COMPANY

CH1 10788861.4

## CERTIFICATE OF SERVICE

Bart A. Lazar, hereby certify that on the date indicated below, a copy of the foregoing **AMENDED NOTICE OF MOTION.**

were served on the following opposing counsel by hand delivery.

>James K. Borcia, Esq.
>David O. Yuen, Esq.
>Tressler, Soderstrom, Maloney & Priess
>233 South Wacker Drive, 22nd Floor
>Chicago, Illinois; 60606-6308

on the 21th day of October, 2004.

_____
Bart A. Lazar

2

CH1 10788861.4