Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 6018 | DATE | 11/18/2004 |
| CASE TITLE | GEORGE S. MAY vs. XCENTRIC VENTURES, LLC | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]   Enter agreed order for an extension of time for plaintiff to file its reply in support of its motion for an order finding defendants in contempt for violating the temporary restraining order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | NOV 22 2004 | |
| ✓ | Notified counsel by telephone. | date docketed | 23 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| EF | courtroom deputy's initials | 2004 NOV 19 PM 4:32 | date mailed notice |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

**RECEIVED**

**NOV 1 7 2004**

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY )
INTERNATIONAL COMPANY, )
 )
 Plaintiff, )
 )  Case Number 04-C-6018
-vs- )
 )  Judge Norgle
XCENTRIC VENTURES, LLC, )
RIP-OFF REPORT.COM )
BADBUSINESSBUREAU.COM, )
ED MAGEDSON, VARIOUS )
JOHN DOES, JANE DOES AND )
ABC COMPANIES, )
 )
 Defendants. )

NOV 2 2 2004

### AGREED ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR AN ORDER FINDING DEFENDANTS IN CONTEMPT FOR VIOLATING THE TEMPORARY RESTRAINING ORDER

UPON AGREEMENT of the Parties, IT IS HEREBY ORDERED:

Plaintiff George S. May International Company shall have until November 23, 2004 to file its Reply In Support of Its Motion For An Order Finding Defendants In Contempt For Violating the Temporary Restraining Order.

AGREED AND APPROVED:

_/s/ James K. Borcia_                                        _/s/ Rachel M. Kindstrand_

James K. Borcia, Esq.                                         Rachel M. Kindstrand, Esq.
Tressler, Soderstrom, Maloney & Priess        Seyfarth Shaw LLP
233 South Wacker Drive, 22nd Floor             55 East Monroe St., Suite 4200
Chicago, Illinois 60606-6308                            Chicago, Illinois 60603

ENTER: _/s/ Charles R. Norgle_

Dated: 11/18/2004, 2004.

CH1 10817916.1

23