## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, <br><br> Plaintiff, <br><br> -vs- <br><br> XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case Number: 04 C 6018

Judge Norgle

**FILED**

JAN 1 1 2005

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

### NOTICE OF MOTION

To:     James K. Borcia, Esq.
        David O. Yuen, Esq.
        Tressler, Soderstrom, Maloney & Priess
        233 South Wacker Drive, 22nd Floor
        Chicago, Illinois 60606-6308

**PLEASE TAKE NOTICE** that on January 14, 2005, at 10:30 a.m., we will appear before the

Honorable Charles R. Norgle, or any Judge sitting in his place or stead in Room 2341 in the United States

District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there

present its Motion for An Extension of Time For Service of Summons and Complaint Pursuant to Federal

Rule of Civil Procedure 4(m), a copy of which is attached and is hereby served upon you.

Dated: January 11, 2005

*Rachel M. Kindstrand*
Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000
Attorneys for Plaintiff
GEORGE S. MAY INTERNATIONAL COMPANY

CH1 10818501.1

Dockets.Justia.com