JKB/cic/350095                                                          5624-2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GEORGE S. MAY INTERNATIONAL                  )
COMPANY,                                      )
                                             )
                        Plaintiff,           )
                                             )
            v.                               )        No. 04 C 6018
                                             )
XCENTRIC VENTURES, LLC, RIP-OFF              )        Judge Norgle
REPORT.COM, BADBUSINESSBUREAU.COM,           )
ED MAGEDSON, VARIOUS JOHN DOES, JANE         )
DOES AND ABC COMPANIES,                      )
                                             )
                        Defendants.          )

### NOTICE OF MOTION

**FILED**

JAN 2 0 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:     Bart A. Lazar, Esq.
        Seyfarth Shaw LLP
        55 East Monroe, Suite 4200
        Chicago, IL 60603

PLEASE TAKE NOTICE that on the 28th day of January, 2005 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present a **Motion to Quash Subpoena**, a copy of which is attached hereto and hereby served upon you.

                                    XCENTRIC VENTURES, LLC and ED
                                    MAGEDSON

                                    By: _____
                                        One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that she served copies of the above documents upon the attorneys shown above at the addresses shown above by depositing the same in the U.S. Mail at 233 South Wacker Drive, Chicago, Illinois, before 5:00 p.m. on the 20th day of January, 2005, with proper postage prepaid.

Subscribed and Sworn to before me
this 20th day of January, 2005.

By: _____
      Notary Public

OFFICIAL SEAL
CYNTHIA CLOSE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-15-07