*United States District Court for the Northern District of Illinois*

Case Number: 04C6018    Assigned/IssuedBy: _____

### FEE INFORMATION

**Amount Due:**  ☐ $150.00   ☐ $39.00   ☐ $5.00
☒ IFP   ☐ No Fee   ☐ Other _____
☐ $255.00

No. Service copies _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

**Type Of Issuance:**
☒ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets

Writ _____
(Type of Writ)

1 Original and 1 copies on 1/28/05 as to Deft
(Date)

Ed Magedson

C:\wpwin80\docket\feeinfo.frm   01/05

Dockets.Justia.com