JKB/cic/351635　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Judge Norgle ) ) ) ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:　Bart A. Lazar, Esq.
　　　Seyfarth Shaw LLP
　　　55 East Monroe, Suite 4200
　　　Chicago, IL 60603

　　　PLEASE TAKE NOTICE that on the **18th day of February, 2005 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Xcentric Ventures' Motion to Dismiss For Lack of Jurisdiction**, a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　XCENTRIC VENTURES, LLC

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that she served copies of the above documents upon the attorneys shown above at the addresses shown above by depositing the same in the U.S. Mail at 233 South Wacker Drive, Chicago, Illinois, before 5:00 p.m. on the 8th day of February, 2005, with proper postage prepaid.

Subscribed and Sworn to before me
this 8th day of February, 2005.

By: _____
Notary Public

OFFICIAL SEAL
CYNTHIA CLOSE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-15-07