IN THE UNITED STATES DISTRICT COURT **FILED**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FEB 1 0 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) ) Case Number: 04-C-6018 |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) ) ) Judge Norgle ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

To:   James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6308

**PLEASE TAKE NOTICE** that on February 10, 2005, Plaintiff George S. May International Company, by and through its attorneys Seyfarth Shaw LLP, filed with the United States District Court, Northern District of Illinois, Eastern Division, an **Affidavit of Service of Summons and Complaint on XCentric Ventures LLC**, a copy of which is attached hereto and hereby served upon you.

GEORGE S. MAY INTERNATIONAL COMPANY

By: *Rachel M. Kindstrand*
One of Its Attorneys

Bart A. Lazar, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000
Attorneys for Plaintiff

CH1 10855835.1

# GILA COUNTY SHERIFF'S OFFICE
## CIVIL PROCESS DIVISION
## COUNTY OF GILA, STATE OF ARIZONA

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY | CASE NO. 04-C-6018 |
| | AFFIDAVIT OF SERVICE |
| VS | |
| | **ORIGINAL** |
| XCENTRIC VENTURES LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES | |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINIOS

I, **Sergeant Richard C. Taylor**, Being first duly sworn, deposes and says that he/she is regularly appointed qualified Deputy Sheriff of the County of Gila, State of Arizona and over the age of twenty-one (21), not a party to the action or related to either party, nor an Attorney for a party, nor in any way interested in the named action and authorized to serve civil process by the laws of the State of Arizona and competent to be a witness therein and that he/she receive the following documents;

**SUMMONS IN A CIVIL CASE**
**COMPLAINT**

FILED
FEB 1 0 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ON THE 13TH DAY OF JANUARY 2005, at 1103 HOURS And he/she served the same on the defendant and/or respondent in the County of Gila, State of Arizona, a true and correct copy thereof, in the manner and at the place and time shown below:

**MANNER OF SERVICE:**
**PERSON & TITLE OF PERSON(S) TO BE SERVED:** PETER G. BUSNACK
**TYPE OF SERVICE:**

**PERSONAL SERVICE**
by personally delivering true copies to the person or corporation names.

| | |
|---|---|
| **Party Served:** | PETER G. BUSNACK "BIG-FOOT" |
| **Name & Title of Person Served:** | PETER G. BUSNACK "BIG-FOOT" |
| **Date & Time of Service:** | JANUARY 19, 2005 AT 1150 HOURS |
| **Address, City & State of Service** | REEVES MOUNTAIN SCHOOL |
| | ROOSEVELT, ARIZONA |

================================================================

| | |
|---|---|
| John R. Armer, Sheriff of Gila County | Sworn before me, **TAMMY GLEN**, Notary |
| BY: **SERGEANT RICHARD C. TAYLOR** | This 24th Day of JANUARY, 2005. |
| *Sgt RC Taylor #2135* | *Tammy Glen* |
| CN 02/2046 FEES; $40.00 PAID | |



OFFICIAL SEAL
TAMMY GLEN
Notary Public - State of Arizona
GILA COUNTY
My Comm. Expires Dec. 10, 2005

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

*Alias* SUMMONS IN A CIVIL CASE

George S. May International Company

v.

XCentric Ventures LLC, Rip-off Report.com, Badbusinessbureau.com, Ed Magedson, Various John Does, Jane Does, and ABC Companies

CASE NUMBER: 04-C-6018

ASSIGNED JUDGE: Judge Norgle

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Mason

TO: (Name and address of Defendant)

XCentric Ventures, LLC
c/o Agent G. Peter Busnack
8833 S JB Road
Reevis Mountain, AZ 85545

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronald L. Lipinski
Bart A. Lazar
Rachel M. Kindstrand
Seyfarth Shaw LLP
55 East Monroe St., Suite 4200
Chiacgo, IL 60603

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 4 2004

DATE

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a copy of **Affidavit of Service of Summons and Complaint on XCentric Ventures LLC** to be served by United States mail, postage prepaid, on this 10th day of February, 2005, before the hour of 5:00 p.m., on the following:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois; 60606-6308

*/s/ Rachel M. Kindstrand*
Rachel M. Kindstrand

CH1 10855835.1