

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 9 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | Case Number: 04 C 6018 |
| -vs- ) ) | Judge Charles R. Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  James K. Borcia, Esq.
     David O. Yuen, Esq.
     Tressler, Soderstrom, Maloney & Priess
     233 South Wacker Drive, 22nd Floor
     Chicago, IL 60606-6308

    **PLEASE TAKE NOTICE** that on March 11, 2005, at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, or any Judge sitting in his place or stead in Room 2341 in the United States District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Plaintiff's Motion to Compel Answers to Its First Set of Interrogatories and Requests to Produce Documents and Things**, a copy of which is attached and is hereby served upon you.

Dated: March 9, 2005

                                                    **GEORGE S. MAY INTERNATIONAL COMPANY**

                                                    By: _/s/ Rachel M. Kindstrand_
                                                                  One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000

CH1 10868004.1

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of the foregoing **Plaintiff's Motion to Compel Answers to Its First Set of Interrogatories and Requests to Produce Documents and Things** and Proposed Order was served on the following opposing counsel via messenger on March 9, 2005:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL 60606-6308

_/s/ Rachel M. Kindstrand_
Rachel M. Kindstrand

CH1 10868004.1