UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR  9 2005  WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) |
| **XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,** | ) |
| | ) |
| Defendants. | ) |

Case Number:  04-C-6018

Judge Norgle

### <u>NOTICE OF FILING</u>

To:   James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, Illinois  60606-6308

**PLEASE TAKE NOTICE** that on March 9, 2005, Plaintiff George S. May International Company, by and through its attorneys Seyfarth Shaw LLP, filed with the United States District Court, Northern District of Illinois, Eastern Division, its **DECLARATION OF RACHEL M. KINDSTRAND IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**, a copy of which is attached hereto and hereby served upon you.

Dated:  March 9, 2005

*Rachel M. Kindstrand*

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000
Firm Id. 90747

CH1 10868191.1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAR 9 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY,** )<br>)<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>**XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case Number 04-C-6018<br><br>Judge Norgle |

## DECLARATION OF RACHEL M. KINDSTRAND IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

I, Rachel M. Kindstrand, have personal knowledge of the facts alleged herein, am competent to testify, and if called as a witness, would testify as follows:

1.     I am an attorney licensed and in good standing with the State Bar of Illinois, and I am admitted to practice before the General Bar of the United States District Court for the Northern District of Illinois, Eastern Division.

2.     I have entered an appearance as counsel for Plaintiff George S. May International Company in the above-captioned case.

3.     I make this declaration in support of the Exhibits which are attached to this Declaration. This Declaration is made in support of Plaintiff George S. May International Company's Motion to Compel Answers to Its First Set of Interrogatories and Requests to Produce Documents and Things.

4.      On March 9, 2005, I personally went to Defendants' website, www.ripoffreport.com. I inputted George S. May into the search request dialogue box. A number of entries for reports involving Plaintiff were generated. I viewed and printed a report entitled "George S. May International ripoff! Beware Potential Employees. Park Ridge Illinois" which indicates that it was submitted by an individual named John located in Woodstock, Illinois. This entire report is attached as Exhibit 1 to this Declaration.

5.      On March 9, 2005, I personally went to Defendants' website, www.ripoffreport.com. I clicked on the link "File" at the top of the webpage, and then chose the link "Register as a new user:." I viewed and printed the webpage entitled "Register" which contains several boxes for the user to fill in, including boxes for a first and last name, as well as address information including city and state. This webpage is attached as Exhibit 2 to this Declaration.

6.      On March 9, 2005, I personally went to Defendants' website, www.ripoffreport.com. I clicked on the link "Revenge Guide." I viewed and printed the webpage entitled "The Ripoff Revenge." I also viewed and printed the pop-up advertisement which appears upon accessing www.ripoffreport.com, entitled "From the founder of Rip-off Report.com." The webpage and advertisement are attached as Exhibit 3 to this Declaration.

7.      On March 9, 2005, I personally went to Defendants' website, www.ripoffreport.com. I clicked on the link "Donate." I viewed and printed the webpage asking for donations which also includes links to PayPal. This webpage is attached as Exhibit 4 to this Declaration.

8.      On December 15, 2004, I went to Sterling Network Services website, located at www.sterlingnetwork.com. I clicked on the link entitled "contact." I viewed and printed the

2

webpage, which includes an address and contact information for SNS Chicago, IL. This webpage is attached as Exhibit 5 to this Declaration.

9.      On February 16, 2005, I personally went to Defendants' website, www.ripoffreport.com. I ran a search on the website for "EDitor" which refers to Defendant Ed Magedson. I viewed the results of the search, and read at least one posting which referred to a telephone call between posters of information and the EDitor. The webpage referring to this conversation and the EDitor's response is attached as Exhibit 6 to this Declaration.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 9, 2005
Chicago, Illinois.

