# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

George S. May International Company

           Plaintiff,

v.                Case No.: 1:04–cv–06018
                  Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 14, 2005:

   MINUTE entry before Judge Charles R. Norgle Sr.:Set deadlines/hearing as to motion to compel[40] : Responses due by 4/1/2005 Replies due by 4/15/2005. Status hearing set for 5/31/2005 at 09:30 AM. The briefing schedule previously set on defendant39;s motion to dismiss is stricken.(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.