IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 0 6 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | Case Number: 04 C 6018 |
| -vs- ) ) | Judge Charles R. Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   James K. Borcia, Esq.
      David O. Yuen, Esq.
      Tressler, Soderstrom, Maloney & Priess
      233 South Wacker Drive, 22nd Floor
      Chicago, IL 60606-6308

   **PLEASE TAKE NOTICE** that on April 8, 2005, at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, or any Judge sitting in his place or stead in Room 2341 in the United States District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Plaintiff's Motion for a Second Extension of Time for Service of Summons and Complaint Pursuant of Federal Rule of Civil Procedure 4(m)**, a copy of which is attached and is hereby served upon you.

Dated: April 6, 2005

**GEORGE S. MAY INTERNATIONAL COMPANY**

By: _Rachel M. Kindstrand_
       One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000

CH1 10868004.1

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of the foregoing **Plaintiff's Motion for a Second Extension of Time for Service of Summons and Complaint Pursuant of Federal Rule of Civil Procedure 4(m)** and Proposed Order was served on the following opposing counsel via messenger on April 6, 2005:

>James K. Borcia, Esq.
>David O. Yuen, Esq.
>Tressler, Soderstrom, Maloney & Priess
>233 South Wacker Drive, 22nd Floor
>Chicago, IL  60606-6308

*Rachel M. Kindstrand*
Rachel M. Kindstrand

CH1 10868004.1