George S May Intl, et al v. Xcentric Ventures, et al — Doc. 47
Case 1:04-cv-06018   Document 47   Filed 04/08/2005   Page 1 of 1

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 4/8/2005 |
| **CASE TITLE** | George S May Inatl Co vs. Xcentric Ventures, LLC., et al | | |

**DOCKET ENTRY TEXT:**

Plaintiff's unopposed Motion for a Second Extension of time for Service of Summons and Complaint [44] is granted. Defendants shall have until 4/6/05 to file their response to plaintiff's Motion to Compel [40] and plaintiff to reply by 4/22/05. Enter Agreed Order for Modified Briefing Schedule on Plaintiff's Motion to Compel.

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SB |
|---|---|---|

04C6018 George S May Inatl Co vs. Xcentric Ventures, LLC., et al          Page 1 of 1

dockets.Justia.com