JKB/cic/356231                                                                5634-2-51

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Honorable Judge Norgle ) |
| Defendants. | |

## AGREED ORDER FOR MODIFIED BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL

**UPON AGREEMENT** of the Parties, IT IS HEREBY ORDERED:

Defendants, Xcentric Ventures, L.L.C. and Ed Magedson, shall have until April 6, 2005 to file their response to Plaintiff's Motion to Compel and Plaintiff George S. May International Company shall have until April 22, 2005 to file its Reply in Support of its Motion to Compel.

**AGREED AND APPROVED:**

_____        _____
James K. Borcia, Esq.                  Rachel M. Kindstrand, Esq.
Tressler, Soderstrom, Maloney & Priess  Seyfarth Shaw LLP
233 South Wacker Drive, 22nd Floor     55 East Monroe Street, Suite 4200
Chicago, IL 60606                      Chicago, IL 60603

**ENTERED:**

_____
Charles R. Norgle

Dated: 4/8/ , 2005