# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

George S. May International Company

                                                Plaintiff,

v.                                                    Case No.: 1:04–cv–06018
                                                Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 9, 2005:

      MINUTE entry before Judge Charles R. Norgle Sr.:Motion to quash [31] is denied. Motion to compel [40] is granted. Defendants to comply within 28 days. Motion hearing held on 6/9/2005 regarding motion to compel[40], motion to quash[31]. Status hearing set for 8/30/2005 at 09:30 AM.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.