IN THE UNITED STATES DISTRICT COURT **FILED**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 29 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) ) ) ) ) ) ) |
| Defendants. | ) |

Case Number: 04 C 6018

Judge Charles R. Norgle

## NOTICE OF MOTION

TO:   James K. Borcia, Esq.
      David O. Yuen, Esq.
      Tressler, Soderstrom, Maloney & Priess
      233 South Wacker Drive, 22nd Floor
      Chicago, IL 60606-6308

**PLEASE TAKE NOTICE** that on July 1, 2005, at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, or any Judge sitting in his place or stead in Room 2341 in the United States District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Plaintiff's Motion for Substitute Service of Summons and Complaint on Defendant Ed Magedson, and for Extension of Time for Service of Summons and Complaint,** a copy of which is attached and is hereby served upon you.

Dated: June 29, 2005

GEORGE S. MAY INTERNATIONAL COMPANY

By: _____
    One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000

CH1 10868004.1

## CERTIFICATE OF SERVICE

I, Bart A. Lazar, hereby certify that a copy of the foregoing **Plaintiff's Motion for Substitute Service of Summons and Complaint on Defendant Ed Magedson, and for Extension of Time for Service of Summons and Complaint** and Proposed Order was served on the following opposing counsel via messenger on June 29, 2005:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL 60606-6308

_____
Bart A. Lazar

CHI 10868004.1