# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 7/1/2005 |
| **CASE TITLE** | George S. May International Company vs. Xcentric Ventures, LLC | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for substitute service of summons and complaint on defendant Ed Magedson and for extension of time for service of summons and complaint is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

George S May Intl, et al v. Xcentric Ventures, et al                                                                                    Doc. 55

Order Form (01/2005)   Case 1:04-cv-06018   Document 55   Filed 07/01/2005   Page 1 of 1

04C6018 George S. May International Company vs. Xcentric Ventures, LLC                                                    Page 1 of 1

Dockets.Justia.com