## *United States District Court for the Northern District of Illinois*

Case Number: __04cv6018__    Assigned/Issued    By:_____

---

**FEE INFORMATION**

*Amount Due:*    ☐ $250.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $255.00

No. Service copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons    ☑ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets    (name of victim, who it's against and $ amount)

☐ Writ _____
     (Type of Writ)

Original and __1__ copies on __7-6-05__ as to __Ed Magedson__
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/23/05