

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) Case Number: 04-C-6018 ) ) Judge Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) ) ) ) ) ) ) |
| Defendants. | ) |

KC **FILED**
JUL 1 9 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

To: James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6308

**PLEASE TAKE NOTICE** that on July 19, 2005, Plaintiff George S. May International Company, by and through its attorneys Seyfarth Shaw LLP, filed with the United States District Court, Northern District of Illinois, Eastern Division, **ALIAS SUMMONS AND RETURN OF SERVICE**, a copy of which is attached hereto and hereby served upon you.

GEORGE S. MAY INTERNATIONAL COMPANY

By: /s/ Rachel M. Kindstrand
One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000

CH1 10888692.1

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of **ALIAS SUMMONS AND RETURN OF SERVICE** was served on the following opposing counsel via United States mail, postage prepaid, on July 19, 2005:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL  60606-6308

_____
Rachel M. Kindstrand

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Alias **SUMMONS IN A CIVIL CASE**

GEORGE S. MAY INTERNATIONAL COMPANY,

CASE NUMBER: 04 C 6018

V.

ASSIGNED JUDGE: Judge Norgle

XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES.

DESIGNATED
MAGISTRATE JUDGE: Judge Mason

TO: (Name and address of Defendant)

Edward Magedson
c/o Jaburg & Wilk, P.C.
Attn: Maria Crimi Speth
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bart A. Lazar
Ronald L. Lipinski
Rachel M. Kindstrand
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DATE 7-6-05

2002 © American LegalNet, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 7-15-05 |
| NAME OF SERVER (PRINT) Donald Ballantine | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where 3200 N. Central Phoenix AZ Suite 2000

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

KC FILED
JUL 19 2005
JUL 19 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-15-2005
          Date          Signature of Server

1309 W. Windrift Way
Gilbert AZ 85233
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.