

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of

**GEORGE S. MAY INTERNATIONAL COMPANY**
v
**XCENTRIC VENTURES, LLC, et al.**

Case Number: **04 C 6018**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

**EDWARD MAGEDSON**

---

### (A)
- SIGNATURE: [signed]
- NAME: James K. Borcia
- FIRM: Tressler, Soderstrom, Maloney & Priess
- STREET ADDRESS: 233 S. Wacker Drive, 22nd Floor
- CITY/STATE/ZIP: Chicago, IL 60606
- TELEPHONE NUMBER: (312) 627-4000
- FAX NUMBER: (312) 627-1717
- E-MAIL ADDRESS: jborcia@tsmp.com
- IDENTIFICATION NUMBER: 6200926
- MEMBER OF TRIAL BAR? YES ☑ NO ☐
- TRIAL ATTORNEY? YES ☑ NO ☐

### (B)
- SIGNATURE: [signed]
- NAME: David O. Yuen
- FIRM: same
- E-MAIL ADDRESS: dyuen@tsmp.com
- IDENTIFICATION NUMBER: 6238407
- MEMBER OF TRIAL BAR? YES ☐ NO ☑
- TRIAL ATTORNEY? YES ☐ NO ☑
- DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑

### (C)
(blank)

### (D)
FILED
JUL 27 2005
JUL 27 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

dockets.Justia.com