IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| -vs- ) ) | Case Number: 04 C 6018 |
| XCENTRIC VENTURES, LLC, ) RIP-OFF REPORT.COM ) BADBUSINESSBUREAU.COM, ) ED MAGEDSON, VARIOUS ) JOHN DOES, JANE DOES AND ) ABC COMPANIES, ) ) | Judge Charles R. Norgle |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:　James K. Borcia, Esq.
　　　David O. Yuen, Esq.
　　　Tressler, Soderstrom, Maloney & Priess
　　　233 South Wacker Drive, 22nd Floor
　　　Chicago, IL 60606-6308

**PLEASE TAKE NOTICE** that on **August 12, 2005**, at **10:30 a.m.**, we will appear before the Honorable Charles R. Norgle, or any judge sitting in his place or stead in Room 2341 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Plaintiff George S. May International Company's Motion to Enforce Court's June 9, 2005 Order Granting Plaintiff's Motion to Compel and Motion for Sanctions Under FRCP 37(b)**, a copy of which is attached and hereby served upon you.

Dated: August 10, 2005　　　　　　　　　　GEORGE S. MAY INTERNATIONAL
　　　　　　　　　　　　　　　　　　　　　COMPANY

　　　　　　　　　　　　　　　　　　　By: _Rachel M. Kindstrand_
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000

CH1 10868004.3

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing **Plaintiff George S. May International Company's Motion to Enforce Court's June 9, 2005 Order Granting Plaintiff's Motion to Compel and Motion for Sanctions Under FRCP 37(b)** and Proposed Order was served on the following opposing counsel via messenger on August 10, 2005:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL  60606-6308


_/s/ Rachel M. Kindstrand_
Rachel M. Kindstrand

CH1 10868004.3