## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 8/18/2005 |
| **CASE TITLE** | George S. May Co. vs. Xcentric Ventures, LLC et al. | | |

**DOCKET ENTRY TEXT:**

Briefing schedule set for Edward Magedson's Motion to Dismiss for Lack of Jurisdiction: Plaintiff shall file its Response on or before August 26, 2005, and Defendants shall file their Reply on or before September 2, 2005. The parties may wish to address two recent decisions dealing with personal jurisdiction and Internet web sites. See <u>Jennings v. AC Hydraulic A/S</u>, 383 F.3d 546 (7th Cir. 2004); <u>Bombliss v. Cornelsen</u>, 824 N.E.2d 1175 (Ill. App. Ct. 2005).

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|

Dockets.Justia.com