# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 8/24/2005 |
| **CASE TITLE** | George S. May Internationa Company vs. Xcentric Ventures, LLC, et al. | | |

**DOCKET ENTRY TEXT:**

Enter agreed order for an extension of the briefing schedule on defendants' motions to dismiss. Plaintiff shall have until 9/2/2005 to file its response. Defendants shall have until 9/16/2005 to file any reply.

■ [ For further detail see attached order.]   Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

04C6018 George S. May International Company vs. Xcentric Ventures, LLC, et al.   Page 1 of 1

Dockets.Justia.com