

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY  )
INTERNATIONAL COMPANY,  )
  )
   Plaintiff,  )
  )   Case Number 04-C-6018
-vs-  )
  )   Judge Norgle
XCENTRIC VENTURES, LLC,  )
RIP-OFF REPORT.COM  )
BADBUSINESSBUREAU.COM,  )
ED MAGEDSON, VARIOUS  )
JOHN DOES, JANE DOES AND  )
ABC COMPANIES,  )
  )
   Defendants.  )

### AGREED ORDER FOR AN EXTENSION OF THE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS

UPON AGREEMENT of the Parties, IT IS HEREBY ORDERED:

Plaintiff George S. May International Company shall have until September 2, 2005 to file its Response to Defendants' Motions to Dismiss. Defendants shall have until September 16, 2005 to file any Reply.

AGREED AND APPROVED:

_____        _____
James K. Borcia, Esq.          Bart A. Lazar, Esq.
Tressler, Soderstrom, Maloney & Priess    Seyfarth Shaw LLP
233 South Wacker Drive, 22nd Floor    55 East Monroe St., Suite 4200
Chicago, Illinois 60606-6308    Chicago, Illinois 60603

ENTER: _____

Dated: 8-24- , 2005.

CHI 10944534.1