Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 8/31/2005 |
| **CASE TITLE** | George S. May International vs. Xcentric Ventures | | |

**DOCKET ENTRY TEXT:**

Enter Agreed Order for extension of the briefing schedule on plaintiff George S. May International Company's motion to enforce court's June 9, 2005 order granting plaintiff's motion to compel and for sanctions under FRCP 37(b).

■ [ For further detail see attached order.]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

04C6018 George S. May International vs. Xcentric Ventures                                              Page 1 of 1

Dockets.Justia.com