UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY )
INTERNATIONAL COMPANY, )
)
  Plaintiff, ) Case Number 04-C-6018
 -vs- )
)  Judge Norgle
XCENTRIC VENTURES, LLC, )
RIP-OFF REPORT.COM )
BADBUSINESSBUREAU.COM, )
ED MAGEDSON, VARIOUS )
JOHN DOES, JANE DOES AND )
ABC COMPANIES, )
)
  Defendants. )

**AGREED ORDER FOR AN EXTENSION OF THE BRIEFING SCHEDULE ON PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S MOTION TO ENFORCE COURT'S JUNE 9, 2005 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS UNDER FRCP 37(b)**

UPON AGREEMENT of the Parties, IT IS HEREBY ORDERED:

Defendants shall have until August 29, 2005 to file their Response to Plaintiff George S. May International Company's Motion to Enforce Court's June 9, 2005 Order Granting Plaintiff's Motion to Compel and Motion for Sanctions Under FRCP 37(b). Plaintiff shall have until September 9, 2005 to file any reply.

AGREED AND APPROVED:

_____   _____
James K. Borcia, Esq.        Bart A. Lazar, Esq.
David Yuen, Esq.         Rachel M. Kindstrand, Esq.
Tressler, Soderstrom, Maloney & Priess  Seyfarth Shaw LLP
233 South Wacker Drive, 22nd Floor   55 East Monroe St., Suite 4200
Chicago, Illinois 60606-6308     Chicago, Illinois 60603

ENTER:

_____
Dated: _____8-31-_____, 2005.

CH1 10947632.1