JKB/cic/367005                                                      5634-2-51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04 C 6018 |
| ) | |
| XCENTRIC VENTURES, LLC, RI-POFF ) | Honorable Judge Norgle |
| REPORT.COM, BADBUSINESSBUREAU.COM, ) | |
| ED MAGEDSON, VARIOUS JOHN DOES, JANE ) | |
| DOES AND ABC COMPANIES, ) | |
| ) | |
| Defendants. | |

FILED
SEP - 6 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENT TO DEFENDANTS' RESPONSE TO GEORGE S. MAY INTERNATIONAL COMPANY'S MOTION TO ENFORCE COURT'S JUNE 9, 2005 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS UNDER FRCP 37(b)

Defendants, Xcentric Ventures, LLC and Ed Magedson, by and through their attorneys, hereby move for leave to file their Supplement to Defendants' Response to Plaintiff's Motion to Enforce and for Sanctions and in support thereof state as follows:

1. Defendants recently filed their Response to Plaintiff's Motion to Enforce and for Sanctions.

2. Subsequent to the filing of the Response, Defendants' counsel discovered a miscommunication regarding the failure to provide certain information to the Plaintiff.

3. Defendants hereby request leave to supplement their prior response with the Affidavit of Defendants' counsel which includes the information that should have been previously provided to Plaintiff.

WHEREFORE, Defendants, Xcentric Ventures, LLC and Ed Magedson, respectfully request this Court grant them leave for Defendants to file their Supplement to Defendants' Response to George S. May International Company's Motion to Enforce Court's June 9, 2005 Order Granting Plaintiff's Motion to Compel and Motion For Sanctions Under FRCP 37(b).

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: _____
One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

2