JKB/cic/366999 5634-2-51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No. 04 C 6018 <br> ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Honorable Judge Norgle <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) |

RECEIVED SEP - 6 2005 MICHAEL W DOBBINS CLERK, U.S. DISTRICT COURT

### SUPPLEMENT TO DEFENDANTS' RESPONSE TO GEORGE S. MAY INTERNATIONAL COMPANY'S MOTION TO ENFORCE COURT'S JUNE 9, 2005 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS UNDER FRCP 37(b)

Defendants, Xcentric Ventures, LLC and Ed Magedson, by and through their attorneys, hereby submit their supplement to Plaintiff's response to motion to enforce and for sanctions.

Due to a miscommunication between Defendants' counsel, Defendants inadvertently omitted to providing certain information to Plaintiff. Attached hereto is the Declaration of David S. Gingras, counsel for Defendants, which clearly explains the nature of the miscommunication between him and Defendants' counsel, Maria Crimi Speth. Mr. Gingras explains the nature of the miscommunication and includes the information that should have been provided to the Plaintiff.

WHEREFORE, Defendants Xcentric Ventures, LLC and Ed Magedson request that this Court deny the Motion to Enforce as moot. Excepting only the home addresses and last names of its employees, Xcentric has already produced full and complete responses to each and every specific category of things set forth in Plaintiff's initial Motion to Compel.

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: _____
One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

2

JKB/cic/364035 5634-2-51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, <br><br>Plaintiff,<br><br>v.<br><br>XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 04 C 6018 <br> ) <br> ) Honorable Judge Norgle <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF DAVID S. GINGRAS IN SUPPORT OF DEFENDANT'S *SUPPLEMENTAL* RESPONSE TO GEORGE S. MAY INTERNATIONAL COMPANY'S MOTION TO ENFORCE COURT'S JUNE 9, 2005 ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR SANCTIONS UNDER FRCP 39(b)

State of Arizona   )
                   ) ss.
County of Maricopa )

DAVID S. GINGRAS being duly sworn upon his oath hereby deposes and says:

1. My name is David Scott Gingras. I am a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court I could and would truthfully testify to the following information based upon my own personal knowledge.

2. I am an attorney licensed to practice law in the States of Arizona and California, and I am a member in good standing of the State Bars of Arizona and California. I am currently employed as an associate attorney with the law firm of Jaburg & Wilk P.C. in Phoenix Arizona, and since approximately late June or early July 2005, I

10297-1/MCS/DSG/490572_v1

have assisted attorney Maria Speth in representing Defendant XCENTRIC VENTURES, LLC ("Xcentric") in the litigation pending in this court.

3. Based on my conversations with Ms. Speth and with counsel for the Plaintiff, Rachel Kindstrand, I am aware that there is presently a discovery dispute between the parties relating to certain documents and things which Plaintiff has asked Xcentric to produce relating to the issue of whether this Court possesses personal jurisdiction over Xcentric.

4. Among other things, Ms. Speth requested that I assist her with coordinating and preparing our clients responses to Plaintiff's outstanding discovery requests. In that regard, I spoke to Ms. Kindstrand via telephone and email on several occasions, and in the process of doing so I also disclosed certain documents and information to Ms. Kindstand pursuant to this Court's order granting Plaintiff's Motion to Compel. Among other things, I understand that Ms. Kindstrand had requested that Xcentric disclose a list of all books sold to any persons located in the State of Illinois.

5. Last month, on or around August 11, 2005, Ms. Speth provided me with a list, a copy of which is attached hereto as **Exhibit A**, which I understand contains a list of books sold to individuals in Illinois. It is my understanding that these books were not sold by Xcentric, but rather by a different company which advertises the books for sale through Xcentric's website, www.ripoffreport.com.

6. At the time I received this list from Ms. Speth, I did not speak with her at length about it, but I understood that she was giving me the list simply for my information and that she had already disclosed the list to Ms. Kindstrand pursuant to this Court's order.

7. Later, I learned that Ms. Kindstrand had filed a motion to enforce this Court's prior order and for sanctions. In course of responding to that motion, Ms. Speth explained her belief that the list attached hereto had, in fact, previously been disclosed to Ms. Kindstrand. After meeting and conferring with me about the list, Ms. Speth and I

2

discovered that we had misunderstood each other at the time she gave me the list. My understanding was, as I have noted above, that Ms. Speth had already disclosed the list and that she was simply passing it to me for my information. However, Ms. Speth has informed me that her belief was that at the time she gave the list to me, she specifically told me that she had *not* yet disclosed the list to Ms. Kindstrand and that she wanted me to do so as soon as possible.

