JKB/cic/367013

5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | No. 04 C 6018 |
| v. ) ) | Judge Norgle |
| XCENTRIC VENTURES, LLC, et al. ) ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:  Bart A. Lazar, Esq.
     Seyfarth Shaw LLP
     55 East Monroe, Suite 4200
     Chicago, IL 60603

**FILED SEP - 6 2005**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on the **28th day of September, 2005 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Defendants' Motion For Leave to File Supplement to Defendants' Response to George S. May International Company's Motion to Enforce Court's June 9, 2005 Order Granting Plaintiff's Motion to Compel and Motion For Sanctions Under FRCP 37(b)**, a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: _____
    One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

## PROOF OF SERVICE

The undersigned, being first duly sworn on oath, deposes and says that she served copies of the above documents upon the attorneys shown above at the addresses shown above by depositing the same in the U.S. Mail at 233 South Wacker Drive, Chicago, Illinois, before 5:00 p.m. on the 6th day of September, 2005, with proper postage prepaid.

*Danielle Harrison* (signature)

Subscribed and Sworn to before me
this 6th day of September, 2005.

By: *Cynthia Close* (signature)
Notary Public

OFFICIAL SEAL
CYNTHIA CLOSE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-15-07