UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED JH

SEP - 2, 2005 WH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) Plaintiff, ) ) -vs- ) ) XCENTRIC VENTURES, LLC, ) RIP-OFF REPORT.COM ) BADBUSINESSBUREAU.COM, ) ED MAGEDSON, VARIOUS ) JOHN DOES, JANE DOES AND ) ABC COMPANIES, ) ) Defendants. ) | Case Number 04-C-6018<br><br>Judge Norgle |

## MOTION FOR LEAVE TO FILE *INSTANTER* A BRIEF IN EXCESS OF FIFTEEN (15) PAGES

Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY ("GSMIC"), by its attorneys Seyfarth Shaw LLP, moves for leave to file *instanter* a brief in excess of fifteen pages, and states in support of its motion as follows:

1.    Plaintiff GSMIC has prepared its Response In Opposition to Defendants Ed Magedson and XCentric Ventures, LLC's Motions to Dismiss for Lack of Jurisdiction, a copy of which is attached to this Motion;

2.    GSMIC is has elected to respond to both Ed Magedson and XCentric Ventures, LLC's Motions to Dismiss for the convenience of the Court and of the parties;

3.    In order to adequately address the arguments raised in Defendants' Motions to Dismiss, GSMIC needs additional pages.

4.    Specifically, Plaintiff asks this Court for leave for an additional eleven pages, not including exhibits, table of contents, or other attachments.

CH1 10949611.1

WHEREFORE, Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY respectfully requests that this Court grant Its Motion for Leave to File *Instanter* a Brief In Excess of Fifteen (15) Pages.

**DATED: September 2, 2005**          Respectfully submitted,

GEORGE S. MAY INTERNATIONAL COMPANY

By: *Rachel M. Kindstrand*
One of Its Attorneys

Attorneys for Plaintiff:

Bart A. Lazar, Esq.
Rachel M. Kindstrand, Esq.
**SEYFARTH SHAW LLP**
55 East Monroe, Suite 4200
Chicago, Illinois 60603
Telephone: (312) 346-8000
Facsimile: (312) 269-8869
Firm No. 90747

2

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of **PLAINTIFF GEORGE S. MAY'S MOTION FOR LEAVE TO FILE INSTANTER A BRIEF IN EXCESS OF FIFTEEN PAGES** was served on the following opposing counsel via messenger delivery on September 2, 2005:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL  60606-6308

*Rachel M. Kindstrand* (signature)
Rachel M. Kindstrand