IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 0 6 2005 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | Case Number: 04-C-6018 |
| -vs- ) ) | Judge Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:  James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606-6308

**PLEASE TAKE NOTICE** that on September 6, 2005, Plaintiff George S. May International Company, by and through its attorneys Seyfarth Shaw LLP, filed with the United States District Court, Northern District of Illinois, Eastern Division, the **TABLE OF AUTHORITIES** of **PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S RESPONSE IN OPPOSITION TO DEFENDANTS ED MAGEDSON AND XCENTRIC VENTURES, LLC'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION**, a copy of which is attached hereto and hereby served upon you.

GEORGE S. MAY INTERNATIONAL COMPANY

By: /s/ Rachel M. Kindstrand
One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603
(312) 346-8000

CH1 10888692.1

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Bethany Pharmacal Co., Inc. v. QVC, Inc.*,
  241 F.3d 854 ..........................................................................................................24, 25

*Burger King Corp. v. Rudzewicz*,
  471 U.S. 462 .....................................................................................................................21

*Calder v. Jones*,
  465 U.S. 783 .....................................................................................................16, 17, 18, 19

*Cohen v. Charell*,
  No. 82-4408, 1983 U.S.Dist. LEXIS 14656 ....................................................................17

*Deere & Co v. Howard Price Turf Equipment, Inc.*,
  No. 99-4169, 1999 U.S.Dist. LEXIS 18668 ....................................................................15

*Dehmlow v. Austin Fireworks*,
  963 F.2d 941 ....................................................................................................................14

*Euromarket Designs, Inc. v. Crate & Barrel Ltd.*,
  96 F. Supp. 2d 824 ........................................................................................16, 17, 20, 21, 22

*Helicpteros Nacionales de Colombia, S.A. v. Hall*,
  466 U.S. 408 .....................................................................................................................14

*Hy Cite Corp. v. Badbusinessbureau.com, LLC*,
  297 F. Supp. 2d 1154 ........................................................................................8, 10, 12, 15

*Indianapolis Colts v. Metropolitan Baltimore Football Club Limited Partnership,
  et al.*, 34 F.3d 410 ............................................................................................................18

*Jennings v. AC Hydraulic A/S*,
  383 F.3d 546 ....................................................................................................................12

*Kavo America Corp. v. J.F. Jelenko & Co.*,
  No. 00-1355, 2000 U.S.Dist. LEXIS 7729 ..................................................................9, 14

*LFG, LLC v. Zapata Corp.*,
  78 F. Supp. 2d 731 ...........................................................................................................22

*Litmer v. PDQUSA.com*,
  326 F. Supp. 2d 952 ........................................................................................10, 11, 12, 21

*Morris Material Handling, Inc. v. MHE Technologies, Inc.*,
  334 F. Supp. 2d 1118 ..................................................................................................19, 20

*Panavision International L.P v. Toeppen,*
   141 F.3d 1316 ..........................................................................................................20

*Publications International, Ltd. v. Burke/Triolo, Inc.,*
   121 F. Supp. 2d 1178 ......................................................................................9, 11, 14

*Synergy Worldwide, Inc. v. Long, Haymes, Carr, Inc.,*
   44 F. Supp. 2d 1348 ................................................................................................24

*U.S. Tsubaki v. Industrial Research Team,*
   No. 00-4447, 2001 U.S.Dist. LEXIS 967 ..........................................................21, 22

*Whitney Information Network, Inc. v. XCentric Ventures, LLC et al.,*
   347 F. Supp. 2d 1242 ..............................................................................................10

*World-Wide Volkswagen Corp. v. Woodson,*
   444 U.S. 286 ........................................................................................................9, 10

*Zippo Manufacturing Co. v. Zippo Dot Com, Inc.,*
   952 F. Supp. 1119 ........................................................................................10, 11, 12

## STATE CASES

*Bombliss v. Cornelsen,* 824 N.E.2d 1175 .................................................................9, 10

*Colletti v. Crudele,*
   523 N.E.2d 1222 .....................................................................................................15

*Max of Switzerland, Inc. v. Allright Corp. of Delaware,*
   187 Ariz. 496 ...........................................................................................................24

## STATE STATUTES

735 ILCS 5/2-209 (a)(1) and (a)(2) ...............................................................................9

735 ILCS 5/2-209(b)(4). ................................................................................................9

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of the **TABLE OF AUTHORITIES of PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S RESPONSE IN OPPOSITION TO DEFENDANTS ED MAGEDSON AND XCENTRIC VENTURES, LLC'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION** was served on the following opposing counsel via United States mail, postage prepaid, on September 6, 2005:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL  60606-6308

*Rachel M. Kindstrand*
Rachel M. Kindstrand

CH1 10888692.1