# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 9/9/2005 |
| **CASE TITLE** | George S. May vs. Xcentric Ventures, et al. | | |

**DOCKET ENTRY TEXT:**

Defendant Xcentric Venture's Motion to Dismiss for Lack of Jurisdiction [36-1] is denied as moot.

■[ For further details see text below.]                                                       Docketing to mail notices.

## STATEMENT

On February 8, 2005, Defendant Xcentric Ventures filed its Motion to Dismiss for Lack of Jurisdiction. The court then, on February 18, 2005, set a briefing schedule on that Motion. Neither party followed that briefing schedule. Then, on August 5, 2005, Defendant Ed Magedson filed a Motion to Dismiss for Lack of Jurisdiction. The court again set a briefing schedule. Plaintiff timely filed its Response to this new briefing schedule, and the court awaits Defendants' timely Reply, due on September 16, 2005.

For case control purposes, the court dismisses the February 8, 2005 Motion [36-1] as moot.

Courtroom Deputy Initials:

04C6018 George S. May vs. Xcentric Ventures, et al.                                                        Page 1 of 1

Dockets.Justia.com