# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                                Plaintiff,

v.                                                                       Case No.: 1:04–cv–06018
                                                                            Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2005:

      MINUTE entry before Judge Charles R. Norgle Sr.:Defendants' motion for leave to file supplement to Defendants' response to George S. May International Company's motion to enforce court's June 9, 2005 order granting plaintiff's motion to compel and motion for sanctions under FRCP 37(b) [72] is granted. Plaintiff's motion for leave to file brief in excess of fifteen pages [74] is granted. Status and motion hearing held on 9/28/2005. Status hearing continued to 11/2/2005 at 09:30 AM. Ed Magedson shall personally appear on 11/2/2005.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Case 1:04-cv-06018   Document 81   Filed 09/28/2005   Page 1 of 1