JKB/DOY/des/369460                                                                              5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) No. 04 C 6018 ) |
| v. | ) Judge Charles R. Norgle ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF MOTION

TO:   Bart A. Lazar, Esq.
      Seyfarth Shaw LLP
      55 East Monroe, Suite 4200
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on the **21st day of October, 2005 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present Motion for Relief from Order Entered September 9, 2005, denying Xcentric Ventures, LLC's Motion to Dismiss, a copy of which is attached hereto and hereby served upon you.

                                                            XCENTRIC VENTURES, LLC


                                                            By:   /s/ James K. Borcia
                                                                  One of Its Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000