UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case Number 04-C-6018 |
| -vs- | ) ) | Judge Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF ISRAEL KUSHNIR IN SUPPORT OF CONTEMPT SANCTION

I, Israel Kushnir, under penalty of perjury, declare and state as follows:

1.    I am the President of George S. May International Company, ("GSMIC") which is headquartered in Park Ridge, Illinois.

2.    I have been employed by GSMIC since 1981, and have been President since 2002.  As President, I oversee all aspects of the administration and operations of the company including, sales, human resources and finances.

3.    I began my career at GSMIC as a business analyst.  In my 24 years with the company I progressed to an executive analyst position, managing director of GSMIC's Western American Division, managing director of GSMIC's Headquarters American Division, and finally, to president of GSMIC.  As a result of my current position and my many years as an employee of GSMIC, I have full knowledge of, and I am competent to testify to, all matters stated herein.  This declaration is based on my own personal knowledge of GSMIC's business

Dockets.Justia.com

practices, procedures, and financial status. If called upon as a witness, I would competently testify to the following:

4. GSMIC is a business consulting firm that has been in business over 80 years, and maintains its international headquarters in Park Ridge, Illinois. Our clients span the broadest possible spectrum. They range in size from family-operated enterprises, employing a handful of workers, to industry giants employing thousands. They are in businesses as diverse as industry itself, over 3,000 different classifications. They are located in virtually every corner of America as well as Canada and Mexico. We take pride in the fact that we have served over 500,000 clients and work extremely hard and invest a substantial amount of time, energy and resources in maintaining our reputation and the trust of our clients.

5. GSMIC also invests heavily in recruiting, training and retaining consultants. The consulting business is very competitive, and we spend millions of dollars annually, ensuring that we can locate, train and keep good business consultants.

6. Defendants have severely damaged GSMIC's reputation with its existing and prospective customers and employees through the publication of false and horrific statements of fact on their www.badbusinessbureau.com web site. Defendants have, among other things, knowingly posted false information stating that GSMIC is a dishonest company, knowingly posted statements by individuals impersonating me and others, and refused to take down postings that have been retracted. Evidence found in discovery also demonstrates that Defendants are financially supported by a competitor of GSMIC's who we believe is trying to hurt our business any way it can. Thus, it is not clear that any of Defendants' postings, even the ones that do not contain false and/or deceptive statement of facts were genuine, rather than authored by our competitors, their employees or Mr. Magedson himself.

2

7.      Here is how Defendants damage us. In today's Internet economy, customers and employees conduct Google Internet searches on GSMIC. When they do, they come across the falsehoods on Defendants' sites and many cancel their contracts or do not seek employment with the company.

8.      GSMIC spends a great deal of time and effort to maintain high levels of customer satisfaction. We proudly post letters from satisfied customers on our website www.georgesmay.com. When a client is dissatisfied, we try our best to resolve the issue. We have been honored by the Better Business Bureau for our efforts. Another problem with Defendants, is that if we work with a client to resolve an issue, Defendants would not take the client's posting down—even if the client requested that the posting be taken down. This, again harms GSMIC by falsely suggesting we have a dissatisfied customer—when the issue has been resolve and the customer is satisfied.

9.      This Court issued its Temporary Restraining Order against Defendants on September 24, 2004, and the TRO was continued by agreement of the parties. As this Court has recognized, Defendants only took down one of many false and deceptively misleading postings. While it is difficult to document every single instance in which Defendants' failure to comply with this Court's order has hurt GSMIC, here are some examples.

10.     On October 11, 2004, a GSMIC representative received an email from an individual named Eric, who was a prospective employee of GSMIC. Although Eric was slated to interview with one of GSMIC's senior executives for a position with GSMIC, Eric wrote to indicate that he wouldn't be attending the interview, stating "[s]ome research unveiled that your company is a fraud. If I were you, I'd get out now." Exhibit 1.

3

11.    On October 12, 2004, a GSMIC representative received an email from an individual named Mark, who was also a prospective employee of GSMIC. Although Mark was slated to interview with one of GSMIC's senior executives, Mark wrote to indicate that "I have done some research into the George S. May Company and the position, and as a consequence, I have changed my mind. I am not interested in applying." Exhibit 2.

