## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                    Plaintiff,

v.                                                     Case No.: 1:04−cv−06018
                                                        Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 24, 2005:

      MINUTE entry before Judge Charles R. Norgle Sr.:Motion for relief from order denying defendants' motion to dismiss [83] is granted. Motion for reconsideration of order requiring appearance [86] is granted. Motion hearing held on 10/24/2005. Amended motion to reconsider is due 10/25/2005. Memorandum regarding appropriate sanction is due is due within 14 days. Reply memorandum is due 7 days thereafter. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.