JKB/cic/280130                                                              5634-2-51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Honorable Judge Norgle ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Defendants XCENTRIC VENTURES, LLC ("Xcentric"), RIP-OFF REPORT.COM ("Rip-Off Report"), BADBUSINESSBUREAU.COM ("BBB") and Edward Magedson ("Magedson"; collectively "Defendants"), by and through their attorneys, hereby submit the following evidentiary objections to the documents and materials lodged by Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY ("Plaintiff").

Pursuant to Fed. R. Evid. 802, Defendants object to the admission in evidence of that certain document entitled "Declaration of Israel Kushnir In Support of Contempt Sanction". The document is hearsay, and is not within any known hearsay exception.

Pursuant to Fed. R. Evid. 802, Defendants object to the admission in evidence of <u>Exhibits 1–12</u> appended to that certain document entitled "Declaration of Israel Kushnir In Support of Contempt Sanction". Exhibits 1–12 are hearsay, and are not within any known hearsay exception.

XCENTRIC VENTURES, LLC
EDWARD MAGEDSON


By:\_\_\_/s/James K. Borcia\_\_\_\_
 One of Their Attorneys

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Case No. 04 C 6018 |
| ) | |
| XCENTRIC VENTURES, LLC, et al., ) ) | Honorable Judge Norgle |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2005, I electronically filed **Defendants' Evidentiary Objections to Plaintiff's Exhibits** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

        Bart A. Lazar, Esq.
        Rachel Kindstrand, Esq.
        Seyfarth Shaw LLP
        55 East Monroe, Suite 4200
        Chicago, IL 60603

        XCENTRIC VENTURES, LLC and ED MAGEDSON

        By: /s/ James K. Borcia
               One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6308 |
| | (312) 627-4000 |