JKB/cic/280128　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5634-2-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) No. 04 C 6018 ) |
| v. | ) Judge Charles R. Norgle ) |
| XCENTRIC VENTURES, LLC, et al., | ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:　　Bart A. Lazar, Esq.
　　　　Seyfarth Shaw LLP
　　　　55 East Monroe, Suite 4200
　　　　Chicago, IL 60603

　　PLEASE TAKE NOTICE that on the 4th day of November, 2005 there was filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Response to Plaintiff's Motion for Contempt Sanctions; Defendants' Evidentiary Objections to Plaintiff's Exhibits** and **Defendants' Demand for Jury Trial on Contempt/Sanctions**, copies of which are attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　XCENTRIC VENTURES, LLC and ED MAGEDSON

　　　　　　　　　　　　　　By:　　/s/ James K. Borcia
　　　　　　　　　　　　　　　　　　One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6308 |
| | (312) 627-4000 |