JKB/cic/371508                                                          5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) No. 04 C 6018 ) |
| v. | ) Judge Charles R. Norgle ) |
| XCENTRIC VENTURES, LLC, et al., | ) ) ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:   Bart A. Lazar, Esq.
      Seyfarth Shaw LLP
      55 East Monroe, Suite 4200
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the 11th day of November, 2005 there was filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Reply in support of their Amended Motion for Reconsideration**, copies of which are attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: _/s/ James K. Borcia_____
One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6308 |
| | (312) 627-4000 |

Dockets.Justia.com