JKB/cic/281633

5634-2-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | No. 04 C 6018 |
| v. | ) ) | Judge Charles R. Norgle |
| XCENTRIC VENTURES, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Bart A. Lazar, Esq.
       Seyfarth Shaw LLP
       55 East Monroe, Suite 4200
       Chicago, IL 60603

PLEASE TAKE NOTICE that on the 1st day of December, 2005 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Reply re: Evidentiary Objections to Kushnir Declaration Supporting Contempt "Remedy"**, a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC and ED MAGEDSON

By:_____/s/ James K. Borcia_____
              One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Dockets.Justia.com