JKB/dh2/kbr/#373549                                                      5634-2-51

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 04 C 6018<br>) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Honorable Judge Norgle<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

### DEFENDANTS' MOTION FOR ALL ORAL ARGUMENT ON PENDING MOTIONS

Defendants Xcentric Ventures, LLC ("Xcentric") and Ed Magedson, by and through their attorneys, Tressler, Soderstrom, Maloney & Priess and pursuant to local Rule 78.3, hereby move this court to set a date for oral argument on the pending motions in this matter, and in support thereof state as follows:

1.     There are a number of pending motions before this court, including Defendants' motion to dismiss, Defendants' motion for reconsideration and Plaintiff's motion for sanctions.

2.     Pursuant to Local Rule 78.3, the court may set oral argument on pending motions in its discretion. Defendants believe that it would be beneficial to the Court to have oral argument on the pending motions so as to assist the Court in rendering its decision.

3.     If the Court is inclined to grant this Motion, the Defendants respectfully request that this Court set a date in the future when Defendants' lead counsel from Arizona can appear on the motions.

Dockets.Justia.com

WHEREFORE, Defendants, Xcentric Ventures, LLC and Ed Magedson respectfully request that this Court set a date for oral argument on the pending motions on a date convenient to the parties and counsel.

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: /s/ James K. Borcia
One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000