JKB/cic/282750                                                      5634-2-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) | |
| Plaintiff, | ) | No. 04 C 6018 |
| v. | ) ) | Judge Charles R. Norgle |
| XCENTRIC VENTURES, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

### NOTICE OF MOTION

TO:     Bart A. Lazar, Esq.
         Seyfarth Shaw LLP
         55 East Monroe, Suite 4200
         Chicago, IL 60603

PLEASE TAKE NOTICE that on the **20th day of January, 2006 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion for All Oral Argument of Pending Motions**, a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: _____ /s/ James K. Borcia _____
                   One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6308 |
| | (312) 627-4000 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY INTERNATIONAL )
COMPANY, )
 )
                     Plaintiff, )
 )
v. ) Case No. 04 C 6018
 )
XCENTRIC VENTURES, LLC, et al., ) Honorable Judge Norgle
 )
                     Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I electronically filed **Defendants' Motion for All Oral Argument on Pending Motions** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Bart A. Lazar, Esq.
> Rachel Kindstrand, Esq.
> Seyfarth Shaw LLP
> 55 East Monroe, Suite 4200
> Chicago, IL 60603

XCENTRIC VENTURES, LLC and ED MAGEDSON

By:_____/s/ James K. Borcia_____
                     One of Their Attorneys

Maria Crimi Speth, Esq.               James K. Borcia
JABURG & WILK PC                      David O. Yuen
3200 North Central Avenue, Suite 2000 Tressler, Soderstrom, Maloney & Priess
Phoenix, AZ 85012                     233 South Wacker Drive, 22nd Floor
(602) 248-1000                        Chicago, IL 60606-6308
                                      (312) 627-4000