Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 12/27/2005 |
| **CASE TITLE** | George S. May Int'l Co. vs. Xcentric Ventures, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Motion for All Oral Argument on Pending Motions [106] is denied. However, Defendants are granted leave to supplement any previous submission by 3 additional pages. Any such supplements shall be filed on or before January 27, 2006.

*/s/ Charles R. Norgle*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|

04C6018 George S. May Int'l Co. vs. Xcentric Ventures, LLC, et al.     Page 1 of 1

dockets.Justia.com