Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 1/19/2006 |
| **CASE TITLE** | G.S. May vs. Xcentric, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to Enforce and for Sanctions [60] is denied.

*/s/ Charles Norgle*

■[ For further details see text below.]   Docketing to mail notices.

### STATEMENT

On August 10, 2005, Plaintiff filed a Motion seeking to enforce the court's June 9, 2005 Order Granting Plaintiff's Motion to Compel, and seeking sanctions and/or attorney's fees. Plaintiff asserts that Defendants have failed to turn over court-ordered discovery pertaining to Defendants' Motions to Dismiss for Lack of Jurisdiction.

The court notes that these Motions to Dismiss have been resolved in Plaintiff's favor. See Opinion and Order of January 18, 2006. This matter has therefore become largely moot. The court has considered Plaintiff's request for sanctions and/or attorney's fees, and determines that Defendants' actions do not rise to the level of sanctionable conduct. However, counsel for all parties are admonished to fully comply with the court's orders in the future.

Courtroom Deputy Initials:

04C6018 G.S. May vs. Xcentric, et al. — Page 1 of 1

Dockets.Justia.com