JKB/cic/284757                                                    5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) | |
| ) | |
| Plaintiff, ) | No. 04 C 6018 |
| ) | |
| v. ) | Judge Charles R. Norgle |
| ) | |
| XCENTRIC VENTURES, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO:    Bart A. Lazar, Esq.
       Seyfarth Shaw LLP
       55 East Monroe, Suite 4200
       Chicago, IL 60603

PLEASE TAKE NOTICE that on the 27th day of January, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, Defendants' Supplemental Response To Plaintiff's Motion For Contempt Sanctions, a copy of which is attached hereto and hereby served upon you.

                             XCENTRIC VENTURES, LLC and ED MAGEDSON

                             By:    /s/ James K. Borcia
                                    One of Their Attorneys

Maria Crimi Speth, Esq.              James K. Borcia
JABURG & WILK PC                     David O. Yuen
3200 North Central Avenue, Suite 2000   Tressler, Soderstrom, Maloney & Priess
Phoenix, AZ 85012                    233 South Wacker Drive, 22nd Floor
(602) 248-1000                       Chicago, IL 60606-6308
                                     (312) 627-4000

Dockets.Justia.com