JKB/cic/285123                                                          5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) |
| | ) |
| Plaintiff, | ) No. 04 C 6018 |
| | ) |
| v. | ) Judge Charles R. Norgle |
| | ) |
| XCENTRIC VENTURES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO:   Bart A. Lazar, Esq.
      Seyfarth Shaw LLP
      55 East Monroe, Suite 4200
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on the 2nd day of February, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, an **ANSWER TO VERIFIED COMPLAINT**, a copy of which is attached hereto and hereby served upon you.

                              XCENTRIC VENTURES, LLC and ED MAGEDSON

                              By:   /s/ James K. Borcia
                                    One of Their Attorneys

Maria Crimi Speth, Esq.                James K. Borcia
JABURG & WILK PC                       David O. Yuen
3200 North Central Avenue, Suite 2000  Tressler, Soderstrom, Maloney & Priess
Phoenix, AZ 85012                      233 South Wacker Drive, 22nd Floor
(602) 248-1000                         Chicago, IL 60606-6308
                                       (312) 627-4000

Dockets.Justia.com