**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Date:                                             Case No.

Case Title:                                       Judge:

**NOTICE OF CORRECTION**

**The following error was found in document no.**

- The document has been filed in the incorrect case.
- The document is filed in the correct case, but the case number and case title do not match.
- The incorrect document (PDF file) was linked to the entry
- The incorrect file date was entered.
- The incorrect type of event was used to describe the document.
- The title of the document does not match the text of the entry.
- The entry is a duplicate of entry no.
- Other:

**Corrective action taken by the Clerk:**

- The text of the entry has been edited and the PDF file has been replaced.
- The following notation has been added to the text of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number*.)
- The correct document (PDF file) has been linked to the entry.
- The file date has been corrected.
- The text of the entry has been edited.
- The text of the entry has been edited to read "Duplicate filing of document number."
- Other:

**Corrective action required by the filer:**
- The document must be refiled.
- Other:


Michael W. Dobbins, Clerk of Court

By:   s/_____
      Deputy Clerk

NDIL (10/05) Notice of Correction