# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY**, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| -vs- | )<br>) |
| **XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Case Number 04-C-6018

Judge Norgle

## VERIFICATION

I, Israel Kushnir, pursuant to 28 U.S.C. § 1746, state as follows:

1.   I am the President of George S. May International Company.

2.   I have full knowledge of and I am competent to testify to all matters stated herein.

3.   I have read George S. May International Company' Verified Answers to

Affirmative Defenses and the statements contained therein, and they are true and correct to the

best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on this _7__ day of February, 2006.

*Israel Kushnir*

_____
ISRAEL KUSHNIR

CH1 11016773.1

Dockets.Justia.com