UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY )
INTERNATIONAL COMPANY, )
 )
      Plaintiff, )
 )
-vs- ) Case Number: 04 C 6018
 )
XCENTRIC VENTURES, LLC, ) Judge Norgle
RIP-OFF REPORT.COM )
BADBUSINESSBUREAU.COM, )
ED MAGEDSON, VARIOUS )
JOHN DOES, JANE DOES AND )
ABC COMPANIES, )
 )
      Defendants. )

## AGREED ORDER

UPON AGREEMENT of the Parties, IT IS HEREBY ORDERED:

1. The parties are to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by April 28, 2006;

2. Fact discovery is to be completed by October 13, 2006;

3. Disclosure of experts and retained expert reports is to be completed by November 14, 2006; and

4. Expert discovery is to be completed by December 15, 2006.

AGREED AND APPROVED:

_____
Maria Crimi Speth, Esq.
Lead Counsel for Defendants
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012

_____
Bart Lazar, Esq.
Rachel M. Kindstrand, Esq.
Counsel for Plaintiff
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603

ENTER: _____

Dated ____5-24-____, 2006.

CHI 11062338.1

Dockets.Justia.com