# EXHIBIT A

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                          Plaintiff,

v.                                                      Case No.: 1:04–cv–06018
                                                       Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, June 4, 2006:

      MINUTE entry before Judge Michael T. Mason :This matter having been referred to Magistrate Judge Mason, an initial status hearing is set for 6/27/06 at 9:00 a.m. in courtroom 2214. The parties shall deliver courtesy copy of an initial status report providing the information required by this Court's Order Setting Initial Status Report to chambers, room 2206, by 6/22/06. Mailed notice(smm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

# United States District Court
# Northern District of Illinois

In the Matter of

George S. May International Co.

v.

Case No. 04 C 6018

Xcentric Ventures, LLC, et al

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge **Michael T. Mason**, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Charles R. Norgle

Dated: May 30, 2006

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge **Michael T. Mason**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge Charles P. Kocoras

FILED-EDI
2006 JUN -1 PH 12:36
CLERK
U.S. DISTRICT COURT

Dated: MAY 3 1 2006

## CRIMINAL PROCEEDINGS

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- ☐ Discovery motion(s) specified below.
- ☐ Arraignment(s) and/or detention hearing(s).
- ☐ Bail/detention hearing(s).
- ☐ Bail review/reconsideration of detention.

**Conduct necessary proceedings and issue Report and Recommendation on:**

- ☐ Motions to dismiss or quash indictment.
- ☐ Potential revocation of probation.
- ☐ Motions(s) to suppress evidence.
- ☐ Other, as specifically set forth below.

## CIVIL PROCEEDINGS

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- ☐ Pretrial conference under Rule 16.
- ☐ Discovery motion(s) specified below.
- ☐ All Discovery motions.
- ☐ Discovery supervision.
- ☐ Discovery conference under Rule 26(f).
- ☐ Settlement conference.
- ☐ Preparation of pretrial materials.
- ☐ Conduct necessary proceedings and issue Report and Recommendation on dispositive motion specified below, other than motions to dismiss and for summary judgment (e.g., motion for injunction, for Social Security review, for class certification, to set aside judgment).
- ■ Conduct necessary proceedings and enter Order/Report and Recommendation on all nondispositive pretrial motions through filing of pretrial materials including final pretrial order, with the exceptions or additions specified below.
- ☐ Serve as Special Master under 28 U.S.C. §636(b)(2), as more specifically set forth below.
- ☐ Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
Plaintiff's motion for contemp sanctions [88].

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,<br><br>Defendants. | Case Number: 04 C 6018<br><br>Judge Norgle |

## AGREED ORDER

UPON AGREEMENT of the Parties, IT IS HEREBY ORDERED:

1. The parties are to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by April 28, 2006;

2. Fact discovery is to be completed by October 13, 2006;

3. Disclosure of experts and retained expert reports is to be completed by November 14, 2006; and

4. Expert discovery is to be completed by December 15, 2006.

AGREED AND APPROVED:

_____
Maria Crimi Speth, Esq.
Lead Counsel for Defendants
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012

_____
Bart Lazar, Esq.
Rachel M. Kindstrand, Esq.
Counsel for Plaintiff
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603

ENTER: _____
Dated ____5-24____, 2006.

CHI 11062338.1