UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| -vs- | ) Case Number: 04 C 6018 <br> ) <br> ) Judge Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) <br> ) Magistrate Judge Mason <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### NOTICE OF MOTION

To:   James K. Borcia, Esq.
      Tressler, Soderstrom, Maloney & Priess
      233 South Wacker Drive, 22nd Floor
      Chicago, Illinois 60606-6308

**PLEASE TAKE NOTICE** that on July 19, 2006, at 9:00 a.m., we will appear before the Honorable Michael T. Mason, or any Judge sitting in his place or stead in Room 2214 in the United States District Court of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **PLAINTIFF'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO SUPPLEMENT RECORD RELATED TO CONTEMPT SANCTION**, a copy of which has been previously served upon you.

Dated: July 13, 2006

_____
Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000
Attorneys for Plaintiff
GEORGE S. MAY INTERNATIONAL COMPANY

CH1 10788861.4

## **CERTIFICATE OF SERVICE**

Bart A. Lazar, hereby certify that on the date indicated below, a copy of the foregoing

**NOTICE OF MOTION**

were served on the following opposing counsel by CM/ECF system.

>James K. Borcia, Esq.
>Tressler, Soderstrom, Maloney & Priess
>233 South Wacker Drive, 22nd Floor
>Chicago, Illinois; 60606-6308

on the 13th day of July, 2006.

s// Bart A. Lazar

CH1 10788861.4