JKB/cic/293871                                                         5634-2-51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Case No. 04 C 6018 |
| v. | ) |
| | ) Honorable Judge Norgle |
| XCENTRIC VENTURES, LLC, et al., | ) |
| | ) Magistrate Judge Mason |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR CLARIFICATION ON MAGISTRATE JUDGE REFERRAL

Defendants, Xcentric Ventures, LLC and Ed Magedson, by and through their attorneys, Tressler, Soderstrom, Maloney & Priess, hereby move for clarification of the Court's referral to the Magistrate Judge in this case to clear up confusion as to whether the Magistrate Judge is to address the contempt sanction, as demonstrated by the referral order and the electronic record attached hereto as Exhibits A and B respectfully.

WHEREFORE, Defendants, Xcentric Ventures, LLC and Ed Magedson, respectfully requests that this Court clarify the referral order to the Magistrate Judge in this case.

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: /s/ James K. Borcia
One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

# United States District Court
## Northern District of Illinois

In the Matter of

George S. May International Co.

v.                                                                                        Case No. 04 C 6018

Xcentric Ventures, LLC, et al

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge **Michael T. Mason**, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Charles R. Norgle

Dated: May 30, 2006

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge **Michael T. Mason**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge Charles P. Kocoras

Dated: MAY 3 1 2006

[FILED-EDT 2006 JUN -1 PM 12:36 CLERK U.S. DISTRICT COURT]

EXHIBIT A

0000000/0000000000 000000000 00000 (000. 9/99)

Case 1:04-cv-06018   Document 132   Filed 07/18/2006   Page 3 of 7
Case 1:04-cv-06018   Document 127   Filed 06/22/2006   Page 4 of 6
Case 1:04-cv-06018   Document 126   Filed 05/31/2006   Page 2 of 2

## CRIMINAL PROCEEDINGS

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- ☐ Discovery motion(s) specified below.
- ☐ Arraignment(s) and/or detention hearing(s).
- ☐ Bail/detention hearing(s).
- ☐ Bail review/reconsideration of detention.

**Conduct necessary proceedings and issue Report and Recommendation on:**

- ☐ Motions to dismiss or quash indictment.
- ☐ Potential revocation of probation.
- ☐ Motions(s) to suppress evidence.
- ☐ Other, as specifically set forth below.

## CIVIL PROCEEDINGS

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- ☐ Pretrial conference under Rule 16.
- ☐ Discovery motion(s) specified below.
- ☐ All Discovery motions.
- ☐ Discovery supervision.
- ☐ Discovery conference under Rule 26(f).
- ☐ Settlement conference.
- ☐ Preparation of pretrial materials.
- ☐ Conduct necessary proceedings and issue Report and Recommendation on dispositive motion specified below, other than motions to dismiss and for summary judgment (e.g., motion for injunction, for Social Security review, for class certification, to set aside judgment).
- ■ Conduct necessary proceedings and enter Order/Report and Recommendation on all nondispositive pretrial motions through filing of pretrial materials including final pretrial order, with the exceptions or additions specified below.
- ☐ Serve as Special Master under 28 U.S.C. §636(b)(2), as more specifically set forth below.
- ☐ Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
Plaintiff's motion for contempt sanctions [88].

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY )
INTERNATIONAL COMPANY, )
)
Plaintiff, )
) Case Number: 04 C 6018
-vs- )
) Judge Norgle
XCENTRIC VENTURES, LLC, )
RIP-OFF REPORT.COM )
BADBUSINESSBUREAU.COM, )
ED MAGEDSON, VARIOUS )
JOHN DOES, JANE DOES AND )
ABC COMPANIES, )
)
Defendants. )

### AGREED ORDER

UPON AGREEMENT of the Parties, IT IS HEREBY ORDERED:

1. The parties are to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by April 28, 2006;

2. Fact discovery is to be completed by October 13, 2006;

3. Disclosure of experts and retained expert reports is to be completed by November 14, 2006; and

4. Expert discovery is to be completed by December 15, 2006.

AGREED AND APPROVED:

Maria Crimi Speth, Esq.
Lead Counsel for Defendants
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012

Bart Lazar, Esq.
Rachel M. Kindstrand, Esq.
Counsel for Plaintiff
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603

ENTER: _Charles Norgle_
Dated __5-24__, 2006.

CHI 11062338.1

**James K. Borcia**

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Tuesday, June 06, 2006 10:32 AM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-06018 George S May Intl, et al v. Xcentric Ventures, et al "referring case to magistrate judge" |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 2.5

Notice of Electronic Filing

The following transaction was received from mb, entered on 6/6/2006 at 10:31 AM CDT and filed on 5/31/2006
**Case Name:**     George S May Intl, et al v. Xcentric Ventures, et al
**Case Number:**   1:04-cv-6018
**Filer:**
**Document Number:** 126

**Docket Text:**
EXECUTIVE COMMITTEE ORDER: Case referred to Magistrate Judge Michael T. Mason to conduct necessary proceedings and enter Order/Report and Recommendation on all nondispositive pretrial motions through filing of pretrial materials including final pretrial order, with the exceptions or additions of plaintiff's motion for contempt sanctions [88]. Signed by Executive Committee on 5/31/06. (mb, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=6/6/2006] [FileNumber=2473803-0]
[a088ef826b7259b011cda3943a73a0f19a846b650df7dd7a6d879bb4cc4ea1546f88
c3e38c2e6e56322a6f830ce6b037f2ca64be07803a44f4d900e2f91ca30c]]

**1:04-cv-6018 Notice will be electronically mailed to:**

James Kenneth Borcia     jborcia@tsmp.com, cclose@tsmp.com; tsmpdocket@tsmp.com

Rachel M Kindstrand     rkindstrand@seyfarth.com, jricks@seyfarth.com, chidocket@seyfarth.com

Bart Allen Lazar     blazar@seyfarth.com, hvickers@seyfarth.com, chidocket@seyfarth.com, mwerber@seyfarth.com

EXHIBIT B

7/17/2006

Ronald L. Lipinski     rlipinski@seyfarth.com, tbrown@seyfarth.com, chidocket@seyfarth.com

Maria Crimi Speth     mcs@jaburgwilk.com

David O Yuen     dyuen@tsmp.com, dschombert@tsmp.com; tsmpdocket@tsmp.com

**1:04-cv-6018 Notice will be delivered by other means to:**

7/17/2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Honorable Judge Norgle ) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2006, I electronically filed **Defendants' Motion for Clarification on Magistrate Judge Referral** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Bart A. Lazar, Esq.
Rachel Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: /s/ James K. Borcia
One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000