JKB/cic/294346　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) No. 04 C 6018 ) |
| v. | ) Judge Charles R. Norgle ) |
| XCENTRIC VENTURES, LLC, et al., | ) ) |
| Defendants. | ) ) |

**NOTICE OF MOTION**

TO:　　Bart A. Lazar, Esq.
　　　　Seyfarth Shaw LLP
　　　　55 East Monroe, Suite 4200
　　　　Chicago, IL 60603

　　　　PLEASE TAKE NOTICE that on the **28th day of July, 2006 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion for Clarification on Magistrate Judge Referral**, a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　XCENTRIC VENTURES, LLC and ED MAGEDSON

　　　　　　　　　　　　　　　　　　　By:　　/s/ James K. Borcia
　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Maria Crimi Speth, Esq.　　　　　　　　　　　James K. Borcia
JABURG & WILK PC　　　　　　　　　　　　David O. Yuen
3200 North Central Avenue, Suite 2000　　　　Tressler, Soderstrom, Maloney & Priess
Phoenix, AZ 85012　　　　　　　　　　　　　233 South Wacker Drive, 22nd Floor
(602) 248-1000　　　　　　　　　　　　　　Chicago, IL 60606-6308
　　　　　　　　　　　　　　　　　　　　　　(312) 627-4000