# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 7/17/2006 |
| **CASE TITLE** | May vs. Xcentric Ventures | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to supplement record related to contempt sanctions (129) is taken under advisement. No appearance necessary on the noticed motion date of July 19, 2006.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JD |
|---|---|---|

04C6018 May vs. Xcentric Ventures                                                                    Page 1 of 1

Dockets.Justia.com