# EXHIBIT A

Dockets.Justia.com

Rip-off Report.com - badbusinessbureau.com                                    Page 1 of 4



|  | Submitted: 6/6/2003 |
|---|---|
|  | 5:01:24 PM |
| Category: | Modified: 4/11/2005 |
| **Accounting** | 7:29:53 PM |

# This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the First Amendment rights of free speech of the author of the posting and violates the Federal Communications Decency Act *UPDATE Employee ..inside information ..George S. May 100% guarantee and 2:1 savings ..what the Company verbally gives you is not what you think

## George S May International Company
Address:
**S. Northwest Hwy**
**Park Ridge Illinois  60068**
**U.S.A.**
Phone:
847-825-8806
Fax: -
Email: ikushnir@georgesmay.com

This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the First Amendment rights of free speech of the author of the posting and violates the Federal Communications Decency Act. Check back later for a link to Rip-off Reports legal memorandum that will be filed with the Court on this issue.

**Company Search**

**If you would like to see more Rip-off Reports™ on George S May International Company, please use the search box below**

| George S May International Company | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*

http://www.ripoffreport.com/view.asp?id=59860&view=printer                    7/12/2006

- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## Rebuttal UPDATE Employee ..inside information
Submitted: **10/18/2003 11:44:26 AM**
Modified: **9/19/2005 9:15:17 PM**

### George S. May 100% guarantee and 2:1 savings ..what the Company verbally gives you is not what you think

A 100% satisfaction guarantee that the George May Company verbally gives you is not what you think.
Under no circumstances you get your money back. What you receive is more of the same consulting without charge. When you reach this point, you just want to have the consultants leave, even if they offer to stay for no charge.

A 2:1 reduction in expenses that is verbally promised by the George May Company is not what you think. The savings does not actually take place while the consultants are at your business, but at a future date. When these normally bogus savings do not appear, you do not get your money back, but you may be offered more consulting at no charge. At this point you do not want them back.

The above techniques are taught to employees to overcome sales objections. Even if they address the above in writting, the orginal contract states that only items within the contract are binding.

**BUYER BEWARE**

**Chuck - Park Ridge, Illinois**
**U.S.A.**

## Rebuttal UPDATE EX-employee responds
Submitted: **3/29/2004 6:03:25 PM**
Modified: **9/19/2005 9:15:17 PM**

### NO YOU DO NOT GET ANYTHING FREE even with the guarantee!

Hold on if your not happy with ANY of the work done by George S. May International Corp. you are TOLD they will come back "OFF the CLOCK" but NEVER free. If you ask them to come in and make you happy after you find out that all they did in their consulting was to drain your bank account.

You have to PAY the travle EXPENSES inbound / outbound, hotel fees, rental cars while at your location plus $35.00 to feed the consultants.

When is "off the clock" free? NEVER with George S May!

George S May A TOTAL RIP OFF from all aspects.

**Chet - Los Angeles, California**

U.S.A.

# **Rebuttal** Consumer Suggestion

Submitted: 6/27/2004 12:27:37 AM
Modified: 9/19/2005 9:15:17 PM

## Call us....Thank you RIP OFF REPORT!

We need your help we want our life back, money back! If you have been duped by this company please cal us [DELETED]for more details!

HELP! log onto [DELETED]for more or this web site and help us get our money back! PLEASE post your names and contact information we have a growing list that may bring this company to a place where they no longer think it is okay to charge $50,000.00 for a $1.00 blue note book.

Thank you RIP OFF REPORT!

Ripoff Reports filed and they said thank you to badbusinessbureau.com

Jolene - Ogden, Utah
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

# **Rebuttal** UPDATE EX-employee responds

Submitted: 12/11/2004 11:53:14 AM
Modified: 9/19/2005 9:15:17 PM

## International is all Gone, forced to shut down the office in Italy.

It has been reported they are forced to shut down the office in Italy. So how can't they say they are an international company any longer they have no offices other then Chicago and Vegas. Well unless you count the trips to Canada by Americans to scam Canadaian business owners. There is no International to GSM any longer.

How will they spin it? Sales are WAY down people are standing up to the bullies of the consulting world. GO get them RIP OFF REPORT!

Jolene should get her money back NOW!

Chet - Provo, Utah
U.S.A.

# **Rebuttal** Consumer Comment

Submitted: 4/11/2005 3:32:33 PM
Modified: 9/19/2005 9:15:17 PM

## I was almost an employee of George S. May International

When I was offered the opportunity to work with George S. May International it felt like a scripted process from interview to hire.

The HR department asked for my credit card to book my flight from Toronto to Chicago. This was explained that I would have reimbursement from the company by the end of the training period.

I was instructed to memorize a sales script to heart before arriving in Chicago for training.
This did not do much to make me feel like I was hired for my ability and professionalism.

When the nagging doubt in the pit of my stomach told me this was not comfortable, I contacted the director of HR. He attempted to overcome my objections with some pretty slick answers.

If it doesn't feel right ... it usually isn't.

Leslie - St. Catharines, Ontario
Canada

### REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/view.asp?id=59860&view=printer                7/12/2006