Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 6018 | DATE | 7/25/2006 |
| CASE TITLE | G.S. May vs. Xcentric Ventures, LLC, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Motion to Strike Plaintiff's Motion to "Supplement" Record Related to Contempt Sanctions [135] was misdirected, and must be refiled before Magistrate Judge Mason. This Motion [135] is stricken from the court's docket.

*/s/ Charles Norgle*

■ [ For further details see text below.]    Docketing to mail notices.

**STATEMENT**

On June 6, 2006, the court referred the matter of appropriate sanctions for Defendants' contumacious acts to Magistrate Judge Mason. Judge Mason is to review whatever documents, or hold whatever evidentiary hearings he finds necessary, in order to make a recommendation to the court regarding what sanctions are appropriate. On June 26, 2006, Judge Mason requested copies of documents related to the contempt proceedings so that he could issue a recommendation on that issue. Since the court has referred this matter to Judge Mason, all parties should file motions or documents related to the matter of sanctions before Judge Mason.

| | Courtroom Deputy Initials: | |
|---|---|---|

04C6018 G.S. May vs. Xcentric Ventures, LLC, et al.    Page 1 of 1

Dockets.Justia.com