JKB/jr/386988    5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, <br><br>     Plaintiff, <br><br>v. <br><br>XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) No. 04 C 6018 <br> ) <br> ) Judge Charles R. Norgle <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

TO: Bart A. Lazar, Esq.      PayPal, Inc.
   Seyfarth Shaw LLP      c/o Custodian of Records
   55 East Monroe, Suite 4200    2211 North First Street
   Chicago, IL 60603       San Jose, CA 95131

  PLEASE TAKE NOTICE that on the **28th day of July, 2006 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Emergency Motion to Quash Subpoena**, a copy of which is attached hereto and hereby served upon you.

          XCENTRIC VENTURES, LLC, and ED MAGEDSON

          By: /s/ James K. Borcia
             One of Their Attorneys

Maria Crimi Speth, Esq.      James K. Borcia
JABURG & WILK PC       David O. Yuen
3200 North Central Avenue, Suite 2000 Tressler, Soderstrom, Maloney & Priess, LLP
Phoenix, AZ 85012        233 South Wacker Drive, 22nd Floor
(602) 248-1000         Chicago, IL 60606-6308
              (312) 627-4000