JKB/cic/294480                  5634-2-51

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) No. 04 C 6018 ) |
| v. | ) Judge Charles R. Norgle ) |
| XCENTRIC VENTURES, LLC, et al., | ) Magistrate Judge Michael T. Mason ) |
| Defendants. | ) |

### AMENDED NOTICE OF MOTION

TO:     Bart A. Lazar, Esq.
         Seyfarth Shaw LLP
         55 East Monroe, Suite 4200
         Chicago, IL 60603

PLEASE TAKE NOTICE that on the **15th day of August, 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Magistrate Judge Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2214 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion to Strike Plaintiff's Motion to "Supplement" Record Related to Contempt Sanction**, a copy of which was previously served upon you on July 19, 2006 and was previously scheduled to be heard before Judge Norgle on July 28, 2006.

                            XCENTRIC VENTURES, LLC and ED MAGEDSON

                            By:     /s/ James K. Borcia
                                     One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6308 |
| | (312) 627-4000 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Honorable Judge Norgle ) |
| Defendants. | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2006, I electronically filed **Defendants' Amended Notice of Motion to Strike Plaintiff's Motion to "Supplement" Record Related to Contempt Sanction** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Bart A. Lazar, Esq.
>Rachel Kindstrand, Esq.
>Seyfarth Shaw LLP
>55 East Monroe, Suite 4200
>Chicago, IL 60603

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: /s/ James K. Borcia
One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6308 |
| | (312) 627-4000 |

2