# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                   Plaintiff,

v.                                            Case No.: 1:04−cv−06018
                                                   Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2006:

      MINUTE entry before Judge Michael T. Mason :Amended NOTICE of Motion by James Kenneth Borcia for presentment of motion to supplement [129] before Honorable Michael T. Mason on 8/15/2006 at 09:00 AM is hereby stricken, due to be entered in error. Counsel will submit the corrected notice of motion.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.