JKB/cic/387059             5634-2-51

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) |
| Plaintiff, | ) No. 04 C 6018 |
| v. | ) Judge Charles R. Norgle |
| XCENTRIC VENTURES, LLC, et al., | ) Magistrate Judge Michael T. Mason |
| Defendants. | ) |

### CORRECTED AMENDED NOTICE OF MOTION

TO:    Bart A. Lazar, Esq.
          Seyfarth Shaw LLP
          55 East Monroe, Suite 4200
          Chicago, IL 60603

     PLEASE TAKE NOTICE that on the **9th day of August, 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Magistrate Judge Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2214 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion to Strike Plaintiff's Motion to "Supplement" Record Related to Contempt Sanction**, a copy of which is attached hereto.

                          XCENTRIC VENTURES, LLC and ED MAGEDSON

                    By:    /s/ James K. Borcia
                                One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess, LLP |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6308 |
| | (312) 627-4000 |

Dockets.Justia.com