# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                              Plaintiff,

v.                                                  Case No.: 1:04–cv–06018
                                                       Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2006:

      MINUTE entry before Judge Michael T. Mason :Defendants' motion to strike plaintiff's motion to "supplement" record related to contempt sanctions [143] is taken under advisement. The parties are not to file any further motions, briefs or any other pleadings associated with plaintiff's motion for contempt sanctions unless directed to do so by the Court. No appearance is necessary on the noticed motion date of 08/09/06.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.