DOY/des/294915 5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, )<br>  Plaintiff, )<br> v. ) No. 04 C 6018<br> )<br>XCENTRIC VENTURES, LLC, RIP-OFF ) Magistrate Judge Mason<br>REPORT.COM, BADBUSINESSBUREAU.COM, )<br>ED MAGEDSON, VARIOUS JOHN DOES, JANE )<br>DOES and ABC COMPANIES, )<br> )<br>  Defendants. ) | |

### RE-NOTICE OF MOTION

TO:   Rachel Kindstrand, Esq.          PayPal, Inc.
      Bart A. Lazar, Esq.               c/o Custodian of Records
      Seyfarth Shaw LLP                 2211 North First Street
      55 East Monroe, Suite 4200        San Jose, CA 95131
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the **9th day of August 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2214** of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion to Quash Subpoena**, a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC, and ED MAGEDSON

By: _____/s/ David O. Yuen._____
    One of Their Attorneys

Maria Crimi Speth, Esq.                 James K. Borcia, Esq.
JABURG & WILK PC                        David O. Yuen, Esq.
3200 North Central Avenue, Suite 2000   Tressler, Soderstrom, Maloney & Priess, LLP
Phoenix, AZ 85012                       233 South Wacker Drive, 22nd Floor
(602) 248-1000                          Chicago, IL 60606-6399
                                        (312) 627-4000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES, <br><br> Defendants. | ) <br> ) <br> ) <br> ) No. 04 C 6018 <br> ) <br> ) Judge Charles R. Norgle <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed **Defendants' Motion to Quash Subpoena** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

> Bart A. Lazar, Esq.
> Rachel Kindstrand, Esq.
> Seyfarth Shaw LLP
> 55 East Monroe, Suite 4200
> Chicago, IL 60603

I served this notice by Fed Ex to: PayPal, Inc., c/o Custodian of Records, 2211 North First Street, San Jose, CA 95131, by depositing the same in the U.S. Mail at 233 South Wacker Drive, Chicago, Illinois, before 5:00 p.m. on the July 28, 2006, with proper postage prepaid.

XCENTRIC VENTURES, LLC, and ED MAGEDSON

By: /s/ David O. Yuen
One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. <br> JABURG & WILK PC <br> 3200 North Central Avenue, Suite 2000 <br> Phoenix, AZ 85012 <br> (602) 248-1000 | James K. Borcia, Esq. <br> David O. Yuen, Esq. <br> Tressler, Soderstrom, Maloney & Priess, LLP <br> 233 South Wacker Drive, 22nd Floor <br> Chicago, IL 60606-6399 <br> (312) 627-4000 |

2