

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: Bart A. Lazar

FIRM: Seyfarth Shaw LLP

STREET ADDRESS: 131 South Dearborn, Suite 2400

CITY/STATE/ZIP: Chicago, IL  60603

PHONE NUMBER: (312) 460-5986

ATTORNEY REGISTRATION NO: 06195086

PRIMARY E-MAIL ADDRESS: blazar@seyfarth.com

☑ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 04 C 6018 | George S. May v. Xcentric | Norgle |
|  |  |  |
|  |  |  |

Attorney's Signature    7/24/06
                        Date