# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                             Plaintiff,

v.                                       Case No.: 1:04−cv−06018
                                        Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 9, 2006:

    MINUTE entry before Judge Michael T. Mason :Motion hearing held.[146] MOTION by Defendant Xcentric Vventures, LLC to quash Motion to Quash Subpoena [146]is granted. Leave is granted to renew the subpoena once the protective order has been entered.Mailed notice.(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.