JKB/cic/295651 5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, <br><br>            Plaintiff, <br><br>    v. <br><br> XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES, <br><br>            Defendants. | ) ) ) ) ) ) No. 04 C 6018 ) ) Judge Charles R. Norgle ) ) ) ) ) ) |

### NOTICE OF MOTION

TO:   Bart A. Lazar, Esq.
      Seyfarth Shaw LLP
      55 East Monroe, Suite 4200
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on the **15th day of August, 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2214 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion to Quash Subpoena to Creative Business Investment Concepts, Inc.**, a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC, and ED MAGEDSON

By:  /s/ James K. Borcia
        One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000