Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 6018 | DATE | 8/9/2006 |
| CASE TITLE | George S. May Int'l Co. Vs. Xcentric Ventures, LLC | | |

**DOCKET ENTRY TEXT**

Defendants' Motion for Relief from Order Denying Defendants' Motion to Dismiss [82] was and is granted. See Notification of Docket Entry [89].

*[signature: Charles R. Norgle]*

| | Courtroom Deputy Initials: | |
|---|---|---|