# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY**,  Plaintiff,  -vs-  **XCENTRIC VENTURES, L.L.C., RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,** | )  )  )  )  )  )  )  )  )  )  )  )  )  )  )   Case Number 04-C-6018   Judge Norgle |

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

**TO:**   See Attached Certificate of Service

PLEASE TAKE NOTICE that effective August 14, 2006, the Chicago office of Seyfarth Shaw LLP, counsel for Plaintiff in the above-captioned matter, will move and change its telephone and facsimile numbers. The new address and contact information is as follows:

> Bart A. Lazar
> Ronald L. Lipinski
> Rachel M. Kindstrand
> SEYFARTH SHAW LLP
> 131 South Dearborn Street, Suite 2400
> Chicago, Illinois  60603-5577
> (312) 460-5000 (main telephone number)
> (312) 460-7000 (main facsimile number)

Dated: August 11, 2006

Respectfully submitted,

**GEORGE S. MAY INTERNATIONAL COMPANY**

By: _s/Rachel M. Kindstrand_
       One Of Its Attorneys

CH1 11097960.1

Bart A. Lazar
Ronald L. Lipinski
Rachel M. Kindstrand
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
(312) 346-8000

CH1 11097960.1

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of **Plaintiff's Notice of Change of Address** was electronically filed on August 11, 2006, using the CM/ECF system, which will send electronic notification to the following:

        James K. Borcia, Esq.
        David O. Yuen, Esq.
        Tressler, Soderstrom, Maloney & Priess
        233 South Wacker Drive, 22nd Floor
        Chicago, IL  60606-6308

        Maria Crimi Speth
        Jaburg & Wilk, P.C.
        Great American Tower
        3200 North Central Avenue, Suite 2000
        Phoenix, AZ 85012


        s/Rachel M. Kindstrand
        Rachel M. Kindstrand