# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                       Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:04–cv–06018
　　　　　　　　　　　　　　　　　　　Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 6, 2006:

      MINUTE entry before Judge Michael T. Mason :Status hearing on plaintiff's motion for contempt sanctions [88] set for 9/20/06 at 9:30 AM in courtroom 2214. The Court will set an evidentiary hearing on plaintiff's motion at the upcoming status. The parties must be prepared to discuss available dates for the hearing and any witnesses they intend to call. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.