# EXHIBIT A

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY )
INTERNATIONAL COMPANY, )
 )
      Plaintiff, )
 )   Case Number: 04 C 6018
-vs- )
 )   Judge Norgle
XCENTRIC VENTURES, LLC, )
RIP-OFF REPORT.COM )
BADBUSINESSBUREAU.COM, )
ED MAGEDSON, VARIOUS )
JOHN DOES, JANE DOES AND )
ABC COMPANIES, )
 )
      Defendants. )

## AGREED ORDER

UPON AGREEMENT of the Parties, IT IS HEREBY ORDERED:

1. The parties are to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by April 28, 2006;

2. Fact discovery is to be completed by October 13, 2006;

3. Disclosure of experts and retained expert reports is to be completed by November 14, 2006; and

4. Expert discovery is to be completed by December 15, 2006.

AGREED AND APPROVED:

_____
Maria Crimi Speth, Esq.
Lead Counsel for Defendants
Jaburg & Wilk, P.C.
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012

_____
Bart Lazar, Esq.
Rachel M. Kindstrand, Esq.
Counsel for Plaintiff
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603

ENTER: _____

Dated _____5-24-_____, 2006.

CHI 11062338.1

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov
**Sent:** Tuesday, May 30, 2006 10:35 AM
**To:** ecfmail_ilnd@ilnd.uscourts.gov
**Subject:** Activity in Case 1:04-cv-06018 George S May Intl, et al v. Xcentric Ventures, et al \"text entry\"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 2.5

Notice of Electronic Filing

The following transaction was received from mjc, entered on 5/30/2006 at 10:34 AM CDT and filed on 5/24/2006
**Case Name:**     George S May Intl, et al v. Xcentric Ventures, et al
**Case Number:**   1:04-cv-6018
**Filer:**
**Document Number:** 123

**Docket Text:**
MINUTE entry before Judge Charles R. Norgle Sr.: Enter agreed order.Mailed notice (mjc, )

The following document(s) are associated with this transaction:

**1:04-cv-6018 Notice will be electronically mailed to:**

Ronald L. Lipinski     rlipinski@seyfarth.com, tbrown@seyfarth.com,chidocket@seyfarth.com

James Kenneth Borcia     jborcia@tsmp.com, cclose@tsmp.com, tsmpdocket@tsmp.com

Bart Allen Lazar     blazar@seyfarth.com, hvickers@seyfarth.com,chidocket@seyfarth.com,mwerber@seyfarth.com

David O Yuen     dyuen@tsmp.com, dschombert@tsmp.com, tsmpdocket@tsmp.com

Rachel M Kindstrand     rkindstrand@seyfarth.com, jricks@seyfarth.com,chidocket@seyfarth.com

Maria Crimi Speth     mcs@jaburgwilk.com

**1:04-cv-6018 Notice will be delivered by other means to:**

9/15/2006