**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY**, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>**XCENTRIC VENTURES, LLC,**<br>**RIP-OFF REPORT.COM**<br>**BADBUSINESSBUREAU.COM,**<br>**ED MAGEDSON, VARIOUS**<br>**JOHN DOES, JANE DOES AND**<br>**ABC COMPANIES,** )<br>)<br>Defendants. ) | Case Number:  04 C 6018<br><br>Judge Charles R. Norgle<br><br>Magistrate Judge Michael T. Mason |

### NOTICE OF MOTION

TO:   James K. Borcia, Esq.                           Maria Crimi Speth
      David O. Yuen, Esq.                             Jaburg & Wilk, P.C.
      Tressler, Soderstrom, Maloney & Priess          Great American Tower
      233 South Wacker Drive, 22nd Floor              3200 North Central Avenue, Suite 2000
      Chicago, IL  60606-6308                         Phoenix, AZ 85012

   **PLEASE TAKE NOTICE** that on September 20, 2006, at 9:30 a.m., we will appear before the Honorable Michael T. Mason, or any judge sitting in his place or stead in Room 2214 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Agreed Motion for an Extension of Time to Complete Fact Discovery,** a copy of which is attached and hereby served upon you.

Dated:  September 15, 2006                **GEORGE S. MAY INTERNATIONAL COMPANY**


                                          By: s/Rachel M. Kindstrand
                                               One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL  60603
(312) 346-8000

CH1 11113119.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed **the Notice of Agreed Motion for an Extension of Time to Complete Discovery** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

> James K. Borcia
> David O. Yuen
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois  60606-6308
> Maria Crimi Speth
> Jaburg & Wilk, P.C.
> Great American Tower
> 3200 North Central Avenue, Suite 2000
> Phoenix, AZ 85012

s/ Rachel M. Kindstrand

CH1 11113119.1