Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6018 | **DATE** | 9/14/2006 |
| **CASE TITLE** | May, et al vs. Xcentric Ventures, LLC, et al | | |

**DOCKET ENTRY TEXT**

Enter agreed protective order.

Docketing to mail notices.
*Copy to judge.

| | Courtroom Deputy Initials: | TP |
|---|---|---|



dockets.Justia.com