# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                              Plaintiff,

v.                                                        Case No.: 1:04–cv–06018
                                                          Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2006:

      MINUTE entry before Judge Michael T. Mason :Status and motion hearing held on 9/20/06. Agreed motion for extension of fact discovery is granted. Fact discovery closes on 1/11/07. Parties are to disclose experts and exchange expert reports by 2/12/07. Expert discovery closes on 3/14/07. Evidentiary hearing on contempt sanctions set for 10/19/06 at 9:30 AM. Parties are to provide the Court will all exhibits and a joint witness list by 10/12/06. The parties are reminded that the hearing is limited to the following issues: (1) the damages plaintiff suffered as a result of the postings that Judge Norgle found violated the TRO in his September 13, 2005 Order and (2) what other sanctions, if any, are appropriate for defendants' violation of the TRO. The Court will not permit the parties to raise issues that have already been ruled on, such as, whether the contempt finding was appropriate. Nor will the parties be permitted to raise issues outside the scope of the referral, such as, new violations of the TRO. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.