JKB/cic/298548                                                                                              5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) No. 04 C 6018 |
| | ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES, | ) Judge Charles R. Norgle ) Magistrate Judge Mason |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   Rachel M. Kindstrand
      Seyfarth Shaw LLP
      131 South Dearborn Street, Suite 2400
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the **3rd day of October, 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2214 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion to Permit Telephonic Appearances by Witnesses at October 19, 2006 Hearing**, a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC, and ED MAGEDSON

By: _____/s/ James K. Borcia_____
One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000