## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
## Eastern Division

George S. May International Company

                              Plaintiff,

v.                                                   Case No.: 1:04−cv−06018
                                                 Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2006:

       MINUTE entry before Judge Michael T. Mason :Plaintiff to file a response to defendants' motion to permit telephonic appearances by witnesses at the 10/19/06 hearing [163] by 10/4/06. Plaintiff must deliver a courtesy copy of the response, limited to 5 pages or less, to chambers, Room 2206, by 5:00 PM on 10/4/06. No appearance necessary on the noticed motion date of 10/3/06. Ruling by mail.Mailed notice(tlp)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.