# EXHIBIT A

Dockets.Justia.com



*Serving Chicago and Northern Illinois*

**BETTER BUSINESS BUREAU**

July 25, 2006

Mr. Joseph R. Lanser
Seyfarth Shaw LLP
55 East Monroe Street, 42nd Floor
Chicago, IL 60603

RE:  George S. May International v. Xcentric Ventures, LLC.,et al.

Dear Mr. Lanser:

    Pursuant to your request enclosed please find a copy of the CD-ROM which was provided to the plaintiffs counsel in regards to the above subpoena.

    Additionally we have since contacted and informed them that our files are confidential and are not to be distributed or copied in any way other than what is covered in the said subpoena.

    If you have any further questions or concerns please do not hesitate to contact me directly on 312-245-2514.

Cordially,

Steve J. Bernas
Vice President of Operations
sbernas@chicago.bbb.org

Enclosure

Regional office: 810 East State Street, Rockford, Illinois 61104 815.963.2222

330 North Wabash Avenue, Suite 2006, Chicago, Illinois 60611  312.832.0500