Exhibit 1

Dockets.Justia.com

1    **AFFIDAVIT**

2    I MIKE STAUDACHER, hereby deposes and says:

3        1.    I am a resident of the State of Texas, am over the age of 18 years, and if

4    called to testify in court in this matter I could and would truthfully testify to the following

5    facts based upon my own personal knowledge.

6        2.    I have been informed that a lawsuit is currently pending in the United States

7    District Court, Northern District, in Chicago, Illinois between Plaintiff GEORGE S. MAY

8    INTERNATIONAL COMPANY ("GSM") and Defendant XCENTRIC VENTURES,

9    L.L.C. ("Xcentric") (the "lawsuit"), among others.

10        3.    I have been informed that GSM has claimed in the lawsuit that it lost certain

11    business due to false information which appeared on website known as the "Rip-Off

12    Report" which is located at www.ripoffreport.com and www.badbusinessbureau.com (the

13    "ROR Site").

14        4.    I have been informed that GSM claims that I am one of the customers that it

15    lost solely or primarily due to false information which appeared on the ROR Site.  That

16    statement is simply not true.

17        5.    If called to testify as a witness in court, I would testify truthfully that my

18    wife Kathy and I are the proprietors of AC's Beer Barn in Decatur, Texas.  Recently, a

19    GSM salesperson approached us and said that for $200, they would conduct a survey of

20    our business and tell us how to make more money.  My wife and I accepted this offer.

21        6.    The GSM employee who performed the survey was in our business for most

22    of the day, gathering information and asking questions.  At the end of the survey, the

23    GSM employee provided us with some charts and other information which basically just

24    restated the information which we had given.  There was nothing new and nothing of any

25    specific value in this information we received from GSM.

26        7.    After the survey was completed, the GSM employee used extremely high

27    pressure tactics to try to get us to agree to allow GSM to perform significant additional

28    work involving more than 100 additional hours of services at an hourly rate of at least

10297-1/DSG/DSG/551399_v1

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1    $200. At the time, our business was struggling financially and there was simply no way

2    that we could have afforded to pay that kind of money for consulting services, and we told

3    that to the GSM employees. They still pressured us to sign their contract and suggested

4    that it would be a big mistake for us not to do so.

5        8.    Because of the uneasy feeling we had, we decided to do some research on

6    GSM to see what others had to say. The first place we looked was the website for the

7    Better Business Bureau. According to information that was publicly available on that

8    website, we learned that GSM had numerous complaints filed against it.

9        9.    After visiting the BBB website, we also reviewed information on

10   www.RipoffReport.com which essentially confirmed the high number of complaints filed

11   against GSM with the Better Business Bureau.

12       10.   Ultimately, we decided not to do any further business with GSM and, in

13   fact, we were so unhappy with their service that we even stopped payment on the $200

14   check we gave them. That decision was based on the fact that the services GSM gave us

15   during the survey were, in my opinion, not worth paying for. Also, the number of

16   complaints filed with the BBB confirmed my suspicion that this was not an ethical

17   company.

18       11.   I have also been informed that GSM has claimed that it suffered an average

19   lost profit of between $25-35,000 for each customer that refused to do business with it.

20   Based on the particular resources of my business, even if I had agreed to allow GSM to

21   perform services for me, I never would have been willing to pay that kind of money for

22   consulting services since my business was simply not in a position to pay that much. As I

23   mentioned above, I was reluctant to even pay $200 to GSM, and based on my own

24   observation of the work they did, I would not have been willing to pay anything for such

25   valueless services.

26       12.   Although I did review negative information about GSM which appeared on

27   www.RipoffReport.com, if called to testify as a witness in court, I would testify truthfully

28   that my decision not to do business with GSM was based on factors other than

2

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

1    information which appeared on that website. Those factors included the poor quality of

2    the work product I received from GSM, the high pressure sales tactics they employed, and

3    the high number of reports listed on the Better Business Bureau website.

4           13.    I am willing to appear by telephone to offer this testimony on behalf of

5    Defendants, but I have been told the Court has refused to permit this.

6    **WITNESSETH** I have read the foregoing Affidavit and I declare under penalty of perjury

7    that the facts stated therein are true and correct as of the date this Affidavit was sworn.

8    DATED: _10/13/06_

9

10                               MIKE STAUDACHER

                                  AC'S BEER BARN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/DSG/DSG/551399_v1

Exhibit 2

## **AFFIDAVIT**

I DAVID STILLINGER, hereby deposes and says:

1.    I am a resident of the State of Indiana, am over the age of 18 years, and if called to testify in court in this matter I could and would truthfully testify to the following facts based upon my own personal knowledge.

