JKB/cic/295651                                                                          5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) | |
| Plaintiff, ) | |
| v. ) | No. 04 C 6018 |
| ) | |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES and ABC COMPANIES, ) ) ) ) | Judge Charles R. Norgle<br><br>Magistrate Judge Mason |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Bart A. Lazar, Esq.
      Seyfarth Shaw LLP
      55 East Monroe, Suite 4200
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on the **18th day of October, 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2214 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants'** *EMERGENCY* **MOTION TO EXCLUDE/LIMIT TESTIMONY OF RONALD BERO OR, ALTERNATIVELY,** *EMERGENCY* **MOTION TO CONTINUE OCTOBER 19, 2006 HEARING** a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC, and ED MAGEDSON

By: _____/s/ James K. Borcia_____
     One of Their Attorneys

Maria Crimi Speth, Esq.                  James K. Borcia
JABURG & WILK PC                         David O. Yuen
3200 North Central Avenue, Suite 2000    Tressler, Soderstrom, Maloney & Priess, LLP
Phoenix, AZ 85012                        233 South Wacker Drive, 22nd Floor
(602) 248-1000                           Chicago, IL 60606-6308
                                         (312) 627-4000