**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 2.5
Eastern Division**

George S. May International Company

                                            Plaintiff,

v.                                                         Case No.: 1:04−cv−06018
                                                            Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 18, 2006:

      MINUTE entry before Judge Michael T. Mason : Motion hearing held on 10/18/06. Defendants' emergency motion to exclude/limit testimony of Ronald Bero or, alternatively, emergency motion to continue 10/19/06 hearing [168] is granted in part and denied in part as stated in open court. Evidentiary hearing set for 10/19/06 is stricken and reset to 12/12/06 at 9:30 a.m. Plaintiffs are to provide a customer list and related information as discussed in open court to the Court and defendants by 10/22/06. Plaintiffs' revised expert report, exhibit list and witness list due 11/8/06. Defendants revised exhibit list and witness list due 11/22/06. Plaintiffs rebuttal, if any, by 12/1/06.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.