JKB/cic/299415

5634-2-51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Honorable Judge Norgle ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56(b) and 56(c) and Local Rule 56.1, Defendants XCENTRIC VENTURES, LLC ("Xcentric"), RIP-OFF REPORT.COM ("Rip-Off Report"), BADBUSINESSBUREAU.COM ("BBB") and Edward Magedson ("Magedson"; collectively "Defendants") respectfully submit the following Statement of Uncontested Facts in support of their Motion for Partial Summary Judgment.

1. Defendants operate a website called the Ripoff Report located at http://www.ripoffreport.com and http://www.badbusinessbureau.com (the "ROR Sites"). (Defendants' Answer to Plaintiff's Complaint ¶ 2).

2. In or around 2004, the statements reflected in **Exhibits A & B** attached hereto appeared on the ROR Sites. (Plaintiff's Motion for Temporary Restraining Order at ¶ 2).

3. The founder of the George S. May International Company, Mr. George S. May, died on March 12, 2006. *See* **Exhibit C**.

XCENTRIC VENTURES, LLC and EDWARD MAGEDSON

By: /s/ James K. Borcia
One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

# Exhibit A



Danny
Henderson, Nevada
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on George S. May, plea use the search box below

George S. May     [Search]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

**Rebuttal** Consumer Comment
Submitted: 8/31/2004 9:05:53 PM Modified: 9/1/2004 1:27:33 AM

## Owner of George S. May Company child pornography and other heineous crimes

The founder of this company has a background of child pornography a other heineous crimes. Some are so bad I don't want to mention them, must.

I will be back with more as I check on details. This is so serious, I will c the facts I have before posting.

Here is what I do have the facts on. He likes to claim to some he is a go Christian to gain the trust of those he will deceive. He flashes the "fish" around, which must be some sort of secret Christian signal.

Meanwhile, he offers drugs to junior high school children to get them t engage in sex with each other on tape. He has the tapes in his office. H he keeps the harddrive clean, but some of us have backed up the porn. just waiting for the police to show up and we will come forward.

There is some secret porn club of pedifiles at George S. May which inv the office directors. When they have district meetings they watch kiddi videos and smoke crack.

These are some really messed up people. More to follow in a few days as I can verify a few things. Party pictures will also be posted.

http://www.ripoffreport.com/reports/ripoff106424.htm                    9/10/2004



U.S.A.

**Rebuttal** UPDATE EX-employee responds
Submitted: 9/2/2004 10:32:26 AM   Modified: 9/2/2004 4:38:44 PM

## Now even for me that is garbage! GSMIC are scammers not criminals

The Owner of the Company is some old lady in California. I think that if have information about such allegations you should contact the police. are so outrageous as to a joke.

Don't misunderstand me. These guys are all a bunch of crooks. From tl President on down, but I think you have gone too far. If you really belie allegations, make sure they are investigated, and then let everyone kno

As a business man or as a potential employee, I still recommend that y away. These are not ethical people and are a bunch of crooks

Steve - Ste. Dorothee, Quebec
Canada

---

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

Feel free to send us suggestions and comments to our editorial staff.   Technical questions can be addressed to our webmaster.   Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.   If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.   Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us

http://www.ripoffreport.com/reports/ripoff106424.htm                                    9/10/2004

Exhibit B

Case 1:04-cv-06018    Document 173    Filed 10/18/2006    Page 7 of 11

Rip Off Report: George S. May International Company ripoff Do Not W   For These People Park Ridge Illinois

Page of 6

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp" or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

**Rebuttal** Consumer Comment
Submitted: 8/31/2004 9:05:53 PM Modified: 9/1/2004 1:27:33 AM

## Owner of George S. May Company child pornography and other heineous crimes

The founder of this company has a background of child pornography and other heineous crimes. Some are so bad I don't want to mention them, but I must.

I will be back with more as I check on details. This is so serious, I will check all the facts I have before posting.

Here is what I do have the facts on. He likes to claim to some he is a good Christian to gain the trust of those he will deceive. He flashes the "fish" sign around, which must be some sort of secret Christian signal.

