JKB/cic/299735                                                                                              5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

### NOTICE OF FILING

TO:    Bart A. Lazar, Esq.
       Rachel M. Kindstrand, Esq.
       SEYFARTH SHAW LLP
       131 South Dearborn Street, Suite 4200
       Chicago, IL 60603

PLEASE TAKE NOTICE that on the 18th day of October, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Statement of Uncontested Facts in Support of Defendants' Motion for Partial Summary Judgment**, a copy of which is attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC, and ED MAGEDSON

By:    /s/ James K. Borcia
       One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY
 & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Dockets.Justia.com