JKB/cic/299634                                                                        5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

### NOTICE OF MOTION

TO:    Bart A. Lazar, Esq.
       Rachel M. Kindstrand, Esq.
       SEYFARTH SHAW LLP
       131 South Dearborn Street, Suite 4200
       Chicago, IL 60603

    PLEASE TAKE NOTICE that on the **2nd day of November, 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2214 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion for Monetary Sanctions re: Plaintiff's Failure to Admit and Defendants' Motion for Partial Summary Judgment and Supporting Memorandum of Law,** copies of which are attached hereto and hereby served upon you.

                    XCENTRIC VENTURES, LLC, and ED MAGEDSON


                    By:    /s/ James K. Borcia
                                One of Their Attorneys

Maria Crimi Speth, Esq.            James K. Borcia
JABURG & WILK PC                   David O. Yuen
3200 North Central Avenue, Suite 2000   TRESSLER, SODERSTROM, MALONEY
Phoenix, AZ 85012                    & PRIESS, LLP
(602) 248-1000                     233 South Wacker Drive, 22nd Floor
                                   Chicago, IL 60606-6308
                                   (312) 627-4000

Dockets.Justia.com