## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
## Eastern Division

George S. May International Company

                                        Plaintiff,

v.                                                      Case No.: 1:04–cv–06018
                                                        Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, October 19, 2006:

      MINUTE entry before Judge Michael T. Mason : Defendants' motion for partial summary judgment [175] and motion for sanctions re: plaintiff's failure to admit [176] being outside the scope of the current referral, noticed motion date of 11/2/06 before Judge Mason is stricken. Defendants are advised to file an amended notice of motion for presentment to Judge Norgle. Defendants should not refile the motions themselves as they are still pending.(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.