JKB/cic/299760

5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 04 C 6018 |
| XCENTRIC VENTURES, LLC, et al., | ) ) | Judge Charles R. Norgle |
| Defendants. | ) ) | Magistrate Judge Mason |

**AMENDED NOTICE OF MOTION**

TO:   Bart A. Lazar, Esq.
      Rachel M. Kindstrand, Esq.
      SEYFARTH SHAW LLP
      131 South Dearborn Street, Suite 4200
      Chicago, IL 60603

PLEASE TAKE NOTICE that on the **3rd day of November, 2006 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2341 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion for Monetary Sanctions re: Plaintiff's Failure to Admit and Defendants' Motion for Partial Summary Judgment and Supporting Memorandum of Law,** copies of which are attached hereto and hereby served upon you.

XCENTRIC VENTURES, LLC, and ED MAGEDSON

By: /s/ James K. Borcia
One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY
 & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000