# EXHIBIT C

# Terry's Car Care Inc.
## 332 West Johnson Street
## Madison, WI, 53703

The Council of Better Business Bureaus
4200 Wilson Blvd. Suite 400
Arlington, VA, 22203-1838

May 11, 2004

**T. M. Hornbuckle, Inc.**
*Wholesale Florist*
POST OFFICE BOX 37
OMEGA, GEORGIA 31778
PH: 229-528-4215
FAX: 229-528-4490

September 16, 2004

Better Business Bureau
Central Georgia, Inc.
227 Martin Luther King, Jr. Blvd
Suite 102
Macon, Georgia 31201

## Sylvia Campbell

| | |
|---|---|
| From: | BBB COMPLAINTS ONLINE [complaints@bbb.org] |
| Sent: | Tuesday, November 29, 2005 9:33 AM |
| To: | scampbell@vegasbbb.org |
| Subject: | OnLine Complaint 2083490 for George S May International Company, ID 62035 |

The following complaint was submitted on 11/29/2005 12:32:44 PM

CUSTOMER INFORMATION:

.Aquah Johnson
9315 Lincoln Blvd. #4208
Los Angeles, CA ,USA 90045
Daytime Phone (310)561-9403
Email aquahj@comcast.net

COMPANY OR ORGANIZATION INFORMATION:

George S May International Company
3750 S. Jones Blvd.
Las Vegas, NV UNITED STATES, 89103
(702)368-0405

# River City Trucking, Inc.

PO BOX 1842, ROGUE RIVER, OREGON 97537
541-582-3417   FAX: 541-582-0761

rctrucking@charter.net

October 17, 2005

BBB of Southern Nevada, Inc.
2301 Palomino Lane
Las Vegas, NV 89107-4503

Subject: George S. May International Company

To Whom It May Concern:

BBB of Southern Nevada, Inc.
October 17, 2005