# EXHIBIT D

*Serving Chicago and Northern Illinois*



**BETTER BUSINESS BUREAU**

July 12, 2006

Ms. Maria Crimi Speth
Jaburg & Wilk, P.C.
Attorneys at Law
3200 N. Central Ave. Suite 2000
Phoenix, AZ 85012

RE: Subpoena issued to the Better Business Bureau
George S. May International v. XCentric Ventures, LLC., et al.

Dear Ms. Speth:

We are in receipt of your subpoena to the Better Business Bureau of Chicago & Northern Illinois regarding the above entity.

Unfortunately, we are unable to provide a general summary of the complaints filed with our office as our computers are not capable of producing that information. However, I am able to provide your office with the complaints on the enclosed CD-rom which contain all the 43 (forty-three) complaints as well as the corresponding scanned documents.

We hope that there are no concerns related to this CD-rom as I tried to converse with you on July 10, 2006 regarding this request but you have not responded to my message.

If you have any concerns please do not hesitate to contact me directly on 312-245-2514.

Cordially,

Steve J. Bernas
Vice President of Operations
sbernas@chicago.bbb.org

Enclosure

330 North Wabash Avenue, Suite 2006, Chicago, Illinois 60611  312.832.0500   *Regional office:* 810 East State Street, Rockford, Illinois 61104  815.963.2222

Xcentric-133