# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                   Plaintiff,

v.                                                      Case No.: 1:04–cv–06018

                                                        Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 3, 2006:

      MINUTE entry before Judge Charles R. Norgle Sr.: Motion hearing held on 11/3/2006 regarding motion for partial summary judgment[175] and motion for sanctions[176]. Reply to response to motion for sanctions is due on or before 11/13/2006. Response to motion for partial summary judgment is due by 11/27/2006. Defendant's reply is due by 12/11/2006. Status hearing set for 2/8/2007 at 09:30 AM. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.