JKB/cic/299634                     5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) |
|       Plaintiff, | ) |
| v. | ) No. 04 C 6018 |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle |
|       Defendants. | ) Magistrate Judge Mason |

### NOTICE OF MOTION

TO:    Bart A. Lazar, Esq.
          Rachel M. Kindstrand, Esq.
          SEYFARTH SHAW LLP
          131 South Dearborn Street, Suite 4200
          Chicago, IL 60603

     PLEASE TAKE NOTICE that on the **28th day of November, 2006 at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Michael T. Mason or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2214 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion to Compel re: First Set of Discovery Requests,** a copy of which is attached hereto and hereby served upon you.

                            XCENTRIC VENTURES, LLC, and ED MAGEDSON

                            By:    /s/ James K. Borcia
                                    One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | TRESSLER, SODERSTROM, MALONEY |
| Phoenix, AZ 85012 |   & PRIESS, LLP |
| (602) 248-1000 | 233 South Wacker Drive, 22nd Floor |
| | Chicago, IL 60606-6308 |
| | (312) 627-4000 |