# Exhibit A - C under seal