George S May Intl, et al v. Xcentric Ventures, et al                                                                Doc. 191
Case 1:04-cv-06018    Document 191    Filed 11/21/2006    Page 1 of 1

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                              Plaintiff,

v.                                                Case No.: 1:04−cv−06018
                                                          Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 21, 2006:

       MINUTE entry before Judge Michael T. Mason : Defendants' reply in support of their motion to compel [183], limited to 5 pages or less, to be filed by 12/1/06, with a courtesy copy to chambers, room 2206. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com