# EXHIBIT 3

3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GEORGE S. MAY INTERNATIONAL
COMPANY,

    Plaintiffs,

vs.

XCENTRIC VENTURES, LLC,
RI-POFF REPORT.COM,
BADBUSINESSBUREAU.COM,
ED MAGEDSON, VARIOUS
JOHN DOES, JANE DOES AND ABC
COMPANIES,

    Defendants.

CASE NO. 04C 6018

(Assigned to the Honorable
Judge Norgle)

## DECLARATION OF ED MAGEDSON

I, Ed Magedson, declare the following to be true under penalty of perjury:

1. Rip-off Report has been in existence for approximately five years.

2. I founded Rip-off Report.

3. Rip-off Report was previously operated by a company called badbusinessbureau.com, llc.

4. Today it is operated by Xcentric Ventures, L.L.C., an Arizona limited liability company.

5. I am the website's editor.

6. Rip-off Report is the most popular consumer advocacy website in the world, containing over 105,000 reports, and having had over two billion hits.

7. At one time, I would occasionally write an editorial about a report, but I have discontinued that practice because of the potential liability.

8. Today, all reports are authored and submitted by consumers.

9. While the staff of Rip-off Report edits the reports by removing obscenities, vulgarities, and threats of physical violence, no agent of Rip-off Report adds any content to any report.

10. I reside in Arizona.

11. I owns no assets in Illinois.

12. I do not do business in Illinois.

13. I have not been to Illinois except in passing through.

14. Xcentric is a limited liability company organized and existing under the laws of Arizona.

15. Its place of business is Arizona.

16. Xcentric does not own any assets in Illinois, or have any offices or employees in the state.

17. Xcentric does not do business with or within the State of Illinois.

18. Xcentric operates a website, "The Rip-Off Report," located at www.badbusinessbureau.com and at

19. The website is hosted by Sterling Network Services, LLC.

20. Sterling is an Arizona company whose servers are located in Arizona.

The foregoing is true and accurate to the best of my knowledge and recollection.

*Ed Magedson*

JKB/cic/364035											5634-2-51

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RI-POFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Honorable Judge Norgle ) ) ) ) |
| Defendants. | ) |

**AFFIDAVIT OF EDWARD MAGEDSON**

STATE OF ARIZONA    )
                    ) ss.
County of Maricopa  )

Edward Magedson, being first duly sworn upon his oath, deposes and says:

1. I reside in the State of Arizona.

2. I do not own any assets in Illinois.

3. I do not do business with or within the State of Illinois.

4. I am the Manager of Xcentric Ventures, LLC.

EXHIBIT A

10297-1/MCS/DAG/486232_v1

5. Xcentric Ventures, LLC, operates a website, "The Rip-Off Report," located at www.badbusinessbureau.com and at www.ripoffreport.com.

6. The website is hosted by Xcentric and the servers are located in Arizona.

7. I did not author any report or any title of any report posted on Rip-off Report about George S. May International, nor did I request or direct anyone else to author such reports.

8. There are over 146,300 reports posted on Rip-off Report, with over 900 thousand submissions within those reports.

9. There are over four hundred reports and rebuttals posted everyday and I do not and cannot personally monitor all postings.

10. To my recollection, I never even heard of George S. May until this dispute arose.

DATED this ___3___ day of August, 2005.

_____
Edward Magedson

SUBSCRIBED and SWORN to before me this ___3___ day of August, 2005.

_____
Edward Magedson

Maryann Fox, Notary
My Commission Expires:
2/19/2009

MARYANN FOX
Notary Public - Arizona
Maricopa County
My Commission Expires
February 19, 2009

2

10297-1/MCS/DAG/486232_v1