# EXHIBIT 4

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) ) | |
| ) | Case Number 04-C-6018 |
| -vs- ) ) | |
| ) | Judge Norgle |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, ) ) ) ) ) ) ) | |
| Defendants. ) | |

## SUPPLEMENTAL APPENDIX IN SUPPORT OF PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S RESPONSE IN OPPOSITION TO DEFENDANTS ED MAGEDSON AND XCENTRIC VENTURES, LLC'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION

Plaintiff George S. May International Company ("GSMIC"), by its counsel Seyfarth Shaw LLP, submits the following supplemental appendix in support of its response in opposition to Defendants' motions to dismiss for lack of jurisdiction. This Supplemental Appendix contains the following:

1. Exhibit 1: *Whitney Information Network, Inc. v. XCentric Ventures, LLC, badbusinessbureau.org, and Ed Magedson*, 347 F.Supp. 2d 1242 (M.D. Fla. 2004).

2. Exhibit 2: Defendants' Responses to Court's Order Granting Plaintiff George S. May International Company's Motion to Compel.

3. Exhibit 3: Supplemental discovery in the form of emails produced by Defendants to attorney Rachel Kindstrand.

4. Exhibit 4: Declaration of Rachel M. Kindstrand In Support of Plaintiff George S. May International Company's Response in Opposition to Defendants' Ed Magedson and XCentric Ventures, LLC's Motions to Dismiss for Lack of Jurisdiction and accompanying exhibits.

CH1 10949826.1

5. Exhibit 5: XCentric Ventures, LLC's Subcontractor Agreement.

6. Exhibit 6: Records of donations or other payments by Illinois residents from PayPal.

**DATED: September 2, 2005**

Respectfully submitted,

GEORGE S. MAY INTERNATIONAL COMPANY

By: *Rachel M. Kindstrand*
One of Its Attorneys

Attorneys for Plaintiff:

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
**SEYFARTH SHAW LLP**
55 East Monroe, Suite 4200
Chicago, Illinois 60603
Telephone: (312) 346-8000
Facsimile: (312) 269-8869
Firm No. 90747

2

CH1 10949826.1

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of **SUPPLEMENTAL APPENDIX IN SUPPORT OF PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S RESPONSE IN OPPOSITION TO DEFENDANTS ED MAGEDSON AND XCENTRIC VENTURES, LLC'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION** was served on the following opposing counsel via messenger delivery on September 2, 2005:

>James K. Borcia, Esq.
>David O. Yuen, Esq.
>Tressler, Soderstrom, Maloney & Priess
>233 South Wacker Drive, 22nd Floor
>Chicago, IL  60606-6308

*/s/ Rachel M. Kindstrand*
Rachel M. Kindstrand

**EXHIBIT 3**

Kindstrand, Rachel

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, August 31, 2004 12:46 PM
**To:** Jay Edelson
**Subject:** RE: class action attorney in Chicago who runs a website geared to promoting certain class action lawsuits

Let s set up a time to talk...

I would be willing to consider any offers, and we will have to look at who they are coming from, what we think the firm can do for Rip-off Report and the victimized consumers...

We would want to get an influx of money to be able to implement many things. What ever we are doing today will be a lot different in the near future, as we have our own Network TV News program in progress. We are making major changes to the site.

Give me a time we can talk, or, if you want to make a proposal, please do so sooner than later. I am talking with other firms, so the sooner the better I know who we are dealing with and want you have to offer us.

602-359-4357


ED Magedson - Founder
EDitor@RipoffReport.com
*bad*businessbureau.com
www.ripoffreport.com


---

**From:** Jay Edelson [mailto:jay@blimlaw.com]
**Sent:** Tuesday, August 31, 2004 10:21 AM
**To:** EDitor@ripoffreport.com
**Subject:** RE: class action attorney in Chicago who runs a website geared to promoting certain class action lawsuits

Ed,

We spoke about a week ago about my getting involved with RipoffReport.com. I've had a chance to talk it over with my partners. While we remain interested in RipOffReport, we are not prepared to pay $800,000 for one year of service (the price you quoted us). If we ultimately decided it would be a good fit, we would be willing to pay you based on the profits generated by RipOffReport. After doing extensive research and having an independent lawyer do his own review, we are convinced that this can be done legally and ethically (and in keeping with the prohibitions limiting fee-sharing with non-lawyers).

If you would like to pursue this, please let me know.

Jay Edelson

Page 2

8/31/2005

Blim & Edelson, LLC
53 West Jackson Blvd.
Suite 1642
Chicago, Illinois 60604
Tel.: (312) 913-9400
Fax: (312) 913-9401
www.blimlaw.com

---

**From:** EDitor@ripoffreport.com [mailto:EDitor@ripoffreport.com]
**Sent:** Friday, August 20, 2004 11:20 AM
**To:** 'Jay Edelson'
**Subject:** RE: class action attorney in Chicago who runs a website geared to promoting certain class action lawsuits

we get over 5 million hits a day and an overhead of over $30,000 a month. we have a service where we assist lawyers nationwide.

We are actually looking for ONE large firm that we can direct all requests like yours we get daily for one set fee a year. We cannot make percentages off of cases, but we can get paid in other various ways.

If you have a specific case we can assist or if you feel you might be interested to be that one exclusive law firm call me and I can explain more.

We are the number 1 consumer web site says Google, AOL and MSN, according to a recent interview by a Reporter.

We we have the most extensive data base of victims. We are not looking for quick settlements and coupons ... we know sometimes that is all that is available.

IF AND WHEN RESPONDING, KEEP THE SUBJECT BOX THE SAME AND PLEASE SEND THIS ENTIRE E-MAIL BACK.

602-359-4357

ED Magedson - Founder
EDitor@RipoffReport.com
*bad*businessbureau.com
www.ripoffreport.com

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
...the victims' advocate

WE are Civil and Human Rights Activists

We are a Worldwide Consumer Reporting News Agency
..by consumers, for consumers

Page 3

8/31/2005

DONATIONS may be sent to &
Victims & Volunteers ONLY may respond to:

badbusinessbureau.com
PO Box 310, Tempe, Arizona 85280

FAX: 425-799-9729

**You may also DONATE by Paypal,** ..click on the donate ad "Help keep this site Free" at the top left of every Rip-off Report™, OR
Click on the ad at the very bottom of every Rip-off Report™.


Remember.
Don't let them get away with it!™
Make sure they make the Rip-off Report™

---

**From:** Jay Edelson [mailto:jay@blimlaw.com]
**Sent:** Friday, August 20, 2004 7:53 AM
**To:** ClassAction@ripoffreport.com
**Subject:** Class action lawsuits

I'm a class action attorney in Chicago who runs a website geared to promoting certain class action lawsuits (www.classactionconnect.com). I would be interested in speaking to you to see if there's anyway we could work together on our common goals.

Feel free to call me at your convenience.

Best regards,

Jay Edelson


Jay Edelson
Blim & Edelson, LLC
53 West Jackson Blvd.
Suite 1642
Chicago, Illinois 60604
Tel.: (312) 913-9400
Fax: (312) 913-9401
www.blimlaw.com


***********
The information contained in this communication is the property of Blim & Edelson. It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s). Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited. If you have received this communication in error, please notify us immediately be return e-mail and destroy this communication and all copies thereof, including all attachments.
***********