# EXHIBIT 5

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GEORGE S. MAY                          )
INTERNATIONAL COMPANY,                 )
                                       )
        Plaintiff,                     )
                                       )        Case Number 04-C-6018
        -vs-                           )
                                       )        Judge Norgle
XCENTRIC VENTURES, LLC,                )
RIP-OFF REPORT.COM                     )
BADBUSINESSBUREAU.COM,                 )
ED MAGEDSON, VARIOUS                   )
JOHN DOES, JANE DOES AND               )
ABC COMPANIES,                         )
                                       )
        Defendants.                    )

## SUPPLEMENTAL APPENDIX IN SUPPORT OF
## PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S RESPONSE IN
## OPPOSITION TO DEFENDANTS ED MAGEDSON AND XCENTRIC VENTURES,
## LLC'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION

Plaintiff George S. May International Company ("GSMIC"), by its counsel Seyfarth

Shaw LLP, submits the following supplemental appendix in support of its response in opposition

to Defendants' motions to dismiss for lack of jurisdiction. This Supplemental Appendix contains

the following:

        1.      Exhibit 1:      *Whitney Information Network, Inc. v. XCentric Ventures, LLC,*
*badbusinessbureau.org, and Ed Magedson*, 347 F.Supp. 2d 1242 (M.D. Fla. 2004).

        2.      Exhibit 2:      Defendants' Responses to Court's Order Granting Plaintiff George
S. May International Company's Motion to Compel.

        3.      Exhibit 3:      Supplemental discovery in the form of emails produced by
Defendants to attorney Rachel Kindstrand.

        4.      Exhibit 4:      Declaration of Rachel M. Kindstrand In Support of Plaintiff
George S. May International Company's Response in Opposition to Defendants' Ed Magedson
and XCentric Ventures, LLC's Motions to Dismiss for Lack of Jurisdiction and accompanying
exhibits.

5.    Exhibit 5:    XCentric Ventures, LLC's Subcontractor Agreement.

6.    Exhibit 6:    Records of donations or other payments by Illinois residents from
PayPal.

**DATED:  September 2, 2005**

Respectfully submitted,

GEORGE S. MAY INTERNATIONAL COMPANY

By: *Rachel M. Kindstrand*

One of Its Attorneys

Attorneys for Plaintiff:

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
**SEYFARTH SHAW LLP**
55 East Monroe, Suite 4200
Chicago, Illinois  60603
Telephone:  (312) 346-8000
Facsimile:  (312) 269-8869
Firm No. 90747

CH1 10949826.1

## CERTIFICATE OF SERVICE

I, Rachel M. Kindstrand, hereby certify that a copy of **SUPPLEMENTAL APPENDIX IN SUPPORT OF PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S RESPONSE IN OPPOSITION TO DEFENDANTS ED MAGEDSON AND XCENTRIC VENTURES, LLC'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION** was served on the following opposing counsel via messenger delivery on September 2, 2005:

James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL  60606-6308

Rachel M. Kindstrand

**EXHIBIT 4**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE S. MAY<br>INTERNATIONAL COMPANY,<br><br>Plaintiff,<br><br>-vs-<br><br>XCENTRIC VENTURES, LLC,<br>RIP-OFF REPORT.COM<br>BADBUSINESSBUREAU.COM,<br>ED MAGEDSON, VARIOUS<br>JOHN DOES, JANE DOES AND<br>ABC COMPANIES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number 04-C-6018<br><br>Judge Norgle |

## DECLARATION OF RACHEL M. KINDSTRAND IN SUPPORT OF PLAINTIFF GEORGE S. MAY INTERNATIONAL COMPANY'S RESPONSE IN OPPOSITION TO DEFENDANTS ED MAGEDSON AND XCENTRIC VENTURES, LLC'S MOTIONS TO DISMISS FOR LACK OF JURISDICTION

I, Rachel M. Kindstrand, have personal knowledge of the facts alleged herein, am competent to testify, and if called as a witness, would testify as follows:

1.     I am an attorney licensed and in good standing with the State Bar of Illinois, and I am admitted to practice before the General Bar of the United States District Court for the Northern District of Illinois, Eastern Division.

2.     I have entered an appearance as counsel for Plaintiff George S. May International Company in the above-captioned case.

3.     I make this declaration in support of the Exhibits which are attached to this Declaration.  This Second Declaration is made in support of Plaintiff George S. May International Company's Response in Opposition to Defendants Ed Magedson and XCentric Ventures, LLC's Motions to Dismiss for Lack of Jurisdiction.

CHI 10949644.1

4.      On April 22, 2005, I personally went to Defendants' website,

www.ripoffreport.com.  I clicked on the link entitled "Donate."  I printed the webpage asking for

donations and containing the PayPal logo, and attached it as Exhibit A to this Declaration.

5.      On April 22, 2005, I personally went to Defendants' website,

www.ripoffreport.com.  I clicked on the link "Revenge Guide."  I viewed and printed the

webpage entitled "The Rip Off Revenge" which describes the guide authored by Defendant Ed

Magedson.  I also viewed and printed a copy of the pop-up advertisement that appears once an

individual accesses www.ripoffreport.com.  The webpage and advertisement are attached as

Exhibit B to this Declaration.

