| GSMIC Doc. No. | Statement | Name listed on posting |
|---|---|---|
| GSMIC 0001 | "George S. May – UNETHICAL TRADE SECRETS REVEALED! Park Ridge Illinois *UPDATE EX-employee responds…Its time to overcome the shame and stand for the truth" | |
| GSMIC 0001 | "In doing so, one should acknowledge almost immediately that this "consulting" agency is conducting business in a manner that is felonious and illicit at its core" | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0001-0002 | "First, instruction and training by George S. May International Company personnel (mainly by Ms. Gill, Bruce Unangst, and Dave Barry) is conducted in manner than encourages and fosters deception on the part of the employee. From the first day, especially for those trainees in the "Executive Analyst" position, it is taught that you MUST be able to denigrate your client with cleverness and tact. Belittling the business owner is the first step to success in the George S. May handbook." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0002 | "George S. May employees are trained extensively in psychology and the art of theatrical performance to make a point. So much so, that analyst trainees are instructed to purchase reading glasses for use in the field not only make themselves look more studious but to also have | "Andrea, El Paso, Texas, U.S.A." |

EXHIBIT A

| | | |
|---|---|---|
| | a prop to throw on clients' desks when making an exaggerated observation about an exposed business flaw. Moreover, trainees are also instructed when and how to abruptly open and shut their "manuals" (black note books) in disgust or contempt while having dialogue with the client." | |
| GSMIC 0002 | "If the "Management Council" (which is really one SENEX) is not available right away to take a call, George May trainers actually suggest picking up the phone receiver and talking to a dial tone or silence from a held call." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0006 | "As you can see, it is quite dated and rambling to say the least. Most of all, it is misleading; especially when the "2:1" ratio section is acted out in front of the business owner. George S. May's intent is to promise this return but it will hardly ever be truly realized. Staff analysts at corporate headquarters in Chicago are instructed to manipulate any and all variables to show this return regardless of its accuracy. The majority of the time, their "2:1" proof" is tainted with erroneous errors that are not easily recognizable by the average business owner." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0006 | "George S. May's modus operandi is "show all problems in dollars lost in profit," even if the calculations are misleading | "Andrea, El Paso, Texas, U.S.A." |

| | | |
|---|---|---|
| | and overstated. | |
| GSMIC 0007 | "In my tenure with George S. May, I saw (and presented) numerous erroneous calculations based on labor productivity that were given to me by the SENEX, Bruce Unangst. When confronting him with his errors on several occasions, I was told to "shut up and be a team player…just present the number." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0007 | "Every analyst is instructed by the SENEX to over exaggerate and overstate the severity of all flaws that pertain to the business and employees being studied." "George S. May implies during training, especially by Ms. Gill, that promises and half truths are fine as long as a "go ahead" is obtained." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0008 | "Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact…He is quick to gloss over the "unlawful" aspect of such act, but as he says, "depriving a business owner of his cash-on-hand is vital to George S. May's operations." "Students are instructed to promise that a "special team" of consultants has been assembeled and is currently waiting to come in and "fix" the problems; all lies. George | "Andrea, El Paso, Texas, U.S.A." |

| | | |
|---|---|---|
| | S. May's "larceny," as taught by its representatives, is the life blood of the profitability of the business." | |
| GSMIC 0011 | "…they were simply analysts that couldn't cut it in the field and for whatever reason stayed on with GSM for a while longer. There job was just to print out the boilerplate notebook, eat up billable hours and stay on as long as the client could tolerate them." | "Danny—Henderson, Nevada U.S.A." |
| GSMIC 0013 | "I was also kept busy filling out forms and papers that were useless to the clients, but were integral parts of covering George's backside. Project Directors are a joke—all they do is fill out more papers, waste hours and try to sell "expansions" or "MSP's" or "eLearning"—just to increase commission and decrease the client's bank account." | "G. Calvin—Tampa, Florida U.S.A." |
| GSMIC 0013-15 | "The only way you can make a living wage is to have at least 3 jobs running at a time…You also get all the "one-day" wonder jobs during your first 3-4 months, so it is, again, virtually impossible to make a living" "According to what I have been told, SENEX's get paid on the total number of "man day's," which means that when a SENEX sells 10 hours of your time to a client, and tell you to bill only 8, it's no skin off their nose! They get paid the same whether it's 10 or 8." | "G. Calvin—Tampa, Florida U.S.A." |

