JKB/cic/301955                                                                                          5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

### NOTICE OF FILING

TO:   Bart A. Lazar, Esq.
      Rachel M. Kindstrand, Esq.
      SEYFARTH SHAW LLP
      131 South Dearborn Street, Suite 4200
      Chicago, IL 60603

  PLEASE TAKE NOTICE that on the 30th day of November, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Reply to Plaintiff's Response to Defendants' Motion to Compel Re: First Set of Discovery Requests**, a copy of which is attached hereto and hereby served upon you.

                         XCENTRIC VENTURES, LLC and ED MAGEDSON

                         By:   /s/ James K. Borcia
                               One of Their Attorneys

Maria Crimi Speth, Esq.                James K. Borcia
JABURG & WILK PC                       David O. Yuen
3200 North Central Avenue, Suite 2000  TRESSLER, SODERSTROM, MALONEY
Phoenix, AZ 85012                        & PRIESS, LLP
(602) 248-1000                         233 South Wacker Drive, 22nd Floor
                                       Chicago, IL 60606-6308
                                       (312) 627-4000