IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case Number: 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Judge Charles R. Norgle ) ) Magistrate Judge Michael T. Mason ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:  James K. Borcia, Esq.            Maria Crimi Speth
     David O. Yuen, Esq.              Jaburg & Wilk, P.C.
     Tressler, Soderstrom, Maloney & Priess   Great American Tower
     233 South Wacker Drive, 22nd Floor       3200 North Central Avenue, Suite 2000
     Chicago, IL 60606-6308           Phoenix, AZ 85012

**PLEASE TAKE NOTICE** that on December 12, 2006, at 9:30 a.m., we will appear before the Honorable Michael T. Mason, or any judge sitting in his place or stead in Room 2214 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Plaintiff George S. May International Company's Motion In Limine To Exclude Certain Exhibits and Witnesses Proffered By Defendants,** a copy of which is attached and hereby served upon you.

Dated: December 5, 2006                **GEORGE S. MAY INTERNATIONAL COMPANY**

                                       By: s/Bart A. Lazar
                                           One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL 60603
(312) 346-8000

CH1 11113119.1