# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                    Plaintiff,

v.                                                        Case No.: 1:04–cv–06018
                                                            Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2006:

      MINUTE entry before Judge Michael T. Mason : Defendants are to file a response to plaintiff's motion in limine [198] and deliver a courtesy copy to chambers by 5:00 PM on 12/6/06. On previous occasions, defendants have failed to deliver courtesy copies of their pleadings in a timely manner. Therefore, defendants are warned that if they fail to deliver a courtesy copy of their response brief to chambers, Room 2206, by 5:00 PM on 12/6/06, the brief may be stricken.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.