JKB/cic/302218                                                                    5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

### NOTICE OF FILING

TO:  Bart A. Lazar, Esq.
     Rachel M. Kindstrand, Esq.
     SEYFARTH SHAW LLP
     131 South Dearborn Street, Suite 4200
     Chicago, IL 60603

PLEASE TAKE NOTICE that on the 6th day of December, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Response to Plaintiff's Motion in Limine**, a copy of which is attached hereto and hereby served upon you.

                              XCENTRIC VENTURES, LLC and ED MAGEDSON

                              By:_____/s/ James K. Borcia_____
                                   One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | TRESSLER, SODERSTROM, MALONEY |
| Phoenix, AZ 85012 | & PRIESS, LLP |
| (602) 248-1000 | 233 South Wacker Drive, 22nd Floor |
| | Chicago, IL 60606-6308 |
| | (312) 627-4000 |