JKB/cic/302553                5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) No. 04 C 6018 |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle |
| Defendants. | ) Magistrate Judge Mason |

### NOTICE OF FILING

TO:     Bart A. Lazar, Esq.
           Rachel M. Kindstrand, Esq.
           SEYFARTH SHAW LLP
           131 South Dearborn Street, Suite 4200
           Chicago, IL 60603

       PLEASE TAKE NOTICE that on the 13th day of December, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Response Pursuant to Local Rule 56.1(b)(3)(C) to Plaintiff's Statement of Additional Facts Regarding Defendants' Motion for Partial Summary Judgment** and **Defendants' Reply in Support of Their Motion for Partial Summary Judgment**, copies of which are attached hereto and hereby served upon you.

                             XCENTRIC VENTURES, LLC and ED MAGEDSON

                             By:      /s/ James K. Borcia
                                          One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | TRESSLER, SODERSTROM, MALONEY |
| Phoenix, AZ 85012 | & PRIESS, LLP |
| (602) 248-1000 | 233 South Wacker Drive, 22nd Floor |
| | Chicago, IL 60606-6308 |
| | (312) 627-4000 |