# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Eastern Division

George S. May International Company

                                         Plaintiff,

v.                                                          Case No.: 1:04–cv–06018

                                                            Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                         Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2006:

> MINUTE entry before Judge Michael T. Mason : Plaintiffs' motion to supplement record related to contempt sanction [129], defendants' motion to strike plaintiffs' motion to supplement record related to contempt sanction [143] and plaintiffs' motion in limine to exclude certain exhibits and witnesses proffered by defendants [198] are denied as moot. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.