George S May Intl, et al v. Xcentric Ventures, et al — Doc. 213 Att. 2
Case 1:04-cv-06018   Document 213-3   Filed 12/20/2006   Page 1 of 2
Case 1:04-cv-060..   Document 131   Filed 07/13/20..   Page 9 of 10

# EXHIBIT B

Case 1:04-cv-06018  Document 213-3  Filed 12/20/2006  Page 2 of 2
Case 1:04-cv-06018  Document 131  Filed 07/13/2006  Page 10 of 10
Page 1 of 1

## Paul Rauseo

**From:** monne [monnecricri@sympatico.ca]
**Sent:** Tuesday, June 13, 2006 11:56 AM
**To:** gsmsscanada@georgesmay.com
**Subject:** Re: Analyste exécutif
**Importance:** High

Dear Sir/Madam,

I was waiting for an interview this morning on june 13 at 9:30 am.M. Bob Word, was supposed to contact me.

Please note that I haved found a job and won't be expecting to work for your company.

Sincerely yours,

Monique Ringuette

http://www.ripoffreport.com/reports/ripoff59860.htm


----- Original Message -----

**From:** monne
**To:** gsmsscanada@georgesmay.com
**Sent:** Wednesday, June 07, 2006 5:39 PM
**Subject:** Analyste exécutif

Bonjour,

Je vous envoie mon résumé pour le poste d'analyste éxécutif pour votre entreprise. Je possède plus de vingt années d'expérience au service a la clientèle, public et les affaires. Je suis parfaite bilingue. Je suis une personne très déterminer et positive.

En espérant une réponse positive, je vous souhaite une merveilleuse journée!

Bien a vous,

Monique Ringuette
(418) 480-1376

6/13/2006