# EXHIBIT C

...by consumers, for consumers

# RIP-OFF Report.COM

*a service of badbusinessbureau.com*

Don't let them get away with it.™
Make sure they make the Rip-off Report™

Home | File | Search | Register | Login

Submitted: 7/10/2004 4:09:17 PM
Modified: 10/23/2006 2:01:37 AM

Category:
Business Consulting

This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting. Rip-off Report intends to appeal the preliminary injunction by the district court that we believe violates the Federal Communications Decency Act *UPDATE Employee ..inside information ..This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the CDA

**George S. May International Company**

Address:
303 S. Northwest Highway
Park Ridge Illinois  60068
U.S.A.
Phone:
847-825-8806
Fax: -

I was visited by an unsolicited salesman who inquired as to any problems I was experiencing as a small business owner. I confided with him the problems, I am sure most small businesses have, I was experiencing. He then "qualified" my small business for a confidential analysis for a "very nominal fee of $350.00" for 1 1/2 days. I agreed and scheduled an appointment some 1 1/2 weeks later.

The "analysist" (salesman) was very punctual, as we had a 6:00 a.m. appointment, and for the next 2 days, he had full access to my

business and it's records. He then pointed out all of my problems, of which I was already aware, and strongly suggested I retain his company and its staff of over 1,200 "experts" to help fix my problems.

On Friday afternoon, we then discussed his assessment of corrective actions and estimate of time and costs. We both agreed that 100 hours would probably be adequate, but he would write in an estimate of 225 hours in our contract. We then discussed a time frame and he strongly suggested we start the following Monday. I was opposed to this time frame, as my next weeks work load was extremely busy.

He then informed me he had "hand picked" the consultants for my project and if I did not schedule them NOW, they would not be available. Of course, he had, by this point, convinced me of the serious condition of my business and the dire need of his companies services. HE WAS A VERY GOOD SALESMAN! He then suggested we start as early as the next day (Saturday) and he called and arranged for their travel. I reluctantly agreed and signed his contract agreeing to $164.00/man hour, travel expenses and per diem.

The next day, I met the "project team" at my office. The "analysist" (salesman), the "project director" and two (2) consultants then began, what appeared to be, intensive research with all my records. The salesman left shortly thereafter, the project director about 3 hours later and the two (2) consultants "worked" for ten (10) hours. Monday morning, I was presented with an invoice for $5,040.00 for Saturday, not including travel and per diem. I wrote a check for this amount and was informed I needed to pay it with certified funds. I traveled to my bank and had a cashiers check written.

By Monday afternoon I realized these leaches had to go and informed them that they needed to finish their business by Tuesday afternoon. To my surprise, the project director shows back up at appr. 11:00 a.m.on Tuesday. He and his team continue to work and by mid afternoon presented me with another invoice in the amount of $11,663.00. Of course, this needed to be paid in certified funds.

After payment, I was presented with a 3-ring binder (which I had purchased, as they provide nothing, i.e. binders, printer cartridges copy paper, three hole punches, etc.) containing appr. 110 pages of mostly useless documents. In three (3) days, the George S. May International Company had milked me out of almost $17,000.00 for this. This could have easily been $40,000.00 to $50,000.00, if I had not terminated their "services".

Additionally, subsequent research has shown the company is not registered to do business with our Secretary of State.

Do yourself a favor, when the George S. May International Company salesman comes knocking at your door, run the SOB off!

Michael
Silverhill, Alabama
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below

George S. May International Company

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

[ Search ]

Click here to go to our advanced search page.

**Rebuttal** UPDATE Employee ..inside information
Submitted: 7/11/2004 7:42:20 AM
Modified: 12/12/2006 3:29:06 PM

**This space previously contained a complaint about the business practices of George S May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the**

This space previously contained a complaint about the business practices of George S. May. Rip-off Report intends to appeal the preliminary injunction by the district court that we believe violates the Federal Communications Decency Act

Shawn - Atlanta, Georgia
U.S.A.

