IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| -vs- ) ) | Case Number:  04 C 6018 |
| XCENTRIC VENTURES, LLC, ) RIP-OFF REPORT.COM ) BADBUSINESSBUREAU.COM, ) ED MAGEDSON, VARIOUS ) JOHN DOES, JANE DOES AND ) ABC COMPANIES, ) ) | Judge Charles R. Norgle  Magistrate Judge Michael T. Mason |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   James K. Borcia, Esq.
       David O. Yuen, Esq.
       Tressler, Soderstrom, Maloney & Priess
       233 South Wacker Drive, 22nd Floor
       Chicago, IL  60606-6308

   **PLEASE TAKE NOTICE** that on December 22, 2006, at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, or any judge sitting in his place or stead in Room 2341 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION TO HOLD DEFENDANTS IN CONTEMPT,** a copy of which is attached and hereby served upon you.

Dated:  December 20, 2006            **GEORGE S. MAY INTERNATIONAL COMPANY**

                                     By: s/Bart A. Lazar
                                         One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
131 South Dearborn, Suite 2400
Chicago, IL  60603
(312) 460-5000

CH1 11146168.1