# EXHIBIT D

..by consumers, for consumers

**RIP-OFF Report™.COM**

*a service of* badbusinessbureau.com

Don't let them get away with it.™
Make sure they make the Rip-off Report™

Home | File | Search | Register | Login

Submitted: 7/18/2003 5:40:55 PM
Modified: 8/3/2004 11:58:47 PM

Category:
Corrupt Companies

**This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting. Rip-off Report intends to appeal the preliminary injunction by the district court that we believe violates the Federal Communications Decency Act *UPDATE Employee ..inside information ..George S. May International Company-The real scam**

**George S. May International**
Address:
991 W. Hedding Street
San Jose California
U.S.A.
Phone:
408-244-0233
Fax: -

This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting. Rip-off Report intends to appeal the preliminary injunction by the district court that we believe violates the Federal Communications Decency Act

Company Search

If you would like to see more Rip-off Reports™ on George S. May International, please use the search box below

George S. May International

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

[Search]

Click here to go to our *advanced search* page.

**Rebuttal** UPDATE Employee ..inside information
Submitted: 10/16/2003 3:56:55 PM
Modified: 12/12/2006 4:15:02 PM

## George S. May International Company-The real scam

It is important for all past, current and future George S. May International Company clients to understand that 100% of the management consultants employed do not have any certification. This translates into the high likelyhood that you have or will be paying for unproven advice.

If you ask for documents proving the statements given to you by the consultants and/or project director, they will not be provided. This is due to the fact that you have been lied to, and the consultants do not have background in your industry.

In addition, please be advised that all statements relating to your problems may not be true, and are designed to have you continue paying for the consulting.

Do not waste you money with the GSMIC, the advise may do more harm than good. Be sure to insist on seeing documents, and keep a copy.

John - Las Vegas, Nevada
U.S.A.

**Rebuttal** Consumer Suggestion
Submitted: 10/18/2003 8:59:38 AM
Modified: 12/12/2006 4:15:02 PM

## GSMIC and IPA - IBA are almost the same

Search IPA-IBA in 'Ripoff Report' to find more information on GSMIC (George S. May International Company)

Both companies may have the same standard operations, and this may be helpful to current and/or future clients.

Chuck - Park Ridge, Illinois
U.S.A.

**Rebuttal** UPDATE EX-employee responds
Submitted: 5/6/2004 7:49:29 AM
Modified: 12/12/2006 4:15:02 PM

## Dig and search Rip-Off Report for more, Why, because of variations of the company name.

Diane you are not alone. This is what happens to most of George S. May International Company Clients. Here is a real problem people are not getting this vital information when they search the net for the good the bad and the ugly.

Even on Rip-Off Report you need to dig to get all the reports. Why because of variations of the company name.

Example, search this site and see how many reports you find for the following varriations.

George S. May International Company
George S May International Company
George S. May International
George S May International
George S. May
George S May
GSMIC

Now try the same thing on the big search sites you will find the information is burried under the help wanted ads and the George S. May International Meta Tag pages.

BUYER BEWARE! GSMIC is a 78 year old SCAM!

Chet - Los Angeles, California
U.S.A.

**Rebuttal** Consumer Comment
Submitted: 8/3/2004 6:27:17 PM
Modified: 12/12/2006 4:15:02 PM

# We must stick together

Diane Chattaroy, Washington
There are so many of us that has had a similar experience. I would really like to talk to you. Please find my contact information on Ripoffreport, arter my letter. I look forward to hearing from you.

Jolene - Ogden,, Utah
U.S.A.

---

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

[ x ] Banner 468x60

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Feel free to send us suggestions and comments to our editorial staff.

Copyright © 2002 A Service of badbusinessbureau.com



Submitted: 8/18/2004 10:03:23 PM
Modified: 8/22/2004 11:10:37 PM

Category: Corrupt Companies

# This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting. Rip-off Report intends to appeal the preliminary injunction by the district court that we believe violates the Federal Communications Decency Act *Consumer Suggestion ..Why not let the Directors know?

## George S. May International Company - Better Business Bureau, BBB

Address:
303 S. Northwest Highway
Park Ridge Illinois  60068
U.S.A.
Phone:
847-825 8806
Fax: -

This space previously contained a complaint about the business practices of George S. May. Rip-off Report intends to appeal the preliminary injunction by the district court that we believe violates the Federal Communications Decency Act

STOP!..before you think about using the Better Business Bureau (BBB)... CLICK HERE to see how other consumers were victimized by the BBB's false or misleading information. Don't be fooled! It has been reported, when there are thousands of complaints and other investigations underway by authorities, the BBB has no choice but to finally give an UNsatisfactory rating to a BBB member business that is paying the BBB big membership fees every year. When a business is reported that is NOT a BBB member, BBB files WILL more likely show an UNsatisfactory rating, then reportedly shake down that company to become a

member of the BBB. One positive thing about the BBB is, either way, if a business has an unsatisfactory rating with the BBB, you can be sure, the business is bad. But what about all those BBB member businesses that had complaints filed against them? Consumers never get to hear about them. What about the BBB advertising to the public? Is this a false and misleading perception they are giving about Ã¢â‚¬Å"consumer confidenceÃ¢â‚¬Â when dealing with a business? Click here to understand more of what consumers and business alike are saying about the BBB. You decide. ..Remember. The BBB membership is not earned, it's paid for!

**Company Search**

If you would like to see more Rip-off Reports™ on George S. May International Company - Better Business Bureau, BBB, please use the search box below

George S. May International Company - Better Busin [Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

**Rebuttal** Consumer Suggestion
Submitted: 8/22/2004 7:17:18 AM
Modified: 12/12/2006 4:09:12 PM

## Why not let the Directors know?

This company has gotten a black eye. All the input I have seen is true. Does the board of Directors know what is really going on? Are Raymond Margolies and Donald Fletcher being candid with the board? Its time to ask the board members the question, suggesting they all look at all these complaints. Any responsible board would look at this large number of complaints and demand accountability. Or do they only care about money? Time to begin asking these questions and demanding answers? When will Ogden Sub-Zero receive its refund? When will all the double-billed travel be refunded? When will the abuse stop?

William - Westmout, Quebec
Canada

**REBUTTAL BOX**
MY COMPANY HAS BEEN REPORTED!
HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

[x] Banner 468x60

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Feel free to send us suggestions and comments to our editorial staff.

Copyright © 2002 A Service of badbusinessbureau.com