**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY**, ) ) ) | |
| Plaintiff, ) ) | |
| -vs- ) ) | Case Number: 04 C 6018 |
| **XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES,** ) ) ) ) ) ) ) | Judge Charles R. Norgle  Magistrate Judge Michael T. Mason |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  James K. Borcia, Esq.              Maria Crimi Speth
      David O. Yuen, Esq.                Jaburg & Wilk, P.C.
      Tressler, Soderstrom, Maloney & Priess   Great American Tower
      233 South Wacker Drive, 22nd Floor   3200 North Central Avenue, Suite 2000
      Chicago, IL 60606-6308              Phoenix, AZ 85012

     **PLEASE TAKE NOTICE** that on December 22, 2006, at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, or any judge sitting in his place or stead in Room 2341 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present this **Motion for an Enlargement of Time to Complete Discovery,** a copy of which is attached and hereby served upon you.

Dated:  December 20, 2006            **GEORGE S. MAY INTERNATIONAL COMPANY**


                                              By: s/Rachel M. Kindstrand
                                                   One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL  60603
(312) 346-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2006, I electronically filed **the Notice of Motion for an Enlargement of Time to Complete Discovery** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

> James K. Borcia
> David O. Yuen
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois  60606-6308
>
> Maria Crimi Speth
> Jaburg & Wilk, P.C.
> Great American Tower
> 3200 North Central Avenue, Suite 2000
> Phoenix, AZ 85012

s/ Rachel M. Kindstrand