UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Judge Norgle ) ) Magistrate Judge Mason ) ) |
| Defendants. | ) |

**DEFENDANTS' PARTIAL OBJECTION TO
MAGISTRATE JUDGE'S DECEMBER 14, 2006 REPORT AND RECOMMENDATION**

Defendants, XCENTRIC VENTURES, LLC and EDWARD MAGEDSON, by and through their attorneys, respectfully object to Magistrate Judge Mason's Report and Recommendation submitted on December 14, 2006 to the extent that the Report assumes that Defendants were in violation of the Temporary Restraining Order ("TRO"). The Report states that but for the Defendants' "violation" of the TRO, the parties and the Court would not have been forced to "waste time and money addressing the contempt sanctions and issues." Defendants continue to assert that they were not in contempt and that the Court's order in that regard was in error.

XCENTRIC VENTURES, LLC and
EDWARD MAGEDSON


By: /s/ James K. Borcia
    One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue
Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed a **Defendants' Partial Objection to Magistrate Judge's December 14, 2006 Report and Recommendation** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Bart A. Lazar
>Rachel M. Kindstrand
>Seyfarth Shaw LLP
>131 South Dearborn Street, Suite 2400
>Chicago, IL 60603

>XCENTRIC VENTURES, LLC and ED MAGEDSON

>By: _____/s/ James K. Borcia_____
>     One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess, LLP |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6399 |
| | (312) 627-4000 |

303056