## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed a **Defendants' Partial Objection to Magistrate Judge's December 14, 2006 Report and Recommendation** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

      Bart A. Lazar
      Rachel M. Kindstrand
      Seyfarth Shaw LLP
      131 South Dearborn Street, Suite 2400
      Chicago, IL 60603

            XCENTRIC VENTURES, LLC and ED MAGEDSON

            By:_____/s/ James K. Borcia_____
                        One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess, LLP |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6399 |
| | (312) 627-4000 |

303056