JKB/cic/398027                                                                              5634-2-51

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

## NOTICE OF FILING

TO:     Bart A. Lazar, Esq.
        Rachel M. Kindstrand, Esq.
        SEYFARTH SHAW LLP
        131 South Dearborn Street, Suite 4200
        Chicago, IL 60603

   PLEASE TAKE NOTICE that on the 22nd day of December, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' PARTIAL OBJECTION TO MAGISTRATE JUDGE'S DECEMBER 14, 2006 REPORT AND RECOMMENDATION**, copies of which are attached hereto and hereby served upon you.

                                    XCENTRIC VENTURES, LLC and ED MAGEDSON

                                    By:_____/s/ James K. Borcia_____
                                              One of Their Attorneys

Maria Crimi Speth, Esq.                 James K. Borcia
JABURG & WILK PC                        David O. Yuen
3200 North Central Avenue, Suite 2000   TRESSLER, SODERSTROM, MALONEY
Phoenix, AZ 85012                          & PRIESS, LLP
(602) 248-1000                          233 South Wacker Drive, 22nd Floor
                                        Chicago, IL 60606-6308
                                        (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed **DEFENDANTS' PARTIAL OBJECTION TO MAGISTRATE JUDGE'S DECEMBER 14, 2006 REPORT AND RECOMMENDATION** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Bart A. Lazar
>Rachel M. Kindstrand
>Seyfarth Shaw LLP
>131 South Dearborn Street, Suite 2400
>Chicago, IL 60603

XCENTRIC VENTURES, LLC and ED MAGEDSON

By:     /s/ James K. Borcia
            One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq.<br>JABURG & WILK PC<br>3200 North Central Avenue, Suite 2000<br>Phoenix, AZ 85012<br>(602) 248-1000 | James K. Borcia<br>David O. Yuen<br>Tressler, Soderstrom, Maloney & Priess, LLP<br>233 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606-6399<br>(312) 627-4000 |

398027