UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Case No. 04 C 6018 |
| ) XCENTRIC VENTURES, LLC, RIP-OFF ) REPORT.COM, BADBUSINESSBUREAU.COM, ) ED MAGEDSON, VARIOUS JOHN DOES, JANE ) DOES AND ABC COMPANIES, ) ) | Honorable Judge Norgle<br><br>Magistrate Judge Mason |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants XCENTRIC VENTURES LLC ("Xcentric"), and Edward Magedson ("Magedson"; collectively "Defendants"), pursuant to Fed. R. Civ. P. 56(b) respectfully move this Honorable Court for an order granting Summary Judgment in their favor and against Plaintiff GEORGE S. MAY INTERNATIONAL COMPANY ("Plaintiff") as to Plaintiff's Second, Third, and Fourth Causes of Action in this case on the basis that there are no material facts in dispute and Defendants are entitled to judgment as a matter of law. This motion is supported by the Defendants' accompanying Memorandum of Law and Separate Statement of Facts.

Dockets.Justia.com

                          XCENTRIC VENTURES, LLC and EDWARD MAGEDSON

                          By:    /s/ James K. Borcia
                                   One of Their Attorneys

James K. Borcia
David O. Yuen
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000