## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed **Defendants' Motion**

**for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send

notification of such filings(s) to the following:

Bart A. Lazar
Rachel M. Kindstrand
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, IL 60603

XCENTRIC VENTURES, LLC and ED MAGEDSON

By:_____/s/ James K. Borcia_____
One of Their Attorneys

Maria Crimi Speth, Esq.                    James K. Borcia
JABURG & WILK PC                           David O. Yuen
3200 North Central Avenue, Suite 2000      Tressler, Soderstrom, Maloney & Priess, LLP
Phoenix, AZ 85012                          233 South Wacker Drive, 22nd Floor
(602) 248-1000                             Chicago, IL 60606-6399
                                           (312) 627-4000

#303006

Dockets.Justia.com