JKB/cic/398028                                                                                    5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

### NOTICE OF MOTION

TO:   Bart A. Lazar, Esq.
      Rachel M. Kindstrand, Esq.
      SEYFARTH SHAW LLP
      131 South Dearborn Street, Suite 4200
      Chicago, IL 60603

   PLEASE TAKE NOTICE that on the **29th day of December, 2006 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2346 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Defendants' Motion for Summary Judgment,** a copy of which is attached hereto and hereby served upon you.

                        XCENTRIC VENTURES, LLC, and ED MAGEDSON


                        By:_____/s/ James K. Borcia_____
                              One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | TRESSLER, SODERSTROM, MALONEY |
| Phoenix, AZ 85012 | & PRIESS, LLP |
| (602) 248-1000 | 233 South Wacker Drive, 22nd Floor |
| | Chicago, IL 60606-6308 |
| | (312) 627-4000 |