JKB/cic/303059                                                                                                        5634-2-51

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

## NOTICE OF FILING

TO:    Bart A. Lazar, Esq.
       Rachel M. Kindstrand, Esq.
       SEYFARTH SHAW LLP
       131 South Dearborn Street, Suite 4200
       Chicago, IL 60603

PLEASE TAKE NOTICE that on the 22nd day of December, 2006 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant's Motion for Summary Judgment, Separate Statement of Facts in Support Of Defendants' Motion for Summary Judgment, and Defendants' Memorandum of Law in Support Of Defendants' Motion for Summary Judgment**, copies of which are attached hereto and hereby served upon you.

                                          XCENTRIC VENTURES, LLC and ED MAGEDSON

                                          By:_____/s/ James K. Borcia_____
                                                One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | TRESSLER, SODERSTROM, MALONEY |
| Phoenix, AZ 85012 | & PRIESS, LLP |
| (602) 248-1000 | 233 South Wacker Drive, 22nd Floor |
| | Chicago, IL 60606-6308 |
| | (312) 627-4000 |