## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed **Defendants' Notice of Filing of Defendant's Motion for Summary Judgment, Separate Statement of Facts in Support Of Defendants' Motion for Summary Judgment, and Defendants' Memorandum of Law in Support Of Defendants' Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>   Bart A. Lazar
>   Rachel M. Kindstrand
>   Seyfarth Shaw LLP
>   131 South Dearborn Street, Suite 2400
>   Chicago, IL 60603

XCENTRIC VENTURES, LLC and ED MAGEDSON

By: /s/ James K. Borcia<br>One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess, LLP |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6399 |
| | (312) 627-4000 |

303059