| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006 I electronically filed **Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Bart A. Lazar
>Rachel M. Kindstrand
>Seyfarth Shaw LLP
>131 South Dearborn Street, Suite 2400
>Chicago, IL 60603

>XCENTRIC VENTURES, LLC and ED MAGEDSON

>By:_____/s/ James K. Borcia_____
>         One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | Tressler, Soderstrom, Maloney & Priess, LLP |
| Phoenix, AZ 85012 | 233 South Wacker Drive, 22nd Floor |
| (602) 248-1000 | Chicago, IL 60606-6399 |
| | (312) 627-4000 |

#303054