## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed a **Defendants' Separate Statement of Facts in Support of Their Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Bart A. Lazar
>Rachel M. Kindstrand
>Seyfarth Shaw LLP
>131 South Dearborn Street, Suite 2400
>Chicago, IL 60603

>XCENTRIC VENTURES, LLC and ED MAGEDSON

>By: /s/ James K. Borcia
>One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

#303007

4