# EXHIBIT 1

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 04 C 6018 |
| XCENTRIC VENTURES, LLC, RIPOFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) ) ) ) ) | Honorable Judge Norgle |
| Defendants. | ) | |

## DECLARATION OF EDWARD MAGEDSON
## IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

EDWARD MAGEDSON being duly sworn upon his oath hereby deposes and says:

1.     My name is Edward Magedson. I am a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court I could and would truthfully testify to the following information based upon my own personal knowledge.

2.     I am the founder and managing member of Defendant XCENTRIC VENTURES, L.L.C., ("Xcentric") which is based in Tempe, Arizona. Xcentric operates a website known as "The Rip-Off Report" which is located at **www.ripoffreport.com** and **www.badbusinessbureau.com** (collectively, the "ROR Site").

3.     The website is a free resource available to the public as well as government officials, law enforcement, attorneys general, and so forth. This website has been in operation since 1998 and we currently receive millions of hits every week. Since its inception, the site has accumulated almost 8.5 billion page views (meaning pages viewed by a user during a visit to the site).

4.     As of December 13, 2006, the ROR Sites contain almost 220,000 individual reports. Including "rebuttals" (responses to a report), the site contains more than one million unique entries, and we receive approximately 500–800 new reports/rebuttals every day.

5.     When a user wants to post a new report, they must first sign up for an account with Rip-Off Report. This process is absolutely free, and we ask the user to provide truthful and accurate information, but it is possible for individuals to sign up for an account using forged or fraudulent names, phone numbers, etc. Given the enormous volume of traffic to the website, like any other popular site with such a high level of traffic, other than a valid email address which is required to obtain an account, we cannot and do not verify the authenticity of the personal information provided by each user.

6.     Any time a user wishes to write a report or rebuttal, they must sign in with their username and password and submit their report using an online form. When they do so, our server logs the personal account information provided by the user (which is only as accurate as the information originally provided by the user). The server also logs the internet protocol or "IP" address of the user which is a unique number comprised of four sets of one to three digits each called "octets". When any person logs onto the Internet, their computer is automatically assigned a unique IP address by their Internet Service Provider ("ISP") which identifies that computer. While it is possible for a user to provide forged or fake personal information such as a name, it is very difficult, though not impossible for the author, to forge an IP address.

7.     When the user is done writing their report, they click a button to post their story to the ROR Sites. There is no charge for submitting a report. As part of the process of submitting their report, the user creates a title or heading for the report. Once this is done, the story is held until it can be briefly reviewed by Xcentric's staff of editors before it is posted online for other users to view. When a report is reviewed, it is only to confirm that the report does not contain blatantly illegal, inappropriate, or offensive material (i.e., images of pornography, social security numbers, credit card numbers, or other inappropriate material including links). Any report that contains such material may be deleted or redacted at the discretion of Xcentric staff. Otherwise,

2

reports posted by users of the ROR Sites are not checked for accuracy. As a matter of policy, Xcentric staff does not add to, or rewrite, any of the reports posted by users.

8.    Since the beginning of 1993, only the following people, and no one else, have had administrative access to the reports and rebuttals (meaning the ability to make edits to the reports): Me, Amy Thompson, G. Young, Heather Norton, Kim Jordan, Jackie Wynne, Kim Smith, Lynda Craven, Mary Jo Baker, C. S. Bowen, Paulette Craven, and Ben Smith.

9.    Among the 220,000 reports on the ROR Sites, several reports have been written regarding the Plaintiff in this matter, the GEORGE S. MAY INTERNATIONAL COMPANY ("GSM"). In general, the reports regarding GSM have stated that GSM employs high-pressure sales tactics in order to induce its customers (usually unsophisticated small business owners) into paying huge fees to GSM for "consulting services" which GSM represents will increase the sales and profits of the business owners. These reports generally suggest that the services provided by GSM did not deliver the promised results.

10.    Attached hereto as **Exhibit A** are all of the reports regarding GSM which were previously located on the ROR Sites which I am informed that GSM has alleged to be defamatory or otherwise objectionable.[1] Some of the initial reports are followed by "rebuttals" which are comments/responses to the reports left by other users.

11.    I did not author any of these reports or rebuttals, I did not add content about George S. May to any of these reports or rebuttals, and I did not author or modify any of the titles to the reports.

12.    I have discussed these reports with my staff of editors and based on those discussions and my own personal knowledge, none of these reports and/or rebuttals were authored or posted by any of Xcentric's editorial staff. It would be a clear violation of Xcentric's rules for any agent of Xcentric to author or post a report or rebuttal, or to add any content to any report or any report title, without my express permission. All of these reports and/or rebuttals

---

[1] As noted in the reports themselves, some of these reports were subsequently redacted/removed pursuant to the preliminary injunction order issued by this Court.

10297-1/DSG/DSG/526742_v1

were written by independent third-party users of the ROR Sites. All persons who have had administrative access since the beginning of 1993 have agreed to supply an affidavit which confirms that they did not author or add any content to any of these statements.

13.     Based on these reports, I searched our business records and obtained administrator versions or "admin versions" of each report showing the contact and IP address information logged by our servers at the time each report was submitted. I understand that these admin version copies are attached as **Sub-exhibit B** to each of the **Exhibits 1–12** attached to the Declaration of Cheryl Contois submitted herewith.

14.     I have reviewed all of these reports and the admin versions including the personal contact information listed with each. Based on my review of these reports, I am absolutely certain that none of the individuals who authored these reports work for Xcentric nor have any of them ever worked for Xcentric. Insofar as I am aware, all of these individuals are simply users of the ROR Sites who have independently decided to post messages regarding GSM.

15.     I understand that GSM has claimed in this lawsuit that notwithstanding the federal Communications Decency Act, I should be held liable for the statements posted by users of the ROR Sites because I have directly "solicited" these reports. Although the ROR Site generally encourages people to write complaints when they have been victimized, we have <u>never</u> encouraged anyone to submit <u>false</u> complaints. In fact, before a user is allowed to submit any report or rebuttal to the ROR Sites, they are required to first agree to a statement that includes the representation that "<u>By posting this report/rebuttal, I attest this report is valid.</u>"

16.     If a user is not willing to agree to this statement, he/she is not permitted to submit a report under any circumstances. Also, on the very first page of the website I clearly explain that just because a company has been reported does not mean that it should be avoided:

> DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED
> Consumers, just because a company or individual is reported on Rip-off Report™ does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch for.

4

17.    In addition, the website clearly explains to its users the following policy:

Thank you for visiting our Rip-off Report web site. By viewing this site you agree that you will not hold the Rip-off Report, the bad Business Bureau, or any of their owners, employees or entities responsible for any information contained herein. The Rip-off Report is a non-substantiated source of information. The information provided in the Rip-off Report is the sole creation of consumers from the general public. Please verify any claims that are made in this site, and make your own decisions about any companies and individuals listed within. Warning! The content within may be offensive, due to the unedited nature.

18.    Based on these disclaimers, I feel that I have made it very clear to all users/viewers of the site that although Xcentric does not accept responsibility for the accuracy of content posted by third parties, we also do not allow or endorse anyone filing false complaints against anyone. It is my belief that the usefulness and credibility of the ROR Sites is directly dependent upon the users of the site posting true and accurate information, and for that reason I have adopted the above policies to encourage people to submit only true complaints.

19.    It is also important to note that companies who have been the subject of a Rip-Off Report are welcomed and encouraged to post a rebuttal explaining their side of the story if they believe the report is inaccurate in any way. The ROR Site charges nothing for this.

20.    As far as I am aware, GSMIC has never submitted any rebuttals to any of the reports at issue in this case, though I would encourage it to do so if it believed, and could establish, that any of the information contained on the site is inaccurate.

I swear the foregoing to be true and correct under penalty of perjury of the laws of the States of Arizona and of Illinois.

12-19-06

Edward Magedson

5

# Exhibit A

Rip-off Report.com - badbusinessbureau.com



by consumers, for consumers
*bad* businessbureau.com

**RIP-OFF Report.com**

Don't let them get away with it.
Make sure they make the Rip-off Report

Category:
Corrupt Companies

**George S. May - UNETHICAL TRADE SECRETS REVEALED! Park Ridge Illinois
*UPDATE EX-employee responds ..Its time to overcome the shame and stand
for the truth**

Company
**George S. May**

Address:
303 S. Northwest Hwy.
Park Ridge Illinois  60068
U.S.A.
Phone:
847-8258806
Fax: 847-8257937

Submitted: 8/2/2004
7:20:46 AM
Modified: 9/13/2004
10:58:58 PM

In order to further disseminate George S. May International Company's unethical, deceptive, and fraudulent business
practices, I am coming forward with this report to expose some of their general trade secrets. In doing so, one should
acknowledge almost immediately that this "consulting" agency is conducting business in a manner that is felonious
and illicit at its core. Because of the methods listed below, George S. May's conduct is worthy of a severe class action
lawsuit by ALL former clients that have been affected by their services.

First, instruction and training by George S. May International Company personnel (mainly by Ms. Gill, Bruce Unangst,
and Dave Barry) is conducted in a manner than encourages and fosters deception on the part of the employee. From

GSMIC 0001

Rip-off Report.com - badbusinessbureau.com

the first day, especially for those trainees in the "Executive Analyst" position, it is taught that you MUST be able to denigrate your client with cleverness and tact. Belittling the business owner is the first step to success in the George S. May handbook.

You are instructed on how to ask probing questions that expose the weaknesses of the organization being analyzed. Once weaknesses are "out on the table", they should be utilized as a tool of embarrassment with psychological consequences. It is an absolute priority to systematically and repeatedly make the owner(s) feel inadequate by reinforcing deficiencies in their management, personnel, and financial skills at every possible turn. These inadequacies must be regurgitated back to the business owner ad nauseam. By doing so, and after repetitious use of sarcasm and exaggerated theatrics in the form of "conditioning sessions", the owner gradually embraces the fact that only George S. May "consultants" can correct the existing problem(s).

"Conditioning" is a psychological process by which a George S. May analyst presents a business flaw to an owner in an overzealous and pontificating manner. George May employees are trained extensively in psychology and the art of theatrical performance to make a point. So much so, that analyst trainees are instructed to purchase reading glasses for use in the field not only make themselves look more studious but to also have a prop to throw on clients desks when making an exaggerated observation about an exposed business flaw. Moreover, trainees are also instructed when and how to abruptly open and shut their "manuals" (black note books) in disgust or contempt while having dialogue with the client. Knowing when and how to sigh while using various defensive body language postures are also taught to enhance psychological discomfort of the business owner. Actions such as these are done for theatrical effect in hopes that they will increase the business client's realization of their own "stupidity".

"Conditioning sessions" can be done on a one-on-one basis but are more effective when a call to the "Management Council" at the "analyst's" corporate headquarters is placed. It is taught that this act should occur frequently with the ultimate goal of denigrating the owner and his/her abilities. Believe it or not, these calls can even be staged.

If the "Management Council" (which is really one SENEX) is not available right away to take a call, George May trainers actually suggest picking up the phone receiver and talking to a dial tone or silence from a held call. How more deceptive can you get? Ms. Gill, Bruce Unangst, and Dave Barry (George S. May's top trainers) have instructed thousands of analysts over many years on how to properly "condition" unsuspecting clients in such a way.

It is unfathomable how an "Analyst" with George S. May is trained in unethical sales psychology first and then accounting and management principles later. Apparently, teaching such theatrical "conditioning" to every analyst that darkens their doorway has worked for years and seems to be a tremendous cash cow concept and technique for them.

The biggest and most prevalent form of theatrical acting comes when an "analyst" discloses the purpose of his/her

George S. May Institutional

You have probably read about us in the national magazines and newspapers. We are one of the largest management-consulting firms in the world, and have served over 460,000 clients. We have been in all types of industries from farming & mining to the production of automobiles. In fact, many of these companies continue to recall us for additional work as they experience growth.

We have been in business since 1925 and have two locations in Chicago, IL and Las Vegas, Nv. We are a international company and also have offices in Milon, Italy; Montreal, Canada; and Mexico City, Mexico.

We have 4 operating departments. First, Field Service, which serves as our sales department. They were the people here before me. Second, Survey Service, of which I am a member. We serve as a diagnostician. We identify the problem, the problem cause, the recommendations to correct decencies, the benefits of correction, and offer an estimate of what will be required to correct these problems. Third, is Management services. They serve as the corrective consultants to get done for your business what YOU want done and what WE find should be and can be done; plus your staff will indoctrinated in the proper use of the system and controls installed prior to their leaving the assignment. And finally is the Client Services, which serve our clients, you; by making sure that you receive the benefits from the project.

We differ from other consulting companies in that we not only prepare recommendations but our staff actually develops, designs, creates written manuals for future reference, and installs the corrective measures as well as teaching and training all those concerned in the proper usage. Most of all, we put the project in motion in a time frame that has been agreed to. Other companies will conduct a survey, charge a very high price, and leave you to your faults to correct yourself. Because of the concentration, time and experience required, very few companies can make these corrections effectively by themselves. We are professionally compared to a doctor; we diagnose, prescribe, and effect the cause.

We are not magicians. Nothing can be done in mirrors; rabbits cannot be pulled from hats. Our findings are STRICTLY and POSITIVELY factual based on your operations. In fact, we must present exact evidence of problem areas in your organization and a proposal of what we can do for you. Our report is oral, utilizing factual graphs and charts, and is presented in such a way that you can thoroughly understand our findings.

We charge a fee of $350 for a Preliminary Survey and this is done to keep curiosity seekers from obtaining a free

"analysis" of the business being studied as well as George S. May's mission statement. It is called their "institutional" and it must be learned verbatim before training is over. All analysts must be able to recite this misleading script word for word:

Rip-off Report.com - badbusinessbureau.com

analysis of their business. In fact, in costs us at least two to three times that amount to make this survey. That is our stock in trade, we are confident that you if you didn't feel as if your business had trouble or problem area, you would not have called us in to waste your time and ours.

We have no gadgets; no pre-made systems; and no machines to sell. What we offer is pure management consulting "know How" that is derived from intense research and our constant touch with our nation's businesses not to mention our outstanding success with over 460,000 of our clients. We have no set plans, no prepackaged products, and no patent remedies. We recognize that each business has it's own peculiarities and our tailored plans are based on scientific studies and individual conditions. The results of the installation of these plans must be positive and permanent.

Our Management Service organizational fee is based on a per man day man-hourly basis. This means that when there is one man on the job, it is $158.00 per man hour, and when there are two men on the job, it is $316 per hour. Our Management Service fees could be $40,000, $50,000 and even more. I don't think that your business will warrant such high fees, however, unlike other firms in our profession that insist on a fixed irrevocable fee, our services are offered on the basis of no contract whatsoever. We go to work for you on a daily basis and must produce results each day. If not, you have the privilege of terminating our services at the end of any day, at your option. The only factor that governs the length of our services is your own judgment of the results that you are progressively receiving and the value that you, yourself, place on these results. If you do not like the way our Management Service staff is progressing, you are free to send him/her home. We prove to you daily and weekly, that you are receiving a substantial return on your investment.

The purpose of the Preliminary Survey as outlined in the Survey Authorization is to determine the Area of weakness and strength, the improvements possible, and the net benefits to you not only in ease of operation, but in additional dollar profits and the number of hours it will take the Management Service staff to correct any problem. In other words, to determine whether we can be of help in reducing your costs, improving your operations, increasing your sales and increasing your profits.

We may come up with problems in your business which you already know about, and we shall be confirming them with you so you can take immediate corrective action. We may come up with faults you are not aware of, and we shall discuss these with you; or we may come up with faults in your business which are so small it would not warrant outside Management Service. If we cannot assure at least a two-to-one return for any investment in our service, we will make no recommendations for our service. We will tell you the problems, the causes, and what could be done to correct them. However, when we are finished with the Preliminary Survey and you concur with our analysis, we require a "yes" or "no" answer whether you want us to make the improvements in your business. The reason we ask for a decision at the conclusion of our Preliminary Survey is that we pre-schedule our staff.

When we first received your authorization for a Preliminary Survey, we didn't, and still don't know whether we would be able to accept this assignment for Management Services. At a given moment we may have three to five Staff Executives and Project Directors zeroed in for your business but neither you nor we can afford that much talent in your size business at one time.

I work with the management Council in Park Ridge, IL. The results of this Preliminary Survey are not mine alone, but the Management Council's and mine. The $350 Preliminary Survey fee is an organizational fee, just as the $158 per man hour is an organizational fee. As we go along, we reassign the type of Staff Executive who is not needed for your assignment in order to make certain we have the right man at the right time available to do the right job for you. Consequently, we are immediately prepared to accomplish what we say can and should be done for you, and when you concur with our analysis, we will expect the courtesy of an intelligent decision – "Yes" or "No". If it isn't right, it must be wrong. I'm sure you'll agree, correct? Pause

The length of the Preliminary Survey can be from less than one day to a few days depending on the various problems we uncover. We'll take only as long as necessary. You will be here all week, correct? (Get Answer. Must Stay at Least 3 Days.) I will need your attention and cooperation while I am here. Incidentally, this Preliminary Survey is extremely confidential.

Every member of our staff is bonded for $500,000 for your protection. If I am sent back into this locality next week, I am not permitted to divulge that I had been in here, nor that I know your Company or any of the people in it.

You'll probably see me on the phone calling our office. Do not be concerned about it because all such calls will be on a toll-free 800 number. We all work in close collaboration with our Man agent Council as they must approve findings, conclusions, and estimates. I would like you to be with me when I call the Council, in case they ask questions which only you can answer.

Incidentally, if we cannot find a minimum two-to-one return, that is, a minimum of two dollars returned for every one dollar invested in Management Service, then we will not consider your work as necessary for outside Management Service. This will indicate an effective operation. On the other hand, if we can save you at least $40,000 annually by your investing only $20,000, we think that is a pretty good investment. I'm sure you agree, right?

Part of our survey is a confidential rating and questionnaire that goes to each of our employees. This is similar to the questionnaires used by Gallop, Roper, and Fortune people, and it normally provides us with a true insight of what your employees really think of you and the company. You will be given every ounce of information we obtain from these questionnaires, but we will not, under any circumstances, give you the name of the individuals involved as this would not only be unethical, but it would violate our bond. Also, we prefer to deal with objectives and not with personalities.

Rip-off Report.com - badbusinessbureau.com

THE NOTICE – Also, Mr. X, will you have your typist type this notice on your letterhead with your signature and have it placed on your Bulletin Board/Time Clock Entranceway. This just tells your employees who we are and what we're doing so they will know our presence is with your concurrence and permission.

As you can see, it is quite dated and rambling to say the least. Most of all, it is misleading; especially when the "2:1" ratio section is acted out in front of the business owner. George S. May's intent is to promise this return but it will hardly ever be truly realized. Staff analysts at corporate headquarters in Chicago are instructed to manipulate any and all variables to show this return regardless of its accuracy. The majority of the time, their "2:1 proof" is tainted with erroneous errors that are not easily recognizable by the average business owner. All-in-all, George S. May's "institutional" is a preamble and map to separating the client from his/her money by the consultant team.

Second, as a trainee, you are instructed to make numerous calculations based on as many problems that are discovered during the survey process. George S. May's modus operandi is "show all problems in dollars lost in profit", even if the calculations are misleading and overstated. May's trainers will suggest that it doesn't matter if the calculations are correct as long as you present them with confidence. Surprisingly enough, and after seeing it first hand, this actually works.

Repetitious use of lost profit calculations are a mandate and used as frequently as possible, especially in conditioning sessions. In fact, it is taught that at least 5 to 10 such conditioning sessions with the client should be made within the first few hours of showing up to the premises. Owners should see and hear "lost dollars in profit" over and over again. The calculations themselves become almost secondary in nature and are hardly ever confirmed or checked by the clients and/or their staff in most cases.

The consummate George S. May "analyst" is instructed to keep a running total of these "lost" profit figures (calculated in whatever manner) then presenting the total in a desperate and exaggerated tone by the end of the first day. It is imperative that the owner feel as if he will never succeed in managing his business as efficiently as it could and should be operating. In some cases where the client is truly struggling, the owner is also made to feel that involuntary bankruptcy awaits him/her if George S. May does not step in to intervene in their "best interest".

