# EXHIBIT 12

## DECLARATION OF MARY JO BAKER

Mary Jo Baker states the following:

1. My name is Mary Jo Baker. I am a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court in this matter I could and would truthfully testify to the following facts based upon my own personal knowledge.

2. I was previously employed by XCENTRIC VENTURES, L.L.C. ("Xcentric") as a content monitor. I worked for Xcentric in that position since the spring of 2002.

3. In my job as a content monitor, I was responsible for reviewing new postings that were submitted to the website www.RipoffReport.com ("Rip-Off Report").

4. My job was to remove the following information from new postings: personal financial information, credit card numbers, bank account numbers, social security numbers, obscenities, and threats of violence.

5. Except as described in the previous paragraph, I was not permitted to, nor did I, change or add any content to (1) any posting; (2) any title or heading of any posting; and/or (3) any other part of the Rip-off Report website.

6. I am aware that George S. May International Company has filed a lawsuit against Xcentric and others in which it has been alleged that Xcentric created or authored those certain reports which are attached to the affidavit of ED MAGEDSON as **Exhibit A** bearing Bates Nos. GSMIC 0001—0097.

7. I have personally reviewed these reports and I know that I did not create them or any part of them, nor do I have any information that such reports may have been created by another employee or agent of Xcentric.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12-20-06

Mary Jo Baker

10297-1/MCS/MCS/562440_v1