# **<u>EXHIBIT 14</u>**

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, RIP-OFF REPORT.COM, BADBUSINESSBUREAU.COM, ED MAGEDSON, VARIOUS JOHN DOES, JANE DOES AND ABC COMPANIES, | ) Honorable Judge Norgle ) Magistrate Judge Mason ) ) ) |
| Defendants. | ) |

## DECLARATION OF CHERYL CONTOIS
## IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

CHERYL CONTOIS, being duly sworn upon her oath hereby deposes and says:

1.      My name is Cheryl Contois.  I am a resident of the State of Arizona, am over the age of 18 years, and if called to testify in court I could and would truthfully testify to the following information based upon my own personal knowledge.

2.      I am currently employed as a legal assistant in the law firm of Jaburg & Wilk P.C. in Phoenix, Arizona, and I have been so employed for about two years.  I have more than 20 years of experience working as a legal secretary and legal assistant.

3.      Over the past several months I have been assigned to a project, the purpose of which is to determine the identity of the persons who posted certain reports relating to the George S. May International Company ("GSMIC") on www.RipoffReport.com.

4.      Specifically, I have been informed that in response to a request propounded by Defendants Xcentric Ventures, L.L.C. and Ed Magedson ("Defendants" or "Rip-off Report")

GSMIC has identified twelve separate reports which it alleges contain false and defamatory statements about it. Those reports, bearing Bates Nos. GCMIC 0001–0097 are attached hereto as **Exhibits 1–12** and are summarized in the following table:[1]

| MASTER LIST OF REPORTS | | |
|---|---|---|
| **EXHIBIT** | **REPORT #** | **BATES # RANGE** |
| 1 | 101697 | GSMIC 0001-16 |
| 2 | 101732 | GSMIC 0017-23 |
| 3 | 64081 | GSMIC 0024- 28 |
| 4 | 95354 | GSMIC 0029-0035 |
| 5 | 41290 | GSMIC 0036-0048 |
| 6 | 86538 | GSMIC 0049-0053 |
| 7 | 104370 | GSMIC 0054-0058 |
| 8 | 98372 | GSMIC 0059-0071 |
| 9 | 100195 | GSMIC 0072-0081 |
| 10 | 96442 | GSMIC 0082-87 |
| 11 | 59860 | GSMIC 0088-0091 |
| 12 | 106424 | GSMIC 0092-0097 |

5.      Under each separately numbered exhibit tab are also three **sub-exhibits** lettered A, B & C.

6.      **Sub-exhibit A** is the "public" version of each individual report (containing the text of the original report followed one or more "rebuttals" to that report). I have been informed that these reports were produced by Plaintiff in response a request propounded by Defendants which asked Plaintiff to identify the page(s) from the Rip-off Report which contained false statements about GSMIC. The information in these reports is what is displayed to a public viewer of the Rip-off Report website.

---

[1] In this table, "EXHIBIT" refers to the tab # to this declaration, "REPORT#" refers to a unique serial number assigned to each report by the Rip-off Report website, and "BATES #" refers to the numbers created by Plaintiff when it produced copies of the actual reports in response to Defendants' request.

7.    **Sub-exhibit B** is an "administrator version" or "admin" copy of the same report. The admin copy contains the same information as the public copy, but it also includes additional information identifying the author which is not publicly available. I have been informed that this information, which may include one or more of the following fields—name, IP address, email address, and phone—is captured by the Rip-off Report computers each time a user posts a report or a rebuttal. However, with the exception of the IP address, I have been informed that all of the information captured is provided by the user of the site, and therefore may be forged or otherwise inaccurate.

8.    **Sub-exhibit C** is a "Whois" report for each IP address used by each author who posted a report or rebuttal. This is a report which identifies the internet service provider ("ISP") associated with a given IP address.

9.    In short, as part of my project, I was asked to review all of the reports in GSMIC 0001–0097, gather the "admin" versions showing the IP addresses of the authors, create a list of those IP addresses, determine which Internet Service Provider (or "ISP") was associated with that IP address, and then send a subpoena to each ISP asking for information which would show the true name of the person who used that IP, and thus reveal the true identity of the author of each report/rebuttal.

10.    For example, Exhibit 1, Sub-exhibit A, starting with page GSMIC 0001 and ending with page GSMIC 0016 is a report (including response entitled: "George S. May – UNETHICAL TRADE SECRETS REVEALED!  Park Ridge Illinois *UPDATE EX-employee responds ..Its time to overcome the shame and stand for the truth". As indicated along the bottom margin of the document, this report was assigned Report #101697 as reflected in the address of the report:

http://www.ripoffreport.com/view.asp?id=**101697**&view=printer

11.    Using this report number, an "admin version" of the same report was obtained from Rip-Off Report's records. A copy of the admin version of Report #101697 is attached as

3

**Exhibit 1**, **Sub-Exhibit B**.  The substance of this version is the same as the "public" version except that preceding each report and rebuttal is the actual contact information provided by the author of each report/rebuttal, along with the actual IP address for each author.  Although the contact information is provided by the user (and therefore is only accurate to the extent the user was truthful), the IP address is logged by the Rip-Off Report's server and is generally deemed to be an accurate record of the user's true IP address.

12.     In the case of Report #101697, the admin version shows that the author of the original report provided the following contact information:

| Report #101697 | |
| --- | --- |
| **Field** | **Information** |
| Author Name | Andrea Swailsentein |
| Author Email | aswails@aol.com |
| Phone # | (915) 515-4371 |
| IP Address | 152.163.252.101 |

13.     As noted in this table, although the name, email, and phone number were user-provided, the Rip-Off Report server recorded the user's IP address as: **152.163.252.101**.

14.     Using this IP address, I next went to a website which offers a free "Whois" service: http://www.dslreport.com/whois.  This service allows a person to determine which Internet Service Provider issued a particular IP address.    In the case of IP address **152.163.252.101**, the Whois report (**Exhibit 1**, **Sub-Exhibit C**) shows that this IP address was issued by America Online, Inc. ("AOL").

15.     Based on this information, a subpoena was prepared and served on AOL asking for any/all documents which identified the person(s) who was assigned IP address 152.163.252.101 on the date Report #101697 was submitted to Rip-Off Report—August 2, 2004.

16.     AOL's two-page response to this subpoena is attached hereto as **Exhibit 13**, bearing Bates Nos. Xcentric-0826—0827.  Additional responses from all the other relevant ISPs are also contained in **Exhibit 13** bearing Bates Nos. Xcentric-0826—903.

4

17.    Although AOL made a jurisdictional objection to the subpoena, it nevertheless gave the following response in the last sentence of its September 13, 2006 letter:

"Even if AOL received a properly issued subpoena, we regret to inform you that AOL only maintains last point of entry IP address for the previous 90 days, therefore IP information for the requested dates and times would no longer be available."

18.    As part of my assignment, I went through every page of every admin report and prepared a list of the IP address of every author who wrote a report and/or rebuttal within the range of reports identified by GSMIC as containing false information.  A table reflecting this list is set forth below:

| MASTER IP/ISP LIST | | | |
|---|---|---|---|
| **EXHIBIT** | **NAME** | **IP** | **ISP** |
| 1 | Andrea | 152.163.252.101 | AOL |
| 1 | Danny | 69.68.96.54 | Sprint |
| 1 | Jolene | 67.2.126.121 | Qwest |
| 1 | G. Calvin | 4.3.100.242 | Verizon |
| 2 | Andrea | 152.163.252.101 | AOL |
| 2 | Tom | 208.54.95.131 | T-Mobile |
| 3 | Diane | 216.255.210.187 | Ice House |
| 3 | John | 12.83.67.135 | AT&T |
| 3 | Chuck | 12.83.66.18 | AT&T |
| 3 | Chet | 67.119.156.180 | PPPoX Pool |
| 3 | Jolene | 67.164.248.86 | Comcast |
| 4 | Disgusted | 67.38.243.186 | PPPoX Pool |
| 4 | Chet | 63.196.246.151 | PPPoX Pool |
| 4 | Diane | 66.227.218.21 | Charter Com |
| 4 | Chet | 68.120.60.136 | PPPoX Pool |
| 5 | Me | 68.72.175.187 | SBC |
| 5 | Robert | 171.75.22.248 | Level 3 |
| 5 | Richard | 67.3.217.175 | Qwest |
| 5 | Bruce | 65.73.27.70 | Frontier |
| 5 | Israel | 65.73.27.70 | Frontier |
| 5 | Rob | 68.13.57.83 | Cox |
| 5 | None | 24.2.157.63 | Comcast |
| 5 | Mike | 67.136.142.78 | Electric |

5

| | MASTER IP/ISP LIST | | |
|---|---|---|---|
| **EXHIBIT** | **NAME** | **IP** | **ISP** |
| | | | Lightwave |
| 5 | EX-George | 67.119.156.185 | PPPoX Pool |
| 5 | Chet | 63.196.247.41 | PPPoX Pool |
| 6 | Ex-Special Representative | 12.215.90.75 | Mediacom |
| 6 | Sharon | 68.120.60.226 | PPPoX Pool |
| 6 | William | 12.215.90.75 | Mediacom |
| 7 | William | 67.37.182.188 | SBC |
| 7 | William | 65.94.46.56 | Bell Nexxia |
| 8 | Michael | 209.102.128.42 | Mebtel |
| 8 | Shawn | 205.188.116.210 | AOL |
| 8 | Chet | 67.119.158.242 | PPPoX Pool |
| 8 | Andrea | 205.188.116.73 | AOL |
| 8 | Jolene | 67.2.127.37 | Qwest |
| 8 | Shawn | 205.188.116.210 | AOL |
| 9 | Andrea | 149.174.164.8 | CompuServe |
| 9 | Chet | 67.119.158.242 | PPPoX Pool |
| 9 | Jenette | 149.174.164.21 | CompuServe |
| 9 | Mr. Muscle Shoals | 152.163.253.97 | AOL |
| 9 | Andrea | 205.188.116.73 | AOL |
| 9 | Steve | 65.94.37.216 | Bell Nexxia |
| 10 | Bruce | 67.41.178.22 | Qwest |
| 10 | Jolene | 67.119.157.148 | PPPoX Pool |
| 10 | Steve | 65.94.43.46 | Bell Nexxia |
| 10 | Steve | 66.72.198.108 | PPPoX Pool |
| 10 | Bruce | 207.224.199.38 | Qwest |
| 10 | Jolene | 24.10.149.65 | Comcast |
| 11 | MI | 207.94.117.26 | ICG NetAhead |
| 11 | Chuck | 12.83.76.5 | AT&T |
| 11 | Chet | 63.196.242.123 | PPPoX Pool |
| 11 | Jolene | 63.196.241.143 | PPPoX Pool |
| 12 | Danny | 208.13.141.94 | Sprint DSL |
| 12 | Dah | 67.160.169.22 | Comcast |
| 12 | Steve | | |

6

19.    Based on this list, subpoenas were sent to each of the listed Internet Service Providers asking for any/all documents which identified the person(s) who was assigned the relevant IP addresses on the dates each respective report was submitted to Rip-Off Report.

20.    The responses from each ISP are attached as **Exhibit 13**.  As reflected in each of these responses, due to the amount of time that had passed, none of the ISP were able to produce any records from which the user of each IP could be identified.

I swear the foregoing to be true and correct under penalty of perjury of the laws of the States of Arizona and Illinois.

DATED: December 13, 2006

_Cheryl Contois_
Cheryl Contois


SUBSCRIBED AND SWORN to before me this 13th day of December 2006 by Cheryl Contois who is personally known to me or whose identity was established to me by satisfactory proof.



_____
NOTARY PUBLIC

My Commission Expires:
_____

10297-1/DSG/DSG/556795_v1

| MASTER LIST | | |
|---|---|---|
| **EXHIBIT** | **REPORT #** | **BATES # RANGE** |
| A | 101697 | GSMIC 0001-16 |
| B | 101732 | GSMIC 0017-23 |
| C | 64081 | GSMIC 0024- 28 |
| D | 95354 | GSMIC 0029-0035 |
| E | 41290 | GSMIC 0036-0048 |
| F | 86538 | GSMIC 0049-0053 |
| G | 104370 | GSMIC 0054-0058 |
| H | 98372 | GSMIC 0059-0071 |
| I | 100195 | GSMIC 0072-0081 |
| J | 96442 | GSMIC 0082-87 |
| K | 59860 | GSMIC 0088-0091 |
| L | 106424 | GSMIC 0092-0097 |

# EXHIBIT A

# Exhibit A
## REPORT #101697

| AUTHOR | DATE | BATES RANGE | IP |
|--------|------|-------------|-----|
| "Andrea"[1] | 8/2/2004 | GSMIC 0001–8 | 152.163.252.101 |
| "Danny"[2] | 8/4/2004 | 0009-12 | 69.68.96.54 |
| "Jolene"[3] | 8/14/2004 | 0012 | 67.2.126.121 |
| "G. Calvin"[4] | 9/13/2004 | 0013-15 | 4.3.100.242 |

---

[1] Andrea Swailsen, aswails@aol.com, 915-515-4371
[2] Danny Griego, dgfanfaremedia@earthlink.net, 702-871-5269
[3] Jolene Marker, jmarker@comcast.net, 801-334-6334
[4] G. Calvin Curry, rycurry117@msn.com

# EXHIBIT A-1

Rip-o^o^Report.com - badbusinessbureau.com



...by consumers, for consumers

**RIP-OFF**
**Report.com**

ba**d**businessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | Rip File | Search | E-mail

Submitted: 8/2/2004
7:20:46 AM
Modified: 9/13/2004
10:58:58 PM

Category:
**Corrupt Companies**

## George S. May - UNETHICAL TRADE SECRETS REVEALED! Park Ridge Illinois *UPDATE EX-employee responds ..Its time to overcome the shame and stand for the truth

Company
**George S. May**

Address:
303 S. Northwest Hwy.
Park Ridge Illinois  60068
U.S.A.
Phone:
847-8258806
Fax: 847-8257937

In order to further disseminate George S. May International Company's unethical, deceptive, and fraudulent business practices, I am coming forward with this report to expose some of their general trade secrets. In doing so, one should acknowledge almost immediately that this "consulting" agency is conducting business in a manner that is felonious and illicit at its core. Because of the methods listed below, George S. May's conduct is worthy of a severe class action lawsuit by ALL former clients that have been affected by their services.

