**Whois Search**
Register Your Domain Name Now! Online
Services Industry Leaders.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                    Advertise

Search: [            ] Go

# BROADBAND Reports.com

login                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | » |

Ads by Google

Check another: [        ]    or back to dslreports.com/whois

**Whois Search**
Register Your
Domain Name
Now! Online
Services Industry
Leaders.
Register.com

Result for **67.164.248.86**

```
--> fwhois 67.164.248.86@whois.arin.net
[whois.arin.net]
Comcast Cable Communications, Inc. ATT-COMCAST (NET-67-160-0-0-1)
                                    67.160.0.0 - 67.191.255.255
Comcast Cable Communications, IP Services UTAH-4 (NET-67-164-248-0-1)
                                    67.164.248.0 - 67.164.251.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-67-164-248-0-1@whois.arin.net"
[whois.arin.net]
```

**Information**
Helpful Links for
Information
www.toseeka.com

```
CustName:     Comcast Cable Communications, IP Services
Address:      3 Executive Campus
Address:      5th Floor
City:         Cherry Hill
StateProv:    NJ
PostalCode:   08002
Country:      US
RegDate:      2003-06-19
Updated:      2004-07-02
```

**Whois Lookup**
VisitorsThink Your
Testimonials Are
Fake. This Costs
You Money
www.TrustedTestimonials

```
NetRange:     67.164.248.0 - 67.164.251.255
CIDR:         67.164.248.0/22
NetName:      UTAH-4
NetHandle:    NET-67-164-248-0-1
Parent:       NET-67-160-0-0-1
NetType:      Reassigned
Comment:
RegDate:      2003-06-19
Updated:      2004-07-02
```

**BroadBand
Internet Help**
We'll Help you find
the Broadband
Internet Provider
thats just right
broadbandinternethelp.co

```
OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-856-317-7272
OrgAbuseEmail:  abuse@comcast.net
```

Advertise on this site

```
OrgTechHandle: IC161-ARIN
OrgTechName:   Comcast Cable Communications Inc
OrgTechPhone:  +1-856-317-7200
OrgTechEmail:  CNIPEO-Ip-registration@cable.comcast.com
```

how-to block ads

# EXHIBIT D

# Exhibit D
## REPORT #95354

| AUTHOR | DATE | BATES RANGE | IP |
|--------|------|-------------|-----|
| "Disgusted"[12] | 6/17/2004 | GSMIC 0029-30 | 67.38.243.186 |
| "Chet"[13] | 6/19/2004 | 0030-32 | 63.196.246.151 |
| "Diane"[14] | 9/23/2004 | 0032-34 | 66.227.218.21 |
| "Chet"[15] | 9/24/2004 | 0034 | 68.120.60.136 |

---

[12] Joseph Scheib, jscheib72@yahoo.com, 602-399-0282
[13] Chet Ubetcha
[14] Diane Pearson
[15] Chet Ubetcha

# EXHIBIT D-1

Rip-o" Report.com - badbusinessbureau.com



...by consumers, for consumers

**RIP-OFF**
**Report.com**

badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | Read | File | Search | E-mail

Submitted:
6/17/2004 7:13:48
PM
Modified: 9/24/2004
8:44:49 PM

Category:
Employers

# George S. May ripoff "The Prostitute of the Consulting Business" A complete, total, incredibly horrible, lying, decietful company Park Ridge Illinois *UPDATE EX-employee responds ..George S. May International nails another one, THANK you to RIP OFF REPORT!

Company
**George S. May Company**
Address:
303 N. Southwest Hwy
Park Ridge Illinois
U.S.A.
Phone:
800-999-3020
Fax: -

Two words: Stay away. This company is a complete joke. I was interviewed on a Friday by a "Executive Analyst" (I use that title very loosely), who told me how great I was, how special I could be in this job, what a selling job. I was then put on the phone with some person at the headquarters, who told me to call him back on Monday to confirm if I wanted the job. It all sounded great, so I called him back on Monday to accept. Bad move.

GSMIC 0029

Rip-off Report.com - badbusinessbureau.com

I had to quit my job with 1 week notice, and start with them in a week in Park Ridge. I went to a training class in Illinois, where they sugar coated the whole situation. They avoided the hard questions, told us how we'll save the lives of these people, and feel so good about it. Nothing could be farther from the truth.

When I went out, I was verbally abused by my "Senior Executive" (Once again, a clown disguising as this position), and told to "Go do my job." What you have to deal with is sales reps. going in before you and lying to get the sale, and then you have to deal with that and an abusive supervisor. The clients were totally confused, wanted to get rid of me, I wanted to leave, but was forced to sit there and push push push this "saving plan" to them. I managed to get one person out of four to sign up, and feel terribly guilty about it now. I was out for a total of 2 weeks, and at the end of the 2 weeks, I'd had it. I was out tons of money, wasn't eating or sleeping right, and gave up.

Please please please avoid them at all costs. That includes potential clients. I've talked to business owners in my hometown who refer to them as "The Prostitute of the Consulting Business", and that is being kind to them.

Disgusted
Somewhere, Michigan
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May Company, please use the search box below

George S. May Company      [Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal UPDATE EX-employee responds

Submitted: 6/19/2004 9:01:09 AM
Modified: 6/19/2004 11:09:01 PM

GSMIC 0030

http://www.ripoffreport.com/view.asp?id=95354&view=printer

# George S. May International nails another one, THANK you to RIP OFF REPORT!

George S. May International Company still made money on you. That one account you signed was worth at least $24,700.00 gross to them. It cost YOU big time to sign them up.

But lets look at it from the company side.
Hotel room for your training $200 (they have a cheapo rate for the volume they do at the hotel)
Your advance $1,500 with admin costs they will pay you only 6% of the collected first round they will sue for the rest and get all costs covered in court but your not commissioned on that.

Lets say 6 flights at $300.00 = $1,800.00
Training cost $200.00
Hiring cost $200.00

On and the "consultants and Project director and your yelling senex" pay for the job you sold.
Lets give them a full 20% for the 150 hours you sold okay? $4,950

Now lets review you sold a 150 hour job @ $165.00 per hour = $24,700.00 less total costs of;
$4,950.00 commissions admin and costs on job.
$ 600.00 recruitment / training costs
$1,800.00 your flights
$1,500.00 your advance they will reduce to 6%
Gives a grand take of $15,850.00 in pure profit!

Now lets say they had a full training class of 24 sales reps (whoops your not to say your in sales) shall we? If they ALL had the same results as you did, they have a total profit on just your class of $380,400.00

But keep in mind out of the 24 people in your class some will get 4 or 5 sales before they wake up. Lets say your class in total nails a low rate of 50% in the first two weeks (they stay for tree most of the time so 50% on two weeks is fair). 24 reps X two bites of the apple is 48 canned pitches a week at 2 weeks 96 canned sales pitches @ 50% close rate is,,, drum roll please OH my 48 sales now lets say they are all low ball 150 hour jobs shall we? 48 X $15,850 = $760,800.00 PURE PROFIT! Not to mention they double and triple dip on expenses and they do not pay full commissions on every job so the take could be a cool million on just your class.

Now you see why they have 150 sales classes a year (combining all locations) Poof you have a 100M + company. Now look at hoovers and read the reported sales of this company and you will notice the numbers are just about right. :)

Oh by the way they are running new ads that tout they have won the BBB marketplace ETHICS award. LOL. Forgive me if I am not correct but don't you pay to join the BBB?

This is Chet saying THANK you to RIP OFF REPORT!

Chet - Los Angeles, California
U.S.A.

# Rebuttal REBUTTAL employee
Submitted: 9/23/2004 4:52:19 PM
Modified: 9/23/2004 10:40:55 PM

# One of those "lying sales reps" responds to Disgusted, Somewhere in Michigan

It sounds as though you imagine you (or employees in your position) are the only one(s) being used/deceived/hurt by this company. What you're obviously failing to understand is that every employee, at every level, (until you get somewhere way up into the upper levels of management) is being scammed in the same way....only the names and job titles change!

I'm one of the "lying sales reps" you referred to in your tirade, and if you think you've had it bad, buddy, take it from someone at the very bottom of this company's food chain, our job makes yours look good!

We get recruited in the same way you do, told we're the greatest thing since sliced bread, and sent off to Park Ridge for a week of training. We hear the same stories about how wonderful the company is and how the service it provides saves the lives of businesses every day. We hear about the fantastic money we'll be making (at two sales/week, I projected I'd be pulling down $96,000+ annually). And then we get turned loose to discover reality.

Reality is that most companies I've called on have heard horror stories about us (or better yet, experienced them first hand). Of the few who haven't, if the wife says yes, the husband vetoes it, or vice versa. Or the other business partner, or the Board of Directors, or whoever. When you finally, after working like a donkey and driving miles after pointless miles, get a survey authorization signed, one of three things usually happens: 1) The customer cancels before the

GSMIC 0032

survey date, 2) The analyst arrives and is so overbearing, obnoxious, and abusive that the customer shows them the door, and I get no credit (or commission) for the survey, or 3) the analyst declares the company to be BMS...again, no commission.

After reading many of the entries on this web site, I now understand why the analysts acted the way they did, and I no longer blame them for their bizarre-seeming behavior and sales techniques. I can't speak for every sales rep out there, but I, for one, have never lied to a prospect or client in order to get a sale. We, too, have a memorized script which we are supposed to follow word for word, and we tell the customer only what we have been instructed to tell them during our training.

Have you ever spoken with a George S. May sales rep? I doubt it, because company policy, as laid forth in our Policy and Procedures Manual, clearly states that Field Service reps are never, under any circumstances, to have any contact with Survey Service or Management Services personnel. Got any ideas about why that might be? I do. As long as none of us know what's going on in those other departments, we don't see the big picture, and we don't realize what a scam we've been conned into being part of. Also, as long as we're blaming our failure to make money on the lies or lousy personalities of the people in the other departments, we don't look at the real source of our difficulties....the company itself and its rotten, corrupt, unethical methods and practices.

I was hired in March of 2004. Eighteen of the reps in my training class had quit after about two weeks. One guy lasted till a couple months ago. And then there's me, obviously not the sharpest tool in the shed, but definitely not a liar! I've put 24,000 miles on my personal vehicle, burned out a set of brake pads and a set of tires, and actually gotten paid commission for only about 8 sales.

The really pathetic thing about it is, I was in advertising sales, the top salesperson in my company, when I was diagnosed with breast cancer three years ago. I spent a year battling it, surgery, chemo, radiation, and finally came out the other end, ready to resume my life, but...my company didn't want me back; I had caused their insurance rates to go up. They terminated me while I was undergoing chemo, and didn't want me back even after my treatment was complete. So, I spent a really rough time looking for work. I'm a single mom with a fourteen year old son, and my being out of a job was not a good thing in our lives, especially with all the bills my cancer treatment had piled up!

When I interviewed and was hired by George S. May, I thought my life had finally turned a corner and was on an upswing! Ha!

Anyway, wish you luck in all your future endeavors, and just wanted to let you know, it's the company that's evil, not the other employee/victims. I'm just glad a prospect I called on, who signed a survey authorization but then discovered this web site and cancelled before the survey could take place, was kind enough to let me know about the site. I feel kinda stupid for not catching on sooner, but I sure appreciate this site, and won't be wasting any more gas, time, or

GSMIC 0033

Rip-off Report.com - badbusinessbureau.com

energy on GSMIC! Thanks!

Diane - Manistee, Michigan
U.S.A.

# Rebuttal UPDATE EX-employee responds
Submitted: 9/24/2004 2:45:02 PM
Modified: 9/24/2004 8:44:49 PM

## I feel your pain! Thank You, Rip-off Report!

Rip-Off report is really helping open the eyes of many people in America. Please do not get down I bet your still the same great sales person you were before now just wiser and cancer free in more ways then one!

Join the crusade to help at least ONE client of GSMIC get her money back, Jolene Marker from Ogden Subzero. She to was taken for a big ride in fact a $50,000.00 GSMIC ride. It would be FANTASTIC to report that Uncle George did right by at least one client whose life they put through hell.

We all hope you have a LONG happy HEALTHY life. In fact after George I landed a job selling medical devices to remove tumors. GO figure, if only the GSMIC tumor could be removed from the American business body. How much better everyone would be.
This is...

Chet - Was In Los Angeles Now In Provo, Utah
U.S.A.

Ripoff Reports filed and they said thank you to badbusinessbureau.com

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these

GSMIC 0034

Rip-off Report.com - badbusinessbureau.com

Page 7 of 7

types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and comments to our editorial staff

Technical questions can be addressed to our webmaster

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 badbusinessbureau.com

GSMIC 0035

http://www.ripoffreport.com/view.asp?id=95354&view=printer

# **EXHIBIT D-2**

Rip-off Report.com - badbusinessbureau.com

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, July 05, 2005 5:27 PM
**To:** EDitor@ripoffreport.com
**Subject:** George S May https://www.ripoffreport.com/view.asp?id=95354



...by consumers, for consumers

RIP-OFF Report.com

a service of **bad**businessbureau.com

Home | File | Search | My Account | Logout

Don't let them get away with it.
Make sure they make the Rip-off Report

**CLICK HERE**



RIP-OFF

Don't-Yourself Guide

About the ads below...



Great deals on
DIGITAL CAMERAS
as low as $49.99
half.com by eBay

This report was created by Joseph Scheib - jscheib72@yahoo.com - 602-399-0282 - 67.38.243.186

   E-mail to a Friend
  Printer Friendly Version
**Category:**
**Employers**

Submitted:
6/17/2004 7:13:48 PM
Modified: 10/30/2004
5:48:41 PM

**George S. May ripoff "The Prostitute of the Consulting Business" A complete, total, incredibly horrible, lying, decieful company Park Ridge Illinois *UPDATE EX-employee responds ..George S. May**

8/16/2006

Rip-off Report.com - badbusinessbureau.com

# International nails another one, THANK you to RIP OFF REPORT!

Company
## George S. May Company
Address:
303 N. Southwest Hwy
Park Ridge Illinois
U.S.A.
Phone:
800-999-3020
Fax: -

*Unlimited Internet Access!*



goHotelRooms

Discount Hotel
Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



Two words: Stay away. This company is a complete joke. I was interviewed on a Friday by a "Executive Analyst" (I use that title very loosely), who told me how great I was, how special I could be in this job, what a selling job. I was then put on the phone with some person at the headquarters, who told me to call him back on Monday to confirm if I wanted the job. It all sounded great, so I called him back on Monday to accept. Bad move.

I had to quit my job with 1 week notice, and start with them in a week in Park Ridge. I went to a training class in Illinois, where they sugar coated the whole situation. They avoided the hard questions, told us how we'll save the lives of these people, and feel so good about it. Nothing could be farther from the truth.

When I went out, I was verbally abused by my "Senior Executive" (Once again, a clown disguising as this position), and told to "Go do my job." What you have to deal with is sales reps. going in before you and lying to get the sale, and then you have to deal with that and an abusive supervisor. The clients were totally confused, wanted to get rid of me, I wanted to leave, but was forced to sit there and push push push this "saving plan" to them. I managed to get one person out of four to sign up, and feel terribly guilty about it now. I was out for a total of 2 weeks, and at the end of the 2 weeks, I'd had it. I was out tons of money, wasn't eating or sleeping right, and gave up.

Please please please avoid them at all costs. That includes potential clients. I've talked to business owners in my hometown who refer to them as "The Prostitute of the Consulting Business", and that is being kind to them.

Page 5 of 9

Disgusted
Somewhere, Michigan
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May Company, please use the search box below

George S. May Company    Search

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

This rebuttal was created by Chet Ubetcha, 63.196.246.151

# Rebuttal UPDATE EX-employee responds

Submitted: 6/19/2004 9:01:09 AM
Modified: 6/19/2004 11:09:01 PM

# George S. May International nails another one, THANK you to RIP OFF REPORT!

George S. May International Company still made money on you. That one account you signed was worth at least $24,700.00 gross to them. It cost YOU big time to sign them up.

But lets look at it from the company side.
Hotel room for your training $200 (they have a cheapo rate for the volume they do at the hotel)
Your advance $1,500 with admin costs they will pay you only 6% of the collected first round they will sue for the rest and get all costs covered in court but your not commissioned on that.

Lets say 6 flights at $300.00 = $1,800.00

8/16/2006

Training cost $200.00
Hiring cost $200.00

On and the "consultants and Project director and your yelling senex" pay for the job you sold.
Lets give them a full 20% for the 150 hours you sold okay? $4,950

Now lets review you sold a 150 hour job @ $165.00 per hour = $24,700.00 less total costs of;
$4,950.00 commissions admin and costs on job.
$ 600.00 recruitment / training costs
$1,800.00 your flights
$1,500.00 your advance they will reduce to 6%
Gives a grand take of $15,850.00 in pure profit!

Now lets say they had a full training class of 24 sales reps (whoops your not to say your in sales) shall we? If they ALL had the same results as you did, they have a total profit on just your class of $380,400.00

But keep in mind out of the 24 people in your class some will get 4 or 5 sales before they wake up. Lets say your class in total nails a low rate of 50% in the first two weeks (they stay for tree most of the time so 50% on two weeks is fair).
24 reps X two bites of the apple is 48 canned pitches a week at 2 weeks 96 canned sales pitches @ 50% close rate is,,, drum roll please OH my 48 sales now lets say they are all low ball 150 hour jobs shall we? 48 X $15,850 = $760,800.00 PURE PROFIT! Not to mention they double and triple dip on expenses and they do not pay full commissions on every job so the take could be a cool million on just your class.

Now you see why they have 150 sales classes a year (combining all locations) Poof you have a 100M + company. Now look at hoovers and read the reported sales of this company and you will notice the numbers are just about right. ;)

Oh by the way they are running new ads that tout they have won the BBB marketplace ETHICS award. LOL. Forgive me if I am not correct but don't you pay to join the BBB?

This is Chet saying THANK you to RIP OFF REPORT!

Chet - Los Angeles, California
U.S.A.

Rip-off Report.com - badbusinessbureau.com

This rebuttal was created by Diane Pearson, 66.227.218.21

# Rebuttal REBUTTAL employee

Submitted: 9/23/2004 4:52:19 PM
Modified: 9/23/2004 10:40:55 PM

## One of those "lying sales reps" responds to Disgusted, Somewhere in Michigan

It sounds as though you imagine you (or employees in your position) are the only one(s) being used/deceived/hurt by this company. What you're obviously failing to understand is that every employee, at every level, (until you get somewhere way up into the upper levels of management) is being scammed in the same way....only the names and job titles change!

I'm one of the "lying sales reps" you referred to in your tirade, and if you think you've had it bad, buddy, take it from someone at the very bottom of this company's food chain, our job makes yours look good!

We get recruited in the same way you do, told we're the greatest thing since sliced bread, and sent off to Park Ridge for a week of training. We hear the same stories about how wonderful the company is and how the service it provides saves the lives of businesses every day. We hear about the fantastic money we'll be making (at two sales/week, I projected I'd be pulling down $96,000+ annually). And then we get turned loose to discover reality.

Reality is that most companies I've called on have heard horror stories about us (or better yet, experienced them first hand). Of the few who haven't, if the wife says yes, the husband vetoes it, or vice versa. Or the other business partner, or the Board of Directors, or whoever. When you finally, after working like a donkey and driving miles after pointless miles, get a survey authorization signed, one of three things usually happens: 1) The customer cancels before the survey date, 2) The analyst arrives and is so overbearing, obnoxious, and abusive that the customer shows them the door, and I get no credit (or commission) for the survey, or 3) the analyst declares the company to be BMS...again, no commission.

After reading many of the entries on this web site, I now understand why the analysts acted the way they did, and I no longer blame them for their bizarre-seeming behavior and sales techniques. I can't

Rip-off Report.com - badbusinessbureau.com

speak for every sales rep out there, but I, for one, have never lied to a prospect or client in order to get a sale. We, too, have a memorized script which we are supposed to follow word for word, and we tell the customer only what we have been instructed to tell them during our training.

Have you ever spoken with a George S. May sales rep? I doubt it, because company policy, as laid forth in our Policy and Procedures Manual, clearly states that Field Service reps are never, under any circumstances, to have any contact with Survey Service or Management Services personnel. Got any ideas about why that might be? I do. As long as none of us know what's going on in those other departments, we don't see the big picture, and we don't realize what a scam we've been conned into being part of. Also, as long as we're blaming our failure to make money on the lies or lousy personalities of the people in other departments, we don't look at the real source of our difficulties....the company itself and its rotten, corrupt, unethical methods and practices.

I was hired in March of 2004. Eighteen of the reps in my training class had quit after about two weeks. One guy lasted till a couple months ago. And then there's me, obviously not the sharpest tool in the shed, but definitely not a liar! I've put 24,000 miles on my personal vehicle, burned out a set of brake pads and a set of tires, and actually gotten paid commission for only about 8 sales.

The really pathetic thing about it is, I was in advertising sales, the top salesperson in my company, when I was diagnosed with breast cancer three years ago. I spent a year battling it, surgery, chemo, radiation, and finally came out the other end, ready to resume my life, but....my company didn't want me back; I had caused their insurance rates to go up. They terminated me while I was undergoing chemo, and didn't want me back even after my treatment was complete. So, I spent a really rough time looking for work. I'm a single mom with a fourteen year old son, and my being out of a job was not a good thing in our lives, especially with all the bills my cancer treatment had piled up!

When I interviewed and was hired by George S. May, I thought my life had finally turned a corner and was on an upswing! Ha!

Anyway, wish you luck in all your future endeavors, and just wanted to let you know, it's the company that's evil, not the other employee/victims. I'm just glad a prospect I called on, who signed a survey authorization but then discovered this web site and cancelled before the survey could take place, was kind enough to let me know about the site. I feel kinda stupid for not catching on sooner, but I sure appreciate this site, and won't be wasting any more gas, time, or energy on GSMIC! Thanks!

Diane - Manistee, Michigan
U.S.A.

Rip-off Report.com - badbusinessbureau.com

Page 7 of 9

This rebuttal was created by Chet Ubetcha, 68.120.60.136

**Rebuttal** UPDATE EX-employee responds
Submitted: 9/24/2004 2:45:02 PM
Modified: 9/24/2004 8:44:49 PM

## I feel your pain! Thank You, Rip-off Report!

Rip-Off report is really helping open the eyes of many people in America. Please do not get down I bet your still the same great sales person you were before now just wiser and cancer free in more ways then one!

Join the crusade to help at least ONE client of GSMIC get her money back, Jolene Marker from Ogden Subzero. She to was taken for a big ride in fact a $50,000.00 GSMIC ride. It would be FANTASTIC to report that Uncle George did right by at least one client whose life they put through hell.

We all hope you have a LONG happy HEALTHY life. In fact after George I landed a job selling medical devices to remove tumors. GO figure, if only the GSMIC tumor could be removed from the American business body. How much better everyone would be.
This is...

Chet - Was In Los Angeles Now In Provo, Utah
U.S.A.

Ripoff Reports filed and they said thank you to badbusinessbureau.com

This rebuttal was created by Former Employee Anonymous, 209.208.96.146

**Rebuttal** UPDATE EX-employee responds
Submitted: 10/30/2004 5:17:31 PM
Modified: 10/30/2004 5:48:40 PM

## Chet is right! George S. May could take care of their problems like Fashion Rock did!

Page 8 of 9

My former employer, George S. May, should get out of the employment head hunting business. Furthermore, they should not butt heads with the likes of this website. Just admit your errors and make your piece with Mr. Magedson. Afterall, no business is perfect and we ALL know that GSM has more than their share of skeletons they don't want out of the closet.

According to the Bureau of Ethical Internet Communication, companies, not wanting to get into protracted litigation and wanting to just clean up information, found paying Ripoffreport cheaper than getting into a long drawn out legal battle. The settlements are typically in the $25,000 range. That is how much Fashion Rock had to pay to get them off their back. The website is [DELETED]

Think about it. Isn't it better to settle out of court, than probably loose in court? Mr. Magedson must have some inside track with the legal profession to do so well in court.

Former Employee - Phoenix, Arizona
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

---

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

****If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

---



RIP-OFF . Do-It-Yourself Guide

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003 A Service of badbusinessbureau.com

# EXHIBIT D-3

broadband > dslreports.com home



**Who Has What Domain?**
Domains, Email, Hosting & More. Grow Your
Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [        ] [Go]

## BROADBAND Reports.com

login                                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                or back to dslreports.com/whois

Result for **67.38.243.186**

```
--> fwhois 67.38.243.186@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-67-36-0-0-1)
                              67.36.0.0 - 67.39.255.255
PPPoX Pool - Rback6 BCVLOH.466151 SBC067038240000020040309162859 (NET-67
                              67.38.240.0 - 67.38.255.255
```

**Compare**

**IP Phone**

**Services**

View Ratings

And Reviews

Of Leading

Broadband

Phone Service

Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-67-38-240-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool - Rback6 BCVLOH.466151
Address:     Private Address
City:        Chicago
StateProv:   IL
PostalCode:  60606
Country:     US
RegDate:     2004-03-09
Updated:     2004-03-09

NetRange:    67.38.240.0 - 67.38.255.255
CIDR:        67.38.240.0/20
NetName:     SBC067038240000020040309162859
NetHandle:   NET-67-38-240-0-1
Parent:      NET-67-36-0-0-1
NetType:     Reassigned
Comment:     Abuse contact abuse@swbell.net, Technical contact noc@sbcis
RegDate:     2004-03-09
Updated:     2004-03-09

RTechHandle: ZS44-ARIN
RTechName:   IPAdmin-SBIS
RTechPhone:  +1-800-648-1626
RTechEmail:  ipadmin@att.com
```

Advertise on this site

```
OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net
```

how-to block ads

```
OrgNOCHandle: SUPPO-ARIN
```

broadband » dslreports.com home

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:18:03

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

8/18/2006

broadband » dslreports.com home

**Whois Search**
Register Your Domain Name Now! Online
Services Industry Leaders.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [＿＿＿＿＿] [Go]

# BROADBAND Reports.com

login                                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | » |

Ads by Google

Check another:                    or back to dslreports.com/whois

### Result for **63.196.246.151**

```
--> fwhois 63.196.246.151@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-63-192-0-0-1)
                          63.192.0.0 - 63.207.255.255
PPPoX Pool Rback7 63.196.240.0 SBCIS-062002142653 (NET-63-196-240-0-1)
                          63.196.240.0 - 63.196.247.255
```

**Compare**

**IP Phone**

**Services**

View Ratings

And Reviews

Of Leading

Broadband

Phone Service

Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-63-196-240-0-1@whois.arin.net"
[whois.arin.net]

CustName:   PPPoX Pool Rback7 63.196.240.0
Address:    268 Bush St #5000
City:       San Francisco
StateProv:  CA
PostalCode: 94104
Country:    US
RegDate:    2002-06-21
Updated:    2002-06-21

NetRange:   63.196.240.0 - 63.196.247.255
CIDR:       63.196.240.0/21
NetName:    SBCIS-062002142653
NetHandle:  NET-63-196-240-0-1
Parent:     NET-63-192-0-0-1
NetType:    Reassigned
Comment:
RegDate:    2002-06-21
Updated:    2002-06-21

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
```

Advertise on this site

how-to block ads

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

broadband > dslreports.com Home

**Whois Search**
Build & Host Domains as Low as $10. Quality Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                    Advertise

Search: [_____] [Go]

# BROADBAND Reports.com

login                                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | » |

Ads by Google

Check another: [_____] or back to dslreports.com/whois

### Result for **66.227.218.21**

```
--> fwhois 66.227.218.21@whois.arin.net
[whois.arin.net]
Charter Communications CHARTER-MI-2BLK (NET-66-227-128-0-1)
                                66.227.128.0 - 66.227.255.255
Charter Communications CHTRMI-KZO-KZO2-10 (NET-66-227-216-0-1)
                                66.227.216.0 - 66.227.219.255
```

**Compare**
**IP Phone**
**Services**

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-66-227-216-0-1@whois.arin.net"
[whois.arin.net]

CustName:    Charter Communications
Address:     4176 Commercial Avenue
City:        Portage
StateProv:   MI
PostalCode:  49002
Country:     US
RegDate:     2002-09-23
Updated:     2002-09-23

NetRange:    66.227.216.0 - 66.227.219.255
CIDR:        66.227.216.0/22
NetName:     CHTRMI-KZO-KZO2-10
NetHandle:   NET-66-227-216-0-1
Parent:      NET-66-227-128-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-09-23
Updated:     2002-09-23

RTechHandle: IPADD1-ARIN
RTechName:   IPAddressing
RTechPhone:  +1-314-288-3889
RTechEmail:  ipaddressing@chartercom.com
```

Advertise on this site

```
OrgAbuseHandle: ABUSE19-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-314-288-3111
OrgAbuseEmail:  abuse@charter.net

OrgTechHandle: IPADD1-ARIN
```

how-to block ads

```
OrgTechName:   IPAddressing
OrgTechPhone:  +1-314-288-3889
OrgTechEmail:  ipaddressing@chartercom.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for
broadbandreports**

broadband » dslreports.com home

**Whois Search**
Build & Host Domains as Low as $10. Quality Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise



Search: [          ] Go

login                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [          ]          or back to dslreports.com/whois

Result for **68.120.60.136**

```
--> fwhois 68.120.60.136@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-68-120-0-0-1)
                               68.120.0.0 - 68.127.255.255
LSAN03 ADSL Rback7 PPPoX SBC068120060000030324 (NET-68-120-60-0-1)
                               68.120.60.0 - 68.120.61.255
```

## Compare IP Phone Services

### View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-68-120-60-0-1@whois.arin.net"
[whois.arin.net]

CustName:   LSAN03 ADSL Rback7 PPPoX
Address:    268 Bush St. #5000
City:       San Francisco
StateProv:  CA
PostalCode: 94104
Country:    US
RegDate:    2003-03-24
Updated:    2003-03-24

NetRange:   68.120.60.0 - 68.120.61.255
CIDR:       68.120.60.0/23
NetName:    SBC068120060000030324
NetHandle:  NET-68-120-60-0-1
Parent:     NET-68-120-0-0-1
NetType:    Reassigned
Comment:    For Policy Abuse issues, contact: abuse@swbell.net
Comment:    For Technical issues, contact: noc@swbell.net
RegDate:    2003-03-24
Updated:    2003-03-24

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net
```

Advertise on this site

how-to block ads

http://www.dslreports.com/whois                                8/18/2006

```
OrgNOCHandle: SUPPO-ARIN
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  +1-800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for
broadbandreports**

# **EXHIBIT E**

# Exhibit E
## REPORT #41290

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "Me"[16] | 1/13/2003 | GSMIC 0036-38 | 68.72.175.187 |
| "Robert"[17] | 6/13/2003 | 0038-39 | 171.75.22.248 |
| "Richard"[18] | 7/20/2003 | 0039-0042 | 67.3.217.175 |
| "Bruce"[19] | 10/20/2003 | 0042-43 | 65.73.27.70 |
| "Israel"[20] | 10/20/2003 | 0043-44 | 65.73.27.70 |
| "Rob"[21] | 10/23/2003 | 0044 | 68.13.57.83 |
| "None"[22] | 3/3/2004 | 0044-45 | 24.2.157.63 |
| "Mike"[23] | 03/17/2004 | 0045 | 67.136.142.78 |
| "EX-George"[24] | 3/28/2004 | 0045-47 | 67.119.156.185 |
| "Chet"[25] | 6/4/2004 | 0047-48 | 63.196.247.41 |

---

[16] Mario Velazquez, mrvelazqsf2@yahoo.com, 847-840-8348
[17] Robert Richardson
[18] Richard Schwager
[19] Bruce Brown
[20] Israel Kishner Kishnir
[21] Rob Copenhaver
[22] None, None
[23] Mike Roy
[24] EX-George SMAY
[25] Chet Ubetcha

# EXHIBIT E-1

Rip-off Report.com - badbusinessbureau.com



...by consumers, for consumers

**RIP-OFF Report.com**

badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

| Home | File | Search | E-mail |

Submitted:
1/13/2003 4:08:34 PM
Modified: 6/4/2004 11:48:05 PM

Category:
Corrupt Companies

# George S. May International Rip-off Dishonest misleading & one of the worst companies to work for Park Ridge Illinois *UPDATE EX-employee responds ..The company treats their employees very poorly, perhaps due to the more than 100% turnover rate.

## George S. May International Co.

Address:
303 S. Northwest Highway
Park Ridge Illinois  60605
U.S.A.
Phone:
847-825-8806
Fax: 847-825-7937

I was hired to work as a "Business Analyst" for a company I knew very little about. Most of my experience has been in sales and marketing and I knew very little about business analisis, but I was pleased to learn after my interview with the "Senior Executive Analyst", or as they call themselves "SENEX", that they were interested in having me join their team.

GSMIC 0036

Immidiately I was asked to start the Business Analyst training in their headquarters trainging facility in Park Ridge, IL. I attended this 2 week very intense training program along with 9 other Analysts-to-be who had come from different parts of the country. I was quite impressed to see that most of my peers were high-caliber executives. The trainer, who happened to be an older woman in her 60's did a wonderful job painting this picture of perfection about the company and convinced most of us that this was the opportunity of a lifetime. I could tell than when we asked certain questions sometimes she would be evasive and would try to avoid answering.

For starters they made us memorize word by word this 5 or 6 page sales speech which they call "the institutional". They always called us Mister whatever our lastnames were and encouraged us to call them back in the same manner. This seemed rather formal and fake to most of us. Anyway. Right after the training was over, they sent us all to our first assignment in different parts of the country.

The assigments took place as far as Canada and Mexico. Our main function as an Executive Analyst was to go into a business do a general analisis of their finances, operations, sales & marketing strategies, productivity, etc...and then give the business owners an assesment of our findings. But our real work was to sell them consulting services that could range from $5,000 to 50,000; 70,000 or more!

I didn't think there was anything wrong with this since most businesses could use some help anyway and I thought we would sell them a project they could actually use and benefit from. I started having reservations when I started to experience a treatment I had never experienced in a job before. Since I was traveling all the time from place to place, I expected that they were going to book the hotels for me and at least tell me two or three days in advance where I was going to, but instead I would finish an assigment one day in the afternoon, they'd ask me to go to the closest airport and sometimes I'd wait there for hours without knowing where I was going next.

I would always leave for my assigments on Sunday evenings and sometimes I would fly to the closest airport to my destination and arrive at 12:00, 1:00 or 2:00am, rent a car and drive another hour or even 2 get to my hotel at 3:00 or 4:00am and then I'd have to be at my appointment at 7:00 or 8:00am.

This showed me they just had no consideration for their employees at all and they almost treated us as if they wanted us to quit after a short while. The worst came when I started seeing their tactics, I didn't feel that they cared for the business owners at all. Their only concern was to sell as many hours of consulting as possible. In many cases I'd find the business owners were not in the position to spend several thousand dollars for a project!

Part of their "modus operandum" is to have their analysts calltheir "SENEXS" infront of the business owner and then have this very pessimistic conversation about the situation of the business. Many times they would tell me what to say and they'd expect me to repeat word by word whatever they said, infront of the business owner. Afterwards when I was on my own they would try to explain to me that all of this is done just to help the client make a quick and smart

GSMIC 0037

Rip-off Report.com - badbusinessbureau.com

decision.

During the training they made a big point in convencing us that we were not salesman but analysts. Truth was that this was an extremely high-pressure sales job full of lies and deception. I'm sure that some of the projects their consultants deliver are of much use for some business owners, but I also know that in many cases they try to sell more hours of consulting than are actually needed, I know their tecnics are not very honest and they don't always deliver what they promise.

My career with George S. May International was very brief and I would never in a million years incourage anyone to work for them or do business with them. By the way, all the people who did the training with me are gone and went to better things.

Me
Chicago, Illinois
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on George S. May International Co, please use the search box below

George S. May International Co.        Search

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal UPDATE EX-employee responds
Submitted: 6/13/2003 5:33:45 AM
Modified: 6/13/2003 10:36:08 PM

# The company treats their employees very poorly, perhaps due to the more than

## 100% turnover rate.

I have to agree with the author. George S. May seems to use some very questionable business practices. One tip-off for an employee, of course you only realize this after you have joined and then quit the organization, is that they advertise the job almost every week in the local paper as well as online.

The company treats their employees very poorly, perhaps due to the more than 100% turnover rate. They prey upon decent and well-qualified professionals who need a job due to lay-off or some other unforeseen problem. Two people dropped out of my training class before the end of training; others within a few days after training. It wasn't the travel, or the per-diem that did not cover your costs, or the despicable treatment by the company: it was the unethical business practices.

The so called analyst employees are expected to pose as actual analysts, which becomes apparent after you go to your first job. The "phoney phone calls" take place in front of the owner when your "council" (actually some irritable old coot, although there are a number of them who have graduated to the position) on the other end of the phone tells you what to say to scare the owner into buying the service. That's right, you are expected to parrot his words as if you are actually saying them from your own thoughts. The only goal is to sell the consulting service; the actual analysis is only relevant to this end as a tome of negativity. The entire analysis is skewed to be negative. It doesn't mater if the company needs the service; although they need to be able to pay for it. The least costly service I was aware of cost about $30,000. The company must be very profitable because the cost of the turnover and travel is very high. Of course, there is no salary involved, just commission.

It may be worth the free trip to Chicago, however, all the plane tickets are one-way. Of course, you will need to buy a laptop computer and portable printer for training and use in the field, which should more than negate the value of the plane ride.

Robert - Chicago, Illinois
U.S.A.

# Rebuttal UPDATE EX-employee responds
Submitted: 7/20/2003 11:45:38 PM
Modified: 7/21/2003 12:29:26 AM

## Another report from a recent ex-employee

GSMIC 0039

After quitting the George S. May Company after less than two weeks, here is the letter I sent to the President of the Company, Mr. Israel Kushnir. I think it is balanced and respectful, but is also very clear about the liabilities of the Company's business practices.

QUOTE

Mr. Israel Kushnir
George S. May International Company
303 S. Northwest Hwy.
Park Ridge, IL 60068-9717

Dear Sir:
Thank you for the opportunity to submit an Exit Interview. I think that more usable information can be offered to you in letter format than with a form. I trust this is acceptable to you.

My primary reason for resigning was that I found all of five clients unqualified for a Preliminary Survey, in the sense that there was any reasonable chance that a "go-ahead" could be achieved. Two clients had effectively zero bank balances, considerable borrowing, and a struggle to meet weekly payroll. One client abruptly ended the survey in the middle of a mandatory scripted institutional, claiming he had been misled by Sales. One client refused to begin the survey claiming he had mis-calendarized the appointment (not true) and was unprepared. The final resurvey client had no idea why we were there, could not see the benefit to either himself or ourselves, was very confident in his own abilities to manage the business, and had no access to his own financial statements and little time to spend with us.

On a 100% basis, I do not think that it was unfair to conclude that GSMIC and its Field Service process showed dubious capability to reliably deliver qualified clients for Survey Services to work with.

My second reason for resigning was based on the GSMIC methodology. Judging from my training class, I appear to be a normal Survey Services new hire, with a slight bit more relevant skills and experience. I came to you, and I expect everyone came to you, with the intent of leveraging our considerable skills, knowledge, creativity and client partnering skills into your Company and client base. Instead, we were given a 4-1/2 page Institutional to memorize, and scripts to cover the two other most pivotal events in the survey, the Opening Call and the Preamble to the Preliminary Findings meeting. In addition, the content, process and sequence of the entire Survey was defined in detail and not to be varied.

Mr. Kushnir, I ask you: What other credible management consulting company would place its highly qualified and expert people in front of Senior Leaders and Owners of client firms, with scripts and forms? What image do you think this conveys to these Senior Leaders? How credible is GSMIC perceived as, when their "experts" read their words off of papers?

My third and final reason for resigning has to do with the process of interacting with Senex/Council. First, it is grossly undertaught in Training class, and this exacerbates the issues I will now define. The interactions, in my opinion, have four nearly fatal faults:

• First, the use of "code words" such as "calling OP/for Council/for Traffic", the creation of false dialogue between Analyst and "Council" to manipulate the appearance of the actual conversation, and an unusually tight control of what can and can't be shared. Do you truly believe that the client cannot see that this is happening? What do you think he thinks of it?

• The fact that Senex/Council, on calls with Client present, very frequently interrupts Analysts mid-sentence to give a question, comment or (most often) challenge. Nowhere in global business have I ever seen Senior Executives encouraged to interrupt a colleague, particularly in the presence of a Client. If this occurred in front of you, wouldn't you consider this behavior rude and disrespectful?

• The fact that Senex/Council, on calls with Client present, very frequently give Analysts significant negative feedback. This strikes me as completely absurd. It takes the analyst off script, off rhythm, confuses them, has them struggling for answers that would be appropriate with Client present, AND JUST SHOULD NEVER BE DONE. An immediate follow-up call with only the Analyst and Senex in audible range would easily meet any mid-stream coaching needs, and would be infinitely better than the current process.

• The fact that Senex/Council, on calls with Client present, literally feed the Analyst the exact words they are to speak in reply, as if they were speaking those words on their own. With the inevitable long pause and stilted delivery of unfamiliar words, do you think that for one moment the Client observes this as a natural and unprompted delivery? The looks I witnessed on Clients' faces were ones of absolute bewilderment, then contempt. This problem is grossly exacerbated when the Senex, without the benefit of the prior 8-10 hours of Client face-time, directs the Analyst to say something that is either dead wrong or insulting. Yet the Analyst faces no choice. These statements become the most memorable ones of the entire Survey in the Clients' eyes.

Please understand, Mr. Kushnir, that I do not dislike the George S. May International Company or any of its people. No one had more enthusiasm and commitment than I had when I was chosen for the position. Apart from some omissions and priority issues, I thoroughly enjoyed and profited from the Training sessions, and I again left confident and committed to a very long career with GSMIC. Everything seemed perfect: the position, the role, the geography, the clients, the work routine, the support people and incentives, the company culture......

I suppose that I could have sought counseling before deciding to resign. I also suppose that I could have explored a transfer to Management Services rather than opting out entirely. Perhaps I still should; I don't know. What I do know is

that the difficulties and issues I defined above were very factual and real and needed to be confronted. I did not want to waste one more GSMIC sales opportunity or one more day of my own job search opportunities; it didn't seem fair.

On balance, I do deeply regret that this assignment did not work out for both of us. I remain convinced that it is and was a wonderful opportunity for both of us, but as the days have passed, I just have not figured out the way to make it work.

I wish you a great deal of fortune in running what must be considered one of the world's great consulting companies.

UNQUOTE

Richard - Scottsdale, Arizona
U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 10/20/2003 9:11:24 AM
Modified: 10/20/2003 10:16:50 AM

## George S. May Buyer beware

The following steps are suggestions to give you proof that George May employees are not being honest with you.

1)Ask all employees about their background in y's our industry. They have been instructed to tell you that they have training and background...but they do not.

Most employees have a very short work history in consulting, and have not been successful in pervious businesses.

2) You really do not have a method to check the data provided about your business by George May. The employees have been instructed to 'make mistakes' in the financial presentations, to ensure that you think they know what your problems may be, and have solutions that work. Before you spend $10,000's, take the data to a 3rd party, such as your accountant or banker, and ask them to verify the numbers and assumptions.

3)When an invoice is presented for inbound and outbound travel, ask why the last or next client is not paying for at least one of the airline tickets. The employees will say that you will be refunded if another client pays, this is unlikely. Just refuse to pay.

4)Have a 3rd party exaimine the 'contract' and/or 'program' before you sign. The employees are instructed to use high pressure for you to sign without giving you time to get advice or think things over. The employees will say that you can close the project at the end of any day; but you could be billed for $10,000 if three employees showup, and will not leave until the end of the second day, with alot of expenses included.

It is clear to me that if a small business needs some outside advice to correct problems, the logical direction is to find someone that has a backgound in you industry. Industry groups or vendors may give you a lead. Forget about the promised savings from George May, they will not happen while they are working, and will not respond if you do not realize the promised savings.

Ask what results can be promised for a specfic dollar amount. $5,000-nothing, $10,000 nothing, $15,000 nothing, George May wants alot more money than you are thinking about spending. And once you start, it is very, very difficult to stop the meter from running. BE VERY CAREFUL.

One day of consutants can cost you $10,000 with all related inbound and outbound expenses. George May will say that they cannot provide any deliverables in 1 day. George May is very expensive for a small business.

Buyer Beware

Bruce - New York, New York
U.S.A.

# Rebuttal REBUTTAL Owner of company

Submitted: 10/20/2003 1:51:09 PM
Modified: 10/20/2003 11:54:26 PM

# Message from the President of George S May International Company ..This may include a full refund

I have been mandated by the George S. May International Company Board of Directors to address and resolve all issues on 'Rip-off Report.com' in a timely and professional manner.

I encourage all clients and employees to contact me at #800-999-3020 for a full resolution of your problem. This may include a full refund.

GSMIC 0043

Rip-off Report.com - badbusinessbureau.com

**Israel Kushnir
President
George S. May International Company**

**Israel Kushner - Park Ridge, Illinois
U.S.A.**

# Rebuttal Consumer Comment
Submitted: 10/23/2003 7:37:35 AM
Modified: 10/23/2003 9:28:33 PM

## Mr. Kushner/Kushnir, which is it?

It's great the the president of GSM standup and respond to the comments at this site. However, in the future, perhaps he should spell his own name the same way within the comment.

Kushnir or Kushner?

Personal attention by the company president? Hardly.....

Rob - Omaha, Nebraska
U.S.A.

# Rebuttal Consumer Comment
Submitted: 3/3/2004 8:56:44 AM
Modified: 3/3/2004 9:41:09 PM

## going it is going into the trash , Thank you Rip-off Report!

I suffered a lay off and have my resume visible on the careerbuilder.com web site. They just e-mailed me a job advertisment.

It is going it is going into the trash with the rest of my spam!

http://www.ripoffreport.com/view.asp?id=41290&view=printer

Rip-off Report.com - badbusinessbureau.com

None - Guilford, Connecticut
U.S.A.

# Rebuttal Consumer Comment

Submitted: 3/17/2004 8:25:15 PM
Modified: 3/17/2004 11:52:46 PM

## Since 1925 things haven't changed

1925
George S. May, a flamboyant 25-year old, founds George S. May International Company and gets two clients after mailing out 50 letters. He serves his first client, the Chicago Flexible Shaft Company from a basement office in his home. May becomes infamous for commission-based marketing techniques. Perrin Stryker, wrote in Fortune: "Most consultants assume a primly professional attitude towards clients. In the George S. May Company, the client is hotly pursued. Indeed, few companies in any industry have dared to sell their services so blatantly and so indiscriminately as does the George S. May Company." May also sponsors the May World Championship Golf which becomes the top money circuit tournament.

Mike - Las Vegas, New Hampshire
U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 3/28/2004 10:08:12 PM
Modified: 3/28/2004 11:30:50 PM

## George S. May International Corp. Ex- Las Vegas based rep responds. STAY AWAY!

Greetings,

Strange and wonderful to see this growing choir of ex-employees warning others of the failed promises of George S. May International Corporation in this forum. How cathartic & positive to be able to really help a small to mid size business make the proper choice visa-vi this venue, I too am an EX, "George S. May Man", First off to

take responsibility for my own actions, "I AM SORRY" to those owners of struggling enterprises that I signed up.

During my short stint as an employee (four months as it is put almost an un-heard of LONG length of time) with GSMIC I had five go ahead deals (sales). Every word of what has been reported on this site I have either witnessed / enabled or participated in, for that I am not proud. So excited to get in and help other owners of small business that I was blinded to what was really going on high pressure closing learned from Ms.Gill then re-enforced by the yelling SENEX on a daily basis. Part of brain washing is the use of sleep deprivation and conditioning this is absolutely used on the sales force starting from the first day at training, how else would so many high performing executives subject themselves to what is to follow. For those who have under gone the training who survived the first weeks out in the field to be asked back for advanced training will remember that your SENEX said from that point on you would be getting back to a normal life. I put forth if you make it that far they feel your indoctrination is sufficiently routed to allow you to not be run to the point of exhaustion as described in the other accounts of Survey Service Survivors.

For those who are not or were not in the employ of George S May International Corporation for any length of time please allow me to share my thoughts. After being with the company for my first two months (after the Advanced training that is nothing more then a combination refresher on how to fill in your laughable expense report coupled with the SENEX war stories) you receive a letter from the president of the company asking you to let him know how your job could be improved. To which I replied that I objected strongly to the OPENING script that was to be used in front of the client. That one script is so dishonest in that no matter how well the company is run no matter how good or bad things are the script must be followed or your SENEX will be yelling in your ear to get back on script, with the sold purpose of gaining the clients admission of failure no matter what.

One of the other ex- George S. May International employees noted to have any and all forms / work checked by an outside party. Well this Survey Service employee was trained not to even leave a scrap of paper behind as evidence of any work done. The only forms left were for the owner to fill out as homework of the first night after your three conditioning calls, (Yes that is the exact term used in training CONDITIONING CALLS) then that one form was to be collected the morning of the second day by 7am and not even reviewed in any depth when collected you are instructed to say, "well that is what I expected to see" NO MATTER what the result found on the self examination form.

Sad to say that the number one form you are to get filled out then to be transmitted to you council to OPEN the job is a disguise to find out how much cash they have on hand. This determines how many people will be there to start fixing the problems in the business if the SURVEY is successful, YEAH RIGHT!

Oh by the way my SENEX ran up an $1,100.00 bill on my cell phone calling me while I was in Canada on three bogus "JOBS". Did they stand tall for the bill? No. Did they stand tall for the money spent chasing the TWO BITES of the apple that were already EX GSM clients (who were all very UN-HAPPY CAMPERS I might ad) for three weeks? NOPE. WORST OF ALL and I hold my head in shame over this, did they save the clients that sorely needed real help? NO. I

Rip-off Report.com - badbusinessbureau.com

know of one family who lost their business because of GSM and I am sickened to learn how they were treated. SHAME ON GEORGE S MAY!

EX-George - Los Angeles, California
U.S.A.

# Rebuttal UPDATE EX-employee responds

Submitted: 6/4/2004 6:25:40 PM
Modified: 6/4/2004 11:48:05 PM

## Think before you tell them how much credit you have or how much you have in your bank account.

Please note when you sign up for a $350.00 Survey report it is ORAL. You will not receive a scrap of paper to check the results with!

Do not give them ANY of your company data other then what YOU want to get out of your company because their computer program will transmit your data to their office where the sales manager will have it to look at to paint you in to a no win corner.

Think before you tell them how much credit you have or how much you have in your bank account. That data the will get from you on the very first form they have you fill out.

Under no circumstances allow them to call their office unless it is on a speaker phone. Why because the counsel "team" they are pretending to call is only a sales manager who is feeding the sales person (disguised as an analyst) what to say to you.

Make sure to get resumes of ANY and all people they want to send in including the sales person disguised as your analyst.

MOST OF ALL if you go that far and do sign the contract NEVER give them a letter of satisfaction until you receive your 2 to 1 return on your investment they promise but forget to put on your contract.

It is all CANNED PEOPLE! The results are fixed your going to get a bill for up to 50K in the first week or so. You have to pay by cash or bank wire every riday no matter what?

GSMIC 0047

Rip-off Report.com - badbusinessbureau.com

Chet - Los Angeles, California
U.S.A.

## REBUTTAL BOX

### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Feel free to send us suggestions and comments to our editorial staff.

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003 by service of badbusinessbureau.com

http://www.ripoffreport.com/view.asp?id=41290&view=printer

GSMIC 0048

# EXHIBIT E-2

Rip-off Report.com - badbusinessbureau.com

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, July 05, 2005 5:28 PM
**To:** EDitor@ripoffreport.com
**Subject:** George S May http://www.ripoffreport.com/view.asp?id=41290



...by consumers, for consumers

a service of *bad*businessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

CLICK HERE



Home | File | Search | My Account | Logout

Do-It-Yourself Guide

This report was created by Mario Velazquez - mrvelazqsf2@yahoo.com - 847-840-8348 - 68.72.175.187

Submitted:
1/13/2003 4:08:34 PM
Modified: 6/4/2004
11:48:05 PM

 E-mail to a Friend
Printer Friendly Version
Category:
**Corrupt Companies**

**George S. May International Rip-off Dishonest misleading & one of the worst companies to work for Park Ridge Illinois *UPDATE EX-employee responds ..The company treats their employees very**

About the ads below...
Great deals on
DIGITAL CAMERAS
as $49⁹⁹ as low as
half.com by eBay

Rip-off Report.com - badbusinessbureau.com

Page 2 of 15

# poorly, perhaps due to the more than 100% turnover rate.

## George S. May International Co.

Address:
303 S. Northwest Highway
Park Ridge Illinois 60605
U.S.A.
Phone:
847-825-8806
Fax: 847-825-7937

I was hired to work as a "Business Analyst" for a company I knew very little about. Most of my experience has been in sales and marketing and I knew very little about business analisis, but I was pleased to learn after my interview with the "Senior Executive Analyst", or as they call themselves "SENEX", that they were interested in having me join their team.

Immidiately I was asked to start the Business Analyst training in their headquarters trainging facility in Park Ridge, IL. I attended this 2 week very intense training program along with 9 other Analysts-to-be who had come from different parts of the country. I was quite impressed to see that most of my peers were high-caliber executives. The trainer, who happened to be an older woman in her 60's did a wonderful job painting this picture of perfection about the company and convinced most of us that this was the opportunity of a lifetime. I could tell than when we asked certain questions sometimes she would be evasive and would try to avoid answering.

For starters they made us memorize word by word this 5 or 6 page sales speech which they call "the institutional". They always called us Mister whatever our lastnames were and encouraged us to call them back in the same manner. This seemed rather formal and fake to most of us. Anyway. Right after the training was over, they sent us all to our first assigment in different parts of the country.

The assigments took place as far as Canada and Mexico. Our main function as an Executive Analyst was to go into a business do a general analisis of their finances, operations, sales & marketing strategies, productivity, etc...and then give the business owners an assesment of our findings. But our real work was to sell them consulting services that could range from $5,000 to 50,000; 70,000 or more!





**goHotelRooms**

Discount Hotel
Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



Rip-off Report.com - badbusinessbureau.com

Page 3 of 15

I didn't think there was anything wrong with this since most businesses could use some help anyway and I thought we would sell them a project they could actually use and benefit from. I started having reservations when I started to experience a treatment I had never experienced in a job before. Since I was traveling all the time from place to place, I expected that they were going to book the hotels for me and at least tell me two or three days in advance where I was going to, but instead I would finish an assigment one day in the afternoon, they'd ask me to go to the closest airport and sometimes I'd wait there for hours without knowing where I was going next.

I would always leave for my assigments on Sunday evenings and sometimes I would fly to the closest airport to my destination and arrive at 12:00, 1:00 or 2:00am, rent a car and drive another hour or even 2 get to my hotel at 3:00 or 4:00am and then I'd have to be at my appointment at 7:00 or 8:00am.

This showed me they just had no consideration for their employees at all and they almost treated us as if they wanted us to quit after a short while. The worst came when I started seeing their tactics, I didn't feel that they cared for the business owners at all. Their only concern was to sell as many hours of consulting as possible. In many cases I'd find the business owners were not in the position to spend several thousand dollars for a project!

Part of their "modus operandum" is to have their analysts calltheir "SENEXS" infront of the business owner and then have this very pessimistic conversation about the situation of the business. Many times they would tell me what to say and they'd expect me to repeat word by word whatever they said, infront of the business owner. Afterwards when I was on my own they would try to explain to me that all of this is done just to help the client make a quick and smart decision.

During the training they made a big point in convencing us that we were not salesman but analysts. Truth was that this was an extremely high-pressure sales job full of lies and deception. I'm sure that some of the projects their consultants deliver are of much use for some business owners, but I also know that in many cases they try to sell more hours of consulting than are actually needed, I know their tecnics are not very honest and they don't always deliver what they promise.

My career with George S. May International was very brief and I would never in a million years incourage anyone to work for them or do business with them. By the way, all the people who did the training with me are gone and went to better things.

Me
Chicago, Illinois

U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International Co., please use the search box below

George S. May International Co.    Search

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

This rebuttal was created by Robert Richardson, 171.75.22.248

## Rebuttal UPDATE EX-employee responds

Submitted: 6/13/2003 5:33:45 AM
Modified: 6/13/2003 10:36:08 PM

# The company treats their employees very poorly, perhaps due to the more than 100% turnover rate.

I have to agree with the author. George S. May seems to use some very questionable business practices. One tip-off for an employee, of course you only realize this after you have joined and then quit the organization, is that they advertise the job almost every week in the local paper as well as online.

The company treats their employees very poorly, perhaps due to the more than 100% turnover rate. They prey upon decent and well-qualified professionals who need a job due to lay-off or some other unforeseen problem. Two people dropped out of my training class before the end of training; others within a few days after training. It wasn't the travel, or the per-diem that did not cover your costs, or the despicable treatment by the company: it was the unethical business practices.

The so called analyst employees are expected to pose as actual analysts, which becomes apparent after you go to your first job. The "phoney phone calls" take place in front of the owner when your "council" (actually some irritable old coot, although there are a number of them who have graduated to the position) on the other end of the phone tells you what to say to scare the owner into buying the service. That's right, you are expected to parrot his words as if you are actually saying them from your own thoughts. The only goal is to sell the consulting service; the actual analysis is only relevant to this end as a tone of negativity. The entire analysis is skewed to be negative. It doesn't mater if the company needs the service; although they need to be able to pay for it. The least costly service I was aware of cost about $30,000. The company must be very profitable because the cost of the turnover and travel is very high. Of course, there is no salary involved, just commission.

It may be worth the free trip to Chicago, however, all the plane tickets are one-way. Of course, you will need to buy a laptop computer and portable printer for training and use in the field, which should more than negate the value of the plane ride.

Robert - Chicago, Illinois
U.S.A.

This rebuttal was created by Richard Schwager, 67.3.217.175

# Rebuttal UPDATE EX-employee responds

Submitted: 7/20/2003 11:45:38 PM
Modified: 7/21/2003 12:29:26 AM

## Another report from a recent ex-employee

**After quitting the George S. May Company after less than two weeks, here is the letter I sent to the President of the Company, Mr. Israel Kushnir. I think it is balanced and respectful, but is also very clear about the liabilities of the Company's business practices.**

QUOTE

Mr. Israel Kushnir
George S. May International Company
303 S. Northwest Hwy.
Park Ridge, IL 60068-9717

rxip-oii Report.com - badbusinessbureau.com

Dear Sir:

Thank you for the opportunity to submit an Exit Interview. I think that more usable information can be offered to you in letter format than with a form. I trust this is acceptable to you.

My primary reason for resigning was that I found all of five clients unqualified for a Preliminary Survey, in the sense that there was any reasonable chance that a "go-ahead" could be achieved. Two clients had effectively zero bank balances, considerable borrowing, and a struggle to meet weekly payroll. One client abruptly ended the survey in the middle of a mandatory scripted institutional, claiming he had been misled by Sales. One client refused to begin the survey claiming he had mis-calendarized the appointment (not true) and was unprepared. The final resurvey client had no idea why we were there, could not see the benefit to either himself or ourselves, was very confident in his own abilities to manage the business, and had no access to his own financial statements and little time to spend with us.

On a 100% basis, I do not think that it was unfair to conclude that GSMIC and its Field Service process showed dubious capability to reliably deliver qualified clients for Survey Services to work with.

My second reason for resigning was based on the GSMIC methodology. Judging from my training class, I appear to be a normal Survey Services new hire, with a slight bit more relevant skills and experience. I came to you, and I expect everyone came to you, with the intent of leveraging our considerable skills, knowledge, creativity and client partnering skills into your Company and client base. Instead, we were given a 4-1/2 page Institutional to memorize, and scripts to cover the two other most pivotal events in the survey, the Opening Call and the Preamble to the Preliminary Findings meeting. In addition, the content, process and sequence of the entire Survey was defined in detail and not to be varied.

Mr. Kushnir, I ask you: What other credible management consulting company would place its highly qualified and expert people in front of Senior Leaders and Owners of client firms, with scripts and forms? What image do you think this conveys to these Senior Leaders? How credible is GSMIC perceived as, when their "experts" read their words off of papers?

My third and final reason for resigning has to do with the process of interacting with Senex/Council. First, it is grossly undertaught in Training class, and this exacerbates the issues I will now define. The interactions, in my opinion, have four nearly fatal faults:

• First, the use of "code words" such as "calling OP/for Council/for Traffic", the creation of false dialogue between Analyst and "Council" to manipulate the appearance of the actual conversation,

and an unusually tight control of what can and can't be shared. Do you truly believe that the client cannot see that this is happening? What do you think he thinks of it?

• The fact that Senex/Council, on calls with Client present, very frequently interrupts Analysts mid-sentence to give a question, comment or (most often) challenge. Nowhere in global business have I ever seen Senior Executives encouraged to interrupt a colleague, particularly in the presence of a Client. If this occurred in front of you, wouldn't you consider this behavior rude and disrespectful?

• The fact that Senex/Council, on calls with Client present, very frequently give Analysts significant negative feedback. This strikes me as completely absurd. It takes the analyst off rhythm, off script, off rhythm, confuses them, has them struggling for answers that would be appropriate with Client present, AND JUST SHOULD NEVER BE DONE. An immediate follow-up call with only the Analyst and Senex in audible range would easily meet any mid-stream coaching needs, and would be infinitely better than the current process.

• The fact that Senex/Council, on calls with Client present, literally feed the Analyst the exact words they are to speak in reply, as if they were speaking those words on their own. With the inevitable long pause and stilted delivery of unfamiliar words, do you think that for one moment the Client observes this is as a natural and unprompted delivery? The looks I witnessed on Clients' faces were ones of absolute bewilderment, then contempt. This problem is grossly exacerbated when the Senex, without the benefit of the prior 8-10 hours of Client face-time, directs the Analyst to say something that is either dead wrong or insulting. Yet the Analyst faces no choice. These statements become the most memorable ones of the entire Survey in the Clients' eyes.

Please understand, Mr. Kushnir, that I do not dislike the George S. May International Company or any of its people. No one had more enthusiasm and commitment than I had when I was chosen for the position. Apart from some omissions and priority issues, I thoroughly enjoyed and profited from the Training sessions, and I again left confident and committed to a very long career with GSMIC. Everything seemed perfect: the position, the role, the geography, the clients, the work routine, the support people and incentives, the company culture......

I suppose that I could have sought counseling before deciding to resign. I also suppose that I could have explored a transfer to Management Services rather than opting out entirely. Perhaps I still should; I don't know. What I do know is that the difficulties and issues I defined above were very factual and real and needed to be confronted. I did not want to waste one more GSMIC sales opportunity or one more day of my own job search opportunities; it didn't seem fair.

Rip-off Report.com - badbusinessbureau.com

On balance, I do deeply regret that this assignment did not work out for both of us. I remain convinced that it is and was a wonderful opportunity for both of us, but as the days have passed, I just have not figured out the way to make it work.

I wish you a great deal of fortune in running what must be considered one of the world's great consulting companies.

UNQUOTE

Richard - Scottsdale, Arizona
U.S.A.

This rebuttal was created by Bruce Brown, 65.73.27.70

# Rebuttal UPDATE EX-employee responds

Submitted: 10/20/2003 9:11:24 AM
Modified: 10/20/2003 10:16:50 AM

## George S. May Buyer beware

The following steps are suggestions to give you proof that George May employees are not being honest with you.

1)Ask all employees about their background in y's our industry. They have been instructed to tell you that they have training and background...but they do not.

Most employees have a very short work history in consulting, and have not been successful in pervious businesses.

2) You really do not have a method to check the data provided about your business by George May. The employees have been instructed to 'make mistakes' in the financial presentations, to ensure that you think they know what your problems may be, and have solutions that work. Before you spend $10,000's, take the data to a 3rd party, such as your accountant or banker, and ask them to verify the numbers and assumptions.

3)When an invoice is presented for inbound and outbound travel, ask why the last or next client is not paying for at least one of the airline tickets. The employees will say that you will be refunded if

Rip-off Report.com - bacbusinessbureau.com

Page 9 of 15

another client pays, this is unlikely. Just refuse to pay.

4)Have a 3rd party examine the 'contract' and/or 'program' before you sign. The employees are instructed to use high pressure for you to sign without giving you time to get advice or think things over. The employees will say that you can close the project at the end of any day; but you could be billed for $10,000 if three employees showup, and will not leave until the end of the second day, with alot of expenses included.

It is clear to me that if a small business needs some outside advice to correct problems, the logical direction is to find someone that has a backgound in you industry. Industry groups or vendors may give you a lead. Forget about the promised savings from George May, they will not happen while they are working, and will not respond if you do not realize the promised savings.

Ask what results can be promised for a specfic dollar amount. $5,000-nothing, $10,000 nothing, $15,000 nothing, George May wants alot more money than you are thinking about spending. And once you start, it is very, very difficult to stop the meter from running. BE VERY CAREFUL.

One day of consultants can cost you $10,000 with all related inbound and outbound expenses. George May will say that they cannot provide any deliverables in 1 day. George May is very expensive for a small business.

Buyer Beware

Bruce - New York, New York
U.S.A.

This rebuttal was created by Israel Kushner Kushnir, 65.73.27.70

# Rebuttal REBUTTAL Owner of company

Submitted: 10/20/2003 1:51:09 PM
Modified: 10/20/2003 11:54:26 PM

# Message from the President of George S May International Company ..This may include a full refund

I have been mandated by the George S. May International Company Board of Directors to address and

resolve all issues on 'Rip-off Report.com' in a timely and professional manner.

I encourage all clients and employees to contact me at #800-999-3020 for a full resolution of your problem. This may include a full refund.

Israel Kushnir
President
George S. May International Company

Israel Kushner - Park Ridge, Illinois
U.S.A.

This rebuttal was created by Rob Copenhaver, 68.13.57.83

## Rebuttal Consumer Comment

Submitted: 10/23/2003 7:37:35 AM
Modified: 10/23/2003 9:28:33 PM

# Mr. Kushner/Kushnir, which is it?

It's great the the president of GSM standup and respond to the comments at this site. However, in the future, perhaps he should spell his own name the same way within the comment.

Kushnir or Kushner?

Personal attention by the company president? Hardly.....

Rob - Omaha, Nebraska
U.S.A.

This rebuttal was created by None None, 24.2.157.63

## Rebuttal Consumer Comment

Submitted: 3/3/2004 8:56:44 AM
Modified: 3/3/2004 9:41:09 PM

# going it is going into the trash , Thank you Rip-off Report!

I suffered a lay off and have my resume visible on the careerbuilder.com web site. They just e-mailed me a job advertisment.

It is going it is going into the trash with the rest of my spam!

None - Guilford, Connecticut
U.S.A.

This rebuttal was created by Mike Roy, 67.136.142.78

## Rebuttal Consumer Comment

Submitted: 3/17/2004 8:25:15 PM
Modified: 3/17/2004 11:52:46 PM

# Since 1925 things haven't changed

1925

George S. May, a flamboyant 25-year old, founds George S. May International Company and gets two clients after mailing out 50 letters. He serves his first client, the Chicago Flexible Shaft Company from a basement office in his home. May becomes infamous for commission-based marketing techniques. Perrin Stryker, wrote in Fortune: "Most consultants assume a primly professional attitude towards clients. In the George S. May Company, the client is hotly pursued. Indeed, few companies in any industry have dared to sell their services so hard, so blatantly and so indiscriminately as does the George S. May Company." May also sponsors the May World Championship Golf which becomes the top money circuit tournament.

Mike - Las Vegas, New Hampshire
U.S.A.

This rebuttal was created by EX-George SMAY, 67.119.156.185

## Rebuttal UPDATE EX-employee responds

Submitted: 3/28/2004 10:08:12 PM
Modified: 3/28/2004 11:30:50 PM

# George S. May International Corp. Ex- Las Vegas based rep

Rip-off Report.com - badbusinessbureau.com

# responds. STAY AWAY!

Greetings,

Strange and wonderful to see this growing choir of ex-employees warning others of the shortcomings of the failed promises of George S. May International Corporation in this forum. How cathartic & positive to be able to really help a small to mid size business make the proper choice visa-vi this venue, I too am an EX, "George S. May Man". First off to take responsibility for my own actions, "I AM SORRY" to those owners of struggling enterprises that I signed up.

During my short stint as an employee (four months as it is put almost an un-heard of LONG length of time) with GSMIC I had five go ahead deals (sales). Every word of what has been reported on this site I have either witnessed / enabled or participated in, for that I am not proud. So excited to get in and help other owners of small business that I was blinded to what was really going on high pressure closing learned from Ms.Gill then re-enforced by the yelling SENEX on a daily basis. Part of brain washing is the use of sleep deprivation and conditioning this is absolutely used on the sales force starting from the first day at training, how else would so many high performing executives subject themselves to what is to follow. For those who have under gone the training who survived the first weeks out in the field to be asked back for advanced training will remember that your SENEX said from that point on you would be getting back to a normal life. I put forth if you make it that far they feel your indoctrination is sufficiently routed to allow you to not be run to the point of exhaustion as described in the other accounts of Survey Service Survivors.

For those who are not or were not in the employ of George S May International Corporation for any length of time please allow me to share my thoughts. After being with the company for my first two months (after the Advanced training that is nothing more then a combination refresher on how to fill in your laughable expense report coupled with the SENEX war stories) you receive a letter from the president of the company asking you to let him know how your job could be improved. To which I replied that I objected strongly to the OPENING script that was to be used in front of the client. That one script is so dishonest in that no matter how well the company is run no matter how good or bad things are the script must be followed or your SENEX will be yelling in your ear to get back on script, with the sold purpose of gaining the clients admission of failure no matter what.

One of the other ex- George S. May International employees noted to have any and all forms / work checked by an outside party. Well this Survey Service employee was trained not to even leave a scrap of paper behind as evidence of any work done. The only forms left were for the owner to fill out as

Rip-off Report.com - badbusinessbureau.com

homework of the first night after your three conditioning calls, (Yes that is the exact term used in training CONDITIONING CALLS) then that one form was to be collected the morning of the second day by 7am and not even reviewed in any depth when collected you are instructed to say, "well that is what I expected to see" NO MATTER what the result found on the self examination form.

Sad to say that the number one form you are to get filled out then to be transmitted to you council to OPEN the job is a disguise to find out how much cash they have on hand. This determines how many people will be there to start fixing the problems in the business if the SURVEY is successful, YEAH RIGHT!

Oh by the way my SENEX ran up an $1,100.00 bill on my cell phone calling me while I was in Canada on three bogus "JOBS", Did they stand tall for the bill? No. Did they stand tall for the money spent chasing the TWO BITES of the apple that were already EX GSM clients (who were all very UN-HAPPY CAMPERS I might ad) for three weeks? NOPE.
WORST OF ALL and I hold my head in shame over this, did they save the clients that sorely needed real help? NO. I know of one family who lost their business because of GSM and I am sickened to learn how they were treated. SHAME ON GEORGE S MAY!

EX-George - Los Angeles, California
U.S.A.

This rebuttal was created by Chet Ubetcha, 63.196.247.41

# Rebuttal UPDATE EX-employee responds

Submitted: 6/4/2004 6:25:40 PM
Modified: 6/4/2004 11:48:05 PM

# Think before you tell them how much credit you have or how much you have in your bank account.

Please note when you sign up for a $350.00 Survey report it is ORAL. You will not receive a scrap of paper to check the results with!

Do not give them ANY of your company data other then what YOU want to get out of your company because their computer program will transmit your data to their office where the sales manager will have it to look at to paint you in to a no win corner.

Rip-off Report.com - badbusinessbureau.com

Think before you tell them how much credit you have or how much you have in your bank account. That data the will get from you on the very first form they have you fill out.

Under no circumstances allow them to call their office unless it is on a speaker phone. Why because the counsel "team" they are pretending to call is only a sales manager who is feeding the sales person (disguised as an analyst) what to say to you.

Make sure to get resumes of ANY and all people they want to send in including the sales person disguised as your analyst.

MOST OF ALL if you go that far and do sign the contract NEVER give them a letter of satisfaction until you receive your 2 to 1 return on your investment they promise but forget to put on your contract.

It is all CANNED PEOPLE! The results are fixed your going to get a bill for up to 50K in the first week or so. You have to pay by cash or bank wire every riday no matter what?

Chet - Los Angeles, California
U.S.A.

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report

Page 15 of 15



Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com

# EXHIBIT E-3

**Whois Search**
Build & Host Domains as Low as $10. Quality Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [        ] Go

# BROADBAND Reports.com

login                                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                or back to dslreports.com/whois

Result for **68.72.175.187**

```
--> fwhois 68.72.175.187@whois.arin.net
[whois.arin.net]
```

**Compare IP Phone Services**

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

```
OrgName:     SBC Internet Services
OrgID:       SIS-80
Address:     208 S Akard St
Address:     One AT&T Plaza 22nd Floor / Attn: IP Management Group
City:        Dallas
StateProv:   TX
PostalCode:  75202
Country:     US

NetRange:    68.72.0.0 - 68.79.255.255
CIDR:        68.72.0.0/13
NetName:     SBCIS-SIS80
NetHandle:   NET-68-72-0-0-1
Parent:      NET-68-0-0-0-0
NetType:     Direct Allocation
NameServer:  NS1.AMERITECH.NET
NameServer:  NS2.AMERITECH.NET
Comment:     Contact IPAdmin-Ameritech@sbis.sbc.com for general IP suppo
Comment:     Contact support@swbell.net for technical support issues.
Comment:     Contact abuse@ameritech.net for policy abuse issues.
RegDate:     2002-10-15
Updated:     2005-09-30

RTechHandle: IPADM3-ARIN
RTechName:   IPAdmin-Ameritech
RTechPhone:  +1-800-648-1626
RTechEmail:  IPAdmin-Ameritech@sbis.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  +1-800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
```

Advertise on this site

how-to block ads

```
OrgTechName:    IPAdmin-SBIS
OrgTechPhone:   +1-800-648-1626
OrgTechEmail:   IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

**Who Has What Domain?**
Domains, Email, Hosting & More. Grow Your Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                                          Advertise

Search: [＿＿＿＿＿＿＿] [Go]

**BROADBAND** Reports.com    login                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [＿＿＿＿＿＿＿＿＿] or back to dslreports.com/whois

### Result for **171.75.22.248**

```
--> fwhois 171.75.22.248@whois.arin.net
[whois.arin.net]
Level 3 Communications, Inc. LVLT-ORG-171-74 (NET-171-74-0-0-2)
                              171.74.0.0 - 171.75.255.255
Level 3 Communications, Inc. BBNINC-0-6 (NET-171-75-0-0-1)
                              171.75.0.0 - 171.75.255.255
```

## Compare

## IP Phone

## Services

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "INET-171-75-0-0-1@whois.arin.net"
[whois.arin.net]

OrgName:     Level 3 Communications, Inc.
OrgID:       LVLT
Address:     1025 Eldorado Blvd.
City:        Broomfield
StateProv:   CO
PostalCode:  80021
Country:     US

NetRange:    171.75.0.0 - 171.75.255.255
CIDR:        171.75.0.0/16
NetName:     BBNINC-0-6
NetHandle:   NET-171-75-0-0-1
Parent:      NET-171-74-0-0-2
NetType:     Reassigned
NameServer:  NS1.LEVEL3.NET
NameServer:  NS2.LEVEL3.NET
Comment:
RegDate:     2003-05-07
Updated:     2004-06-04

OrgAbuseHandle: APL8-ARIN
OrgAbuseName:   Abuse POC LVLT
OrgAbusePhone:  +1-877-453-8353
OrgAbuseEmail:  abuse@level3.com

OrgTechHandle: ARINC4-ARIN
OrgTechName:   ARIN Contact
OrgTechPhone:  +1-800-436-8489
OrgTechEmail:  arin-contact@genuity.com
```

```
OrgTechHandle: TPL1-ARIN
OrgTechName:   Tech POC LVLT
OrgTechPhone:  +1-877-453-8353
OrgTechEmail:  ipaddressing@level3.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

**Whois Search**
Register Your Domain Name Now! Online Services Industry Leaders.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                                      Advertise

Search: [                    ] [Go]

# BROADBAND Reports.com

login                                                           Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [                    ]  or back to dslreports.com/whois

Result for **67.3.217.175**

```
--> fwhois 67.3.217.175@whois.arin.net
[whois.arin.net]

OrgName:    Qwest Communications Corporation
OrgID:      QCC-21
Address:    1801 California Street
City:       Denver
StateProv:  CO
PostalCode: 80202
Country:    US

NetRange:   67.0.0.0 - 67.7.255.255
CIDR:       67.0.0.0/13
NetName:    QWEST-INET-14
NetHandle:  NET-67-0-0-0-1
Parent:     NET-67-0-0-0-0
NetType:    Direct Allocation
NameServer: DCA-ANS-01.INET.QWEST.NET
NameServer: SVL-ANS-01.INET.QWEST.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-07-26
Updated:    2006-02-09

OrgAbuseHandle: QIA2-ARIN
OrgAbuseName:   Qwest Abuse
OrgAbusePhone:  +1-877-886-6515
OrgAbuseEmail:  abuse@qwest.net

OrgNOCHandle: QIN-ARIN
OrgNOCName:   Qwest IP NOC
OrgNOCPhone:  +1-877-886-6515
OrgNOCEmail:  support@qwestip.net

OrgTechHandle: QIA-ARIN
OrgTechName:   Qwest IP Admin
OrgTechPhone:  +1-877-886-6515
OrgTechEmail:  ipadmin@qwest.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Compare**

**IP Phone**

**Services**

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

**Who Has What Domain?**
Domains, Email, Hosting & More. Grow Your Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                                                    Advertise

Search: [            ] [Go]

**BROADBAND** Reports.com    login                                                 Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [            ]    or back to dslreports.com/whois

Result for **65.73.27.70**

```
--> fwhois 65.73.27.70@whois.arin.net
[whois.arin.net]

OrgName:    Frontier Communications, Inc.
OrgID:      FRTR
Address:    180 South Clinton AVE
City:       Rochester
StateProv:  NY
PostalCode: 14646
Country:    US

ReferralServer: rwhois://rwhois.frontiernet.net:4321

NetRange:   65.73.0.0 - 65.73.255.255
CIDR:       65.73.0.0/16
NetName:    FRONTIERCOMMUNICATIONSLEGACY
NetHandle:  NET-65-73-0-0-1
Parent:     NET-65-0-0-0-0
NetType:    Direct Allocation
NameServer: AUTH01.ROC.NY.FRONTIERNET.NET
NameServer: AUTH.LKV.MN.FRONTIERNET.NET
Comment:
RegDate:    2002-09-03
Updated:    2006-07-31

OrgAbuseHandle: ABUSE23-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-800-436-8489
OrgAbuseEmail:  abuse@genuity.com

OrgTechHandle: ZF47-ARIN
OrgTechName:   Frontier Communications
OrgTechPhone:  +1-866-474-7662
OrgTechEmail:  ipadmin@frontiernet.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Compare IP Phone Services**

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

**Who Owns this Domain**
Domains, Email, Hosting & More. Grow Your
Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More.
Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [          ] [Go]

**BROADBAND** Reports.com   login                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | » |

Ads by Google

Check another: [          ]  or back to dslreports.com/whois

### Result for **65.73.27.70**

```
--> fwhois 65.73.27.70@whois.arin.net
[whois.arin.net]

OrgName:    Frontier Communications, Inc.
OrgID:      FRTR
Address:    180 South Clinton AVE
City:       Rochester
StateProv:  NY
PostalCode: 14646
Country:    US

ReferralServer: rwhois://rwhois.frontiernet.net:4321

NetRange:   65.73.0.0 - 65.73.255.255
CIDR:       65.73.0.0/16
NetName:    FRONTIERCOMMUNICATIONSLEGACY
NetHandle:  NET-65-73-0-0-1
Parent:     NET-65-0-0-0-0
NetType:    Direct Allocation
NameServer: AUTH01.ROC.NY.FRONTIERNET.NET
NameServer: AUTH.LKV.MN.FRONTIERNET.NET
Comment:
RegDate:    2002-09-03
Updated:    2006-07-31

OrgAbuseHandle: ABUSE23-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-800-436-8489
OrgAbuseEmail:  abuse@genuity.com

OrgTechHandle: ZF47-ARIN
OrgTechName:   Frontier Communications
OrgTechPhone:  +1-866-474-7662
OrgTechEmail:  ipadmin@frontiernet.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Compare**

**IP Phone**

**Services**

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

**Who Owns this Domain**
Domains, Email, Hosting & More. Grow Your Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [        ] [Go]

## BROADBAND Reports.com

login                                                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [            ] or back to dslreports.com/whois

### Result for **68.13.57.83**

```
--> fwhois 68.13.57.83@whois.arin.net
[whois.arin.net]
Cox Communications Inc. COX-ATLANTA (NET-68-0-0-0-1)
                                68.0.0.0 - 68.15.255.255
Cox Communications Inc. OMRDC-68-13-0-0 (NET-68-13-0-0-1)
                                68.13.0.0 - 68.13.127.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "INET-68-13-0-0-1@whois.arin.net"
[whois.arin.net]
```

## Compare IP Phone Services

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

```
OrgName:    Cox Communications Inc.
OrgID:      CXA
Address:    1400 Lake Hearn Drive
City:       Atlanta
StateProv:  GA
PostalCode: 30319
Country:    US

NetRange:   68.13.0.0 - 68.13.127.255
CIDR:       68.13.0.0/17
NetName:    OMRDC-68-13-0-0
NetHandle:  NET-68-13-0-0-1
Parent:     NET-68-0-0-0-1
NetType:    Reassigned
Comment:
RegDate:    2002-05-15
Updated:    2003-02-07

OrgAbuseHandle: IC146-ARIN
OrgAbuseName:   Cox Communications, Inc
OrgAbusePhone:  +1-404-269-7626
OrgAbuseEmail:  abuse@cox.net

OrgTechHandle: SHACK-ARIN
OrgTechName:   Shackelford, Scott
OrgTechPhone:  +1-404-269-7626
OrgTechEmail:  scott.shackelford@cox.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

how-to block ads

**Whois Search**
Register Your Domain Name Now! Online
Services Industry Leaders.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                        Advertise

Search: [          ] Go

BROADBAND Reports.com    login                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [          ]          or back to dslreports.com/whois

### Result for **24.2.157.63**

```
--> fwhois 24.2.157.63@whois.arin.net
[whois.arin.net]
Comcast Cable Communications, Inc. EASTERNSHORE-1 (NET-24-0-0-0-1)
                              24.0.0.0 - 24.15.255.255
Comcast Cable Communications CONNECTICUT-4 (NET-24-2-128-0-1)
                              24.2.128.0 - 24.2.255.255
```

**Compare
IP Phone
Services**

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-24-2-128-0-1@whois.arin.net"
[whois.arin.net]

CustName:    Comcast Cable Communications
Address:     3 Executive Campus
Address:     5th Floor
City:        Cherry Hill
StateProv:   NJ
PostalCode:  08002
Country:     US
RegDate:     2003-10-10
Updated:     2004-07-02

NetRange:    24.2.128.0 - 24.2.255.255
CIDR:        24.2.128.0/17
NetName:     CONNECTICUT-4
NetHandle:   NET-24-2-128-0-1
Parent:      NET-24-0-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2003-10-10
Updated:     2004-07-02

OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-856-317-7272
OrgAbuseEmail:  abuse@comcast.net

OrgTechHandle: IC161-ARIN
OrgTechName:   Comcast Cable Communications Inc
OrgTechPhone:  +1-856-317-7200
OrgTechEmail:  CNIPEO-Ip-registration@cable.comcast.com
```

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn r
here!
www.networksolutions.com

Ads by Google                                                                 Advertise

Search: [_____] [Go]

# BROADBAND
### Reports.com    login                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: _____   or back to dslreports.com/whois

Result for **67.136.142.78**

```
--> fwhois 67.136.142.78@whois.arin.net
[whois.arin.net]

OrgName:     Electric Lightwave Inc
OrgID:       ELIX
Address:     4400 NE 77th Ave
City:        Vancouver
StateProv:   WA
PostalCode:  98662
Country:     US

ReferralServer: rwhois://whois.eli.net:4321

NetRange:    67.136.0.0 - 67.139.255.255
CIDR:        67.136.0.0/14
NetName:     ELI-NETWORK-ELIX
NetHandle:   NET-67-136-0-0-1
Parent:      NET-67-0-0-0-0
NetType:     Direct Allocation
NameServer: NS.ELI.NET
NameServer: NS2.ELI.NET
Comment:     Spam and abuse complaints will ONLY be responded to if you
Comment:     account abuse@support.eli.net
RegDate:     2003-09-25
Updated:     2004-12-08

RTechHandle: IPADM15-ARIN
RTechName:   ipadmin
RTechPhone:  +1-800-622-4354
RTechEmail:  ipadmin@eli.net

OrgAbuseHandle: ENA-ARIN
OrgAbuseName:   elinet Security and Abuse Response Team
OrgAbusePhone:  +1-800-622-4354
OrgAbuseEmail:  abuse@support.eli.net

OrgTechHandle: IE27-ARIN
OrgTechName:   Electric Lightwave,Inc.
OrgTechPhone:  +1-800-622-4354
OrgTechEmail:  support@eli.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
```

**Compare**

**IP Phone**

**Services**

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

**GetIP: IP Detection Tool**
Verify Your IP Address for Free Advanced
Proxy IP Detection & more
www.getip.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**High Speed Internet**
Looking for high speed internet? See
speed internet guide.
HighSpeedInternetInfo.com

Ads by Google                                                        Advertise

Search: [_____] [Go]

# BROADBAND Reports.com    login    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [_____]    or back to dslreports.com/whois

### Result for **67.119.156.185**

```
--> fwhois 67.119.156.185@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-67-112-0-0-1)
                              67.112.0.0 - 67.127.255.255
PPPoX Pool - Rback7 LSAN03 SBC067119156000020628 (NET-67-119-156-0-1)
                              67.119.156.0 - 67.119.159.255
```

**Compare**

**IP Phone**

**Services**

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-67-119-156-0-1@whois.arin.net"
[whois.arin.net]
```

View Ratings

And Reviews

Of Leading

Broadband

Phone Service

Providers

www.ipphoneratings.com

```
CustName:    PPPoX Pool - Rback7 LSAN03
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-29
Updated:     2002-06-29

NetRange:    67.119.156.0 - 67.119.159.255
CIDR:        67.119.156.0/22
NetName:     SBC067119156000020628
NetHandle:   NET-67-119-156-0-1
Parent:      NET-67-112-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-29
Updated:     2002-06-29

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com
```

Advertise on this site

```
OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net
```

how-to block ads

```
OrgNOCHandle: SUPPO-ARIN
```

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for
broadbandreports**

**Whois Search**
Register Your Domain Name Now! Online Services Industry Leaders. Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google                                    Advertise



Search: [_____] [Go]

login                    Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

Check another: [_____] or back to dslreports.com/whois

### Result for **63.196.247.41**

```
--> fwhois 63.196.247.41@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-63-192-0-0-1)
                              63.192.0.0 - 63.207.255.255
PPPoX Pool Rback7 63.196.240.0 SBCIS-062002142653 (NET-63-196-240-0-1)
                              63.196.240.0 - 63.196.247.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-63-196-240-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool Rback7 63.196.240.0
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-21
Updated:     2002-06-21

NetRange:    63.196.240.0 - 63.196.247.255
CIDR:        63.196.240.0/21
NetName:     SBCIS-062002142653
NetHandle:   NET-63-196-240-0-1
Parent:      NET-63-192-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-21
Updated:     2002-06-21

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
```

## Compare
## IP Phone
## Services

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:23:13

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

# EXHIBIT F

# Exhibit F
## REPORT #86538

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "Ex-Special Representative"[26] | 4/4/2004 | GSMIC 0049-50 | 12.215.90.75 |
| "Sharon"[27] | 4/22/2004 | 0050-51 | 68.120.60.226 |
| "William"[28] | 04/24/2004 | 0051-52 | 12.215.90.75 |

---

[26] William Payne, poetic_justice56@yahoo.com
[27] Sharon Lee
[28] William Payne

# EXHIBIT F-1

Rip-off Report.com - badbusinessbureau.com



...by consumers, for consumers

Don't let them get away with it.
Make sure they make the Rip-off Report

badbusinessbureau.com

Home | File a | File a | Search | E-mail

Submitted: 4/4/2004
10:26:57 AM
Modified: 4/27/2004
8:11:08 PM

Category:
**Employers**

## George S. May International ripoff Abuse of employee status Park Ridge Illinois
**\*UPDATE EX-employee responds ..GEORGE S. MAY ARE SCUM + SCAMMERS**

Company
**George S. May International**

Address:
303 Northwest Highway
Park Ridge Illinois
U.S.A.
Phone:
800-999-3020
Fax: -

Their advertising claims are a total joke -
"$70,000+ potential?" What a joke.

Maybe MAYBE you can make that if you are located in a large enough city that enough customers haven't experienced the company's high pressure and abusive tactics. If you're unlucky enough to be in a more rural area with small cities, you're doomed from the start - the business owners have heard of the company and how May works.

Within my two month tenure, I came in contact with at least a dozen unsatisfied former clients of May International whose attempts at getting satisfaction had been ignored. In two instances, these people wanted blood because of the

GSMIC 0049

abuse they suffered at the hands of May.

The next thing that got my goat with this company was my lack of pay! My first commissions were weeks late in reaching me, then mysteriously my expense reimbursements AND commissions got lost in their system. At this point, when I demanded my money, I received the same sort of abuse and threats that prior customers had received when I requested what I had coming due.

The telephone support they promise in their advertising was WORSE than having none at all! I expended enormous time and dollars chasing after clients that had allegedly set appointments to see me - only to arrive to find that they had 1) not agreed to the appointment or 2) were below May's standards and not viable clients. In one day alone I drove 400 miles to make these appointments - the total May allots for their Special Representatives for an entire week at their measly 28 cents per mile.

Ex-Special Representative
Chasing geese all over, Illinois
U.S.A.

### Company Search

If you would like to see more Rip-off Reports™ on George S. May International, please use the search box below

George S. May International

[Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

# Rebuttal UPDATE EX-employee responds

Submitted: 4/22/2004 1:08:31 PM
Modified: 4/23/2004 11:24:19 PM

# GEORGE S. MAY ARE SCUM + SCAMMERS

GSMIC 0050

Well you got off / out easy! I spent four long months loosing money with the George S. May International Company. I am now stuck with a $1,100.00 cell phone bill they ran up CALLING me while I was in Canada! They have refused to pay the bill they ran up yelling at me. Not only did I get abused I have to pay for it.

**GEORGE S. MAY ARE SCUM + SCAMMERS!**

Sharon - Los Vegas, Nevada
U.S.A.

# Update submitted by the original author

Submitted: 4/25/2004 5:55:09 AM
Modified: 4/27/2004 8:11:08 PM

## The saga didn't end there

I didn't even go into the expenses I incurred trying to get my pay OR expenses reimbursed. In all I shelled out close to $500 in cell bills for the calls they required me to make and TAKING calls on the cell they could have made and left on my landline. The wear and tear on my car was incredible because of the crazy places I was expected to go. Then there was fulfilling their dress code that cost me over a grand. I guess I'm lucky because I have a couple of really nice suits, now, which nobody but bankers or morticians wear on a regular basis these days.

I'm still in the hole as far as my pay goes to the tune of $450 and trying to get the last of my money out of these jokers - fortunately I'm in a state where the Attorney General handles these sorts of issues as a criminal matter and will take this up on my behalf if I don't receive satisfaction within 6 months. The state's Department of Labor is also looking into their employment practices.

While I'm at it, I may as well add some additional information on May International for potential clients to consider.

May's OWN systems are anywhere from 30 to 70 years old - not quite shining examples for giving advice to other companies on how to improve their future business. May lags behind pretty much every other company I've ever been in contact with in the US when it comes to technology.

**EXAMPLES:**
1) Their methods for working with the field staff was designed (by others) in the 1930s (constant/scheduled telephone

Rip-off Report.com - badbusinessbureau.com

contact) - and abandoned as a business model by most companies in the 1970s due to its ineffiency. It works though, if there is no value placed on the time used by your employees and if the expense of such contact is born on the shoulders of the employee.

2) Their telemarketing system is circa the 1970s.

3) Their IT needs are all run on an antiquated, costly mainframe computer.

4) Voice mail is non-existent, and email is reserved solely for the people within the office.

5) No records are kept by May of what leads have been worked in what area - they have no system to do this which wastes a ton of their sales force's time and effort.

William - Villa Grove, Illinois
U.S.A.

---

## REBUTTAL BOX

### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific company or person only.

or

***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.

CLICK HERE to File your OWN Rip-Off Report

---

Technical questions can be addressed to our webmaster.

Feel free to send us suggestions and comments to our editorial staff.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

GSMIC 0052

GSMIC 0053

Copyright © 2002 Rip-off Report.com / badbusinessbureau.com

Rip-off Report.com - badbusinessbureau.com

http://www.ripoffreport.com/view.asp?id=86538&view=printer

# EXHIBIT F-2

Rip-off Report.com - badbusinessbureau.com

**Cheryl A. Contois**

From:    EDitor@ripoffreport.com
Sent:    Tuesday, July 05, 2005 5:31 PM
To:      EDitor@ripoffreport.com
Subject: George S May http://www.ripoffreport.com/view.asp?id=86538



...by consumers, for consumers

**RIP-OFF Report.com**

a service of *bad*businessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | My Account | Logout

RIP-OFF . Do-It-Yourself Guide

**CLICK HERE**

About the ads below...

Great deals on DIGITAL CAMERAS as low as $49.99 — half.com by eBay

This report was created by William Payne - poetic_justice56@yahoo.com - - 12.215.90.75

Submitted: 4/4/2004
10:26:57 AM
Modified: 4/27/2004
8:11:08 PM

☒ E-mail to a Friend
🖨 Printer Friendly Version
Category:
**Employers**

**George S. May International ripoff Abuse of employee status Park Ridge Illinois \*UPDATE EX-employee responds ..GEORGE S. MAY ARE SCUM + SCAMMERS**

8/16/2006

Rip-off Report.com - badbusinessbureau.com

Page 2 of 5

Company
# George S. May International
Address:
303 Northwest Highway
Park Ridge Illinois
U.S.A.
Phone:
800-999-3020
Fax: -

Their advertising claims are a total joke - "$70,000+ potential?" What a joke.

Maybe MAYBE you can make that if you are located in a large enough city that enough customers haven't experienced the company's high pressure and abusive tactics. If you're unlucky enough to be in a more rural area with small cities, you're doomed from the start - the business owners have heard of the company and how May works.

Within my two month tenure, I came in contact with at least a dozen unsatisfied former clients of May International whose attempts at getting satisfaction had been ignored. In two instances, these people wanted blood because of the abuse they suffered at the hands of May.

The next thing that got my goat with this company was my lack of pay! My first commissions were weeks late in reaching me, then mysteriously my expense reimbursements AND commissions got lost in their system. At this point, when I demanded my money, I received the same sort of abuse and threats that prior customers had received when I requested what I had coming due.

The telephone support they promise in their advertising was WORSE than having none at all! I expended enormous time and dollars chasing after clients that had allegedly set appointments to see me - only to arrive to find that they had 1) not agreed to the appointment or 2) were below May's standards and not viable clients. In one day alone I drove 400 miles to make these appointments - the total May allots for their Special Representatives for an entire week at their measly 28 cents per mile.

Ex-Special Representative
Chasing geese all over, Illinois



*Unlimited Internet Access!*

Discount Hotel Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



goHotelRooms



Rip-off Report.com - badbusinessbureau.com

U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International, please use the search box below

[George S. May International]   [Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

This rebuttal was created by Sharon Lee, 68.120.60.226

## Rebuttal UPDATE EX-employee responds
Submitted: 4/22/2004 1:08:31 PM
Modified: 4/23/2004 11:24:19 PM

## GEORGE S. MAY ARE SCUM + SCAMMERS

Well you got off / out easy! I spent four long months loosing money with the George S. May International Company. I am now stuck with a $1,100.00 cell phone bill they ran up CALLING me while I was in Canada! They have refused to pay the bill they ran up yelling at me. Not only did I get abused I have to pay for it.

### GEORGE S. MAY ARE SCUM + SCAMMERS!

Sharon - Los Vegas, Nevada
U.S.A.

This rebuttal was created by William Payne, 12.215.90.75

## Update submitted by the original author

Rip-off Report.com - badbusinessbureau.com

Submitted: 4/25/2004 5:55:09 AM
Modified: 4/27/2004 8:11:08 PM

## The saga didn't end there

I didn't even go into the expenses I incurred trying to get my pay OR expenses reimbursed. In all I shelled out close to $500 in cell bills for the calls they required me to make and TAKING calls on the cell they could have made and left on my landline. The wear and tear on my car was incredible because of the crazy places I was expected to go. Then there was fulfilling their dress code that cost me over a grand. I guess I'm lucky because I have a couple of really nice suits, now, which nobody but bankers or morticians wear on a regular basis these days.

I'm still in the hole as far as my pay goes to the tune of $450 and trying to get the last of my money out of these jokers - fortunately I'm in a state where the Attorney General handles these sorts of issues as a criminal matter and will take this up on my behalf if I don't receive satisfaction within 6 months. The state's Department of Labor is also looking into their employment practices.

While I'm at it, I may as well add some additional information on May International for potential clients to consider.

May's OWN systems are anywhere from 30 to 70 years old - not quite shining examples for giving advice to other companies on how to improve their future business. May lags behind pretty much every other company I've ever been in contact with in the US when it comes to technology.

EXAMPLES:
1) Their methods for working with the field staff was designed (by others) in the 1930s (constant/scheduled telephone contact) - and abandoned as a business model by most companies in the 1970s due to its ineffiency. It works though, if there is no value placed on the time used by your employees and if the expense of such contact is born on the shoulders of the employee.

2) Their telemarketing system is circa the 1970s.

3) Their IT needs are all run on an antiquated, costly mainframe computer.

4) Voice mail is non-existent, and email is reserved solely for the people within the office.

Rip-off Report.com - badbusinessbureau.com

5) No records are kept by May of what leads have been worked in what area - they have no system to do this which wastes a ton of their sales force's time and effort.

**William - Villa Grove, Illinois
U.S.A.**



## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

# Do-It-Yourself Guide

## RIP-OFF

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

# EXHIBIT F-3

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google                                                                 Advertise

Search: [                    ] [Go]

# BROADBAND Reports.com

login                                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                          or back to dslreports.com/whois

Result for **12.215.90.75**

```
--> fwhois 12.215.90.75@whois.arin.net
[whois.arin.net]
AT&T WorldNet Services ATT (NET-12-0-0-0-1)
                              12.0.0.0 - 12.255.255.255
Mediacom Communications Corp MEDIACOMCC-12-215-90-0-GIBSON-CITY-IL (NET
                              12.215.90.0 - 12.215.91.255
```

## Strix Wireless Mesh

High perf. Low-latency for VoIP Video, Data Access and Backhaul

www.strixsystems.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-12-215-90-0-1@whois.arin.net"
[whois.arin.net]

CustName:    Mediacom Communications Corp
Address:     100 Crystal Run Road
City:        Middletown
StateProv:   NY
PostalCode:  10941
Country:     US
RegDate:     2003-10-10
Updated:     2003-10-10

NetRange:    12.215.90.0 - 12.215.91.255
CIDR:        12.215.90.0/23
NetName:     MEDIACOMCC-12-215-90-0-GIBSON-CITY-IL
NetHandle:   NET-12-215-90-0-1
Parent:      NET-12-0-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2003-10-10
Updated:     2003-10-10

RTechHandle: DK71-ARIN
RTechName:   Kostick, Deirdre
RTechPhone:  +1-919-319-8249
RTechEmail:  help@ip.att.net
```

Advertise on this site

```
OrgAbuseHandle: ATTAB-ARIN
OrgAbuseName:   ATT Abuse
OrgAbusePhone:  +1-919-319-8130
OrgAbuseEmail:  abuse@att.net
```

how-to block ads

```
OrgTechHandle: ICC-ARIN
```

```
OrgTechName:    IP Customer Care
OrgTechPhone:   +1-888-613-6330
OrgTechEmail:   qhoang@att.com

OrgTechHandle: IPSWI-ARIN
OrgTechName:    IP SWIP
OrgTechPhone:   +1-888-613-6330
OrgTechEmail:   help@ip.att.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:31:15

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

**Who Owns this Domain**
Domains, Email, Hosting & More. Grow Your
Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                                      Advertise

Search: [        ] [Go]

**BROADBAND** Reports.com    login                                        Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                                    or back to dslreports.com/whois

Result for **68.120.60.226**

```
--> fwhois 68.120.60.226@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-68-120-0-0-1)
                           68.120.0.0 - 68.127.255.255
LSAN03 ADSL Rback7 PPPoX SBC068120060000030324 (NET-68-120-60-0-1)
                           68.120.60.0 - 68.120.61.255
```

**Compare**

**IP Phone**

**Services**

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-68-120-60-0-1@whois.arin.net"
[whois.arin.net]
```

View Ratings

And Reviews

Of Leading

Broadband

Phone Service

Providers

www.ipphoneratings.com

```
CustName:    LSAN03 ADSL Rback7 PPPoX
Address:     268 Bush St. #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2003-03-24
Updated:     2003-03-24

NetRange:    68.120.60.0 - 68.120.61.255
CIDR:        68.120.60.0/23
NetName:     SBC068120060000030324
NetHandle:   NET-68-120-60-0-1
Parent:      NET-68-120-0-0-1
NetType:     Reassigned
Comment:     For Policy Abuse issues, contact: abuse@swbell.net
Comment:     For Technical issues, contact: noc@swbell.net
RegDate:     2003-03-24
Updated:     2003-03-24

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com
```

Advertise on this site

```
OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net
```

how-to block ads

```
OrgNOCHandle: SUPPO-ARIN
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  +1-800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports