**Who Owns this Domain**
Domains, Email, Hosting & More. Grow Your Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google Advertise

Search: [ ] Go

BROADBAND Reports.com login Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

Check another: or back to dslreports.com/whois

Result for **12.215.90.75**

```
--> fwhois 12.215.90.75@whois.arin.net
[whois.arin.net]
AT&T WorldNet Services ATT (NET-12-0-0-0-1)
                                  12.0.0.0 - 12.255.255.255
Mediacom Communications Corp MEDIACOMCC-12-215-90-0-GIBSON-CITY-IL (NET
                                  12.215.90.0 - 12.215.91.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-12-215-90-0-1@whois.arin.net"
[whois.arin.net]

CustName:   Mediacom Communications Corp
Address:    100 Crystal Run Road
City:       Middletown
StateProv:  NY
PostalCode: 10941
Country:    US
RegDate:    2003-10-10
Updated:    2003-10-10

NetRange:   12.215.90.0 - 12.215.91.255
CIDR:       12.215.90.0/23
NetName:    MEDIACOMCC-12-215-90-0-GIBSON-CITY-IL
NetHandle:  NET-12-215-90-0-1
Parent:     NET-12-0-0-0-1
NetType:    Reassigned
Comment:
RegDate:    2003-10-10
Updated:    2003-10-10

RTechHandle: DK71-ARIN
RTechName:   Kostick, Deirdre
RTechPhone:  +1-919-319-8249
RTechEmail:  help@ip.att.net

OrgAbuseHandle: ATTAB-ARIN
OrgAbuseName:   ATT Abuse
OrgAbusePhone:  +1-919-319-8130
OrgAbuseEmail:  abuse@att.net

OrgTechHandle: ICC-ARIN
```

**Compare IP Phone Services**

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

```
OrgTechName:   IP Customer Care
OrgTechPhone:  +1-888-613-6330
OrgTechEmail:  qhoang@att.com

OrgTechHandle: IPSWI-ARIN
OrgTechName:   IP SWIP
OrgTechPhone:  +1-888-613-6330
OrgTechEmail:  help@ip.att.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:31:40

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for broadbandreports**

# EXHIBIT G

# Exhibit G

## REPORT #104370

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "William"[29] | 8/18/2004 | GSMIC 0054-56 | 67.37.182.188 |
| "William"[30] | 8/22/2004 | 0057 | 65.94.46.56 |

[29] Paul Albarran, venividivich123@yahoo.com
[30] William Morcos

# EXHIBIT G-1

...by consumers, for consumers
RIP-OFF
Report.com
badbusinessbureau.com
Don't let them get away with it.
Make sure they make the Rip-off Report
Home
File
Search
E-mail

Category:
**Corrupt Companies**

Submitted: **8/18/2004 10:03:23 PM**
Modified: **8/22/2004 11:10:37 PM**

# George S. May International Company, Better Business Bureau, BBB CONFIDENCE GAME SEPARATES FOOLS FROM THEIR MONEY ripoff Park Ridge Illinois *Consumer Suggestion ..Why not let the Directors know?

Company
## George S. May International Company - Better Business Bureau, BBB

Address:
**303 S. Northwest Highway**
**Park Ridge Illinois 60068**
**U.S.A.**
Phone:
847-825 8806
Fax: -

**BBB and the George S. May International Company combine to defraud small business owners. The BBB is a marketing tool for companies that join it's ranks rather than a champion of the consumer, as they would have you believe. The BBB does not handle any consumer complaints raising issues concerning the competency of doctors, dentists, licensed therapists, veterinarians, and lawyers. The BBB specializes in unlicensed and unregulated professionals. The George S. May International Company employs these unregulated professionals to front for their operation of an unethical sales machine.**

GSMIC 0054

The experience with the George S. May International Co. is unbearable. High-pressure sales tactics and psychological manipulation are used to extract agreement for services that would guarantee a 5 to 1 return on the "investment". This complaint is being set out not for the details of my experience but for the unscrupulous principles and standards by which this company operates to mislead and defraud the consumer. In essence, I object to the way George S. May International Company gets a fool to part with his money.

The business card that I have from the Assistant District Manager employed by George S. May contains the following: "Celebrating 79 years of Quality Management Consulting"

The BBB flame logo and "Marketplace Ethics Award Winner" are prominently displayed. Upon presentation of this card a consumer will likely let his guard down and start sharing the details of his situation. The BBB logo is the opening business reference. Remove the BBB logo and award and you remove a key component of the confidence game. A business owner would be quite skeptical if a man walked in off the street with a card from a company he never heard of before and was told his firm was filled with experts at turning companies around and making profits out of losses. The BBB confirms that it allows the use of their logo on this company's business cards and as such culpability for this confidence game rests with them also. George S. May International Company won their award in 2003 in category II, 1000 to 7499 employees. Member since 1968.

The BBB understands the impact its approval has on the consumer and should be a monitor of the activities of the members it "Awards" with an ethical moniker. The award is good for three years and based on guidelines. Per the BBB for the National Ethics Award: Award Criteria: Companies were evaluated against criteria that included commitment to and demonstration of ethical practices in the marketplace; high standards of behavior toward customers, employees, suppliers, shareholders and communities; truthfulness and accuracy of advertising and sales practices; ethical reputation among industry peers and in communities in which they do business; long-term value of ethics policies to shareholders, customers and employees; and training and communications programs to assist employees in carrying out established ethics policies.

This complaint is not for the service or product that GSMIC is providing. It is understandably and widely attested to as bad. This complaint attests to the manner in which those services are presented as highly effective and coming from consummate professionals. The BBB certifies this. The continual assurance of the best interests of the client, of 2:1 or greater returns on investment, and the incredible sense of urgency they impart on a business owner to avoid bankruptcy some other impending doom is an unethical preying on the fear of the consumer. What credible business consultant operates on these terms? The product is irrelevant here: product and service is an excuse for billing at inflated rates for misrepresented services. Reports show that these professionals get paid a net of around $16.00 per hour. True? Maybe. Maybe not.
In the securities industry these types of services are called tuna. This is selling tuna not eating tuna.

GSMIC 0055

The salesmen from the May company denounce the practices of IPA, International Profit Associates. But they use the same business model and the same tactics. They are upset because IPA was caught and has brought the heat and the light on their practices. IPA visited our facility last year.

In professional circles there are industry specific controls to monitor the performance of companies and individuals who participate in that industry. The securities industry has the SEC. Consider an investment advisor, who has studied and passed intense examinations, making guarantees of high returns on a recommendation for which he is compensated, there would be clear recourse for that client against the advisor for unethical practice.

This complaint is filed to help educate the consumer. Many forums for this information are being suppressed and the monthly complaints filed with the BBB are not for public view. This is not a claim of collusion, but of culpability by association and manipulation.

In the end, it is the consumer who has to decide where to place his trust and money. Anyone who does not do their due diligence cannot be excused of stupidity. However, in combination, factors such as reputation, appearance and psychological pressure can make for a less than desirable situation while make life-changing decisions. When the first salesman/consultant approaches, he is brandishing his "credentials" with his ethics endowed business card. The Torch Award Winner for Marketplace ethics is prominently displayed on the consulting agreement that requires a signature for the billing to begin. At the beginning and at the close, the BBB is there to alleviate any skepticism the consumer may have. Can the BBB get an unsatisfied client their money back?

When the devil tells you it is hot in hell, you believe him. The BBB tells us George S. May is ethical. Thanks for the confidence.

William
Chicago, Illinois
U.S.A.

STOP! ..before you think about using the Better Business Bureau (BBB)... CLICK HERE to see how other consumers were victimized by the BBB's false or misleading information. Don't be fooled! It has been reported, when there are thousands of complaints and other investigations underway by authorities, the BBB has no choice but to finally give an UNsatisfactory rating to a BBB member business that is paying the BBB big membership fees every year. When a business is reported that is NOT a BBB member, BBB files WILL more likely show an UNsatisfactory rating, then reportedly shake down that company to become a member of the BBB. One positive thing about the BBB is, either way, if a business has an unsatisfactory rating with the BBB, you can be sure, the business is bad. But what about all those BBB member businesses that had complaints filed against them? Consumers never get to hear about them.

What about the BBB advertising to the public? Is this a false and misleading perception they are giving about "consumer confidence" when dealing with a business? Click here to understand more of what consumers and business alike are saying about the BBB. You decide. ..Remember. The BBB membership is not earned, it's paid for!

**Company Search**

**If you would like to see more Rip-off Reports™ on George S. May International Company - Better Business Bureau, BBB, please use the search box below**

George S. May International Company - Better Busin Search

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

# Rebuttal Consumer Suggestion

Submitted: **8/22/2004 7:17:18 AM**
Modified: **8/22/2004 11:10:37 PM**

## Why not let the Directors know?

**This company has gotten a black eye. All the input I have seen is true. Does the board of Directors know what is really going on? Are Raymond Margolies and Donald Fletcher being candid with the board? Its time to ask the board members the question, suggesting they all look at all these complaints. Any responsible board would look at this large number of complaints and demand accountability. Or do they only care about money? Time to begin asking these questions and demanding answers? When will Ogden Sub-Zero receive its refund? When will all the double-billed travel be refunded? When will the abuse stop?**

**William - Westmout, Quebec**
**Canada**

GSMIC 0057

# REBUTTAL BOX

## MY COMPANY HAS BEEN REPORTED! HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com

GSMIC 0058

# EXHIBIT G-2

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, July 05, 2005 5:34 PM
**To:** EDitor@ripoffreport.com
**Subject:** George S May http://www.ripoffreport.com/view.asp?id=104370

...by consumers, for consumers
RIP-OFF
Report.com
a service of badbusinessbureau.com
Don't let them get away with it.
Make sure they make the Rip-off Report
Home
File
Search
My Account
Logout

CLICK
HERE

RIP-OFF
Do-It-Yourself Guide

This report was created by Paul Albarran - venividivichi123@yahoo.com - - 67.37.182.188

Submitted: **8/18/2004 10:03:23 PM**
Modified: **8/22/2004 11:10:37 PM**

About the ads below...

Great deals on
DIGITAL CAMERAS
as low as $49.99
half.com
by eBay

E-mail to a Friend
Printer Friendly Version

Category:
**Corrupt Companies**

**George S. May International Company, Better Business Bureau, BBB CONFIDENCE GAME SEPARATES FOOLS FROM THEIR MONEY ripoff Park Ridge Illinois *Consumer Suggestion ..Why not**

Unlimited Internet Access!

## let the Directors know?

Company

**George S. May International Company - Better Business Bureau, BBB**

Address:
303 S. Northwest Highway
Park Ridge Illinois 60068
U.S.A.
Phone:
847-825 8806
Fax: -

Discount Hotel Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements

BBB and the George S. May International Company combine to defraud small business owners. The BBB is a marketing tool for companies that join it's ranks rather than a champion of the consumer, as they would have you believe. The BBB does not handle any consumer complaints raising issues concerning the competency of doctors, dentists, licensed therapists, veterinarians, and lawyers. The BBB specializes in unlicensed and unregulated professionals. The George S. May International Company employs these unregulated professionals to front for their operation of an unethical sales machine.

The experience with the George S. May International Co. is unbearable. High-pressure sales tactics and psychological manipulation are used to extract agreement for services that would guarantee a 5 to 1 return on the "investment". This complaint is being set out not for the details of my experience but for the unscrupulous principles and standards by which this company operates to mislead and defraud the consumer. In essence, I object to the way George S. May International Company gets a fool to part with his money.

The business card that I have from the Assistant District Manager employed by George S. May contains the following: "Celebrating 79 years of Quality Management Consulting"

The BBB flame logo and "Marketplace Ethics Award Winner" are prominently displayed. Upon presentation of this card a consumer will likely let his guard down and start sharing the details of his situation. The BBB logo is the opening business reference. Remove the BBB logo and award and you

remove a key component of the confidence game. A business owner would be quite skeptical if a man walked in off the street with a card from a company he never heard of before and was told his firm was filled with experts at turning companies around and making profits out of losses. The BBB confirms that it allows the use of their logo on this company's business cards and as such culpability for this confidence game rests with them also. George S. May International Company won their award in 2003 in category II, 1000 to 7499 employees. Member since 1968.

The BBB understands the impact its approval has on the consumer and should be a monitor of the activities of the members it "Awards" with an ethical moniker. The award is good for three years and based on guidelines. Per the BBB for the National Ethics Award: Award Criteria: Companies were evaluated against criteria that included commitment to and demonstration of ethical practices in the marketplace; high standards of behavior toward customers, employees, suppliers, shareholders and communities; truthfulness and accuracy of advertising and sales practices; ethical reputation among industry peers and in communities in which they do business; long-term value of ethics policies to shareholders, customers and employees; and training and communications programs to assist employees in carrying out established ethics policies.

This complaint is not for the service or product that GSMIC is providing. It is understandably and widely attested to as bad. This complaint attests to the manner in which those services are presented as highly effective and coming from consummate professionals. The BBB certifies this. The continual assurance of the best interests of the client, of 2:1 or greater returns on investment, and the incredible sense of urgency they impart on a business owner to avoid bankruptcy some other impending doom is an unethical preying on the fear of the consumer. What credible business consultant operates on these terms? The product is irrelevant here: product and service is an excuse for billing at inflated rates for misrepresented services. Reports show that these professionals get paid a net of around $16.00 per hour. True? Maybe. Maybe not.
In the securities industry these types of services are called tuna. This is selling tuna not eating tuna.

The salesmen from the May company denounce the practices of IPA, International Profit Associates. But they use the same business model and the same tactics. They are upset because IPA was caught and has brought the heat and the light on their practices. IPA visited our facility last year.

In professional circles there are industry specific controls to monitor the performance of companies and individuals who participate in that industry. The securities industry has the SEC. Consider an investment advisor, who has studied and passed intense examinations, making guarantees of high returns on a recommendation for which he is compensated, there would be clear recourse for that client against the advisor for unethical practice.

This complaint is filed to help educate the consumer. Many forums for this information are being suppressed and the monthly complaints filed with the BBB are not for public view. This is not a claim of collusion, but of culpability by association and manipulation.

In the end, it is the consumer who has to decide where to place his trust and money. Anyone who does not do their due diligence cannot be excused of stupidity. However, in combination, factors such as reputation, appearance and psychological pressure can make for a less than desirable situation while make life-changing decisions. When the first salesman/consultant approaches, he is brandishing his “credentials” with his ethics endowed business card. The Torch Award Winner for Marketplace ethics is prominently displayed on the consulting agreement that requires a signature for the billing to begin. At the beginning and at the close, the BBB is there to alleviate any skepticism the consumer may have. Can the BBB get an unsatisfied client their money back?

When the devil tells you it is hot in hell, you believe him. The BBB tells us George S. May is ethical. Thanks for the confidence.

William
Chicago, Illinois
U.S.A.

STOP! ..before you think about using the Better Business Bureau (BBB)... CLICK HERE to see how other consumers were victimized by the BBB's false or misleading information. Don't be fooled! It has been reported, when there are thousands of complaints and other investigations underway by authorities, the BBB has no choice but to finally give an UNsatisfactory rating to a BBB member business that is paying the BBB big membership fees every year. When a business is reported that is NOT a BBB member, BBB files WILL more likely show an UNsatisfactory rating, then reportedly shake down that company to become a member of the BBB. One positive thing about the BBB is, either way, if a business has an unsatisfactory rating with the BBB, you can be sure, the business is bad. But what about all those BBB member businesses that had complaints filed against them? Consumers never get to hear about them. What about the BBB advertising to the public? Is this a false and misleading perception they are giving about “consumer confidence” when dealing with a business? Click here to understand more of what consumers and business alike are saying about the BBB. You decide. ..Remember. The BBB membership is not earned, it's paid for!

**Company Search**

**If you would like to see more Rip-off Reports™ on George S. May International Company - Better Business Bureau, BBB, please use the search box below**

George S. May International Company - Better Busines | Search

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

This rebuttal was created by William Morcos, 65.94.46.56

**Rebuttal** Consumer Suggestion

Submitted: **8/22/2004 7:17:18 AM**

Modified: **8/22/2004 11:10:37 PM**

## Why not let the Directors know?

**This company has gotten a black eye. All the input I have seen is true. Does the board of Directors know what is really going on? Are Raymond Margolies and Donald Fletcher being candid with the board? Its time to ask the board members the question, suggesting they all look at all these complaints. Any responsible board would look at this large number of complaints and demand accountability. Or do they only care about money? Time to begin asking these questions and demanding answers? When will Ogden Sub-Zero receive its refund? When will all the double-billed travel be refunded? When will the abuse stop?**

**William - Westmout, Quebec**
**Canada**

***REBUTTAL BOX***

**MY COMPANY HAS BEEN REPORTED!**



## HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

RIP-OFF
Do-It-Yourself Guide

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003 A Service of badbusinessbureau.com

# EXHIBIT G-3

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google

Advertise

Search: Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

Compare IP Phone Services

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

Check another: or back to dslreports.com/whois

Result for **67.37.182.188**

```
--> fwhois 67.37.182.188@whois.arin.net
[whois.arin.net]

OrgName:    SBC Internet Services
OrgID:      SIS-80
Address:    208 S Akard St
Address:    One AT&T Plaza 22nd Floor / Attn: IP Management Group
City:       Dallas
StateProv:  TX
PostalCode: 75202
Country:    US

NetRange:   67.36.0.0 - 67.39.255.255
CIDR:       67.36.0.0/14
NetName:    SBCIS-SIS80
NetHandle:  NET-67-36-0-0-1
Parent:     NET-67-0-0-0-0
NetType:    Direct Allocation
NameServer: NS1.AMERITECH.NET
NameServer: NS2.AMERITECH.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-08-30
Updated:    2005-09-30

RTechHandle: ZS44-ARIN
RTechName:   IPAdmin-SBIS
RTechPhone:  +1-800-648-1626
RTechEmail:  ipadmin@att.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  +1-800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
```

OrgTechEmail: **IPAdmin-SBIS@sbis.sbc.com**

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.

Friday, 18-Aug 17:33:37

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for broadbandreports**

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google

Advertise

Search: [ ] Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

Check another: or back to dslreports.com/whois

Result for **65.94.46.56**

```
--> fwhois 65.94.46.56@whois.arin.net
[whois.arin.net]
Bell Canada BELLNEXXIA-10 (NET-65-92-0-0-1)
                                  65.92.0.0 - 65.95.255.255
Bell Nexxia (Prod) NEXXIA0130-CA (NET-65-94-0-0-1)
                                  65.94.0.0 - 65.94.255.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-65-94-0-0-1@whois.arin.net"
[whois.arin.net]

CustName:    Bell Nexxia (Prod)
Address:     671 De la Gauchetiere
City:        Montreal
StateProv:   Quebec
PostalCode:  H3B 2M8
Country:     CA
RegDate:     2002-02-07
Updated:     2002-02-07

NetRange:    65.94.0.0 - 65.94.255.255
CIDR:        65.94.0.0/16
NetName:     NEXXIA0130-CA
NetHandle:   NET-65-94-0-0-1
Parent:      NET-65-92-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-02-07
Updated:     2002-02-07

RTechHandle: PD135-ARIN
RTechName:   Daoust, Philippe
RTechPhone:  +1-800-450-7771
RTechEmail:  noc@in.bell.ca

OrgAbuseHandle: ABAI1-ARIN
OrgAbuseName:   Abuse Business abuse issues
OrgAbusePhone:  +1-877-877-2426
OrgAbuseEmail:  abuse@bellnexxia.net

OrgAbuseHandle: ABUSE1127-ARIN
```

**Compare IP Phone Services**

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

```
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-877-877-2426
OrgAbuseEmail:  abuse@sympatico.ca

OrgTechHandle: SYSAD1-ARIN
OrgTechName:   Sys Admin
OrgTechPhone:  +1-800-565-0567
OrgTechEmail:  ip_prov@bellglobal.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug 17:33:49

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for broadbandreports

# EXHIBIT H

# Exhibit H

## REPORT #98372

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "Michael"[31] | 7/10/2004 | GSMIC 0059-60 | 209.102.128.42 |
| "Shawn"[32] | 7/11/2004 | 0061-62 | 205.188.116.210 |
| "Chet"[33] | 7/23/2004 | 0062-63 | 67.119.158.242 |
| "Andrea"[34] | 7/27/2004 | 0063-68 | 205.188.116.73 |
| "Jolene"[35] | 7/27/2004 | 0068-69 | 67.2.127.37 |
| "Shawn"[36] | 8/17/2004 | 0069-70 | 205.188.116.210 |

[31] Michael Wilson, BaldwinRBs@gulftel.com, 215-988-8128
[32] Shawn Lange
[33] Chet Ubetcha
[34] Andrea Roundtree
[35] Jolene Marker
[36] Shawn Lange

# EXHIBIT H-1

...by consumers, for consumers
RIP-OFF
Report.com
a service of badbusinessbureau.com
Don't let them get away with it.
Make sure they make the Rip-off Report
Home
File
Search
E-mail

Submitted: 7/10/2004 4:09:17 PM
Modified: 8/18/2004 12:48:42 AM

Category:
**Business Consulting**

# George S. May International Company303 ripoff Unsolicited salesman, $350.00/day deceptive "analyst", less than "expert" consultants Park Ridge Illinois *UPDATE Employee ..inside information ..They are all salesmen

Company
## George S. May International Company

Address:
**303 S. Northwest Highway**
**Park Ridge Illinois 60068**
**U.S.A.**
Phone:
847-825-8806
Fax: -

I was visited by an unsolicited salesman who inquired as to any problems I was experiencing as a small business owner. I confided with him the problems, I am sure most small businesses have, I was experiencing. He then "qualified" my small business for a confidential analysis for a "very nominal fee of $350.00" for 1 1/2 days. I agreed and scheduled an appointment some 1 1/2 weeks later.

The "analysist" (salesman) was very punctual, as we had a 6:00 a.m. appointment, and for the next 2 days, he had full access to my business and it's records. He then pointed out all of my problems, of which I was already aware, and

GSMIC 0059

strongly suggested I retain his company and its staff of over 1,200 "experts" to help fix my problems.

On Friday afternoon, we then discussed his assessment of corrective actions and estimate of time and costs. We both agreed that 100 hours would probably be adequate, but he would write in an estimate of 225 hours in our contract. We then discussed a time frame and he strongly suggested we start the following Monday. I was opposed to this time frame, as my next weeks work load was extremely busy.

He then informed me he had "hand picked" the consultants for my project and if I did not schedule them NOW, they would not be available. Of course, he had, by this point, convinced me of the serious condition of my business and the dire need of his companies services. HE WAS A VERY GOOD SALESMAN! He then suggested we start as early as the next day (Saturday) and he called and arranged for their travel. I reluctantly agreed and signed his contract agreeing to $164.00/man hour, travel expenses and per diem.

The next day, I met the "project team" at my office. The "analysist" (salesman), the "project director" and two (2) consultants then began, what appeared to be, intensive research with all my records. The salesman left shortly thereafter, the project director about 3 hours later and the two (2) consultants "worked" for ten (10) hours. Monday morning, I was presented with an invoice for $5,040.00 for Saturday, not including travel and per diem. I wrote a check for this amount and was informed I needed to pay it with certified funds. I traveled to my bank and had a cashiers check written.

By Monday afternoon I realized these leaches had to go and informed them that they needed to finish their business by Tuesday afternoon. To my surprise, the project director shows back up at appr. 11:00 a.m.on Tuesday. He and his team continue to work and by mid afternoon presented me with another invoice in the amount of $11,663.00. Of course, this needed to be paid in certified funds.

After payment, I was presented with a 3-ring binder (which I had purchased, as they provide nothing, i.e. binders, printer cartridges, copy paper, three hole punches, etc.) containing appr. 110 pages of mostly useless documents. In three (3) days, the George S. May International Company had milked me out of almost $17,000.00 for this. This could have easily been $40,000.00 to $50,000.00, if I had not terminated their "services".

Additionally, subsequent research has shown the company is not registered to do business with our Secretary of State.

Do yourself a favor, when the George S. May International Company salesman comes knocking at your door, run the SOB off!

Michael

GSMIC 0060

Silverhill, Alabama
U.S.A.

**Company Search**

**If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below**

George S. May International Company [Search]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

# Rebuttal UPDATE Employee ..inside information

Submitted: **7/11/2004 7:42:20 AM**
Modified: **7/11/2004 11:13:04 PM**

## They are all salesmen

**Mike, They are all salesman. Even the so-called expert "Consultants" are nothing more than salesmen.From the day they get to your business they are doing nothing but planning how they are going to get the maximum dollar amount out of you they can.**

**No one was hand picked for that job. That is just another plot they use to pressure you into accepting their services immediately. They operate just like used car salesmen. They will do or say anything it takes to get you to sign the "agreement" now because their statistics show that once they leave only a very small percentage of clients ever call them back.**

**They use the same high pressure tactics on employees that they use on clients. They have you out in the middle of nowhere a thousand miles from home and they refuse to arrange travel for you until they get the money they want. This is just one of the ways they threaten, coerce and intimidate employees as well as clients.**

GSMIC 0061

All of their employees are commissioned sales people. They get paid a percentage of the billing they collect. If they don't collect the money they don't get paid.If the client has a complaint, which may or may not have anything to do with the work the staff is doing, the only remedy GSM will other is to have the staff stay for "No Charge' which means the staff will work and not get paid.

Another common tactic against employees is to "beach" them. GSM never fires anyone for anything. They will simly leave them unassigned and therefore unpaid until they quit.

I know this because I am experiencing this now. I had the audacity to stand up against them for a cliet which they where ripping off and now I have been unassigned for over two weeks. They will not even answer my calls now!!!

Please!!!!Anyone thinking of getting involved with this company on any level, don't do it.They are accomplished con artists and liars. They continue to convince small business owners and prospective employees they are legitimate.

Shawn - Atlanta, Georgia
U.S.A.

## Rebuttal UPDATE EX-employee responds

Submitted: 7/23/2004 1:55:13 PM
Modified: 7/23/2004 10:56:47 PM

## George S. May International Company not today please

Michael from Silverhill, Alabama make sure to search Rip-Off Report using just the name
George S May you will see all 17 reports as of this date. Some have links to other sites but by far and away Rip-Rff Report is doing the best at getting the information out to the public. HELP BY REPORTING how your DEMANDS for your MONEY BACK are going! PLEASE people POST follow up reports so we can see how to help others.

Every "client" who hangs their head kicking their own backsides and not going after this company is FLAT OUT WRONG! You are NOT one bit at fault for letting the wolf in the door. This is a company that only has your money at is heart and how to get if from you.

If your company has let George S May International Company in the door DO NOT PAY A DIME TILL YOU SEE RESULTS FOR THE "VALUE" of your investment <-- AS in RESULTS YOU CAN COUNT in your bank account, AS IN DO

GSMIC 0062

NOT PAY A DIME IN FEES OR ANYTHING till they produce work you can USE. <-- READ the form you signed they have to produce results for you! No matter if they say you must pay every Friday or Every Day, tell them to take a HIKE till you "get" a return on your investment. If they are so ETHICAL to WIN (hahahaha) BBB ethic awards* they should have no problem billing like a normal consulting company where 30 days after the work is INSTALLED is the norm!

*they paid for the awards they received from the BBB. Sort of like paying to win a contest you made up like the International slime spit ball award, only you and the other winners pay for the award and the party to follow.)

Even a sit down Burger Joint hands over the burger before you are demanded to pay. With over 500K served and 79 years under their belt, this is one old hash slinging company that needs to clean the slime off the boiler plates before they grill you up another client.

KEEP the REPORTS COMING! [Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]

Chet - Los Angeles, California
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

**Rebuttal** UPDATE Employee ..inside information
Submitted: 7/27/2004 9:12:59 AM
Modified: 7/27/2004 7:24:14 PM

## WARNING! DO NOT BE SCAMMED!

I'm attaching an earlier report that segways into this topic. Moreover, I want this report to be available to all of those that have used Google to search out information on George S. May. As of 7/27/04, this particular "hit" thread is showing up on Google and Yahoo searches. Please indulge the repitation, it's important to me that this info gets out... thanks again to Rip Off Report!

I sincerely hope that you have 'Googled' your way to enlightenment concerning George S. May International, the world-wide consultant company based in Park Ridge, IL. Internet search engines have finally beaten a path to a truer picture of this company and how they really operate. Please consider carefully what you are about to read because it may be

the best advice anyone has ever given you.

First, my intention in filing this is to basically warn EVERY prospective client interested in retaining George S. May's services, in any capacity, of their unscrupulous nature. I will outline their general methods of conducting business so you can make an informed and intelligent decision as to their true intentions and expertise. Second, I also want to provide those individuals out there responding to job advertisements placed by George S. May with information concerning their training program, existing personnel, and overall pressure tactics. I ask that you keep an open mind and consume this information with utmost earnestness; it is coming from someone who was an 'insider' to George S. May's overall operations.

Why did you seek the internet for answers concerning George S. May? Probably because you are a bright, intelligent, and diligent individual that researches everything before making a decision. Did you know that six months ago your Google/Yahoo search would not have yielded this website and the information contained herein? In fact, a search from January of 2004 would have probably yielded about a thousand hits on job ads placed by George S. May all over the country. They are constantly seeking fresh applicants because of the massive amounts of turnover they experience on a weekly basis. But more importantly, by design or not, they've been able to hide from knowledge seekers like you because of these numerous job ads. Finally, the truth about George S. May is being disseminated to the public. That is why I am telling my story.

I was hired as an "Executive Analyst" in their "Survey" department no too long ago. I must say, the interviewer was slick. Without using specific names, I can say he was a company "SENEX" (Senior Executive Analyst); very professional and probing. He stated that most analysts make at least $80K/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They "hire" 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field, 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 "Executive Analyst" positions in Chicago per year; and that's only ONE department.

They have 4 departments (using general terms): sales (the guy who initially walks in the door and offers to have your business "analyzed" for $250 - $700), survey (the "analyst" that shows up with a black manual and his/her laptop and conducts the "survey"), management consultants (usually 2-5 people charging almost $200/hr for each "man hour" worked. These are the people that show up after the analyst sells you on their glorified services), and administrative (mostly "SENEXES" belonging to a "Management Council" at corporate headquarters; more about this group later).

The attrition experienced by these departments (excluding administrative staff) is even greater because they are inherently twice to three times as large as the survey department. They have two training facilities: one in Chicago and one in Las Vegas. That equates to approximately 10,000 employees that filter through the organization in ONE year. And this estimate is conservative compared to others you will see while researching information on this company. You

GSMIC 0064

see something wrong with this picture yet? What reputable company goes through this many people a year?

I attended their 10-day training class for their "Executive Analysts" in Park Ridge (Chicago), IL and was taught the art of acting and memorization. EVERYTHING IS SCRIPTED FOLKS! The black manual all analysts carry with them is full of talking points, notes, and scripts learned from training class. Ask to look through it and just see what kind of response you get.

If you are a prospective client, ask for a resume from the Analyst immediately upon him/her entering your business. It will not happen 99% of the time. If you could get your hands on a resume, you'd probably find a lack of a college education. Or, you may find that the individual standing before you is an English major with a biology minor but had one hell of a sales career before George S. May. More than half of their "Analysts" have never seen a balance sheet or an income statement before training class. Most have absolutely no clue how to run a business either.

Nevertheless, scripting starts by the "Analyst" at the initial interview with the "decision makers" of your firm (usually first thing in morning). The most important and obvious question asked in this meeting will be your "cash position" from your balance sheet. From there, information from your financials will be obtained and transferred electronically via their laptop to the "SENEX" who is wringing his hands in Chicago. And that's when the calls to the "Management Council" start.

By the way, it's not a "Council" at all. It's one guy behind a desk in Chicago waiting to find out what your financial position looks like so he can calculate how many "man hours" you can afford to spend right away.

Again, everything is scripted too during the "Survey". Demand that ALL calls by the Analyst to the "Management Council" be made via speaker phone and see what response you get once again. I'll give the Analyst 5 minutes before he is standing outside the back door of your business calling his SENEX with a cell phone and sweating profusely. It's through the privacy of a hand-held phone line that the "SENEX" instructs the Analyst on what to say, how to act, what inflections to use, and most importantly, how to demean you (the business owner) in the first call. Don't fall for this theatrical event!

As a business owner, you need to be VERY concerned about how an inexperienced "Analyst" conducts his interviews with your various managerial staff too. Questions can easily lead to mistrust and paranoia by your staff. Moreover, the "Survey" an Analyst will conduct is totally formatted, prestructured, and generic. It will do more harm to your operations than good.

The survey "questionnaire" is basically a psychological tool to warp the mind of the owner(s) of the business. It is used to highlight everything wrong with ANY business across the board in most industries. It's generic and fill-in-the-blank. Most of all, it's an "oral" report. Ask to make copies of his "Survey" results and, again, see what kind of

response you get.

One section of the "Survey" asks for written responses from each employee. Imagine what disgruntled employees will say about "the boss" on paper if they are told it's an "anonymous" questionnaire. The Analyst's job is to read the responses to the owner(s) and beat you down with them. It can be an eye opening and very embarrassing experience for you. The damage is done however. Your employees will now become empowered and structure can disintegrate within a day. Believe me; I've seen owner's loose control of their employees while the "Analyst" is still on the premises. Just remember, EVERYTHING the "Analyst" performs in your business is either a show or a grand script. Watch how many times they check and/or ask questions about inventory sitting in your warehouse. They've been instructed to constantly "look busy" while in your business and your warehouse is the best place for this "busy" activity.

By the way, they are also instructed to expose and then exploit the problems associated with your business. EVERYTHING that you offer as problems within your business will be used against you later in the nth degree. Denigration is the name of the game. They want to make you feel inadequate as hell as an owner and operator. It's a farce so beware.

As a side note to prospective employees: you will be placed in the field by yourself the very next day after training is over. Think you'd be ready? Try again! It's mental torture. Their concept is to keep you moving constantly. They say 5 days a week but it eventually becomes 6; mark my word. They will promise that an "*" contract (top of the pay scale) is within your grasp but it's a carrot. 95% of all Analysts hired will never see it happen.

Also, the other benefits they sell to prospective employees, i.e. insurance, profit sharing, etc., are worthless. Why? You won't last long enough for these extras to kick in; trust me. Again, most people leave within the 90 day probationary period so don't be pulled in by the benefits! Additionally, you will be forced to use your personal credit cards for non-reimbursable charges for room, board, and rental cars. After three weeks of service, if you make it that long, they soon start gradually holding back commissions and a token per diem to string your service along. The hotels are sub par; especially in the rural areas of the US. And since it's you paying for them, eventually, you will succumb to being frugal and will rationalize sleeping in places that would have made you vomit a month before you knew anything about George S. May. Worst of all, you are forced to do things that are dishonest, reprehensible, embarrassing, deceitful, devious, misguided, deceptive, self denigrating, destructive, and defrauding. People without a conscious do very well with this company!

As a George S. May employee, however, the good thing is they hardly ever fire anyone. There's no need, people leave on their own on a daily basis within this company. Besides, they do not take a chance on exposing themselves to lawsuits consisting of discrimination, harassment, and unemployment considerations. Once you quit, their risk of liability ceases. Moreover, if you don't perform well, they just stop assigning you to jobs. And most employees with

May are paid via commissions. Thus, eventually, you'll have to leave (resign) for lack of pay. Please be careful people, they pray on those that have recently lost their job for whatever reason, i.e. workforce reductions, layoffs, even failed self-employed individuals. A desperate out-of-work person is their workforce niche. If you are currently suffering from unemployment, please do yourself a favor, drop your interest in George S. May immediately and continue to seek work elsewhere. And if you are currently employed looking for advancement, George S. May is not a stepping stone. In fact, having George S. May on your resume as a past employer can be more detrimentally debilitating than helpful. Potential employers in most industries see it as a reflection of desperation and a character flaw (unless of course you want to peruse a career in telemarketing or used car sales). Be careful with your choices of opportunities, please!

You will become a puppet on a string to the SENEX on the other end of the line and will loose faith in yourself and your dignity will be demolished. Those that care about themselves, their reputations, and mental health will leave within a couple of weeks. Still feel like pursuing that George S. May interview?

Back to prospective clients: If you are sold by the "Analyst" and consider letting their "Management Consultants" in your business to "turn things around", God help you. Before you do however, be smart. Ask for every consultant's resume, especially the "Project Director's". Again, you may succeed only to find out that more than one is inexperienced and lacking true credentials.

They will offer a 2 to 1 return on $$ spent and will "guarantee" to increase your "fill-in-the-blank" (lets say, 'revenues') by "15%" while they are there preparing "marketing" strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000. You may eventually run out of money or become wise to the generic nature of the "strategy plan" they are developing and ask them to stop. They'll say "we are not done; the 15% we previously discussed will not be realized because you are stopping us short".

True, but how unethical. Think about it, $50,000 spent on a "marketing strategy" that is half completed. You'd be better off stuffing "SALE" fliers in mail boxes or putting them on windshields. The goal is to make you sign an agreement that allows you to "stop" the consulting at the end of any day. George S. May will send as many people as they possibly can to charge as many "man hours" possible at a rate of almost a $200/hour. Beware; EVERYTHING they produce is canned, preformatted, fill-in-the-blank, and general in nature.

This stuff is worthless and they will charge you about $5,000 to $10,000 a day to produce and print it from their laptops. They'll ask a ton of questions and then fill in the answers from the prefabricated files in their computers. They have literally hundreds of business plans, policy manuals, job procedures, and accounting schemes that are in a generic menu to choose from. This list contains solutions to business problems on every known issue for all industries. All they do is input data and print the completed template. Also, most of these "consultants" have been bookkeepers in another career that failed for whatever reason too.

GSMIC 0067

Lastly, if you are reading this and George S. May's consultants are currently in your business charging you a fortune per man hour, and you feel you have been taken, DO NOT GIVE THEM A 100% SATISFACTION LETTER! IN FACT, DON'T SIGN A DAMN THING! They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless. Ask them nicely to leave once again and they will probably decline if a letter is not given to them. From that point, consider it trespassing and call law enforcement to escort them off the premises. Do not succumb to any promises given by these "consultants" and do not pay them again. Without a "Satisfaction" letter, they have not a leg to stand on in a court of law. Even better, immediately file a report with the BBB and the Attorney General of your state. They will be quick to satisfy any complaints from these two entities as they are the first sources business owners will go to when researching George S. May. You may recoup funds already paid to them for "services rendered" but it may be slow to come.

On a personal note, I recently had a close friend of mine allow George S. May into his business. He was sold on their services by a slick "Analyst" and paid for "Management Consultants" over a six day period. He spent over $50,000 and has gotten nothing operationally tangible as a result. Unfortunately, I didn't hear of this until it was too late and the "consultants" are now gone and off to the next unsuspecting business owner. He is holding worthless pre-formatted manuals and has been taken for a very expensive ride. Not to mention, I was also defrauded by the company as an employee too. I've recently left, on good terms I might add, and finally gained my self confidence and self esteem back though it has taken many months. That is why I've taken the time to write this report. If I can make just one prospective client or employee stop to reconsider George S. May and what they really represent, then my words have succeeded and my conscious is clearer because of it. Good look to all of you and heed the advice given to you in this report.

Please let me know if I've helped and post your comments below...

Andrea - El Paso, Texas
U.S.A.

## Rebuttal Consumer Comment

Submitted: 7/27/2004 3:14:50 PM
Modified: 7/27/2004 11:51:38 PM

## Michael we're getting quite a list of names

Michael,since the time that I have posted my letter on Rip-off Report,I have been contacted by several Ex-clients just like yourself. They have paid an outragous amount of money and was left with a binder or 2 full of documents that are of no value to them or their business. All the businesses that I have have spoke with have the same problems as us.

Cash flow, employee, working capital problems etc. Like you said, you didn't need GSMIC to tell you this. In fact Michael, they are not even good salesman. In our opinion, at first they are unsuspecting, good hard working people that GSMIC has hired to do ther dirty work. And when they finally figure this out they quit, and it doesn't take very long.

You have to remember if these are new employees of the company they are also victims. I have also spoken with several ex-employees that are left with very high phone bills and charges on ther credit cards that they cannot get paid for. But if they have been there awhile and know that what they are doing is not going to help these buisnesses and that it's all a bunch of lies and deception then they become excellent con men.

They will also make it sound like it's a life or death situation if you don't get them in your buisness right now. They pressure you to make a quick decision, they don't want to give you time to think about it or research anything. I wonder why? That's also why they have you wire the money to them, they know that when you figure out what you just bought is of no value you will stop payment.

In our opinion, they have had 78 years to perfect the way that their contract is written so that every loop hole is covered if you are not satisfied. Alot of these ex-clients put the blame on themselves for making a stupid business decision but in our opinion we feel that it is time that GSMIC takes responsibility for preying on buisnesses that are reaching out for help,but in turn are victumized by this preditor company.

There is not a reputable company on this planet that I know of that offer a service or a product that they do not warranty or refund if the customer is not satisfied. The only option you have with GSM is to let them back into your buisness. Well what if you have no confidence in them or there abilities?

What if you know for a fact that there program they sell you will not work for your company? In our opinion a refund is in order. I would love the opportunity to speak with you. Please visit the complaint station for my contact information.

Jolene - Ogden, Utah
U.S.A.

# Rebuttal REBUTTAL employee

Submitted: 8/17/2004 6:54:11 PM
Modified: 8/18/2004 12:48:42 AM

---

## This information did not originate from me

GSMIC 0069

To whom it Concerns:

It has come to my attention that someone with access to my email accounts as well as personal information about me has posted comments on this website. This information did not originate from me nor does it represent in any shape, form or fashion my opinion of the George S. May International Company.

I am a Consultant with George S. May International Company and most vehemently deny the comments posted on this website. I am proud to work for and with the people of George S. May International Company and believe that the company provides services of the highest caliber to its clients. I know this to be true because I have been personally involved in more than 50 successful client engagements and I know the level of commitment both the company and the vast majority of its employees have to providing the highest client service possible.

Thank You,

Staff Executive
George S. May International Company

Shawn - Atlanta, Georgia
U.S.A.

***REBUTTAL BOX***

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and   Technical questions can be   Best if viewed with Netscape 4,   If you are having trouble submitting   Having trouble searching or filing a

| comments to our editorial staff. | addressed to our webmaster. | Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | via our JavaScript form such as Web TV users, please use our Non-JavaScript form. | report? It may be a browser problem. See our FAQ for help |
|---|---|---|---|---|

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com

GSMIC 0071

# EXHIBIT H-2

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Tuesday, July 05, 2005 5:36 PM
**To:** EDitor@ripoffreport.com
**Subject:** George S May http://www.ripoffreport.com/view.asp?id=98372

...by consumers, for consumers
RIP-OFF
a service of badbusinessbureau.com
Report.com
Don't let them get away with it.
Make sure they make the Rip-off Report
Home
File
Search
My Account
Logout

CLICK HERE

RIP-OFF
Do-It-Yourself Guide

This report was created by Michael Wilson - BaldwinRBs@gulftel.com - 251.988.8128 - 209.102.128.42

About the ads below...
Great deals on DIGITAL CAMERAS as low as $49.99 half.com by eBay

E-mail to a Friend
Printer Friendly Version

Category:
**Business Consulting**

Submitted: **7/10/2004 4:09:17 PM**
Modified: **8/18/2004 12:48:42 AM**

# George S. May International Company303 ripoff Unsolicited salesman, $350.00/day deceptive "analyst", less than "expert" consultants Park Ridge Illinois *UPDATE Employee ..inside

Unlimited Internet Access!

## information ..They are all salesmen

Company

## George S. May International Company

Address:
303 S. Northwest Highway
Park Ridge Illinois 60068
U.S.A.
Phone:
847-825-8806
Fax: -

goHotelRooms

Discount Hotel Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements

I was visited by an unsolicited salesman who inquired as to any problems I was experiencing as a small business owner. I confided with him the problems, I am sure most small businesses have, I was experiencing. He then "qualified" my small business for a confidential analysis for a "very nominal fee of $350.00" for 1 1/2 days. I agreed and scheduled an appointment some 1 1/2 weeks later.

The "analysist" (salesman) was very punctual, as we had a 6:00 a.m. appointment, and for the next 2 days, he had full access to my business and it's records. He then pointed out all of my problems, of which I was already aware, and strongly suggested I retain his company and its staff of over 1,200 "experts" to help fix my problems.

On Friday afternoon, we then discussed his assessment of corrective actions and estimate of time and costs. We both agreed that 100 hours would probably be adequate, but he would write in an estimate of 225 hours in our contract. We then discussed a time frame and he strongly suggested we start the following Monday. I was opposed to this time frame, as my next weeks work load was extremely busy.

He then informed me he had "hand picked" the consultants for my project and if I did not schedule them NOW, they would not be available. Of course, he had, by this point, convinced me of the serious condition of my business and the dire need of his companies services. HE WAS A VERY GOOD SALESMAN! He then suggested we start as early as the next day (Saturday) and he called and arranged for their travel. I reluctantly agreed and signed his contract agreeing to $164.00/man hour, travel expenses and per diem.



The next day, I met the "project team" at my office. The "analysist" (salesman), the "project director" and two (2) consultants then began, what appeared to be, intensive research with all my records. The salesman left shortly thereafter, the project director about 3 hours later and the two (2) consultants "worked" for ten (10) hours. Monday morning, I was presented with an invoice for $5,040.00 for Saturday, not including travel and per diem. I wrote a check for this amount and was informed I needed to pay it with certified funds. I traveled to my bank and had a cashiers check written.

By Monday afternoon I realized these leaches had to go and informed them that they needed to finish their business by Tuesday afternoon. To my surprise, the project director shows back up at appr. 11:00 a.m.on Tuesday. He and his team continue to work and by mid afternoon presented me with another invoice in the amount of $11,663.00. Of course, this needed to be paid in certified funds.

After payment, I was presented with a 3-ring binder (which I had purchased, as they provide nothing, i.e. binders, printer cartridges, copy paper, three hole punches, etc.) containing appr. 110 pages of mostly useless documents. In three (3) days, the George S. May International Company had milked me out of almost $17,000.00 for this. This could have easily been $40,000.00 to $50,000.00, if I had not terminated their "services".

Additionally, subsequent research has shown the company is not registered to do business with our Secretary of State.

Do yourself a favor, when the George S. May International Company salesman comes knocking at your door, run the SOB off!

Michael
Silverhill, Alabama
U.S.A.

**Company Search**

**If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below**

George S. May International Company [Search]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*

- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

This rebuttal was created by Shawn Lange, 205.188.116.210

**Rebuttal** UPDATE Employee ..inside information
Submitted: **7/11/2004 7:42:20 AM**
Modified: **7/11/2004 11:13:04 PM**

## They are all salesmen

**Mike, They are all salesman. Even the so-called expert "Consultants" are nothing more than salesmen.From the day they get to your business they are doing nothing but planning how they are going to get the maximum dollar amount out of you they can.**

**No one was hand picked for that job. That is just another plot they use to pressure you into accepting their services immediately. They operate just like used car salesmen. They will do or say anything it takes to get you to sign the "agreement" now because their statistics show that once they leave only a very small percentage of clients ever call them back.**

**They use the same high pressure tactics on employees that they use on clients. They have you out in the middle of nowhere a thousand miles from home and they refuse to arrange travel for you until they get the money they want. This is just one of the ways they threaten, coerce and intimidate employees as well as clients.**

**All of their employees are commissioned sales people. They get paid a percentage of the billing they collect. If they don't collect the money they don't get paid.If the client has a complaint, which may or may not have anything to do with the work the staff is doing, the only remedy GSM will other is to have the staff stay for "No Charge' which means the staff will work and not get paid.**

**Another common tactic against employees is to "beach" them. GSM never fires anyone for anything. They will simly leave them unassigned and therefore unpaid until they quit.**

I know this because I am experiencing this now. I had the audacity to stand up against them for a cliet which they where ripping off and now I have been unassigned for over two weeks. They will not even answer my calls now!!!

Please!!!!Anyone thinking of getting involved with this company on any level, don't do it.They are accomplished con artists and liars. They continue to convince small business owners and prospective employees they are legitimate.

Shawn - Atlanta, Georgia
U.S.A.

This rebuttal was created by Chet Ubetcha, 67.119.158.242

**Rebuttal** UPDATE EX-employee responds

Submitted: **7/23/2004 1:55:13 PM**
Modified: **7/23/2004 10:56:47 PM**

## George S. May International Company not today please

Michael from Silverhill, Alabama make sure to search Rip-Off Report using just the name George S May you will see all 17 reports as of this date. Some have links to other sites but by far and away Rip-Rff Report is doing the best at getting the information out to the public. HELP BY REPORTING how your DEMANDS for your MONEY BACK are going! PLEASE people POST follow up reports so we can see how to help others.

Every "client" who hangs their head kicking their own backsides and not going after this company is FLAT OUT WRONG! You are NOT one bit at fault for letting the wolf in the door. This is a company that only has your money at is heart and how to get if from you.

If your company has let George S May International Company in the door DO NOT PAY A DIME TILL YOU SEE RESULTS FOR THE "VALUE" of your investment <-- AS in RESULTS YOU CAN COUNT in your bank account, AS IN DO NOT PAY A DIME IN FEES OR ANYTHING till they produce work you can USE. <-- READ the form you signed they have to produce results for you! No matter if they say you must pay every Friday or Every Day, tell them to take a HIKE till you "get" a return on your investment. If they are so ETHICAL to WIN (hahahaha) BBB ethic awards* they should have no problem billing like a normal consulting company where 30 days after the work is INSTALLED is the norm!

*they paid for the awards they received from the BBB. Sort of like paying to win a contest you made up like the International slime spit ball award, only you and the other winners pay for the award and the party to follow.)

Even a sit down Burger Joint hands over the burger before you are demanded to pay. With over 500K served and 79 years under their belt, this is one old hash slinging company that needs to clean the slime off the boiler plates before they grill you up another client.

KEEP the REPORTS COMING! [Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]

Chet - Los Angeles, California
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

This rebuttal was created by Andrea Roundtree, 205.188.116.73

**Rebuttal** UPDATE Employee ..inside information

Submitted: **7/27/2004 9:12:59 AM**
Modified: **7/27/2004 7:24:14 PM**

## WARNING! DO NOT BE SCAMMED!

I'm attaching an earlier report that segways into this topic. Moreover, I want this report to be available to all of those that have used Google to search out information on George S. May. As of 7/27/04, this particular "hit" thread is showing up on Google and Yahoo searches. Please indulge the repitation, it's important to me that this info gets out... thanks again to Rip Off Report!

I sincerely hope that you have 'Googled' your way to enlightenment concerning George S. May International, the world-wide consultant company based in Park Ridge, IL. Internet search engines have finally beaten a path to a truer picture of this company and how they really operate. Please consider carefully what you are about to read because it may be the best advice anyone has ever given you.

First, my intention in filing this is to basically warn EVERY prospective client interested in retaining George S. May's services, in any capacity, of their unscrupulous nature. I will outline their general methods of conducting business so you can make an informed and intelligent decision as to their true intentions and expertise. Second, I also want to provide those individuals out there responding to job advertisements placed by George S. May with information concerning their training program, existing personnel, and overall pressure tactics. I ask that you keep an open mind and consume this information with utmost earnestness; it is coming from someone who was an 'insider' to George S. May's overall operations.

Why did you seek the internet for answers concerning George S. May? Probably because you are a bright, intelligent, and diligent individual that researches everything before making a decision. Did you know that six months ago your Google/Yahoo search would not have yielded this website and the information contained herein? In fact, a search from January of 2004 would have probably yielded about a thousand hits on job ads placed by George S. May all over the country. They are constantly seeking fresh applicants because of the massive amounts of turnover they experience on a weekly basis. But more importantly, by design or not, they've been able to hide from knowledge seekers like you because of these numerous job ads. Finally, the truth about George S. May is being disseminated to the public. That is why I am telling my story.

I was hired as an "Executive Analyst" in their "Survey" department no too long ago. I must say, the interviewer was slick. Without using specific names, I can say he was a company "SENEX" (Senior Executive Analyst); very professional and probing. He stated that most analysts make at least $80K/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They "hire" 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field, 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 "Executive Analyst" positions in Chicago per year; and that's only ONE department.

They have 4 departments (using general terms): sales (the guy who initially walks in the door and offers to have your business "analyzed" for $250 - $700), survey (the "analyst" that shows up with a black manual and his/her laptop and conducts the "survey"), management consultants (usually 2-5 people charging almost $200/hr for each "man hour" worked. These are the people that show up after the analyst sells you on their glorified services), and administrative (mostly "SENEXES" belonging to a "Management Council" at corporate headquarters; more about this group later).

The attrition experienced by these departments (excluding administrative staff) is even greater because they are inherently twice to three times as large as the survey department. They have two

training facilities: one in Chicago and one in Las Vegas. That equates to approximately 10,000 employees that filter through the organization in ONE year. And this estimate is conservative compared to others you will see while researching information on this company. You see something wrong with this picture yet? What reputable company goes through this many people a year?

I attended their 10-day training class for their “Executive Analysts” in Park Ridge (Chicago), IL and was taught the art of acting and memorization. EVERYTHING IS SCRIPTED FOLKS! The black manual all analysts carry with them is full of talking points, notes, and scripts learned from training class. Ask to look through it and just see what kind of response you get.

If you are a prospective client, ask for a resume from the Analyst immediately upon him/her entering your business. It will not happen 99% of the time. If you could get your hands on a resume, you'd probably find a lack of a college education. Or, you may find that the individual standing before you is an English major with a biology minor but had one hell of a sales career before George S. May. More than half of their “Analysts” have never seen a balance sheet or an income statement before training class. Most have absolutely no clue how to run a business either.

Nevertheless, scripting starts by the “Analyst” at the initial interview with the “decision makers” of your firm (usually first thing in morning). The most important and obvious question asked in this meeting will be your “cash position” from your balance sheet. From there, information from your financials will be obtained and transferred electronically via their laptop to the “SENEX” who is wringing his hands in Chicago. And that's when the calls to the “Management Council” start.

By the way, it's not a “Council” at all. It's one guy behind a desk in Chicago waiting to find out what your financial position looks like so he can calculate how many “man hours” you can afford to spend right away.

Again, everything is scripted too during the “Survey”. Demand that ALL calls by the Analyst to the “Management Council” be made via speaker phone and see what response you get once again. I'll give the Analyst 5 minutes before he is standing outside the back door of your business calling his SENEX with a cell phone and sweating profusely. It's through the privacy of a hand-held phone line that the “SENEX” instructs the Analyst on what to say, how to act, what inflections to use, and most importantly, how to demean you (the business owner) in the first call. Don't fall for this theatrical event!

As a business owner, you need to be VERY concerned about how an inexperienced “Analyst” conducts his interviews with your various managerial staff too. Questions can easily lead to mistrust

and paranoia by your staff. Moreover, the "Survey" an Analyst will conduct is totally formatted, prestructured, and generic. It will do more harm to your operations than good.

The survey "questionnaire" is basically a psychological tool to warp the mind of the owner(s) of the business. It is used to highlight everything wrong with ANY business across the board in most industries. It's generic and fill-in-the-blank. Most of all, it's an "oral" report. Ask to make copies of his "Survey" results and, again, see what kind of response you get.

One section of the "Survey" asks for written responses from each employee. Imagine what disgruntled employees will say about "the boss" on paper if they are told it's an "anonymous" questionnaire. The Analyst's job is to read the responses to the owner(s) and beat you down with them. It can be an eye opening and very embarrassing experience for you. The damage is done however. Your employees will now become empowered and structure can disintegrate within a day. Believe me; I've seen owner's loose control of their employees while the "Analyst" is still on the premises. Just remember, EVERYTHING the "Analyst" performs in your business is either a show or a grand script. Watch how many times they check and/or ask questions about inventory sitting in your warehouse. They've been instructed to constantly "look busy" while in your business and your warehouse is the best place for this "busy" activity.

By the way, they are also instructed to expose and then exploit the problems associated with your business. EVERYTHING that you offer as problems within your business will be used against you later in the nth degree. Denigration is the name of the game. They want to make you feel inadequate as hell as an owner and operator. It's a farce so beware.

As a side note to prospective employees: you will be placed in the field by yourself the very next day after training is over. Think you'd be ready? Try again! It's mental torture. Their concept is to keep you moving constantly. They say 5 days a week but it eventually becomes 6; mark my word. They will promise that an "*" contract (top of the pay scale) is within your grasp but it's a carrot. 95% of all Analysts hired will never see it happen.

Also, the other benefits they sell to prospective employees, i.e. insurance, profit sharing, etc., are worthless. Why? You won't last long enough for these extras to kick in; trust me. Again, most people leave within the 90 day probationary period so don't be pulled in by the benefits! Additionally, you will be forced to use your personal credit cards for non-reimbursable charges for room, board, and rental cars. After three weeks of service, if you make it that long, they soon start gradually holding back commissions and a token per diem to string your service along. The hotels are sub par; especially in the rural areas of the US. And since it's you paying for them, eventually, you will succumb to being

frugal and will rationalize sleeping in places that would have made you vomit a month before you knew anything about George S. May. Worst of all, you are forced to do things that are dishonest, reprehensible, embarrassing, deceitful, devious, misguided, deceptive, self denigrating, destructive, and defrauding. People without a conscious do very well with this company!

As a George S. May employee, however, the good thing is they hardly ever fire anyone. There's no need, people leave on their own on a daily basis within this company. Besides, they do not take a chance on exposing themselves to lawsuits consisting of discrimination, harassment, and unemployment considerations. Once you quit, their risk of liability ceases. Moreover, if you don't perform well, they just stop assigning you to jobs. And most employees with May are paid via commissions. Thus, eventually, you'll have to leave (resign) for lack of pay. Please be careful people, they pray on those that have recently lost their job for whatever reason, i.e. workforce reductions, layoffs, even failed self-employed individuals. A desperate out-of-work person is their workforce niche. If you are currently suffering from unemployment, please do yourself a favor, drop your interest in George S. May immediately and continue to seek work elsewhere. And if you are currently employed looking for advancement, George S. May is not a stepping stone. In fact, having George S. May on your resume as a past employer can be more detrimentally debilitating than helpful. Potential employers in most industries see it as a reflection of desperation and a character flaw (unless of course you want to peruse a career in telemarketing or used car sales). Be careful with your choices of opportunities, please!

You will become a puppet on a string to the SENEX on the other end of the line and will loose faith in yourself and your dignity will be demolished. Those that care about themselves, their reputations, and mental health will leave within a couple of weeks. Still feel like pursuing that George S. May interview?

Back to prospective clients: If you are sold by the “Analyst” and consider letting their “Management Consultants” in your business to “turn things around”, God help you. Before you do however, be smart. Ask for every consultant's resume, especially the “Project Director's”. Again, you may succeed only to find out that more than one is inexperienced and lacking true credentials.

They will offer a 2 to 1 return on $$ spent and will “guarantee” to increase your “fill-in-the-blank" (lets say, 'revenues') by “15%” while they are there preparing “marketing” strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000. You may eventually run out of money or become wise to the generic nature of the “strategy plan” they are developing and ask them to stop. They'll say “we are not done; the 15% we previously discussed will not be realized because you are stopping us short”.

True, but how unethical. Think about it, $50,000 spent on a "marketing strategy" that is half completed. You'd be better off stuffing "SALE" fliers in mail boxes or putting them on windshields. The goal is to make you sign an agreement that allows you to "stop" the consulting at the end of any day. George S. May will send as many people as they possibly can to charge as many "man hours" possible at a rate of almost a $200/hour. Beware; EVERYTHING they produce is canned, preformatted, fill-in-the-blank, and general in nature.

This stuff is worthless and they will charge you about $5,000 to $10,000 a day to produce and print it from their laptops. They'll ask a ton of questions and then fill in the answers from the prefabricated files in their computers. They have literally hundreds of business plans, policy manuals, job procedures, and accounting schemes that are in a generic menu to choose from. This list contains solutions to business problems on every known issue for all industries. All they do is input data and print the completed template. Also, most of these "consultants" have been bookkeepers in another career that failed for whatever reason too.

Lastly, if you are reading this and George S. May's consultants are currently in your business charging you a fortune per man hour, and you feel you have been taken, DO NOT GIVE THEM A 100% SATISFACTION LETTER! IN FACT, DON'T SIGN A DAMN THING! They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless. Ask them nicely to leave once again and they will probably decline if a letter is not given to them. From that point, consider it trespassing and call law enforcement to escort them off the premises. Do not succumb to any promises given by these "consultants" and do not pay them again. Without a "Satisfaction" letter, they have not a leg to stand on in a court of law. Even better, immediately file a report with the BBB and the Attorney General of your state. They will be quick to satisfy any complaints from these two entities as they are the first sources business owners will go to when researching George S. May. You may recoup funds already paid to them for "services rendered" but it may be slow to come.

On a personal note, I recently had a close friend of mine allow George S. May into his business. He was sold on their services by a slick "Analyst" and paid for "Management Consultants" over a six day period. He spent over $50,000 and has gotten nothing operationally tangible as a result. Unfortunately, I didn't hear of this until it was too late and the "consultants" are now gone and off to the next unsuspecting business owner. He is holding worthless pre-formatted manuals and has been taken for a very expensive ride. Not to mention, I was also defrauded by the company as an employee too. I've recently left, on good terms I might add, and finally gained my self confidence and self esteem back though it has taken many months. That is why I've taken the time to write this report. If I

can make just one prospective client or employee stop to reconsider George S. May and what they really represent, then my words have succeeded and my conscious is clearer because of it. Good look to all of you and heed the advice given to you in this report.

Please let me know if I've helped and post your comments below...

Andrea - El Paso, Texas
U.S.A.

This rebuttal was created by Jolene Marker, 67.2.127.37

**Rebuttal** Consumer Comment
Submitted: 7/27/2004 3:14:50 PM
Modified: 7/27/2004 11:51:38 PM

## Michael we're getting quite a list of names

Michael,since the time that I have posted my letter on Rip-off Report,I have been contacted by several Ex-clients just like yourself. They have paid an outragous amount of money and was left with a binder or 2 full of documents that are of no value to them or their business. All the businesses that I have have spoke with have the same problems as us.

Cash flow, employee, working capital problems etc. Like you said, you didn't need GSMIC to tell you this. In fact Michael, they are not even good salesman. In our opinion, at first they are unsuspecting, good hard working people that GSMIC has hired to do ther dirty work. And when they finally figure this out they quit, and it doesn't take very long.

You have to remember if these are new employees of the company they are also victims. I have also spoken with several ex-employees that are left with very high phone bills and charges on ther credit cards that they cannot get paid for. But if they have been there awhile and know that what they are doing is not going to help these buisnesses and that it's all a bunch of lies and deception then they become excellent con men.

They will also make it sound like it's a life or death situation if you don't get them in your buisness right now. They pressure you to make a quick decision, they don't want to give you time to think about it or research anything. I wonder why? That's also why they have you wire the money to them, they know that when you figure out what you just bought is of no value you will stop payment.

In our opinion, they have had 78 years to perfect the way that their contract is written so that every loop hole is covered if you are not satisfied. Alot of these ex-clients put the blame on themselves for making a stupid business decision but in our opinion we feel that it is time that GSMIC takes responsibility for preying on buisnesses that are reaching out for help,but in turn are victumized by this preditor company.

There is not a reputable company on this planet that I know of that offer a service or a product that they do not warranty or refund if the customer is not satisfied. The only option you have with GSM is to let them back into your buisness. Well what if you have no confidence in them or there abilities?

What if you know for a fact that there program they sell you will not work for your company? In our opinion a refund is in order. I would love the opportunity to speak with you. Please visit the complaint station for my contact information.

Jolene - Ogden, Utah
U.S.A.

This rebuttal was created by Shawn Lange, 205.188.116.210

# Rebuttal REBUTTAL employee

Submitted: 8/17/2004 6:54:11 PM
Modified: 8/18/2004 12:48:42 AM

## This information did not originate from me

To whom it Concerns:

It has come to my attention that someone with access to my email accounts as well as personal information about me has posted comments on this website. This information did not originate from me nor does it represent in any shape, form or fashion my opinion of the George S. May International Company.

I am a Consultant with George S. May International Company and most vehemently deny the comments posted on this website. I am proud to work for and with the people of George S. May International Company and believe that the company provides services of the highest caliber to its clients. I know this to be true because I have been personally involved in more than 50 successful

Page 14 of 15

client engagements and I know the level of commitment both the company and the vast majority of its employees have to providing the highest client service possible.

Thank You,

Staff Executive
George S. May International Company

Shawn - Atlanta, Georgia
U.S.A.

## REBUTTAL BOX

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

RIP-OFF
Do-It-Yourself Guide

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

8/16/2006

Rip-off Report.com - badbusinessbureau.com Page 15 of 15

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com

8/16/2006

**EXHIBIT H-3**

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
NetworkSolutions.com has Domains, Hosting, Email and mu
www.networksolutions.com

Ads by Google

Advertise

Search:
Go
BROADBAND
Reports.com
login
Theme:
Home
Find Service
Reviews
News
FAQs
Forums
Tools
Maps
Search
About
Intro
FAQ
Tweak Test
Speed Tests
Line Quality
Line Monitor
Whois
Doctor Ping
»»

JUST YOUR LUCK...
NO QTY LIMIT
$1.99* DOMAINS
with every new, non-domain product you buy.
www.GoDaddy.com
Plus! FREE Extras:
• Hosting with Web Site
• Complete Email ($9.95 value)
• Quick Blog
• And Much More!
ICANN ACCREDITED
www.godaddy.com
Ads by Google

how-to block ads

Check another: or back to dslreports.com/whois

Result for **209.102.128.42**

```
--> fwhois 209.102.128.42@whois.arin.net
[whois.arin.net]

OrgName:    Mebtel Communications
OrgID:      MEBT
Address:    103 South Fifth Street
City:       Mebane
StateProv:  NC
PostalCode: 27302
Country:    US

ReferralServer: rwhois://rwhois.madisonriver.net:4321

NetRange:   209.102.128.0 - 209.102.191.255
CIDR:       209.102.128.0/18
NetName:    MEBTEL-BLK-6
NetHandle:  NET-209-102-128-0-1
Parent:     NET-209-0-0-0-0
NetType:    Direct Allocation
NameServer: DNS0.MADISONRIVER.NET
NameServer: DNS1.MADISONRIVER.NET
NameServer: DNS2.MADISONRIVER.NET
NameServer: DNS3.MADISONRIVER.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    1999-03-23
Updated:    2005-04-26

OrgAbuseHandle: ABUSE371-ARIN
OrgAbuseName:   Abusee
OrgAbusePhone:  +1-919-563-0437
OrgAbuseEmail:  abuse@madisonriver.net

OrgNOCHandle: NOC1329-ARIN
OrgNOCName:   Network Operations Center
OrgNOCPhone:  +1-919-563-0437
OrgNOCEmail:  netops@madisonriver.net

OrgTechHandle: ZM158-ARIN
OrgTechName:   Madison River Communications
OrgTechPhone:  +1-919-563-1500
OrgTechEmail:  hostmaster@madisonriver.net
```

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn r here!
www.networksolutions.com

Ads by Google

Advertise

Search: Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

**GetIP: IP Detection Tool**
Verify Your IP Address for Free Advanced Proxy IP Detection & more
www.getip.com

**Connection Speed**
The biggest source of free information on connection speed
connection---speed.com

**Dsl Speed Test**
Visit the Top Dsl Sites for Dsl Speed Test.
Dsl.BestSitesForWeb.con

**Broadband Speed Test**
Find Info on Testing Now. Go Right to Results - Search Simpli
www.Simpli.com/Testing

Advertise on this site

Check another: or back to dslreports.com/whois

Result for **205.188.116.210**

```
--> fwhois 205.188.116.210@whois.arin.net
[whois.arin.net]

OrgName:     America Online, Inc
OrgID:       AMERIC-59
Address:     22080 Pacific Blvd
City:        Sterling
StateProv:   VA
PostalCode:  20166
Country:     US

NetRange:    205.188.0.0 - 205.188.255.255
CIDR:        205.188.0.0/16
NetName:     AOL-DTC
NetHandle:   NET-205-188-0-0-1
Parent:      NET-205-0-0-0-0
NetType:     Direct Assignment
NameServer:  DNS-01.NS.AOL.COM
NameServer:  DNS-02.NS.AOL.COM
Comment:
RegDate:     1998-04-18
Updated:     1998-04-27

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

how-to block ads

broadband » dslreports.com home Case 1:04-cv-06018 Document 225-12 Filed 12/22/2006 Page 61 of 104 Page 1 of 2

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn r here!
www.networksolutions.com

Ads by Google

Advertise

Search: Go

BROADBAND Reports.com login Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

**GetIP: IP Detection Tool**
Verify Your IP Address for Free Advanced Proxy IP Detection & more
www.getip.com

**Connection Speed**
The biggest source of free information on connection speed
connection---speed.com

**Dsl Speed Test**
Looking for Dsl Speed Test? Here's the Top Guide for Dsl.
Dsl.BestSitesForWeb.con

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want Now.
www.Simpli.com/Testing

Advertise on this site

how-to block ads

Check another: or back to dslreports.com/whois

Result for **67.119.158.242**

```
--> fwhois 67.119.158.242@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-67-112-0-0-1)
                                  67.112.0.0 - 67.127.255.255
PPPoX Pool - Rback7 LSAN03 SBC067119156000020628 (NET-67-119-156-0-1)
                                  67.119.156.0 - 67.119.159.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-67-119-156-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool - Rback7 LSAN03
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-29
Updated:     2002-06-29

NetRange:    67.119.156.0 - 67.119.159.255
CIDR:        67.119.156.0/22
NetName:     SBC067119156000020628
NetHandle:   NET-67-119-156-0-1
Parent:      NET-67-112-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-29
Updated:     2002-06-29

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
```

http://www.dslreports.com/whois 8/18/2006

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:36:02

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for broadbandreports**

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn r here!
www.networksolutions.com

Ads by Google

Advertise

Search: Go
BROADBAND Reports.com
login
Theme:
Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About
Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | Whois | Doctor Ping | »»

Ads by Google

**GetIP: IP Detection Tool**
Verify Your IP Address for Free Advanced Proxy IP Detection & more
www.getip.com

**Connection Speed**
The biggest source of free information on connection speed
connection--speed.com

**Dsl Speed Test**
Visit the Top Dsl Sites for Dsl Speed Test.
Dsl.BestSitesForWeb.con

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want Now.
www.Simpli.com/Testing

Advertise on this site

Check another: or back to dslreports.com/whois

Result for **205.188.116.73**

```
--> fwhois 205.188.116.73@whois.arin.net
[whois.arin.net]

OrgName:    America Online, Inc
OrgID:      AMERIC-59
Address:    22080 Pacific Blvd
City:       Sterling
StateProv:  VA
PostalCode: 20166
Country:    US

NetRange:   205.188.0.0 - 205.188.255.255
CIDR:       205.188.0.0/16
NetName:    AOL-DTC
NetHandle:  NET-205-188-0-0-1
Parent:     NET-205-0-0-0-0
NetType:    Direct Assignment
NameServer: DNS-01.NS.AOL.COM
NameServer: DNS-02.NS.AOL.COM
Comment:
RegDate:    1998-04-18
Updated:    1998-04-27

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

how-to block ads

broadband » dslreports.com home Case 1:04-cv-06018 Document 225-12 Filed 12/22/2006 Page 66 of 104 Page 1 of 2

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn r here!
www.networksolutions.com

Ads by Google

Advertise

Search: [ ] Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

**GetIP: IP Detection Tool**
Verify Your IP Address for Free Advanced Proxy IP Detection & more
www.getip.com

**Connection Speed**
The biggest source of free information on connection speed
connection---speed.com

**Dsl Speed Test**
Visit the Top Dsl Sites for Dsl Speed Test.
Dsl.BestSitesForWeb.con

**Broadband Speed Test**
Find Info on Testing Now. Go Right to Results - Search Simpli
www.Simpli.com/Testing

Advertise on this site

Check another: [ ] or back to dslreports.com/whois

Result for **67.2.127.37**

```
--> fwhois 67.2.127.37@whois.arin.net
[whois.arin.net]

OrgName:    Qwest Communications Corporation
OrgID:      QCC-21
Address:    1801 California Street
City:       Denver
StateProv:  CO
PostalCode: 80202
Country:    US

NetRange:   67.0.0.0 - 67.7.255.255
CIDR:       67.0.0.0/13
NetName:    QWEST-INET-14
NetHandle:  NET-67-0-0-0-1
Parent:     NET-67-0-0-0-0
NetType:    Direct Allocation
NameServer: DCA-ANS-01.INET.QWEST.NET
NameServer: SVL-ANS-01.INET.QWEST.NET
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-07-26
Updated:    2006-02-09

OrgAbuseHandle: QIA2-ARIN
OrgAbuseName:   Qwest Abuse
OrgAbusePhone:  +1-877-886-6515
OrgAbuseEmail:  abuse@qwest.net

OrgNOCHandle: QIN-ARIN
OrgNOCName:   Qwest IP NOC
OrgNOCPhone:  +1-877-886-6515
OrgNOCEmail:  support@qwestip.net

OrgTechHandle: QIA-ARIN
OrgTechName:   Qwest IP Admin
OrgTechPhone:  +1-877-886-6515
OrgTechEmail:  ipadmin@qwest.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

how-to block ads

http://www.dslreports.com/whois 8/18/2006

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn r here!
www.networksolutions.com

Ads by Google

Advertise

Search: Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

**GetIP: IP Detection Tool**
Verify Your IP Address for Free Advanced Proxy IP Detection & more
www.getip.com

**Connection Speed**
The biggest source of free information on connection speed
connection---speed.com

**Dsl Speed Test**
Looking for Dsl Speed Test? Here's the Top Guide for Dsl.
Dsl.BestSitesForWeb.con

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want Now.
www.Simpli.com/Testing

Advertise on this site

Check another: or back to dslreports.com/whois

Result for **205.188.116.210**

```
--> fwhois 205.188.116.210@whois.arin.net
[whois.arin.net]

OrgName:    America Online, Inc
OrgID:      AMERIC-59
Address:    22080 Pacific Blvd
City:       Sterling
StateProv:  VA
PostalCode: 20166
Country:    US

NetRange:   205.188.0.0 - 205.188.255.255
CIDR:       205.188.0.0/16
NetName:    AOL-DTC
NetHandle:  NET-205-188-0-0-1
Parent:     NET-205-0-0-0-0
NetType:    Direct Assignment
NameServer: DNS-01.NS.AOL.COM
NameServer: DNS-02.NS.AOL.COM
Comment:
RegDate:    1998-04-18
Updated:    1998-04-27

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

how-to block ads

# EXHIBIT I

# Exhibit I

## REPORT #100195

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "Andrea"[37] | 7/23/2004 | GSMIC 0072-77 | 149.174.164.8 |
| "Chet"[38] | 7/23/2004 | 0077-78 | 67.119.158.242 |
| "Jenette"[39] | 7/23/2004 | 0078 | 149.174.164.21 |
| "Mr.-Muscle Shoals"[40] | 7/23/2004 | 0079 | 152.163.253.97 |
| "Andrea"[41] | 7/25/2004 | 0079-80 | 205.188.116.73 |
| "Steve"[42] | 7/27/2004 | 0080 | 65.94.37.216 |

37 Andrea Swailsentein, aswails@aol.com, 915-515-4371
38 Chet Ubetcha
39 Jenette Limpkin
40 Mr. WXXX
41 Andrea Swailsenstein
42 Steve Lagos

# EXHIBIT I-1

...by consumers, for consumers
RIP-OFF
a service of badbusinessbureau.com
Report.COM
Don't let them get away with it.
Make sure they make the Rip-off Report
Home
File
Search
E-mail

Category:
Corrupt Companies

Submitted: 7/23/2004 7:43:48 AM
Modified: 7/28/2004 12:13:57 AM

# George S. May International Company GSMIC WARNING: DO NOT BE SCAMMED! PLEASE READ THIS IF YOU ARE PROSPECTIVE CLIENT OR EMPLOYEE OF GEORGE S. MAY! Park Ridge Illinois *UPDATE EX-employee responds ..Andrea, RIP-OFF Report is SAVING AMERICA from this company! Thank You, Rip-off Report!

Company
## George S. May - George S. May International George S International Company GSMIC

Address:
303 S. Northwest Hwy
Park Ridge Illinois 60068
U.S.A.
Phone:
800-9993020
Fax: 847-8257937

I sincerely hope that you have 'Googled' your way to enlightenment concerning George S. May International, the world-wide consultant company based in Park Ridge, IL. Internet search engines have finally beaten a path to a truer picture

GSMIC 0072

of this company and how they really operate. Please consider carefully what you are about to read because it may be the best advice anyone has ever given you.

First, my intention in filing this report with Rip-Off Report.com is to basically warn EVERY prospective client interested in retaining George S. May's services, in any capacity, of their unscrupulous nature. I will outline their general methods of conducting business so you can make an informed and intelligent decision as to their true intentions and expertise. Second, I also want to provide those individuals out there responding to job advertisements placed by George S. May with information concerning their training program, existing personnel, and overall pressure tactics. I ask that you keep an open mind and consume this information with utmost earnestness; it is coming from someone who was an 'insider' to George S. May's overall operations.

Why did you seek the internet for answers concerning George S. May? Probably because you are a bright, intelligent, and diligent individual that researches everything before making a decision. Did you know that six months ago your Google/Yahoo search would not have yielded this website and the information contained herein? In fact, a search from January of 2004 would have probably yielded about a thousand hits on job ads placed by George S. May all over the country. They are constantly seeking fresh applicants because of the massive amounts of turnover they experience on a weekly basis. But more importantly, by design or not, they've been able to hide from knowledge seekers like you because of these numerous job ads. Apparently, Rip-Off Report.com has enough presence and/or prestige on the internet at this time to rise above the job ad 'camouflage' of George S. May and the truth about their organization is finally being disseminated to the public. That is why I am telling my story.

I was hired as an "Executive Analyst" in their "Survey" department no too long ago. I must say, the interviewer was slick. Without using specific names, I can say he was a company "SENEX" (Senior Executive); very professional and probing. He stated that most analysts make at least $80K/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They "hire" 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field, 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 "Executive Analyst" positions in Chicago per year; and that's only ONE department.

They have 4 departments (using general terms): sales (the guy who initially walks in the door and offers to have your business "analyzed" for $250 - $700), survey (the "analyst" that shows up with a black manual and his/her laptop and conducts the "survey"), management consultants (usually 2-5 people charging $200+/hr for each "man hour" worked. These are the people that show up after the analyst sells you on their glorified services), and administrative (mostly "SENEXES" belonging to a "Management Council" at corporate headquarters; more about this group later).

The attrition experienced by these departments (excluding administrative staff) is even greater because they are inherently twice to three times as large as the survey department. They have two training facilities: one in Chicago and

one in Las Vegas. That equates to approximately 10,000 employees that filter through the organization in ONE year. And this estimate is conservative compared to others you will see while researching information on this company. You see something wrong with this picture yet? What reputable company goes through this many people a year?

I attended their 10-day training class for their "Executive Analysts" in Park Ridge (Chicago), IL and was taught the art of acting and memorization. EVERYTHING IS SCRIPTED FOLKS! The black manual all analysts carry with them is full of talking points, notes, and scripts learned from training class. Ask to look through it and just see what kind of response you get.

If you are a prospective client, ask for a resume from the Analyst immediately upon him/her entering your business. It will not happen 99% of the time. But, after a dozen frantic calls to "corporate" by the frazzled Analyst, you may succeed in obtaining a resume only to find a lack of a college education. Or, you may find that the individual standing before you is an English major with a biology minor but had one hell of a sales career before George S. May. More than half of their "Analysts" have never seen a balance sheet or an income statement before training class. Most have absolutely no clue how to run a business either.

Nevertheless, scripting starts by the "Analyst" at the initial interview with the "decision makers" of your firm (usually first thing in morning). The most important and obvious question asked in this meeting will be your "cash position" from your balance sheet. From their, information from your financials will be obtained and transferred electronically via their laptop to the "SENEX" who is wringing his hands in Chicago. And that's when the calls to the "Management Council" start.

By the way, it's not a "Council" at all. It's one guy behind a desk in Chicago waiting to find out what your financial position looks like so he can calculate how many "man hours" you can afford to spend right away.

Again, everything is scripted too during the "Survey". Demand that ALL calls by the Analyst to the "Management Council" be made via speaker phone and see what response you get once again. I'll give the Analyst 5 minutes before he is standing outside the back door of your business calling his SENEX with a cell phone and sweating profusely. It's through the privacy of a hand-held phone line that the "SENEX" instructs the Analyst on what to say, how to act, what inflections to use, and most importantly, how to demean you (the business owner) in the first call. Don't fall for this theatrical event!

As a business owner, you need to be VERY concerned about how an inexperienced "Analyst" conducts his interviews with your various managerial staff too. Questions can easily lead to mistrust and paranoia by your staff. Moreover, the "Survey" an Analyst will conduct is totally fraudulent and will do more harm to your operations than good.

The survey "questionnaire" is basically a psychological tool to warp the mind of the owner(s) of the business. It is

used to highlight everything wrong with businesses across the board in most industries. It's generic and fill-in-the-blank. Most of all, it's an "oral" report. Ask to make copies of his "Survey" results and, again, see what kind of response you get.

One section of the "Survey" asks for written responses from each employee. Imagine what disgruntled employees will say about "the boss" on paper if they are told it's an "anonymous" questionnaire. The Analyst's job is to read the responses to the owner(s) and beat you down with them. It can be an eye opening and very embarrassing experience for you. The damage is done however. Your employees will now become empowered and structure can disintegrate within a day. Believe me; I've seen owner's loose control of their employees while the "Analyst" is still on the premises. Just remember, EVERYTHING the "Analyst" performs in your business is either a show or a grand script. Watch how many times they check and/or ask questions about inventory sitting in your warehouse. They've been instructed to constantly "look busy" while in your business and your warehouse is the best place for this "busy" activity.

By the way, they are also instructed to expose and then exploit the problems associated with your business. EVERYTHING that you offer as problems within your business will be used against you later in the nth degree. Denigration is the name of the game. They want to make you feel inadequate as hell as an owner and operator. It's a farce so beware.

As a side note to prospective employees: you will be placed in the filed by yourself the very next day after training is over. Think you'd be ready? Try again! It's mental torture. Their concept is to keep you moving constantly. They say 5 days a week but it eventually becomes 6; mark my word. They will promise that an "X" contract (top of the pay scale) is within your grasp but it's a carrot. 95% of all Analysts hired will never see it happen.

Also, the other benefits they sell to prospective employees, i.e. insurance, profit sharing, etc., are worthless. Again, most people leave within the 90 day probationary period so don't be pulled in by the benefits! Additionally, you will be forced to use your personal credit cards for non-reimbursable charges for room, board, and rental cars. After three weeks of service, if you make it that long, they soon start gradually holding back commissions and a token per diem to string your service along. The hotels are sub par; especially in the rural areas of the US. And since it's you paying for them, eventually, you will succumb to being frugal and will rationalize sleeping in places that would have made you vomit a month before you knew anything about George S. May. Worst of all, you are forced to do things that are dishonest, reprehensible, embarrassing, deceitful, devious, and defrauding. People without a conscious do very well with this company!

You will become a puppet on a string to the SENEX on the other end of the line and will loose faith in yourself and your dignity will be demolished. Those that care about themselves, their reputations, and mental health will leave within a couple of weeks. Still feel like pursuing that George S. May interview?

Back to prospective clients: If you are sold by the "Analyst" and consider letting their "Management Consultants" in your business to "turn things around", God help you. Before you do however, be smart. Ask for every consultant's resume, especially the "Project Director's". Again, you may succeed only to find out that more than one is inexperienced and lacking true credentials.

They will offer a "guarantee" to increase your "fill-in-the-blank " by "15%" while they are there preparing "marketing" strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000. You may eventually run out of money or become wise to the generic nature of the "strategy plan" they are developing and ask them to stop. They'll say "we are not done; the 15% we previously discussed will not be realized because you are stopping us short".

True, but how unethical. Think about it, $50,000 spent on a "marketing strategy" that is half completed. You'd be better off stuffing "SALE" fliers in mail boxes or putting them on windshields. The goal is to make you sign an agreement that allows you to "stop" the consulting at the end of any day. George S. May will send as many people as they possibly can to charge as many "man hours" possible at a rate of hundreds/hour. Beware; EVERYTHING they produce is canned, preformatted, fill-in-the-blank, and general in nature.

This stuff is worthless and they will charge you about $5,000 to $10,000 a day to produce and print it from their laptops. They'll ask a ton of questions and then fill in the answers from the prefabricated files in their computers. They have literally hundreds of business plans, policy manuals, job procedures, and accounting schemes that are in a generic menu to choose from. This list contains solutions to business problems on every known issue for all industries. All they do is input data and print the completed template. Most of these "consultants" have been bookkeepers in another career that failed for whatever reason too.

Lastly, if you are reading this and George S. May's consultants are currently in your business charging you a fortune per man hour, and you feel you have been taken, DO NOT GIVE THEM A 100% SATISFACTION LETTER! They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless. Ask them nicely to leave once again and they will probably decline. From that point, consider it trespassing and call law enforcement to escort them off the premises. Do not succumb to any promises given by these "consultants" and do not pay them again. Without a "Satisfaction" letter, they have not a leg to stand on in court. Even better, immediately file a report with the BBB and the Attorney General of your state. They will be quick to satisfy any complaints from these two entities as they are the first sources business owners will go to when researching George S. May. You may recoup funds already paid to them for "services rendered" but it may be slow to come.

I recently had a close friend of mine allow George S. May into his business. He was sold on their services by a slick "Analyst" and paid for "Management Consultants" over a six day period. He spent over $50,000 and has gotten

nothing operationally tangible as a result. Unfortunately, I didn't hear of this until it was too late and the "consultants" are now gone. He is holding worthless pre-formatted manuals and has been taken for a very expensive ride. Not to mention, I was also defrauded by the company as an employee too. I've recently left, on good terms I might add, and finally gained my self confidence and self esteem back though it has taken many months. That is why I've taken the time to write this report. If I can make just one prospective client or employee stop to reconsider George S. May and what they really represent, then my words have succeeded and my conscious is clearer because of it. Good look to all of you and heed the advice given to you in this report.

Andrea
El Paso, Texas
U.S.A.

**Company Search**

**If you would like to see more Rip-off Reports™ on George S. May - George S. May International George S International Company GSMIC, please use the search box below**

George S. May - George S. May International Georg [Search]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

# Rebuttal UPDATE EX-employee responds

Submitted: **7/23/2004 9:12:48 AM**
Modified: **7/23/2004 11:35:40 AM**

## Andrea, RIP-OFF Report is SAVING AMERICA from this company! Thank You, Rip-off Report!

**Wow if I am not mistaken you had six deals in a row and were promoted to SENEX within a few weeks of being on staff.**

GSMIC 0077

If you are the same person from the same city you helped my class out with our pitch books at the hotel one night.

We were all very excited to see a young lady do so well so fast but like you report no one makes it. I lasted 4 months and have to agree with you on every point you made.

Join the internet support groups that have formed and help get this company to give back the lifes of hard working Americans!

RIP-OFF Report is SAVING AMERICA from this company!

Search Rip-Off Report using only George S May and all 17 reports should show up.

Chet - Los Angeles, California
U.S.A.

Ripoff Reports filed and they said thank you to badbusinessbureau.com

## Rebuttal REBUTTAL employee

Submitted: 7/23/2004 9:43:46 AM
Modified: 7/23/2004 11:36:59 AM

## PLEASE ADVISE ON GEORGE S. MAY REPORT ABOVE

If you have comments on the report filed above, I'd love to hear from you: [Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]
I sincerely hoped it helped.

Jenette - El Paso, Texas
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

## Rebuttal UPDATE Employee ..inside information

GSMIC 0078

Submitted: **7/23/2004 2:20:35 PM**
Modified: **7/23/2004 11:05:22 PM**

## TO "CHET" CONCERNING GEORGE S. MAY

I've noticed you are very prevalent in responding to Rip Off Report.com's various entries regarding Geroge S. May. I'm curious, I trained with a "Chet" in Park Ridge last year (2003) around April. We were trained by Ms. Gill for 9 days and Dave (the SENEX) for one day. Remember, there were two of us from Alabama. If you are the correct "Chet", we even talked a couple of times via cell phones in the field. Is it you?

Regardless, I appreciate this forum immensely. I felt ashamed of what I did with George S. May during the entire time I was there, as I'm sure you did as well. That's exactly why I quit too. The deception and lying were tearing me apart and my conscious weighed heavy on my soul.

I'm glad past clients and employees are stepping forward to reveal the truth though. It's just a matter of time before Rip Off is overwhelmed and inundated with such notices of George S. May's fraudulent practices. Thanks to Rip Off Report.

This entire story of George S. May International Company's deceptive behavior is 60 Minutes bound for sure.

Mr. - Muscle Shoals, Alabama
U.S.A.

**Rebuttal** UPDATE Employee ..inside information
Submitted: **7/25/2004 3:00:05 PM**
Modified: **7/25/2004 5:25:50 PM**

## ADDITIONAL NOTE TO THOSE CONSIDERING WORKING FOR GEORGE S. MAY - BEWARE!

As a George S. May employee, the good thing is they hardly ever fire anyone. There's no need, people leave on their own on a daily basis within this company. Besides, they do not take a chance on exposing themselves to lawsuits consisting of discrimination, harassment, and unemployment considerations. Once you quit, their risk of liability ceases. Moreover, if you don't perform well, they just stop assigning you to jobs. And most employees with May are paid via commissions. Thus, eventually, you'll have to leave (resign) for lack of pay. Please be careful people, they

GSMIC 0079

pray on those that have recently lost their job for whatever reason, i.e. workforce reductions, layoffs, even failed self-employed individuals. A desperate out-of-work person is their workforce niche. If you are currently suffering from unemployment, please do yourself a favor, drop your interest in George S. May immediately and continue to seek work elsewhere. And if you are currently employed looking for advancement, George S. May is not a stepping stone. In fact, having George S. May on your resume as a past employer can be more detrimentally debilitating than helpful. Potential employers in most industries see it as a reflection of desperation and a character flaw (unless of course you want to peruse a career in telemarketing or used car sales). Be careful with your choices of opportunities, please!

Andrea - Muscle Shoals, Alabama
U.S.A.

# Rebuttal Consumer Comment

Submitted: 7/27/2004 6:41:26 PM
Modified: 7/28/2004 12:13:57 AM

## Beware of these crooks!

Finally somebody has put in a concise form what these crooks do. From where I was, as a consultant, the only thing the Senex cared about was the TIMELY AND COMPLETED COLLECTION. They were never interested in anything else, and had no clue how the project was evolving.

Sure they loved playing like little men, making the staff wait at hotels, airports, for assignments, for payroll adjustments and corrections. This was 'fun' for them, it kept them in control. For those of you who are still employed there, the only thing these guys will ever understand is the formation of an employee's union. And why not, if any bunch of crooks needed to be unionized this is it. They are major employee abusers.

For the victims of these crooks, get together! Group action will bring them to heel. For those of you about to become victims, you can stop them cold.

Andrea has given everybody an insight that is thorough, concise and complete. You should all tell your stories on the venues that have been provided to help put an end to these crooks.

Steve - St. Dorothee, Quebec
Canada

GSMIC 0080

## *REBUTTAL BOX*

**MY COMPANY HAS BEEN REPORTED!**

**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003 A Service of badbusinessbureau.com

# EXHIBIT I-2

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Thursday, July 07, 2005 1:33 PM
**To:** EDitor@ripoffreport.com
**Subject:** George S May http//www.ripoffreport.com/view.asp?id=100195

...by consumers, for consumers
RIP-OFF
a service of badbusinessbureau.com
Report.com
Don't let them get away with it.
Make sure they make the Rip-off Report
Home
File
Search
My Account
Logout

CLICK HERE

RIP-OFF
Do-It-Yourself Guide

This report was created by Andrea Swailsentein - aswails@aol.com - 915-515-4371 - 149.174.164.8

About the ads below...

Great deals on
DIGITAL CAMERAS
as low as $49.99
half.com
by eBay

E-mail to a Friend
Printer Friendly Version

Category:
**Corrupt Companies**

Submitted: **7/23/2004 7:43:48 AM**
Modified: **7/28/2004 12:13:57 AM**

# George S. May International Company GSMIC WARNING: DO NOT BE SCAMMED! PLEASE READ THIS IF YOU ARE PROSPECTIVE CLIENT OR EMPLOYEE OF GEORGE S. MAY! Park Ridge Illinois

Unlimited Internet Access!

# *UPDATE EX-employee responds ..Andrea, RIP-OFF Report is SAVING AMERICA from this company! Thank You, Rip-off Report!

Company

## George S. May - George S. May International George S International Company GSMIC

Address:
**303 S. Northwest Hwy**
**Park Ridge Illinois 60068**
**U.S.A.**
Phone:
800-9993020
Fax: 847-8257937

goHotelRooms

Discount Hotel Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements

I sincerely hope that you have 'Googled' your way to enlightenment concerning George S. May International, the world-wide consultant company based in Park Ridge, IL. Internet search engines have finally beaten a path to a truer picture of this company and how they really operate. Please consider carefully what you are about to read because it may be the best advice anyone has ever given you.

First, my intention in filing this report with Rip-Off Report.com is to basically warn EVERY prospective client interested in retaining George S. May's services, in any capacity, of their unscrupulous nature. I will outline their general methods of conducting business so you can make an informed and intelligent decision as to their true intentions and expertise. Second, I also want to provide those individuals out there responding to job advertisements placed by George S. May with information concerning their training program, existing personnel, and overall pressure tactics. I ask that you keep an open mind and consume this information with utmost earnestness; it is coming from someone who was an 'insider' to George S. May's overall operations.

Why did you seek the internet for answers concerning George S. May? Probably because you are a bright, intelligent, and diligent individual that researches everything before making a decision. Did you know that six months ago your Google/Yahoo search would not have yielded this website and the information contained herein? In fact, a search from January of 2004 would have probably yielded about a thousand hits on job ads placed by George S. May all over the country. They are constantly



seeking fresh applicants because of the massive amounts of turnover they experience on a weekly basis. But more importantly, by design or not, they've been able to hide from knowledge seekers like you because of these numerous job ads. Apparently, Rip-Off Report.com has enough presence and/or prestige on the internet at this time to rise above the job ad 'camouflage' of George S. May and the truth about their organization is finally being disseminated to the public. That is why I am telling my story.

I was hired as an "Executive Analyst" in their "Survey" department no too long ago. I must say, the interviewer was slick. Without using specific names, I can say he was a company "SENEX" (Senior Executive); very professional and probing. He stated that most analysts make at least $80K/Yr plus on average while the good ones exceed six figures year after year. I've been through it and can tell you with 100% certainty that this was a lie. They "hire" 20 Executive Analysts per week and train them for 10 days. 18 quit within the first two weeks of being released into the field, 1 stays on six weeks longer, and the other leaves within 90 days. George S. May goes through over 1000 "Executive Analyst" positions in Chicago per year; and that's only ONE department.

They have 4 departments (using general terms): sales (the guy who initially walks in the door and offers to have your business "analyzed" for $250 - $700), survey (the "analyst" that shows up with a black manual and his/her laptop and conducts the "survey"), management consultants (usually 2-5 people charging $200+/hr for each "man hour" worked. These are the people that show up after the analyst sells you on their glorified services), and administrative (mostly "SENEXES" belonging to a "Management Council" at corporate headquarters; more about this group later).

The attrition experienced by these departments (excluding administrative staff) is even greater because they are inherently twice to three times as large as the survey department. They have two training facilities: one in Chicago and one in Las Vegas. That equates to approximately 10,000 employees that filter through the organization in ONE year. And this estimate is conservative compared to others you will see while researching information on this company. You see something wrong with this picture yet? What reputable company goes through this many people a year?

I attended their 10-day training class for their "Executive Analysts" in Park Ridge (Chicago), IL and was taught the art of acting and memorization. EVERYTHING IS SCRIPTED FOLKS! The black manual all analysts carry with them is full of talking points, notes, and scripts learned from training class. Ask to look through it and just see what kind of response you get.

If you are a prospective client, ask for a resume from the Analyst immediately upon him/her entering your business. It will not happen 99% of the time. But, after a dozen frantic calls to "corporate" by the

frazzled Analyst, you may succeed in obtaining a resume only to find a lack of a college education. Or, you may find that the individual standing before you is an English major with a biology minor but had one hell of a sales career before George S. May. More than half of their "Analysts" have never seen a balance sheet or an income statement before training class. Most have absolutely no clue how to run a business either.

Nevertheless, scripting starts by the "Analyst" at the initial interview with the "decision makers" of your firm (usually first thing in morning). The most important and obvious question asked in this meeting will be your "cash position" from your balance sheet. From their, information from your financials will be obtained and transferred electronically via their laptop to the "SENEX" who is wringing his hands in Chicago. And that's when the calls to the "Management Council" start.

By the way, it's not a "Council" at all. It's one guy behind a desk in Chicago waiting to find out what your financial position looks like so he can calculate how many "man hours" you can afford to spend right away.

Again, everything is scripted too during the "Survey". Demand that ALL calls by the Analyst to the "Management Council" be made via speaker phone and see what response you get once again. I'll give the Analyst 5 minutes before he is standing outside the back door of your business calling his SENEX with a cell phone and sweating profusely. It's through the privacy of a hand-held phone line that the "SENEX" instructs the Analyst on what to say, how to act, what inflections to use, and most importantly, how to demean you (the business owner) in the first call. Don't fall for this theatrical event!

As a business owner, you need to be VERY concerned about how an inexperienced "Analyst" conducts his interviews with your various managerial staff too. Questions can easily lead to mistrust and paranoia by your staff. Moreover, the "Survey" an Analyst will conduct is totally fraudulent and will do more harm to your operations than good.

The survey "questionnaire" is basically a psychological tool to warp the mind of the owner(s) of the business. It is used to highlight everything wrong with businesses across the board in most industries. It's generic and fill-in-the-blank. Most of all, it's an "oral" report. Ask to make copies of his "Survey" results and, again, see what kind of response you get.

One section of the "Survey" asks for written responses from each employee. Imagine what disgruntled employees will say about "the boss" on paper if they are told it's an "anonymous" questionnaire. The Analyst's job is to read the responses to the owner(s) and beat you down with

them. It can be an eye opening and very embarrassing experience for you. The damage is done however. Your employees will now become empowered and structure can disintegrate within a day. Believe me; I've seen owner's loose control of their employees while the "Analyst" is still on the premises. Just remember, EVERYTHING the "Analyst" performs in your business is either a show or a grand script. Watch how many times they check and/or ask questions about inventory sitting in your warehouse. They've been instructed to constantly "look busy" while in your business and your warehouse is the best place for this "busy" activity.

By the way, they are also instructed to expose and then exploit the problems associated with your business. EVERYTHING that you offer as problems within your business will be used against you later in the nth degree. Denigration is the name of the game. They want to make you feel inadequate as hell as an owner and operator. It's a farce so beware.

As a side note to prospective employees: you will be placed in the filed by yourself the very next day after training is over. Think you'd be ready? Try again! It's mental torture. Their concept is to keep you moving constantly. They say 5 days a week but it eventually becomes 6; mark my word. They will promise that an "X" contract (top of the pay scale) is within your grasp but it's a carrot. 95% of all Analysts hired will never see it happen.

Also, the other benefits they sell to prospective employees, i.e. insurance, profit sharing, etc., are worthless. Again, most people leave within the 90 day probationary period so don't be pulled in by the benefits! Additionally, you will be forced to use your personal credit cards for non-reimbursable charges for room, board, and rental cars. After three weeks of service, if you make it that long, they soon start gradually holding back commissions and a token per diem to string your service along. The hotels are sub par; especially in the rural areas of the US. And since it's you paying for them, eventually, you will succumb to being frugal and will rationalize sleeping in places that would have made you vomit a month before you knew anything about George S. May. Worst of all, you are forced to do things that are dishonest, reprehensible, embarrassing, deceitful, devious, and defrauding. People without a conscious do very well with this company!

You will become a puppet on a string to the SENEX on the other end of the line and will loose faith in yourself and your dignity will be demolished. Those that care about themselves, their reputations, and mental health will leave within a couple of weeks. Still feel like pursuing that George S. May interview?

Back to prospective clients: If you are sold by the "Analyst" and consider letting their "Management Consultants" in your business to "turn things around", God help you. Before you do however, be

smart. Ask for every consultant's resume, especially the "Project Director's". Again, you may succeed only to find out that more than one is inexperienced and lacking true credentials.

They will offer a "guarantee" to increase your "fill-in-the-blank " by "15%" while they are there preparing "marketing" strategies for 5 days. By then, and with 3 to 5 consultants in your office, the total bill will be $30,000 to $50,000. You may eventually run out of money or become wise to the generic nature of the "strategy plan" they are developing and ask them to stop. They'll say "we are not done; the 15% we previously discussed will not be realized because you are stopping us short".

True, but how unethical. Think about it, $50,000 spent on a "marketing strategy" that is half completed. You'd be better off stuffing "SALE" fliers in mail boxes or putting them on windshields. The goal is to make you sign an agreement that allows you to "stop" the consulting at the end of any day. George S. May will send as many people as they possibly can to charge as many "man hours" possible at a rate of hundreds/hour. Beware; EVERYTHING they produce is canned, preformatted, fill-in-the-blank, and general in nature.

This stuff is worthless and they will charge you about $5,000 to $10,000 a day to produce and print it from their laptops. They'll ask a ton of questions and then fill in the answers from the prefabricated files in their computers. They have literally hundreds of business plans, policy manuals, job procedures, and accounting schemes that are in a generic menu to choose from. This list contains solutions to business problems on every known issue for all industries. All they do is input data and print the completed template. Most of these "consultants" have been bookkeepers in another career that failed for whatever reason too.

Lastly, if you are reading this and George S. May's consultants are currently in your business charging you a fortune per man hour, and you feel you have been taken, DO NOT GIVE THEM A 100% SATISFACTION LETTER! They will tell you that without the letter, they will remain in your business and will continue to work (and bill you by the way) regardless. Ask them nicely to leave once again and they will probably decline. From that point, consider it trespassing and call law enforcement to escort them off the premises. Do not succumb to any promises given by these "consultants" and do not pay them again. Without a "Satisfaction" letter, they have not a leg to stand on in court. Even better, immediately file a report with the BBB and the Attorney General of your state. They will be quick to satisfy any complaints from these two entities as they are the first sources business owners will go to when researching George S. May. You may recoup funds already paid to them for "services rendered" but it may be slow to come.

I recently had a close friend of mine allow George S. May into his business. He was sold on their

services by a slick “Analyst” and paid for “Management Consultants” over a six day period. He spent over $50,000 and has gotten nothing operationally tangible as a result. Unfortunately, I didn't hear of this until it was too late and the “consultants” are now gone. He is holding worthless pre-formatted manuals and has been taken for a very expensive ride. Not to mention, I was also defrauded by the company as an employee too. I've recently left, on good terms I might add, and finally gained my self confidence and self esteem back though it has taken many months. That is why I've taken the time to write this report. If I can make just one prospective client or employee stop to reconsider George S. May and what they really represent, then my words have succeeded and my conscious is clearer because of it. Good look to all of you and heed the advice given to you in this report.

Andrea
El Paso, Texas
U.S.A.

## Company Search

**If you would like to see more Rip-off Reports™ on George S. May - George S. May International George S International Company GSMIC, please use the search box below**

George S. May - George S. May International George : Search

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

This rebuttal was created by Chet Ubetcha, 67.119.158.242

# Rebuttal UPDATE EX-employee responds

Submitted: **7/23/2004 9:12:48 AM**
Modified: **7/23/2004 11:35:40 AM**

**Andrea, RIP-OFF Report is SAVING AMERICA from this company! Thank You, Rip-off Report!**

**Wow if I am not mistaken you had six deals in a row and were promoted to SENEX within a few weeks of being on staff. If you are the same person from the same city you helped my class out with our pitch books at the hotel one night.**

**We were all very excited to see a young lady do so well so fast but like you report no one makes it. I lasted 4 months and have to agree with you on every point you made.**

**Join the internet support groups that have formed and help get this company to give back the lifes of hard working Americans!**

**RIP-OFF Report is SAVING AMERICA from this company!**

**Search Rip-Off Report using only George S May and all 17 reports should show up.**

**Chet - Los Angeles, California**
**U.S.A.**

**Ripoff Reports filed and they said thank you to badbusinessbureau.com**

This rebuttal was created by Jenette Limpkin, 149.174.164.21

**Rebuttal** REBUTTAL employee
Submitted: **7/23/2004 9:43:46 AM**
Modified: **7/23/2004 11:36:59 AM**

## PLEASE ADVISE ON GEORGE S. MAY REPORT ABOVE

**If you have comments on the report filed above, I'd love to hear from you: [Place your comments below and be sure to include your FULL contact information so Rip-off Report can contact you.]**
**I sincerely hoped it helped.**

**Jenette - El Paso, Texas**
**U.S.A.**

**CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-**

mail address from this Report.

This rebuttal was created by Mr. WXXX, 152.163.253.97

**Rebuttal** UPDATE Employee ..inside information
Submitted: **7/23/2004 2:20:35 PM**
Modified: **7/23/2004 11:05:22 PM**

## TO "CHET" CONCERNING GEORGE S. MAY

**I've noticed you are very prevalent in responding to Rip Off Report.com's various entries regarding Geroge S. May. I'm curious, I trained with a "Chet" in Park Ridge last year (2003) around April. We were trained by Ms. Gill for 9 days and Dave (the SENEX) for one day. Remember, there were two of us from Alabama. If you are the correct "Chet", we even talked a couple of times via cell phones in the field. Is it you?**

**Regardless, I appreciate this forum immensely. I felt ashamed of what I did with George S. May during the entire time I was there, as I'm sure you did as well. That's exactly why I quit too. The deception and lying were tearing me apart and my conscious weighed heavy on my soul.**

**I'm glad past clients and employees are stepping forward to reveal the truth though. It's just a matter of time before Rip Off is overwhelmed and inundated with such notices of George S. May's fraudulent practices. Thanks to Rip Off Report.**

**This entire story of George S. May International Company's deceptive behavior is 60 Minutes bound for sure.**

**Mr. - Muscle Shoals, Alabama
U.S.A.**

This rebuttal was created by Andrea Swailsenstein, 205.188.116.73

**Rebuttal** UPDATE Employee ..inside information
Submitted: **7/25/2004 3:00:05 PM**
Modified: **7/25/2004 5:25:50 PM**

## ADDITIONAL NOTE TO THOSE CONSIDERING WORKING FOR

## GEORGE S. MAY - BEWARE!

As a George S. May employee, the good thing is they hardly ever fire anyone. There's no need, people leave on their own on a daily basis within this company. Besides, they do not take a chance on exposing themselves to lawsuits consisting of discrimination, harassment, and unemployment considerations. Once you quit, their risk of liability ceases. Moreover, if you don't perform well, they just stop assigning you to jobs. And most employees with May are paid via commissions. Thus, eventually, you'll have to leave (resign) for lack of pay. Please be careful people, they pray on those that have recently lost their job for whatever reason, i.e. workforce reductions, layoffs, even failed self-employed individuals. A desperate out-of-work person is their workforce niche. If you are currently suffering from unemployment, please do yourself a favor, drop your interest in George S. May immediately and continue to seek work elsewhere. And if you are currently employed looking for advancement, George S. May is not a stepping stone. In fact, having George S. May on your resume as a past employer can be more detrimentally debilitating than helpful. Potential employers in most industries see it as a reflection of desperation and a character flaw (unless of course you want to peruse a career in telemarketing or used car sales). Be careful with your choices of opportunities, please!

Andrea - Muscle Shoals, Alabama
U.S.A.

This rebuttal was created by Steve Lagos, 65.94.37.216

**Rebuttal** Consumer Comment
Submitted: **7/27/2004 6:41:26 PM**
Modified: **7/28/2004 12:13:57 AM**

## Beware of these crooks!

Finally somebody has put in a concise form what these crooks do. From where I was, as a consultant, the only thing the Senex cared about was the TIMELY AND COMPLETED COLLECTION. They were never interested in anything else, and had no clue how the project was evolving.

Sure they loved playing like little men, making the staff wait at hotels, airports, for assignments, for payroll adjustments and corrections. This was 'fun' for them, it kept them in control. For those of you who are still employed there, the only thing these guys will ever understand is the formation of an

Rip-off Report.com - badbusinessbureau.com

Page 11 of 12

employee's union. And why not, if any bunch of crooks needed to be unionized this is it. They are major employee abusers.

For the victims of these crooks, get together! Group action will bring them to heel. For those of you about to become victims, you can stop them cold.

Andrea has given everybody an insight that is thorough, concise and complete. You should all tell your stories on the venues that have been provided to help put an end to these crooks.

Steve - St. Dorothee, Quebec
Canada

## *REBUTTAL BOX*

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**

CLICK HERE to File your OWN Rip-Off Report

RIP-OFF
Do-It-Yourself Guide

Feel free to send us suggestions and comments to our editorial staff. Technical questions can be addressed to our webmaster. Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed Having trouble searching or filing a report? It may be a browser problem. See our FAQ for

8/16/2006

Rip-off Report.com - badbusinessbureau.com Page 12 of 12

to submit and search for reports. help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com

8/16/2006

# EXHIBIT I-3

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google

Advertise

Search: Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

**Compare IP Phone Services**

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

Check another: or back to dslreports.com/whois

Result for **149.174.164.8**

```
--> fwhois 149.174.164.8@whois.arin.net
[whois.arin.net]

OrgName:    CompuServe, Inc.
OrgID:      COMPUS-37
Address:    5000 Arlington Centre Blvd.
City:       Columbus
StateProv:  OH
PostalCode: 43220
Country:    US

NetRange:   149.174.0.0 - 149.174.255.255
CIDR:       149.174.0.0/16
NetName:    COMPUSERVE
NetHandle:  NET-149-174-0-0-1
Parent:     NET-149-0-0-0-0
NetType:    Direct Assignment
NameServer: ARL-NAME-SVC-1.COMPUSERVE.COM
NameServer: DUB-NAME-SVC-1.COMPUSERVE.COM
Comment:
RegDate:    1991-05-09
Updated:    2004-01-09

RNOCHandle: ANO3-ORG-ARIN
RNOCName:   AOL Network Operations Center
RNOCPhone:  +1-703-453-5862
RNOCEmail:  trouble@aol.net

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

OrgTechHandle: AOL-NOC-ARIN
OrgTechName:   America Online, Inc.
OrgTechPhone:  +1-703-265-4670
OrgTechEmail:  domains@aol.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Domain Name Whois**
Build & Host Domains as Low as $10. Quality Service and Support.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google
Advertise

Search: Go

BROADBAND Reports.com login Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Check another: or back to dslreports.com/whois

Result for **67.119.158.242**

```
--> fwhois 67.119.158.242@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-67-112-0-0-1)
                                  67.112.0.0 - 67.127.255.255
PPPoX Pool - Rback7 LSAN03 SBC067119156000020628 (NET-67-119-156-0-1)
                                  67.119.156.0 - 67.119.159.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-67-119-156-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool - Rback7 LSAN03
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-29
Updated:     2002-06-29

NetRange:    67.119.156.0 - 67.119.159.255
CIDR:        67.119.156.0/22
NetName:     SBC067119156000020628
NetHandle:   NET-67-119-156-0-1
Parent:      NET-67-112-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-29
Updated:     2002-06-29

RTechHandle:  PIA2-ORG-ARIN
RTechName:    IPAdmin-PBI
RTechPhone:   +1-800-648-1626
RTechEmail:   pbiip@txmail.sbc.com

OrgAbuseHandle:  ABUSE6-ARIN
OrgAbuseName:    Abuse - Southwestern Bell Internet
OrgAbusePhone:   +1-800-648-1626
OrgAbuseEmail:   abuse@sbcglobal.net

OrgNOCHandle:  SUPPO-ARIN
```

Ads by Google

**GetIP: IP Detection Tool**
Verify Your IP Address for Free Advanced Proxy IP Detection & more
www.getip.com

**Connection Speed**
The biggest source of free information on connection speed
connection--speed.com

**Dsl Speed Test**
Searching for Dsl Speed Test? Visit the Top Sites for Dsl.
Dsl.BestSitesForWeb.con

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want Now.
www.Simpli.com/Testing

Advertise on this site

how-to block ads

```
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  +1-800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:38:55

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for broadbandreports

**Whois Search**
Register Your Domain Name Now! Online Services Industry Leaders.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google

Advertise

Search: [ ] Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

**Compare IP Phone Services**

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

Check another: or back to dslreports.com/whois

Result for **149.174.164.21**

```
--> fwhois 149.174.164.21@whois.arin.net
[whois.arin.net]

OrgName:    CompuServe, Inc.
OrgID:      COMPUS-37
Address:    5000 Arlington Centre Blvd.
City:       Columbus
StateProv:  OH
PostalCode: 43220
Country:    US

NetRange:   149.174.0.0 - 149.174.255.255
CIDR:       149.174.0.0/16
NetName:    COMPUSERVE
NetHandle:  NET-149-174-0-0-1
Parent:     NET-149-0-0-0-0
NetType:    Direct Assignment
NameServer: ARL-NAME-SVC-1.COMPUSERVE.COM
NameServer: DUB-NAME-SVC-1.COMPUSERVE.COM
Comment:
RegDate:    1991-05-09
Updated:    2004-01-09

RNOCHandle: ANO3-ORG-ARIN
RNOCName:   AOL Network Operations Center
RNOCPhone:  +1-703-453-5862
RNOCEmail:  trouble@aol.net

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

OrgTechHandle: AOL-NOC-ARIN
OrgTechName:   America Online, Inc.
OrgTechPhone:  +1-703-265-4670
OrgTechEmail:  domains@aol.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

broadband > dslreports.com home Case 1:04-cv-06018 Document 225-12 Filed 12/22/2006 Page 103 of 104 Page 1 of 2

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google

Advertise

Search: Go

BROADBAND Reports.com login

Theme:

Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About

Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »»

Ads by Google

Check another: or back to dslreports.com/whois

Result for **152.163.253.97**

```
--> fwhois 152.163.253.97@whois.arin.net
[whois.arin.net]

OrgName:    America Online
OrgID:      AOL
Address:    22000 AOL Way
City:       Dulles
StateProv:  VA
PostalCode: 20166
Country:    US

NetRange:   152.163.0.0 - 152.163.255.255
CIDR:       152.163.0.0/16
NetName:    AOL-BNET
NetHandle:  NET-152-163-0-0-1
Parent:     NET-152-0-0-0-0
NetType:    Direct Assignment
NameServer: DNS-01.NS.AOL.COM
NameServer: DNS-02.NS.AOL.COM
Comment:
RegDate:    1992-04-01
Updated:    1999-12-02

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

OrgAbuseHandle: AOL382-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-703-265-4670
OrgAbuseEmail:  abuse@aol.net

OrgNOCHandle: AOL236-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-703-265-4670
OrgNOCEmail:  noc@aol.net

OrgTechHandle: AOL-NOC-ARIN
OrgTechName:   America Online, Inc.
OrgTechPhone:  +1-703-265-4670
OrgTechEmail:  domains@aol.net
```

**Compare IP Phone Services**

View Ratings And Reviews Of Leading Broadband Phone Service Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

http://www.dslreports.com/whois 8/18/2006