_Rachel M. Kindstrand_

Rachel M. Kindstrand

CH1 10868117.1

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of the **DECLARATION OF RACHEL**

**M. KINDSTRAND IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL** was served on the

following opposing counsel via messenger on March 9, 2005:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois;  60606-6308

Rachel M. Kindstrand

# EXHIBIT 1



Submitted:
**1/24/2005 11:24:04
AM**
Modified: **1/24/2005
11:24:00 AM**

Category:
**Small Business Services**

**George S. May International ripoff! Beware Potential Employees. Park Ridge Illinois**

Company
**George S. May International**
Address:
**303 S. Northwest Highway
Park Ridge Illinois  60068-4245
U.S.A.**
Phone:
847-825-8806
Fax: 847-825-7937

I'm writing this report to alert potential GSM employees to beware of this organization. Last May (2004), I was telephoned by a representative of GSM about leaving my employer and coming over to GSM. The rep sounded as if she was in a room with hundreds of telemarketing reps which made me suspicious. She said that my thirteen years of working in the incentive marketing industry (a little bit of consulting) made me a perfect match for an "Executive Analyst" position. She set up a time for me to meet with someone at their HQ in Park Ridge, IL.

I decided to google the company (and boy was it smart that I did) to find out everything that I could about how they work. Being from the incentive marketing industry, I was trained that before meeting with anyone, do your homework and be as informed as possible about how they operate. I could not find one source of positive feedback about the organization anywhere on the web. The only source of outside information that I found was on RipOffReport.com.

I became more and more angry as I read the myriad of reports that were filed by ex-clients and ex-employees about their business practices. I decided that when I met with this "Executive" on my interview day, I would present a dossier about the extremely negative data that I collected.

When my interview was at hand, I visited the GSM HQ and was told that I would have to wait at least 45 minutes to see the "Executive" that was supposed to interview me. I politely told the receptionist that "my time is valuable and if this person does not present himself soon that I would be leaving."

She called the executive who told her that there was no changing his schedule and that I would have to wait. I told her that there was no point in waiting and I would be leaving. I gave my dossier to her and instructed her to present it to the executive who was supposed to interview me and to call me if there was a time to reschedule. I promptly left and was never contacted again. What a suprise.

Please, Please, Please do your homework on this company. Check out as much information as possible before you decide to work for such an organization. Real consultants from Bearing Point, Accenture and the like are almost all MBA's and are not telemarketed for positions. This company gives real consultants a bad name.

BE CAREFUL!!!

John
Woodstock, Illinois
U.S.A.

## Company Search

If you would like to see more Rip-off Reports<sup>TM</sup> on George S. May International, please use the search box below

George S. May International          [ Search ]

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too! CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.** CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003, Service of badbusinessbureau.com

# EXHIBIT 2



a service of
**bad**businessbureau.com

**Don't let them get away with it.**
**Make sure they make the Rip-off Report**

Home | File | Search | Register | Login

**Register**

If you want to file a Rip-off Report or a Rebuttal to a Rip-off Report you need to register first. Registration is free. This information is for our records only! Our staff may contact you regarding your report for any follow-up and possible help with your rip-off situation. Please read our Privacy Policy for complete details.

File Report
Update Report
Search Reports
Picture Reports
Editorials
Thank you!
Volunteer
Rip-off Reporters
Link to Us
Lawsuits
Revenge Guide
Donate
About Us
FAQ

**E-mail Address:**

**Password:**

**Confirm Password:**

*Friendly WARNING! It is a good idea to use a different password for everything you do on the Internet.*

**First Name:**

**Last Name:**

**Address:**

**City:**

**State/Province:**   Select State/Province

**Postal Code:**

**Country:**   United States of America

**Phone:**

**E-mail Preferences:**

☑ Send me the contact information if a lawyer is interested in my particular case or is possibly starting a class-action lawsuit.

☑ I am willing to be contacted by the media, a consumer advocate, lawyer or government authority to help further my cause or to help with an investigation against the business or individual I am reporting.

☑ Notify me when someone files a rebuttal or consumer comment to my report. *Note: If multiple rebuttals are made in one day you will receive multiple e-mails.*

☑ Notify me when someone files a rebuttal or consumer comment to a rebuttal I have filed on a report. *Note: If multiple rebuttals are made in one day you will receive multiple e-mails.*

☑ Send me e-mail from Rip-off Report about my categories of interest, special events, newsletters, or other notices. *Note: This is for Rip-off Report branded communications only as Rip-off Report does NOT rent or sell your personal information to 3rd parties for their marketing purposes.*

Submit

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Feel free to send us suggestions and comments to our editorial staff.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com



...by consumers, for consumers

a service of
**bad**businessbureau.com

RiP-OFF RepoRt.COM

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | Register | Login

File Report
Update Report
Search
Reports
Picture
Reports
Editorials
Thank you!
Volunteer
Rip-off
Reporters
Link to Us
Lawsuits
Revenge
Guide
Donate
About Us
FAQ

If we've helped you in some way, please don't forget about us.
Click here to read our plea for assistance, only if we helped you.

We need your help!

You may use the
following method to donate:

[PayPal DONATE]

Paypal accepts both Credit
Cards and Debit Cards..

What Donations are used for?

THE HIGH COST OF PROVIDING THIS SERVICE

The **bad**businessbureau.com and the Rip-off Report are comprised of more than 117,000 web pages, which grows every hour, every day. We host a web site with an extensive search engine with sophisticated placement capabilities and a dedicated database server. Also, we have enhanced firewall security, due to the nature of the Rip-Off Report, to guard against continuing attempts to intrude and commit sabotage against the site. The system is backed up, monitored and managed constantly. Many new costly additions are projected for the web site, including your pictures, to be featured weekly on our front page, soon to be added. (Send us your photos now so they may be added to your Rip-off Report!)

The Rip-Off Report also needs equipment ranging from cameras, recorders, computers, office supplies, to high-speed Internet services, which we constantly upgrade, to include the support of our state-of-the-

art investigations. In pursuit of the .bad guys.. we also need to pay volunteers' expenses, technicians and traveling costs to investigate rip-off businesses... so you won;t become a victim too.
We ask for your support so we can be there for you when you need us in the future. $1.00, $5.00, $10.00, $20.00... or whatever you can give us, would go a long way to help with these expenses.

We take pride in our ability to get the best results for our readers and would appreciate any financial support you can offer to assist us in maintaining our unprecedented results.

**Why donations are needed?**
**CLICK HERE TO UNDERSTAND MORE ON WHY WE NEED YOUR HELP.**

**TOGETHER, WE ARE**
**A CONSUMER-REPORTING NEWS AGENCY,**
**BY CONSUMERS, FOR CONSMERS.**

The Rip-Off Report and *bad*businessbureau.com work very hard on behalf of consumers, to help preserve civil and human rights, the goal of consumer advocacy. In response to reports placed on the website, we research abuses and help individuals defend their rights. Since our inception, we have helped consumers collect well over a million dollars to date, and prevented the loss of untold millions more for our readers. Additionally, thousands of consumers have thanked us for forewarning them about disreputable businesses through the Rip-Off Reports.

*The badbusinessbureau.com/ Rip-off Report is not funded by the businesses they monitor and report on as does the Better Business Bureau. Consequently, never informing the public about the actual nature of the complaints. We need funding from consumers to maintain your database of complaints, so others won't be victimized... Together, we are a consumer-reporting news agency, by consumers, for consumers.*

The Rip-Off Report and *bad*businessbureau.com can give you the information you need! In order to do this job well, - offering consumers the best help and the most comprehensive information available - we need YOUR help. We need assistance from the general public to generate the funds needed to continue to offer this service nationwide and beyond. The more funds we raise, the more consumers we can help on a daily basis. Alternatively, if you can help with our needs list, please contact us by e-mail donations@ripoffreport.com and we will be glad to let you know what we most urgently need.

Rip-off Report.com - badbusinessbureau.com

## How to *make a Non-Tax Deductible Donation...*

**You may use the
following method to donate:**



**Paypal accepts both Credit
Cards and Debit Cards..**

We need your support so we can continue this valuable service; $1.00, $5.00, $10.00, $20.00... or whatever you can give. With your permission, we would also like to add your name to a list of contributors on our website, so visitors to the Rip-Off Report can see who has contributed. You may also contribute anonymously.

You can either send donations by snail mail to our US Post Office Box below, or click below to contribute by credit or debit card (a secure site).

**If we've helped you in some way, please don't forget about us.**

We always encourage your valuable feedback!

Don't let them get away with it[TM]! Make sure they make the Rip-off Report.

Thank you for your support!

Sincerely,

Staff & volunteers
**bad**businessbureau.com

Your NON-tax deductible donation can be sent to our volunteers, by snail mail:
**bad**businessbureau.com
P.O. Box 310 Tempe, Arizona 85280

Rip-off Report.com - badbusinessbureau.com

The above address is for donations only.

**You may use the following method to donate:**



**Paypal accepts both Credit Cards and Debit Cards.**

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/donations.asp

3/9/2005

# EXHIBIT 3

3/9/2005

Revengeguide



# THE Rip-Off REVENGE™

## HELPING VICTIMS COLLECT IN A FEW DAYS

### LEGALLY AND INSTANTLY

✓ STOP THEIR BUSINESS FLOW

✓ MAKE THEM FEEL UNCOMFORTABLE

✓ GET THE MONEY OWED TO YOU WITHIN A FEW HOURS OR JUST DAYS, 99% OF THE TIME

SPONSORED BY: **Consumers Against Consumer Rip-Offs**



All orders shipped Priority Mail

I have created the **Rip-Off Revenge** ™ as a way to empower people with honest grievances to take action on them.

In our society today, lawyers, & businesspeople are often more concerned about what they can get away with than what is fair. Misuse of power like that upsets me! They say it's all "business". They take away the personal values of honesty and integrity and show no mercy except maybe some token political correctness. It's time for people who have been taken advantage of to get honest attention!

**See what others are saying about the Rip-off Revenge™ Techniques**

4 easy steps .. However…
most businesses give in by step 2

## HELPING VICTIMS COLLECT IN A FEW DAYS OR HOURS!



Tired of Legal Fees?

Don't trust lawyers?

Don't trust the Scales of Justice?

Tired of Collection Agencies?

Waiting years to collect?

"Go ahead… …sue me!" Sound familiar?

**Victim of a Rip-Off? by an Auto dealer, Auto repair, home**

**builder, retail store, or any type of business.**

*Get Rip-off Revenge™ and your money back too!*





GET RIP-OFF REVENGE!

HOW TO GET RIP-OFF REVENGE!

## How to get RipOff Revenge...

1. File a detailed **Rip-off Report™** with the BAD Business Bureau's website at: http://www.ripoffreport.com/ include what you are owed at then end of your Report.

2. Order your copy of Rip-Off Report.com Do-It-Yourself Guide: How to get Rip-off Revenge™ ...and your money back too!

***Select your country to order now:***

United States - $21.95

*PayPal*
BUY NOW

**Paypal accepts both Credit**



*"We used the Do-It-Yourself Guide and... in just 17 minutes we got a check... plus 15%. We got Rip-off Revenge™ and our money back too!"*
-Jason and Rob
Glendale, Arizona

---

*"I was extremely discouraged after being taken by a fraudulent financial entity. What's worse is that I was so embarrassed that I would not have taken action even if I knew how to. Luckily, I read the preview edition of Rip-off Revenge™ guide. Not only did the book help me to realize that I had nothing to be ashamed of, it allowed me to obtain full retribution. Without the Revenge Guide, I would have been lost. Thank you Rip-off Report for taking the time to construct such a wonderful book!"*

*"I bought your Do-It-Yourself Guide. I'll have to admit the thought of paying for a book to help me get what I felt I was already owed to me sounded like a rip-off. I was without a vehicle because I paid for repairs to my car that was never done. The garage manager kept insisting they replaced everything they charged me for. Being without a car gave me the determination I needed to start the steps in the guide book. I followed your instructions and can't believe what satisfaction it gave me! I was almost disappointed when the garage manager agreed to repair my car again and was refunding the money I already paid. I think consumers let so many things "slide by" because we are unsure of what to do. I never could have done it without your step by step instructions. I was able to get what was rightfully mine all legally without the expense of an attorney. It sure worked for me! Thank you very much"*
-Casey
Kansas City, Missouri

---

*"Not only did your site help us expose a great story in our local paper, but, your Do-it-your self guide actually saved me from losing thousands on home repairs that I knew were not my responsibility. Proof consumers like me can fight back and win."*
-Andrew S.
San Jose, California

*"As an attorney, my experience has been that the justice system is usually the best way to right a wrong. Unfortunately, the process can be too expensive and time consuming to address some situations. Recently, I found myself in such a situation so I turned to the Rip-off Revenge™ Guide. Using the step by step process in the guide, I was able to resolve a dispute with a building contractor that I had not been able to resolve with threats of administrative and legal action. The Rip-off Revenge™ Guide really works."*

– Maria
Phoenix, Arizona

*"As an attorney, my experience has been"*

– S. Sarri
Long Island, New York

*"I fell for one of the credit card scams. I didn't think I would ever get my money back. After several unsuccessful attempts at trying to communicate with the company I was ready to give up. I found your site, read all the reports and filed my Rip-off Report along with all the others. Then I followed your suggestions in your Rip-off Revenge™ Guide and it worked! My money was returned."*

– George M
Detroit, Michigan

**Select your country to order now:**

United States - $21.95

PayPal
BUY NOW

**Paypal accepts both Credit Cards and Debit Cards..**

**OR, Pay by Mail**

You may also pay by check or money order to:

**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280

Not convinced? ... Keep reading

Rip-off Report Do-It-Yourself Guide to Rip-off Revenge™ and your money back too... provides you with the tools you need to successfully and quickly resolve

Cards and Debit Cards..

YOUR FIRST STEP
TO REVENGE

First go to...



to file your report
and begin your
Rip-off revenge

Click Here

most consumer complaints.

## STEP BY STEP INSTRUCTIONS

This Do-It-Yourself Guide: How to get Rip-off Revenge™ ..and your money back too in most cases, is a detailed guide with 4 simple step by step instructions explained in detail with illustrations, photos and examples that will show you how to: Get Rip-off Revenge™ and Your money back too… *and even more sometimes!*

### ALSO INSIDE:

- How to Recoup from Credit Card Scams
- Repairs YOU Can Make to Your Credit Report
- Postal Scams to Avoid
- What the Small Print Says on Credit Card Statements
- Tips for Collecting on Court Judgements
- Planning on Moving? Read this before you move!



includes shipping and handling

**Do-it-Yourself Guide:**
**How to get Rip-off Revenge ™**
**and your money back too..**

**Rip-off Revenge™ Do-it-yourself guide** is $21.95 including Priority Shipping anywhere in the United States, $31.95 for Canada, and $41.95 for all other countries. **All orders are shipped to arrive within 5 days or less from receipt of orders.**

**Pay by Mail**

You may also pay by check or money order to:
**Rip-off Revenge**™



*Select your country to order now:*  **OR**

United States - $21.95

PayPal
BUY NOW

**Paypal accepts both Credit Cards
and Debit Cards..**

to pay with your debit or credit card

PO Box 310
Tempe, Arizona 85280

Feel free to send us suggestions and comments. | ED Magedson - Founder Rip-off Report.com
© 2003 Rip-off Revenge™

# EXHIBIT 4

Rip-off Report.com - badbusinessbureau.com

...by consumers, for consumers



a service of
**bad**businessbureau.com

Home   File   Search   Register   Login

**Don't let them get away with it.**
**Make sure they make the Rip-off Report**

File Report
Update Report
Search Reports
Picture Reports
Editorials
Thank you!
Volunteer
Rip-off Reporters
Link to Us
Lawsuits
Revenge Guide
Donate
About Us
FAQ

If we've helped you in some way, please don't forget about us.
Click here to read our plea for assistance, only if we helped you.

We need your help!

You may use the
following method to donate:



Paypal accepts both Credit
Cards and Debit Cards..

What Donations are used for?

THE HIGH COST OF PROVIDING THIS SERVICE

The **bad**businessbureau.com and the Rip-off Report are comprised of more than 117,000 web pages, which grows hour, every day. We host a web site with an extensive search engine with sophisticated placement capabilities and a dedicated database server. Also, we have enhanced firewall security, due to the nature of the Rip-Off Report, to guard against continuing attempts to intrude and commit sabotage against the site. The system is backed up, monitored and managed constantly. Many new costly additions are projected for the web site, including your pictures, to be featured weekly on our front page, soon to be added. (Send us your photos now so they may be added to your Rip-off Report!)

The Rip-Off Report also needs equipment ranging from cameras, recorders, computers, office supplies, to high-speed Internet services, which we constantly upgrade, to include the support of our state-of-the-

art investigations. In pursuit of the .bad guys,. we also need to pay volunteers' expenses, technicians and traveling costs to investigate rip-off businesses... so you won:t become a victim too.
We ask for your support so we can be there for you when you need us in the future. $1.00, $5.00, $10.00, $20.00... or whatever you can give us, would go a long way to help with these expenses.

We take pride in our ability to get the best results for our readers and would appreciate any financial support you can offer to assist us in maintaining our unprecedented results.

**Why donations are needed?**
**CLICK HERE TO UNDERSTAND MORE ON WHY WE NEED YOUR HELP.**

**TOGETHER, WE ARE**
**A CONSUMER-REPORTING NEWS AGENCY,**
**BY CONSUMERS, FOR CONSMERS.**

The Rip-Off Report and **bad**businessbureau.com work very hard on behalf of consumers, to help preserve civil and human rights, the goal of consumer advocacy. In response to reports placed on the website, we research abuses and help individuals defend their rights. Since our inception, we have helped consumers collect well over a million dollars to date, and prevented the loss of untold millions more for our readers. Additionally, thousands of consumers have thanked us for forewarning them about disreputable businesses through the Rip-Off Reports.

*The badbusinessbureau.com/ Rip-off Report is not funded by the businesses they monitor and report on as does the Better Business Bureau. Consequently, never informing the public about the actual nature of the complaints. We need funding from consumers to maintain your database of complaints, so others won't be victimized... Together, we are a consumer-reporting news agency, by consumers, for consumers.*

The Rip-Off Report and **bad**businessbureau.com can give you the information you need! In order to do this job well, - offering consumers the best help and the most comprehensive information available - we need YOUR help. We need assistance from the general public to generate the funds needed to continue to offer this service nationwide and beyond. The more funds we raise, the more consumers we can help on a daily basis. Alternatively, if you can help with our needs list, please contact us by e-mail donations@ripoffreport.com and we will be glad to let you know what we most urgently need.

How to *make a Non-Tax Deductible Donation...*

**You may use the
following method to donate:**



**Paypal accepts both Credit
Cards and Debit Cards...**

We need your support so we can continue this valuable service; $1.00, $5.00, $10.00, $20.00... or whatever you can give. With your permission, we would also like to add your name to a list of contributors on our website, so visitors to the Rip-Off Report can see who has contributed. You may also contribute anonymously.

You can either send donations by snail mail to our US Post Office Box below, or click below to contribute by credit or debit card (a secure site).

**If we've helped you in some way, please don't forget about us.**

We always encourage your valuable feedback!

Don't let them get away with it[TM]! Make sure they make the Rip-off Report.

Thank you for your support!

Sincerely,

Staff & volunteers
**bad**businessbureau.com

Your NON-tax deductible donation can be sent to our volunteers, by snail mail:
**bad**businessbureau.com
P.O. Box 310 Tempe, Arizona 85280

Rip-off Report.com - badbusinessbureau.com

The above address is for donations only.

**You may use the following method to donate:**



**Paypal accepts both Credit Cards and Debit Cards..**

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT 5

Case 1:04-cv-06018    Document 42    Filed 03/09/2005    Page 30 of 34



**STERLING NETWORK SERVICES**

home | what we do | products | partners | clients | feedback | contact

# Contact >

### SNS Phoenix, AZ

Sterling Network Services LLC
120 East Van Buren
Suite 100
Phoenix, AZ 85004

Directions to our Office
http://www.sterlingnetwork.com/

General 602.682.2200
Fax 602.682.2212
info@sterlingnetwork.com

NOC 602.682.2210 9AM-5PM
NOC 800.482.5310 After Hours
noc@sterlingnetwork.com
abuse@sterlingnetwork.com
Copyright Infringement Information
Careers

### SNS Chicago, IL

1033 Skokie Blvd.
Suite 600
Northbrook, IL 60062

General 847.480.4000
Fax 847.480.0199

info@sterlingnetwork.com

12/15/2004

Sterling Network Services >> Contact >

Conditions of Use | Copyright © 2004 Sterling Network Services LLC. All rights reserved

# EXHIBIT 6

**LOL I'm still here**

As you can see I'm still here. No one is making fun of your child just it's freakish parents. It's pretty common knowledge that I post as David and no one else here, so that dogs not going to hunt anymore that your countless other claims LOL. You can try to hide the core issue here behind another one of your smokescreens but it's going to fail. And whats thats issue? You and your husband file frivilous reports on your local businesses. I like many who have posted warning the readers here about you, are laughing at you April. The only way we are going to stop is when you sit down and shut that fat mouth of yours. Have a nice day!!!

David - BULLHEAD CITY, Arizona
U.S.A.

**Rebuttal Consumer Comment**
Submitted: 8/18/2004 3:37:05 AM Modified: 8/18/2004 11:55:00 PM

**Hey EDitor! April is utterly confused .. help her out in here!**

O April, how could David and I be the same person when we just together in person last month when he got down to my part of the state?

Why is it on all the reports you have typed in, you always start accusing people of all being one certain person who's out to get you every time you start losing a fight you'd started?

ED, the EDitor of this website has talked to David and I on the phone on a 3-way call. I'm assuming you will trust it's the truth if he indeed tells you we are two separate people.

Really it's very easy. David is 6' 3" and I am 5' even. He's the tall one, I'm the short one .. we both are bullheaded, opinionated, and cute. :)

Nancy - Phoenix, Arizona
U.S.A.

I can attest to the fact that they are 2 different people, ..one is male and one is female. Of course, one of them could have had a sex change. But, they are definitely 2 different people.

ED Magedson - Founder
EDitor@ripoffreport.com

**Rebuttal Consumer Comment**
Submitted: 9/7/2004 9:42:10 AM Modified: 9/8/2004 9:13:54 PM

7 hours of hell

I have been ordering pizza from Pizza Hut for years without any problems. Perhaps some squished pizzas from time to time but nothing serious. This past Saturday, I ordered a big New Yorker for delivery. Normally I can eat 5 slices but this time I had trouble with the second. I finished the third piece without enjoying the slice and had to lay down. I was not feeling so great.

Within 30 minutes of laying on my bed, I felt I needed to vomit. I threw up and had diarreah for seven hours where I was in the bathroom every 10 minutes. I have never thrown up so hard in my life. I have been sick before and this was the worst.

With all of my musscles cramping trying to throw up bright yellow bile I am still sore today. It is now Tuesday and I am miserable at work. I feel like I have a fever because of my muscle soreness. I need to lift boxes with electronic in them and cannot. I am contemplating loosing a day of work. Thank you Pizza Hut.

I have not contacted Pizza Hut because I believe if you want to be safe from food poisoning you should cook for yourself. This way you only have yourself to blame. Accidents happen and Pizza Hut produces how may pizzas a year, with how many reported illnesses? I imagine the statistics are low.

Dainon - Tucson, Arizona
U.S.A.

**Rebuttal Consumer Comment**
Submitted: 10/11/2004 2:10:36 AM Modified: 10/11/2004 8:10:54 AM

The Parent Company has no integrity, horrifying reports of animal cruelty, slave-like treatment