8. In any event, I misunderstood Ms. Speth's instructions to me, and for that reason, I did not disclose the attached list to Ms. Kindstrand. If I had not misunderstood Ms. Speth's intent, I could and would have promptly disclosed the list the same day I received it.

9. **WITNESSETH** I have read the foregoing Affidavit and know of my own personal knowledge that the facts stated therein are true and correct as of the date this Affidavit was sworn. I swear the foregoing to be true and correct under penalty of perjury of the laws of the State of Arizona and of the United States.

_____
David S. Gingras

SUBSCRIBED AND SWORN to before me this ___2nd___ day of September 2005 by David S. Gingras who is personally known to me or whose identity was established to me by satisfactory proof.

_____
NOTARY PUBLIC

My Commission 

OFFICIAL SEAL
KATHY DUCKWILER
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Commission Expires Aug. 30, 2008

3

10297-1/MCS/DSG/490572_v1

# Exhibit A

| Date | Name | Amt | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 12/31/2003 | Kandy Blac | 21.95 | 317 N Elmwood Ave | Wood Dale | IL | 60191 | United Stat |
| 1/15/2004 | mary ruhlar | 21.95 | 634 Columbia Ave. | Elgin | IL | 60120-390 | United Stat |
| 1/23/2004 | Dawn Brew | 21.95 | 12004 Fourth Ave. | Hebron | IL | 60034 | United Stat |
| 1/30/2004 | Edward Ha | 21.95 | 14156 S. Cicero Avenu | Crestwood | IL | 60445 | United Stat |
| 2/12/2004 | FRANK GF | 21.95 | 10004 MAIN ST | ROSCOE | IL | 61073 | United Stat |
| 2/13/2004 | Beverly Sh | 21.95 | 8136 S Winchester Av | Chicago | IL | 60620 | United Stat |
| 3/15/2004 | Clifford Hul | 21.95 | 16 DeNovion Ct. | Cahokia | IL | 62206 | United Stat |
| 4/1/2004 | A.C.P., Inc | 21.95 | 6606 W. 93rd Street | Oak Lawn | IL | 60453 | United Stat |
| 4/26/2004 | Sandra We | 21.95 | 12851 Hawks Bill Drive | Plainfield | IL | 60544 | United Stat |
| 4/28/2004 | dale meyer | 21.95 | 122 elliot | collinsville | IL | 62234 | United Stat |
| 5/1/2004 | SYLVIA JC | 21.95 | 1350 AUR(ATTN:REC | NAPERVIL | IL | 60540 | United Stat |
| 5/5/2004 | Andrew Ma | 21.95 | 506 E. Browning St. | Marion | IL | 62959 | United Stat |
| 5/7/2004 | Abundance | 21.95 | 281 Harding St. | Grayslake | IL | 60030 | United Stat |
| 5/10/2004 | richard lew | 21.95 | 1353 calamus lane | grayslake | IL | 60030 | United Stat |
| 6/4/2004 | shannon h | 21.95 | 8929 w. bruns rd. | monee | IL | 60449 | United Stat |
| 6/15/2004 | Lauren Gri | 21.95 | 5419 W.129th PL. | Crestwood | IL | 60445 | United Stat |
| 6/21/2004 | BEVERLY | 21.95 | 8143S. EVANS | CHICAGO | IL | 60619 | United Stat |
| 6/24/2004 | scott smith | 21.95 | 3340 susan circle sout | park city | IL | 60085 | United Stat |
| 6/27/2004 | William Sic | 21.95 | 13837 Ladybar Ln. | Orland Par | IL | 60467 | United Stat |
| 7/7/2004 | Robert Ker | 21.95 | 32 Lakeview Ave | Mundelein | IL | 60060 | United Stat |
| 7/11/2004 | Cheryl Hall | 21.95 | 2211 Elizabeth Avenue | Zion | IL | 60099 | United Stat |
| 7/17/2004 | KAREN OL | 21.95 | 242 PINE LN | BENSENV | IL | 60106 | United Stat |
| 7/30/2004 | larry campl | 21.95 | 1307 berkenshire lane | elk grove v | IL | 6E+08 | United Stat |
| 7/31/2004 | Andrew Ma | 21.95 | 235 Fencl | Hillside | IL | 60162 | United Stat |
| 8/3/2004 | Jeff Counc | 21.95 | 2906 Twin Falls Dr. | Plainfield | IL | 60544 | United Stat |
| 8/8/2004 | Pete Castil | 21.95 | 197 Uteg S 101-A | Crystal Lak | IL | 60014-728 | United Stat |
| 8/17/2004 | Jackie Ros | 21.95 | 185 Lake Drive South | Algonquin | IL | 60102 | United Stat |
| 9/19/2004 | John Lope: | 21.95 | 256 S Aldine Ave | Elgin | IL | 60123-724 | United Stat |
| 10/24/2004 | Linda Bach | 21.95 | 3711 Burton Trail | Crystal Lak | IL | 60014 | United Stat |
| 11/2/2004 | Laraine Hr | 21.95 | c/o Winstor 35 W. Wac | Chicago | IL | 60601 | United Stat |
| 11/16/2004 | Natalya Ka | 21.95 | 950 Dunham Ln. | Buffalo Gro | IL | 60089 | United Stat |
| 11/23/2004 | GARY DA\ | 21.95 | P.O. BOX 7505 | CHICAGO | IL | 60680 | United Stat |
| 12/6/2004 | Benjamin I | 21.95 | 10642 Fuesser rd. | Mascoutah | IL | 62258 | United Stat |
| 12/7/2004 | Henry Tuta | 21.95 | 6767 N. Mi Suite 207 | Niles | IL | 60714 | United Stat |
| 12/18/2004 | Janie Turn | 21.95 | 1648 N 21st ST | Springfield | IL | 6.27E+08 | United Stat |
| 12/21/2004 | Linda McG | 21.95 | 234 Bayshore Drive | Lake Bluff | IL | 60044 | United Stat |
| 1/5/2005 | Patrick Cu | 21.95 | 11761 Winding Trails I | Willow Spri | IL | 60480 | United Stat |
| 1/26/2005 | Tiana Lonc | 21.95 | 1550 N LAKE SHORE | CHICAGO | IL | 60610 | United Stat |
| 2/16/2005 | Michael Th | 21.95 | 960 N. Racine Ave. | Chicago | IL | 60622 | United Stat |
| 2/21/2005 | Joyce Gull | 21.95 | P.O. box 1342 | Granite Cit | IL | 62040 | United Stat |
| 3/1/2005 | EJ Batacar | 21.95 | 6319 W Cuyler ave | Chicago | IL | 60634 | United Stat |
| 3/1/2005 | EJ Batacar | 21.95 | 6319 W Cuyler ave | Chicago | IL | 60634 | United Stat |
| 3/25/2005 | JOHN M J | 21.95 | 1431 N. KOSTNER | CHICAGO | IL | 60651-160 | United Stat |
| 4/4/2005 | Brian Colvi | 21.95 | 6541 N Ric apt 1 | Chicago | IL | 60645 | United Stat |
| 4/9/2005 | Ben Fergu: | 21.95 | 5340 S. Ha Apt 3 | Chicago | IL | 60615 | United Stat |
| 4/26/2005 | Paula Bow | 21.95 | 4500 E. River Rd Lot : | Ridott | IL | 61067 | United Stat |
| 4/28/2005 | Misty Cory | 21.95 | 2215 Ridgefield Drive | Belvidere | IL | 61008 | United Stat |
| 5/1/2005 | Stacey Bro | 21.95 | 132 Fair St. | Carmi | IL | 62821 | United Stat |
| 5/14/2005 | John Griffir | 21.95 | 38 Meadowview Lane | Chatham | IL | 62629 | United Stat |
| 5/24/2005 | Robert Ber | 21.95 | 9333 N Mil c/o The Br | Niles | IL | 60714 | United Stat |
| 7/6/2005 | lorena robi | 21.95 | 8735 south beverly ave | chicago | IL | 60620 | United Stat |
| 7/8/2005 | Katalin Cza | 21.95 | 4219 Clearwater Lane | Naperville | IL | 60564 | United Stat |

| Date | Name | Amount | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 7/12/2005 | Charles Sc | 21.95 | 809 Hyde Park Lane | Naperville | IL | 60565 | United Stat |
| 7/15/2005 | Thrifty Tra\ | 21.95 | PO Box 1515 | Wheaton | IL | 60189 | United Stat |
| 7/25/2005 | dandemps( | 21.95 | P.O. Box 913 | Round Lak | IL | 60073 | United Stat |
| 7/30/2005 | sharon ma | 21.95 | 1008 w hovey | normal | IL | 61761 | United Stat |
| 8/7/2005 | Jimmy Bar | 21.95 | 3127 n.,Cedar st. | Momence | IL | 60954 | United Stat |
| 8/10/2005 | richard win | 21.95 | 1530 demp apt. 209 | mount pros | IL | 60056 | United Stat |