12.    On February 25, 2005, GSMIC's Director of Recruiting received an email from an individual named Greg Michael, who was a prospective employee of GSMIC. Greg Michael's resume had been selected through a search of the Career Builder database as someone GSMIC would have liked to interview. In response to GSMIC's email to Greg Michael attempting to arrange an interview, Greg Michael responded, "Thank god for the Internet blogs! I will never work for you—your a fucking dinosaur in 6 more months—go check out your flames. at badbusinessburea---you suck." Exhibit 3.

13.    On February 25, 2005, one of GSMIC's clients, Three Rivers Publishing, wrote a letter to GSMIC indicating that it was officially terminating its contract with GSMIC. Three Rivers Publishing's president, Rob Viehman, wrote that he had done "some extensive research about George S. May International on the Internet...[and] I found many negative comments which I will not include in this letter." Furthermore, Mr. Viehman's letter indicated that "should I be contacted further by your company, I will file an official complaint (which will include a copy of this letter) with the Missouri Attorney General. I will also be contacting all my sister publishers throughout Missouri to inform them of your business practices, with the recommendation they inform their readers and business clients as well." Exhibit 4. A GSMIC representative received a follow-up email from Mr. Viehman on March 1, 2005 noting that "any business owner would be concerned after reading what is posted on that site, especially some of

the comments from one of your ex employees who described to the letter the way your analyst conducted himself while he was at my business. Since I have no verifiable third party that I can trust to give me an honest opinion about the work you provide and how you conduct business, I cannot do business with your company." Exhibit 5.

14.    On February 27, 2005, GSMIC's Director of Recruiting received another email from a prospective employee, identified as B. Dreyfus, who wrote a detailed account of complaints on a consumer website, and stated that "[b]ased on this information, it is clear that your company has a very negative reputation, and if even a handful of the allegations are true, it demonstrates a company that does business in a way that I want absolutely nothing to with….Destroy my resume, and eliminate my application from your files. My relationship with your firm is terminated immediately." Exhibit 6

15.    On April 12, 2005, GSMIC received a letter from a client, Home Hardware, indicated that it was canceling scheduled services from GSMIC. Home Hardware indicated that the information that was on the web site of Ripoff.com aided their decision to cancel all further services. Exhibit 7.

16.    On May 4, 2005, GSMIC received a letter from a prospective client, Pools & Spas by VanBrill, Inc., indicating that it would not do business with GSMIC. The letter stated "because of some research that was done on your company using the internet we are not sure at this time your company could benefit us at this time. The information obtained was from Bad Business Bureau.com." Exhibit 8.

17.    On or about May 19, 2005, one of GSMIC's prospective clients, Automated Controls, informed a GSMIC representative that he would not be interested in GSMIC's

services. The client produced pages from badbusinessbureau.com in response to the GSMIC's question into why the client changed his mind. Exhibit 9.

18.     On May 24, 2005, GSMIC received a departure questionnaire from an employee who was leaving GSMIC. This employee indicated that he was leaving the company in part because "the bad web site about GSM" killed two of his "GO-AHEADS," meaning he had lost two client engagements. Exhibit 10.

19.     On May 29, 2005, GSMIC lost business from a client, Duke's Plumbing & Sewer Services, after the client called GSMIC to cancel its services, indicated that the client had found derogatory information on the internet. Exhibit 11.

20.     On May 31, 2005, GSMIC lost business from a client, EB Construction Mechanical Contractors, Inc. The client told a GSMIC representative that "he didn't want us in his business after research on the internet revealed RipOffReport website entries." Exhibit 12.

21.     GSMIC spends millions of dollars on recruiting each year. The false postings on Defendants' websites have resulted in GSMIC having to spend substantial time, energy, and resources responding to the websites in terms of recruiting and retaining employees.

22.     Based on my experience with the company and a review of our business records, a lost client engagement averages a net loss of $35,000.00 to GSMIC. On the approximately eight occasions documented herein in which GSMIC has lost a prospective client or client, GSMIC has experienced a direct financial loss of approximately $280,000.00.

23.     In addition to these lost clients, GSMIC has lost employees and is likely to have lost a substantial amount of other client engagements. Although it is difficult to calculate, it is clear to me that GSMIC's damages due to Defendants failure to comply with the Court order are well in excess of $280,000.

24.     Finally, monetary damage simply is not enough.  While Defendants have **after being held in contempt** now taken down more than one posting, they are still thumbing their noses at this Court and GSMIC.  Defendants' "deletion" of the posting states that GSMIC is a "corrupt company" that someone has complained about, and that the company is corrupt and people should "Beware of these crooks.  Exhibit 13.  Defendants do not state that the posting was found to be a false or deceptively misleading statement of fact by this Court.  Thus, even by attempting to "comply" with this Court's Order, Defendants are attempting to further damage GSMIC by continuing to publish false and Further, in the summary statements on Defendants' site.

25.     While GSMIC is supportive of the First Amendment, Defendants have not shown one ounce of legitimacy, and have refused to comply with the law and this Court's order.  Instead, they have shown themselves to be irresponsible and arrogant.  Equity should not dictate that GSMIC and this Court has to babysit over or police Defendants' site.  The only way to prevent further harm to GSMIC is to permanently forbid Defendants from publishing any statements about GSMIC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2005

Park Ridge, Illinois

_____

ISRAEL KUSHNIR

7

**EXHIBIT 1**

## GSM Job Survey

**From:**    Eric [eric@3011grand.com]

**Sent:**    Monday, October 11, 2004 9:27 AM

**To:**      GSM Job Survey

**Subject:** Re: Monday Interview

I won't be attending. Some research unveiled that your company is a fraud. If I were you, I'd get out now.

Eric

*GSM Job Survey <gsmjobsurvey@georgesmay.com>* wrote:

Hello Eric,

My name is Aminatu with George S. May International Company. I spoke with you concerning an interview for Monday 11, 2004 located at the Marriott Courtyard 7901 N Tiffany Spring in Kansas City, MO 64153. The number to the hotel is 816-891-7500. You will interview with one of our Senior Executives, Mr. Randall Zech. Ask for him at the front desk of the hotel when you arrive. As I stated in our conversation, you will need to bring a copy of your resume and a two-page application, which can be downloaded from our web site at www.georgesmay.com. The application form is in the career section, just fill it out and bring it with you to the interview. Also, please view the corporate video that states career in Survey Service for the Analyst position, which is also found at the same web site. If you have any questions or concerns, please give me a call.

Time 10:00 am

Thank you,

Aminatu EL-Mohammed
800-999-3020 ext. 410
www.georgesmay.com

**EXHIBIT 2**

10/14/04 THU 10:07 FAX 1 847 825 5193    GEORGE S. MAY    SSFC    ☑003
Case 1:04-cv-06018    Document 88-2    Filed 10/17/2005    Page 11 of 35

Page 1 of 2

## GSM Job Survey

**From:**  Mark Brady [brady.mark@sbcglobal.net]

**Sent:**  Tuesday, October 12, 2004 11:37 AM

**To:**  GSM Job Survey

**Subject:** RE: Tuesday Interview

Aminatu,

I have done some research into the George S. May Company and the position, and as a consequence, I have changed my mind. I am not interested in applying.

I do regret to cancel the interview at this late hour, but there is little sense in wasting more of Mr. Zech's time.

Thank you.

Mark Brady

-----Original Message-----
**From:** GSM Job Survey [mailto:gsmjobsurvey@georgesmay.com]
**Sent:** Monday, October 11, 2004 3:26 PM
**To:** brady.mark@sbcglobal.net
**Subject:** Tuesday Interview


Hello Mark,

My name is Aminatu with George S. May International Company. I spoke with you concerning an interview for Tuesday 12, 2004 located at the Marriott Courtyard 9190 Gulf Freeway in Houston, TX. 77017. The number to the hotel is 713-910-1700. You will interview with one of our Senior Executives, Mr. Randall Zech. Ask for him at the front desk of the hotel when you arrive. As I stated in our conversation, you will need to bring a copy of your resume and a two-page application, which can be downloaded from our web site at www.georgesmay.com. The application form is in the career section, just fill it out and bring it with you to the interview. Also, please view the corporate video that states career in Survey Service for the Analyst position, which is also found at the same web site. If you have any questions or concerns, please give me a call.


Time 2:00 pm

Thank you,

Aminatu EL-Mohammed
800-999-3020 ext. 410
www.georgesmay.com

**EXHIBIT 3**

## Charles E. Black

**From:** gm [advanceil@bellsouth.net]
**Sent:** Friday, February 25, 2005 1:03 PM
**To:** Walt Winkelman
**Subject:** Re: CareerBuilder.com: Exceptional Sales Career Opportunity

**Thank god for the internet blogs! I will never work for you - your a fucking dinosaur in 6 more months - go check out your flames. at badbusinessburea - you suck**

al Message -----

**From:** Walt Winkelman
**To:** GREG MICHAEL
**Sent:** Friday, February 25, 2005 11:14 AM
**Subject:** CareerBuilder.com: Exceptional Sales Career Opportunity

Dear Job Applicant,

Your resume has been automatically selected to receive this email through a computer generated search of the Career Builder database for sales candidates in your region.

"Interviews" are now being scheduled in a city near you "this week" for a training class that starts "next week" in Chicago. Applicants from "out of town" will interview in that city, but work in their local area.

The George S. May International Company (GSMIC) an industry leader in management consulting to small and medium size businesses since 1925, is currently scheduling interviews for outside sales professionals for the position of Special Representative - Field Service.

"Please" visit our website at www.georgesmay.com "before" you call to learn more about the George S. May International Company. There is an informative video about the Special Representative position that can be viewed online in the "careers" section titled "Careers in Field Service".

If you are confident in your sales ability and would like to pursue a career sales opportunity with GSMIC please contact Mr. Bryan Cook ASAP at 800-999-3020 ext. 414 (8:30am-5pm CST M-F) to present your qualifications and schedule an interview.

We look forward to hearing from you, or if this is not a match for your skills and abilities, best wishes in your job search.

Thank you,

Walt Winkelman
Director of Recruiting
Recruiting Department
GSMIC

2/28/2005

**EXHIBIT 4**



# Cuba Free Press      The Extra Plan

501 E. Washington Street         573-885-7460
PO Box 568                       FAX: 885-3803
Cuba, MO 65453                   rviehman@cubafreepress.com

www.cubafreepress.com

# Steelville Star-Crawford Mirror

106 S. First Street              573-775-5454
PO Box BG                        FAX: 775-2668
Steelville, MO 65565             stvlstar@misn.com

www.steelvillestar.com

To: George S. May International Company                    February 25, 2005
FAX: 847-825-7937

From: Rob Viehman, Publisher

Re: Job No. 525442

Consider this official termination of my contract with the George S. May International Company. After meeting Thursday, February 24 and Friday, February 25, 2005, with one of your "executive analysts," I was somewhat excited, although nervous, about entering into a business relationship with your firm.

My excitement quickly turned to anger, however, when I did some extensive research about George S. May International on the Internet. Aside from information included on your own website, I could not locate one positive story about your firm. Quite to the contrary, I found many negative comments which I will not include in this letter. I'm sure the executives at George S. May are well aware of the complaints made about this firm.

Your company has at least two representatives scheduled to be at my Cuba, Mo., office on Monday morning, February 28. I am formally requesting their planned trip be canceled because they will not be allowed on the premises. Should they show up on Monday, they will be asked to leave immediately.

In addition, should I be contacted further by your company, I will file an official complaint (which will include a copy of this letter) with the Missouri Attorney General. I will also be contacting all my sister publishers throughout Missouri to inform them of your business practices, with the recommendation they inform their readers and business clients as well.

Looking back now at the last two days I wasted with your analyst, I now realize I received absolutely nothing for his $350 fee. I'll consider that a lesson learned.

With BIG regrets,

Rob Viehman
President/Publisher

**EXHIBIT 5**

## Management Services

**From:** Rob Viehman [rviehman@cubafreepress.com]
**Sent:** Tuesday, March 01, 2005 10:45 AM
**To:** Management Services
**Subject:** Re: Working Agreement

*Mr. Lau Bach,*

*Believe me when I say I did not take everything posted on that website about your company as the gospel. I have no doubt your company has provided excellent work for many businesses throughout the years. If that was not the case, you would no longer be in business.*

*However, any business owner would be concerned after reading what is posted on that site, especially some of the comments from one of your ex employees who described to the letter the way your analyst conducted himself while he was at my business. Since I have no verifiable third party that I can trust give me an honest opinion about the work you provide and how you conduct business, I cannot do business with your company.*

*If, indeed, you are the reputable firm you claim to be, you will respect my decision not to do business with you and discontinue any further contact with me or my staff as I requested in my original letter. If you requested the same of me, I would honor your request. If I hear from you further, then I will know I was correct in choosing to terminate our business relationship.*

*Sincerely,*

*Rob Viehman*
*Three Rivers Publishing*

1

**EXHIBIT 6**

## GSMAY

| | |
|---|---|
| **From:** | aton_ra_1999@yahoo.com |
| **Sent:** | Sunday, February 27, 2005 8:32 PM |
| **To:** | careers@georgesmay.com |
| **Subject:** | Important! Field Service Training |

Mr. Winkleman:

After extensive online research of George S May Company, a large number of COMPLAINTS and CHARGES were reported nationwide by dozens of people and firms against your company.

Employees and past clients of George May wrote detailed accounts of mismanagement, deceit, coercion, and generally unethical business behavior. One consumer website alone had nearly 30 complaints listed, with specific dates, company officials named, and very detailed accounts of poor business practices by your firm. The Better Business Bureau inexplicably gave your company a "satisfactory rating", but closer examination of the file reveals 18 cases that were not resolved, and others that the Bureau deemed "closed" but complaintants disagreed and said were not resolved to their satisfaction.

Another website featured an article in a large newspaper that described how a startup company was charged exorbitant fees by George May analysts who were accused of being "unqualified" and "extremely pushy salespeople, not business consultants." Many clients reported that they signed iron-clad contracts due to near-fanatical analysts hammering them with horror stories and misinformation over an extended period of time. These contracts obligated clients in ways they did not understand, and were then held financially liable, even when the company itself was in serious financial straits. Many of these clients wanted to engage in a CLASS-ACTION LAWSUIT against George May, but recognized they were legally trapped by the confusing contracts they signed, and the verbal misrepresentations by the Field Services Rep and the Analysts.

Finally, my interactions with you personally revealed some of the same patterns of misinformation and unprofessional business behavior listed by some anonymous employees of your company. This includes ridiculously short time frames for decision-making, excessive compliments that are not warranted or justified, psychological manipulation to achieve compliance, untruthful statements or massive exaggerations to convince applicants about company policies and practices, and finally ... your telephone behavior is fairly atrocious with numerous 5 - 10 minutes holds, which is completely inexcusable in any telephone conversation, and even more unimaginable from the human resources department of a so-called management consultant firm. When I tried to call you back both yesterday and today, again you had no voicemail, so there was no way to leave you a message. Its incomprehensible that the HR DIrector would not have his voicemail activated.

In addition, your company policies of "mandatory insurance limits" set at a company-determined level with your company named as "additional insured" .... along with your training class reimbursement procedures, which ensure no reimbursement to the trainee if ANY problems develop during the training session (with problems defined solely by George May company) reinforces the comments made by ex-employees who stated that if a trainee doesn't "tow the line 100%" in every way, they will be kicked out of training, and all expenses incurred will be the responsibility of the trainee.   In other words, a healthy exchange of ideas and open, honest discussions are not permitted, its exclusively the George May way, or the highway (on your own charge card, mind you).

Based on this information, it is clear that your company has a very negative reputation, and if even a handful of the allegations are true, it demonstrates a company that does business in a way that I want absolutely nothing to

do with.  79 years in business does not signify that your company follows the same principles of integrity and honesty as the person who founded it ... George May could have been bought out several times over the past decades, and the current management follows a business pattern that is predatory and damaging to many employees and clients who have the misfortune of professionally interacting with them.

Destroy my resume, and eliminate my application from your files.  My relationship with your firm is terminated immediately.

B. Dreyfus

---

Do you Yahoo!?
Yahoo! Mail - Helps protect you from nasty viruses.

**EXHIBIT 7**



Tuesday, April 12, 2005

To Whom It May Concern:

  We recently canceled our scheduled survey with George S. May company consultant. One of the reasons was because of the information that was on the web site of Rip off.com. That information aided our decision to cancel all further services.

Respectfully yours,

Perry Banadyga

**EXHIBIT 8**



*Pools and Spas by*

**A N   B R I L L   I N C .**

(856) 218-8233
*Fax* (856) 218-8236

*P.O. Box 410   •   625 Mullica Hill Rd.   •   Richwood, NJ 08074*

May 4, 2005

To:  The George May Company

Thank you for the time that you spent meeting with us.  However, because of some research that was done on your company using the internet we are not sure at this time your company could benefit us at this time.  The information obtained was from Bad Business Bureau.com

We would like to have more time to look into your company and the services you have to offer and then make a determination on whether or not to use your services.

Sincerely,

Mike VanBrill



*Stay Cool in a Van Brill Pool*

**EXHIBIT 9**

*David B. Sands*

*5653 Lemona Avenue*
*Van Nuys, CA 91411-3236*
*(818) 908-1090/438-6845 (Cell)*
*davidbsands@sbcglobal.net*

May 19, 2005

To:    Ron Olson – LAM Divisional Mgr.

From:  Davib Sands – SR – District 12

Re:    Prospect – Automated Controls (Sylmar, CA)

Ron:

This prospect I expected to sell earlier this week - Bi-Lateral set for the following day to complete the 68 pending his review of our web-site and discussion with his partner/spouse. Upon arriving for that appointment, he notified me that they would not be scheduling the survey. Upon my query as to why he changed his mind he produced the following pages from badbusinessbureau.com.

This result was particularly embarrassing to me because I assured him during the interview that he would be deciding on our recommendations and our ethical practices as evidenced by the Golden Torch Award would not result in our company pressuring him to make that investment. Then he reads the following.



**EXHIBIT 10**

# DEPARTURE QUESTIONNAIRE

**MANHAM**
**NORWAM**
**BITTERS**
**CHESS**
**CFBMS**
**DIR CC**
**PERS**

As a Company we are continuously trying to improve our policies, methods, and procedures to benefit both our clients and our employees. We would appreciate your important contribution to this endeavor by giving us the benefit of your candid answers to the following questions.

Name: _George McDowell III_     Date: _5-24-05_   20 _05_

Position: _Survey Analyst_     Department: _HAM_     Division Office: _____

## SECTION ONE: RESIGNATIONS (IF YOU WERE TERMINATED, SKIP TO SECTION TWO: TERMINATIONS.)

1. If you resigned, what was the **single** major reason for your resignation? (CHECK **ONE** ONLY.)
   - ☐ Inability to perform work.
   - ☐ Quality and type of supervision received.
   - ☑ Insufficient income.
   - ☑ Amount of travel away from home.
   - ☐ Per Diem or expense policies.
   - ☐ Illness and poor health.
   - ☐ Other employment opportunities.
   - ☐ Job-created domestic problems.
   - ☐ Other

2. Would you please elaborate on the reason indicated in Question Number 1: _TRAVEL FROM Sunday AFTERNOON TO FRIDAY MIDNIGHT WAS #1, however the BAD WEB SITE ABOUT GSM Killed 2 of my GO-AHEADS THAT WAS PAINFUL - APD ON 2 of my ASSIGNMENTS THE CLIENT did NOT POST ON DAY 1 (ON 2 ASSIGNMENTS) TRAVEL MONDAY TO FRIDAY WAS DOABLE Per Diem expense Money did NOT Come close TO couering expenses - THIS WAS ALSO Key_

## SECTION TWO: TERMINATIONS (IF YOU RESIGNED, SKIP TO SECTION THREE: GENERAL INFORMATION.)

3. When were you terminated? _____

4. By whom were you terminated? _____
   Position: _____

5. What were the reasons for your termination:
   - ☐ Substandard performance?
   - ☐ Policy violation?
   - ☐ Other?

6. Would you please elaborate on the reason indicated: _____
   _____
   _____
   _____
   _____

7. Do you disagree with this reason? ☐ Yes or ☐ No

8. Is there any action we could have taken to help you in preventing this termination? _____
   _____
   _____
   _____

Form 12 • Revised 04/2002                    (OVER)

© Copyright 2002
GEORGE S. MAY INTERNATIONAL COMPANY
All Rights Reserved

**EXHIBIT 11**

Duke's Plumbing & Sewer
Service, Inc.
Syracuse, NY 13209

528125

5/20

# $100 SURVEY

## CONTACTS WITH CLIENT

| DATE | LETTER | PHONE | PERSONAL | REMARKS |
|------|--------|-------|----------|---------|
| 5/20 | | | W | Beth Rosenaur Called on behalf of Wm Dixie to Cer. found dangerous wires on interior. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



**EXHIBIT 12**

# NOTICE OF SALE - ENTRY

(X 711° )

(PLEASE PRINT)

* 5/31/05 - Client called to cancel. Stated he did not want us in his business after research on the internet revealed Rip Off Report on website entries. Lisa s

$ ___ 100.°

JOB NO. 526-856-01    A/U ___    SIC 1711

NAME E B Construction Mechanical contractors Inc.

STREET 2907 Central Ave

STREET ___

CITY Birmingham    ST AL    ZIP 35209

DBA ___    MLG ___

CLASS S    GRADE C    CO USA    DIV S

VOLUME 7000 per    EMPLOYEES 70

COUNTY # Jefferson Co. (61547)

3 owner    Michael D. Eskew Wilkes

SALE DATE 5-31-05    ORIG SS DTE 6-2-05    92044

68-SIG:

PHONE 205 879-3132

HOME PHONE ___

DISTRICT 40

FAX NUMBER ___

E-MAIL ___

|  | CT | LAST NAME | S | PAR |
|---|---|---|---|---|
| SR1 | 68939 | Bulsara | ___ | 40 |
| ADM1 | 22549 | Sherman |  |  |
| ADM2 |  |  |  |  |
| TEL |  |  |  |  |
| MS1 |  |  |  |  |

|  | CT | LAST NAME |  | PAR |
|---|---|---|---|---|
| DM | 47697 | Barnes |  |  |
| RM |  |  |  |  |
| SRT |  |  |  |  |
| ARM |  |  |  |  |
| MS2 |  |  |  |  |

**EXHIBIT 13**



Submitted: 8/2/2004
7:20:46 AM
Modified: 6/28/2005
11:47:00 PM

Category:
**Corrupt Companies**

---

**This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the First Amendment rights of free speech of the author of the posting and violates the Federal Communications Decency Act *UPDATE EX-employee responds ..Its time to overcome the shame and stand for the truth**

---

**George S. May**
Address:
**303 S. Northwest Hwy.**
**Park Ridge Illinois  60068**
**U.S.A.**
Phone:
847-8258806
Fax: 847-8257937

---

**This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the First Amendment rights of free speech of the author of the posting and violates the Federal Communications Decency Act. Check back later for a link to Rip-off Reports legal memorandum that will be filed with the Court on this issue.**

**Company Search**

If you would like to see more Rip-off Reports<sup>TM</sup> on George S. May, please use the search box below

| George S. May | | Search |

**In order to assure the best results in your search:**
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

**Rebuttal UPDATE EX-employee responds**
Submitted: 8/4/2004 6:46:19 PM

| | |
|---|---|
| **REBUTTAL** | Illinois *Consumer Comment ..We need to all get together Thank You, Rip-off Report! |
| | *Accounting:* **George S May International Co** Illinois | **Author:** Janesville, Wisconsin |

| 29. 7/31/2004 11:46:50 PM **REBUTTAL** | George S. MAy International Company ripoff, sham, high pressure, deceptive business practices Park Ridge Illinois *Consumer Comment ..Another victim shame on GSMIC |
|---|---|
| | *Door to door sales people:* **George S. MAy International Company** Illinois | **Author:** Murray, Kentucky |

| 30. 7/28/2004 12:13:57 AM **REBUTTAL** | This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the First Amendment rights of free speech of the author of the posting and violates the Federal Communications Decency Act *Consumer Comment ..Beware of these crooks! |
|---|---|
| | *Corrupt Companies:* **George S. May - George S. May International George S International Company GSMIC** Illinois | **Author:** El Paso, Texas |

LEGEND:

**NEW** Within last 7 days  **UPDATE** More info from user  **REBUTTAL** Rebuttal from company or devotee  **PHOTOS** Photos contained with the report.

---

Showing page 2.

**<< Previous Page**                                   **Next Page >>**

Select a new page: 2

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off
Report.com

Copyright © 2002 A Service of badbusinessbureau.com