2.    I have been informed that a lawsuit is currently pending in the United States District Court, Northern District, in Chicago, Illinois between Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY ("GSM") and Defendant XCENTRIC VENTURES, L.L.C. ("Xcentric") (the "lawsuit"), among others.

3.    I have been informed that GSM has claimed in the lawsuit that it lost certain business due to false information which appeared on website known as the "Rip-Off Report" which is located at www.ripoffreport.com and www.badbusinessbureau.com (the "ROR Site").

4.    I have been informed that GSM claims that I am one of the customers that it lost solely or primarily due to false information which appeared on the ROR Site.  That statement is simply not true.

5.    If called to testify as a witness in court, I would testify truthfully that I am an owner of the Pasco-Stillinger Funeral Home, 1780 West Main Street, Greenfield, IN 46140.  As the name suggests, this business is a funeral home.

6.    Approximately a year ago, I was approached by a female salesperson who worked for GSM.  She asked me if I would be interested in hiring GSM to perform consulting services for my business.  Initially, I was interested in hearing what this woman had to say, and I found her to be both knowledgeable and professional.  However, when she explained the cost of the services she was selling, I decided that it did not make economic sense to hire GSM.  Among other things, I was interested in improving my cash flow, but as a funeral home, the ability to increase sales is somewhat limited.  Considering the financial condition of my business, I decided not to hire GSM because of the cost of their services and the uncertainty as to the time it would take to recoup that cost.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/DSG/DSG/551411_v1

7.      When I was considering whether to hire GSM, I did do some research, and I do recall visiting several website, one of which may have been www.RipoffReport.com. I do recall seeing negative information and complaints about GSM, but this was not the reason why I decided not to hire them.

8.      I have also been informed that GSM has claimed that it suffered an average lost profit of between $25–35,000 for each customer that refused to do business with it. Based on the particular resources of my business, even if I had agreed to allow GSM to perform services for me, I probably would not have been willing to pay that kind of money for consulting services.

**WITNESSETH** I have read the foregoing Affidavit and I declare under penalty of perjury that the facts stated therein are true and correct as of the date this Affidavit was sworn.

DATED:_____

_____

David Stillinger
Pasco-Stillinger Funeral Home
1780 West Main Street
Greenfield, IN 46140
Tel: 317-462-5336
Fax: 317-462-5376

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

2

10297-1/DSG/DSG/551411_v1

Exhibit 3

## AFFIDAVIT

I, PERRY BANADYGA, hereby deposes and says:

1.    I am a resident of Alberta, Canada, I am over the age of 18 years, and if called to testify in court in this matter I could and would truthfully testify to the following facts based upon my own personal knowledge.

2.    I have been informed that a lawsuit is currently pending in the United States District Court, Northern District, in Chicago, Illinois between Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY ("GSM") and Defendant XCENTRIC VENTURES, L.L.C. ("Xcentric") (the "lawsuit"), among others.

3.    I have been informed that GSM has claimed in the lawsuit that it lost certain business due to false information which appeared on website known as the "Rip-Off Report" which is located at www.ripoffreport.com and www.badbusinessbureau.com (the "ROR Site").

4.    I have been informed that GSM claims that it lost my business solely or primarily due to false information which appeared on the ROR Site. That statement is not true.

5.    Attached hereto as **Exhibit A** is a letter that I wrote dated April 12, 2005. I understand that GSM is claiming that this letter shows that GSM lost my business because of information on the ROR Site.

6.    In truth, my wife and I own a small hardware business called Strathmore Home Hardware in Alberta, Canada. In 2005, we were approached by a GSM salesperson who pressured us to retain GSM's consulting services. During our meeting, I got a very uneasy feeling about what I was being told, and I had a significant concern about doing business with GSM because as far as I could tell the company did not have any established background in Canadian business practices. In my experience, businesses in Canada operate differently than businesses in the States, so this was an important issue for me. Also, when I was shown the fee structure proposed by GSM, I knew right away that this was something that just did not make sense for my business.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

10297-1/DSG/DSG/551201_v1

7.    In the end, because of my uneasy feeling about the company, I did do some internet research and found a lot of complaints about GSM, including some complaints posted on the ROR Site.  However, this information merely confirmed what I was already feeling—that this company might have been some sort of a scam.  Because of the way they approached me and acted toward me, and because of their lack of a Canadian background, even if I had not seen any complaints on the ROR Site, I still would not have done business with GSM.

8.    The GSM salesperson continued to pressure me for my business even though I made it clear that I did not want to do business with him.  Eventually, the GSM salesperson asked me to write the letter attached as **Exhibit A**, and in order to just get rid of him I agreed to type the letter and sign it just so that he would leave.

WITNESSETH I have read the foregoing Affidavit and I declare under penalty of perjury that the facts stated therein are true and correct as of the date this Affidavit was sworn.

DATED: Oct 12/06

PERRY BANADYGA

Telephone 403-934-3802
Fax 403-934-6760
104 3ʳᵈ Avenue
PO BOX 2368
Strathmore, Alberta T1P 1K3
Canada

2

10297-1/DSG/DSG:351201_v1

Exhibit A

03/24/2005 13:15 FAX 792 368 1    GEORGE S. MAY INTL CO. FAX    ☑003
    Case 1:04-cv-060    Document 88-2    Filed 10/17/200    Page 22 of 35
04/12/2005  13:24  140395.6760    STRATHMORE HOME      PAGE 01



Tuesday, April 12, 2005

To Whom It May Concern:

    We recently canceled our scheduled survey with George S. May company consultant. One of the reasons was because of the information that was on the web site of Rip off.com.  That information aided our decision to cancel all further services.

Respectfully yours,

Perry Banadyga

Strathmore Home Hardware
104 – 3rd Avenue, P.O. Box 2368, Strathmore, Alberta T1P 1K3

Telephone (403) 934-3802
Fax (403) 934-6760

Exhibit 4

# **AFFIDAVIT**

I, JAY EASLEY, hereby deposes and says:

1.      I am a resident of the State of California, I am over the age of 18 years, and if called to testify in court in this matter I could and would truthfully testify to the following facts based upon my own personal knowledge.

2.      I have been informed that a lawsuit is currently pending in the United States District Court, Northern District, in Chicago, Illinois between Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY ("GSM") and Defendant XCENTRIC VENTURES, L.L.C. ("Xcentric") (the "lawsuit"), among others.

3.      I have been informed that GSM has claimed in the lawsuit that it lost certain business due to false information which appeared on website known as the "Rip-Off Report" which is located at www.ripoffreport.com and www.badbusinessbureau.com (the "ROR Site").

4.      I am the President of Systems Automated Controls in Sylmar, California. I have been informed that GSM claims that it lost my business solely or primarily due to false information which appeared on the ROR Site. That statement is not true.

5.      Attached hereto as **Exhibit A** is a letter that I have been told was written by a GSM salesman named David Sands, stating that I told Mr. Sands that my decision not to do business with GSM was based on information I saw on www.badbusinessbureau.com.

6.      Although I did review information about GSM on this website, my decision not to do business with GSM was not made based solely or primarily on this. Rather, due to prior negative experiences with business consulting firms, it was very important to me to first see favorable information about GSM from other sources. During my research, I found no favorable information, or at least not enough information that I would be willing to take a chance on their services. That was the main reason I did not hire GSM.

7.      I have been informed that GSM claims that its average profit per client is approximately $35,000. Assuming I had been willing to do business with GSM, I would not have been interested in spending that much money for its consulting services.

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2100
PHOENIX, ARIZONA 85012

1    **WITNESSETH** I have read the foregoing Affidavit and I declare under penalty of

2    perjury that the facts stated therein are true and correct as of the date this Affidavit was

3    sworn.

4

5    DATED: _10/12/06_

6                                                    JAY EASLEY

7                                                    Telephone 818-898-1900

8                                                    Fax 818-898-1907

9                                                    12751 Foothill Blvd.
                                                     Sylmar, CA 91342

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AIBURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

2

Exhibit A

### *David B. Sands*

*5653 Lemona Avenue*
*Van Nuys, CA 91411-3236*
*(818) 908-1090/438-6845 (Cell)*
*davidbsands@sbcglobal.net*

May 19, 2005

To:    Ron Olson – LAM Divisional Mgr.

From:    Davb Sands – SR – District 12

Re:    Prospect – Automated Controls (Sylmar, CA)

Ron:

This prospect I expected to sell earlier this week - Bi-Lateral set for the following day to complete the 68 pending his review of our web-site and discussion with his partner/spouse. Upon arriving for that appointment, he notified me that they would not be scheduling the survey. Upon my query as to why he changed his mind he produced the following pages from badbusinessbureau.com.

This result was particularly embarrassing to me because I assured him during the interview that he would be deciding on our recommendations and our ethical practices as evidenced by the Golden Torch Award would not result in our company pressuring him to make that investment. Then he reads the following.