Meanwhile, he offers drugs to junior high school children to get them to engage in sex with each other on tape. He has the tapes in his office. He thinks he keeps the harddrive clean, but some of us have backed up the porn. We are just waiting for the police to show up and we will come forward.

There is some secret porn club of pedifiles at George S. May which involves the office directors. When they have district meetings they watch kiddie porn videos and smoke crack.

These are some really messed up people. More to follow in a few days as soon as I can verify a few things. Party pictures will also be posted.

Dah - Tucson, Arizona
U.S.A.

http://www.ripoffreport.com/reports/ripoff106424.htm

GSMIC 0096

...port:George S. May International Company ripoff Do Not W... For These People Park Ridge Illinois

Page ..f 6

## Rebuttal UPDATE EX-employee responds
Submitted: 9/2/2004 10:32:26 AM Modified: 9/2/2004 4:38:44 PM

### Now even for me that is garbage! GSMIC are scammers not criminals

The Owner of the Company is some old lady in California. I think that if you have information about such allegations you should contact the police. They are so outrageous as to a joke.

Don't misunderstand me. These guys are all a bunch of crooks. From the President on down, but I think you have gone too far. If you really believe your allegations, make sure they are investigated, and then let everyone know.

As a business man or as a potential employee, I still recommend that you stay away. These are not ethical people and are a bunch of crooks

Steve - Ste. Dorothee, Quebec
Canada

GSMIC 0097

Exhibit C



# George S. May International Company
### Quality Management Consulting Since 1925

Home · About Us · Our Services · Our Approach · Our Clients · News · Careers · Resources · Contact

## About Us

- Meet George S. May
- Meet Our President
- Company History
- Golf History
- Our Credo
- Meet Our People
- International Operations
- World-Class Client Care

- Request More Information
- Contact Us
- Site Map

### MEET GEORGE S. MAY



From his roots in rural Illinois, George S. May went from an e[arly] sales career to become the founder of the George S. M[ay] International Company. In addition to bringing qua[lity] management consulting services to small- and medium-si[zed] businesses, he became a hero to the game of golf. We invite yo[u to] learn more about our company's founder and his values.

George S. May was born on a farm in Windsor, Ill., on Jun[e] 1890. Tilling the soil, however, held no attraction for the man [who] would become a management consulting pioneer. A[fter] graduating from college, George S. May began his sales car[eer] selling bibles. Shortly thereafter, a friend, familiar with May's interest in mechanical [and] technical issues, offered him a job with a farm equipment manufacturer.

During the next decade, George S. May had to cope with the fluctuating economy of [the] early 1900s. He worked as a freelance consultant on a variety of short-term jobs, and [was] later hired for full-time work, but was laid off when economic conditions slowed.

By 1924, with a wife and family to care for, George S. May sent out letters to Chic[ago] businesses, highlighting his knowledge and experience as a business problem solver. [He] obtained a consulting assignment with Chicago Flexible Shaft Company, the precurso[r to] the Sunbeam Corporation, and with that first job, on February 1, 1925, the George S. M[ay] Company was born.

In addition to growing his own company, George S. May also contributed greatly to [the] game of golf. Now listed as one of Golf magazine's 100 heroes of American golf, Georg[e S.] May staged a number of professional golf tournaments at his country club, Tam [O'] Shanter, throughout the 1940s and 50s. May is still lauded as one of golf's m[ost] preeminent promoters.



George S. May died on March 12, 1962, at the age of 71. In an interview in the 194[0s,] George S. May noted: "I don't believe too much in looking back. If you've done w[ell,] you're too inclined to become smug. If you've done poorly, you're inclined to beco[me] discouraged. Keep looking ahead - yesterday's done with - think about today [and] tomorrow."

Still adhering to this belief, the George S. May International Company continues to l[ook] to the future, for ourselves and for our clients.

BACK TO [TOP]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Honorable Judge Norgle ) ) ) ) |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2006, I electronically filed a **Defendants' Statement of Uncontested Facts in Support of Defendants' Motion for Partial Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

Bart A. Lazar
Rachel M. Kindstrand
SEYFARTH SHAW LLP
55 East Monroe, Suite 4200
Chicago, IL  60603

XCENTRIC VENTURES, LLC and EDWARD MAGEDSON

By:  /s/ James K. Borcia
One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000