6.      On April 22, 2005, I personally went to Defendants' website,

www.ripoffreport.com.  I viewed and read the material on the website homepage which discusses

the filing of class action lawsuits, and which has a link allowing individuals to email

www.ripoffreport.com.  I also clicked on the link "Volunteer."  I viewed and printed the

webpage entitled "WANTED Consumer Advocates Lawyers Experienced Business People."

The homepage material and the webpage entitled "WANTED…" are attached as Exhibit C to

this Declaration.

7.      On December 10, 2004, I personally went to Defendants' website,

www.ripoffreport.com.  I clicked on the link "Rip-off Reporters."  I viewed and printed the

webpage entitled "Wanted Rip-off Report Reporters."  This webpage is attached as Exhibit D to

this Declaration.

8.      On April 22, 2005, I personally went to Defendants' website,

www.ripoffreport.com.  I ran a search for "George S. May," and from the search results I clicked

on a link to a report entitled "George S. May ripoff 'The Prostitute of the Consulting

Business'…" Various advertisements are located on the side and bottom of the report. I viewed and printed the report and advertisements, and portions of the reports and advertisements are attached as Exhibit E to this Declaration.

9.      On September 1, 2005, I personally went to Defendants' website, www.ripoffreport.com. I ran a search on the website for "EDitor" which refers to Defendant Ed Magedson, and the search term "Illinois." I viewed and printed the results of the search which indicates "85 Entries Found," and viewed, read, and printed one of the postings from "Shari" of Glen Ellyn, Illinois, discussing AmSouth Bank Trust, located in Glen Ellyn, Illinios, and the "EDitor's Suggestions on how to get your money back!" I also viewed, read, and printed a posting from "Cathy" of Bartlett, Illinois, discussing ztel, reportedly located in Bartlett, Illinois, and the "EDitor's Response." The search results, and both Shari's posting and Cathy's postings and the respective comments from the EDitor, are attached as Exhibit F to this Declaration.

10.     On December 15, 2004, I personally went to Sterling Network Services website, located at www.sterlingnetwork.com. I clicked on the link entitled "contact." I viewed and printed the webpage, which includes an address and contact information for SNS Chicago, IL. This webpage is attached as Exhibit G to this Declaration.

11.     On September 1, 2005, I personally went to Defendants' website, www.ripoffreport.com. I clicked on the link entitled "File," and further clicked on the link "Register as a new user." I viewed and printed the webpags with the link "Register as a new user" and the webpage entitled "Register." These webpages are attached as Exhibit H to this Declaration.

12.     On September 1, 2005, I went to the website www.google.com, and I ran a search for "George S May." I viewed and printed the results of that search. I clicked on the link for one

of the search results entitled "Rip Off Report: George S May International company ripoff deceptive..." The link directed me to the report entitled "George S May International Company ripoff deceptive company abused & mistreated..." I viewed and printed that report. I also viewed and printed the source of the report's webpage, which indicates that the metatags/metadata contains the keywords "George S May International." The results of the search in Google, the report on Defendants' websites about George S. May, and the source containing the metatags/metadata are attached as Exhibit I to this Declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2005
Chicago, Illinois.

_Rachel M. Kindstrand_
Rachel M. Kindstrand

**Exhibit A**

Rip-off Report.com - badbusinessbureau.com





...by consumers, for consumers

# RIP-OFF Report.com

a service of *badbusinessbureau.com*

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | Register | Login

- File Report
- Update Report
- Search Reports
- Picture Reports
- Editorials
- Thank you!
- Volunteer
- Link to Us
- Lawsuits
- Revenge Guide
- Donate
- About Us
- FAQ

If we've helped you in some way, please don't forget about us.
Click here to read our plea for assistance, only if we helped you.

We need your help!

You may use the
following method to donate:



Paypal accepts both Credit
Cards and Debit Cards..

What Donations are used for?

## THE HIGH COST OF PROVIDING THIS SERVICE

The *bad*businessbureau.com and the Rip-off Report are comprised of more than 117,000 web pages, which grows every hour, every day. We host a web site with an extensive search engine with sophisticated placement capabilities and a dedicated database server. Also, we have enhanced firewall security, due to the nature of the Rip-Off Report, to guard against continuing attempts to intrude and commit sabotage against the site. The system is backed up, monitored and managed constantly. Many new costly additions are projected for the web site, including your pictures, to be featured weekly on our front page, soon to be added. (Send us your photos now so they may be added to your Rip-off Report!)

The Rip-Off Report also needs equipment ranging from cameras, recorders, computers, office supplies, to high-speed Internet services, which we constantly upgrade, to include the support of our state-of-the-

art investigations. In pursuit of the .bad guys,. we also need to pay volunteers' expenses, technicians and traveling costs to investigate rip-off businesses... so you won.t become a victim too.
We ask for your support so we can be there for you when you need us in the future. $1.00, $5.00, $10.00, $20.00... or whatever you can give us, would go a long way to help with these expenses.

We take pride in our ability to get the best results for our readers and would appreciate any financial support you can offer to assist us in maintaining our unprecedented results.

Why donations are needed?
CLICK HERE TO UNDERSTAND MORE ON WHY WE NEED YOUR HELP.

TOGETHER, WE ARE
A CONSUMER-REPORTING NEWS AGENCY,
BY CONSUMERS, FOR CONSMERS.

The Rip-Off Report and _badbusinessbureau.com_ work very hard on behalf of consumers, to help preserve civil and human rights, the goal of consumer advocacy. In response to reports placed on the website, we research abuses and help individuals defend their rights. Since our inception, we have helped consumers collect well over a million dollars to date, and prevented the loss of untold millions more for our readers. Additionally, thousands of consumers have thanked us for forewarning them about disreputable businesses through the Rip-Off Reports.

*The badbusinessbureau.com/ Rip-off Report is not funded by the businesses they monitor and report on as does the Better Business Bureau. Consequently, never informing the public about the actual nature of the complaints. We need funding from consumers to maintain your database of complaints, so others won't be victimized... Together, we are a consumer-reporting news agency, by consumers, for consumers.*

The Rip-Off Report and _badbusinessbureau.com_ can give you the information you need! In order to do this job well, - offering consumers the best help and the most comprehensive information available - we need YOUR help. We need assistance from the general public to generate the funds needed to continue to offer this service nationwide and beyond. The more funds we raise, the more consumers we can help on a daily basis. Alternatively, if you can help with our needs list, please contact us by e-mail donations@ripoffreport.com and we will be glad to let you know what we most urgently need.

Rip-off Report.com - badbusinessbureau.com

Page 3 of 4

## How to make a Non-Tax Deductible Donation...

You may use the
following method to donate:



Paypal accepts both Credit
Cards and Debit Cards...

We need your support so we can continue this valuable service; $1.00, $5.00, $10.00, $20.00... or whatever you can give. With your permission, we would also like to add your name to a list of contributors on our website, so visitors to the Rip-Off Report can see who has contributed. You may also contribute anonymously.

You can either send donations by snail mail to our US Post Office Box below, or click below to contribute by credit or debit card (a secure site).

**If we've helped you in some way, please don't forget about us.**

We always encourage your valuable feedback!

Don't let them get away with it[TM]! Make sure they make the Rip-off Report.

Thank you for your support!

Sincerely,

Staff & volunteers
*bad*businessbureau.com

Your NON-tax deductible donation can be sent to our volunteers, by snail mail:
*bad*businessbureau.com
P.O. Box 310 Tempe, Arizona 85280

4/22/2005

Rip-off Report.com - badbusinessbureau.com

Page 4 of 4

The above address is for donations only.

You may use the
following method to donate:



Paypal accepts both Credit
Cards and Debit Cards..

Best if viewed with Netscape
4, Internet Explorer 4, or AOL
4.0. Support for JavaScript is
needed to submit and search
for reports.

Having trouble searching or
filing a report? It may be a
browser problem. See our
FAQ for help

Feel free to send us
suggestions and comments to
our editorial staff.

Technical questions can be
addressed to our webmaster.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 by badbusinessbureau.com

**Exhibit B**

Page 1 of 5



# THE Rip-Off REVENGE™

## HELPING VICTIMS COLLECT IN A FEW DAYS

### LEGALLY AND INSTANTLY

√ STOP THEIR BUSINESS FLOW

√ MAKE THEM FEEL UNCOMFORTABLE

√ GET THE MONEY OWED TO YOU WITHIN A FEW HOURS OR JUST DAYS, 99% OF THE TIME

SPONSORED BY: **Consumers Against Consumer Rip-Offs**



## WHY THE RIP OFF REVENGE

I have created the **Rip-Off Revenge** ™ as a way to empower people with honest grievances to take action on them.

In our society today, lawyers, & businesspeople are often more concerned about what they can get away with than what is fair. Misuse of power like that upsets me! They say it's all "business". They take away the personal values of honesty and integrity and show no mercy except maybe some token political correctness. It's time for people who have been taken advantage of to get honest attention!

**See what others are saying about the Rip-off Revenge™ Techniques**

4 easy steps .. However…
most businesses give in by step 2

All orders shipped Priority Mail

---

**HELPING VICTIMS COLLECT IN A FEW DAYS OR HOURS!**

Tired of Legal Fees?

Don't trust lawyers?

Don't trust the Scales of Justice?

Tired of Collection Agencies?

Waiting years to collect?

"Go ahead …..sue me!" Sound familiar?

Victim of a Rip-Off? by an Auto dealer, Auto repair, home

**builder, retail store, or any type of business.**

*Get Rip-off Revenge™ and your money back too!*




GET RIP-OFF REVENGE™

## How to get RipOff Revenge...

**HOW TO GET RIPOFF REVENGE**

1. File a detailed **Rip-off Report**™ with the BAD Business Bureau's website at: http://www.ripoffreport.com/ include what you are owed at then end of your Report.

2. Order your copy of Rip-Off Report.com Do-It-Yourself Guide: How to get Rip-off Revenge™ ...and your money back too!

**Select your country to order now:**

United States - $21.95


PayPal BUY NOW

**Paypal accepts both Credit**

---



"We used the Do-It-Yourself Guide and... in just 17 minutes we got a check... plus 15%. We got Rip-off Revenge™ and our money back too!"
-Jason and Rob
Glendale, Arizona

---

"I was extremely discouraged after being taken by a fraudulent financial entity. What's worse is that I was so embarrassed that I would not have taken action even if I knew how to. Luckily, I read the preview edition of Rip-off Revenge™ guide. Not only did the book help me to realize that I had nothing to be ashamed of, it allowed me to obtain full retribution. Without the Revenge Guide, I would have been lost. Thank you Rip-off Report for taking the time to construct such a wonderful book!"

---

"I bought your Do-It-Yourself Guide. I'll have to admit the thought of paying for a book to help me get what I felt I was already owed to me sounded like a rip-off. I was without a vehicle because I paid for repairs to my car that was never done. The garage manager kept insisting they replaced everything they charged me for. Being without a car gave me the determination I needed to start the steps in the guide book. I followed your instructions and can't believe what satisfaction it gave me! I was almost disappointed when the garage manager agreed to repair my car again and was refunding the money I already paid. I think consumers let so many things "slide by" because we are unsure of what to do. I never could have done it without your step by step instructions. I was able to get what was rightfully mine all legally without the expense of an attorney. It sure worked for me! Thank you very much"
-Casey
Kansas City, Missouri

---

"Not only did your site help us expose a great story in our local paper, but, your Do-it-your self guide actually saved me from losing thousands on home repairs that I knew were not my responsibility. Proof consumers like me can fight back and win."
-Andrew S.
San Jose, California

**Cards and Debit Cards..**



YOUR FIRST STEP
TO REVENGE

First go to:

**RIP-OFF**
**Report**

to file your report
and begin your
Rip-off revenge

click here

-S. Sarri
Long Island, New York

*"I fell for one of the credit card scams. I didn't think I would ever get my money back. After several unsuccessful attempts at trying to communicate with the company I was ready to give up. I found your site, read all the reports and filed my Rip-off Report along with all the others. Then I followed your suggestions in your Rip-off Revenge™ Guide and it worked! My money was returned."*
-George M
Detroit, Michigan

*"As an attorney, my experience has been that the justice system is usually the best way to right a wrong. Unfortunately, the process can be too expensive and time consuming to address some situations. Recently, I found myself in such a situation so I turned to the Rip-off Revenge™ Guide. Using the step by step process in the guide, I was able to resolve a dispute with a building contractor that I had not been able to resolve with threats of administrative and legal action. The Rip-off Revenge™ Guide really works."*
- Maria
Phoenix, Arizona

*Select your country to order now:*

United States - $21.95

PayPal
BUY NOW!

**Paypal accepts both Credit Cards and Debit Cards..**

**OR, Pay by Mail**

You may also pay by check or money order to:
**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280

Not convinced? ... Keep reading

Rip-off Report Do-It-Yourself Guide to Rip-off Revenge™ and your money back too... provides you with the tools you need to successfully and quickly resolve

most consumer complaints.

## STEP BY STEP INSTRUCTIONS

This Do-it-Yourself Guide: How to get Rip-off Revenge™ ..and your money back too in most cases, is a detailed guide with 4 simple step by step instructions explained in detail with illustrations, photos and examples that will show you how to: Get Rip-off Revenge™ and Your money back too… *and even more sometimes!*

## ALSO INSIDE:

- How to Recoup from Credit Card Scams
- Repairs YOU Can Make to Your Credit Report
- Postal Scams to Avoid
- What the Small Print Says on Credit Card Statements
- Tips for Collecting on Court Judgements
- Planning on Moving? Read this before you move!



THE COST OF
RIP-OFF REVENGE

includes shipping and handling

**Do-it-Yourself Guide:**
**How to get Rip-off Revenge** ™
**and your money back too..**

**Rip-off Revenge™ Do-it-yourself guide** is $21.95 including Priority Shipping anywhere in the United States, $31.95 for Canada, and $41.95 for all other countries. All orders are shipped to arrive within 5 days or less from receipt of orders.

**Pay by Mail**

You may also pay by check or money order to:
**Rip-off Revenge**™

PO Box 310
Tempe, Arizona 85280

OR

**Select your country to order now:**

United States - $21.95



**Paypal accepts both Credit Cards
and Debit Cards..**

to pay with your debit or credit card

Feel free to send us suggestions and comments. | ED Magedson - Founder Rip-off Report.com

© 2003 Rip-off Revenge™

**Exhibit C**

Page 1 of 8

Rip-off Report.com - badbusinessbureau.com



**...by consumers, for consumers**

# RIP-OFF Report.COM

*a service of*
*badbusinessbureau.com*

Don't let them get away with it.
Make sure they make the Rip-off Report

Home  |  File  |  Search  |  Register  |  Login

Victim of a consumer Rip-off? Want justice? Rip-off Report™ is a worldwide consumer reporting Website & Publication, by consumers, for consumers, to file & document complaints about companies or individuals who ripoff consumers.

Unlike the Better Business Bureau, *badbusinessbureau.com* / Rip-off Report™ does not hide reports of "satisfied" complaints. *ALL* complaints remain public in order to create a working history on the company or individual in question; unedited.

Rip-off Reports cover every category imaginable! You can Browse the latest Reports, Search the Reports, or submit your report now for FREE, by clicking on File Report.
CLICK HERE to view over 1,000 different topics & Categories you can file under....

## BY FILING A RIP-OFF REPORT IT'S ALMOST LIKE CREATING YOUR OWN WEB SITE ..It's FREE.
Your Rip-off Report will be discovered by millions of consumers! Search engines will automatically discover most reports. This means that within just a few days or weeks; your report may be found on search engines when consumers search, using key words relating to your Rip-off Report.

File Report
Update Report
Search Reports

Picture Reports
Editorials
Thank you!
Volunteer
Link to Us
Lawsuits
Revenge Guide
Donate
About Us
FAQ

Hit Counter
3,797,252,036
visits to the

Search for Company or Individual

[Search]

□ USE Advanced search

## Newest Rip-off Reports

4/22/05, Illinois - My Diet Patch Ripoff Frauds,Tinley Park Illinois *Consumer Comment  X Yeah to my credit card company

4/22/05, New York - Integra Financial Or Centurian Financial scam,credit card Champlain New York

4/22/05, South Carolina - Cottman Transmission Norris (Owner) Cottman Corp (Carol - Email From Cottman Cust. Relations) Poor Workmanship - Corporate Office does not properly handle complaints - Consumer Beware of Cottmans Columbia, South Carolina *Update ..no action yet

4/22/05, Missouri - Rick Stitt / Revolution Helicopter / Stitt Industries STOLEN MINI 500 & $20,000 Excelsior  Ripoff! Springs Missouri *UPDATE EX-employee responds - ROB, ...

## Top Rip-off Reports




Fairbanks Capital Corporation LEADER

Larry Bagwell Kids.com AKA

Helene Goldnadel

Rip-off Report.com - badbusinessbureau.com

Rip-Off Report
as of 4-21-2005
at 8:30:00 AM MST

**133,818**
Reports Entered
as of 4-22-2005
at 10:25:00 AM
MST

## CLICK HERE



**goHotelRooms**

Discount Hotel
Reservations by
GoHotelRooms.com

## HELPING YOU, THE CONSUMER...

Search the Rip-off Report™ before you do business with retail stores with bad return policies, checking & credit theft, rebate fraud or other unscrupulous business policies such as phony auto repairs, auto dealer bait-and-switch tactics, restaurants with bad service or food, corrupt government employees & politicians, police corruption, home builders, contractors, unethical doctors &lawyers, online stores that sell non-existent products, dead beat dads & moms, landlords & tenants, fraudulent employment & business opportunities, and individual con artists who scam consumers. These are just a few of the countless topics available, and the list is continually modified as new categories emerge.

## FILING A CLASS ACTION LAWSUIT & NOTIFYING THE AUTHORITIES

Filing a Rip-off Report™ is important because you are helping us to help you, and others like you, achieve justice. We are able to accomplish this by working with the proper authorities for prosecution, and working with lawyers by using your report to help organize lawsuits. It is important that you know that your information is held strictly confidential, and your identity is protected by the First Amendment of the US Constitution.

*We will contact you if a lawsuit is being considered or has been filed which you may want to be a party to. The more reports filed on a company or individual, the more likely it is that the authorities and attorneys will want to take action.*

## MEDIA ATTENTION

OF THE PACK IN PREDATORY LENDING owned and operated by The PMI Group, publicly-traded corporation NYSE Lawsuits nationwide under investigation

Carolina Furniture Henry Lee Privette fraud N Carolina Att. General 200 complaints against Privette's furniture company

JustOurKids.com exploits child modeling ripoff scam FTC injunction ignored



Primerica Rip-off: Consumers Complaine - Evil Pyramid-schemed Appendix of Citigroup

Ramada Plaza Resort Rip-off: Consumers nationwide: No Slack in Change of Date due to Military Deployment.

ripoff ZaZou Model Management lies touts Magda only real talent success

Bill Heard Chevrolet ripoff to consumers nationwide no MSRP stickers



Don Lapre Rip-off: The only one making money in this get-rich-quick scheme is Don Lapre

Ugly Duckling now Drive Time, same scam different name, employee inside

http://www.ripoffreport.com/

Rip-off Report.com - badbusinessbureau.com



information



OCWEN CLASS ACTION LAWSUIT FILED Ocwen Bank Ripoff racketeering, breach of contract, unfair debt collection practices, overcharging borrowers bogus service, late and escrow fees, harassment, mail fraud

Immigrant workers dropped to live inmate-shift tree houses working for $50.00 a week. Civil & Human Rights Violations.

Pizza Hut employee abuses, criminal activity, health code violations

Mesa Arizona Police civil rights violations, discrimination & corruption against their own officers

Better Business Bureau BBB Racketeering Enterprise fraud to consumers

**Featured Rip-off Reports**
» View Past Home Page Featured Reports

**Top Rip-off Links**
»Alvon Technologies    »First National Credit/CCA
»JD Marvel

---

Quite often the media is interested in the reports you filed and ask us to assist in their investigations giving you the publicity needed to help your cause. **File your Report now!** In the event your Rip-off Report™ is of interest to the media, we will put you in contact with them. Rip-off Report™ works regularly with most TV News Magazines & Networks and their affiliates, NBC, CBS, ABC, Fox News and local and National newspapers including The New York Times, The Wall Street Journal, and The Auto Motive News.

**HELPING YOU, THE REPORTED BUSINESS OR INDIVIDUAL**
*MY COMPANY HAS BEEN REPORTED! HOW DO I RESPOND?*
If you are a business with a report(s) filed against you, you have a chance to make it right. If handled correctly, Rip-off Report(s) against you can actually help improve your reputation. We offer you the opportunity to file a REBUTTAL to any report. *(See the REBUTTAL BOX at the end of the specific Rip-off Report™ you wish to rebut).* Every company receives complaints, but how they handle those complaints separates good business from bad business.

**EMPLOYEE INSIDER / EX-EMPLOYEE INFORMATION**
**If you are an employee or ex-employee with privileged or insider information about a reported company or individual, please click on the REBUTTAL box at the end of the Rip-off Report™ to post your comments. This sort of information is often very helpful to an investigation.**

**WHISTLEBLOWERS**

»Girls Gone Wild
»Consolidated Media
»Tiran Zaken
»MCI Worldcom
»MWI Connections

»Consumer First
»Freedom Resources
»Lenox Capital
»Capital Choice Consumer
»Gibson Trust
»Providian

*Employees who want to expose corruption* should file a Rip-off Report™. Any employees who do so should be protected by Federal Whistleblower Laws, additionally; Rip-off Report™ treats all victims as a *confidential source.* Remember, we are a publication; and we will never voluntarily reveal your identity. Instead we will protect our sources under the First Amendment of the US Constitution

## DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED

Consumers, just because a company or individual is reported on Rip-off Report™ does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch for.

## USE YOUR REPORT TO GET WHAT IS COMING TO YOU

Faxing your Rip-off Report™ to the Company or Individual you have just reported can serve as a very valuable negotiating tool. Include in your negotiation that you have the ability to UPDATE your Report and reflect their good business practices by explaining that their eagerness to satisfy the complaint and make things right will be seen by the entire world. Also, explain that failure to respond/rectify the situation will also be seen.

YOU MUST NOT call them threatening to file a report if they do not comply with your demands. this may be construed as blackmail! You must first file a Rip-off Report™, then fax them a copy, offering them a chance to rectify the wrong that

Rip-off Report.com - badbusinessbureau.com

they did to you. Explain that then, and only then, you will UPDATE your Rip-off Report™ in a positive way, if deserved.

**ORGANIZING CLASS ACTION LAWSUITS**
*VICTIMS & LAWYERS, WHO WANT TO SUE COMPANIES OR INDIVIDUALS REPORTED*
Victims & attorneys who are interested in pursuing litigation against a particular company reported on this website may contact us directly. It is inappropriate to solicit business using this website other than through prior arrangement. This is largely because we need to ensure, the best we can, that our readers are not being taken advantage of again.

If you see a company with a good number of Rip-off Reports™, we have the database of contact information. We will e-mail those victims to contact you. Often we have additional information which does not appear on the victims Rip-off Report™. We receive thousands of e-mails weekly on Rip-off businesses. We also have contact data on many of those victims as well.

We are anxious and willing to join forces with victims and attorneys to stand up for the rights of consumers and help them get justice. E-mail us. Both victims and attorneys should send their e-mails to: ClassAction@ripoffreport.com

**IT'S MORE IMPORTANT TO FILE ON RIP-OFF REPORT™ THAN WITH BBB & WE'RE JUST AS IMPORTANT AS ATTORNEYS GENERALS AND INVESTIGATIVE AGENCIES**
Many government sites (and the BBB) are only in place to collect all the information from you, the

http://www.ripoffreport.com/

Rip-off Report.com - badbusinessbureau.com

consumer; in most cases, never making it available for others to see. Listing your complaint on many government sites is usually no better than filing with the Better Business Bureau (BBB). In fact, utilizing such sites is often just a waste of time; giving you false hope. Perhaps most frustrating is that the federal agencies tasked to investigate these disreputable enterprises receive tax dollars to do so, yet come to **bad**businessbureau.com for the results of our investigations and data, which we collect at no cost to the consumer while benefiting them.

By failing to make this information available publicly, it makes it harder for consumers to get educated about exactly what scams they should watch for.In addition, when these agencies fail to make these individual complaints public, consumers are robbed of the opportunity to know how bad a company or individual really is, and why.

On the other hand, many government agencies have and do come to the Rip-off Report™ for information. We have assisted, and continue to assist many government agencies for some time now, including local and state police departments, the FBI, FTC and Attorney General offices from around the country

Since all the Reports are out in the open for everyone to see, in a way, this embarrasses these agencies into doing something about these scams when they see so many Reports on a Company or Individual.

Unfortunately, many (not all) Attorney General

Rip-off Report.com - badbusinessbureau.com

Offices and government agencies will not move against a rip-off unless there will be some sort of publicity, associated with some political hay to be made. Additionally, they normally won't take action if the Rip-off does not exceed $50,000. However, your reports have have helped to change this. Reporting your experiences on Rip-off Report™ is the next best thing to getting your story on TV or in a newspaper. In fact, many national TV networks and several local TV stations from all around the country come to the Rip-off Report™ for information. They do this because they know that the BBB, Attorney Generals, and other agencies are not reliable or cooperative sources when compared to Rip-off Report™. News stations know that they will get information from us that are unobtainable elsewhere.

Rip-off Report™ has instigated many local and national stories that have resulted in help for victims worldwide, in one way or another. Now that the government has cut back spending even more in this area, this dollar amount required to get the attention of investigative agencies will likely get even higher. This means that we can expect even less action since fewer people and resources will be available to work on all these rip-offs.

Additionally, by filing a Rip-off Report™, you might be contacted by one of us to notify you to make contact with a law firm that has shown interest in your case. We get requests every week for class action lawsuits; bringing victims together with lawyers willing to sue the company after reading your filed Rip-off Report™.

Rip-off Report.com - badbusinessbureau.com

**Don't let them get away with it!™**
**File your Report Now!**

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright 1998-2005 by Rip-off Report.com & badbusinessbureau.com

Rip-off Report.com - badbusinessbureau.com

Page 1 of 2



**by consumers, for consumers**

# RIP-OFF Report.com

*a service of badbusinessbureau.com*

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | Register | Login

| File Report |
| Update Report |
| Search Reports |
| Picture Reports |
| Editorials |
| Thank you! |
| Volunteer |
| Link to Us |
| Lawsuits |
| Revenge Guide |
| Donate |
| About Us |
| FAQ |

W A N T E D
Consumer Advocates
Lawyers
Experienced Business People

Retired politicians, lawyers, business people who consider themselves Consumer Advocates!

Are you interested in HELPING consumers who have been victimized across the United States. Handle cases form your home state or where ever you may be able to be of service to consumers who have been victimized.

Please click below to e-mail us your background and what areas you want to help out in. Helping victims of consumer rip-offs for a couple of hours free is good advertising and could result in future revenue.

This will be a volunteer service using your knowledge and experience to help other consumers fight Rip-offs. As a volunteer you will provide support, suggestions and recommendations how to fight back. You will be helping turn the tide towards honesty and fighting greed, corruption and rip-offs.

Every day we get consumers who have been ripped off and are told by lawyers ..it will cost you too much or take too long, or ...isn't worth the hassle.

Let us know your background,
City and State your in and states your interested,
areas of knowledge and how many cases you would be
willing to handle a week or month.

Click below to VOLUNTEER.

info@*bad*businessbureau.com

http://www.ripoffreport.com/advocateswanted.asp

4/22/2005

**Exhibit D**

Rip-off Report.com - badbusinessbureau.com



# RIP-OFF Report.COM

## Don't let them get away with it. Make sure they make the Rip-off Report

*a service of*
*badbusinessbureau.com*

**...by consumers, for consumers**

Home | File | Search | E-mail

**WANTED** — *Rip-Off Report Reporters*

File Report
Update Report
Search Reports
Picture Reports
Editorials
Thank you!
Volunteer
Rip-off Reporters
Link to Us
Lawsuits
Revenge Guide
Donate
About Us
FAQ

## We need bad businesses reported

Are you a consumer advocate? Here at the bad business bureau, we believe the public is in need of heroes and heroines, or consumer advocates, who want to expose bad business and get them to clean up their act. At the Rip-Off Report, we call these consumer advocates Rip-Off Reporters. Do you have what it takes?

## Become a Rip-Off Reporter

You may have just finished entering in a Rip-Off, but still have the feeling that you need to do more. We've created the Rip-Off Reporter section of the Rip-Off Report to allow people to collaborate in an effort to expose bad business more effectively.

Were always looking for new stories. We have many leads and information on people who are victims of a Rip-Off and we need you to investigate and submit that story.

Below we have outlined some Rip-Off reporting tactics to use in digging up bad businesses or expanding on the report you may have made to create a larger file on a particular business. The larger the file we can create and the more accurate information on a business's bad practices, the better chance we have of making them succumb to the pressure and change.

## Questions to ask

Rip-off Report.com - badbusinessbureau.com

1. Are there other people who have had similar experiences?

Well we would like to solicit your help in finding out all you can on a particular Rip-Off.

2. Is there trend with a particular companies business practice?

If so, can I find other people with similar experiences to post to the Rip-Off Report? Searching the internet will produce some interesting results. Email them and ask them some questions about their experience. Get them to submit their own report at www.RipOffReport.com.

3. Is the business a chain?

If so, the business' bad practices may not be limited to the local store your involved with and may be a national problem. Try finding out if similar problems exists at other locations outside your state.

Searching the Internet is excellent method of finding information similar to your report and to answering some of these questions. There may be other questions to ask depending on the type of situation you have. If you have any questions you can always e-mail us at info@RipOffReport.com

**For your satisfaction, at first...**

Unfortunately, we will not be able to pay at this time. Normally, our Rip-Off Reports are anonymous, but if you want exposure, simply provide your first name, followed by the words RIP-OFF REPORTER, in the text of the report so that people may respond to your report if they have further information about the posting you made. Once we see your work over a period of time, we feel you're honest and dedicated, and depending on the region you're in you will be considered for compensation.

**Contact our professionals**

With the RipOffReport.com, we feel we have given you a great tool and resource for bringing bad businesses to the attention of the world. But if you feel you need more information or help, let our professionals know by contacting them via reporters@RipOffReport.com.

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A service of badbusinessbureau.com

**Exhibit E**



# RIP-OFF Report.com

by consumers, for consumers

*a service of* badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | Files | Search | Register | Login



# RIP-OFF
# Do-It-Yourself Guide

CLICK
HERE

About the ads
below....


Great deals on
DIGITAL CAMERAS
as $49.99
low as
half.com by eBay

☒ E-mail to a Friend
🖨 Printer Friendly Version
Category:
**Employers**

**George S. May ripoff "The Prostitute of the Consulting Business" A complete, total, incredibly
horrible, lying, decietful company Park Ridge Illinois *UPDATE EX-employee responds ..George S.
May International nails another one, THANK you to RIP OFF REPORT!**

Company
**George S. May Company**
Address:
**303 N. Southwest Hwy**
**Park Ridge Illinois**
**U.S.A.**
Phone Number:
**800-999-3020**
Fax:

Submitted: 6/17/2004 7:13:48 PM
Modified: 10/30/2004 5:48:41 PM

Two words: Stay away. This company is a complete joke. I was interviewed on a Friday by a
"Executive Analyst" (I use that title very loosely), who told me how great I was, how special I could
be in this job, what a selling job. I was then put on the phone with some person at the

headquarters, who told me to call him back on Monday to confirm if I wanted the job. It all sounded great, so I called him back on Monday to accept. Bad move.

I had to quit my job with 1 week notice, and start with them in a week in Park Ridge. I went to a training class in Illinois, where they sugar coated the whole situation. They avoided the hard questions, told us how we'll save the lives of these people, and feel so good about it. Nothing could be farther from the truth.

When I went out, I was verbally abused by my "Senior Executive" (Once again, a clown disguising as this position), and told to "Go do my job." What you have to deal with is sales reps, going in before you and lying to get the sale, and then you have to deal with that and an abusive supervisor. The clients were totally confused, wanted to get rid of me, I wanted to leave, but was forced to sit there and push push push this "saving plan" to them. I managed to get one person out of four to sign up, and feel terribly guilty about it now. I was out for a total of 2 weeks, and at the end of the 2 weeks, I'd had it. I was out tons of money, wasn't eating or sleeping right, and gave up.

Please please please avoid them at all costs. That includes potential clients. I've talked to business owners in my hometown who refer to them as "The Prostitute of the Consulting Business", and that is being kind to them.

Disgusted
Somewhere, Michigan
U.S.A.



**Unlimited Internet Access!**

goHotelRooms

Discount Hotel Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



## Company Search

If you would like to see more Rip-off Reports™ on George S. May Company, please use the search box below

[ George S. May Company ] [Search]

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include "com", "S" "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.

This is...

Chet - Was In Los Angeles Now In Provo, Utah
U.S.A.

Ripoff Reports filed and they said thank you to badbusinessbureau.com

Rebuttal UPDATE EX-employee responds
Submitted: 10/30/2004 5:17:31 PM Modified: 10/30/2004 5:48:40 PM

Chet is right! George S. May could take care of their problems like Fashion Rock did!

My former employer, George S. May, should get out of the employment head hunting business. Furthermore, they should not butt heads with the likes of this website. Just admit your errors and make your piece with Mr. Magedson. Afterall, no business is perfect and we ALL know that GSM has more than their share of skeletons they don't want out of the closet.

According to the Bureau of Ethical Internet Communication, companies, not wanting to get into protracted litigation and wanting to just clean up information, found paying Ripoffreport cheaper than getting into a long drawn out legal battle. The settlements are typically in the $25,000 range. That is how much Fashion Rock had to pay to get them off their back. The website is [DELETED]

Think about it. Isn't it better to settle out of court, than probably loose in court? Mr. Magedson must have some inside track with the legal profession to do so well in court.

Former Employee - Phoenix, Arizona
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

REBUTTAL BOX
MY COMPANY HAS BEEN REPORTED!
HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either
negative or positive information about the company or can you

provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, tool CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.** CLICK HERE to File your OWN Rip-Off Report





Choose from over 50 Stations
Try It For FREE

Technical questions can be addressed to our webmaster.

Feel free to send us suggestions and comments to our editorial staff.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

4/22/2005