| | | |
|---|---|---|
| GSMIC 0017 | "George S. May International Company –UNETHICAL TRADE SECRETS REVEALED! Rip-off! Park Ridge Illinois *Consumer Suggestion. .JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up." | |
| GSMIC 0017 | "In doing so, one should acknowledge almost immediately that this "consulting" agency is conducting business in a manner that is felonious and illicit at its core" | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0018 | "First, instruction and training by George S. May International Company personnel (mainly by Ms. Gill, Bruce Unangst, and Dave Barry) is conducted in manner than encourages and fosters deception on the part of the employee. From the first day, especially for those trainees in the "Executive Analyst" position, it is taught that you MUST be able to denigrate your client with cleverness and tact. Belittling the business owner is the first step to success in the George S. May handbook." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0018 | "George S. May employees are trained extensively in psychology and the art of theatrical performance to make a point. So much so, that analyst trainees are instructed to purchase reading glasses for use in the field not only make themselves look | "Andrea, El Paso, Texas, U.S.A." |

5

| | | |
|---|---|---|
| | more studious but to also have a prop to throw on clients' desks when making an exaggerated observation about an exposed business flaw. Moreover, trainees are also instructed when and how to abruptly open and shut their "manuals" (black note books) in disgust or contempt while having dialogue with the client." | |
| GSMIC 0018 | "If the "Management Council" (which is really one SENEX) is not available right away to take a call, George May trainers actually suggest picking up the phone receiver and talking to a dial tone or silence from a held call." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0020 | "In my tenure with George S. May, I saw (and presented) numerous erroneous calculations based on labor productivity that were given to me by the SENEX, Bruce Unangst. When confronting him with his errors on several occasions, I was told to "shut up and be a team player…just present the number." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0020 | "Every analyst is instructed by the SENEX to over exaggerate and overstate the severity of all flaws that pertain to the business and employees being studied." "George S. May implies during training, especially by Ms. Gill, that promises and half truths are fine as long as a "go ahead" is obtained." | "Andrea, El Paso, Texas, U.S.A." |

| GSMIC 0021 | "As George S. May teaches its analysts, exposures is key to obtaining a "go ahead." | "Andrea, El Paso, Texas, U.S.A." |
|---|---|---|
| GSMIC 0021 | "Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact…He is quick to gloss over the "unlawful" aspect of such act, but as he says, "depriving a business owner of his cash-on-hand is vital to George S. May's operations." "Students are instructed to promise that a "special team" of consultants has been assemebled and is currently waiting to come in and "fix" the problems; all lies. George S. May's "larceny," as taught by its representatives, is the life blood of the profitability of the business." | "Andrea, El Paso, Texas, U.S.A." |
| GSMIC 0024 | "George S. May International deceptive company, false promises, raped & pillaged us, ripoff They will find a way to take your money and leave you feeling empty, robbed, and wondering what just happened. San Jose, California UPDATE Employee . . . inside information ..George S. May International Company—the real scam." | |
| GSMIC 0024-0025 | The client requested, but could not remove this report from | "Diane, Chatteroy, Washington, U.S.A." |

| | | |
|---|---|---|
| | www.ripoffreport.com. | |
| GSMIC 0025 | "To date George S. May International Company continues to rape and pillage companies across the county." | "Diane, Chatteroy, Washington, U.S.A. |
| GSMIC 0029 | "George S. May ripoff "The Prostitute of the Consulting Business" A complete, total, incredibly horrible, lying, deceitful company Park Ridge Illinois *Update EX-employee responds…George S. May International nails another one, Thank you to RIP OFF REPORT!" | |
| GSMIC 0030 | "When I went out, I was verbally abused by my "Senior Executive" (Once again, a clown disguising as this position)" | "Disgusted, Somewhere, Michigan U.S.A." |
| GSMIC 0031-32 | "That one account you signed was worth at least $24,700.00 gross to them…Hotel room for your training $200…Your advance $1,500 with admin costs they will pay you only 6% of the collected first round they will sue for the rest and get all costs covered in court by your not commissioned on that..Lets say 6 flights at $300.00=$18,000.00, Training cost $200.00, Hiring cost $200.00…Let's them give a full 20% for the 150 hours you sold okay? $4,950…Gives a grand take of $15,850.00 in pure profit! Now lets say they had a full training class of 24 sales reps (whoops your not to say your in sales) shall we? If they ALL has the same results as you did, they have a total | "Chet—Los Angeles, California, U.S.A." |

| | | |
|---|---|---|
| | profit on just your class of $380,400.00. Lets say your class in total nails a low rate of 50% in the first two weeks (they stay for trec most of the time so 50% on two weeks is fair). 24 reps X two bits of the apple is 48 canned pitches a week at 2 weeks 96 canned sales pitches @ 50% close rate is,,, drum roll please OH my 48 sales now lets say they are all low ball 150 hour jobs shall we? 48 X $15,850=$760,8000.00 PURE PROFIT! Not to mention they double and triple dip on expenses and they do not pay full commissions on every job so the take could be a cool million on just your class. Now you see why they have 150 sales classes a year (combining all locations)." | |
| GSMIC 0032-33 | "1) The customer cancels before the survey date, 2) the analyst arrives and is so overbearing, obnoxious, and abusive that the customer shows them the door, and I get no credit (or commission) for the survey, or 3) the analyst declares the company to be BMS...again, no commission." | "Diane--Manistee, Michigan U.S.A. |
| GSMIC 0033 | "Have you ever spoken with a George S. May sales rep? I doubt it, because company policy, as laid forth in our Policy and Procedures Manual, clearly states that Field Service reps are never, under any circumstances, to have any contact with Survey Service or Management | "Diane--Manistee, Michigan U.S.A. |

9

| | | |
|---|---|---|
| | Services personnel." | |
| GSMIC 0036 | "George S. May International Rip-off Dishonest misleading & one of the worst companies to work for Park Ridge Illinois *UPDATE EX-employee responds…The company treats their employees very poorly, perhaps due to the more than 100% turnover rate." | |
| GSMIC 0038 | "Truth was that this was an extremely high-pressured sales job full of lies and deception." | "Me Chicago, Illinois U.S.A." |
| GSMIC 0038-39 | "The company treats their employees very poorly, perhaps due to the more than 100% turnover rate." | |
| GSMIC 0039 | "The company treats their employees very poorly, perhaps due to the more than 100% turnover rate. They prey upon decent and well-qualified professionals who need a job due to lay-off or some other unforeseen problem." "The so-called analyst employees are expected to pose as actual analysts, which becomes apparent after you go to your first job. The "phoney phone calls" take place in front of the owner when you "council" (actually some irritable old coot, although there are a number of them who have graduated to that position) on the other end of the phone tells you what to say to scare the owner into buying the service. That's right, you are expected to parrot his words as if you | "Robert—Chicago, Illinois U.S.A." |

10

| | | |
|---|---|---|
| | are actually saying them from your own thoughts." | |
| GSMIC 0043 | "Message from the President of George S. May International Company..This may include a full refund." | |
| GSMIC 0043-44 | "I have been mandated by the George S. May International Company Board of Directors to address and resolve all issues on "Rip-off Report.com" in a timely and professional manner. I encourage all clients and employees to contact me at #800-999-3020 for a full resolution of your problem. This may include a full refund. "Israel Kushnir, President, George S. May International Company" | "Israel Kushner—Park Ridge, Illinois U.S.A." |
| GSMIC 0047 | "Why because the counsel "team" they are pretending to call is only a sales manager who is feeding the sales person (disguised as an analyst) what to say to you." | "Chet—Los Angeles, California U.S.A." |
| GSMIC 0049 | "George S. may International ripoff Abuse of employee status Park Ridge Illinois *UPDATE EX-employee responds…GEORGE S MAY ARE SCUM+SCAMMERS" | |
| GSMIC 0050 | "GEORGE S. MAY ARE SCUM + SCAMMERS" | |
| GSMIC 0051-52 | "May's OWN systems are anywhere from 30 to 70 years old…" EXAMPLES: 1) Their methods for working with the field staff was designed (by others) in the 1930s | "William—Villa Grove, Illinois U.S.A." |

11

| | | |
|---|---|---|
| | (constant/scheduled telephone contact)…2) Their telemarketing system is circa the 1970s. 3) Their IT needs are all run on an antiquated, costly mainframe computer. 4) Voice mail is non-existent, and email is reserved solely for people within the office. 5) No records are kept by May of what leads have been worked in what area—they have no system to do this which wastes a ton of their sales force's time and effort." | |
| GSMIC 0054 | "George S. May International Company, Better Business Bureau, BBB CONFIDENCE GAME SEPARATES FOOLS FROM THEIR MONEY ripoff Park Ridge Illinois *Consumer Suggestion … Why not let the Directors know?" | |
| GSMIC 0054 | "BBB and the George S. May International Company combine to defraud small business owners. The BBB is a marketing tool for companies that join it's ranks rather than a champion of the consumer, as they would have you believe. The BBB does not handle any consumer complaints raising issues concerning the competency of doctors, dentists, licensed therapists, veterinarians, and lawyers. The BBB specializes in unlicensed and unregulated professionals. The George S. May International Company employs these unregulated professionals to front for their operation of an unethical sales | "William, Chicago, Illinois U.S.A." |

| | | |
|---|---|---|
| | machine." "High pressure sales tactics and psychological manipulation are used to extract agreement for services that would guarantee a 5 to 1 return on the "investment." | |
| GSMIC 0056 | "The salesman from May company denounce the practices of IPA, International Profit Associates. But they use the same business model and the same tactics" | "William, Chicago, Illinois U.S.A." |
| GSMIC 0056-57 | "STOP..before you think about using the Better Business Bureau (BBB) CLICK HERE to see how other consumers were victimized by the BBB's false or misleading information. Don't be fooled. It has been reported, when there are thousands of complaints and other investigations underway by authorities, the BBB has no choice but to finally give an Unsatisfactory rating to a BBB member business that is paying the BBB big membership fees every year. When a business is reported that is NOT a BBB member, BBB files WILL more likely show an Unsatisfactory rating, then reportedly shake down that company to become a member of the BBB. One positive thing about the BBB is, either way, if a business has an unsatisfactory rating with the BBB, you can be sure, the business is bad. But what about all those BBB member businesses that had complaints filed against them? Consumers never get to hear | |

| | | |
|---|---|---|
| | about them. What about the BBB advertising to the public? Is this a false and misleading perception they are giving about "consumer confidence" when dealing with a business? Click her to understand more of what consumers and business alike are saying about the BBB. You decide .. Remember, The BBB membership is not earned, it's paid for." | |
| GSMIC 0059 | "George S. May International Company 303 ripoff Unsolicited salesman, $350.00/day deceptive "analyst," less than "expert" consultants Park Ridge Illinois *UPDATE Employee... inside information ...They are all salesman." | |
| GSMIC 0060 | "Additionally, subsequent research has shown the company is not registered to do business with our Secretary of State" | "Michael, Silverhill, Alabama U.S.A." |
| GSMIC 0061 | "They have you out in the middle of nowhere a thousand miles from home and they refuse to arrange travel for you until they get the money they want. This is just one of the ways they threaten, coerce and intimidate employees as well as clients." | "Shawn—Atlanta, Georgia U.S.A." See GSMIC 0069-70 indicating that this posting was falsely attributed to a George S. May employee via unauthorized access to his personal information. |
| GSMIC 0063 | "*they paid for the awards they received from the BBB." | "Chet—Los Angeles, California U.S.A." |
| GSMIC 0067 | "[they] will "guarantee" to increase you "fill-in-the-blank" (lets say, 'revenues') by "15%" while they are there | "Andrea –El Paso, Texas U.S.A." |

| | | |
|---|---|---|
| | preparing "marketing" strategies for 5 days. By then, with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000." | |
| GSMIC 0068 | "They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless." | "Andrea –El Paso, Texas U.S.A." |
| GSMIC 0072 | "George S. May International Company GSMIC WARNING: DO NOT BE SCAMMED! PLEASE READ THIS IF YOU ARE PROSPECTIVE CLIENT OR EMPLOYEE OF GEORGE S. MAY! Park Ridge Illinois *UPDATE EX-employee responds. .Andrea, RIP-OFF Report is SAVING AMERICA from this Company! Thank You, Rip-off Report!" | |
| GSMIC 0073 | "He stated that most analysts make at least $80k/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They "hire" 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field, 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 "Executive Analyst" positions in Chicago per year; and that's only one department. They have 4 departments (using general | "Andrea –El Paso, Texas U.S.A." |

| | | |
|---|---|---|
| | terms): sales (the guy who initially walks in the door and offers to have your business "analyzed" for $250-$700), survey (the "analyst" that shows up with a black manual and his/her laptop and conducts the survey"), management consultants (usually 2-5 people charging $200+/hr for each "man hour" worked." | |
| GSMIC 0074 | "That equates to approximately 10,000 employees that filter through the organization in ONE year." | "Andrea –El Paso, Texas U.S.A." |
| GSMIC 0076 | "They will offer a "guarantee" to increase your "fill-in-the-blank" by "15%" while they are there preparing "marketing" strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000." | "Andrea –El Paso, Texas U.S.A." |
| GSMIC 0080 | "Beware of these crooks!" | |
| GSMIC 0080 | "Finally somebody has put in a concise form what these crooks do." "They are major employee abusers." | "Steve –St. Dorothee, Quebec, Canada" |
| GSMIC 0082 | "George S. May International Company Rip-off Reports are true—hope President Kushnir will keep his promise. Park Ridge Illinois *Consumer Suggestion—Names please." | Report placed as a result of the false posting attributed to Israel Kushnir. |
| GSMIC 0088 | "George S. May International Company ripoff deceptive company abused & mistreated just high pressured sales | |

| | | |
|---|---|---|
| | people camouflaged as Business Analyst Park Ridge Illinois *UPDATE Employee ..inside information .. George S. May 100% guarantee and 2:1 savings.. what the Company verbally gives you is not what you think." | |
| GSMIC 0088 | "In the event that you do not sign their evaluation form (it's a CONTRACT) they progress to insulting, yelling, such rude behavior, it is absolutely incredible. Oh! Did I not mention the fact that THEY DON'T LEAVE! Because if You refuse and refuse and refuse…, the 210 plus manhours, they have another evaluation form (aka CONTRACT) for 1 day in the amount of $3,792 ($158 per man hour for 3 people) Plus Expenses which they'll never document on paper, Just Reasonable Expenses." | "MI, City of Industry, California U.S.A." |
| GSMIC 0092 | "George S. May International Company ripoff Do Not Work For These People Park Ridge Illinois *Consumer Comment .. Owner of George S. May Company child pornography and other heinous crimes" | |
| GSMIC 0096 | "Owner of George S. May Company child pornography and other heinous crimes" | |
| GSMIC 0096 | "The founder of this company has a background of child pornography and other heineous crimes. Some are so bad I don't want to mention them, but I must. I will be back with more as I check on | "Dah—Tuscon, Arizona U.S.A." |

17

|  | details. This is so serious, I will check all the facts I have before posting. Here is what I do have the facts on. He likes to claim to some he is a good Christian to gain the trust of those he will deceive. He flashes the "fish" sign around, which must be some sort of secret Christian signal. Meanwhile, he offers drugs to junior high school children to get them to engage in sex with each other on tape. He has the tapes in his office. He thinks he keeps the harddrive clean, but some of us have backed up the porn. We are just waiting for the police to show up and we will come forward. There is some secret porn club of pedifiles at George S. May which involves the office directors. When they have district meetings they watch kiddie porn videos and smoke crack. These are some really messed up people. More to follow in a few days as soon as I can verify a few things. Party pictures will also be posted." |  |