**Rebuttal** UPDATE EX-employee responds
Submitted: 7/23/2004 1:55:13 PM
Modified: 12/12/2006 3:29:06 PM

**George S. May International Company not today please**

Michael from Silverhill, Alabama make sure to search Rip-Off Report using just the name George S May you will see all 17 reports as of this date. Some have links to other sites but by far and away Rip-Rff Report is doing the best at getting the information out to the public. HELP BY REPORTING how your DEMANDS for your MONEY BACK are going! PLEASE people POST follow up reports so we can see how to help others.

Every "client" who hangs their head kicking their own backsides and not going after this company is FLAT OUT WRONG! You are NOT one bit at fault for letting the wolf in the door. This is a company that only has your money at is heart and how to get if from

you.

If your company has let George S May International Company in the door DO NOT PAY A DIME TILL YOU SEE RESULTS FOR THE "VALUE" of your investment <-- AS in RESULTS YOU CAN COUNT in your bank account, AS IN DO NOT PAY A DIME IN FEES OR ANYTHING till they produce work you can USE. <-- READ the form you signed they have to produce results for you! No matter if they say you must pay every Friday or Every Day, tell them to take a HIKE till you "get" a return on your investment. If they are so ETHICAL to WIN (hahahaha) BBB ethic awards* they should have no problem billing like a normal consulting company where 30 days after the work is INSTALLED is the norm!

*(((REDACTED))) Sort of like paying to win a contest you made up like the International slime spit ball award, only you and the other winners pay for the award and the party to follow.)

Even a sit down Burger Joint hands over the burger before you are demanded to pay. With over 500K served and 79 years under their belt, this is one old hash slinging company that needs to clean the slime off the boiler plates before they grill you up another client.

KEEP the REPORTS COMING! [Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]

Chet - Los Angeles, California
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

## Rebuttal UPDATE Employee ..inside information

Submitted: 7/27/2004 9:12:59 AM
Modified: 12/12/2006 3:29:06 PM

## WARNING! DO NOT BE SCAMMED!

I'm attaching an earlier report that segways into this topic. Moreover, I want this report to be available to all of those that have used Google to search out information on George S. May. As of 7/27/04, this particular "hit" thread is showing up on Google and Yahoo searches. Please indulge the repitation, it's important to me that this info gets out... thanks again to Rip Off Report!

I sincerely hope that you have Ã¢â‚¬ËœGoogled" your way to enlightenment concerning George S. May International, the world-wide consultant company based in Park Ridge, IL. Internet search engines have finally beaten a path to a truer picture of this company and how they really operate. Please consider carefully what you are about to read because it may be the best advice anyone has ever given you.

First, my intention in filing this is to basically warn EVERY prospective client interested in retaining George S. May's services, in any capacity, of their unscrupulous nature. I will outline their general methods of conducting business so you can make an

informed and intelligent decision as to their true intentions and expertise. Second, I also want to provide those individuals out there responding to job advertisements placed by George S. May with information concerning their training program, existing personnel, and overall pressure tactics. I ask that you keep an open mind and consume this information with utmost earnestness; it is coming from someone who was an Ã¢â‚¬Ëœinsider' to George S. May's overall operations.

Why did you seek the internet for answers concerning George S. May? Probably because you are a bright, intelligent, and diligent individual that researches everything before making a decision. Did you know that six months ago your Google/Yahoo search would not have yielded this website and the information contained herein? In fact, a search from January of 2004 would have probably yielded about a thousand hits on job ads placed by George S. May all over the country. They are constantly seeking fresh applicants because of the massive amounts of turnover they experience on a weekly basis. But more importantly, by design or not, they've been able to hide from knowledge seekers like you because of these numerous job ads. Finally, the truth about George S. May is being disseminated to the public. That is why I am telling my story.

I was hired as an Ã¢â‚¬Å"Executive AnalystÃ¢â‚¬Â in their Ã¢â‚¬Å"SurveyÃ¢â‚¬Â department no too long ago. I must say, the interviewer was slick. Without using specific names, I can say he was a company Ã¢â‚¬Å"SENEXÃ¢â‚¬Â (Senior Executive Analyst); very professional and probing. He stated that most analysts make at least $80K/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They Ã¢â‚¬Å"hireÃ¢â‚¬Â 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field; 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 Ã¢â‚¬Å"Executive AnalystÃ¢â‚¬Â positions in Chicago per year; and that's only ONE department.

They have 4 departments (using general terms): sales (the guy who initially walks in the door and offers to have your business Ã¢â‚¬Å"analyzedÃ¢â‚¬Â for $250 - $700), survey (the Ã¢â‚¬Å"analystÃ¢â‚¬Â that shows up with a black manual and his/her laptop and conducts the Ã¢â‚¬Å"surveyÃ¢â‚¬Â), management consultants (usually 2-5 people charging almost $200/hr for each Ã¢â‚¬Å"man hourÃ¢â‚¬Â worked. These are the people that show up after the analyst sells you on their glorified services), and administrative (mostly Ã¢â‚¬Å"SENEXESÃ¢â‚¬Â belonging to a Ã¢â‚¬Å"Management CouncilÃ¢â‚¬Â at corporate headquarters; more about this group later).

The attrition experienced by these departments (excluding administrative staff) is even greater because they are inherently twice to three times as large as the survey department. They have two training facilities: one in Chicago and one in Las Vegas. That equates to approximately 10,000 employees that filter through the organization in ONE year. And this estimate is conservative compared to others you will see while researching information on this company. You see something wrong with this picture yet? What reputable company goes through this many people a year?

I attended their 10-day training class for their Ã¢â‚¬Å"Executive AnalystsÃ¢â‚¬Â in Park Ridge (Chicago), IL and was taught the art of acting and memorization. EVERYTHING IS SCRIPTED FOLKS! The black manual all analysts carry with them is full of talking points, notes, and scripts learned from training class. Ask to look through it and just see what kind of response you get.

If you are a prospective client, ask for a resume from the Analyst immediately upon him/her entering your business. It will not happen 99% of the time. If you could get your hands on a resume, you'd probably find a lack of a college education. Or, you may find that the individual standing before you is an English major with a biology minor but had one hell of a sales career before George S. May. More than half of their Ã¢â‚¬Å"AnalystsÃ¢â‚¬Â have never seen a balance sheet or an income statement before

training class. Most have absolutely no clue how to run a business either.

Nevertheless, scripting starts by the Ã¢â‚¬Å"AnalystÃ¢â‚¬Â at the initial interview with the Ã¢â‚¬Å"decision makersÃ¢â‚¬Â of your firm (usually first thing in morning). The most important and obvious question asked in this meeting will be your Ã¢â‚¬Å"cash positionÃ¢â‚¬Â from your balance sheet. From there, information from your financials will be obtained and transferred electronically via their laptop to the Ã¢â‚¬Å"SENEXÃ¢â‚¬Â who is wringing his hands in Chicago. And that's when the calls to the Ã¢â‚¬Å"Management CouncilÃ¢â‚¬Â start.

By the way, it's not a Ã¢â‚¬Å"CouncilÃ¢â‚¬Â at all. It's one guy behind a desk in Chicago waiting to find out what your financial position looks like so he can calculate how many Ã¢â‚¬Å"man hoursÃ¢â‚¬Â you can afford to spend right away.

Again, everything is scripted too during the Ã¢â‚¬Å"SurveyÃ¢â‚¬Â. Demand that ALL calls by the Analyst to the Ã¢â‚¬Å"Management CouncilÃ¢â‚¬Â be made via speaker phone and see what response you get once again. I'll give the Analyst 5 minutes before he is standing outside the back door of your business calling his SENEX with a cell phone and sweating profusely. It's through the privacy of a hand-held phone line that the Ã¢â‚¬Å"SENEXÃ¢â‚¬Â instructs the Analyst on what to say, how to act, what inflections to use, and most importantly, how to demean you (the business owner) in the first call. Don't fall for this theatrical event!

As a business owner, you need to be VERY concerned about how an inexperienced Ã¢â‚¬Å"AnalystÃ¢â‚¬Â conducts his interviews with your various managerial staff too. Questions can easily lead to mistrust and paranoia by your staff. Moreover, the Ã¢â‚¬Å"SurveyÃ¢â‚¬Â an Analyst will conduct is totally formatted, prestructured, and generic. It will do more harm to your operations than good.

The survey Ã¢â‚¬Å"questionnaireÃ¢â‚¬Â is basically a psychological tool to warp the mind of the owner(s) of the business. It is used to highlight everything wrong with ANY business across the board in most industries. It's generic and fill-in-the-blank. Most of all, it's an Ã¢â‚¬Å"oralÃ¢â‚¬Â report. Ask to make copies of his Ã¢â‚¬Å"SurveyÃ¢â‚¬Â results and, again, see what kind of response you get.

One section of the Ã¢â‚¬Å"SurveyÃ¢â‚¬Â asks for written responses from each employee. Imagine what disgruntled employees will say about Ã¢â‚¬Å"the bossÃ¢â‚¬Â on paper if they are told it's an Ã¢â‚¬Å"anonymousÃ¢â‚¬Â questionnaire. The Analyst's job is to read the responses to the owner(s) and beat you down with them. It can be an eye opening and very embarrassing experience for you. The damage is done however. Your employees will now become empowered and structure can disintegrate within a day. Believe me; I've seen owner's loose control of their employees while the Ã¢â‚¬Å"AnalystÃ¢â‚¬Â is still on the premises. Just remember, EVERYTHING the Ã¢â‚¬Å"AnalystÃ¢â‚¬Â performs in your business is either a show or a grand script. Watch how many times they check and/or ask questions about inventory sitting in your warehouse. They've been instructed to constantly Ã¢â‚¬Å"look busyÃ¢â‚¬Â while in your business and your warehouse is the best place for this Ã¢â‚¬Å"busyÃ¢â‚¬Â activity.

By the way, they are also instructed to expose and then exploit the problems associated with your business. EVERYTHING that you offer as problems within your business will be used against you later in the nth degree. Denigration is the name of the game. They want to make you feel inadequate as hell as an owner and operator. It's a farce so beware.

As a side note to prospective employees: you will be placed in the field by yourself the very next day after training is over. Think you'd be ready? Try again! It's mental torture. Their concept is to keep you moving constantly. They say 5 days a week but it eventually becomes 6; mark my word. They will promise that an Ã¢â‚¬Å"Ã¢â‚¬ contract (top of the pay scale) is within your grasp but it's a carrot. 95% of all Analysts hired will never see it happen.

Also, the other benefits they sell to prospective employees, i.e. insurance, profit sharing, etc., are worthless. Why? You won't last long enough for these extras to kick in; trust me. Again, most people leave within the 90 day probationary period so don't be pulled in by the benefits! Additionally, you will be forced to use your personal credit cards for non-reimbursable charges for room, board, and rental cars. After three weeks of service, if you make it that long, they soon start gradually holding back commissions and a token per diem to string your service along. The hotels are sub par; especially in the rural areas of the US. And since it's you paying for them, eventually, you will succumb to being frugal and will rationalize sleeping in places that would have made you vomit a month before you knew anything about George S. May. Worst of all, you are forced to do things that are dishonest, reprehensible, embarrassing, deceitful, devious, misguided, deceptive, self denigrating, destructive, and defrauding. People without a conscious do very well with this company!

As a George S. May employee, however, the good thing is they hardly ever fire anyone. There's no need, people leave on their own on a daily basis within this company. Besides, they do not take a chance on exposing themselves to lawsuits consisting of discrimination, harassment, and unemployment considerations. Once you quit, their risk of liability ceases. Moreover, if you don't perform well, they just stop assigning you to jobs. And most employees with May are paid via commissions. Thus, eventually, you'll have to leave (resign) for lack of pay. Please be careful people, they pray on those that have recently lost their job for whatever reason, i.e. workforce reductions, layoffs, even failed self-employed individuals. A desperate out-of-work person is their workforce niche. If you are currently suffering from unemployment, please do yourself a favor, drop your interest in George S. May immediately and continue to seek work elsewhere. And if you are currently employed looking for advancement, George S. May is not a stepping stone. In fact, having George S. May on your resume as a past employer can be more detrimentally debilitating than helpful. Potential employers in most industries see it as a reflection of desperation and a character flaw (unless of course you want to peruse a career in telemarketing or used car sales). Be careful with your choices of opportunities, please!

You will become a puppet on a string to the SENEX on the other end of the line and will loose faith in yourself and your dignity will be demolished. Those that care about themselves, their reputations, and mental health will leave within a couple of weeks. Still feel like pursuing that George S. May interview?

Back to prospective clients: If you are sold by the Ã¢â‚¬Å"AnalystÃ¢â‚¬ and consider letting their Ã¢â‚¬Å"Management ConsultantsÃ¢â‚¬ in your business to Ã¢â‚¬Å"turn things aroundÃ¢â‚¬, God help you. Before you do however, be smart. Ask for every consultant's resume, especially the Ã¢â‚¬Å"Project Director'sÃ¢â‚¬. Again, you may succeed only to find out that more than one is inexperienced and lacking true credentials.

They will offer a 2 to 1 return on $$ spent and will Ã¢â‚¬Å"guaranteeÃ¢â‚¬ to increase your Ã¢â‚¬Å"fill-in-the-blank" (lets say, 'revenues') by Ã¢â‚¬Å"15%Ã¢â‚¬ while they are there preparing Ã¢â‚¬Å"marketingÃ¢â‚¬ strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000. You may eventually run out of money or become wise to the generic nature of the Ã¢â‚¬Å"strategy planÃ¢â‚¬ they are developing and ask them to stop. They'll say Ã¢â‚¬Å"we are not done; the 15% we previously discussed will not be realized because you are stopping us shortÃ¢â‚¬.

True, but how unethical. Think about it, $50,000 spent on a Ã¢‚¬Å"marketing strategyÃ¢‚¬Â that is half completed. You'd be better off stuffing Ã¢‚¬Å"SALEÃ¢‚¬Â fliers in mail boxes or putting them on windshields. The goal is to make you sign an agreement that allows you to Ã¢‚¬Å"stopÃ¢‚¬Â the consulting at the end of any day. George S. May will send as many people as they possibly can to charge as many Ã¢‚¬Å"man hoursÃ¢‚¬Â possible at a rate of almost a $200/hour. Beware; EVERYTHING they produce is canned, preformatted, fill-in-the-blank, and general in nature.

This stuff is worthless and they will charge you about $5,000 to $10,000 a day to produce and print it from their laptops. They'll ask a ton of questions and then fill in the answers from the prefabricated files in their computers. They have literally hundreds of business plans, policy manuals, job procedures, and accounting schemes that are in a generic menu to choose from. This list contains solutions to business problems on every known issue for all industries. All they do is input data and print the completed template. Also, most of these Ã¢‚¬Å"consultantsÃ¢‚¬Â have been bookkeepers in another career that failed for whatever reason too.

Lastly, if you are reading this and George S. May's consultants are currently in your business charging you a fortune per man hour and you feel you have been taken, DO NOT GIVE THEM A 100% SATISFACTION LETTER! IN FACT, DON'T SIGN A DAMN THING! They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless. Ask them nicely to leave once again and they will probably decline if a letter is not given to them. From that point, consider it trespassing and call law enforcement to escort them off the premises. Do not succumb to any promises given by these Ã¢‚¬Å"consultantsÃ¢‚¬Â and do not pay them again. Without a Ã¢‚¬Å"SatisfactionÃ¢‚¬Â letter, they have not a leg to stand on in a court of law. Even better, immediately file a report with the BBB and the Attorney General of your state. They will be quick to satisfy any complaints from these two entities as they are the first sources business owners will go to when researching George S. May. You may recoup funds already paid to them for Ã¢‚¬Å"services renderedÃ¢‚¬Â but it may be slow to come.

On a personal note, I recently had a close friend of mine allow George S. May into his business. He was sold on their services by a slick Ã¢‚¬Å"AnalystÃ¢‚¬Â and paid for Ã¢‚¬Å"Management ConsultantsÃ¢‚¬Â over a six day period. He spent over $50,000 and has gotten nothing operationally tangible as a result. Unfortunately, I didn't hear of this until it was too late and the Ã¢‚¬Å"consultantsÃ¢‚¬Â are now gone and off to the next unsuspecting business owner. He is holding worthless pre-formatted manuals and has been taken for a very expensive ride. Not to mention, I was also defrauded by the company as an employee too. I've recently left, on good terms I might add, and finally gained my self confidence and self esteem back though it has taken many months. That is why I've taken the time to write this report. If I can make just one prospective client or employee stop to reconsider George S. May and what they really represent, then my words have succeeded and my conscious is clearer because of it. Good look to all of you and heed the advice given to you in this report.

Please let me know if I've helped and post your comments below...

Andrea - El Paso, Texas
U.S.A.

# Rebuttal Consumer Comment

Submitted: 7/27/2004 3:14:50 PM
Modified: 12/12/2006 3:29:06 PM

## Michael we're getting quite a list of names

Michael, since the time that I have posted my letter on Rip-off Report, I have been contacted by several Ex-clients just like yourself. They have paid an outragous amount of money and was left with a binder or 2 full of documents that are of no value to them or their business. All the businesses that I have have spoke with have the same problems as us.

Cash flow, employee, working capital problems etc. Like you said, you didn't need GSMIC to tell you this. In fact Michael, they are not even good salesman. In our opinion, at first they are unsuspecting, good hard working people that GSMIC has hired to do their dirty work. And when they finally figure this out they quit, and it doesn't take very long.

You have to remember if these are new employees of the company they are also victims. I have also spoken with several ex-employees that are left with very high phone bills and charges on ther credit cards that they cannot get paid for. But if they have been there awhile and know that what they are doing is not going to help these buisnesses and that it's all a bunch of lies and deception then they become excellent con men.

They will also make it sound like it's a life or death situation if you don't get them in your buisness right now. They pressure you to make a quick decision, they don't want to give you time to think about it or research anything. I wonder why? That's also why they have you wire the money to them, they know that when you figure out what you just bought is of no value you will stop payment.

In our opinion, they have had 78 years to perfect the way that their contract is written so that every loop hole is covered if you are not satisfied. Alot of these ex-clients put the blame on themselves for making a stupid business decision but in our opinion we feel that it is time that GSMIC takes responsibility for preying on buisnesses that are reaching out for help, but in turn are victumized by this preditor company.

There is not a reputable company on this planet that I know of that offer a service or a product that they do not warranty or refund if the customer is not satisfied. The only option you have with GSM is to let them back into your buisness. Well what if you have no confidence in them or there abilities?

What if you know for a fact that there program they sell you will not work for your company? In our opinion a refund is in order. I would love the opportunity to speak with you. Please visit the complaint station for my contact information.

Jolene - Ogden, Utah
U.S.A.

## Rebuttal REBUTTAL employee

Submitted: 8/17/2004 6:54:11 PM
Modified: 12/12/2006 3:29:06 PM

## This information did not originate from me

**To whom it Concerns:**

It has come to my attention that someone with access to my email accounts as well as personal information about me has posted comments on this website. This information did not originate from me nor does it represent in any shape, form or fashion my opinion of the George S. May International Company.

I am a Consultant with George S. May International Company and most vehemently deny the comments posted on this website. I am proud to work for and with the people of George S. May International Company and believe that the company provides services of the highest caliber to its clients. I know this to be true because I have been personally involved in more than 50 successful client engagements and I know the level of commitment both the company and the vast majority of its employees have to providing the highest client service possible.

Thank You,

Staff Executive
George S. May International Company

Shawn - Atlanta, Georgia
U.S.A.

---

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

[x] Banner 468x60

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Feel free to send us suggestions and comments to our editorial staff.