Clients, at this point, become confused and frustrated at themselves. And to top it off, the analyst is instructed to pose a catastrophic question to the client at the end of the first day. For example: "Tonight, when you go home Mr. X (business owner), I want you to consider what condition your family would be in if you had to close the doors to your business... because that's the direction that I see you are heading." Consequently, the stage is set for the client to make poor decisions based on emotion. An owner's reasoning and logic are rendered useless from the desperation created by a well trained George S. May analyst.

What most owners do not realize is that the majorities of problems associated with any business are quite generic and

http://www.ripoffreport.com/view.asp?id=101697&view=printer

Rip-off Report.com - badbusinessbureau.com

are prevalent across the board. For instance, look at labor productivity (most SENEX's, especially Bruce Unangst, favorite item); almost all businesses with more then two employees suffer from lost labor productivity in some respect. George May "analysts" are taught to exploit this issue right away and with swift certainty. What is incredibly bizarre about this important variable is that it is often presented with an incorrect calculation (especially by newly recruited analysts).

In my tenure with George S. May, I saw (and presented) numerous erroneous calculations based on labor productivity that were given to me by the SENEX. Bruce Unangst. When confronting him with his errors on several occasions, I was told to "shut up and be a team player... just present the number!" Amazingly, not once was I ever challenged by the client. Why? As taught by our trainer, I presented it with "confidence" during conditioning sessions with the client.

Third, George S. May has an intricately designed survey that exploits every possible crack and flaw of ANY business. I've already discussed aspects associated with the "questionnaire" (see http://www.ripoffreport.com/reports/ripoff100195.htm for details). However, the survey is another form of psychological "conditioning" that persuades the client that the flaws associated with his/her business are way too abundant and menacing to tackle alone.

Every analyst is instructed by the SENEX to over exaggerate and overstate the severity of all flaws that pertain to the business and employees being studied. This is extremely unethical and the "Analyst" is given free reign to utilize everything at his/her disposal to get George S. May consultants in the door; a process called getting a "go ahead".

With this "no holds barred" approach, analysts unfortunately manipulate clients in ways that are beyond reproach. I've heard of George May "analysts" using such high pressure and denigrating tactics that police were called to escort them off the premises. George S. May implies during training, especially by Ms. Gill, that promises and half truths are fine as long as a "go ahead" is obtained. Unfortunately, deception, deceit, and lies are used more often than not when convincing a client to retain May's consulting services. I've seen first hand how clients sign consulting agreements under duress and it's not a pretty scene.

In addition, analysts are taught to pull in the owner's spouse and children during the final "survey" process when possible. This is done to capitalize on their input into what ultimately turns out to be an emotional response to signing the consulting agreement, again, under duress. Bringing them into the loop almost always assures that a "go ahead" is imminent.

Once the overstated and exaggerated problems of the business are disclosed to the family, whether they are active in the daily operations or not, it usually forces them to take the side of the analyst because they are sold on the fact that George S. May can turn the business around for the better of everyone involved. I've seen numerous business owners sign consulting contracts with George S. May while their spouse is crying from newly created fear of a floundering

http://www.ripoffreport.com/view.asp?id=101697&view=printer

business. As George May teaches its analysts, exposure is key to obtaining a "go ahead" and getting the owner's family involved is always the best technique.

Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact. "Larceny" is the unlawful taking of personal property with intent to deprive the rightful owner of it permanently. He is quick to gloss over the "unlawful" aspect of such an act, but as he says; "depriving a business owner of his cash-on-hand is vital to George S. May's operations".

Students are instructed to promise that a "special team" of consultants has been assembled and is currently waiting to come in and "fix" the problems; all lies. George S. May's "larceny", as taught by its representatives, is the life blood of the profitability of the business. How fresh recruits listen and rationalize this concept on a weekly basis and not question the lack of ethics therein is dumbfounding. By the time "larceny" is discussed, however, the recruits are into their training by 8 to 9 days and are already brainwashed by the other unethical traits of George May that have been forced upon them.

It's a sad state of affairs with George S. May currently. All it will take is one brave journalist to clandestinely infiltrate their training center as a new "analyst" in Chicago before these unethical trade secrets are scrutinized by the general public and government agencies. Actually, this would be a very easy thing to do at the moment as they are hiring anybody that can memorize and act. Unless they revamp the way they hire and teach new recruits or eliminate those George May employees expounding on such deceptive practices, this organization's days are numbered.

Again, I hope this report has helped those individuals that seek the true nature of George S. May's tactics.

Andrea
El Paso, Texas
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May, please use the search box below

George S. May

[Search]

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.

GSMIC 0008

Rip-off Report.com - badbusinessbureau.com

- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our advanced search page.

# Its time to overcome the shame and stand for the truth

## Rebuttal UPDATE EX-employee responds

Submitted: 8/4/2004 6:46:19 PM
Modified: 8/5/2004 12:35:43 AM

Having just recently completed the worst six months of my entire life's career as an Executive Analyst with the George S. May Company I finally feel empowered by the brave position Andrea has taken to join in with others in speaking out against this horrible company. I too lasted far longer than anyone in my class (six months) and can attest to the accuracy of all that has been posted. Rather than rehash the postings that this brave woman has placed here I wish to address one question that I have seen posted with great regularity; why don't more ex-employees come forward?

Let me give you some personal background before I dive into my response. I am probably the typical GSM recruit. I had a degree in business. I had succeeded in reaching the officer level in a fortune 500 company and I had "the look," the white shirt, dark suit, polished shoes, expensive watch and the graying temples that just screamed integrity and knowledge. Oh yeah...and I had been laid off from my $100,000 plus position due to downsizing, and for the first time in my life had been forced to really look for a job (incidentally, GSM is just one of the predators that are out there waiting to talk to displaced executives that happen to be over 40 years old and scared, just search for the Haldane Company on this same site).

After six months of sending out a couple of hundred resumes and getting very few calls of interest from anyone really reputable (see above reference to Haldane) or being told at interview after interview that I was too experienced or wouldn't be happy starting at such a great reduction in salary (truth be told I would have been happy just to work) the George S. May Company called me. The absolute relief at hearing that "one of the oldest and largest consulting firms in the world" was interested in me and was discussing a position where I could make, "as one of their top performers over $175,000." It got even better, my plane fares would be covered and I would receive a per diem to cover my travel expenses, and INSURANCE!!! I was directed, very carefully, to their website to investigate the position further and then set up with an appointment to meet their recruiter.

If you have actually applied to GSM or have been contacted by them in response to your resume being posted on Monster then you have undoubtedly received the same spiel...I know, because on occasion I was the person calling you up to set the appointment! That's right, even the recruiting call is scripted, and in such a way as to sound enticing without giving too much information. In retrospect I heard in your voices the same relief that I know I had in mine when I eagerly accepted the invitation to meet with the recruiter (the psychology that these guys use is truly frightening).

I watched the video on the website and realized that this was truly my calling; I was going to be helping small to mid-size business owners get back their dreams! I would be traveling to wonderful locations and meeting with people who have decided they needed the help of outside experts and since I would undoubtedly be one of the top producers I would be paid at the level that I was used to. What could possibly be the downside, right?

Evidently this initial scam works quite well amongst its target market; the desperate displaced executive. In my class we had M.B.A.s, lawyers, bankers, former business owners, Silicon Valley casualties and a couple of young, aggressive wanna-bees that fell for the pitch too. After the well documented training sessions with the lovely Diane Gill, we were sent out, one at a time/one to a taxi, to travel home before leaving for our first assignment the following week. I probably should have paid a bit more attention to the cab driver that took me to the airport because believe me, he knew more about the company, its turnover rate, and the probability of my failure than I ever did.

I honestly felt, initially, that I was doing good for the business owners that I was calling on. The reality of the small business owner is that very few of them have the business skills to effectively run (by business school standards) their own operations. I met people who had no idea how to read their Profit and Loss statements, didn't know their profit margins, had employees stealing them blind, truly were heading down the path to bankruptcy and had no one to turn to for help. I was the answer...I followed the script because I knew that, even if the methods seemed canned, the ultimate goal was to get these people the help they needed from the experts that would be following me. I was good...I could make them laugh or cry and I was getting closer to attaining that auto pilot attitude where I could mouth whatever "the council" wanted me to say except for one part; how would these people pay for the $40,000 in services that I was telling them they needed?

That's right, I could beat them into submission, get them to admit their faults, recognize that they had to call us in or face certain ruin. I just couldn't buy into the concept that we would take their last bit of cash flow to help them. I had Senexs tell me to get them on a certain credit card website to see if they could qualify for a new card to finance the services (at 18% annual interest). I was told to "roll up my sleeves" and call their overdue accounts to see if we could generate enough cash flow to "just get started." It was suggested that they call their families to see if there was a way to pool finances to get us in the door, to cover just one day (so that the next crew could have an opportunity to locate the money for the rest of the contract). Well, I couldn't do it...oh at first it made sense, after all I was saving their company, but after awhile I realized that if these people actually had the cash flow to finance our services they probably didn't need us and if they had no money how on earth were they going to pay us.

Rip-off Report.com - badbusinessbureau.com

I also began to question the quality of the "experts" from Management Services that followed me when I began to notice on my commission statements that very few of my jobs actually ran for the full term. Granted there were a couple that did, and a couple that ran over but by and large the vast majority ended very quickly. What was going on after I left? We were forbidden by the company from contacting our clients after we left their premises so I couldn't call to find out but I did have to do a couple of personal turnovers (where the Analyst turns over the account personally to the Management Services people at the business with the client present). I found out that these weren't the advanced specialists that we were led to believe...they were simply analysts that couldn't cut it in the field and for whatever reason stayed on with GSM for a while longer.

There job was just to print out the boilerplate notebook, eat up billable hours and stay on as long as the client could tolerate them. It sounds harsh I know, but in my mind the one justification for my actions was that I was bringing in experts.....yeah....right.

I got quite a few go aheads but because I was never able to make it to the elusive "x contract" the money was truly negligible. In the time I was there my commissions never went over $22,000. I did qualify for their insurance, which incidentally is very good...probably because no one ever gets to use it. I realized early on that what I was doing wasn't entirely right but I managed to convince myself that it wasn't entirely wrong either and the company psychology kicks in... the Senex informed me that I was being considered for a management trainee position!! That's right after just a few short months they saw in me the talent necessary to become a Senex! That would mean I wouldn't have to leave my family every Sunday night, I wouldn't have to stay in flea bag motels, I wouldn't have to drive till two or three in the morning to get to the small town where my unsuspecting victim's business was located. I just needed to play the game a little better, and get a little more ruthless at taking peoples money.

Wow, essentially if I gave up all semblance of integrity in just a short time I could be the idiot screaming at bewildered, former professionals reduced to being Executive Analysts! I actually got to shadow these people (Senexs) and believe me they are every bit as intimidated by their higher ups as an analyst is. The difference is that they know they are selling crap...and for that they can not be forgiven. I was almost willing to make this compact with the devil until a client brought the Rip-off Report to my attention (in a not so subtle way, I might add). I was astonished, this had never been discussed in training, and what made it even more disturbing was that everything I read rang true. The Senex I was working with just had the same, lame excuse cited by others, its just disgruntled ex-employees....even Disney has complaints on this website....don't worry about it, most people will never even read it.

Well I did, as often as I could, and the more I read the more ashamed I became of what I was doing. Here it was in black and white, the whole horrible "act," and not just for me to see but also my friends, my previous co-workers, and my family. Never had I been ashamed of what I did for employment until I joined the George S. May International Company. It has taken some time to admit to myself that I was duped by this ridiculous operation. It took many nights in many "fleabag" motels, many hours sitting bored out of my mind at airports awaiting my next assignment, many holidays

Rip-off Report.com - badbusinessbureau.com

and birthdays away from family, and many months of facing virtual financial ruin to realize just how badly I had been had. I can not say that I ever look forward to meeting any of my former clients again because I simply can't face them knowing the economic hardship I undoubtedly put them through.

In a sense this posting has been cathartic....if I can convince one person as to the validity of all that is posted here and persuade them not to work for or hire this company then I will feel that I have achieved something positive from my horrendous relationship with GSM.

The financial hardship I have suffered from the loss of real income can be overcome with time but the shame I have from this experience for the scam that I willingly, albeit unknowingly, participated in will be with me for a very long time. If I can be of any assistance to any prospective employee or client I shall be. Let me know how to get in touch with you and I will willingly assist you in any way I can.

Danny - Henderson, Nevada
U.S.A.

## Rebuttal Consumer Comment

**Another victim**

Submitted: 8/14/2004 12:42:11 PM
Modified: 8/14/2004 11:22:07 PM

Danny Henderson, I have just read your letter. I wanted to say, I'm sorry that you have had the misfortune, to have been hired by the GSMC, like many others I have spoke with.

I would like the opportunity to speak with you, so we can add you to the growing list of people that have been victims of this company. I want to also urge everyone that has been a victim of this company to come forward, tell your story. This company must take responsibility for what they have done to businesses and employees. Please contact me.

You will find my contact information at the end of my letter on Ripoffreport, [DELETED], looking forward to hearing from you.[Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]

Jolene - Ogden, Utah
U.S.A.

GSMC 0012

Rip-off Report.com - badbusinessbureau.com

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

## All of the Above is Sadly True

**Rebuttal** UPDATE EX-employee responds
Submitted: 9/13/2004 12:44:13 PM
Modified: 9/13/2004 10:58:58 PM

I am an ex-employee of the George S May International Company, and I have a few comments of my own I would like to add to the discussion. Please pardon the apparant randomness of my comments, but I am still a bit burned out from my experience with this company:

First of all...I wish that 60 Minutes would some how get the information - the correct information - and expose this company to the entire business world for all to see.

I, too, was an employee of "George", as those of us who have been employed for any length of time refer to the company. What I have read on this website is, with very few exceptions, true. George is like the old commercials for the Roach Motel - He checks in, but he doesn't check out. I would like to believe that I helped my clients to the best of my ability. While I was at each and every one, I gave and did my best to help. The sad part, though, is that no matter how much I was able to do, it just never seemed to be enough. I was also kept busy filling out forms and papers that were useless to the clients, but were integral parts of "covering George's backside. Project Directors are a joke - all they do is fill out more papers, waste hours and try to sell "expansions" or "MSP's" or "eLearning" - just to increase commission and decrease the client's bank account.

On more than one occasion, I observed Staff Executives, Senior Staff Executives and Project Directors sit around when the client was not there and play computer games, swap war stories and exchange files to create "the Golden Disk". I confess that I did all of the above as well, and not because I was coerced into it, but because I could and because it was easy to get away with.

Some other thoughts about what I have read here on George - yes, the staff only do get paid about $16.00 or so per hour out of the $168.00 per hour rate charged. I received a "salary" of $155.00 per week, in addition to my commissions. Here is what my commission rate as a Staff Executive was:

GSMIC 0013

Rip-off Report.com - badbusinessbureau.com

Once I completed 3 training courses (unpaid, on my own weekends, of couse), the percentages for each level changed to 9%,11%,13%,15% and 16%, respectively.

Those percentages are reset after each new job you go on, by the way. You do the math. It is virtually impossible to reach the higher level of compensation as a Staff Executive. During my 6 month tenure, my annual compensation was approx. $40,000 - a far cry from the $50K-$70K promised on the the recruitment interview. It was not for an unwillingness on my part to work, but I was "beached," which means I was left either at home or stuck on the road with no job to go to, and thus no commission to earn. I suspect it has something to do with the minimum wage laws, but I don't know and can't prove it, yet.

If you are stupid enough to take a Project Director spot (and, yes, I was stupid for about 2 weeks!), you get a generous salary of $180.00 per week in addition to the following commission structure:

0 - 24 hours No Commission!!!
25 - 28 hours 1% of total EE's Hours*
29 - 32 hours 2% of total EE's Hours*
33 - 36 hours 3% of total EE's Hours*
37 hours on up 4% of total EE's Hours*
* - Including all hours below 25 hours.

In addition, you get commissions on the total job hours as follows:

0 - 70 hours 1% of total
71 - 140 hours 2% of total
141 - 210 hours 3% of total
211 - 280 hours 4% of total
281 on up 5% of total

The only way you can make a living wage is to have at least 3 jobs running at a time. Problem is that that almost never happens, and it takes about a month or so to get to that point. You also get all of the "one-day" wonder jobs during your first 3-4 months, so it is, again, virtually impossible to make a living.

http://www.ripoffreport.com/view.asp?id=101697&view=printer

Rip-off Report.com - badbusinessbureau.com

So, potential employees and clients, this is where the money goes, as far as the lower levels are concerned. When you get up to Senior Executive (SENEX) levels, it gets even more convoluted. According to what I have been told, SENEX's get paid on the total number of "man day's", which means that when a SENEX sells 10 hours of your time to a client, and tells you to bill only 8, it's no skin off their nose! They get paid the same whether it's 10 or 8.

Potential employees, do yourselves a favor, and learn from my experience. If you thrive in the kind of environment I and the other ex-employees have described, then by all means join up. If you don't, then just keep on paging by their posting on monster.com

Potential clients - let the buyer beware! Do not let them into your business or you will not get them out before you lose a serious amount of cash. If you have them there now, tell them you want them out immediately, and then if they don't leave, call your local law enforcement and get them out. Do not let any other of their representative back in, do not accept any of their calls, and be afraid, be very afraid.

I have much more to say on this issue, and will do so at a later date. Caveat emptor!

G. Calvin - Tampa, Florida
U.S.A.

```
+-----------------------------------------------------------+
|                     REBUTTAL BOX                          |
|             MY COMPANY HAS BEEN REPORTED!                 |
|                  HOW DO I RESPOND?                        |
|                                                           |
|   Are you an owner, employee or ex-employee with either   |
|   negative or positive information about the company or   |
|   can you provide "insider information" on this company?   |
|   Do you have a consumer suggestion on how to resolve     |
|   this problem or how to avoid it in the future? ONLY     |
|   these types of responses will be added to the filed     |
|   report, and will be posted within 24 hours of receipt.  |
|   Make your voice heard. Let them know your side, too!     |
|                                                           |
|    CLICK HERE to Send us your rebuttal on this specific    |
|                    report only.                           |
|                          or                               |
|   ***If you are also a victim of the same company or      |
|   person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.       |
|         CLICK HERE to File your OWN Rip-Off Report.        |
+-----------------------------------------------------------+
```

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help.

http://www.ripoffreport.com/view.asp?id=101697&view=printer

GSMIC 0016

submit and search for reports.                    JavaScript form.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Rip-off Report.com - badbusinessbureau.com



...by consumers, for consumers

badbusinessbureau.com

**RIP-OFF Report.COM**

Home | Info | Files | Search | E-mail

Don't let them get away with it.
Make sure they make the Rip-off Report

Submitted: 8/2/2004
11:44:39 AM
Modified: 9/1/2004
3:41:22 PM

**Category:**
Corrupt Companies

# George S. May International Company - UNETHICAL TRADE SECRETS REVEALED! Rip-off! Park Ridge Illinois *Consumer Suggestion ..JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

## George S. May International Company

Address:
303 N. Southwest Hwy.
Park Ridge Illinois  60068
U.S.A.
Phone:
800-9993020
Fax: 847-8257937
Email: gsmicresponses@yahoo.com

In order to further disseminate George S. May International Company's unethical, deceptive, and fraudulent business practices, I am coming forward with this report to expose some of their general trade secrets. In doing so, one should acknowledge almost immediately that this "consulting" agency is conducting business in a manner that is felonious and illicit at its core. Because of the methods listed below, George S. May's conduct is worthy of a severe class action lawsuit by ALL former clients that have been affected by their services.

GSMIC 0017

Rip-off Report.com - badbusinessbureau.com

First, instruction and training by George S. May International Company personnel (mainly by Ms. Gill, Bruce Unangst, and Dave Barry) is conducted in a manner than encourages and fosters deception on the part of the employee. From the first day, especially for those trainees in the "Executive Analyst" position, it is taught that you MUST be able to denigrate your client with cleverness and tact.

Belittling the business owner is the first step to success in the George S. May handbook. You are instructed on how to ask probing questions that expose the weaknesses of the organization being analyzed. Once weaknesses are "out on the table", they should be utilized as a tool of embarrassment with psychological consequences. It is an absolute priority to systematically and repeatedly make the owner(s) feel inadequate by reinforcing deficiencies in their management, personnel, and financial skills at every possible turn. These inadequacies must be regurgitated back to the business owner ad nauseam. By doing so, and after repetitious use of sarcasm and exaggerated theatrics in the form of "conditioning sessions", the owner gradually embraces the fact that only George S. May "consultants" can correct the existing problem(s).

"Conditioning" is a psychological process by which a George S. May analyst presents a business flaw to an owner in an overzealous and pontificating manner. George May employees are trained extensively in psychology and the art of theatrical performance to make a point. So much so, that analyst trainees are instructed to purchase reading glasses for use in the field not only make themselves look more studious but to also have a prop to throw on clients' desks when making an exaggerated observation about an exposed business flaw.

Moreover, trainees are also instructed when and how to abruptly open and shut their "manuals" (black note books) in disgust or contempt while having dialogue with the client. Knowing when and how to sigh while using various defensive body language postures are also taught to enhance psychological discomfort of the business owner. Actions such as these are done for theatrical effect in hopes that they will increase the business client's realization of their own "stupidity".

"Conditioning sessions" can be done on a one-on-one basis but are more effective when a call to the "Management Council" at the "analyst's" corporate headquarters is placed. It is taught that this act should occur frequently with the ultimate goal of denigrating the owner and his/her abilities.

Believe it or not, these calls can even be staged. If the "Management Council" (which is really one SENEX) is not available right away to take a call, George May trainers actually suggest picking up the phone receiver and talking to a dial tone or silence from a held call. How more deceptive can you get? Ms. Gill, Bruce Unangst, and Dave Barry (George S. May's top trainers) have instructed thousands of analysts over many years on how to properly "condition" unsuspecting clients in such a way.

Rip-off Report.com - badbusinessbureau.com

Page 3 of 7

It is unfathomable how an "Analyst" with George S. May is trained in unethical sales psychology first and then accounting and management principles later. Apparently, teaching such theatrical "conditioning" to every analyst that darkens their doorway has worked for years and seems to be a tremendous cash cow concept and technique for them.

The biggest and most prevalent form of theatrical acting comes when an "analyst" discloses the purpose of his/her "analysis" of the business being studied as well as George S. May's mission statement. It is called their "institutional" and it must be learned verbatim before training is over. All analysts must be able to recite this misleading script word for word:

(((Because the following was copy written material, owned by George S May, Rip-off Report had to redact this material.)))

As you can see, it is quite dated and rambling to say the least. Most of all, it is misleading; especially when the "2:1" ratio section is acted out in front of the business owner. George S. May's intent is to promise this return but it will hardly ever be truly realized. Staff analysts at corporate headquarters in Chicago are instructed to manipulate any and all variables to show this return regardless of its accuracy. The majority of the time, their "2:1 proof" is tainted with erroneous errors that are not easily recognizable by the average business owner. All-in-all, George S. May's "institutional" is a preamble and map to separating the client from his/her money by the consultant team.

Second, as a trainee, you are instructed to make numerous calculations based on as many problems that are discovered during the survey process. George S. May's modus operandi is "show all problems in dollars lost in profit", even if the calculations are misleading and overstated. May's trainers will suggest that it doesn't matter if the calculations are correct as long as you present them with confidence. Surprisingly enough, and after seeing it first hand, this actually works. Repetitious use of lost profit calculations are a mandate and used as frequently as possible, especially in conditioning sessions.

In fact, it is taught that at least 5 to 10 such conditioning sessions with the client should be made within the first few hours of showing up to the premises. Owners should see and hear "lost dollars in profit" over and over again. The calculations themselves become almost secondary in nature and are hardly ever confirmed or checked by the clients and/or their staff in most cases. The consummate George S. May "analyst" is instructed to keep a running total of these "lost" profit figures (calculated in whatever manner) then presenting the total in a desperate and exaggerated tone by the end of the first day. It is imperative that the owner feel as if he will never succeed in managing his business as efficiently as it could and should be operating.

In some cases where the client is truly struggling, the owner is also made to feel that involuntary bankruptcy awaits him/her if George S. May does not step in to intervene in their "best interest". Clients, at this point, become confused

and frustrated at themselves. And to top it off, the analyst is instructed to pose a catastrophic question to the client at the end of the first day. For example: "Tonight, when you go home Mr. X (business owner), I want you to consider what condition your family would be in if you had to close the doors to your business... because that's the direction that I see you are heading." Consequently, the stage is set for the client to make poor decisions based on emotion. An owner's reasoning and logic are rendered useless from the desperation created by a well trained George S. May analyst.

What most owners do not realize is that the majorities of problems associated with any business are quite generic and are prevalent across the board. For instance, look at labor productivity (most SENEX's, especially Bruce Unangst, favorite item); almost all businesses with more than two employees suffer from lost labor productivity in some respect. George May "analysts" are taught to exploit this issue right away and with swift certainty. What is incredibly bizarre about this important variable is that it is often presented with an incorrect calculation (especially by newly recruited analysts).

In my tenure with George S. May, I saw (and presented) numerous erroneous calculations based on labor productivity that were given to me by the SENEX, Bruce Unangst. When confronting him with his errors on several occasions, I was told to "shut up and be a team player... just present the number" Amazingly, not once was I ever challenged by the client. Why? As taught by our trainer, I presented it with "confidence" during conditioning sessions with the client.

Third, George S. May has an intricately designed survey that exploits every possible crack and flaw of ANY business. I've already discussed aspects associated with the "questionnaire" (see http://www.ripoffreport.com/reports/ripoff100195.htm for details). However, the survey is another form of psychological "conditioning" that persuades the client that the flaws associated with his/her business are way too abundant and menacing to tackle alone. Every analyst is instructed by the SENEX to over exaggerate and overstate the severity of all flaws that pertain to the business and employees being studied.

This is extremely unethical and the "Analyst" is given free reign to utilize everything at his/her disposal to get George S. May consultants in the door; a process called getting a "go ahead". With this "no holds barred" approach, analysts unfortunately manipulate clients in ways that are beyond reproach. I've heard of George May "analysts" using such high pressure and denigrating tactics that police were called to escort them off the premises. George S. May implies during training, especially by Ms. Gill, that promises and half truths are fine as long as a "go ahead" is obtained. Unfortunately, deception, deceit, and lies are used more often than not when convincing a client to retain May's consulting services. I've seen first hand how clients sign consulting agreements under duress and it's not a pretty scene.

In addition, analysts are taught to pull in the owner's spouse and children during the final "survey" process when possible. This is done to capitalize on their input into what ultimately turns out to be an emotional response to signing

the consulting agreement, again, under duress. Bringing them into the loop almost always assures that a "go ahead" is imminent. Once the overstated and exaggerated problems of the business are disclosed to the family, whether they are active in the daily operations or not, it usually forces them to take the side of the analyst because they are sold on the fact that George S. May can turn the business around for the better of everyone involved. I've seen numerous business owners sign consulting contracts with George S. May while their spouse is crying from newly created fear of a floundering business. As George May teaches its analysts, exposure is key to obtaining a "go ahead" and getting the owner's family involved is always the best technique.

Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact. "Larceny" is defined as the unlawful taking of personal property with intent to deprive the rightful owner of it permanently. He is quick to gloss over the "unlawful" aspect of such an act, but as he says: "depriving a business owner of his cash-on-hand is vital to George S. May's operations". Students are instructed to promise that a "special team" of consultants has been assembled and is currently waiting to come in and "fix" the problems; all lies. George S. May's "larceny", as taught by its representatives, is the life blood of the profitability of the business. How fresh recruits listen and rationalize this concept on a weekly basis and not question the lack of ethics therein is dumbfounding. By the time "larceny" is discussed, however, the recruits are into their training by 8 to 9 days and are already brainwashed by the other unethical traits of George May that have been forced upon them.

It's a sad state of affairs with George S. May currently. All it will take is one brave journalist to clandestinely infiltrate their training center as a new "analyst" in Chicago before these unethical trade secrets are scrutinized by the general public and government agencies. Actually, this would be a very easy thing to do at the moment as they are hiring anybody that can memorize and act. Unless they revamp the way they hire and teach new recruits or eliminate those George May employees expounding on such deceptive practices, this organization's days are numbered.

Again, I hope this report has helped those individuals that seek the true nature of George S. May's tactics. If I can be of assistance, or if you have any comments, please email me at (address removed by ripoffreport.com).

Andrea
El Paso, Texas
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

Rip-off Report.com - badbusinessbureau.com

http://www.ripoffreport.com/view.asp?id=101732&view=printer

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below

George S. May International Company

[Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search page.*

## Rebuttal Consumer Suggestion

Submitted: 9/1/2004 12:03:00 PM
Modified: 9/1/2004 3:41:22 PM

## JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

After having read the numerous rip-off reports on the various consulting companies, I am compelled to offer you small business owners a solution to the problems you have in your business. After all that is the reason you said yes to the consulting companies in the first place.

My suggestion is just like the anti-drug campaign - JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

The problem is that you still have the problems in your business. I suggest that you ((REDACTED, SEE BELOW WHY!))and take a look around there.

You will discover why this company was created - as a positive response to all the negativity created by consulting companies!! We firmly believe that small business owners CAN fix many of the problems themselves with direction and ideas.

Rip-off Report.com - badbusinessbureau.com

So we created a method for each small business to Create Business Health on their own. We believe in you.

To your success,

Tom - New Orleans, Louisiana
U.S.A.

sorry. ....allowing you to give a competitors name would instigate others to just file against their competition, to only come back later to suggest their company... your comments on this policy are welcome! CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address or a competitors name from this Report.

## REBUTTAL BOX
## MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed to
submit and search for reports.

If you are having trouble submitting
via our JavaScript form such as Web
TV users, please use our Non-
JavaScript form.

Having trouble searching or filing a
report? It may be a browser problem.
See our FAQ for help

Technical questions can be
addressed to our webmaster.

Feel free to send us suggestions and
comments to our editorial staff.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Rip-off Report.com - badbusinessbureau.com



...by consumers, for consumers

badbusinessbureau.com

RIP-OFF Report.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File a | Search | E-mail

Submitted:
7/18/2003 5:40:55
PM
Modified: 8/3/2004
11:58:47 PM

Category:
Corrupt Companies

George S. May International deceptive company, false promises, raped &
pillaged us, ripoff They will find a way to take your money and leave you
feeling empty, robbed and wondering what just happened! San Jose California
*UPDATE Employee ..inside information ..George S. May International
Company-The real scam

Company
George S. May International
Address:
991 W. Hedding Street
San Jose California
U.S.A.
Phone:
408-244-0233
Fax: -

We were contacted by George S. May International Co. promising us that we would double our income or our money
back in 1/year! How could you lose with that guarantee! (What a JOKE).

George S. May International Co. quickly brought a team of (5) executives, so we thought to anaylze our business.

GSMIC 0024

Rip-off Report.com - badbusinessbureau.com

Page 2 of 5

Explained their plan and we soon asked 3 of them to leave as there was no way we could afford their fees! The next day we asked another 1 to leave. We were left with 1/executive for 3/weeks. We kept asking if all this was necessary they said yes! We continued to ask questions and soon we felt quite used and abused.

They fully knew our situation especially our finances and that we could not afford their fees! They requested that a bank transfer account be set up so they would get their money 1st. We couldn't even make payroll, but they had to have their money! We finally said wrap it up and leave! They asked us to provide them with a letter, but would not accept the 1st letter we wrote explaining how expensive they were and how unhappy we were with their services! They instead had their own letter already made up and asked us to put our own words into it. We were very hesitant but went ahead and used their letter.

They left us in a financial struggle costing our company over $48,000.00. We never heard another word from them. A year went by, we wrote George S. May Company a letter requesting our full investment back, because we didn't double our income, infact our income went double backwards! We never received a call or response back from our letter. We began calling to see how we might get our refund back. No return calls, 3 more letters have been sent! You guessed it…. no response.

To date George S. May International Company continues to rape and pillage companies across the country. We hope our experience will help someone out there to think, think, think! Don't let the George S. May International Team come anywhere close to you or your business. As,they will find a way to take your money and leave you feeling empty, robbed and wondering what just happened!

Diane
Chattaroy, Washington
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International, please use the search box below

George S. May International     [Search]

In order to assure the best results in your search:

* *Keep the name short & simple, and try different variations of the name.*
* *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
* *Use only the first/main part of a name to get best results.*
* *Only search one name at a time if Company has many AKA's.*

GSMIC 0025

Rip-off Report.com - badbusinessbureau.com

Click here to go to our advanced search page.

## Rebuttal UPDATE Employee ..inside information

Submitted: 10/16/2003 3:56:55 PM
Modified: 10/16/2003 6:50:13 PM

## George S. May International Company-The real scam

It is important for all past, current and future George S. May International Company clients to understand that 100% of the management consultants employeed do not have any certification. This translates into the high likelyhood that you have or will be paying for unproven advice.

If you ask for documents proving the statements given to you by the consultants and/or project director, they will not be provided. This is due to the fact that you have been lied to, and the consultants do not have background in your industry.

In addition, please be advised that all statements relating to your problems may not be true, and are designed to have you continue paying for the consulting.

Do not waste you money with the GSMIC, the advise may do more harm than good. Be sure to insist on seeing documents, and keep a copy.

John - Las Vegas, Nevada
U.S.A.

## Rebuttal Consumer Suggestion

Submitted: 10/18/2003 8:59:38 AM
Modified: 10/18/2003 7:26:32 PM

## GSMIC and IPA - IBA are almost the same

Search IPA-IBA in 'Ripoff Report' to find more information on GSMIC (George S. May International Company)

http://www.ripoffreport.com/view.asp?id=6408 1&view=printer

Both companies may have the same standard operations, and this may be helpful to current and/or future clients.

Chuck - Park Ridge, Illinois
U.S.A.

## Rebuttal UPDATE EX-employee responds

Submitted: 5/6/2004 7:49:29 AM
Modified: 5/7/2004 1:07:48 AM

## Dig and search Rip-Off Report for more, Why, because of variations of the company name.

Diane you are not alone. This is what happens to most of George S. May International Company Clients. Here is a real problem people are not getting this vital information when they search the net for the good the bad and the ugly.

Even on Rip-Off Report you need to dig to get all the reports. Why because of variations of the company name.

Example, search this site and see how many reports you find for the following variations.

George S. May International Company
George S May International Company
George S. May International
George S May International
George S. May
George S May
GSMIC

Now try the same thing on the big search sites you will find the information is burried under the help wanted ads and the George S. May International Meta Tag pages.

BUYER BEWARE! GSMIC is a 78 year old SCAM!

Chet - Los Angeles, California
U.S.A.

GSMIC 0027

Rip-off Report.com - badbusinessbureau.com

# Rebuttal Consumer Comment

Submitted: 8/3/2004 6:27:17 PM
Modified: 8/3/2004 11:58:47 PM

## We must stick together

Diane Chattaroy, Washington
There are so many of us that has had a similar experiance. I would really like to talk to you.
Please find my contact information on Ripoffreport, arter my letter. I look forward to hearing from you.

Jolene - Ogden,, Utah
U.S.A.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/view.asp?id=64081&view=printer

GSMIC 0028

Rip-off Report.com · badbusinessbureau.com



Don't let them get away with it.
Make sure they make the Rip-off Report

Home | profile | Search | E-mail

Submitted:
6/17/2004 7:13:48
PM
Modified: 9/24/2004
8:44:49 PM

Category:
Employers

George S. May ripoff "The Prostitute of the Consulting Business" A complete, total, incredibly horrible, lying, decietful company Park Ridge Illinois *UPDATE EX-employee responds ..George S. May International nails another one, THANK you to RIP OFF REPORT!

Company
George S. May Company

Address:
303 N. Southwest Hwy
Park Ridge Illinois
U.S.A.
Phone:
800-999-3020
Fax: -

Two words: Stay away. This company is a complete joke. I was interviewed on a Friday by a "Executive Analyst" (I use that title very loosely), who told me how great I was, how special I could be in this job, what a selling job. I was then put on the phone with some person at the headquarters, who told me to call him back on Monday to confirm if I wanted the job. It all sounded great, so I called him back on Monday to accept. Bad move.

GSMIC 0029

I had to quit my job with 1 week notice, and start with them in a week in Park Ridge. I went to a training class in Illinois, where they sugar coated the whole situation. They avoided the hard questions, told us how we'll save the lives of these people, and feel so good about it. Nothing could be farther from the truth.

When I went out, I was verbally abused by my "Senior Executive" (Once again, a clown disguising as this position), and told to "Go do my job." "What you have to deal with is sales reps, going in before you and lying to get the sale, and then you have to deal with that and an abusive supervisor. The clients were totally confused, wanted to get rid of me, I wanted to leave, but was forced to sit there and push push push this "saving plan" to them. I managed to get one person out of four to sign up, and feel terribly guilty about it now. I was out for a total of 2 weeks, and at the end of the 2 weeks, I'd had it. I was out tons of money, wasn't eating or sleeping right, and gave up.

Please please avoid them at all costs. That includes potential clients. I've talked to business owners in my hometown who refer to them as "The Prostitute of the Consulting Business", and that is being kind to them.

Disgusted
Somewhere, Michigan
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on George S. May Company, please use the search box below

George S. May Company                    [ Search ]

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp.", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

**Rebuttal** UPDATE EX-employee responds

Submitted: 6/19/2004 9:01:09 AM
Modified: 6/19/2004 11:09:01 PM

GSMIC 0030

Rip-off Report.com - badbusinessbureau.com

# George S. May International nails another one, THANK you to RIP OFF REPORT!

George S. May International Company still made money on you. That one account you signed was worth at least $24,700.00 gross to them. It cost YOU big time to sign them up.

But lets look at it from the company side.
Hotel room for your training $200 (they have a cheapo rate for the volume they do at the hotel)
Your advance $1,500 with admin costs they will pay you only 6% of the collected first round they will sue for the rest and get all costs covered in court but your not commissioned on that.

Lets say 6 flights at $300.00 = $1,800.00
Training cost $200.00
Hiring cost $200.00

On and the "consultants and Project director and your yelling senex" pay for the job you sold.
Lets give them a full 20% for the 150 hours you sold okay? $4,950

Now lets review you sold a 150 hour job @ $165.00 per hour = $24,700.00 less total costs of:
$4,950.00 commissions admin and costs on job.
$ 600.00 recruitment / training costs
$1,800.00 your flights
$1,500.00 your advance they will reduce to 6%
Gives a grand take of $15,850.00 in pure profit!

Now lets say they had a full training class of 24 sales reps (whoops your not to say your in sales) shall we? If they ALL had the same results as you did, they have a total profit on just your class of $380,400.00

But keep in mind out of the 24 people in your class some will get 4 or 5 sales before they wake up. Lets say your class in total nails a low rate of 50% in the first two weeks (they stay for tree most of the time so 50% on two weeks is fair). 24 reps X two bites of the apple is 48 canned pitches a week at 2 weeks 96 canned sales pitches @ 50% close rate is... drum roll please OH my 48 sales now lets say they are all low ball 150 hour jobs shall we? 48 X $15,850 = $760,800.00 PURE PROFIT! Not to mention they double and triple dip on expenses and they do not pay full commissions on every job so the take could be a cool million on just your class.

GSMIC 0031

Now you see why they have 150 sales classes a year (combining all locations) Poof you have a 100M + company. Now look at hoovers and read the reported sales of this company and you will notice the numbers are just about right. ;)

Oh by the way they are running new ads that tout they have won the BBB marketplace ETHICS award. LOL. Forgive me if I am not correct but don't you pay to join the BBB?

This is Chet saying THANK you to RIP OFF REPORT!

Chet - Los Angeles, California
U.S.A.

# Rebuttal REBUTTAL employee

Submitted: 9/23/2004 4:52:19 PM
Modified: 9/23/2004 10:40:55 PM

## One of those "lying sales reps" responds to Disgusted, Somewhere in Michigan

It sounds as though you imagine you (or employees in your position) are the only one(s) being used/deceived/hurt by this company. What you're obviously failing to understand is that every employee, at every level, (until you get somewhere way up into the upper levels of management) is being scammed in the same way....only the names and job titles change!

I'm one of the "lying sales reps" you referred to in your tirade, and if you think you've had it bad, buddy, take it from someone at the very bottom of this company's food chain, our job makes yours look good!

We get recruited in the same way you do, told we're the greatest thing since sliced bread, and sent off to Park Ridge for a week of training. We hear the same stories about how wonderful the company is and how the service it provides saves the lives of businesses every day. We hear about the fantastic money we'll be making (at two sales/week, I projected I'd be pulling down $96,000+ annually). And then we get turned loose to discover reality.

Reality is that most companies I've called on have heard horror stories about us (or better yet, experienced them first hand). Of the few who haven't, if the wife says yes, the husband vetoes it, or vice versa. Or the other business partner, or the Board of Directors, or whoever. When you finally, after working like a donkey and driving miles after pointless miles, get a survey authorization signed, one of three things usually happens: 1) The customer cancels before the

survey date, 2) The analyst arrives and is so overbearing, obnoxious, and abusive that the customer shows them the door, and I get no credit (or commission) for the survey, or 3) the analyst declares the company to be BMS...again, no commission.

After reading many of the entries on this web site, I now understand why the analysts acted the way they did, and I no longer blame them for their bizarre-seeming behavior and sales techniques. I can't speak for every sales rep out there, but I, for one, have never lied to a prospect or client in order to get a sale. We, too, have a memorized script which we are supposed to follow word for word, and we tell the customer only what we have been instructed to tell them during our training.

Have you ever spoken with a George S. May sales rep? I doubt it, because company policy, as laid forth in our Policy and Procedures Manual, clearly states that Field Service reps are never, under any circumstances, to have any contact with Survey Service or Management Services personnel. We don't see the big picture, and we don't realize what a scam of us know what's going on in those other departments. Also, as long as we're blaming our failure to make money on the lies or lousy we've been conned into being part of. Also, as long as we're blaming our failure to make money on the lies or lousy personalities of the people in other departments, we don't look at the real source of our difficulties....the company itself and its rotten, corrupt, unethical methods and practices.

I was hired in March of 2004. Eighteen of the reps in my training class had quit after about two weeks. One guy lasted till a couple months ago. And then there's me, obviously not the sharpest tool in the shed, but definitely not a liar! I've put 24,000 miles on my personal vehicle, burned out a set of brake pads and a set of tires, and actually gotten paid commission for only about 8 sales.

The really pathetic thing about it is, I was in advertising sales, the top salesperson in my company, when I was diagnosed with breast cancer three years ago. I spent a year battling it, surgery, chemo, radiation, and finally came out the other end, ready to resume my life, but....my company didn't want me back; I had caused their insurance rates to go up. They terminated me while I was undergoing chemo, and didn't want me back even after my treatment was complete. So, I spent a really rough time looking for work. I'm a single mom with a fourteen year old son, and my being out of a job was not a good thing in our lives, especially with all the bills my cancer treatment had piled up!

When I interviewed and was hired by George S. May, I thought my life had finally turned a corner and was on an upswing! Ha!

Anyway, wish you luck in all your future endeavors, and just wanted to let you know, it's the company that's evil, not the other employee/victims. I'm just glad a prospect I called on, who signed a survey authorization but then discovered this web site and cancelled before the survey could take place, was kind enough to let me know about the site. I feel kinda stupid for not catching on sooner, but I sure appreciate this site, and won't be wasting any more gas, time, or

Rip-off Report.com - badbusinessbureau.com

energy on GSMIC! Thanks!

Diane - Manistee, Michigan
U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 9/24/2004 2:45:02 PM
Modified: 9/24/2004 8:44:49 PM

## I feel your pain! Thank You, Rip-off Report!

Rip-Off report is really helping open the eyes of many people in America. Please do not get down I bet your still the same great sales person you were before now just wiser and cancer free in more ways then one!

Join the crusade to help at least ONE client of GSMIC get her money back, Jolene Marker from Ogden Subzero. She to was taken for a big ride in fact a $50,000.00 GSMIC ride. It would be FANTASTIC to report that Uncle George did right by at least one client whose life they put through hell.

We all hope you have a LONG happy HEALTHY life. In fact after George I landed a job selling medical devices to remove tumors. GO figure, if only the GSMIC tumor could be removed from the American business body. How much better everyone would be.
This is...

Chet - Was In Los Angeles Now In Provo, Utah
U.S.A.

Ripoff Reports filed and they said thank you to badbusinessbureau.com

---

### REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these

---

GSMIC 0034

http://www.ripoffreport.com/view.asp?id=95344&view=printer

types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Technical questions can be addressed to our webmaster.

Feel free to send us suggestions and comments to our editorial staff.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Rip-off Report.com - badbusinessbureau.com

...by consumers, for consumers

# RIP-OFF Report.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | E-mail

**Submitted:**
1/13/2003 4:08:34
PM
**Modified:** 6/4/2004
11:48:05 PM

Category:
Corrupt Companies

**George S. May International Rip-off Dishonest misleading & one of the worst companies to work for Park Ridge Illinois \*UPDATE EX-employee responds ..The company treats their employees very poorly, perhaps due to the more than 100% turnover rate.**

## George S. May International Co.

Address:
303 S. Northwest Highway
Park Ridge Illinois 60605
U.S.A.
Phone:
847-825-8806
Fax: 847-825-7937

I was hired to work as a "Business Analyst" for a company I knew very little about. Most of my experience has been in sales and marketing and I knew very little about business analisis, but I was pleased to learn after my interview with the "Senior Executive Analyst", or as they call themselves "SENEX", that they were interested in having me join their team.

Immidiately I was asked to start the Business Analyst training in their headquarters trainging facility in Park Ridge, IL. I attended this 2 week very intense training program along with 9 other Analysts-to-be who had come from different parts of the country. I was quite impressed to see that most of my peers were high-caliber executives. The trainer, who happened to be an older woman in her 60's did a wonderful job painting this picture of perfection about the company and convinced most of us that this was the opportunity of a lifetime. I could tell than when we asked certain questions sometimes she would be evasive and would try to avoid answering.

For starters they made us memorize word by word this 5 or 6 page sales speech which they call "the institutional". They always called us Mister whatever our lastnames were and encouraged us to call them back in the same manner. This seemed rather formal and fake to most of us. Anyway. Right after the training was over, they sent us all to our first assignment in different parts of the country.

The assignments took place as far as Canada and Mexico. Our main function as an Executive Analyst was to go into a business do a general analisis of their finances, operations, sales & marketing strategies, productivity, etc...and then give the business owners an assessment of our findings. But our real work was to sell them consulting services that could range from $5,000 to 50,000; 70,000 or more!

I didn't think there was anything wrong with this since most businesses could use some help anyway and I thought we would sell them a project they could actually use and benefit from. I started having reservations when I started to experience a treatment I had never experienced in a job before. Since I was traveling all the time from place to place, I expected that they were going to book the hotels for me and at least tell me two or three days in advance where I was going to, but instead I would finish an assignment one day in the afternoon, they'd ask me to go to the closest airport and sometimes I'd wait there for hours without knowing where I was going next.

I would always leave for my assignments on Sunday evenings and sometimes I would fly to the closest airport to my destination and arrive at 12:00, 1:00 or 2:00am, rent a car and drive another hour or even 2 get to my hotel at 3:00 or 4:00am and then I'd have to be at my appointment at 7:00 or 8:00am.

This showed me they just had no consideration for their employees at all and they almost treated us as if they wanted us to quit after a short while. The worst came when I started seeing their tactics. I didn't feel that they cared for the business owners at all. Their only concern was to sell as many hours of consulting as possible. In many cases I'd find the business owners were not in the position to spend several thousand dollars for a project!

Part of their "modus operandum" is to have their analysts calltheir "SENEXS" infront of the business owner and then have this very pessimistic conversation about the situation of the business. Many times they would tell me what to say and they'd expect me to repeat word by word whatever they said, infront of the business owner. Afterwards when I was on my own they would try to explain to me that all of this is done just to help the client make a quick and smart

decision.

During the training they made a big point in convencing us that we were not salesman but analysts. Truth was that this was an extremely high-pressure sales job full of lies and deception. I'm sure that some of the projects their consultants deliver are of much use for some business owners, but I also know that in many cases they try to sell more hours of consulting than are actually needed. I know their tecnics are not very honest and they don't always deliver what they promise.

My career with George S. May International was very brief and I would never in a million years incourage anyone to work for them or do business with them. By the way, all the people who did the training with me are gone and went to better things.

Me
Chicago, Illinois
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International Co., please use the search box below

George S. May International Co.

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

[Search]

*Click here to go to our advanced search page.*

## Rebuttal UPDATE EX-employee responds

Submitted: 6/13/2003 5:33:45 AM
Modified: 6/13/2003 10:36:08 PM

# The company treats their employees very poorly, perhaps due to the more than

Rip-off Report.com - badbusinessbureau.com

## 100% turnover rate.

I have to agree with the author. George S. May seems to use some very questionable business practices. One tip-off for an employee, of course you only realize this after you have joined and then quit the organization, is that they advertise the job almost every week in the local paper as well as online.

The company treats their employees very poorly, perhaps due to the more than 100% turnover rate. They prey upon decent and well-qualified professionals who need a job due to lay-off or some other unforeseen problem. Two people dropped out of my training class before the end of training; others within a few days after training. It wasn't the travel, or the per-diem that did not cover your costs, or the despicable treatment by the company: it was the unethical business practices.

The so called analyst employees are expected to pose as actual analysts, which becomes apparent after you go to your first job. The "phoney phone calls" take place in front of the owner when your "council" (actually some irritable old coot, although there are a number of them who have graduated to the position) on the other end of the phone tells you what to say to scare the owner into buying the service. That's right, you are expected to parrot his words as if you are actually saying them from your own thoughts. The only goal is to sell the consulting service; the actual analysis is only relevant to this end as a tone of negativity. The entire analysis is skewed to be negative, it doesn't mater if the company needs the service; although they need to be able to pay for it. The least costly service I was aware of cost about $30,000. The company must be very profitable because the cost of the turnover and travel is very high. Of course, there is no salary involved, just commission.

It may be worth the free trip to Chicago, however, all the plane tickets are one-way. Of course, you will need to buy a laptop computer and portable printer for training and use in the field, which should more than negate the value of the plane ride.

Robert - Chicago, Illinois
U.S.A.

___

## Rebuttal UPDATE EX-employee responds

Submitted: 7/20/2003 11:45:38 PM
Modified: 7/21/2003 12:29:26 AM

## Another report from a recent ex-employee

http://www.ripoffreport.com/view.asp?id=4129 0&view=printer

Rip-off Report.com • badbusinessbureau.com

After quitting the George S. May Company after less than two weeks, here is the letter I sent to the President of the Company, Mr. Israel Kushnir. I think it is balanced and respectful, but is also very clear about the liabilities of the Company's business practices.

QUOTE

Mr. Israel Kushnir
George S. May International Company
303 S. Northwest Hwy.
Park Ridge, IL 60068-9717

Dear Sir:

Thank you for the opportunity to submit an Exit Interview. I think that more usable information can be offered to you in letter format than with a form. I trust this is acceptable to you.

My primary reason for resigning was that I found all of five clients unqualified for a Preliminary Survey, in the sense that there was any reasonable chance that a "go-ahead" could be achieved. Two clients had effectively zero bank balances, considerable borrowing, and a struggle to meet weekly payroll. One client abruptly ended the survey in the middle of a mandatory scripted institutional, claiming he had been misled by Sales. One client refused to begin the survey claiming he had mis-calendarized the appointment (not true) and was unprepared. The final resurvey client had no idea why we were there, could not see the benefit to either himself or ourselves, was very confident in his own abilities to manage the business, and had no access to his own financial statements and little time to spend with us.

On a 100% basis, I do not think that it was unfair to conclude that GSMIC and its Field Service process showed dubious capability to reliably deliver qualified clients for Survey Services to work with.

My second reason for resigning was based on the GSMIC methodology. Judging from my training class, I appear to be a normal Survey Services new hire, with a slight bit more relevant skills and experience. I came to you, and I expect everyone came to you, with the intent of leveraging our considerable skills, knowledge, creativity and client partnering skills into your Company and client base. Instead, we were given a 4-1/2 page Institutional to memorize, and scripts to cover the two other most pivotal events in the survey, the Opening Call and the Preliminary Findings meeting. In addition, the content, process and sequence of the entire Survey was defined in detail and not to be varied.

Mr. Kushnir, I ask you: What other credible management consulting company would place its highly qualified and expert people in front of Senior Leaders and Owners of client firms, with scripts and forms? What image do you think this conveys to these Senior Leaders? How credible is GSMIC perceived as, when their "experts" read their words off of papers?

http://www.ripoffreport.com/view.asp?id=12908&view=printer

GSMIC 0040

My third and final reason for resigning has to do with the process of interacting with Senex/Council. First, it is grossly undertaught in Training class, and this exacerbates the issues I will now define. The interactions, in my opinion, have four nearly fatal faults:

• First, the use of "code words" such as "calling OP/for Council/for Traffic", the creation of false dialogue between Analyst and "Council" to manipulate the appearance of the actual conversation, and an unusually tight control of what can and can't be shared. Do you truly believe that the client cannot see that this is happening? What do you think he thinks of it?

• The fact that Senex/Council, on calls with Client present, very frequently interrupts Analysts mid-sentence to give a question, comment or (most often) challenge. Nowhere in global business have I ever seen Senior Executives encouraged to interrupt a colleague, particularly in the presence of a Client. If this occurred in front of you, wouldn't you consider this behavior rude and disrespectful?

• The fact that Senex/Council, on calls with Client present, very frequently give Analysts significant negative feedback. This strikes me as completely absurd. It takes the analyst off script, off rhythm, confuses them, has them struggling for answers that would be appropriate with Client present, AND JUST SHOULD NEVER BE DONE. An immediate follow-up call with only the Analyst and Senex in audible range would easily meet any mid-stream coaching needs, and would be infinitely better than the current process.

• The fact that Senex/Council, on calls with Client present, literally feed the Analyst the exact words they are to speak in reply, as if they were speaking those words on their own. With the inevitable long pause and stilted delivery of unfamiliar words, do you think that for one moment the Client observes this is as a natural and unprompted delivery? The looks I witnessed on Clients' faces were ones of absolute bewilderment, then contempt. This problem is grossly exacerbated when the Senex, without the benefit of the prior 8-10 hours of Client face-time, directs the Analyst to say something that is either dead wrong or insulting. Yet the Analyst faces no choice. These statements become the most memorable ones of the entire Survey in the Clients' eyes.

Please understand, Mr. Kushnir, that I do not dislike the George S. May International Company or any of its people. No one had more enthusiasm and commitment than I had when I was chosen for the position. Apart from some omissions and priority issues, I thoroughly enjoyed and profited from the Training sessions, and I again left confident and committed to a very long career with GSMIC. Everything seemed perfect: the position, the role, the geography, the clients, the work routine, the support people and incentives, the company culture......

I suppose that I could have sought counseling before deciding to resign. I also suppose that I could have explored a transfer to Management Services rather than opting out entirely. Perhaps I still should; I don't know. What I do know is

that the difficulties and issues I defined above were very factual and real and needed to be confronted. I did not want to waste one more GSMIC sales opportunity or one more day of my own job search opportunities; it didn't seem fair.

On balance, I do deeply regret that this assignment did not work out for both of us. I remain convinced that it is and was a wonderful opportunity for both of us, but as the days have passed, I just have not figured out the way to make it work.

I wish you a great deal of fortune in running what must be considered one of the world's great consulting companies.

UNQUOTE

Richard - Scottsdale, Arizona
U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 10/20/2003 9:11:24 AM
Modified: 10/20/2003 10:16:50 AM

# George S. May Buyer beware

The following steps are suggestions to give you proof that George May employees are not being honest with you.

1)Ask all employees about their background in y's our industry. They have been instructed to tell you that they have training and background..but they do not.

Most employees have a very short work history in consulting, and have not been successful in pervious businesses.

2) You really do not have a method to check the data provided about your business by George May. The employees have been instructed to 'make mistakes' in the financial presentations, to ensure that you think they know what your problems may be, and have solutions that work. Before you spend $10,000's, take the data to a 3rd party, such as your accountant or banker, and ask them to verify the numbers and assumptions.

3)When an invoice is presented for inbound and outbound travel, ask why the last or next client is not paying for at least one of the airline tickets. The employees will say that you will be refunded if another client pays, this is unlikely. Just refuse to pay.

Rip-off Report.com - badbusinessbureau.com

4)Have a 3rd party exaimine the 'contract' and/or 'program' before you sign. The employees are instructed to use high pressure for you to sign without giving you time to get advice or think things over. The employees will say that you can close the project at the end of any day; but you could be billed for $10,000 if three employees showup, and will not leave until the end of the second day, with alot of expenses included.

It is clear to me that if a small business needs some outside advice to correct problems, the logical direction is to find someone that has a background in you industry. Industry groups or vendors may give you a lead. Forget about the promised savings from George May, they will not happen while they are working, and will not respond if you do not realize the promised savings.

Ask what results can be promised for a specific dollar amount. $5,000-nothing, $10,000 nothing, $15,000 nothing. George May wants alot more money than you are thinking about spending. And once you start, it is very, very difficult to stop the meter from running. BE VERY CAREFUL.

One day of consultants can cost you $10,000 with all related inbound and outbound expenses. George May will say that they cannot provide any deliverables in 1 day. George May is very expensive for a small business.

Buyer Beware

Bruce - New York, New York
U.S.A.

# Rebuttal REBUTTAL Owner of company
Submitted: 10/20/2003 1:51:09 PM
Modified: 10/20/2003 11:54:26 PM

## Message from the President of George S May International Company ..This may include a full refund

I have been mandated by the George S. May International Company Board of Directors to address and resolve all issues on 'Rip-off Report.com' in a timely and professional manner.

I encourage all clients and employees to contact me at #800-999-3020 for a full resolution of your problem. This may include a full refund.

GSMIC 0043

Rip-off Report.com - badbusinessbureau.com

Israel Kushnir
President
George S. May International Company

Israel Kushner - Park Ridge, Illinois
U.S.A.

## Rebuttal Consumer Comment
Submitted: 10/23/2003 7:37:35 AM
Modified: 10/23/2003 9:28:33 PM

## Mr. Kushner/Kushnir, which is it?

It's great the the president of GSM standup and respond to the comments at this site. However, in the future, perhaps he should spell his own name the same way within the comment.

Kushnir or Kushner?

Personal attention by the company president? Hardly.....

Rob - Omaha, Nebraska
U.S.A.

## Rebuttal Consumer Comment
Submitted: 3/3/2004 8:56:44 AM
Modified: 3/3/2004 9:41:09 PM

## going it is going into the trash , Thank you Rip-off Report!

I suffered a lay off and have my resume visible on the careerbuilder.com web site. They just e-mailed me a job advertisment.

It is going it is going into the trash with the rest of my spam!

None - Guilford, Connecticut
U.S.A.

## Rebuttal Consumer Comment

Submitted: 3/17/2004 8:25:15 PM
Modified: 3/17/2004 11:52:46 PM

## Since 1925 things haven't changed

1925
George S. May, a flamboyant 25-year old, founds George S. May International Company and gets two clients after mailing out 50 letters. He serves his first client, the Chicago Flexible Shaft Company from a basement office in his home. May becomes infamous for commission-based marketing techniques. Perrin Stryker, wrote in Fortune: "Most consultants assume a primly professional attitude towards clients. In the George S. May Company, the client is hotly pursued. Indeed, few companies in any industry have dared to sell their services so hard, so blatantly and so indiscriminately as does the George S. May Company." May also sponsors the May World Championship Golf which becomes the top money circuit tournament.

Mike - Las Vegas, New Hampshire
U.S.A.

## Rebuttal UPDATE EX-employee responds

Submitted: 3/28/2004 10:08:12 PM
Modified: 3/28/2004 11:30:50 PM

## George S. May International Corp. Ex- Las Vegas based rep responds. STAY AWAY!

Greetings,

Strange and wonderful to see this growing choir of ex-employees warning others of the shortcomings of the failed promises of George S. May International Corporation in this forum. How cathartic & positive to be able to really help a small to mid size business make the proper choice visa-vi this venue, I too am an EX, "George S. May Man", First off to

Rip-offReport.com - badbusinessbureau.com

http://www.ripoffreport.com/view.asp?id=412908view=printer

take responsibility for my own actions, "I AM SORRY" to those owners of struggling enterprises that I signed up.

During my short stint as an employee (four months as it is put almost an un-heard of LONG length of time) with GSMIC I had five go ahead deals (sales). Every word of what has been reported on this site I have either witnessed / enabled or participated in, for that I am not proud. So excited to get in and help other owners of small business that I was blinded to what was really going on high pressure closing learned from Ms. Gill then re-enforced by the yelling SENEX on a daily basis. Part of brain washing is the use of sleep deprivation and conditioning this is absolutely used on the sales force starting from the first day at training, how else would so many high performing executives subject themselves to what is to follow. For those who have under gone the training who survived the first weeks out in the field to be asked back for advanced training will remember that your SENEX said from that point on you would be getting back to a normal life. I put forth if you make it that far they feel your indoctrination is sufficiently routed to allow you to not be run to the point of exhaustion as described in the other accounts of Survey Service Survivors.

For those who are not or were not in the employ of George S May International Corporation for any length of time please allow me to share my thoughts. After being with the company for my first two months (after the Advanced training that is nothing more then a combination refresher on how to fill in your laughable expense report coupled with the SENEX war stories) you receive a letter from the president of the company asking you to let him know how your job could be improved. To which I replied that I objected strongly to the OPENING script that was to be used in front of the client. That one script is so dishonest in that no matter how well the company is run no matter how good or bad things are the script must be followed or your SENEX will be yelling in your ear to get back on script, with the sold purpose of gaining the clients admission of failure no matter what.

One of the other ex- George S. May International employees noted to have any and all forms / work checked by an outside party. Well this Survey Service employee was trained not to even leave a scrap of paper behind as evidence of any work done. The only forms left were for the owner to fill out as homework of the first night after your three conditioning calls. (Yes that is the exact term used in training CONDITIONING CALLS) then that one form was to be collected the morning of the second day by 7am and not even reviewed in any depth when collected you are instructed to say, "well that is what I expected to see" NO MATTER what the result found on the self examination form.

Sad to say that the number one form you are to get filled out then to be transmitted to you council to OPEN the job is a disguise to find out how much cash they have on hand. This determines how many people will be there to start fixing the problems in the business if the SURVEY is successful, YEAH RIGHT!

Oh by the way my SENEX ran up an $1,100.00 bill on my cell phone calling me while I was in Canada on three bogus "JOBS". Did they stand tall for the bill? No. Did they stand tall for the money spent chasing the TWO BITES of the apple that were already EX GSM clients (who were all very UN-HAPPY CAMPERS I might ad) for three weeks? NOPE. WORST OF ALL and I hold my head in shame over this, did they save the clients that sorely needed real help? NO. I

know of one family who lost their business because of GSM and I am sickened to learn how they were treated. SHAME ON GEORGE S MAY!

EX-George - Los Angeles, California U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 6/4/2004 6:25:40 PM
Modified: 6/4/2004 11:48:05 PM

# Think before you tell them how much credit you have or how much you have in your bank account.

Please note when you sign up for a $350.00 Survey report it is ORAL. You will not receive a scrap of paper to check the results with!

Do not give them ANY of your company data other then what YOU want to get out of your company because their computer program will transmit your data to their office where the sales manager will have it to look at to paint you in to a no win corner.

Think before you tell them how much credit you have or how much you have in your bank account. That data the will get from you on the very first form they have you fill out.

Under no circumstances allow them to call their office unless it is on a speaker phone. Why because the counsel "team" they are pretending to call is only a sales manager who is feeding the sales person (disguised as an analyst) what to say to you.

Make sure to get resumes of ANY and all people they want to send in including the sales person disguised as your analyst.

MOST OF ALL if you go that far and do sign the contract NEVER give them a letter of satisfaction until you receive your 2 to 1 return on your investment they promise but forget to put on your contract.

It is all CANNED PEOPLE! The results are fixed your going to get a bill for up to 50K in the first week or so. You have to pay by cash or bank wire every riday no matter what?

Rip-off Report.com - badbusinessbureau.com

Chet - Los Angeles, California
U.S.A.

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

···If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE TO FILE YOUR OWN Rip-Off Report

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed to
submit and search for reports

If you are having trouble submitting
via our JavaScript form such as Web
TV users, please use our Non-
JavaScript form.

Having trouble searching or filing a
report? It may be a browser problem.
See our FAQ for help

Technical questions can be
addressed to our webmaster.

Feel free to send us suggestions and
comments to our editorial staff.

**Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder, Rip-off Report.com**

http://www.ripoffreport.com/view.asp?id=41290&view=printer

Rip-off Report.com · badbusinessbureau.com



...by consumers, for consumers

*b a d* businessbureau .com

**R I P - O F F**
**Report.com**

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File Report | Search | E-mail

Submitted: 4/4/2004
10:26:57 AM
Modified: 4/27/2004
8:11:08 PM

Category:
Employers

# George S. May International ripoff Abuse of employee status Park Ridge Illinois
## *UPDATE EX-employee responds ..GEORGE S. MAY ARE SCUM + SCAMMERS

Company
## George S. May International

Address:
303 Northwest Highway
Park Ridge Illinois
U.S.A.
Phone:
800-999-3020
Fax: -

Their advertising claims are a total joke -
"$70,000+ potential?" What a joke.

Maybe MAYBE you can make that if you are located in a large enough city that enough customers haven't experienced the company's high pressure and abusive tactics. If you're unlucky enough to be in a more rural area with small cities, you're doomed from the start - the business owners have heard of the company and how May works.

Within my two month tenure, I came in contact with at least a dozen unsatisfied former clients of May International whose attempts at getting satisfaction had been ignored. In two instances, these people wanted blood because of the

http://www.ripoffreport.com/view.asp?id=86538&view=printer

GSMIC 0049

# GEORGE S. MAY ARE SCUM + SCAMMERS

**Submitted:** 4/22/2004 1:08:31 PM
**Modified:** 4/23/2004 11:24:19 PM

## Rebuttal UPDATE EX-employee responds

Click here to go to our *advanced search page.*

- *Only search one name at a time if Company has many AKA's.*
- *Use only the first/main part of a name to get best results.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Keep the name short & simple, and try different variations of the name.*

In order to assure the best results in your search:

George S. May International

If you would like to see more Rip-off Reports™ on George S. May International, please use the search box below

**Company Search** [ ] Search

U.S.A.
Chasing geese all over, Illinois
Ex-Special Representative

The telephone support they promise in their advertising was WORSE than having none at all! I expended enormous time and dollars chasing after clients that had allegedly set appointments to see me - only to arrive to find that they had 1) not agreed to the appointment or 2) were below May's standards and not viable clients. In one day alone I drove 400 miles to make these appointments - the total May allots for their Special Representatives for an entire week at their measly 28 cents per mile.

The next thing that got my goat with this company was my lack of pay! My first commissions were weeks late in reaching me, then mysteriously my expense reimbursements AND commissions got lost in their system. At this point, when I demanded my money, I received the same sort of abuse and threats that prior customers had received when I requested what I had coming due.

abuse they suffered at the hands of May.

Rip-off Report.com - badbusinessbureau.com

Well you got off / out easy! I spent four long months loosing money with the George S. May International Company. I am now stuck with a $1,100.00 cell phone bill they ran up CALLING me while I was in Canada! They have refused to pay the bill they ran up yelling at me. Not only did I get abused I have to pay for it.

GEORGE S. MAY ARE SCUM + SCAMMERS!

Sharon - Los Vegas, Nevada
U.S.A.

## The saga didn't end there

**Update** Submitted by the original author
Submitted: 4/25/2004 5:55:09 AM
Modified: 4/27/2004 8:11:08 PM

I didn't even go into the expenses I incurred trying to get my pay OR expenses reimbursed. In all I shelled out close to $500 in cell bills for the calls they required me to make and TAKING calls on the cell they could have made and left on my landline. The wear and tear on my car was incredible because of the crazy places I was expected to go. Then there was fulfilling their dress code that cost me over a grand. I guess I'm lucky because I have a couple of really nice suits, now, which nobody but bankers or morticians wear on a regular basis these days.

I'm still in the hole as far as my pay goes to the tune of $450 and trying to get the last of my money out of these jokers - fortunately I'm in a state where the Attorney General handles these sorts of issues as a criminal matter and will take this up on my behalf if I don't receive satisfaction within 6 months. The state's Department of Labor is also looking into their employment practices.

While I'm at it, I may as well add some additional information on May International for potential clients to consider.

May's OWN systems are anywhere from 30 to 70 years old - not quite shining examples for giving advice to other companies on how to improve their future business. May lags behind pretty much every other company I've ever been in contact with in the US when it comes to technology.

EXAMPLES:
1) Their methods for working with the field staff was designed (by others) in the 1930s (constant/scheduled telephone

http://www.ripoffreport.com/view.asp?id=86538&view=printer

Rip-off Report.com - badbusinessbureau.com

http://www.ripoffreport.com/view.asp?id=86538&view=printer

contact) - and abandoned as a business model by most companies in the 1970s due to its inefficiency. It works though, if there is no value placed on the time used by your employees and if the expense of such contact is born on the shoulders of the employee.

2) Their telemarketing system is circa the 1970s.

3) Their IT needs are all run on an antiquated, costly mainframe computer.

4) Voice mail is non-existent, and email is reserved solely for the people within the office.

5) No records are kept by May of what leads have been worked in what area - they have no system to do this which wastes a ton of their sales force's time and effort.

William - Villa Grove, Illinois
U.S.A.

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

**If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

Technical questions can be addressed to our webmaster.

Feel free to send us suggestions and comments to our editorial staff.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting a report? It may be a browser problem. See our FAQ for help

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Rip-off Report.com - badbusinessbureau.com

**...by consumers, for consumers**

badbusinessbureau.com

**RIP-OFF Report.com**

**Don't let them get away with it.**
**Make sure they make the Rip-off Report**

Home | File | Search | E-mail

Submitted: 8/18/2004 10:03:23 PM
Modified: 8/22/2004 11:10:37 PM

Category:
Corrupt Companies

**George S. May International Company, Better Business Bureau, BBB CONFIDENCE GAME SEPARATES FOOLS FROM THEIR MONEY ripoff Park Ridge Illinois *Consumer Suggestion ..Why not let the Directors Know?**

Company:
George S. May International Company - Better Business Bureau, BBB
Address:
303 S. Northwest Highway
Park Ridge Illinois 60068
U.S.A.
Phone:
847-825 8806
Fax: -

BBB and the George S. May International Company combine to defraud small business owners. The BBB is a marketing tool for companies that join it's ranks rather than a champion of the consumer, as they would have you believe. The BBB does not handle any consumer complaints raising issues concerning the competency of doctors, dentists, licensed therapists, veterinarians, and lawyers. The BBB specializes in unlicensed and unregulated professionals. The George S. May International Company employs these unregulated professionals to front for their operation of an unethical sales machine.

Rip-off Report.com - badbusinessbureau.com

The experience with the George S. May International Co. is unbearable. High-pressure sales tactics and psychological manipulation are used to extract agreement for services that would guarantee a 5 to 1 return on the "investment". This complaint is being set out not for the details of my experience but for the unscrupulous principles and standards by which this company operates to mislead and defraud the consumer. In essence, I object to the way George S. May International Company gets a fool to part with his money.

The business card that I have from the Assistant District Manager employed by George S. May contains the following: "Celebrating 79 years of Quality Management Consulting"

The BBB flame logo and "Marketplace Ethics Award Winner" are prominently displayed. Upon presentation of this card a consumer will likely let his guard down and start sharing the details of his situation. The BBB logo is the opening business reference. Remove the BBB logo and award and you remove a key component of the confidence game. A business owner would be quite skeptical if a man walked in off the street with a card from a company he never heard of before and was told his firm was filled with experts at turning companies around and making profits out of losses. The BBB confirms that it allows the use of their logo on this company's business cards and as such culpability for this confidence game rests with them also. George S. May International Company won their award in 2003 in category II, 1000 to 7499 employees. Member since 1968.

The BBB understands the impact its approval has on the consumer and should be a monitor of the activities of the members it "Awards" with an ethical moniker. The award is good for three years and based on guidelines. Per the BBB for the National Ethics Award: Award Criteria: Companies were evaluated against criteria that included commitment to and demonstration of ethical practices in the marketplace; high standards of behavior toward customers, employees, suppliers, shareholders and communities; truthfulness and accuracy of advertising and sales practices; ethical reputation among industry peers and in communities in which they do business; long-term value of ethics policies to shareholders, customers and employees; and training and communications programs to assist employees in carrying out established ethics policies.

This complaint is not for the service or product that GSMIC is providing. It is understandably and widely attested to as bad. This complaint attests to the manner in which those services are presented as highly effective and coming from consummate professionals. The BBB certifies this. The continual assurance of the best interests of the client, of 2:1 or greater returns on investment, and the incredible sense of urgency they impart on a business owner to avoid bankruptcy some other impending doom is an unethical preying on the fear of the consumer. What credible business consultant operates on these terms? The product is irrelevant here; product and service is an excuse for billing at inflated rates for misrepresented services. Reports show that these professionals get paid a net of around $16.00 per hour. True? Maybe. Maybe not.

In the securities industry these types of services are called tuna. This is selling tuna not eating tuna.

Rip-off Report.com - badbusinessbureau.com

Page 3 of 5

The salesmen from the May company denounce the practices of IPA, International Profit Associates. But they use the same business model and the same tactics. They are upset because IPA was caught and has brought the heat and the light on their practices. IPA visited our facility last year.

In professional circles there are industry specific controls to monitor the performance of companies and individuals who participate in that industry. The securities industry has the SEC. Consider an investment advisor, who has studied and passed intense examinations, making guarantees of high returns on a recommendation for which he is compensated, there would be clear recourse for that client against the advisor for unethical practice.

This complaint is filed to help educate the consumer. Many forums for this information are being suppressed and the monthly complaints filed with the BBB are not for public view. This is not a claim of collusion, but of culpability by association and manipulation.

In the end, it is the consumer who has to decide where to place his trust and money. Anyone who does not do their due diligence cannot be excused of stupidity. However, in combination, factors such as reputation, appearance and psychological pressure can make for a less than desirable situation while make life-changing decisions. When the first salesman/consultant approaches, he is brandishing his "credentials" with his ethics endowed business card. The Torch Award Winner for Marketplace ethics is prominently displayed on the consulting agreement that requires a signature for the billing to begin. At the beginning and at the close, the BBB is there to alleviate any skepticism the consumer may have. Can the BBB get an unsatisfied client their money back?

When the devil tells you it is hot in hell, you believe him. The BBB tells us George S. May is ethical. Thanks for the confidence.

William
Chicago, Illinois
U.S.A.

STOP!...before you think about using the Better Business Bureau (BBB).....CLICK HERE to see how other consumers were victimized by the BBB's false or misleading information. Don't be fooled! It has been reported, when there are thousands of complaints and other investigations underway by authorities, the BBB has no choice but to finally give an UNsatisfactory rating to a BBB member business that is paying the BBB big membership fees every year. When a business is reported that is NOT a BBB member, BBB files WILL more likely show an UNsatisfactory rating, then reportedly shake down that company to become a member of the BBB. One positive thing about the BBB is, either way, if a business has an unsatisfactory rating with the BBB, you can be sure, the business is bad. But what about all those BBB member businesses that had complaints filed against them?. Consumers never get to hear about them.

GSMIC 0056

Rip-off Report.com - badbusinessbureau.com

What about the BBB advertising to the public? Is this a false and misleading perception they are giving about "consumer confidence" when dealing with a business? Click here to understand more of what consumers and business alike are saying about the BBB. You decide...Remember, The BBB membership is not earned, it's paid for!

Click here to go to our *advanced search* page.

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

George S. May International Company - Better Busin[  ] Search

If you would like to see more Rip-off Reports™ on George S. May International Company - Better Business Bureau, BBB, please use the search box below

Company Search

# Rebuttal Consumer Suggestion

Submitted: 8/22/2004 7:17:18 AM
Modified: 8/22/2004 11:10:37 PM

## Why not let the Directors know?

This company has gotten a black eye. All the input I have seen is true. Does the board of Directors know what is really going on? Are Raymond Margolies and Donald Fletcher being candid with the board? Its time to ask the board members the question, suggesting they all look at all these complaints. Any responsible board would look at this large number of complaints and demand accountability. Or do they only care about money? Time to begin asking these questions and demanding answers? When will Ogden Sub-Zero receive its refund? When will all the double-billed travel be refunded? When will the abuse stop?

William - Westmout, Quebec
Canada

## REBUTTAL BOX

### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

*or*

**\*\*\*If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

| | | |
|---|---|---|
| Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

Technical questions can be addressed to our webmaster.

Feel free to send us suggestions and comments to our editorial staff.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

GSMIC 0058

Rip-off Report.com - badbusinessbureau.com

**by consumers, for consumers**

a service of
badbusinessbureau.com

RIP-OFF
Report.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | Files | FAQ's | Search | E-mail

Category:
Business Consulting

Submitted:
7/10/2004 4:09:17
PM
Modified: 8/18/2004
12:48:42 AM

# George S. May International Company303 ripoff Unsolicited salesman, $350.00/day deceptive "analyst", less than "expert" consultants Park Ridge Illinois *UPDATE Employee ..inside information ..They are all salesmen

Company
# George S. May International Company

Address:
303 S. Northwest Highway
Park Ridge Illinois 60068
U.S.A.
Phone:
847-825-8806
Fax: -

I was visited by an unsolicited salesman who inquired as to any problems I was experiencing as a small business owner. I confided with him the problems. I am sure most small businesses have. I was experiencing. He then "qualified" my small business for a confidential analysis for a "very nominal fee of $350.00" for 1 1/2 days. I agreed and scheduled an appointment some 1 1/2 weeks later.

The "analysist" (salesman) was very punctual, as we had a 6:00 a.m. appointment, and for the next 2 days, he had full access to my business and it's records. He then pointed out all of my problems, of which I was already aware, and

GSMIC 0059

Rip-off Report.com - badbusinessbureau.com

strongly suggested I retain his company and its staff of over 1,200 "experts" to help fix my problems.

On Friday afternoon, we then discussed his assessment of corrective actions and estimate of time and costs. We both agreed that 100 hours would probably be adequate, but he would write in an estimate of 225 hours in our contract. We then discussed a time frame and he strongly suggested we start the following Monday. I was opposed to this time frame, as my next weeks work load was extremely busy.

He then informed me he had "hand picked" the consultants for my project and if I did not schedule them NOW, they would not be available. Of course, he had, by this point, convinced me of the serious condition of my business and the dire need of his companies services. HE WAS A VERY GOOD SALESMAN! He then suggested we start as early as the next day (Saturday) and he called and arranged for their travel. I reluctantly agreed and signed his contract agreeing to $164.00/man hour, travel expenses and per diem.

The next day, I met the "project team" at my office. The "analysist" (salesman), the "project director" and two (2) consultants then began, what appeared to be, intensive research with all my records. The salesman left shortly thereafter, the project director about 3 hours later and the two (2) consultants "worked" for ten (10) hours. Monday morning, I was presented with an invoice for $5,040.00 for Saturday, not including travel and per diem. I wrote a check for this amount and was informed I needed to pay it with certified funds. I traveled to my bank and had a cashiers check written.

By Monday afternoon I realized these leaches had to go and informed them that they needed to finish their business by Tuesday afternoon. To my surprise, the project director shows back up at appr. 11:00 a.m. on Tuesday. He and his team continue to work and by mid afternoon presented me with another invoice in the amount of $11,663.00. Of course, this needed to be paid in certified funds.

After payment, I was presented with a 3-ring binder (which I had purchased, as they provide nothing, i.e. binders, printer cartridges, copy paper, three hole punches, etc.) containing appr. 110 pages of mostly useless documents. In three (3) days, the George S. May International Company had milked me out of almost $17,000.00 for this. This could have easily been $40,000.00 to $50,000.00, if I had not terminated their "services".

Additionally, subsequent research has shown the company is not registered to do business with our Secretary of State.

Do yourself a favor, when the George S. May International Company salesman comes knocking at your door, run the SOB off!

Michael

http://www.ripoffreport.com/view.asp?id=98372&view=printer

GSMIC 0060

Rip-off Report.com - badbusinessbureau.com

Silverhill, Alabama
U.S.A.

Company Search

If you would like to see more Rip-off Reports™ on George S. May
International Company, please use the search box below

George S. May International Company

In order to assure the best results in your search:

Search

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's,*

Click here to go to our *advanced search page.*

## Rebuttal UPDATE Employee ...inside information

Submitted: 7/11/2004 7:42:20 AM
Modified: 7/11/2004 11:13:04 PM

## They are all salesmen

Mike, They are all salesman. Even the so-called expert "Consultants" are nothing more than salesmen.From the day
they get to your business they are doing nothing but planning how they are going to get the maximum dollar amount
out of you they can.

No one was hand picked for that job. That is just another plot they use to pressure you into accepting their services
immediately. They operate just like used car salesmen. They will do or say anything it takes to get you to sign the
"agreement" now because their statistics show that once they leave only a very small percentage of clients ever call
them back.

They use the same high pressure tactics on employees that they use on clients. They have you out in the middle of
nowhere a thousand miles from home and they refuse to arrange travel for you until they get the money they want.
This is just one of the ways they threaten, coerce and intimidate employees as well as clients.

GSMIC 0061

All of their employees are commissioned sales people. They get paid a percentage of the billing they collect. If they don't collect the money they don't get paid.If the client has a complaint, which may or may not have anything to do with the work the staff is doing, the only remedy GSM will other is to have the staff stay for "No Charge' which means the staff will work and not get paid.

Another common tactic against employees is to "beach" them. GSM never fires anyone for anything. They will simly leave them unassigned and therefore unpaid until they quit.

I know this because I am experiencing this now. I had the audacity to stand up against them for a cllet which they where ripping off and now I have been unassigned for over two weeks. They will not even answer my calls now!!!

Please!!!Anyone thinking of getting involved with this company on any level, don't do it.They are accomplished con artists and liars. They continue to convince small business owners and prospective employees they are legitimate.

Shawn - Atlanta, Georgia
U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 7/23/2004 1:55:13 PM
Modified: 7/23/2004 10:56:47 PM

## George S. May International Company not today please

Michael from Silverhill, Alabama make sure to search Rip-Off Report using just the name George S May you will see all 17 reports as of this date. Some have links to other sites but by far and away Rip-Rff Report is doing the best at getting the information out to the public. HELP BY REPORTING how your DEMANDS for your MONEY BACK are going! PLEASE people POST follow up reports so we can see how to help others.

Every "client" who hangs their head kicking their own backsides and not going after this company is FLAT OUT WRONG! You are NOT one bit at fault for letting the wolf in the door. This is a company that only has your money at is heart and how to get if from you.

If your company has let George S May International Company in the door DO NOT PAY A DIME TILL YOU SEE RESULTS FOR THE "VALUE" of your investment <-- AS in RESULTS YOU CAN COUNT in your bank account, AS IN DO

http://www.ripoffreport.com/view.asp?id=98372&view=printer

Rip-off Report.com - badbusinessbureau.com

NOT PAY A DIME IN FEES OR ANYTHING till they produce work you can USE. <-- READ the form you signed they have to produce results for you! No matter if they say you must pay every Friday or Every Day, tell them to take a HIKE till you "get" a return on your investment. If they are so ETHICAL to WIN (hahahaha) BBB ethic awards* they should have no problem billing like a normal consulting company where 30 days after the work is INSTALLED is the norm!

*they paid for the awards they received from the BBB. Sort of like paying to win a contest you made up like the International slime spit ball award, only you and the other winners pay for the award and the party to follow.)

Even a sit down Burger Joint hands over the burger before you are demanded to pay. With over 500K served and 79 years under their belt, this is one old hash slinging company that needs to clean the slime off the boiler plates before they grill you up another client.

KEEP the REPORTS COMING! [Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]

Chet - Los Angeles, California
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

## WARNING! DO NOT BE SCAMMED!

Submitted: 7/27/2004 9:12:59 AM
Modified: 7/27/2004 7:24:14 PM

## Rebuttal UPDATE Employee ..inside information

I'm attaching an earlier report that segways into this topic. Moreover, I want this report to be available to all of those that have used Google to search out information on George S. May. As of 7/27/04, this particular "hit" thread is showing up on Google and Yahoo searches. Please indulge the repitation, it's important to me that this info gets out....

thanks again to Rip Off Report!

I sincerely hope that you have 'Googled' your way to enlightenment concerning George S. May International, the world-wide consultant company based in Park Ridge, IL. Internet search engines have finally beaten a path to a truer picture of this company and how they really operate. Please consider carefully what you are about to read because it may be

Rip-off Report.com - badbusinessbureau.com

the best advice anyone has ever given you.

First, my intention in filing this is to basically warn EVERY prospective client interested in retaining George S. May's services, in any capacity, of their unscrupulous nature. I will outline their general methods of conducting business so you can make an informed and intelligent decision as to their true intentions and expertise. Second, I also want to provide those individuals out there responding to job advertisements placed by George S. May with information concerning their training program, existing personnel, and overall pressure tactics. I ask that you keep an open mind and consume this information with utmost earnestness; it is coming from someone who was an 'insider' to George S. May's overall operations.

Why did you seek the internet for answers concerning George S. May? Probably because you are a bright, intelligent, and diligent individual that researches everything before making a decision. Did you know that six months ago your Google/Yahoo search would not have yielded this website and the information contained herein? In fact, a search from January of 2004 would have probably yielded about a thousand hits on job ads placed by George S. May all over the country. They are constantly seeking fresh applicants because of the massive amounts of turnover they experience on a weekly basis. But more importantly, by design or not, they've been able to hide from knowledge seekers like you because of these numerous job ads. Finally, the truth about George S. May is being disseminated to the public. That is why I am telling my story.

I was hired as an "Executive Analyst" in their "Survey" department no too long ago. I must say, the interviewer was slick. Without using specific names, I can say he was a company "SENEX" (Senior Executive Analyst); very professional and probing. He stated that most analysts make at least $80K/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They "hire" 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field. 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 "Executive Analyst" positions in Chicago per year; and that's only ONE department.

They have 4 departments (using general terms): sales (the guy who initially walks in the door and offers to have your business "analyzed" for $250 - $700), survey (the "analyst" that shows up with a black manual and his/her laptop and conducts the "survey"), management consultants (usually 2-5 people charging almost $200/hr for each "man hour" worked. These are the people that show up after the analyst sells you on their glorified services), and administrative (mostly "SENEXES" belonging to a "Management Council" at corporate headquarters; more about this group later).

The attrition experienced by these departments (excluding administrative staff) is even greater because they are inherently twice to three times as large as the survey department. They have two training facilities: one in Chicago and one in Las Vegas. That equates to approximately 10,000 employees that filter through the organization in ONE year. These are the people that show up after the analyst sells you on their glorified services), and administrative worked. These are the people that show up after the analyst sells you on their glorified services), and administrative And this estimate is conservative compared to others you will see while researching information on this company. You

http://www.ripoffreport.com/view.asp?id=98372&view=printer

Rip-off Report.com - badbusinessbureau.com

http://www.ripoffreport.com/view.asp?id=98372&view=printer

see something wrong with this picture yet? What reputable company goes through this many people a year?

I attended their 10-day training class for their "Executive Analysts" in Park Ridge (Chicago), IL and was taught the art of acting and memorization. EVERYTHING IS SCRIPTED FOLKS! The black manual all analysts carry with them is full of talking points, notes, and scripts learned from training class. Ask to look through it and just see what kind of response you get.

If you are a prospective client, ask for a resume from the Analyst immediately upon him/her entering your business. It will not happen 99% of the time. If you could get your hands on a resume, you'd probably find a lack of a college education. Or, you may find that the individual standing before you is an English major with a biology minor but had one hell of a sales career before George S. May. More than half of their "Analysts" have never seen a balance sheet or an income statement before training class. Most have absolutely no clue how to run a business either.

Nevertheless, scripting starts by the "Analyst" at the initial interview with the "decision makers" of your firm (usually first thing in morning). The most important and obvious question asked in this meeting will be your "cash position" from your balance sheet. From there, information from your financials will be obtained and transferred electronically via their laptop to the "SENEX" who is wringing his hands in Chicago. And that's when the calls to the "Management Council" start.

By the way, it's not a "Council" at all. It's one guy behind a desk in Chicago waiting to find out what your financial position looks like so he can calculate how many "man hours" you can afford to spend right away.

Again, everything is scripted too during the "Survey". Demand that ALL calls by the Analyst to the "Management Council" be made via speaker phone and see what response you get once again. I'll give the Analyst 5 minutes before he is standing outside the back door of your business calling his SENEX with a cell phone and sweating profusely. It's through the privacy of a hand-held phone line that the "SENEX" instructs the Analyst on what to say, how to act, what inflections to use, and most importantly, how to demean you (the business owner) in the first call. Don't fall for this theatrical event!

As a business owner, you need to be VERY concerned about how an inexperienced "Analyst" conducts his interviews with your various managerial staff too. Questions can easily lead to mistrust and paranoia by your staff. Moreover, the "Survey" an Analyst will conduct is totally formatted, prestructured, and generic. It will do more harm to your operations than good.

The survey "questionnaire" is basically a psychological tool to warp the mind of the owner(s) of the business. It is used to highlight everything wrong with ANY business across the board in most industries. It's generic and fill-in-the-blank. Most of all, it's an "oral" report. Ask to make copies of his "Survey" results and, again, see what kind of

Rip-off Report.com - badbusinessbureau.com

response you get.

One section of the "Survey" asks for written responses from each employee. Imagine what disgruntled employees will say about "the boss" on paper if they are told it's an "anonymous" questionnaire. The Analyst's job is to read the responses to the owner(s) and beat you down with them. It can be an eye opening and very embarrassing experience for you. The damage is done however. Your employees will now become empowered and structure can disintegrate within a day. Believe me; I've seen owner's loose control of their employees while the "Analyst" is still on the premises. Just remember, EVERYTHING the "Analyst" performs in your business is either a show or a grand script. Watch how many times they check and/or ask questions about inventory sitting in your warehouse. They've been instructed to constantly "look busy" while in your business and your warehouse is the best place for this "busy" activity.

By the way, they are also instructed to expose and then exploit the problems associated with your business. EVERYTHING that you offer as problems within your business will be used against you later in the nth degree. Denigration is the name of the game. They want to make you feel inadequate as hell as an owner and operator. It's a farce so beware.

As a side note to prospective employees; you will be placed in the field by yourself the very next day after training is over. Think you'd be ready? Try again! It's mental torture. Their concept is to keep you moving constantly. They say 5 days a week but it eventually becomes 6; mark my word. They will promise that an "*" contract (top of the pay scale) is within your grasp but it's a carrot. 95% of all Analysts hired will never see it happen.

Also, the other benefits they sell to prospective employees, i.e. insurance, profit sharing, etc., are worthless. Why? You won't last long enough for these extras to kick in; trust me. Again, most people leave within the 90 day probationary period so don't be pulled in by the benefits! Additionally, you will be forced to use your personal credit cards for non-reimbursable charges for room, board, and rental cars. After three weeks of service, if you make it that long, they soon start gradually holding back commissions and a token per diem to string your service along. The hotels are sub par; especially in the rural areas of the US. And since it's you paying for them, eventually, you will succumb to being frugal and will rationalize sleeping in places that would have made you vomit a month before you knew anything about George S. May. Worst of all, you are forced to do things that are dishonest, reprehensible, embarrassing, deceitful, devious, misguided, deceptive, self denigrating, destructive, and defrauding. People without a conscious do very well with this company!

As a George S. May employee, however, the good thing is they hardly ever fire anyone. There's no need, people leave on their own on a daily basis within this company. Besides, they do not take a chance on exposing themselves to lawsuits consisting of discrimination, harassment, and unemployment considerations. Once you quit, their risk of liability ceases. Moreover, if you don't perform well, they just stop assigning you to jobs. And most employees with

http://www.ripoffreport.com/view.asp?id=98372&view=printer

Rip-off Report.com - badbusinessbureau.com

May are paid via commissions. Thus, eventually, you'll have to leave (resign) for lack of pay. Please be careful people, they pray on those that have recently lost their job for whatever reason, i.e. workforce reductions, layoffs, even failed self-employed individuals. A desperate out-of-work person is their workforce niche. If you are currently suffering from unemployment, please do yourself a favor, drop your interest in George S. May immediately and continue to seek work elsewhere. And if you are currently employed looking for advancement, George S. May is not a stepping stone. In fact, having George S. May on your resume as a past employer can be more detrimentally debilitating than helpful. Potential employers in most industries see it as a reflection of desperation and a character flaw (unless of course you want to peruse a career in telemarketing or used car sales). Be careful with your choices of opportunities, please!

You will become a puppet on a string to the SENEX on the other end of the line and will loose faith in yourself and your dignity will be demolished. Those that care about themselves, their reputations, and mental health will leave within a couple of weeks. Still feel like pursuing that George S. May interview?

Back to prospective clients: If you are sold by the "Analyst" and consider letting their "Management Consultants" in your business to "turn things around", God help you. Before you do however, be smart. Ask for every consultant's resume, especially the "Project Director's". Again, you may succeed only to find out that more than one is inexperienced and lacking true credentials.

They will offer a 2 to 1 return on $$ spent and will "guarantee" to increase your "fill-in-the-blank" (lets say, 'revenues') by "15%" while they are there preparing "marketing" strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000. You may eventually run out of money or become wise to the generic nature of the "strategy plan" they are developing and ask them to stop. They'll say "we are not done; the 15% we previously discussed will not be realized because you are stopping us short".

True, but how unethical. Think about it, $50,000 spent on a "marketing strategy" that is half completed. You'd be better off stuffing "SALE" fliers in mail boxes or putting them on windshields. The goal is to make you sign an agreement that allows you to "stop" the consulting at the end of any day. George S. May will send as many people as they possibly can to charge as many "man hours" possible at a rate of almost a $200/hour. Beware; EVERYTHING they produce is canned, preformatted, fill-in-the-blank, and general in nature.

This stuff is worthless and they will charge you about $5,000 to $10,000 a day to produce and print it from their laptops. They'll ask a ton of questions and then fill in the answers from the prefabricated files in their computers. They have literally hundreds of business plans, policy manuals, job procedures, and accounting schemes that are in a generic menu to choose from. This list contains solutions to business problems on every known issue for all industries. All they do is input data and print the completed template. Also, most of these "consultants" have been bookkeepers in another career that failed for whatever reason too.

http://www.ripoffreport.com/view.asp?id=98372&view=printer

Rip-off Report.com - badbusinessbureau.com

Lastly, if you are reading this and George S. May's consultants are currently in your business charging you a fortune per man hour, and you feel you have been taken, DO NOT GIVE THEM A 100% SATISFACTION LETTER! IN FACT, DON'T SIGN A DAMN THING! They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless. Ask them nicely to leave once again and they will probably decline if a letter is not given to them. From that point, consider it trespassing and call law enforcement to escort them off the premises. Do not succumb to any promises given by these "consultants" and do not pay them again. Without a "Satisfaction" letter, they have not a leg to stand on in a court of law. Even better, immediately file a report with the BBB and the Attorney General of your state. They will be quick to satisfy any complaints from these two entities as they are the first sources business owners will go to when researching George S. May. You may recoup funds already paid to them for "services rendered" but it may be slow to come.

On a personal note, I recently had a close friend of mine allow George S. May into his business. He was sold on their services by a slick "Analyst" and paid for "Management Consultants" over a six day period. He spent over $50,000 and has gotten nothing operationally tangible as a result. Unfortunately, I didn't hear of this until it was too late and the "consultants" are now gone and off to the next unsuspecting business owner. He is holding worthless pre-formatted manuals and has been taken for a very expensive ride. Not to mention, I was also defrauded by the company as an employee too. I've recently left, on good terms I might add, and finally gained my self confidence and self esteem back though it has taken many months. That is why I've taken the time to write this report. If I can make just one prospective client or employee stop to reconsider George S. May and what they really represent, then my words have succeeded and my conscious is clearer because of it. Good look to all of you and heed the advice given to you in this report.

Please let me know if I've helped and post your comments below....

Andrea - El Paso, Texas
U.S.A.

## **Rebuttal** Consumer Comment

Submitted: 7/27/2004 3:14:50 PM
Modified: 7/27/2004 11:51:38 PM

## Michael we're getting quite a list of names

Michael, since the time that I have posted my letter on Rip-off Report, I have been contacted by several Ex-clients just like yourself. They have paid an outragous amount of money and was left with a binder or 2 full of documents that are of no value to them or their business. All the businesses that I have have spoke with have the same problems as us.

GSMIC 0068

Rip-off Report.com - badbusinessbureau.com

http://www.ripoffreport.com/view.asp?id=98372&view=printer

## This information did not originate from me

### Rebuttal REBUTTAL employee
Submitted: 8/17/2004 6:54:11 PM
Modified: 8/18/2004 12:48:42 AM

Jolene - Ogden, Utah
U.S.A.

What if you know for a fact that there program they sell you will not work for your company? In our opinion a refund is in order. I would love the opportunity to speak with you. Please visit the complaint station for my contact information.

There is not a reputable company on this planet that I know of that offer a service or a product that they do not warranty or refund if the customer is not satisfied. The only option you have with GSM is to let them back into your business. Well what if you have no confidence in them or there abilities?

In our opinion, they have had 78 years to perfect the way that their contract is written so that every loop hole is covered if you are not satisfied. Alot of these ex-clients put the blame on themselves for making a stupid business decision but in our opinion we feel that it is time that GSMIC takes responsibility for preying on businesses that are reaching out for help,but in turn are victimized by this preditor company.

They will also make it sound like it's a life or death situation if you don't get them in your business right now. They pressure you to make a quick decision, they don't want to give you time to think about it or research anything. I wonder why? That's also why they have you wire the money to them, they know that when you figure out what you just bought is of no value you will stop payment.

You have to remember if these are new employees of the company they are also victims. I have also spoken with several ex-employees that are left with very high phone bills and charges on ther credit cards that they cannot get paid for. But if they have been there awhile and know that what they are doing is not going to help these buisnesses and that it's all a bunch of lies and deception then they become excellent con men.

Cash flow, employee, working capital problems etc. Like you said, you didn't need GSMIC to tell you this. In fact Michael, they are not even good salesman. In our opinion, at first they are unsuspecting, good hard working people that GSMIC has hired to do ther dirty work. And when they finally figure this out they quit, and it doesn't take very long.

Rip-offReport.com - badbusinessbureau.com

To whom it Concerns:

It has come to my attention that someone with access to my email accounts as well as personal information about me has posted comments on this website. This information did not originate from me nor does it represent in any shape, form or fashion my opinion of the George S. May International Company.

I am a Consultant with George S. May International Company and most vehemently deny the comments posted on this website. I am proud to work for and with the people of George S. May International Company and believe that the company provides services of the highest caliber to its clients. I know this to be true because I have been personally involved in more than 50 successful client engagements and I know the level of commitment both the company and the vast majority of its employees have to providing the highest client service possible.

Thank You,

Staff Executive
George S. May International Company

Shawn - Atlanta, Georgia
U.S.A.

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

**"If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report.

http://www.ripoffreport.com/view.asp?id=98372&view=printer

Feel free to send us suggestions and    Technical questions can be    Best if viewed with Netscape 4,    If you are having trouble submitting    Having trouble searching or filing a

Rip-off Report.com - badbusinessbureau.com

comments to our editorial staff

addressed to our webmaster.

Internet Explorer 4, or AOL 4.0, Support for JavaScript is needed to submit and search for reports.

via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

http://www.ripoffreport.com/view.asp?id=98372&view=printer

GSMIC 0071

Rip-off Report.com - badbusinessbureau.com

**☞by consumers, for consumers**

**R I P - O F F**

**Report.com**

a service of
badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

| Home | FILES | Search | E-mail |

Submitted:
7/23/2004 7:43:48
AM
Modified: 7/28/2004
12:13:57 AM

George S. May International Company GSMIC WARNING: DO NOT BE
SCAMMED! PLEASE READ THIS IF YOU ARE PROSPECTIVE CLIENT OR
EMPLOYEE OF GEORGE S. MAY! Park Ridge Illinois *UPDATE EX-employee
responds ..Andrea, RIP-OFF Report is SAVING AMERICA from this company!
Thank You, Rip-off Report!

Category:
Corrupt Companies

Company
George S. May - George S. May International George S International Company
GSMIC

Address:
303 S. Northwest Hwy
Park Ridge Illinois  60068
U.S.A.
Phone:
800-9993020
Fax: 847-8257937

I sincerely hope that you have 'Googled' your way to enlightenment concerning George S. May International, the world-
wide consultant company based in Park Ridge, IL. Internet search engines have finally beaten a path to a truer picture

GSMIC 0072

of this company and how they really operate. Please consider carefully what you are about to read because it may be the best advice anyone has ever given you.

First, my intention in filing this report with Rip-Off Report.com is to basically warn EVERY prospective client interested in retaining George S. May's services, in any capacity, of their unscrupulous nature. I will outline their general methods of conducting business so you can make an informed and intelligent decision as to their true intentions and expertise. Second, I also want to provide those individuals out there responding to job advertisements placed by George S. May with information concerning their training program, existing personnel, and overall pressure tactics. I ask that you keep an open mind and consume this information with utmost earnestness; it is coming from someone who was an 'insider' to George S. May's overall operations.

Why did you seek the internet for answers concerning George S. May? Probably because you are a bright, intelligent, and diligent individual that researches everything before making a decision. Did you know that six months ago your Google/Yahoo search would not have yielded this website and the information contained herein? In fact, a search from January of 2004 would have probably yielded about a thousand hits on job ads placed by George S. May all over the country. They are constantly seeking fresh applicants because of the massive amounts of turnover they experience on a weekly basis. But more importantly, by design or not, they've been able to hide from knowledge seekers like you because of these numerous job ads. Apparently, Rip-Off Report.com has enough presence and/or prestige on the internet at this time to rise above the job ad 'camouflage' of George S. May and the truth about their organization is finally being disseminated to the public. That is why I am telling my story.

I was hired as an "Executive Analyst" in their "Survey" department no too long ago. I must say, the interviewer was slick. Without using specific names, I can say he was a company "SENEX" (Senior Executive); very professional and probing. He stated that most analysts make at least $80K/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They "hire" 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field, 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 "Executive Analyst" positions in Chicago per year; and that's only ONE department.

They have 4 departments (using general terms): sales (the guy who initially walks in the door and offers to have your business "analyzed" for $250 - $700), survey (the "analyst" that shows up with a black manual and his/her laptop and conducts the "survey"), management consultants (usually 2-5 people charging $200+/hr for each "man hour" worked. These are the people that show up after the analyst sells you on their glorified services), and administrative (mostly "SENEXES" belonging to a "Management Council" at corporate headquarters; more about this group later).

The attrition experienced by these departments (excluding administrative staff) is even greater because they are inherently twice to three times as large as the survey department. They have two training facilities: one in Chicago and

one in Las Vegas. That equates to approximately 10,000 employees that filter through the organization in ONE year. And this estimate is conservative compared to others you will see while researching information on this company. You see something wrong with this picture yet? What reputable company goes through this many people a year?

I attended their 10-day training class for their "Executive Analysts" in Park Ridge (Chicago), IL and was taught the art of acting and memorization. EVERYTHING IS SCRIPTED FOLKS! The black manual all analysts carry with them is full of talking points, notes, and scripts learned from training class. Ask to look through it and just see what kind of response you get.

If you are a prospective client, ask for a resume from the Analyst immediately upon his/her entering your business. It will not happen 99% of the time. But, after a dozen frantic calls to "corporate" by the frazzled Analyst, you may succeed in obtaining a resume only to find a lack of a college education. Or, you may find that the individual standing before you is an English major with a biology minor but had one hell of a sales career before George S. May. More than half of their "Analysts" have never seen a balance sheet or an income statement before training class. Most have absolutely no clue how to run a business either.

Nevertheless, scripting starts by the "Analyst" at the initial interview with the "decision makers" of your firm (usually first thing in morning). The most important and obvious question asked in this meeting will be your "cash position" from your balance sheet. From their, information from your financials will be obtained and transferred electronically via their laptop to the "SENEX" who is wringing his hands in Chicago. And that's when the calls to the "Management Council" start.

By the way, it's not a "Council" at all. It's one guy behind a desk in Chicago waiting to find out what your financial position looks like so he can calculate how many "man hours" you can afford to spend right away.

Again, everything is scripted too during the "Survey". Demand that ALL calls by the Analyst to the "Management Council" be made via speaker phone and see what response you get once again. I'll give the Analyst 5 minutes before he is standing outside the back door of your business calling his SENEX with a cell phone and sweating profusely. It's through the privacy of a hand-held phone line that the "SENEX" instructs the Analyst on what to say, how to act, what inflections to use, and most importantly, how to demean you (the business owner) in the first call. Don't fall for this theatrical event!

As a business owner, you need to be VERY concerned about how an inexperienced "Analyst" conducts his interviews with your various managerial staff too. Questions can easily lead to mistrust and paranoia by your staff. Moreover, the "Survey" an Analyst will conduct is totally fraudulent and will do more harm to your operations than good.

The survey "questionnaire" is basically a psychological tool to warp the mind of the owner(s) of the business. It is

Rip-off Report.com • badbusinessbureau.com

used to highlight everything wrong with businesses across the board in most industries. It's generic and fill-in-the-response you get.

One section of the "Survey" asks for written responses from each employee. Imagine what disgruntled employees will say about "the boss" on paper if they are told it's an "anonymous" questionnaire. The Analyst's job is to read the responses to the owner(s) and beat you down with them. It can be an eye opening and very embarrassing experience for you. The damage is done however. Your employees will now become empowered and structure can disintegrate within a day. Believe me; I've seen owner's loose control of their employees while the "Analyst" is still on the premises. Just remember, EVERYTHING the "Analyst" performs in your business is either a show or a grand script. Watch how many times they check and/or ask questions about inventory sitting in your warehouse. They've been instructed to constantly "look busy" while in your business and your warehouse is the best place for this "busy" activity.

By the way, they are also instructed to expose and then exploit the problems associated with your business. EVERYTHING that you offer as problems within your business will be used against you later in the nth degree. Denigration is the name of the game. They want to make you feel inadequate as hell as an owner and operator. It's a farce so beware.

As a side note to prospective employees; you will be placed in the filed by yourself the very next day after training is over. Think you'd be ready? Try again! It's mental torture. Their concept is to keep you moving constantly. They say 5 days a week but it eventually becomes 6; mark my word. They will promise that an "X" contract (top of the pay scale) is within your grasp but it's a carrot. 95% of all Analysts hired will never see it happen.

Also, the other benefits they sell to prospective employees, i.e. insurance, profit sharing, etc., are worthless. Again, most people leave within the 90 day probationary period so don't be pulled in by the benefits! Additionally, you will be forced to use your personal credit cards for non-reimbursable charges for room, board, and rental cars. After three weeks of service, if you make it that long, they soon start gradually holding back commissions and a token per diem to string your service along. The hotels are sub par; especially in the rural areas of the US. And since it's you paying for them, eventually, you will succumb to being frugal and will rationalize sleeping in places that would have made you vomit a month before you knew anything about George S. May. Worst of all, you are forced to do things that are dishonest, reprehensible, embarrassing, deceitful, devious, and defrauding. People without a conscious do very well with this company!

You will become a puppet on a string to the SENEX on the other end of the line and will loose faith in yourself and your dignity will be demolished. Those that care about themselves, their reputations, and mental health will leave within a couple of weeks. Still feel like pursuing that George S. May interview?

http://www.ripoffreport.com/view.asp?id=100195&view=printer

Back to prospective clients: If you are sold by the "Analyst" and consider letting their "Management Consultants" in your business to "turn things around", God help you. Before you do however, be smart. Ask for every consultant's resume, especially the "Project Director's". Again, you may succeed only to find out that more than one is inexperienced and lacking true credentials.

They will offer a "guarantee" to increase your "fill-in-the-blank " by "15%" while they are there preparing "marketing" strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000. You may eventually run out of money or become wise to the generic nature of the "strategy plan" they are developing and ask them to stop. They'll say "we are not done; the 15% we previously discussed will not be realized because you are stopping us short".

True, but how unethical. Think about it, $50,000 spent on a "marketing strategy" that is half completed. You'd be better off stuffing "SALE" fliers in mail boxes or putting them on windshields. The goal is to make you sign an agreement that allows you to "stop" the consulting at the end of any day. George S. May will send as many people as they possibly can to charge as many "man hours" possible at a rate of hundreds/hour. Beware; EVERYTHING they produce is canned, preformatted, fill-in-the-blank, and general in nature.

This stuff is worthless and they will charge you about $5,000 to $10,000 a day to produce and print it from their laptops. They'll ask a ton of questions and then fill in the answers from the prefabricated files in their computers. They have literally hundreds of business plans, policy manuals, job procedures, and accounting schemes that are in a generic menu to choose from. This list contains solutions to business problems on every known issue for all industries. All they do is input data and print the completed template. Most of these "consultants" have been bookkeepers in another career that failed for whatever reason too.

Lastly, if you are reading this and George S. May's consultants are currently in your business charging you a fortune per man hour, and you feel you have been taken, DO NOT GIVE THEM A 100% SATISFACTION LETTER! They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless. Ask them nicely to leave once again and they will probably decline. From that point, consider it trespassing and call law enforcement to escort them off the premises. Do not succumb to any promises given by these "consultants" and do not pay them again. Without a "Satisfaction" letter, they have not a leg to stand on in court. Even better, immediately file a report with the BBB and the Attorney General of your state. They will be quick to satisfy any complaints from these two entities as they are the first sources business owners will go to when researching George S. May. You may recoup funds already paid to them for "services rendered" but it may be slow to come.

I recently had a close friend of mine allow George S. May into his business. He was sold on their services by a slick "Analyst" and paid for "Management Consultants" over a six day period. He spent over $50,000 and has gotten

Rip-off Report.com - badbusinessbureau.com

nothing operationally tangible as a result. Unfortunately, I didn't hear of this until it was too late and the "consultants" are now gone. He is holding worthless pre-formatted manuals and has been taken for a very expensive ride. Not to mention, I was also defrauded by the company as an employee too. I've recently left, on good terms I might add, and finally gained my self confidence and self esteem back though it has taken many months. That is why I've taken the time to write this report. If I can make just one prospective client or employee stop to reconsider George S. May and what they really represent, then my words have succeeded and my conscious is clearer because of it. Good look to all of you and heed the advice given to you in this report.

Andrea
El Paso, Texas
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May - George S. May International George S International Company GSMIC, please use the search box below

George S. May - George S. May International Georg   [ Search ]

In order to assure the best results in your search:

* Keep the name short & simple, and try different variations of the name.
* Do not include ".com", "S", "Inc.", "Corp.", or "LLC" at the end of the Company name.
* Use only the first/main part of a name to get best results.
* Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

## Rebuttal UPDATE EX-employee responds

Submitted: 7/23/2004 9:12:48 AM
Modified: 7/23/2004 11:35:40 AM

## Andrea, RIP-OFF Report is SAVING AMERICA from this company! Thank You,

## Rip-off Report!

Wow if I am not mistaken you had six deals in a row and were promoted to SENEX within a few weeks of being on staff.

http://www.ripoffreport.com/view.asp?id=100195&view=printer

**Rebuttal** UPDATE Employee ..inside information

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

Jenette - El Paso, Texas
U.S.A.

If you have comments on the report filed above, I'd love to hear from you; [Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]
I sincerely hoped it helped.

## PLEASE ADVISE ON GEORGE S. MAY REPORT ABOVE

Submitted: 7/23/2004 9:43:46 AM
Modified: 7/23/2004 11:36:59 AM

**Rebuttal** REBUTTAL employee

Ripoff Reports filed and they said thank you to badbusinessbureau.com

Chet - Los Angeles, California
U.S.A.

Search Rip-Off Report using only George S May and all 17 reports should show up.

RIP-OFF Report is SAVING AMERICA from this company!

Join the internet support groups that have formed and help get this company to give back the lifes of hard working Americans!

We were all very excited to see a young lady do so well so fast but like you report no one makes it. I lasted 4 months and have to agree with you on every point you made.

If you are the same person from the same city you helped my class out with our pitch books at the hotel one night.

Rip-off Report.com - badbusinessbureau.com

Submitted: 7/23/2004 2:20:35 PM
Modified: 7/23/2004 11:05:22 PM

# TO "CHET" CONCERNING GEORGE S. MAY

I've noticed you are very prevalent in responding to Rip Off Report.com's various entries regarding George S. May. I'm curious. I trained with a "Chet" in Park Ridge last year (2003) around April. We were trained by Ms. Gill for 9 days and Dave (the SENEX) for one day. Remember, there were two of us from Alabama. If you are the correct "Chet", we even talked a couple of times via cell phones in the field. Is it you?

Regardless, I appreciate this forum immensely. I felt ashamed of what I did with George S. May during the entire time I was there, as I'm sure you did as well. That's exactly why I quit too. The deception and lying were tearing me apart and my conscious weighed heavy on my soul.

I'm glad past clients and employees are stepping forward to reveal the truth though. It's just a matter of time before Rip Off is overwhelmed and inundated with such notices of George S. May's fraudulent practices. Thanks to Rip Off Report.

This entire story of George S. May International Company's deceptive behavior is 60 Minutes bound for sure.

Mr. - Muscle Shoals, Alabama
U.S.A.

# Rebuttal UPDATE Employee ..inside information

Submitted: 7/25/2004 3:00:05 PM
Modified: 7/25/2004 5:25:50 PM

# ADDITIONAL NOTE TO THOSE CONSIDERING WORKING FOR GEORGE S. MAY - BEWARE!

As a George S. May employee, the good thing is they hardly ever fire anyone. There's no need, people leave on their own on a daily basis within this company. Besides, they do not take a chance on exposing themselves to lawsuits consisting of discrimination, harassment, and unemployment considerations. Once you quit, their risk of liability ceases. Moreover, if you don't perform well, they just stop assigning you to jobs. And most employees with May are paid via commissions. Thus, eventually, you'll have to leave (resign) for lack of pay. Please be careful people, they

http://www.ripoffreport.com/view.asp?id=100195&view=printer

Rip-off Report.com - badbusinessbureau.com

pray on those that have recently lost their job for whatever reason, i.e. workforce reductions, layoffs, even failed self-employed individuals. A desperate out-of-work person is their workforce niche. If you are currently suffering from unemployment, please do yourself a favor, drop your interest in George S. May immediately and continue to seek work elsewhere. And if you are currently employed looking for advancement, George S. May is not a stepping stone. In fact, having George S. May on your resume as a past employer can be more detrimentally debilitating than helpful. Potential employers in most industries see it as a reflection of desperation and a character flaw (unless of course you want to peruse a career in telemarketing or used car sales). Be careful with your choices of opportunities, please!

Andrea - Muscle Shoals, Alabama
U.S.A.

# Rebuttal Consumer Comment

Submitted: 7/27/2004 6:41:26 PM
Modified: 7/28/2004 12:13:57 AM

## Beware of these crooks!

Finally somebody has put in a concise form what these crooks do. From where I was, as a consultant, the only thing the Senex cared about was the TIMELY AND COMPLETED COLLECTION. They were never interested in anything else, and had no clue how the project was evolving.

Sure they loved playing like little men, making the staff wait at hotels, airports, for assignments, for payroll adjustments and corrections. This was 'fun' for them. It kept them in control. For those of you who are still employed there, the only thing these guys will ever understand is the formation of an employee's union. And why not, if any bunch of crooks needed to be unionized this is it. They are major employee abusers.

For the victims of these crooks, get together! Group action will bring them to heel. For those of you about to become victims, you can stop them cold.

Andrea has given everybody an insight that is thorough, concise and complete. You should all tell your stories on the venues that have been provided to help put an end to these crooks.

Steve - St. Dorothee, Quebec
Canada

Rip-off Report.com - badbusinessbureau.com

# REBUTTAL BOX

## MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is needed to
submit and search for reports.

If you are having trouble submitting
via our JavaScript form such as Web
TV users, please use our Non-
JavaScript form.

Having trouble searching or filing a
report? It may be a browser problem.
See our FAQ for help

Technical questions can be
addressed to our webmaster.

Feel free to send us suggestions and
comments to our editorial staff.

http://www.ripoffreport.com/view.asp?id=100195&view=printer

GSMIC 0081



CLICK
HERE



About the ads below...

✉ E-mail to a Friend
🖶 Printer Friendly Version

Category:
**Business Consulting**

Submitted: 6/25/2004 3:10:58 PM
Modified: 7/9/2004 11:52:53 PM

## George S. May International Company Rip-off Reports are true -- hope President Kushnir will keep his promise. Park Ridge Illinois *Consumer Suggestion ..NAMES please

Company
## George S. May International Company
Address:
**303 S. Northwest Highway**
**Park Ridge Illinois 60068-4255**
**U.S.A.**
Phone Number:
**800-999 3020**
Fax:

We are hoping that the notice that George S. May President, Israel Kushnir placed on this website in October of 2003 is something other than an attempt to mitigate the poor publicity the company has received on this and other internet sites.

In the notice Mr. Kushnir stated that the GSM board had directed him to resolve complaints lodged by dissatisfied clients that may include a full refund. We are going to test this. We will be asking for a refund.

Here is our story:

IT'S ALL TRUE!!

Our experience was very similar to those reported on this website. We were deeply disappointed with our experience with GSM. As reported here and other sites, we signed up for the $350 analysis and heard the doom and gloom of the report. We also experienced the telephone coaching by an offsite GSM rep as reproted on this and other sites.

🗵 eBay's Half.com:
Digital Cameras
$99 & up

We were given an estimate that our project would take aproximately 255 hours. We agreed to it because we sincerely believed we would benefit from the massive experience GSM had in consulting clients like us. The very next day three folks showed up at our door. Like others, we didnt know what to expect. Like others, our

GSMIC 0082



⊠ Sign Up Now!

consultants had very little experience in our or any other industry. Like others we received no benefit from the services. Like others we experienced unprofessional behavior. Like others, our cash resources were severely impacted. Like others we were bitterly disappointed with our experience.

We blame ourselves for making a very poor decision. We spent nearly $100,000 (more than twice the estimate given by GSMIC at the time) and received nothing of benefit. Company morale plummeted, key personnel left impacting our client base and our sales revenues. Because of a conflict with the GSM reps, a top sales person quit basically saying that if we were stupid enough to employ GSM he didn't want any further relationship with us. He went to one of our competitors and systematically attacked our customer base. As mentioned above, our cash flow was significantly impacted creating problems with supplier discounts and inventory capabilities.



goHotelRooms

Discount Hotel
Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements

The audit was a nightmare. Midway during the service period (mostly June of 2000) we actually fired GSM due to one of their consultants emotionally erupting at one of our employees. The GSM expert consultant stood in the middle of our office and screamed at one of our employees. The next day a GSM higher up visited us to beg for reinstatement. He apologized for the crazy behavior of the consultant and offered us a substitute consultant for the crazy guy. The new consultant was identified as the most experienced of the consultants in the region (we later found out that the new consultant had less than one year of service and left the company immediately after our experience with him). We reluctantly agreed to continue with the services.



⊠

Upon conclusion of the services we received a generic consulting report full of boiler plate. After reading through it the first and only time it has sat on a shelf gathering dust of absolutely no benefit to our organization. We expected implementation of programs and processes that would improve our operations. Instead we got decades old advice not necessarily relevant to our situation.



4
Design44

Does your Web site
bring more business?

Design44
for expert
Web Design,
Graphic Design
Web Development

As stated earlier - we are going to test Mr. Kushnir's offer. We will be sending Mr. Kushnir a request for a partial refund. We will not be asking for the full amount of the fees. We did authorize the services and we accept our responsibility for making a poor business decision. The estimate we received was for approximately $42,000 in consulting services which we committed to. Add expenses to it for two highly experienced consultants for a month and you have another $8,000 at the most. We will be asking for a refund of $50,000. We think this is fair to both parties.

Hopefully, we will be speaking with Mr. Kushnir within the next week.

As we see it -- he can use the defense that we authorized the services (we did) and that we signed a satisfaction letter (we did -- just as so many others have reported they had to sign a letter to get the GSM folks off of their property.)

Our response is that we expected to pay about $40,000 v. the final cost of $100,000, that we expected to benefit from the services and that we were so glad to see them leave we didn't think about not signing the letter.

Another defense he may use will be that we authorized every wire transfer and that we should have been aware of the mounting costs. (we did authorize the wire transfers). Our defense is that we believed that we would benefit from the services which in fact we did not. We expected to receive guidance on how to implement the changes we needed to make to improve our operation. We didnt get it.

We were deeply disappointed with our consulting report. We had no idea that our consulting report would not be customized to our specific situation but was simply a compilation of "boiler plate" -generic business advise that you can get at any

bookstore for $19.95.

He can also use the "let us send consultants back in" defense that has been reported on this website. This is not acceptable to us for a number of reasons: A. GSM charges expenses for this remedy B. We have absolutely no faith in their abilities C. The rest of our employees will leave us if GSM darkens our door again.

Another defense will be the amount of time that has passed of nearly four years. We think this is a non starter. It is true that we should have done something about how dissatisfied we were earlier but we really did not want to have any contact with GSM of any kind. The amount of time that has passed has not changed our experience with GSM in anyway. It was only after Mr. Kushnir's notice on this website that we were stirred to action.

OR -- he could do the right thing and send us a check for $50,000. So let's take a poll --- what course do you think Mr. Kushnir will take? We are hopefull but not optimistic. He could surprise us?

We will let you know!!

Bruce
Ogden, Utah
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below

| George S. May  International Company | Search |

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA?s.*

Click here to go to our *advanced search* page.

## Rebuttal Consumer Suggestion
Submitted: 6/25/2004 5:16:17 PM Modified: 6/26/2004 12:41:14 AM

## NAMES please

Your company had this wolf at the door.

How can anyone contact you if you do not give your company name? Jolene Ogden, Utah needs to talk to you call.

Jolene - Los Angeles, California
U.S.A.

## Rebuttal Consumer Comment
Submitted: 6/26/2004 5:43:26 PM Modified: 6/27/2004 12:12:59 AM

## You two should get together!!! Fight George S. May International/GSMIC

These people are big crooks. I think that when they give you garbage work, and charge you cadillac prices, they deserve to be dealt with.

You two should talk, exchange your telephone numbers, compare the content of your projects to see if you both got, by chance, the same boilerplate.

And then you can fight these crooks!...They steal from their clients and from their employees!

Thanks RipOff Report for the exposure these George S. May International/GSMIC crooks are getting
!

Steve - St. Dorothee, Quebec
Canada

## Rebuttal Consumer Comment
Submitted: 7/8/2004 7:00:12 AM Modified: 7/8/2004 5:16:26 PM

## George S. May recruitment tactics

About the same time that Bruce engaged George S. May I was being recruited by them. I was signed up for a 10-day training class at a hotel in Chicago. The schedule implied that classes went well into the evenings and through the weekend.

I was told to have bags packed as I would be leaving directly from class on the last day, Sunday, for my first assignment. We were to be trained on how to perform the $350 study Bruce referred to, and to produce proposals for the follow-on work -- such as the $40K audit.

We would travel to two clients per week and were expected to close half of them. As I read the sales plan it was clear that this was a very low paying position until you put in at least 6 months to a year. I got the impression that the company resembled a pyramid scheme, with the company expecting that most recruits will burn out within a year and be replaced by a fresh crop of new hires at the low end of the commission plan.

I also did some checking and found out from someone that they are a "churn and burn" operation. Finally, when I decided to cancel out of the Chicago class, I got a phone call on a Saturday from a manager at George S. May who was very adamant that I attend. He used high pressure tactics and did not sound at all like a consulting manager. I refused to attend the class and two months later was hired by a big 5 consulting firm as a manager.

Given their recruiting tactics I am surprised that I have not seen more reports from unhappy clients or employees. Bruce's report seems consistent with my impression of the company. I also think that their recruiting tactics and sales plan drive away good consultants.

I am not implying that you need to pay big 5 prices to get big 5 talent. I started my own IT services company 18 months ago and was able to recruit many highly talented consultants to work as independent contractors. They get the bulk of the billings, and the result is that they and the clients are very happy. Check references and try a Google search on the company giving you the proposal. I hope you get your refund!

Steve - Cleveland, Ohio
U.S.A.

## Rebuttal Consumer Suggestion
Submitted: 7/8/2004 9:46:16 PM Modified: 7/9/2004 12:02:53 AM

### Jolene give me a number and I will be glad to call you.

Jolene,

For a specific reason I have not included any telephone or contact information with the report. If you will give me a telephone number and a time to call you I will be delighted to touch base with you.

Bruce

Bruce - Ogden, Utah
U.S.A.

## Rebuttal REBUTTAL Owner of company
Submitted: 7/9/2004 6:16:53 PM Modified: 7/9/2004 11:52:25 PM

### Bruce please contact me ASAP

Bruce I have recieved your e-mail and am eager to speak with you. Call me anytime at [DELETED].

Jolene - Ogden, Utah
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

---

**REBUTTAL BOX**

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---

[x] Click here for your favorite eBay items

☒ Naspter, a million+ tracks

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright





✉ E-mail to a Friend
🖶 Printer Friendly Version

Category:
**Accounting**

Submitted: 6/6/2003 5:01:24 PM
Modified: 6/27/2004 11:35:22 PM

# George S May International Company ripoff deceptive company abused & mistreated just high pressured sales people camouflaged as Business Analyst Park Ridge Illinois *UPDATE Employee ..inside information ..George S. May 100% guarantee and 2:1 savings ..what the Company verbally gives you is not what you think

Company
**George S May International Company**
Address:
**S. Northwest Hwy**
**Park Ridge Illinois 60068**
**U.S.A.**
Phone Number:
**847-825-8806**
Fax:

BeWare ALL Small to Medium-Sized Business Owners:

George S May will sucker you into providing a 2 day business Study for $350. What this translates to is 1 or 2 individuals coming to your company, probing into all your financials, followed by applying such high pressure sales tactics to sign a contract in the amount of $158 per man hour plus travel, lodging and expenses ($40,000 PLUS)because if YOU don't get their crew in that NEXT day, you will be in financial ruin in days. Literally. In Days. Yes, again, Repeat, $40,000, plus.
2 Representatives, 1 project mgr plus all expenses, which do not include copies to kinkos, atty's fees (need to be inc. you know) etc.

In the event that you do not sign their evaluation form (its a CONTRACT) they progress to insulting, yelling, such rude behavior, it is absolutely incredible. Oh! Did I not mention the fact that THEY DON'T LEAVE! Because if You refuse and refuse and refuse..., the 210 plus manhours, they have another evaluation form (aka CONTRACT) for 1 day in the amount of $3,792 ($158 per man hour for 3 people) Plus Expenses which they'll never document on paper, Just Reasonable Expenses.

GSMIC 0088

This company is a TOTAL RIP-OFF from the time they arrive until you have to physically remove them. Did I mention the fact that they don't know poo about accounting practices. These guys are just high pressured sales people camouflaged as Business Analyst. They are
at your place of business to get you to sign a thousands of dollars contract Period.

STAY AWAY FROM THIS ORGANIZATION. We refused to sign and we were insulted, screamed at, yelled at, it was deplorable.

MI
City of Industry, California
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S May International Company, please use the search box below

| George S May International Company | Search |

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA?s.*

Click here to go to our *advanced search* page.

## Rebuttal UPDATE Employee ..inside information
Submitted: **10/18/2003 11:44:26 AM** Modified: **10/18/2003 10:19:32 PM**

## George S. May 100% guarantee and 2:1 savings ..what the Company verbally gives you is not what you think

A 100% satisfaction guarantee that the George May Company verbally gives you is not what you think.
Under no circumstances you get your money back. What you receive is more of the same consulting without charge. When you reach this point, you just want to have the consultants leave, even if they offer to stay for no charge.

A 2:1 reduction in expenses that is verbally promised by the George May Company is not what you think. The savings does not actually take place while the consultants are at your business, but at a future date. When these normally bogus savings do not appear, you do not get your money back, but you may be offered more consulting at no charge. At this point you do not want them back.

The above techniques are taught to employees to overcome sales objections. Even if they address the above in writting, the orginal contract states that only items within the contract are binding.

BUYER BEWARE

Chuck - Park Ridge, Illinois
U.S.A.

## Rebuttal UPDATE EX-employee responds
Submitted: **3/29/2004 6:03:25 PM** Modified: **3/30/2004 12:17:54 AM**

GSMIC 0089

## NO YOU DO NOT GET ANYTHING FREE even with the guarantee!

Hold on if your not happy with ANY of the work done by George S. May International Corp. you are TOLD they will come back "OFF the CLOCK" but NEVER free. If you ask them to come in and make you happy after you find out that all they did in their consulting was to drain your bank account.

You have to PAY the travle EXPENSES inbound / outbound, hotel fees, rental cars while at your location plus $35.00 to feed the consultants.

When is "off the clock" free? NEVER with George S May!

George S May A TOTAL RIP OFF from all aspects.

Chet - Los Angeles, California
U.S.A.

## Rebuttal Consumer Suggestion
Submitted: 6/27/2004 12:27:37 AM Modified: 6/27/2004 11:35:20 PM

## Call us....Thank you RIP OFF REPORT!

We need your help we want our life back, money back! If you have been duped by this company please cal us [DELETED]for more details!

HELP! log onto [DELETED]for more or this web site and help us get our money back! PLEASE post your names and contact information we have a growing list that may bring this company to a place where they no longer think it is okay to charge $50,000.00 for a $1.00 blue note book.

Thank you RIP OFF REPORT!

Ripoff Reports filed and they said thank you to badbusinessbureau.com

Jolene - Ogden, Utah
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report

GSMIC 0090

Feel free to send us
suggestions and comments to
our editorial staff.

Technical questions can be
addressed to our webmaster.

Best if viewed with Netscape 4,
Internet Explorer 4, or AOL 4.0.
Support for JavaScript is
needed to submit and search for
reports.

If you are having trouble
submitting via our JavaScript
form such as Web TV users,
please use our Non-JavaScript
form.

Having trouble searching or
filing a report? It may be a
browser problem. See our FAQ
for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 Rip-off Report.com

# George S. May International Company ripoff Do Not Work For These People Park Ridge Illinois *Consumer Comment ..Owner of George S. May Company child pornography and other heineous crimes

Category:
Corrupt Companies

Company
George S. May

Address:
303 Northwest Hwy
Park Ridge Illinois 60068
U.S.A.

Phone Number:

Fax:

Having just recently completed the worst six months of my entire life's career as an Executive Analyst with the George S. May Company I finally feel empowered to join in with others in speaking out against this horrible company.

I too lasted far longer than anyone in my class (six months) and can attest to the accuracy of all that has been posted and rather than rehash the postings I wish to address one question that I have seen posted with great regularity: why don't more ex-employees come forward?

Let me give you some personal background before I dive into my response. I am probably the typical GSM recruit. I had a degree in business. I had succeeded in reaching the officer level in a fortune 500 company and I had "the look," the white shirt, dark suit, polished shoes, expensive watch and the graying temples that just screamed integrity and knowledge. Oh yeah...and I had been laid off from my $100,000 plus position due to downsizing, and for the first time in my life had been forced to really look for a job (incidentally, GSM is just one of the predators that are out there waiting to talk to displaced executives that happen to be over 40 years old and scared, just search for the Haldane Company on this same site).

After six months of sending out a couple of hundred resumes and getting very few calls of interest from anyone really reputable (see above reference to Haldane) or being told at interview after interview that I was too experienced or wouldn't be happy starting at such a great reduction in salary (truth be told I would have been happy just to work) the

George S. May Company called me. The absolute relief at hearing that "one of the oldest and largest consulting firms in the world" was interested in me and was discussing a position where I could make, "as one of their top performers over $175,000." The more they talked the better it got, my plane fares would be covered and I would receive a per diem to cover my travel expenses, and health INSURANCE!!! I was directed, very carefully, to their website to investigate the position further and then set up with an appointment to meet their recruiter.

If you have actually applied to GSM or have been contacted by them in response to your resume being posted on Monster then you have undoubtedly received the same spiel...I know, because on occasion I was the person calling you up to set the appointment! That's right, even the recruiting call is scripted, and in such a way as to sound enticing without giving too much information. In retrospect, I heard in your voices the same relief that I know I had in mine when I eagerly accepted the invitation to meet with the recruiter (the psychology that these guys use is truly frightening).

I watched the video on the website and realized that this was truly my calling; I was going to be helping small to mid-size business owners get back their dreams! I would be traveling to wonderful locations and meeting with people who have decided they needed the help of outside experts and since I would undoubtedly be one of the top producers I would be paid at the level that I was used to. What could possibly be the downside, right?

Evidently this initial scam works quite well amongst its target market; the desperate displaced executive. In my class we had M.B.A.s, lawyers, bankers, former business owners, Silicon Valley casualties and a couple of young, aggressive wanna-bees that fell for the pitch too. After the well documented training sessions with the inimitable Diane Gill, we were sent out, one at a time/one to a taxi, to travel home before leaving for our first assignment the following week. I probably should have paid a bit more attention to the cab driver that took me to the airport because believe me, he knew more about the company, its turnover rate, and the probability of my failure than I ever did.

I honestly felt, initially, that I was doing good for the business owners that I was calling on. The reality of the small business owner is that many of the ones I met did not have the basic business skills to effectively run (by business school standards) their own operations. I met people who had no idea how to read their Profit and Loss statements, didn't know their profit margins, had employees stealing them blind, truly were heading down the path to bankruptcy and had no one to turn to for help. I was the answer...I followed the script because I knew that, even if the methods seemed canned, the ultimate goal was to get these people the help they needed from the experts that would be following me. I was good...I could make my clients laugh or cry and I was getting closer to attaining that auto pilot attitude where I could mouth whatever "the council" wanted me to say except for one part; how would these people pay for the $40,000 in services that I was telling them they needed?

That's right, I could beat them into submission, get them to admit their faults, recognize that they had to call us in or face certain ruin, I just couldn't buy into the concept that we would take their last bit of cash flow to help them. Not

http://www.ripoffreport.com/reports/ripoff10424.htm

that it mattered to the GSM company; I had Senexx tell me to get them on a certain credit card website to see if they could qualify for a new card to finance the services (at 18% annual interest). I was told to "roll up my sleeves" and call their overdue accounts to see if we could generate enough cash flow to "just get started." It was suggested that they call their families to see if there was a way to pool finances to get us in the door, to cover just one day (so that the next crew could have an opportunity to locate the money for the rest of the contract).

Well, I couldn't do it...oh at first it made sense, after all I was saving them their company, but after awhile I realized that if these people actually had the cash flow to finance our services they probably didn't need us and if they had no money how on earth were they going to pay us?

I also began to question the quality of the "experts" from Management Services that followed me when I began to notice on my commission statements that very few of my jobs actually ran for the full term. Granted there were a couple that did, and a couple that ran over but by and large the vast majority ended very quickly. What was going on after I left? We were forbidden by the company from contacting our clients after we left their premises so I couldn't personally to the Management Services people at the business with the client present),

I found out that these weren't the advanced specialists that we were led to believe them to be...they were simply analysts that couldn't cut it in the field and for whatever reason stayed on with GSM for a while longer. There job was just to print out the boilerplate notebook, eat up billable hours and stay on as long as the client could tolerate them. It sounds harsh I know, but in my mind the one justification for my actions was that I was bringing in experts......yeah...... right.

I got quite a few go aheads but because I was never able to make it to the elusive "x contract," consequently the money was truly negligible. In the time I was there my commissions never went over $22,000, and thats after six full months of heavy weekly travel! I did qualify for their insurance, which incidentally is very good... probably because no one ever gets to use it.

I realized early on that what I was doing wasn't entirely right but I managed to convince myself that it wasn't entirely wrong either and thats when the company psychology kicks in again.... the Senex informed me that I was being considered for a management trainee position!! That's right after just a few short months they saw in me the talent necessary to become a Senex! That would mean I wouldn't have to leave my family every Sunday night, I wouldn't have to stay in flea bag motels, I wouldn't have to drive till two or three in the morning to get to the small town where my unsuspecting victim's business was located. I just needed to play the game a little better, and get a little more ruthless at taking people's money.

Page 4 of 6

Wow, essentially if I gave up all semblance of integrity in just a short time I could be the idiot screaming at bewildered, former professionals reduced to being Executive Analysts! I actually got to shadow these people (Senexs) and believe me they are every bit as intimidated by their higher ups as an analyst is.

The difference is that they know they are selling crap...and for that they can not be forgiven. I was almost willing to make this compact with the devil until a client brought the Rip-off Report to my attention (in a not so subtle way. I might add). I was astonished; this had never been discussed in training, and what made it even more disturbing was that everything I read rang true. The Senex I was working with just had the same, lame excuse cited by others, its just disgruntled ex-employees....even Disney has complaints on this website....don't worry about it, most people will never even read it.

Well I did, as often as I could, and the more I read the more ashamed I became of what I was doing. Here it was in black and white, the whole horrible "act," and not just for me to see but also my friends, my previous co-workers, and my family. Never had I been ashamed of what I did for employment until I joined the G.S.M. International Company.

It has taken some time to admit to myself that I was duped by this ridiculous operation. It took many nights in many "fleabag" motels, many hours sitting bored out of my mind at airports awaiting my next assignment, many holidays and birthdays away from family, and many months of facing virtual financial ruin to realize just how badly I had been had. I can not say that I ever look forward to meeting any of my former clients again because I simply can't face them knowing the economic hardship I undoubtedly put them through.

In a sense this posting has been cathartic....if I can convince one person as to the validity of all that is posted here and persuade them not to work for or hire this company then I will feel that I have achieved something positive from my horrendous relationship with GSM.

Danny
Henderson, Nevada
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May, please use the search box below

George S. May

Search!

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp" or "LLC" at the end of the Company name
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's

Click here to go to our advanced search page.

**Rebuttal** Consumer Comment
Submitted: 8/31/2004 9:05:53 PM Modified: 9/1/2004 1:27:33 AM

## Owner of George S. May Company child pornography and other heineous crimes

The founder of this company has a background of child pornography and other heineous crimes. Some are so bad I don't want to mention them, but I must.

I will be back with more as I check on details. This is so serious, I will check all the facts I have before posting.

Here is what I do have the facts on. He likes to claim to some he is a good Christian to gain the trust of those he will deceive. He flashes the "fish" sign around, which must be some sort of secret Christian signal.

Meanwhile, he offers drugs to junior high school children to get them to engage in sex with each other on tape. He has the tapes in his office. He thinks he keeps the harddrive clean, but some of us have backed up the porn. We are just waiting for the police to show up and we will come forward.

There is some secret porn club of pedifiles at George S. May which involves the office directors. When they have district meetings they watch kiddie porn videos and smoke crack.

These are some really messed up people. More to follow in a few days as soon as I can verify a few things. Party pictures will also be posted.

Dah - Tucson, Arizona
U.S.A.

**Rebuttal** UPDATE EX-employee responds
Submitted: 9/2/2004 10:32:26 AM Modified: 9/2/2004 4:38:44 PM

## Now even for me that is garbage! GSMIC are scammers not criminals

The Owner of the Company is some old lady in California. I think that if you have information about such allegations you should contact the police. They are so outrageous as to a joke.

Don't misunderstand me. These guys are all a bunch of crooks. From the President on down, but I think you have gone too far, if you really believe your allegations, make sure they are investigated, and then let everyone know.

As a business man or as a potential employee, I still recommend that you stay away. These are not ethical people and are a bunch of crooks

Steve - Ste. Dorothee, Quebec
Canada