First, instruction and training by George S. May International Company personnel (mainly by Ms. Gill, Bruce Unangst, and Dave Barry) is conducted in a manner than encourages and fosters deception on the part of the employee. From

http://www.ripoffreport.com/view.asp?id=101697&view=printer

GSMIC 0001

Rip-c~°~eport.com - badbusinessbureau.com

the first day, especially for those trainees in the "Executive Analyst" position, it is taught that you MUST be able to denigrate your client with cleverness and tact. Belittling the business owner is the first step to success in the George S. May handbook.

You are instructed on how to ask probing questions that expose the weaknesses of the organization being analyzed. Once weaknesses are "out on the table", they should be utilized as a tool of embarrassment with psychological consequences. It is an absolute priority to systematically and repeatedly make the owner(s) feel inadequate by reinforcing deficiencies in their management, personnel, and financial skills at every possible turn. These inadequacies must be regurgitated back to the business owner ad nauseam. By doing so, and after repetitious use of sarcasm and exaggerated theatrics in the form of "conditioning sessions", the owner gradually embraces the fact that only George S. May "consultants" can correct the existing problem(s).

"Conditioning" is a psychological process by which a George S. May analyst presents a business flaw to an owner in an overzealous and pontificating manner. George May employees are trained extensively in psychology and the art of theatrical performance to make a point. So much so, that analyst trainees are instructed to purchase reading glasses for use in the field not only make themselves look more studious but to also have a prop to throw on clients' desks when making an exaggerated observation about an exposed business flaw. Moreover, trainees are also instructed when and how to abruptly open and shut their "manuals" (black note books) in disgust or contempt while having dialogue with the client. Knowing when and how to sigh while using various defensive body language postures are also taught to enhance psychological discomfort of the business owner. Actions such as these are done for theatrical effect in hopes that they will increase the business client's realization of their own "stupidity".

"Conditioning sessions" can be done on a one-on-one basis but are more effective when a call to the "Management Council" at the "analyst's" corporate headquarters is placed. It is taught that this act should occur frequently with the ultimate goal of denigrating the owner and his/her abilities. Believe it or not, these calls can even be staged.

If the "Management Council" (which is really one SENEX) is not available right away to take a call, George May trainers actually suggest picking up the phone receiver and talking to a dial tone or silence from a held call. How more deceptive can you get? Ms. Gil, Bruce Unangst, and Dave Barry (George S. May's top trainers) have instructed thousands of analysts over many years on how to properly "condition" unsuspecting clients in such a way.

It is unfathomable how an "Analyst" with George S. May is trained in unethical sales psychology first and then accounting and management principles later. Apparently, teaching such theatrical "conditioning" to every analyst that darkens their doorway has worked for years and seems to be a tremendous cash cow concept and technique for them.

The biggest and most prevalent form of theatrical acting comes when an "analyst" discloses the purpose of his/her

GSMIC 0002

"analysis" of the business being studied as well as George S. May's mission statement. It is called their "institutional" and it must be learned verbatim before training is over. All analysts must be able to recite this misleading script word for word:

George S. May Institutional

You have probably read about us in the national magazines and newspapers. We are one of the largest management-consulting firms in the world, and have served over 460,000 clients. We have been in all types of industries from farming & mining to the production of automobiles. In fact, many of these companies continue to recall us for additional work as they experience growth.

We have been in business since 1925 and have two locations in Chicago, IL and Las Vegas, Nv. We are a international company and also have offices in Milon, Italy; Montreal, Canada; and Mexico City, Mexico.

We have 4 operating departments. First, Field Service, which serves as our sales department. They were the people here before me. Second, Survey Service, of which I am a member. We serve as a diagnostician. We identify the problem, the problem cause, the recommendations to correct decencies, the benefits of correction, and offer an estimate of what will be required to correct these problems. Third, is Management services, They serve as the corrective consultants to get done for your business what YOU want done and what WE find should be and can be done; plus your staff will indoctrinated in the proper use of the system and controls installed prior to their leaving the assignment. And finally is the Client Services, which serve our clients, you; by making sure that you receive the benefits from the project.

We differ from other consulting companies in that we not only prepare recommendations but our staff actually develops, designs, creates written manuals for future reference, and installs the corrective measures as well as teaching and training all those concerned in the proper usage. Most of all, we put the project in motion in a time frame that has been agreed to. Other companies will conduct a survey, charge a very high price, and leave you to your faults to correct yourself. Because of the concentration, time and experience required, very few companies can make these corrections effectively by themselves. We are professionally compared to a doctor; we diagnose, prescribe, and effect the cause.

We are not magicians. Nothing can be done in mirrors; rabbits cannot be pulled from hats. Our findings are STRICTLY and POSITIVELY factual based on your operations. In fact, we must present exact evidence of problem areas in your organization and a proposal of what we can do for you. Our report is oral, utilizing factual graphs and charts, and is presented in such a way that you can thoroughly understand our findings.

We charge a fee of $350 for a Preliminary Survey and this is done to keep curiosity seekers from obtaining a free

GSMIC 0003

analysis of their business. In fact, in costs us at least two to three times that amount to make this survey. That is our stock in trade, we are confident that you if you didn't feel as if your business had trouble or problem area, you would not have called us in to waste your time and ours.

We have no gadgets; no pre-made systems; and no machines to sell. What we offer is pure management consulting "know

How" that is derived from intense research and our constant touch with our nation's businesses not to mention our outstanding success with over 460,000 of our clients. We have no set plans, no prepackaged products, and no patent remedies. We recognize that each business has it's own peculiarities and our tailored plans are based on scientific studies and individual conditions. The results of the installation of these plans must be positive and permanent.

Our Management Service organizational fee is based on a per man day man-hourly basis. This means that when there is one man on the job, it is $158.00 per man hour, and when there are two men on the job, it is $316 per hour. Our Management Service fees could be $40,000, $50,000 and even more. I don't think that your business will warrant such high fees, however, unlike other firms in our profession that insist on a fixed irrevocable fee, our services are offered on the basis of no contract whatsoever. We go to work for you on a daily basis and must produce results each day. If not, you have the privilege of terminating our services at the end of any day, at your option. The only factor that governs the length of our services is your own judgment of the results that you are progressively receiving and the value that you, yourself, place on these results. If you do not like the way our Management Service staff is progressing, you are free to send him/her home. We prove to you daily and weekly, that you are receiving a substantial return on your investment.

The purpose of the Preliminary Survey as outlined in the Survey Authorization is to determine the Ares of weakness and strength, the improvements possible, and the net benefits to you not only in ease of operation, but in additional dollar profits and the number of hours it will take the Management Service staff to correct any problem. In other words, to determine whether we can be of help in reducing your costs, improving your operations, increasing your sales and increasing your profits.

We may come up with problems in your business which you already know about, and we shall be confirming them with you so you can take immediate corrective action. We may come up with faults you are not aware of, and we shall discuss these with you; or we may come up with faults in your business which are so small it would not warrant outside Management Service. If we cannot assure at least a two-to-one return for any investment in our service, we will make no recommendations for our service. We will tell you the problems, the causes, and what could be done to correct them. However, when we are finished with the Preliminary Survey and you concur with our analysis, we require a "yes" or "no" answer whether you want us to make the improvements in your business. The reason we ask for a decision at the conclusion of our Preliminary Survey is that we pre-schedule our staff.

GSMIC 0004

Case 1:04-cv-06018    Document 225-10    Filed 12/22/2006    Page 17 of 97

When we first received your authorization for a Preliminary Survey, we didn't, and still don't know whether we would be able to accept this assignment for Management Services. At a given moment we may have three to five Staff Executives and Project Directors zeroed in for your business but neither you nor we can afford that much talent in your size business at one time.

I work with the management Council in Park Ridge, IL. The results of this Preliminary Survey are not mine alone, but the Management Council's and mine. The $350 Preliminary Survey fee is an organizational fee, just as the $158 per man hour is an organizational fee. As we go along, we reassign the type of Staff Executive who is not needed for your assignment in order to make certain we have the right man at the right time available to do the right job for you. Consequently, we are immediately prepared to accomplish what we say can and should be done for you, and when you concur with our analysis, we will expect the courtesy of an intelligent decision — "Yes' or "No". If it isn't right, it must be wrong. I'm sure you'll agree, correct? Pause

The length of the Preliminary Survey can be from less than one day to a few days depending on the various problems we uncover. We'll take only as long as necessary. You will be here all week, correct? (Get Answer, Must Stay at Least 3 Days) I will need your attention and cooperation while I am here. Incidentally, this Preliminary Survey is extremely confidential.

Every member of our staff is bonded for $500,000 for your protection. If I am sent back into this locality next week, I am not permitted to divulge that I had been in here, nor that I know your Company or any of the people in it.

You'll probably see me on the phone calling our office. Do not be concerned about it because all such calls will be on a toll-free 800 number. We all work in close collaboration with our Man agent Council as they must approve findings, conclusions, and estimates. I would like you to be with me when I call the Council, in case they ask questions which only you can answer.

Incidentally, if we cannot find a minimum two-to-one return, that is, a minimum of two dollars returned for every one dollar invested in Management Service, then we will not consider your work as necessary for outside Management Service. This will indicate an effective operation. On the other hand, if we can save you at least $40,000 annually by your investing only $20,000, we think that is a pretty good investment. I'm sure you agree, right?

Part of our survey is a confidential rating and questionnaire that goes to each of our employees. This is similar to the questionnaires used by Gallop, Roper, and Fortune people, and it normally provides us with a true insight of what your employees really think of you and the company. You will be given every ounce of information we obtain from these questionnaires, but we will not, under any circumstances, give you the name of the individuals involved as this would not only be unethical, but it would violate our bond. Also, we prefer to deal with objectives and not with personalities.

GSMIC 0005

THE NOTICE – Also, Mr. X, will you have your typist type this notice on your letterhead with your signature and have it placed on your Bulletin Board/Time Clock Entranceway. This just tells your employees who we are and what we're doing so they will know our presence is with your concurrence and permission.

As you can see, it is quite dated and rambling to say the least. Most of all, it is misleading; especially when the "2:1" ratio section is acted out in front of the business owner. George S. May's intent is to promise this return but it will hardly ever be truly realized. Staff analysts at corporate headquarters in Chicago are instructed to manipulate any and all variables to show this return regardless of its accuracy. The majority of the time, their "2:1 proof" is tainted with erroneous errors that are not easily recognizable by the average business owner. All-in-all, George S. May's "institutional" is a preamble and map to separating the client from his/her money by the consultant team.

Second, as a trainee, you are instructed to make numerous calculations based on as many problems that are discovered during the survey process. George S. May's modus operandi is "show all problems in dollars lost in profit", even if the calculations are misleading and overstated. May's trainers will suggest that it doesn't matter if the calculations are correct as long as you present them with confidence. Surprisingly enough, and after seeing it first hand, this actually works.

Repetitious use of lost profit calculations are a mandate and used as frequently as possible, especially in conditioning sessions. In fact, it is taught that at least 5 to 10 such conditioning sessions with the client should be made within the first few hours of showing up to the premises. Owners should see and hear "lost dollars in profit" over and over again. The calculations themselves become almost secondary in nature and are hardly ever confirmed or checked by the clients and/or their staff in most cases.

The consummate George S. May "analyst" is instructed to keep a running total of these "lost" profit figures (calculated in whatever manner) then presenting the total in a desperate and exaggerated tone by the end of the first day. It is imperative that the owner feel as if he will never succeed in managing his business as efficiently as it could and should be operating. In some cases where the client is truly struggling, the owner is also made to feel that involuntary bankruptcy awaits him/her if George S. May does not step in to intervene in their "best interest".

Clients, at this point, become confused and frustrated at themselves. And to top it off, the analyst is instructed to pose a catastrophic question to the client at the end of the first day. For example: "Tonight, when you go home Mr. X (business owner), I want you to consider what condition your family would be in if you had to close the doors to your business... because that's the direction that I see you are heading." Consequently, the stage is set for the client to make poor decisions based on emotion. An owner's reasoning and logic are rendered useless from the desperation created by a well trained George S. May analyst.

What most owners do not realize is that the majorities of problems associated with any business are quite generic and

GSMIC 0006

are prevalent across the board. For instance, look at labor productivity (most SENEXs', especially Bruce Unangst, favorite item); almost all businesses with more then two employees suffer from lost labor productivity in some respect. George May "analysts" are taught to exploit this issue right away and with swift certainty. What is incredibly bizarre about this important variable is that it is often presented with an incorrect calculation (especially by newly recruited analysts).

In my tenure with George S. May, I saw (and presented) numerous erroneous calculations based on labor productivity that were given to me by the SENEX, Bruce Unangst. When confronting him with his errors on several occasions, I was told to "shut up and be a team player... just present the number!" Amazingly, not once was I ever challenged by the client. Why? As taught by our trainer, I presented it with "confidence" during conditioning sessions with the client.

Third, George S. May has an intricately designed survey that exploits every possible crack and flaw of ANY business. I've already discussed aspects associated with the "questionnaire" (see http://www.ripoffreport.com/reports/ripoff100195.htm for details). However, the survey is another form of psychological "conditioning" that persuades the client that the flaws associated with his/her business are way too abundant and menacing to tackle alone.

Every analyst is instructed by the SENEX to over exaggerate and overstate the severity of all flaws that pertain to the business and employees being studied. This is extremely unethical and the "Analyst" is given free reign to utilize everything at his/her disposal to get George S. May consultants in the door; a process called getting a "go ahead".

With this "no holds barred" approach, analysts unfortunately manipulate clients in ways that are beyond reproach. I've heard of George May "analysts" using such high pressure and denigrating tactics that police were called to escort them off the premises. George S. May implies during training, especially by Ms. Gill, that promises and half truths are fine as long as a "go ahead" is obtained. Unfortunately, deception, deceit, and lies are used more often than not when convincing a client to retain May's consulting services. I've seen first hand how clients sign consulting agreements under duress and it's not a pretty scene.

In addition, analysts are taught to pull in the owner's spouse and children during the final "survey" process when possible. This is done to capitalize on their input into what ultimately turns out to be an emotional response to signing the consulting agreement, again, under duress. Bringing them into the loop almost always assures that a "go ahead" is imminent.

Once the overstated and exaggerated problems of the business are disclosed to the family, whether they are active in the daily operations or not, it usually forces them to take the side of the analyst because they are sold on the fact that George S. May can turn the business around for the better of everyone involved. I've seen numerous business owners sign consulting contracts with George S. May while their spouse is crying from newly created fear of a floundering

business. As George May teaches its analysts, exposure is key to obtaining a "go ahead" and getting the owner's family involved is always the best technique.

Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact. "Larceny" is defined as the unlawful taking of personal property with intent to deprive the rightful owner of it permanently. He is quick to gloss over the "unlawful" aspect of such an act, but as he says: "depriving a business owner of his cash-on-hand is vital to George S. May's operations".

Students are instructed to promise that a "special team" of consultants has been assembled and is currently waiting to come in and "fix" the problems; all lies. George S. May's "larceny", as taught by its representatives, is the life blood of the profitability of the business. How fresh recruits listen and rationalize this concept on a weekly basis and not question the lack of ethics therein is dumbfounding. By the time "larceny" is discussed, however, the recruits are into their training by 8 to 9 days and are already brainwashed by the other unethical traits of George May that have been forced upon them.

It's a sad state of affairs with George S. May currently. All it will take is one brave journalist to clandestinely infiltrate their training center as a new "analyst" in Chicago before these unethical trade secrets are scrutinized by the general public and government agencies. Actually, this would be a very easy thing to do at the moment as they are hiring anybody that can memorize and act. Unless they revamp the way they hire and teach new recruits or eliminate those George May employees expounding on such deceptive practices, this organization's days are numbered.

Again, I hope this report has helped those individuals that seek the true nature of George S. May's tactics.

Andrea
El Paso, Texas
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May, please use the search box below

George S. May

Search

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*

GSMIC 0008

Rip-off Report.com - badbusinessbureau.com

- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal UPDATE EX-employee responds

Submitted: 8/4/2004 6:46:19 PM
Modified: 8/5/2004 12:35:43 AM

## Its time to overcome the shame and stand for the truth

Having just recently completed the worst six months of my entire life's career as an Executive Analyst with the George S. May Company I finally feel empowered by the brave position Andrea has taken to join in with others in speaking out against this horrible company. I too lasted far longer than anyone in my class (six months) and can attest to the accuracy of all that has been posted. Rather than rehash the postings that this brave woman has placed here I wish to address one question that I have seen posted with great regularity; why don't more ex-employees come forward?

Let me give you some personal background before I dive into my response. I am probably the typical GSM recruit. I had a degree in business, I had succeeded in reaching the officer level in a fortune 500 company and I had "the look," the white shirt, dark suit, polished shoes, expensive watch and the graying temples that just screamed integrity and knowledge. Oh yeah...and I had been laid off from my $100,000 plus position due to downsizing, and for the first time in my life had been forced to really look for a job (incidentally, GSM is just one of the predators that are out there waiting to talk to displaced executives that happen to be over 40 years old and scared, just search for the Haldane Company on this same site).

After six months of sending out a couple of hundred resumes and getting very few calls of interest from anyone really reputable (see above reference to Haldane) or being told at interview after interview that I was too experienced or wouldn't be happy starting at such a great reduction in salary (truth be told I would have been happy just to work) the George S. May Company called me. The absolute relief at hearing that "one of the oldest and largest consulting firms in the world" was interested in me and was discussing a position where I could make, "as one of their top performers over $175,000." It got even better, my plane fares would be covered and I would receive a per diem to cover my travel expenses, and INSURANCE!!! I was directed, very carefully, to their website to investigate the position further and then set up with an appointment to meet their recruiter.

GSMIC 0009

If you have actually applied to GSM or have been contacted by them in response to your resume being posted on Monster then you have undoubtedly received the same spiel...I know, because on occasion I was the person calling you up to set the appointment! That's right, even the recruiting call is scripted, and in such a way as to sound enticing without giving too much information. In retrospect I heard in your voices the same relief that I know I had in mine when I eagerly accepted the invitation to meet with the recruiter (the psychology that these guys use is truly frightening).

I watched the video on the website and realized that this was truly my calling; I was going to be helping small to mid-size business owners get back their dreams! I would be traveling to wonderful locations and meeting with people who have decided they needed the help of outside experts and since I would undoubtedly be one of the top producers I would be paid at the level that I was used to. What could possibly be the downside, right?

Evidently this initial scam works quite well amongst its target market; the desperate displaced executive. In my class we had M.B.A.s, lawyers, bankers, former business owners, Silicon Valley casualties and a couple of young, aggressive wanna-bees that fell for the pitch too. After the well documented training sessions with the lovely Diane Gill, we were sent out, one at a time/one to a taxi, to travel home before leaving for our first assignment the following week. I probably should have paid a bit more attention to the cab driver that took me to the airport because believe me, he knew more about the company, its turnover rate, and the probability of my failure than I ever did.

I honestly felt, initially, that I was doing good for the business owners that I was calling on. The reality of the small business owner is that very few of them have the business skills to effectively run (by business school standards) their own operations. I met people who had no idea how to read their Profit and Loss statements, didn't know their profit margins, had employees stealing them blind, truly were heading down the path to bankruptcy and had no one to turn to for help. I was the answer...I followed the script because I knew that, even if the methods seemed canned, the ultimate goal was to get these people the help they needed from the experts that would be following me. I was good...I could make them laugh or cry and I was getting closer to attaining that auto pilot attitude where I could mouth whatever "the council" wanted me to say except for one part; how would these people pay for the $40,000 in services that I was telling them they needed?

That's right, I could beat them into submission, get them to admit their faults, recognize that they had to call us in or face certain ruin, I just couldn't buy into the concept that we would take their last bit of cash flow to help them. I had Senexs tell me to get them on a certain credit card website to see if they could qualify for a new card to finance the services (at 18% annual interest). I was told to "roll up my sleeves" and call their overdue accounts to see if we could generate enough cash flow to "just get started." It was suggested that they call their families to see if there was a way to pool finances to get us in the door, to cover just one day (so that the next crew could have an opportunity to locate the money for the rest of the contract). Well, I couldn't do it...oh at first it made sense, after all I was saving their company, but after awhile I realized that if these people actually had the cash flow to finance our services they probably didn't need us and if they had no money how on earth were they going to pay us.

GSMIC 0010

Rip-off Report.com - badbusinessbureau.com

GSMIC 0011

I also began to question the quality of the "experts" from Management Services that followed me when I began to notice on my commission statements that very few of my jobs actually ran for the full term. Granted there were a couple that did, and a couple that ran over but by and large the vast majority ended very quickly. What was going on after I left? We were forbidden by the company from contacting our clients after we left their premises so I couldn't call to find out but I did have to do a couple of personal turnovers (where the Analyst turns over the account personally to the Management Services people at the business with the client present). I found out that these weren't the advanced specialists that we were led to believe...they were simply analysts that couldn't cut it in the field and for whatever reason stayed on with GSM for a while longer.

There job was just to print out the boilerplate notebook, eat up billable hours and stay on as long as the client could tolerate them. It sounds harsh I know, but in my mind the one justification for my actions was that I was bringing in experts,....yeah,....right.

I got quite a few go aheads but because I was never able to make it to the elusive "x contract" the money was truly negligible. In the time I was there my commissions never went over $22,000, I did qualify for their insurance, which incidentally is very good...probably because no one ever gets to use it. I realized early on that what I was doing wasn't entirely right but I managed to convince myself that it wasn't entirely wrong either and the company psychology kicks in... the Senex informed me that I was being considered for a management trainee position!! That's right after just a few short months they saw in me the talent necessary to become a Senex! That would mean I wouldn't have to leave my family every Sunday night, I wouldn't have to stay in flea bag motels, I wouldn't have to drive till two or three in the morning to get to the small town where my unsuspecting victim's business was located. I just needed to play the game a little better, and get a little more ruthless at taking peoples money.

Wow, essentially if I gave up all semblance of integrity in just a short time I could be the idiot screaming at bewildered, former professionals reduced to being Executive Analysts! I actually got to shadow these people (Senexs) and believe me they are every bit as intimidated by their higher ups as an analyst is. The difference is that they know they are selling crap...and for that they can not be forgiven. I was almost willing to make this compact with the devil until a client brought the Rip-off Report to my attention (in a not so subtle way, I might add). I was astonished, this had never been discussed in training, and what made it even more disturbing was that everything I read rang true. The Senex I was working with just had the same, lame excuse cited by others, its just disgruntled ex-employees,...even Disney has complaints on this website,....don't worry about it, most people will never even read it.

Well I did, as often as I could, and the more I read the more ashamed I became of what I was doing. Here it was in black and white, the whole horrible "act," and not just for me to see but also my friends, my previous co-workers, and my family. Never had I been ashamed of what I did for employment until I joined the George S. May International Company. It has taken some time to admit to myself that I was duped by this ridiculous operation. It took many nights in many "fleabag" motels, many hours sitting bored out of my mind at airports awaiting my next assignment, many holidays

and birthdays away from family, and many months of facing virtual financial ruin to realize just how badly I had been had. I can not say that I ever look forward to meeting any of my former clients again because I simply can't face them knowing the economic hardship I undoubtedly put them through.

In a sense this posting has been cathartic...if I can convince one person as to the validity of all that is posted here and persuade them not to work for or hire this company then I will feel that I have achieved something positive from my horrendous relationship with GSM.

The financial hardship I have suffered from the loss of real income can be overcome with time but the shame I have from this experience for the scam that I willingly, albeit unknowingly, participated in will be with me for a very long time. If I can be of any assistance to any prospective employee or client I shall be. Let me know how to get in touch with you and I will willingly assist you in any way I can.

Danny - Henderson, Nevada
U.S.A.

# Rebuttal Consumer Comment

Submitted: 8/14/2004 12:42:11 PM
Modified: 8/14/2004 11:22:07 PM

# Another victim

Danny Henderson, I have just read your letter. I wanted to say, I'm sorry that you have had the misfortune, to have been hired by the GSMC, like many others I have spoke with.

I would like the opportunity to speak with you, so we can add you to the growing list of people that have been victims of this company. I want to also urge everyone that has been a victim of this company to come forward, tell your story. This company must take responsibility for what they have done to businesses and employees. Please contact me.

You will find my contact information at the end of my letter on Ripoffreport, [DELETED], looking forward to hearing from you.[Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]

Jolene - Ogden, Utah
U.S.A.

Rip-off Report.com - badbusinessbureau.com

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

# Rebuttal UPDATE EX-employee responds

Submitted: 9/13/2004 12:44:13 PM
Modified: 9/13/2004 10:58:58 PM

## All of the Above is Sadly True

I am an ex-employee of the George S May International Company, and I have a few comments of my own I would like to add to the discussion. Please pardon the apparant randomness of my comments, but I am still a bit burned out from my experience with this company:

First of all...I wish that 60 Minutes would some how get the information - the correct information - and expose this company to the entire business world for all to see.

I, too, was an employee of "George", as those of us who have been employed for any length of time refer to the company. What I have read on this website is, with very few exceptions, true. George is like the old commercials for the Roach Motel - He checks in, but he doesn't check out. I would like to believe that I helped my clients to the best of my ability. While I was at each and every one, I gave and did my best to help. The sad part, though, is that no matter how much I was able to do, it just never seemed to be enough. I was also kept busy filling out forms and papers that were useless to the clients, but were integral parts of covering George's backside. Project Directors are a joke - all they do is fill out more papers, waste hours and try to sell "expansions" or "MSP's" or "eLearning" - just to increase commission and decrease the client's bank account.

On more than one occasion, I observed Staff Executives, Senior Staff Executives and Project Directors sit around when the client was not there and play computer games, swap war stories and exchange files to create "the Golden Disk". I confess that I did all of the above as well, and not because I was coerced into it, but because I could and because it was easy to get away with.

Some other thoughts about what I have read here on George - yes, the staff only do get paid about $16.00 or so per hour out of the $168.00 per hour rate charged. I received a "salary" of $155.00 per week, in addition to my commissions. Here is what my commission rate as a Staff Executive was:

Rip-off Report.com - badbusinessbureau.com

1 - 40 hours: 9% of cash collected
41 - 80 hours: 10% of cash collected
81 - 120 hours: 11% of cash collected
121 - 160 hours: 13% of cash collected
161 - on up: 14% of cash collected

Once I completed 3 training courses (unpaid, on my own weekends, of couse), the percentages for each level changed to 9%, 11%, 13%, 15% and 16%, respectively.

Those percentages are reset after each new job you go on, by the way. You do the math. It is virtually impossible to reach the higher level of compensation as a Staff Executive. During my 6 month tenure, my annual compensation was approx. $40,000 - a far cry from the $50K-$70K promised on the the recruitment interview. It was not for an unwillingness on my part to work, but I was "beached", which means I was left either at home or stuck on the road with no job to go to, and thus no commission to earn. I suspect it has something to do with the minimum wage laws, but I don't know and can't prove it, yet.

If you are stupid enough to take a Project Director spot (and, yes, I was stupid for about 2 weeks!), you get a generous salary of $180.00 per week in addition to the following commission structure:

0 - 24 hours No Commission!!!
25 - 28 hours 1% of total EE's Hours*
29 - 32 hours 2% of total EE's Hours*
33 - 36 hours 3% of total EE's Hours*
37 hours on up 4% of total EE's Hours*
* - Including all hours below 25 hours.

In addition, you get commissions on the total job hours as follows:

0 - 70 hours 1% of total
71 - 140 hours 2% of total
141 - 210 hours 3% of total
211 - 280 hours 4% of total
281 on up 5% of total

The only way you can make a living wage is to have at least 3 jobs running at a time. Problem is that that almost never happens, and it takes about a month or so to get to that point. You also get all of the "one-day" wonder jobs during your first 3-4 months, so it is, again, virtually impossible to make a living.

GSMIC 0014

Rip-off Report.com - badbusinessbureau.com

So, potential employees and clients, this is where the money goes, as far as the lower levels are concerned. When you get up to Senior Executive (SENEX) levels, it gets even more convoluted. According to what I have been told, SENEX's get paid on the total number of "man day's", which means that when a SENEX sells 10 hours of your time to a client, and tells you to bill only 8, it's no skin off their nose! They get paid the same whether it's 10 or 8.

Potential employees, do yourselves a favor, and learn from my experience. If you thrive in the kind of environment I and the other ex-employees have described, then by all means join up. If you don't, then just keep on paging by their posting on monster.com

Potential clients - let the buyer beware! Do not let them into your business or you will not get them out before you lose a serious amount of cash. If you have them there now, tell them you want them out immediately, and then if they don't leave, call your local law enforcement and get them out. Do not let any other of their representative back in, do not accept any of their calls, and be very afraid.

I have much more to say on this issue, and will do so at a later date. Caveat emptor!

G. Calvin - Tampa, Florida
U.S.A.

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.
or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

| | | |
|---|---|---|
| Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, of AOL 4.0, Support for JavaScript is needed to | If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non- |
| Feel free to send us suggestions and comments to our editorial staff. | | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

GSMIC 0015

Rip-o'' Report.com - badbusinessbureau.com

submit and search for reports.

JavaScript form.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 Service of badbusinessbureau.com

GSMIC 0016

# EXHIBIT A-2

Rip-off Report.com - badbusinessbureau.com

## Cheryl A. Contois

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, May 09, 2006 4:26 PM
**To:** EDitor@ripoffreport.com
**Subject:** George S May http://www.ripoffreport.com/view.asp?id=101697

https://www.ripoffreport.com/view.asp?id=101697



...by consumers, for consumers
a service of badbusinessbureau.com

About the ads below...



Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | My Account | Logout

Do-it-yourself guide

This report was created by Andrea Swailsentein - aswails@aol.com - 915-515-4371 - 152.163.252.101

Submitted: 8/2/2004
7:20:46 AM
Modified: 6/28/2005
11:47:00 PM

☒ E-mail to a Friend
▣ Printer Friendly Version
Category:
**Corrupt Companies**

**This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the First Amendment rights of**

Rip-off Report.com - badbusinessbureau.com

# free speech of the author of the posting and violates the Federal Communications Decency Act *UPDATE EX-employee responds ..Its time to overcome the shame and stand for the truth

## George S. May

Address:
303 S. Northwest Hwy.
Park Ridge Illinois  60068
U.S.A.
Phone:
847-8258806
Fax: 847-8257937

This space previously contained a complaint about the business practices of George S. May. Rip-off Report has temporarily removed the posting pending Circuit Court review of a preliminary district court order that we believe violates the First Amendment rights of free speech of the author of the posting and violates the Federal Communications Decency Act. Check back later for a link to Rip-off Reports legal memorandum that will be filed with the Court on this issue.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May, please use the search box below

| George S. May | Search |

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

Rip-off Report Corporate

Page 2 of 20

Rip-off Report.com - badbusinessbureau.com

Advocacy Business
Remediation & Customer
Satisfaction Program; ED
Magedson, Founder Rip-
off Report explains how
this program works to
benefit consumers &
businesses



beach toys
Beach toys for less!

CLICK
HERE



goHotelRooms

Discount Hotel
Reservations
Artist Pino Daeni

Add pictures
to your
Rip-off Report

This rebuttal was created by Danny Griego, 702.871.5269  dgfanfaremedia@earthlink.net  69.68.96.54

# Rebuttal UPDATE EX-employee responds

Submitted: 8/4/2004 6:46:19 PM
Modified: 9/19/2005 7:06:29 PM
-- 69.68.96.54

## Its time to overcome the shame and stand for the truth

Having just recently completed the worst six months of my entire life's career as an Executive Analyst with the George S. May Company I finally feel empowered by the brave position Andrea has taken to join in with others in speaking out against this horrible company. I too lasted far longer than anyone in my class (six months) and can attest to the accuracy of all that has been posted. Rather than rehash the postings that this brave woman has placed here I wish to address one question that I have seen posted with great regularity; why don't more ex-employees come forward?

Let me give you some personal background before I dive into my response. I am probably the typical GSM recruit. I had a degree in business, I had succeeded in reaching the officer level in a fortune 500 company and I had "the look," the white shirt, dark suit, polished shoes, expensive watch and the graying temples that just screamed integrity and knowledge. Oh yeah...and I had been laid off from my $100,000 plus position due to downsizing, and for the first time in my life had been forced to really look for a job (incidentally, GSM is just one of the predators that are out there waiting to talk to displaced executives that happen to be over 40 years old and scared, just search for the Haldane Company on this same site).

After six months of sending out a couple of hundred resumes and getting very few calls of interest from anyone really reputable (see above reference to Haldane) or being told at interview after interview that I was too experienced or wouldn't be happy starting at such a great reduction in salary (truth be told I would have been happy just to work) the George S. May Company called me. The absolute relief at hearing that "one of the oldest and largest consulting firms in the world" was interested in me and was discussing a position where I could make, "as one of their top performers over $175,000." It got even better, my plane fares would be covered and I would receive a per diem to cover my travel expenses, and INSURANCE!!! I was directed, very carefully, to their website to investigate the position further and then set up with an appointment to meet their recruiter.

If you have actually applied to GSM or have been contacted by them in response to your resume being posted on Monster then you have undoubtedly received the same spiel...I know, because on

rcp-uii Report.com - baabusinessbureau.com

If you purchased any Travel Related insurance such as:

Trip Insurance Vacation Insurance Cruise Insurance or Airline Insurance that was provided or recommended by an organization such as: American Airlines Continental

Airlines Carnival Cruise Lines Royal Caribbean Cruise Lines any travel agency or an online travel provider like Hotwire.com or Priceline.com You may be a victim and eligible to get your money back

occasion I was the person calling you up to set the appointment! That's right, even the recruiting call is scripted, and in such a way as to sound enticing without giving too much information. In retrospect I heard in your voices the same relief that I know I had in mine when I eagerly accepted the invitation to meet with the recruiter (the psychology that these guys use is truly frightening).

I watched the video on the website and realized that this was truly my calling; I was going to be helping small to mid-size business owners get back their dreams! I would be traveling to wonderful locations and meeting with people who have decided they needed the help of outside experts and since I would undoubtedly be one of the top producers I would be paid at the level that I was used to. What could possibly be the downside, right?

Evidently this initial scam works quite well amongst its target market; the desperate displaced executive. In my class we had M.B.A.s, lawyers, bankers, former business owners, Silicon Valley casualties and a couple of young, aggressive wanna-bees that fell for the pitch too. After the well documented training sessions with the lovely Diane Gill, we were sent out, one at a time/one to a taxi, to travel home before leaving for our first assignment the following week. I probably should have paid a bit more attention to the cab driver that took me to the airport because believe me, he knew more about the company, its turnover rate, and the probability of my failure than I ever did.

I honestly felt, initially, that I was doing good for the business owners that I was calling on. The reality of the small business owner is that very few of them have the business skills to effectively run (by business school standards) their own operations. I met people who had no idea how to read their Profit and Loss statements, didn't know their profit margins, had employees stealing them blind, truly were heading down the path to bankruptcy and had no one to turn to for help. I was the answer...I followed the script because I knew that, even if the methods seemed canned, the ultimate goal was to get these people the help they needed from the experts that would be following me. I was good...I could make them laugh or cry and I was getting closer to attaining that auto pilot attitude where I could mouth whatever "the council" wanted me to say except for one part; how would these people pay for the $40,000 in services that I was telling them they needed?

That's right, I could beat them into submission, get them to admit their faults, recognize that they had to call us in or face certain ruin, I just couldn't buy into the concept that we would take their last bit of cash flow to help them. I had Senexs tell me to get them on a certain credit card website to see if they could qualify for a new card to finance the services (at 18% annual interest). I was told to "roll up my sleeves" and call their overdue accounts to see if we could generate enough cash flow to "just get started." It was suggested that they call their families to see if there was a way to pool finances to get us in the door, to cover just one day (so that the next crew could have an opportunity to locate the

8/16/2006

Rip-off Report.com - badbusinessbureau.com

money for the rest of the contract). Well, I couldn't do it...oh at first it made sense, after all I was saving their company, but after awhile I realized that if these people actually had the cash flow to finance our services they probably didn't need us and if they had no money how on earth were they going to pay us.

I also began to question the quality of the "experts" from Management Services that followed me when I began to notice on my commission statements that very few of my jobs actually ran for the full term. Granted there were a couple that did, and a couple that ran over but by and large the vast majority ended very quickly. What was going on after I left? We were forbidden by the company from contacting our clients after we left their premises so I couldn't call to find out but I did have to do a couple of personal turnovers (where the Analyst turns over the account personally to the Management Services people at the business with the client present). I found out that these weren't the advanced specialists that we were led to believe...they were simply analysts that couldn't cut it in the field and for whatever reason stayed on with GSM for a while longer.

There job was just to print out the boilerplate notebook, eat up billable hours and stay on as long as the client could tolerate them. It sounds harsh I know, but in my mind the one justification for my actions was that I was bringing in experts.....yeah.....right.

I got quite a few go aheads but because I was never able to make it to the elusive "x contract" the money was truly negligible. In the time I was there my commissions never went over $22,000, I did qualify for their insurance, which incidentally is very good...probably because no one ever gets to use it. I realized early on that what I was doing wasn't entirely right but I managed to convince myself that it wasn't entirely wrong either and the company psychology kicks in... the Senex informed me that I was being considered for a management trainee position!! That's right after just a few short months they saw in me the talent necessary to become a Senex! That would mean I wouldn't have to leave my family every Sunday night, I wouldn't have to stay in flea bag motels, I wouldn't have to drive till two or three in the morning to get to the small town where my unsuspecting victim's business was located. I just needed to play the game a little better, and get a little more ruthless at taking peoples money.

Wow, essentially if I gave up all semblance of integrity in just a short time I could be the idiot screaming at bewildered, former professionals reduced to being Executive Analysts! I actually got to shadow these people (Senexs) and believe me they are every bit as intimidated by their higher ups as an analyst is. The difference is that they know they are selling crap...and for that they can not be forgiven. I was almost willing to make this compact with the devil until a client brought the Rip-off Report to my attention (in a not so subtle way, I might add). I was astonished, this had never been discussed in training, and what made it even more disturbing was that everything I read rang true.

Rip-Off Report.com - bbbbusinessbureau.com

The Senex I was working with just had the same, lame excuse cited by others, its just disgruntled ex-employees,....even Disney has complaints on this website,....don't worry about it, most people will never even read it.

Well I did, as often as I could, and the more I read the more ashamed I became of what I was doing. Here it was in black and white, the whole horrible "act," and not just for me to see but also my friends, my previous co-workers, and my family. Never had I been ashamed of what I did for employment until I joined the George S. May International Company. It has taken some time to admit to myself that I was duped by this ridiculous operation. It took many nights in many "fleabag" motels, many hours sitting bored out of my mind at airports awaiting my next assignment, many holidays and birthdays away from family, and many months of facing virtual financial ruin to realize just how badly I had been had. I can not say that I ever look forward to meeting any of my former clients again because I simply can't face them knowing the economic hardship I undoubtedly put them through.

In a sense this posting has been cathartic,...if I can convince one person as to the validity of all that is posted here and persuade them not to work for or hire this company then I will feel that I have achieved something positive from my horrendous relationship with GSM.

The financial hardship I have suffered from the loss of real income can be overcome with time but the shame I have from this experience for the scam that I willingly, albeit unknowingly, participated in will be with me for a very long time. If I can be of any assistance to any prospective employee or client I shall be. Let me know how to get in touch with you and I will willingly assist you in any way I can.

Danny - Henderson, Nevada
U.S.A.

This rebuttal was created by Jolene Marker, 801-334-6334   j.marker@comcast.net  67.2.126.121

# Rebuttal Consumer Comment

Submitted: 8/14/2004 12:42:11 PM
Modified: 9/19/2005 7:06:29 PM
-- 67.2.126.121

## Another victim

Danny Henderson, I have just read your letter. I wanted to say, I'm sorry that you have had the misfortune, to have been hired by the GSMC, like many others I have spoke with.

I would like the opportunity to speak with you, so we can add you to the growing list of people that have been victims of this company. I want to also urge everyone that has been a victim of this company to come forward, tell your story. This company must take responsibility for what they have done to businesses and employees. Please contact me.

You will find my contact information at the end of my letter on Ripoffreport, [DELETED], looking forward to hearing from you.[Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]

Jolene - Ogden, Utah
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

This rebuttal was created by G. Calvin Curry, rycurry117@msn.com ,4.3.100.242

## Rebuttal UPDATE EX-employee responds

Submitted: 9/13/2004 12:44:13 PM
Modified: 9/19/2005 7:06:29 PM
- - 4.3.100.242

# All of the Above is Sadly True

I am an ex-employee of the George S May International Company, and I have a few comments of my own I would like to add to the discussion. Please pardon the apparant randomness of my comments, but I am still a bit burned out from my experience with this company:

First of all...I wish that 60 Minutes would some how get the information - the correct information - and expose this company to the entire business world for all to see.

I, too, was an employee of "George", as those of us who have been employed for any length of time refer to the company. What I have read on this website is, with very few exceptions, true. George is like the old commercials for the Roach Motel - He checks in, but he doesn't check out. I would like to believe that I helped my clients to the best of my ability. While I was at each and every one, I gave and did my best to help. The sad part, though, is that no matter how much I was able to do, it just never

Rip-off Report.com - badbusinessbureau.com

seemed to be enough. I was also kept busy filling out forms and papers that were useless to the clients, but were integral parts of covering George's backside. Project Directors are a joke - all they do is fill out more papers, waste hours and try to sell "expansions" or "MSP's" or "eLearning" - just to increase commission and decrease the client's bank account.

On more than one occasion, I observed Staff Executives, Senior Staff Executives and Project Directors sit around when the client was not there and play computer games, swap war stories and exchange files to create "the Golden Disk". I confess that I did all of the above as well, and not because I was coerced into it, but because I could and because it was easy to get away with.

Some other thoughts about what I have read here on George - yes, the staff only do get paid about $16.00 or so per hour out of the $168.00 per hour rate charged. I received a "salary" of $155.00 per week, in addition to my commissions. Here is what my commission rate as a Staff Executive was:

1 - 40 hours: 9% of cash collected
41 - 80 hours: 10% of cash collected
81 - 120 hours: 11% of cash collected
121 - 160 hours: 13% of cash collected
161 - on up: 14% of cash collected

Once I completed 3 training courses (unpaid, on my own weekends, of couse), the percentages for each level changed to 9%,11%,13%,15% and 16%, respectively.

Those percentages are reset after each new job you go on, by the way. You do the math. It is virtually impossible to reach the higher level of compensation as a Staff Executive. During my 6 month tenure, my annual compensation was approx. $40,000 - a far cry from the $50K-$70K promised on the the recruitment interview. It was not for an unwillingness on my part to work, but I was "beached", which means I was left either at home or stuck on the road with no job to go to, and thus no commission to earn. I suspect it has something to do with the minimum wage laws, but I don't know and can't prove it, yet.

If you are stupid enough to take a Project Director spot (and, yes, I was stupid for about 2 weeksl), you get a generous salary of $180.00 per week in addition to the following commission structure:

0 - 24 hours No Commission!!!
25 - 28 hours 1% of total EE's Hours*
29 - 32 hours 2% of total EE's Hours*

Rip-off Report.com - badbusinessbureau.com

33 - 36 hours 3% of total EE's Hours*
37 hours on up 4% of total EE's Hours*
* - Including all hours below 25 hours.

In addition, you get commissions on the total job hours as follows:

0 - 70 hours 1% of total
71 - 140 hours 2% of total
141 - 210 hours 3% of total
211 - 280 hours 4% of total
281 on up 5% of total

The only way you can make a living wage is to have at least 3 jobs running at a time. Problem is that that almost never happens, and it takes about a month or so to get to that point. You also get all of the "one-day" wonder jobs during your first 3-4 months, so it is, again, virtually impossible to make a living.

So, potential employees and clients, this is where the money goes, as far as the lower levels are concerned. When you get up to Senior Executive (SENEX) levels, it gets even more convoluted. According to what I have been told, SENEX's get paid on the total number of "man day's", which means that when a SENEX sells 10 hours of your time to a client, and tells you to bill only 8, it's no skin off their nose! They get paid the same whether it's 10 or 8.

Potential employees, do yourselves a favor, and learn from my experience. If you thrive in the kind of environment I and the other ex-employees have described, then by all means join up. If you don't, then just keep on paging by their posting on monster.com

Potential clients - let the buyer beware! Do not let them into your business or you will not get them out before you lose a serious amount of cash. If you have them there now, tell them you want them out immediately, and then if they don't leave, call your local law enforcement and get them out. Do not let any other of their representative back in, do not accept any of their calls, and be afraid, be very afraid.

I have much more to say on this issue, and will do so at a later date. Caveat emptor!

G. Calvin - Tampa, Florida
U.S.A.

# EXHIBIT A-3

**Boost Your Internet Speed**
Increase your internet connection up to 375% - free speed test
www.ScanYourPC.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google      Advertise

Search: [ ] [Go]

**BROADBAND** Reports.com   login     Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [ ]   or back to dslreports.com/whois

**Broadband Speed Test**
Find Info on Testing Now. Go Right to Results - Search Simpli
www.Simpli.com/Testing

**WAN Bandwidth Optimizer**
Free Evaluation Unit. Also a Web Filter, Blocks P2P & Spyware, More.
www.cymphonix.com

**Help broadband Info**
Search Online at Tunu.com for Help broadband Information
Tunu.com

**Dsl Speed Test**
Visit the Top Dsl Sites for Dsl Speed Test.
Dsl.BestSitesForWeb.com

Advertise on this site

Result for **152.163.252.101**

```
--> fwhois 152.163.252.101@whois.arin.net
[whois.arin.net]

OrgName:    America Online
OrgID:      AOL
Address:    22000 AOL Way
City:       Dulles
StateProv:  VA
PostalCode: 20166
Country:    US

NetRange:   152.163.0.0 - 152.163.255.255
CIDR:       152.163.0.0/16
NetName:    AOL-BNET
NetHandle:  NET-152-163-0-0-1
Parent:     NET-152-0-0-0-0
NetType:    Direct Assignment
NameServer: DNS-01.NS.AOL.COM
NameServer: DNS-02.NS.AOL.COM
Comment:
RegDate:    1992-04-01
Updated:    1999-12-02

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

OrgAbuseHandle: AOL382-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-703-265-4670
OrgAbuseEmail:  abuse@aol.net

OrgNOCHandle: AOL236-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-703-265-4670
OrgNOCEmail:  noc@aol.net

OrgTechHandle: AOL-NOC-ARIN
OrgTechName:   America Online, Inc.
OrgTechPhone:  +1-703-265-4670
OrgTechEmail:  domains@aol.net
```

how-to block ads

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Find Info on Testing Now. Go Right to Results - Search Simp
www.Simpli.com/Testing

Ads by Google

Advertise



Search: [          ] Go

Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

**Broadband Speed Test**
Find Info on Testing Now. Go Right to Results - Search Simpli
www.Simpli.com/Testing

**WAN Bandwidth Optimizer**
Free Evaluation Unit. Also a Web Filter, Blocks P2P & Spyware, More.
www.cymphonix.com

**Help broadband Info**
Search Online at Tunu.com for Help broadband Information
Tunu.com

**Dsl Speed Test**
Visit the Top Dsl Sites for Dsl Speed Test.
Dsl.BestSitesForWeb.con

Advertise on this site

how-to block ads

Check another: [          ] or back to dslreports.com/whois

Result for **69.68.96.54**

```
--> fwhois 69.68.96.54@whois.arin.net
[whois.arin.net]

OrgName:    Sprint DSL Network
OrgID:      SDSL
Address:    500 N New York Ave
City:       Winter Park
StateProv:  FL
PostalCode: 32789
Country:    US

NetRange:   69.68.0.0 - 69.69.255.255
CIDR:       69.68.0.0/15
NetName:    SDSL-NET5-03
NetHandle:  NET-69-68-0-0-1
Parent:     NET-69-0-0-0-0
NetType:    Direct Allocation
NameServer: DNS1.UTELFLA.COM
NameServer: DNS2.UTELFLA.COM
Comment:
RegDate:    2003-08-05
Updated:    2003-12-02

RAbuseHandle: ROLEA5-ARIN
RAbuseName:   Role Account
RAbusePhone:  +1-800-603-8044
RAbuseEmail:  abuse@sprintnetops.net

OrgTechHandle: SAN6-ORG-ARIN
OrgTechName:   IP Administrator
OrgTechPhone:  +1-407-741-0500
OrgTechEmail:  ipsupport@sprintnetops.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Find Info on Testing Now. Go Right to Results - Search Simp
www.Simpli.com/Testing

Ads by Google                                                                                          Advertise

Search: [            ] Go

## BROADBAND Reports.com

login                                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [          ]          or back to dslreports.com/whois

Result for **67.2.126.121**

```
--> fwhois 67.2.126.121@whois.arin.net
[whois.arin.net]

OrgName:    Qwest Communications Corporation
OrgID:      QCC-21
Address:    1801 California Street
City:       Denver
StateProv:  CO
PostalCode: 80202
Country:    US

NetRange:   67.0.0.0 - 67.7.255.255
CIDR:       67.0.0.0/13
NetName:    QWEST-INET-14
NetHandle:  NET-67-0-0-0-1
Parent:     NET-67-0-0-0-0
NetType:    Direct Allocation
NameServer: DCA-ANS-01.INET.QWEST.NET
NameServer: SVL-ANS-01.INET.QWEST.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-07-26
Updated:    2006-02-09

OrgAbuseHandle: QIA2-ARIN
OrgAbuseName:   Qwest Abuse
OrgAbusePhone:  +1-877-886-6515
OrgAbuseEmail:  abuse@qwest.net

OrgNOCHandle: QIN-ARIN
OrgNOCName:   Qwest IP NOC
OrgNOCPhone:  +1-877-886-6515
OrgNOCEmail:  support@qwestip.net

OrgTechHandle: QIA-ARIN
OrgTechName:   Qwest IP Admin
OrgTechPhone:  +1-877-886-6515
OrgTechEmail:  ipadmin@qwest.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Strix
Wireless
Mesh**

High perf. Low-
latency for
VoIP Video,
Data Access
and Backhaul

www.strixsystems.com

Advertise on this site

how-to block ads

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google                                                           Advertise

Search: [            ] [Go]

# BROADBAND Reports.com

login                                                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                      or back to dslreports.com/whois

Result for **4.3.100.242**

```
--> fwhois 4.3.100.242@whois.arin.net
[whois.arin.net]
Level 3 Communications, Inc. LVLT-ORG-4-8 (NET-4-0-0-0-1)
                             4.0.0.0 - 4.255.255.255
Verizon Internet Services Inc. VRIS-0-17 (NET-4-3-0-0-1)
                             4.3.0.0 - 4.3.255.255
```

**Compare**

**IP Phone**

**Services**

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-4-3-0-0-1@whois.arin.net"
[whois.arin.net]

OrgName:    Verizon Internet Services Inc.
OrgID:      VRIS
Address:    1880 Campus Commons Dr
City:       Reston
StateProv:  VA
PostalCode: 20191
Country:    US

NetRange:   4.3.0.0 - 4.3.255.255
CIDR:       4.3.0.0/16
NetName:    VRIS-0-17
NetHandle:  NET-4-3-0-0-1
Parent:     NET-4-0-0-0-1
NetType:    Reassigned
Comment:    Please send all abuse reports to abuse@verizon.net.
Comment:    DO NOT send e-mail to DIA.ADMIN@verizon.com as it will not
RegDate:    2003-09-17
Updated:    2004-11-01

OrgAbuseHandle: VISAB-ARIN
OrgAbuseName:   VIS Abuse
OrgAbusePhone:  +1-214-513-6711
OrgAbuseEmail:  abuse@verizon.net

OrgTechHandle: ZV20-ARIN
OrgTechName:   Verizon Internet Services
OrgTechPhone:  +1-703-295-4583
OrgTechEmail:  IPMGMT@verizon.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
```

# EXHIBIT B

# Exhibit B
## REPORT #101732

| AUTHOR | DATE | BATES RANGE | IP |
|--------|------|-------------|-----|
| "Andrea"[5] | 8/2/2004 | GSMIC 0017-21 | 152.163.252.101 |
| "Tom"[6] | 9/1/2004 | 0022-23 | 208.54.95.131 |

---

[5] Andrea Swailsentein, aswails@aol.com, 915-515-4371
[6] Tom Wilson

# EXHIBIT B-1

Rip-off Report.com - badbusinessbureau.com

Pag ' of 7



...by consumers, for consumers

**RIP-OFF**
**Report.com**

badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | E-mail |

Submitted: 8/2/2004
11:44:39 AM
Modified: 9/1/2004
3:41:22 PM

Category:
Corrupt Companies

## George S. May International Company - UNETHICAL TRADE SECRETS REVEALED! Rip-off! Park Ridge Illinois *Consumer Suggestion ..JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

## George S. May International Company

Address:
303 N. Southwest Hwy.,
Park Ridge Illinois 60068
U.S.A.
Phone:
800-9993020
Fax: 847-8257937
Email: gsmicresponses@yahoo.com

In order to further disseminate George S. May International Company's unethical, deceptive, and fraudulent business practices, I am coming forward with this report to expose some of their general trade secrets. In doing so, one should acknowledge almost immediately that this "consulting" agency is conducting business in a manner that is felonious and illicit at its core. Because of the methods listed below, George S. May's conduct is worthy of a severe class action lawsuit by ALL former clients that have been affected by their services.

GSMIC 0017

Rip-off Report.com - badbusinessbureau.com

First, instruction and training by George S. May International Company personnel (mainly by Ms. Gill, Bruce Unangst, and Dave Barry) is conducted in a manner than encourages and fosters deception on the part of the employee. From the first day, especially for those trainees in the "Executive Analyst" position, it is taught that you MUST be able to denigrate your client with cleverness and tact.

Belittling the business owner is the first step to success in the George S. May handbook. You are instructed on how to ask probing questions that expose the weaknesses of the organization being analyzed. Once weaknesses are "out on the table", they should be utilized as a tool of embarrassment with psychological consequences. It is an absolute priority to systematically and repeatedly make the owner(s) feel inadequate by reinforcing deficiencies in their management, personnel, and financial skills at every possible turn. These inadequacies must be regurgitated back to the business owner ad nauseam. By doing so, and after repetitious use of sarcasm and exaggerated theatrics in the form of "conditioning sessions", the owner gradually embraces the fact that only George S. May "consultants" can correct the existing problem(s).

"Conditioning" is a psychological process by which a George S. May analyst presents a business flaw to an owner in an overzealous and pontificating manner. George May employees are trained extensively in psychology and the art of theatrical performance to make a point. So much so, that analyst trainees are instructed to purchase reading glasses for use in the field not only make themselves look more studious but to also have a prop to throw on clients' desks when making an exaggerated observation about an exposed business flaw.

Moreover, trainees are also instructed when and how to abruptly open and shut their "manuals" (black note books) in disgust or contempt while having dialogue with the client. Knowing when and how to sigh while using various defensive body language postures are also taught to enhance psychological discomfort of the business owner. Actions such as these are done for theatrical effect in hopes that they will increase the business client's realization of their own "stupidity".

"Conditioning sessions" can be done on a one-on-one basis but are more effective when a call to the "Management Council" at the "analyst's" corporate headquarters is placed. It is taught that this act should occur frequently with the ultimate goal of denigrating the owner and his/her abilities.

Believe it or not, these calls can even be staged. If the "Management Council" (which is really one SENEX) is not available right away to take a call, George May trainers actually suggest picking up the phone receiver and talking to a dial tone or silence from a held call. How more deceptive can you get? Ms. Gil, Bruce Unangst, and Dave Barry (George S. May's top trainers) have instructed thousands of analysts over many years on how to properly "condition" unsuspecting clients in such a way.

GSMIC 0018

Rip- ⸍Report.com - badbusinessbureau.com

It is unfathomable how an "Analyst" with George S. May is trained in unethical sales psychology first and then accounting and management principles later. Apparently, teaching such theatrical "conditioning" to every analyst that darkens their doorway has worked for years and seems to be a tremendous cash cow concept and technique for them.

The biggest and most prevalent form of theatrical acting comes when an "analyst" discloses the purpose of his/her "analysis" of the business being studied as well as George S. May's mission statement. It is called their "institutional" and it must be learned verbatim before training is over. All analysts must be able to recite this misleading script word for word:

(((Because the following was copy written material, owned by George S May, Rip-off Report had to redact this material.)))

As you can see, it is quite dated and rambling to say the least. Most of all, it is misleading; especially when the "2:1" ratio section is acted out in front of the business owner. George S. May's intent is to promise this return but it will hardly ever be truly realized. Staff analysts at corporate headquarters in Chicago are instructed to manipulate any and all variables to show this return regardless of its accuracy. The majority of the time, their "2:1 proof" is tainted with erroneous errors that are not easily recognizable by the average business owner. All-in-all, George S. May's "institutional" is a preamble and map to separating the client from his/her money by the consultant team.

Second, as a trainee, you are instructed to make numerous calculations based on as many problems that are discovered during the survey process. George S. May's modus operandi is "show all problems in dollars lost in profit", even if the calculations are misleading and overstated. May's trainers will suggest that it doesn't matter if the calculations are correct as long as you present them with confidence. Surprisingly enough, and after seeing it first hand, this actually works. Repetitious use of lost profit calculations are a mandate and used as frequently as possible, especially in conditioning sessions.

In fact, it is taught that at least 5 to 10 such conditioning sessions with the client should be made within the first few hours of showing up to the premises. Owners should see and hear "lost dollars in profit" over and over again. The calculations themselves become almost secondary in nature and are hardly ever confirmed or checked by the clients and/or their staff in most cases. The consummate George S. May "analyst" is instructed to keep a running total of these "lost" profit figures (calculated in whatever manner) then presenting the total in a desperate and exaggerated tone by the end of the first day. It is imperative that the owner feel as if he will never succeed in managing his business as efficiently as it could and should be operating.

In some cases where the client is truly struggling, the owner is also made to feel that involuntary bankruptcy awaits him/her if George S. May does not step in to intervene in their "best interest". Clients, at this point, become confused

GSMIC 0019

Rip-off Report.com - badbusinessbureau.com

and frustrated at themselves. And to top it off, the analyst is instructed to pose a catastrophic question to the client at the end of the first day. For example: "Tonight, when you go home Mr. X (business owner), I want you to consider what condition your family would be in if you had to close the doors to your business... because that's the direction that I see you are heading." Consequently, the stage is set for the client to make poor decisions based on emotion. An owner's reasoning and logic are rendered useless from the desperation created by a well trained George S. May analyst.

What most owners do not realize is that the majorities of problems associated with any business are quite generic and are prevalent across the board. For instance, look at labor productivity (most SENEx', especially Bruce Unangst, favorite item); almost all businesses with more then two employees suffer from lost labor productivity in some respect. George May "analysts" are taught to exploit this issue right away and with swift certainty. What is incredibly bizarre about this important variable is that it is often presented with an incorrect calculation (especially by newly recruited analysts).

In my tenure with George S. May, I saw (and presented) numerous erroneous calculations based on labor productivity that were given to me by the SENEX, Bruce Unangst. When confronting him with his errors on several occasions, I was told to "shut up and be a team player... just present the number!" Amazingly, not once was I ever challenged by the client. Why? As taught by our trainer, I presented it with "confidence" during conditioning sessions with the client.

Third, George S. May has an intricately designed survey that exploits every possible crack and flaw of ANY business. I've already discussed aspects associated with the "questionnaire" (see http://www.ripoffreport.com/reports/ripoff100195.htm for details). However, the survey is another form of psychological "conditioning" that persuades the client that the flaws associated with his/her business are way too abundant and menacing to tackle alone. Every analyst is instructed by the SENEX to over exaggerate and overstate the severity of all flaws that pertain to the business and employees being studied.

This is extremely unethical and the "Analyst" is given free reign to utilize everything at his/her disposal to get George S. May consultants in the door; a process called getting a "go ahead". With this "no holds barred" approach, analysts unfortunately manipulate clients in ways that are beyond reproach. I've heard of George May "analysts" using such high pressure and denigrating tactics that police were called to escort them off the premises. George S. May implies during training, especially by Ms. Gill, that promises and half truths are fine as long as a "go ahead" is obtained. Unfortunately, deception, deceit, and lies are used more often than not when convincing a client to retain May's consulting services. I've seen first hand how clients sign consulting agreements under duress and it's not a pretty scene.

In addition, analysts are taught to pull in the owner's spouse and children during the final "survey" process when possible. This is done to capitalize on their input into what ultimately turns out to be an emotional response to signing

GSMIC 0020

the consulting agreement, again, under duress. Bringing them into the loop almost always assures that a "go ahead" is imminent. Once the overstated and exaggerated problems of the business are disclosed to the family, whether they are active in the daily operations or not, it usually forces them to take the side of the analyst because they are sold on the fact that George S. May can turn the business around for the better of everyone involved. I've seen numerous business owners sign consulting contracts with George S. May while their spouse is crying from newly created fear of a floundering business. As George May teaches its analysts, exposure is key to obtaining a "go ahead" and getting the owner's family involved is always the best technique.

Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact. "Larceny" is defined as the unlawful taking of personal property with intent to deprive the rightful owner of it permanently. He is quick to gloss over the "unlawful" aspect of such an act, but as he says: "depriving a business owner of his cash-on-hand is vital to George S. May's operations". Students are instructed to promise that a "special team" of consultants has been assembled and is currently waiting to come in and "fix" the problems; all lies. George S. May's "larceny", as taught by its representatives, is the life blood of the profitability of the business. How fresh recruits listen and rationalize this concept on a weekly basis and not question the lack of ethics therein is dumbfounding. By the time "larceny" is discussed, however, the recruits are into their training by 8 to 9 days and are already brainwashed by the other unethical traits of George May that have been forced upon them.

It's a sad state of affairs with George S. May currently. All it will take is one brave journalist to clandestinely infiltrate their training center as a new "analyst" in Chicago before these unethical trade secrets are scrutinized by the general public and government agencies. Actually, this would be a very easy thing to do at the moment as they are hiring anybody that can memorize and act. Unless they revamp the way they hire and teach new recruits or eliminate those George May employees expounding on such deceptive practices, this organization's days are numbered.

Again, I hope this report has helped those individuals that seek the true nature of George S. May's tactics. If I can be of assistance, or if you have any comments, please email me at (address removed by ripoffreport.com).

Andrea
El Paso, Texas
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

GSMIC 0021

Rip-off Report.com - badbusinessbureau.com

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below

George S. May International Company    [Search]

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

# Rebuttal Consumer Suggestion

Submitted: 9/1/2004 12:03:00 PM
Modified: 9/1/2004 3:41:22 PM

# JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

After having read the numerous rip-off reports on the various consulting companies, I am compelled to offer you small business owners a solution to the problems you have in your business. After all that is the reason you said yes to the consulting companies in the first place.

My suggestion is just like the anti-drug campaign - JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

The problem is that you still have the problems in your business. I suggest that you (((REDACTED, SEE BELOW WHY!)))and take a look around there.

You will discover why this company was created - as a positive response to all the negativity created by consulting companies!! We firmly believe that small business owners CAN fix many of the problems themselves with direction and ideas.

GSMIC 0022

Rip-⁻⁻ Report.com - badbusinessbureau.com

So we created a method for each small business to Create Business Health on their own. We believe in you.

To your success,

Tom - New Orleans, Louisiana
U.S.A.

sorry.....allowing you to give a competitors name would instigate others to just file against their competition, to only come back later to suggest their company... your comments on this policy are welcome! CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address or a competitors name from this Report.

## REBUTTAL BOX

### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.
or
****If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Feel free to send us suggestions and comments to our editorial staff.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003 badbusinessbureau.com

GSMIC 0023

# EXHIBIT B-2

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, July 05, 2005 5:30 PM
**To:** EDitor@ripoffreport.com
**Subject:** FW: George S May Report http://www.ripoffreport.com/view.asp?id=101732



...by consumers, for consumers

a service of
badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | My Account | Logout

Do-It-Yourself Guide

CLICK
HERE

About the ads below...

Great deals on
DIGITAL CAMERAS    as    $49⁹⁹
                   low as

half.com
by eBay

This report was created by Andrea Swallsentein - aswalls@aol.com - 915-515-4371 - 152.163.252.101

✉ E-mail to a Friend
🖶 Printer Friendly Version
Category:
**Corrupt Companies**

Submitted: **8/2/2004**
**11:44:39 AM**
Modified: **9/1/2004**
**3:41:22 PM**

## George S. May International Company - UNETHICAL TRADE SECRETS REVEALED! Rip-off! Park Ridge Illinois *Consumer Suggestion ..JUST SAY NO! Forget about being polite and listening,

Rip-off Report.com - badbusinessbureau.com

Page 2 of 9

# they weren't polite to you, were they? Just hang up.

# George S. May International Company

Address:
303 N. Southwest Hwy.
Park Ridge Illinois 60068
U.S.A.
Phone:
800-9993020
Fax: 847-8257937
Email: gsmicresponses@yahoo.com



**Unlimited Internet Access!**

**goHotelRooms**

Discount Hotel Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements





In order to further disseminate George S. May International Company's unethical, deceptive, and fraudulent business practices, I am coming forward with this report to expose some of their general trade secrets. In doing so, one should acknowledge almost immediately that this "consulting" agency is conducting business in a manner that is felonious and illicit at its core. Because of the methods listed below, George S. May's conduct is worthy of a severe class action lawsuit by ALL former clients that have been affected by their services.

First, instruction and training by George S. May International Company personnel (mainly by Ms. Gill, Bruce Unangst, and Dave Barry) is conducted in a manner than encourages and fosters deception on the part of the employee. From the first day, especially for those trainees in the "Executive Analyst" position, it is taught that you MUST be able to denigrate your client with cleverness and tact.

Belittling the business owner is the first step to success in the George S. May handbook. You are instructed on how to ask probing questions that expose the weaknesses of the organization being analyzed. Once weaknesses are "out on the table", they should be utilized as a tool of embarrassment with psychological consequences. It is an absolute priority to systematically and repeatedly make the owner(s) feel inadequate by reinforcing deficiencies in their management, personnel, and financial skills at every possible turn. These inadequacies must be regurgitated back to the business owner ad nauseam. By doing so, and after repetitious use of sarcasm and exaggerated theatrics in the form of "conditioning sessions", the owner gradually embraces the fact that only George S. May "consultants" can correct the existing problem(s).

Rip-off Report.com - badbusinessbureau.com

"Conditioning" is a psychological process by which a George S. May analyst presents a business flaw to an owner in an overzealous and pontificating manner. George May employees are trained extensively in psychology and the art of theatrical performance to make a point. So much so, that analyst trainees are instructed to purchase reading glasses for use in the field not only make themselves look more studious but to also have a prop to throw on clients' desks when making an exaggerated observation about an exposed business flaw.

Moreover, trainees are also instructed when and how to abruptly open and shut their "manuals" (black note books) in disgust or contempt while having dialogue with the client. Knowing when and how to sigh while using various defensive body language postures are also taught to enhance psychological discomfort of the business owner. Actions such as these are done for theatrical effect in hopes that they will increase the business client's realization of their own "stupidity".

"Conditioning sessions" can be done on a one-on-one basis but are more effective when a call to the "Management Council" at the "analyst's" corporate headquarters is placed. It is taught that this act should occur frequently with the ultimate goal of denigrating the owner and his/her abilities.

Believe it or not, these calls can even be staged. If the "Management Council" (which is really one SENEX) is not available right away to take a call, George May trainers actually suggest picking up the phone receiver and talking to a dial tone or silence from a held call. How more deceptive can you get? Ms. Gil, Bruce Unangst, and Dave Barry (George S. May's top trainers) have instructed thousands of analysts over many years on how to properly "condition" unsuspecting clients in such a way.

It is unfathomable how an "Analyst" with George S. May is trained in unethical sales psychology first and then accounting and management principles later. Apparently, teaching such theatrical "conditioning" to every analyst that darkens their doorway has worked for years and seems to be a tremendous cash cow concept and technique for them.

The biggest and most prevalent form of theatrical acting comes when an "analyst" discloses the purpose of his/her "analysis" of the business being studied as well as George S. May's mission statement. It is called their "Institutional" and it must be learned verbatim before training is over. All analysts must be able to recite this misleading script word for word:

(((Because the following was copy written material, owned by George S May, Rip-off Report had to redact this material.)))

Rip-off Report.com – badbusinessbureau.com

As you can see, it is quite dated and rambling to say the least. Most of all, it is misleading; especially when the "2:1" ratio section is acted out in front of the business owner. George S. May's intent is to promise this return but it will hardly ever be truly realized. Staff analysts at corporate headquarters in Chicago are instructed to manipulate any and all variables to show this return regardless of its accuracy. The majority of the time, their "2:1 proof" is tainted with erroneous errors that are not easily recognizable by the average business owner. All-in-all, George S. May's "institutional" is a preamble and map to separating the client from his/her money by the consultant team.

Second, as a trainee, you are instructed to make numerous calculations based on as many problems that are discovered during the survey process. George S. May's modus operandi is "show all problems in dollars lost in profit", even if the calculations are misleading and overstated. May's trainers will suggest that it doesn't matter if the calculations are correct as long as you present them with confidence. Surprisingly enough, and after seeing it first hand, this actually works. Repetitious use of lost profit calculations are a mandate and used as frequently as possible, especially in conditioning sessions.

In fact, it is taught that at least 5 to 10 such conditioning sessions with the client should be made within the first few hours of showing up to the premises. Owners should see and hear "lost dollars in profit" over and over again. The calculations themselves become almost secondary in nature and are hardly ever confirmed or checked by the clients and/or their staff in most cases. The consummate George S. May "analyst" is instructed to keep a running total of these "lost" profit figures (calculated in whatever manner) then presenting the total in a desperate and exaggerated tone by the end of the first day. It is imperative that the owner feel as if he will never succeed in managing his business as efficiently as it could and should be operating.

In some cases where the client is truly struggling, the owner is also made to feel that involuntary bankruptcy awaits him/her if George S. May does not step in to intervene in their "best interest". Clients, at this point, become confused and frustrated at themselves. And to top it off, the analyst is instructed to pose a catastrophic question to the client at the end of the first day. For example: "Tonight, when you go home Mr. X (business owner), I want you to consider what condition your family would be in if you had to close the doors to your business... because that's the direction that I see you are heading." Consequently, the stage is set for the client to make poor decisions based on emotion. An owner's reasoning and logic are rendered useless from the desperation created by a well trained George S. May analyst.

What most owners do not realize is that the majorities of problems associated with any business are quite generic and are prevalent across the board. For instance, look at labor productivity (most

SENEXs', especially Bruce Unangst, favorite item); almost all businesses with more then two employees suffer from lost labor productivity in some respect. George May "analysts" are taught to exploit this issue right away and with swift certainty. What is incredibly bizarre about this important variable is that it is often presented with an incorrect calculation (especially by newly recruited analysts).

In my tenure with George S. May, I saw (and presented) numerous erroneous calculations based on labor productivity that were given to me by the SENEX, Bruce Unangst. When confronting him with his errors on several occasions, I was told to "shut up and be a team player… just present the number!" Amazingly, not once was I ever challenged by the client. Why? As taught by our trainer, I presented it with "confidence" during conditioning sessions with the client.

Third, George S. May has an intricately designed survey that exploits every possible crack and flaw of ANY business. I've already discussed aspects associated with the "questionnaire" (see http://www.ripoffreport.com/reports/ripoff100195.htm for details). However, the survey is another form of psychological "conditioning" that persuades the client that the flaws associated with his/her business are way too abundant and menacing to tackle alone. Every analyst is instructed by the SENEX to over exaggerate and overstate the severity of all flaws that pertain to the business and employees being studied.

This is extremely unethical and the "Analyst" is given free reign to utilize everything at his/her disposal to get George S. May consultants in the door; a process called getting a "go ahead". With this "no holds barred" approach, analysts unfortunately manipulate clients in ways that are beyond reproach. I've heard of George May "analysts" using such high pressure and denigrating tactics that police were called to escort them off the premises. George S. May implies during training, especially by Ms. Gill, that promises and half truths are fine as long as a "go ahead" is obtained. Unfortunately, deception, deceit, and lies are used more often than not when convincing a client to retain May's consulting services. I've seen first hand how clients sign consulting agreements under duress and it's not a pretty scene.

In addition, analysts are taught to pull in the owner's spouse and children during the final "survey" process when possible. This is done to capitalize on their input into what ultimately turns out to be an emotional response to signing the consulting agreement, again, under duress. Bringing them into the loop almost always assures that a "go ahead" is imminent. Once the overstated and exaggerated problems of the business are disclosed to the family, whether they are active in the daily operations or not, it usually forces them to take the side of the analyst because they are sold on the fact that George S. May can turn the business around for the better of everyone involved. I've seen numerous

Rip-off Report.com - badbusinessbureau.com

business owners sign consulting contracts with George S. May while their spouse is crying from newly created fear of a floundering business. As George May teaches its analysts, exposure is key to obtaining a "go ahead" and getting the owner's family involved is always the best technique.

Lastly, "larceny" is an admirable trait that is a prerequisite for any successful George S. May analyst (according to the company's teachings). Incredibly, George May SENEX, Dave Barry, instructs his students on a weekly basis of this fact. "Larceny" is defined as the unlawful taking of personal property with intent to deprive the rightful owner of it permanently. He is quick to gloss over the "unlawful" aspect of such an act, but as he says: "depriving a business owner of his cash-on-hand is vital to George S. May's operations". Students are instructed to promise that a "special team" of consultants has been assembled and is currently waiting to come in and "fix" the problems; all lies. George S. May's "larceny", as taught by its representatives, is the life blood of the profitability of the business. How fresh recruits listen and rationalize this concept on a weekly basis and not question the lack of ethics therein is dumbfounding. By the time "larceny" is discussed, however, the recruits are into their training by 8 to 9 days and are already brainwashed by the other unethical traits of George May that have been forced upon them.

It's a sad state of affairs with George S. May currently. All it will take is one brave journalist to clandestinely infiltrate their training center as a new "analyst" in Chicago before these unethical trade secrets are scrutinized by the general public and government agencies. Actually, this would be a very easy thing to do at the moment as they are hiring anybody that can memorize and act. Unless they revamp the way they hire and teach new recruits or eliminate those George May employees expounding on such deceptive practices, this organization's days are numbered.

Again, I hope this report has helped those individuals that seek the true nature of George S. May's tactics. If I can be of assistance, or if you have any comments, please email me at (address removed by ripoffreport.com).

Andrea
El Paso, Texas
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

Rip-off Report.com - badbusinessbureau.com

Page 7 of 9

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below

[George S. May International Company]  Search

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

This rebuttal was created by Tom Wilson, 208.54.95.131

## Rebuttal Consumer Suggestion

Submitted: 9/1/2004 12:03:00 PM
Modified: 9/1/2004 3:41:22 PM

## JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

After having read the numerous rip-off reports on the various consulting companies, I am compelled to offer you small business owners a solution to the problems you have in your business. After all that is the reason you said yes to the consulting companies in the first place.

My suggestion is just like the anti-drug campaign - JUST SAY NO! Forget about being polite and listening, they weren't polite to you, were they? Just hang up.

The problem is that you still have the problems in your business. I suggest that you (((REDACTED, SEE BELOW WHY!)))and take a look around there.

You will discover why this company was created - as a positive response to all the negativity created by consulting companies!! We firmly believe that small business owners CAN fix many of the problems themselves with direction and ideas.

8/16/2006

So we created a method for each small business to Create Business Health on their own. We believe in you.

To your success,

Tom - New Orleans, Louisiana
U.S.A.

sorry,....allowing you to give a competitors name would instigate others to just file against their competition, to only come back later to suggest their company... your comments on this policy are welcome! CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address or a competitors name from this Report.

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

****If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report



Rip-off Report.com - badbusinessbureau.com

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

copyright @ 2003 in service of badbusinessbureau.com

# EXHIBIT B-3

**Whois Search**
Build & Host Domains as Low as $10. Quality
Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                                          Advertise

Search: [_____] [Go]

## BROADBAND Reports.com

login                                                     Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [_____]    or back to dslreports.com/whois

### Result for **152.163.252.101**

```
--> fwhois 152.163.252.101@whois.arin.net
[whois.arin.net]

OrgName:    America Online
OrgID:      AOL
Address:    22000 AOL Way
City:       Dulles
StateProv:  VA
PostalCode: 20166
Country:    US

NetRange:   152.163.0.0 - 152.163.255.255
CIDR:       152.163.0.0/16
NetName:    AOL-BNET
NetHandle:  NET-152-163-0-0-1
Parent:     NET-152-0-0-0
NetType:    Direct Assignment
NameServer: DNS-01.NS.AOL.COM
NameServer: DNS-02.NS.AOL.COM
Comment:
RegDate:    1992-04-01
Updated:    1999-12-02

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

OrgAbuseHandle: AOL382-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-703-265-4670
OrgAbuseEmail:  abuse@aol.net

OrgNOCHandle: AOL236-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-703-265-4670
OrgNOCEmail:  noc@aol.net

OrgTechHandle: AOL-NOC-ARIN
OrgTechName:   America Online, Inc.
OrgTechPhone:  +1-703-265-4670
OrgTechEmail:  domains@aol.net
```

**Network
Monitor
Freeware**

PRTG
monitors traffic,
cpu load etc in
your network
(Freeware)

www.paessler.com

Advertise on this site

how-to block ads

**Whois Search**
Build & Host Domains as Low as $10. Quality Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [        ]  Go

# BROADBAND Reports.com

login                                              Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [        ]  or back to dslreports.com/whois

### Result for **208.54.95.131**

```
--> fwhois 208.54.95.131@whois.arin.net
[whois.arin.net]

OrgName:    T-Mobile USA
OrgID:      TMOBI
Address:    12920 SE 38th Street
City:       Bellevue
StateProv:  WA
PostalCode: 98027
Country:    US

NetRange:   208.54.0.0 - 208.54.159.255
CIDR:       208.54.0.0/17, 208.54.128.0/19
NetName:    TMO2
NetHandle:  NET-208-54-0-0-1
Parent:     NET-208-0-0-0-0
NetType:    Direct Allocation
NameServer: PDNS1.ULTRADNS.NET
NameServer: PDNS2.ULTRADNS.NET
NameServer: PDNS3.ULTRADNS.ORG
NameServer: PDNS4.ULTRADNS.ORG
NameServer: PDNS5.ULTRADNS.INFO
NameServer: PDNS6.ULTRADNS.CO.UK
Comment:
RegDate:
Updated:    2006-06-29

OrgTechHandle: DNSAD11-ARIN
OrgTechName:   DNS Administrators
OrgTechPhone:  +1-888-662-4662
OrgTechEmail:  ARINtechcontact@t-mobile.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

## Compare IP Phone Services

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

# EXHIBIT C

# Exhibit C

## REPORT #64081

| AUTHOR | DATE | BATES RANGE | IP |
|--------|------|-------------|-----|
| "Diane"[7] | 7/18/2003 | GSMIC 0024-25 | 216.255.210.187 |
| "John"[8] | 10/16/2003 | 0026 | 12.83.67.135 |
| "Chuck"[9] | 10/18/2003 | 0026-27 | 12.83.66.18 |
| "Chet"[10] | 5/6/2004 | 0027 | 67.119.156.180 |
| "Jolene"[11] | 8/3/2004 | 0028 | 67.164.248.86 |

---

[7] Diane Green, diane@nwcanopy.com, 509-276-4440
[8] John Smith
[9] Chuck Black
[10] Chet Ubetcha
[11] Jolene Marker

# EXHIBIT C-1

Rip-o"Report.com - badbusinessbureau.com



badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home    File    Search    E-mail

Submitted:
7/18/2003 5:40:55
PM
Modified: 8/3/2004
11:58:47 PM

Category:
Corrupt Companies

**George S. May International deceptive company, false promises, raped & pillaged us, ripoff They will find a way to take your money and leave you feeling empty, robbed and wondering what just happened! San Jose California *UPDATE Employee ..inside information ..George S. May International Company-The real scam**

Company
**George S. May International**
Address:
991 W. Hedding Street
San Jose California
U.S.A.
Phone:
408-244-0233
Fax: -

We were contacted by George S. May International Co. promising us that we would double our income or our money back in 1/year! How could you lose with that guarantee! (What a JOKE).

George S. May International Co. quickly brought a team of (5) executives, so we thought to analyze our business.

Pag ' of 5

Rip-off Report.com - badbusinessbureau.com

Explained their plan and we soon asked 3 of them to leave as there was no way we could afford their fees! The next day we asked another 1 to leave. We were left with 1/executive for 3/weeks. We kept asking if all this was necessary they said yes! We continued to ask questions and soon we felt quite used and abused.

They fully knew our situation especially our finances and that we could not afford their fees! They requested that a bank transfer account be set up so they would get their money 1st. We couldn't even make payroll, but they had to have their money! We finally said wrap it up and leave! They asked us to provide them with a letter, but would not accept the 1st letter we wrote explaining how expensive they were and how unhappy we were with their services! They instead had their own letter already made up and asked us to put our own words into it. We were very hesitant but went ahead and used their letter.

They left us in a financial struggle costing our company over $48,000.00. We never heard another word from them. A year went by, we wrote George S. May Company a letter requesting our full investment back, because we didn't double our income, infact our income went double backwards! We never received a call or response back from our letter. We began calling to see how we might get our refund back. No return calls. 3 more letters have been sent! You guessed it...... no response.

To date George S. May International Company continues to rape and pillage companies across the country. We hope our experience will help someone out there to think, think, think! Don't let the George S. May International Team come anywhere close to you or your business. As they will find a way to take your money and leave you feeling empty, robbed and wondering what just happened!

Diane
Chattaroy, Washington
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International, please use the search box below

George S. May International

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

[Search]

Page 3 of 5

GSMIC 0025

Rip-o^ Report.com - badbusinessbureau.com

Click here to go to our advanced search page.

# **Rebuttal** UPDATE Employee ..inside information

Submitted: 10/16/2003 3:56:55 PM
Modified: 10/16/2003 6:50:13 PM

## George S. May International Company-The real scam

It is important for all past, current and future George S. May International Company clients to understand that 100% of the management consultants employeed do not have any certification. This translates into the high likelyhood that you have or will be paying for unproven advice.

If you ask for documents proving the statements given to you by the consultants and/or project director, they will not be provided. This is due to the fact that you have been lied to, and the consultants do not have background in your industry.

In addition, please be advised that all statements relating to your problems may not be true, and are designed to have you continue paying for the consulting.

Do not waste you money with the GSMIC, the advise may do more harm than good. Be sure to insist on seeing documents, and keep a copy.

John - Las Vegas, Nevada
U.S.A.

# **Rebuttal** Consumer Suggestion

Submitted: 10/18/2003 8:59:38 AM
Modified: 10/18/2003 7:26:32 PM

## GSMIC and IPA - IBA are almost the same

Search IPA-IBA in 'Ripoff Report' to find more information on GSMIC (George S. May International Company)

http://www.ripoffreport.com/view.asp?id=64081&view=printer

Pag ^ of 5

Rip-off Report.com - badbusinessbureau.com

Both companies may have the same standard operations, and this may be helpful to current and/or future clients.

Chuck - Park Ridge, Illinois
U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 5/6/2004 7:49:29 AM
Modified: 5/7/2004 1:07:48 AM

## Dig and search Rip-Off Report for more, Why, because of variations of the company name.

Diane you are not alone. This is what happens to most of George S. May International Company Clients. Here is a real problem people are not getting this vital information when they search the net for the good the bad and the ugly.

Even on Rip-Off Report you need to dig to get all the reports. Why because of variations of the company name.

Example, search this site and see how many reports you find for the following variations.

George S. May International Company
George S. May International Company
George S. May International
George S. May International
George S. May International
George S. May
George S May
GSMIC

Now try the same thing on the big search sites you will find the information is burried under the help wanted ads and the George S. May International Meta Tag pages.

BUYER BEWARE! GSMIC is a 78 year old SCAM!

Chet - Los Angeles, California
U.S.A.

Page 4 of 5

GSMIC 0027

Rip-off Report.com - badbusinessbureau.com

# Rebuttal Consumer Comment

Submitted: 8/3/2004 6:27:17 PM
Modified: 8/3/2004 11:58:47 PM

# We must stick together

Diane Chattaroy, Washington
There are so many of us that has had a similar experiance. I would really like to talk to you.
Please find my contact information on Ripoffreport, arter my letter. I look forward to hearing from you.

Jolene - Ogden,, Utah
U.S.A.

---

## REBUTTAL BOX

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

Best if viewed with Netscape 4, Internet Explorer of AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

---

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of Bad Business Bureau, LLC. All rights reserved

http://www.ripoffreport.com/view.asp?id=64081&view=printer

GSMIC 0028

# **EXHIBIT C-2**

Rip-off Report.com - badbusinessbureau.com

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, July 05, 2005 5:30 PM
**To:** EDitor@ripoffreport.com
**Subject:** FW: George S May http://www.ripoffreport.com/view.asp?id=64081



...by consumers, for consumers

Don't let them get away with it.
Make sure they make the Rip-off Report



Home | File | Search | My Account | Logout

Do-It-Yourself Guide

This report was created by <u>Diane Green</u> - <u>diane@nwcanopy.com</u> - 509-276-4440 - 216.255.210.187

Submitted:
**7/18/2003 5:40:55 PM**
Modified: **8/3/2004 11:58:47 PM**

 E-mail to a Friend
Printer Friendly Version
Category:
**Corrupt Companies**



CLICK HERE

**George S. May International deceptive company, false promises, raped & pillaged us, ripoff They will find a way to take your money and leave you feeling empty, robbed and wondering what just**

8/16/2006

Rip-off Report.com - badbusinessbureau.com

Page 2 of 6

# happened! San Jose California *UPDATE Employee ..inside information ..George S. May International Company-The real scam

Company
## George S. May International
Address:
991 W. Hedding Street
San Jose California
U.S.A.
Phone:
408-244-0233
Fax: -



**Unlimited Internet Access!**

Discount Hotel
Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



We were contacted by George S. May International Co. promising us that we would double our income or our money back in 1/year! How could you lose with that guarantee! (What a JOKE).

George S. May International Co. quickly brought a team of (5) executives, so we thought to anaylze our business. Explained their plan and we soon asked 3 of them to leave as there was no way we could afford their fees! The next day we asked another 1 to leave. We were left with 1/executive for 3/weeks. We kept asking if all this was necessary they said yes! We continued to ask questions and soon we felt quite used and abused.

They fully knew our situation especially our finances and that we could not afford their fees! They requested that a bank transfer account be set up so they would get their money 1st. We couldn't even make payroll, but they had to have their money! We finally said wrap it up and leave! They asked us to provide them with a letter, but would not accept the 1st letter we wrote explaining how expensive they were and how unhappy we were with their services! They instead had their own letter already made up and asked us to put our own words into it. We were very hesitant but went ahead and used their letter.

They left us in a financial struggle costing our company over $48,000.00. We never heard another word from them. A year went by, we wrote George S. May Company a letter requesting our full investment back, because we didn't double our income, infact our income went double backwards! We never received a call or response back from our letter. We began calling to see how we might get

8/16/2006

Rip-off Report.com - badbusinessbureau.com

our refund back. No return calls. 3 more letters have been sent! You guessed it..... no response.

To date George S. May International Company continues to rape and pillage companies across the country. We hope our experience will help someone out there to think, think, think! Don't let the George S. May International Team come anywhere close to you or your business. As,they will find a way to take your money and leave you feeling empty, robbed and wondering what just happened!

Diane
Chattaroy, Washington
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International, please use the search box below

George S. May International    [Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

This rebuttal was created by John Smith, 12.83.67.135

## Rebuttal UPDATE Employee ..inside information

Submitted: 10/16/2003 3:56:55 PM
Modified: 10/16/2003 6:50:13 PM

# George S. May International Company-The real scam

It is important for all past, current and future George S. May International Company clients to understand that 100% of the management consultants employeed do not have any certification. This translates into the high likelyhood that you have or will be paying for unproven advice.

If you ask for documents proving the statements given to you by the consultants and/or project director, they will not be provided. This is due to the fact that you have been lied to, and the consultants do not have background in your industry.

In addition, please be advised that all statements relating to your problems may not be true, and are designed to have you continue paying for the consulting.

Do not waste you money with the GSMIC, the advise may do more harm than good. Be sure to insist on seeing documents, and keep a copy.

John - Las Vegas, Nevada
U.S.A.

This rebuttal was created by Chuck Black, 12.83.66.18

## Rebuttal Consumer Suggestion

Submitted: 10/18/2003 8:59:38 AM
Modified: 10/18/2003 7:26:32 PM

# GSMIC and IPA - IBA are almost the same

Search IPA-IBA in 'Ripoff Report' to find more information on GSMIC (George S. May International Company)

Both companies may have the same standard operations, and this may be helpful to current and/or future clients.

Chuck - Park Ridge, Illinois
U.S.A.

This rebuttal was created by Chet Ubetcha, 67.119.156.180

## Rebuttal UPDATE EX-employee responds

Submitted: 5/6/2004 7:49:29 AM
Modified: 5/7/2004 1:07:48 AM

# Dig and search Rip-Off Report for more, Why, because of variations

Rip-off Report.com - badbusinessbureau.com

Page 5 of 6

## of the company name.

Diane you are not alone. This is what happens to most of George S. May International Company Clients. Here is a real problem people are not getting this vital information when they search the net for the good the bad and the ugly.

Even on Rip-Off Report you need to dig to get all the reports. Why because of variations of the company name.

Example, search this site and see how many reports you find for the following variations.

George S. May International Company
George S May International Company
George S. May International
George S May International
George S. May
George S May
GSMIC

Now try the same thing on the big search sites you will find the information is burried under the help wanted ads and the George S. May International Meta Tag pages.

BUYER BEWARE! GSMIC is a 78 year old SCAM!

Chet - Los Angeles, California
U.S.A.

This rebuttal was created by Jolene Marker, 67.164.248.86

## Rebuttal Consumer Comment

Submitted: 8/3/2004 6:27:17 PM
Modified: 8/3/2004 11:58:47 PM

## We must stick together

Diane Chattaroy, Washington

8/16/2006

Rip-off Report.com - badbusinessbureau.com

Page 6 of 6

There are so many of us that has had a similar experiance. I would really like to talk to you.
Please find my contact information on Ripoffreport, arter my letter. I look forward to hearing from you.

Jolene - Ogden,, Utah
U.S.A.

## REBUTTAL BOX

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or
positive information about the company or can you provide "insider
information" on this company? Do you have a consumer suggestion on
how to resolve this problem or how to avoid it in the future? ONLY these
types of responses will be added to the filed report, and will be posted
within 24 hours of receipt. Make your voice heard. Let them know your
side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report



RIP-OFF   Do-It-Yourself Guide

Feel free to send us suggestions and comments
to our editorial staff.

Technical questions can be addressed to our
webmaster.

Best if viewed with Netscape 4, Internet Explorer
4, or AOL 4.0. Support for JavaScript is needed
to submit and search for reports.

Having trouble searching or filing a report? It
may be a browser problem. See our FAQ for
help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 1998 - 2004, service of bad maintainbusiness .com

8/16/2006

# EXHIBIT C-3

**Whois Search**
Build & Host Domains as Low as $10. Quality
Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                    Advertise

Search: [            ]  Go

## BROADBAND Reports.com

login                                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [        ]         or back to dslreports.com/whois

Result for **216.255.210.187**

```
--> fwhois 216.255.210.187@whois.arin.net
[whois.arin.net]

OrgName:    The IceHouse Internet Services
OrgID:      ICHI
Address:    422 W Riverside #500
City:       Spokane
StateProv:  WA
PostalCode: 99201
Country:    US

NetRange:   216.255.192.0 - 216.255.223.255
CIDR:       216.255.192.0/19
NetName:    WEBHST-BLK-1
NetHandle:  NET-216-255-192-0-1
Parent:     NET-216-0-0-0-0
NetType:    Direct Allocation
NameServer: NS0.ICEHOUSE.NET
NameServer: NS1.ICEHOUSE.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-05-01
Updated:    2002-04-22

RTechHandle: DS1779-ARIN
RTechName:   Smith, Dean
RTechPhone:  +1-509-444-1590
RTechEmail:  deans@icehouse.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Network Monitor Freeware**

PRTG monitors traffic, cpu load etc in your network (Freeware)

www.paessler.com

Advertise on this site

how-to block ads

**Whois Search**
Build & Host Domains as Low as $10. Quality Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                    Advertise

Search: [        ] Go

# BROADBAND Reports.com

login                                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                or back to dslreports.com/whois

### Result for 12.83.67.135

```
--> fwhois 12.83.67.135@whois.arin.net
[whois.arin.net]
AT&T WorldNet Services ATT (NET-12-0-0-0-1)
                            12.0.0.0 - 12.255.255.255
AT&T Worldnet Services ATTSVC-12-80-0-0-0 (NET-12-80-0-0-0-1)
                            12.80.0.0 - 12.83.255.255
```

## Compare
## IP Phone
## Services

### View Ratings
### And Reviews
### Of Leading
### Broadband
### Phone Service
### Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-12-80-0-0-1@whois.arin.net"
[whois.arin.net]

CustName:    AT&T Worldnet Services
Address:     412 Mount Kemble Ave.
Address:     P.O. Box 1995
City:        Morristown
StateProv:   NJ
PostalCode:  07962
Country:     US
RegDate:     2003-10-01
Updated:     2003-10-01

NetRange:    12.80.0.0 - 12.83.255.255
CIDR:        12.80.0.0/14
NetName:     ATTSVC-12-80-0-0
NetHandle:   NET-12-80-0-0-1
Parent:      NET-12-0-0-0-1
NetType:     Reassigned
Comment:     Contact AT&T Abuse ( abuse@att.net ) for policy abuse issue
RegDate:     2003-10-01
Updated:     2003-10-01

RTechHandle: DK71-ARIN
RTechName:   Kostick, Deirdre
RTechPhone:  +1-919-319-8249
RTechEmail:  help@ip.att.net

OrgAbuseHandle: ATTAB-ARIN
OrgAbuseName:   ATT Abuse
OrgAbusePhone:  +1-919-319-8130
OrgAbuseEmail:  abuse@att.net
```

Advertise on this site

how-to block ads

```
OrgTechHandle: ICC-ARIN
OrgTechName:   IP Customer Care
OrgTechPhone:  +1-888-613-6330
OrgTechEmail:  qhoang@att.com

OrgTechHandle: IPSWI-ARIN
OrgTechName:   IP SWIP
OrgTechPhone:  +1-888-613-6330
OrgTechEmail:  help@ip.att.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for
broadbandreports**

**Whois Search**
Build & Host Domains as Low as $10. Quality Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [          ] Go

**BROADBAND** Reports.com   login          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                  or back to dslreports.com/whois

Result for **12.83.66.18**

```
--> fwhois 12.83.66.18@whois.arin.net
[whois.arin.net]
AT&T WorldNet Services ATT (NET-12-0-0-0-1)
                           12.0.0.0 - 12.255.255.255
AT&T Worldnet Services ATTSVC-12-80-0-0 (NET-12-80-0-0-1)
                           12.80.0.0 - 12.83.255.255
```

**Compare**

**IP Phone**

**Services**

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-12-80-0-0-1@whois.arin.net"
[whois.arin.net]
```

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

```
CustName:   AT&T Worldnet Services
Address:    412 Mount Kemble Ave.
Address:    P.O. Box 1995
City:       Morristown
StateProv:  NJ
PostalCode: 07962
Country:    US
RegDate:    2003-10-01
Updated:    2003-10-01

NetRange:   12.80.0.0 - 12.83.255.255
CIDR:       12.80.0.0/14
NetName:    ATTSVC-12-80-0-0
NetHandle:  NET-12-80-0-0-1
Parent:     NET-12-0-0-0-1
NetType:    Reassigned
Comment:    Contact AT&T Abuse ( abuse@att.net ) for policy abuse issue
RegDate:    2003-10-01
Updated:    2003-10-01

RTechHandle: DK71-ARIN
RTechName:   Kostick, Deirdre
RTechPhone:  +1-919-319-8249
RTechEmail:  help@ip.att.net

OrgAbuseHandle: ATTAB-ARIN
OrgAbuseName:   ATT Abuse
OrgAbusePhone:  +1-919-319-8130
OrgAbuseEmail:  abuse@att.net
```

Advertise on this site

how-to block ads

```
OrgTechHandle:  ICC-ARIN
OrgTechName:    IP Customer Care
OrgTechPhone:   +1-888-613-6330
OrgTechEmail:   qhoang@att.com

OrgTechHandle:  IPSWI-ARIN
OrgTechName:    IP SWIP
OrgTechPhone:   +1-888-613-6330
OrgTechEmail:   help@ip.att.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:15:21

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

**Who Has What Domain?**
Domains, Email, Hosting & More. Grow Your Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise



Ads by Google

**Whois Search**
Register Your Domain Name Now! Online Services Industry Leaders.
Register.com

**Information**
Helpful Links for Information
www.toseeka.com

**Whois Lookup**
VisitorsThink Your Testimonials Are Fake. This Costs You Money
www.TrustedTestimonials

**BroadBand Internet Help**
We'll Help you find the Broadband Internet Provider thats just right
broadbandinternethelp.co

Advertise on this site

how-to block ads

Check another:                                          or back to dslreports.com/whois

Result for **67.119.156.180**
```
--> fwhois 67.119.156.180@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-67-112-0-0-1)
                       67.112.0.0 - 67.127.255.255
PPPoX Pool - Rback7 LSAN03 SBC067119156000020628 (NET-67-119-156-0-1)
                       67.119.156.0 - 67.119.159.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-67-119-156-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool - Rback7 LSAN03
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-29
Updated:     2002-06-29

NetRange:    67.119.156.0 - 67.119.159.255
CIDR:        67.119.156.0/22
NetName:     SBC067119156000020628
NetHandle:   NET-67-119-156-0-1
Parent:      NET-67-112-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-29
Updated:     2002-06-29

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
```

```
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  +1-800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:15:34

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports