**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google                                                      Advertise

Search: [_____] Go

**BROADBAND** Reports.com    login                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [_____] or back to dslreports.com/whois

Result for **205.188.116.73**

```
--> fwhois 205.188.116.73@whois.arin.net
[whois.arin.net]

OrgName:    America Online, Inc
OrgID:      AMERIC-59
Address:    22080 Pacific Blvd
City:       Sterling
StateProv:  VA
PostalCode: 20166
Country:    US

NetRange:   205.188.0.0 - 205.188.255.255
CIDR:       205.188.0.0/16
NetName:    AOL-DTC
NetHandle:  NET-205-188-0-0-1
Parent:     NET-205-0-0-0-0
NetType:    Direct Assignment
NameServer: DNS-01.NS.AOL.COM
NameServer: DNS-02.NS.AOL.COM
Comment:
RegDate:    1998-04-18
Updated:    1998-04-27

RTechHandle: AOL-NOC-ARIN
RTechName:   America Online, Inc.
RTechPhone:  +1-703-265-4670
RTechEmail:  domains@aol.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Strix Wireless Mesh**

High perf. Low-latency for VoIP Video, Data Access and Backhaul

www.strixsystems.com

Advertise on this site

how-to block ads

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google                                                                                        Advertise

Search: [          ] Go

**BROADBAND** Reports.com  login                                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [          ]   or back to dslreports.com/whois

### Result for **65.94.37.216**

```
--> fwhois 65.94.37.216@whois.arin.net
[whois.arin.net]
Bell Canada BELLNEXXIA-10 (NET-65-92-0-0-1)
                              65.92.0.0 - 65.95.255.255
Bell Nexxia (Prod) NEXXIA0130-CA (NET-65-94-0-0-1)
                              65.94.0.0 - 65.94.255.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-65-94-0-0-1@whois.arin.net"
[whois.arin.net]
```

**Strix Wireless Mesh**

High perf. Low-latency for VoIP Video, Data Access and Backhaul

www.strixsystems.com

```
CustName:    Bell Nexxia (Prod)
Address:     671 De la Gauchetiere
City:        Montreal
StateProv:   Quebec
PostalCode:  H3B 2M8
Country:     CA
RegDate:     2002-02-07
Updated:     2002-02-07

NetRange:    65.94.0.0 - 65.94.255.255
CIDR:        65.94.0.0/16
NetName:     NEXXIA0130-CA
NetHandle:   NET-65-94-0-0-1
Parent:      NET-65-92-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-02-07
Updated:     2002-02-07

RTechHandle: PD135-ARIN
RTechName:   Daoust, Philippe
RTechPhone:  +1-800-450-7771
RTechEmail:  noc@in.bell.ca
```

Advertise on this site

```
OrgAbuseHandle: ABAI1-ARIN
OrgAbuseName:   Abuse Business abuse issues
OrgAbusePhone:  +1-877-877-2426
OrgAbuseEmail:  abuse@bellnexxia.net
```

how-to block ads

```
OrgAbuseHandle: ABUSE1127-ARIN
```

```
OrgAbuseName:    Abuse
OrgAbusePhone:   +1-877-877-2426
OrgAbuseEmail:   abuse@sympatico.ca

OrgTechHandle: SYSAD1-ARIN
OrgTechName:    Sys Admin
OrgTechPhone:   +1-800-565-0567
OrgTechEmail:   ip_prov@bellglobal.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:39:44

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

http://www.dslreports.com/whois                    8/18/2006

# EXHIBIT J

# Exhibit J
## REPORT #96442

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "Bruce"[43] | 6/25/2004 | GSMIC 0082-84 | 67.41.178.22 |
| "Jolene"[44] | 6/24/2004 | 0084 | 67.119.157.148 |
| "Steve"[45] | 6/26/2004 | 0084-85 | 65.94.43.46 |
| "Steve"[46] | 7/8/2004 | 0085-86 | 66.72.198.108 |
| "Bruce"[47] | 7/8/2004 | 0086 | 207.224.199.38 |
| "Jolene"[48] | 7/9/2004 | 0086 | 24.10.149.65 |

---

[43] Bruce Harrell, trunorth1@msn.com, 801-916-7778
[44] Jolene Marker
[45] Steve Lagos
[46] Steve Margolis
[47] Bruce Harrell
[48] Jolene Marker

# EXHIBIT J-1





**CLICK HERE**

About the ads below...

✉ E-mail to a Friend
🖨 Printer Friendly Version

Category:
**Business Consulting**

Submitted: 6/25/2004 3:10:58 PM
Modified: 7/9/2004 11:52:53 PM

## George S. May International Company Rip-off Reports are true -- hope President Kushnir will keep his promise. Park Ridge Illinois *Consumer Suggestion ..NAMES please

Company
### George S. May International Company
Address:
**303 S. Northwest Highway**
**Park Ridge Illinois 60068-4255**
**U.S.A.**
Phone Number:
800-999 3020
Fax:

We are hoping that the notice that George S. May President, Israel Kushnir placed on this website in October of 2003 is something other than an attempt to mitigate the poor publicity the company has received on this and other internet sites.

In the notice Mr. Kushnir stated that the GSM board had directed him to resolve complaints lodged by dissatisfied clients that may include a full refund. We are going to test this. We will be asking for a refund.

Here is our story:

IT'S ALL TRUE!!

Our experience was very similar to those reported on this website. We were deeply disappointed with our experience with GSM. As reported here and other sites, we signed up for the $350 analysis and heard the doom and gloom of the report. We also experienced the telephone coaching by an offsite GSM rep as reproted on this and other sites.

eBay's Half.com:
Digital Cameras
$99 & up

We were given an estimate that our project would take aproximately 255 hours. We agreed to it because we sincerely believed we would benefit from the massive experience GSM had in consulting clients like us. The very next day three folks showed up at our door. Like others, we didnt know what to expect. Like others, our

GSMIC 0082

Sign Up Now!



goHotelRooms

Discount Hotel
Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



4
DESIGN

Does your Web site
bring more business?

Design44
for expert
Web Design,
Graphic Design
Web Development

consultants had very little experience in our or any other industry. Like others we received no benefit from the services. Like others we experienced unprofessional behavior. Like others, our cash resources were severely impacted. Like others we were bitterly disappointed with our experience.

We blame ourselves for making a very poor decision. We spent nearly $100,000 (more than twice the estimate given by GSMIC at the time) and received nothing of benefit. Company morale plummeted, key personnel left impacting our client base and our sales revenues. Because of a conflict with the GSM reps, a top sales person quit basically saying that if we were stupid enough to employ GSM he didn't want any further relationship with us. He went to one of our competitors and systematically attacked our customer base. As mentioned above, our cash flow was significantly impacted creating problems with supplier discounts and inventory capabilities.

The audit was a nightmare. Midway during the service period (mostly June of 2000) we actually fired GSM due to one of their consultants emotionally erupting at one of our employees. The GSM expert consultant stood in the middle of our office and screamed at one of our employees. The next day a GSM higher up visited us to beg for reinstatement. He apologized for the crazy behavior of the consultant and offered us a substitute consultant for the crazy guy. The new consultant was identified as the most experienced of the consultants in the region (we later found out that the new consultant had less than one year of service and left the company immediately after our experience with him). We reluctantly agreed to continue with the services.

Upon conclusion of the services we received a generic consulting report full of boiler plate. After reading through it the first and only time it has sat on a shelf gathering dust of absolutely no benefit to our organization. We expected implementation of programs and processes that would improve our operations. Instead we got decades old advice not necessarily relevant to our situation.

As stated earlier - we are going to test Mr. Kushnir's offer. We will be sending Mr. Kushnir a request for a partial refund. We will not be asking for the full amount of the fees. We did authorize the services and we accept our responsibility for making a poor business decision. The estimate we received was for approximately $42,000 in consulting services which we committed to. Add expenses to it for two highly experienced consultants for a month and you have another $8,000 at the most. We will be asking for a refund of $50,000. We think this is fair to both parties.

Hopefully, we will be speaking with Mr. Kushnir within the next week.

As we see it -- he can use the defense that we authorized the services (we did) and that we signed a satisfaction letter (we did -- just as so many others have reported they had to sign a letter to get the GSM folks off of their property.)

Our response is that we expected to pay about $40,000 v. the final cost of $100,000, that we expected to benefit from the services and that we were so glad to see them leave we didn't think about not signing the letter.

Another defense he may use will be that we authorized every wire transfer and that we should have been aware of the mounting costs. (we did authorize the wire transfers). Our defense is that we believed that we would benefit from the services which in fact we did not. We expected to receive guidance on how to implement the changes we needed to make to improve our operation. We didnt get it.

We were deeply disappointed with our consulting report. We had no idea that our consulting report would not be customized to our specific situation but was simply a compilation of "boiler plate" -generic business advise that you can get at any

GSMIC 0083

bookstore for $19.95.

He can also use the "let us send consultants back in" defense that has been reported on this website. This is not acceptable to us for a number of reasons: A. GSM charges expenses for this remedy B. We have absolutely no faith in their abilities C. The rest of our employees will leave us if GSM darkens our door again.

Another defense will be the amount of time that has passed of nearly four years. We think this is a non starter. It is true that we should have done something about how dissatisfied we were earlier but we really did not want to have any contact with GSM of any kind. The amount of time that has passed has not changed our experience with GSM in anyway. It was only after Mr. Kushnir's notice on this website that we were stirred to action.

OR -- he could do the right thing and send us a check for $50,000. So let's take a poll --- what course do you think Mr. Kushnir will take? We are hopefull but not optimistic. He could surprise us?

We will let you know!!

Bruce
Ogden, Utah
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May International Company, please use the search box below

| George S. May  International Company | | Search |

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA?s.*

Click here to go to our *advanced search* page.

### Rebuttal Consumer Suggestion
Submitted: 6/25/2004 5:16:17 PM Modified: 6/26/2004 12:41:14 AM

# NAMES please

Your company had this wolf at the door.

How can anyone contact you if you do not give your company name? Jolene Ogden, Utah needs to talk to you call.

Jolene - Los Angeles, California
U.S.A.

### Rebuttal Consumer Comment
Submitted: 6/26/2004 5:43:26 PM Modified: 6/27/2004 12:12:59 AM

# You two should get together!!! Fight George S. May International/GSMIC

GSMIC 0084

These people are big crooks. I think that when they give you garbage work, and charge you cadillac prices, they deserve to be dealt with.

You two should talk, exchange your telephone numbers, compare the content of your projects to see if you both got, by chance, the same boilerplate.

And then you can fight these crooks!...They steal from their clients and from their employees!

Thanks RipOff Report for the exposure these George S. May International/GSMIC crooks are getting
!

Steve - St. Dorothee, Quebec
Canada

## Rebuttal Consumer Comment
Submitted: 7/8/2004 7:00:12 AM Modified: 7/8/2004 5:16:26 PM

## George S. May recruitment tactics

About the same time that Bruce engaged George S. May I was being recruited by them. I was signed up for a 10-day training class at a hotel in Chicago. The schedule implied that classes went well into the evenings and through the weekend.

I was told to have bags packed as I would be leaving directly from class on the last day, Sunday, for my first assignment. We were to be trained on how to perform the $350 study Bruce referred to, and to produce proposals for the follow-on work -- such as the $40K audit.

We would travel to two clients per week and were expected to close half of them. As I read the sales plan it was clear that this was a very low paying position until you put in at least 6 months to a year. I got the impression that the company resembled a pyramid scheme, with the company expecting that most recruits will burn out within a year and be replaced by a fresh crop of new hires at the low end of the commission plan.

I also did some checking and found out from someone that they are a "churn and burn" operation. Finally, when I decided to cancel out of the Chicago class, I got a phone call on a Saturday from a manager at George S. May who was very adamant that I attend. He used high pressure tactics and did not sound at all like a consulting manager. I refused to attend the class and two months later was hired by a big 5 consulting firm as a manager.

Given their recruiting tactics I am surprised that I have not seen more reports from unhappy clients or employees. Bruce's report seems consistent with my impression of the company. I also think that their recruiting tactics and sales plan drive away good consultants.

I am not implying that you need to pay big 5 prices to get big 5 talent. I started my own IT services company 18 months ago and was able to recruit many highly talented consultants to work as independent contractors. They get the bulk of the billings, and the result is that they and the clients are very happy. Check references and try a Google search on the company giving you the proposal. I hope you get your refund!

GSMIC 0085

Steve - Cleveland, Ohio
U.S.A.

## Rebuttal Consumer Suggestion
Submitted: **7/8/2004 9:46:16 PM** Modified: **7/9/2004 12:02:53 AM**

### Jolene give me a number and I will be glad to call you.

Jolene,

For a specific reason I have not included any telephone or contact information with the report. If you will give me a telephone number and a time to call you I will be delighted to touch base with you.

Bruce

Bruce - Ogden, Utah
U.S.A.

## Rebuttal REBUTTAL Owner of company
Submitted: **7/9/2004 6:16:53 PM** Modified: **7/9/2004 11:52:25 PM**

### Bruce please contact me ASAP

Bruce I have recieved your e-mail and am eager to speak with you. Call me anytime at [DELETED].

Jolene - Ogden, Utah
U.S.A.

**CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.**

---

### *REBUTTAL BOX*
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

☒ Click here for your favorite eBay items

☒ Naspter, a million+ tracks

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 a service of badbusinessbureau.com

GSMIC 0087

# EXHIBIT J-2

Rip-off Report.com - badbusinessbureau.com

**Cheryl A. Contois**

**From:** EDitor@ripoffreport.com
**Sent:** Monday, September 19, 2005 8:10 PM
**To:** EDitor@ripoffreport.com
**Subject:** Redacted Report & title http://www.ripoffreport.com/view.asp?ID=96442

http://www.ripoffreport.com/view.asp?ID=96442





Home | File | Search | My Account | Logout

Don't let them get away with it.
Make sure they make the Rip-off Report

**Do-It-Yourself Guide**

Admin logged in: [Main Admin | Report Copy | Author Info | Return all Reports]
This report was created by Bruce Harrell - trunorth1@msn.com - 801 916 7778 - 67.41.178.22

✉ E-mail to a Friend
🖨 Printer Friendly Version

Category:
**Business Consulting**

Submitted:
6/25/2004 3:10:58 PM
Modified: 7/9/2004 11:52:53 PM

**George S. May International Company Rip-off Reports are true -- hope President Kushnir will keep his promise. Park Ridge Illinois *Consumer Suggestion ..NAMES please**

Rip-off Report.com - badbusinessbureau.com

Company

# George S. May International Company

Address:
303 S. Northwest Highway
Park Ridge Illinois 60068-4255
U.S.A.
Phone:
800-999 3020
Fax: 847-825 7937
Email: info@georgesmay.com



**goHotelRooms**

Discount Hotel
Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



We are hoping that the notice that George S. May President, Israel Kushnir placed on this website in October of 2003 is something other than an attempt to mitigate the poor publicity the company has received on this and other internet sites.

In the notice Mr. Kushnir stated that the GSM board had directed him to resolve complaints lodged by dissatisfied clients that may include a full refund. We are going to test this. We will be asking for a refund.

Here is our story:

IT'S ALL TRUE!!

Our experience was very similar to those reported on this website. We were deeply disappointed with our experience with GSM. As reported here and other sites, we signed up for the $350 analysis and heard the doom and gloom of the report. We also experienced the telephone coaching by an offsite GSM rep as reproted on this and other sites.

We were given an estimate that our project would take aproximately 255 hours. We agreed to it because we sincerely believed we would benefit from the massive experience GSM had in consulting clients like us. The very next day three folks showed up at our door. Like others, we didnt know what to expect. Like others, our consultants had very little experience in our or any other industry. Like others we received no benefit from the services. Like others we experienced unprofessional behavior. Like others, our cash resources were severely impacted. Like others we were bitterly disappointed with our experience.

We blame ourselves for making a very poor decision. We spent nearly $100,000 (more than twice the estimate given by GSMIC at the time) and received nothing of benefit. Company morale plummeted, key personnel left impacting our client base and our sales revenues. Because of a conflict with the GSM reps, a top sales person quit basically saying that if we were stupid enough to employ GSM he didn't want any further relationship with us. He went to one of our competitors and systematically attacked our customer base. As mentioned above, our cash flow was significantly impacted creating problems with supplier discounts and inventory capabilities.

The audit was a nightmare. Midway during the service period (mostly June of 2000)we actually fired GSM due to one of their consultants emotionally erupting at one of our employees. The GSM expert consultant stood in the middle of our office and screamed at one of our employees. The next day a GSM higher up visited us to beg for reinstatement. He apologized for the crazy behavior of the consultant and offered us a substitute consultant for the crazy guy. The new consultant was identified as the most experienced of the consultants in the region (we later found out that the new consultant had less than one year of service and left the company immediately after our experience with him). We reluctantly agreed to continue with the services.

Upon conclusion of the services we received a generic consulting report full of boiler plate. After reading through it the first and only time it has sat on a shelf gathering dust of absolutely no benefit to our organization. We expected implementation of programs and processes that would improve our operations. Instead we got decades old advice not necessarily relevant to our situation.

As stated earlier - we are going to test Mr. Kushnir's offer. We will be sending Mr. Kushnir a request for a partial refund. We will not be asking for the full amount of the fees. We did authorize the services and we accept our responsibility for making a poor business decision. The estimate we received was for approximately $42,000 in consulting services which we committed to. Add expenses to it for two highly experienced consultants for a month and you have another $8,000 at the most. We will be asking for a refund of $50,000. We think this is fair to both parties.

Hopefully, we will be speaking with Mr. Kushnir within the next week.

As we see it -- he can use the defense that we authorized the services (we did) and that we signed a satisfaction letter (we did -- just as so many others have reported they had to sign a letter to get the GSM folks off of their property.)

Our response is that we expected to pay about $40,000 v. the final cost of $100,000, that we expected

Rip-off Report.com - badbusinessbureau.com

Page 4 of 9

to benefit from the services and that we were so glad to see them leave we didn't think about not signing the letter.

Another defense he may use will be that we authorized every wire transfer and that we should have been aware of the mounting costs. (we did authorize the wire transfers). Our defense is that we believed that we would benefit from the services which in fact we did not. We expected to receive guidance on how to implement the changes we needed to make to improve our operation. We didnt get it.

We were deeply disappointed with our consulting report. We had no idea that our consulting report would not be customized to our specific situation but was simply a compilation of "boiler plate" - generic business advise that you can get at any bookstore for $19.95.

He can also use the "let us send consultants back in" defense that has been reported on this website. This is not acceptable to us for a number of reasons: A. GSM charges expenses for this remedy B. We have absolutely no faith in their abilities C. The rest of our employees will leave us if GSM darkens our door again.

Another defense will be the amount of time that has passed of nearly four years. We think this is a non starter. It is true that we should have done something about how dissatisfied we were earlier but we really did not want to have any contact with GSM of any kind. The amount of time that has passed has not changed our experience with GSM in anyway. It was only after Mr. Kushnir's notice on this website that we were stirred to action.

OR -- he could do the right thing and send us a check for $50,000. So let's take a poll --- what course do you think Mr. Kushnir will take? We are hopefull but not optimistic. He could surprise us?

We will let you know!!

Bruce
Ogden, Utah
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on George S. May

**International Company, please use the search box below**

| George S. May  International Company | | Search |

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp," or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click <u>here</u> to go to our *advanced search* page.

This rebuttal was created by Jolene Marker, 67.119.157.148

# Rebuttal Consumer Suggestion

Submitted: **6/25/2004 5:16:17 PM**
Modified: **6/26/2004 12:41:14 AM**
- - 67.119.157.148

# NAMES please

**Your company had this wolf at the door.**

**How can anyone contact you if you do not give your company name? Jolene Ogden, Utah needs to talk to you call.**

**Jolene - Los Angeles, California
U.S.A.**

This rebuttal was created by Steve Lagos, 65.94.43.46

# Rebuttal Consumer Comment

Submitted: **6/26/2004 5:43:26 PM**
Modified: **6/27/2004 12:12:59 AM**
- - 65.94.43.46

# You two should get together!!! Fight George S. May

Rip-off Report.com - badbusinessbureau.com

Page 6 of 9

## International/GSMIC

These people are big crooks. I think that when they give you garbage work, and charge you cadillac prices, they deserve to be dealt with.

You two should talk, exchange your telephone numbers, compare the content of your projects to see if you both got, by chance, the same boilerplate.

And then you can fight these crooks!...They steal from their clients and from their employees!

Thanks RipOff Report for the exposure these George S. May International/GSMIC crooks are getting !

Steve - St. Dorothee, Quebec
Canada

This rebuttal was created by Steve Margolis, 66.72.198.108

# Rebuttal Consumer Comment

Submitted: 7/8/2004 7:00:12 AM
Modified: 7/8/2004 5:16:26 PM
- - 66.72.198.108

## George S. May recruitment tactics

About the same time that Bruce engaged George S. May I was being recruited by them. I was signed up for a 10-day training class at a hotel in Chicago. The schedule implied that classes went well into the evenings and through the weekend.

I was told to have bags packed as I would be leaving directly from class on the last day, Sunday, for my first assignment. We were to be trained on how to perform the $350 study Bruce referred to, and to produce proposals for the follow-on work -- such as the $40K audit.

We would travel to two clients per week and were expected to close half of them. As I read the sales plan it was clear that this was a very low paying position until you put in at least 6 months to a year. I got the impression that the company resembled a pyramid scheme, with the company expecting that

Rip-off Report.com - badbusinessbureau.com

Page 7 of 9

most recruits will burn out within a year and be replaced by a fresh crop of new hires at the low end of the commission plan.

I also did some checking and found out from someone that they are a "churn and burn" operation. Finally, when I decided to cancel out of the Chicago class, I got a phone call on a Saturday from a manager at George S. May who was very adamant that I attend. He used high pressure tactics and did not sound at all like a consulting manager. I refused to attend the class and two months later was hired by a big 5 consulting firm as a manager.

Given their recruiting tactics I am surprised that I have not seen more reports from unhappy clients or employees. Bruce's report seems consistent with my impression of the company. I also think that their recruiting tactics and sales plan drive away good consultants.

I am not implying that you need to pay big 5 prices to get big 5 talent. I started my own IT services company 18 months ago and was able to recruit many highly talented consultants to work as independent contractors. They get the bulk of the billings, and the result is that they and the clients are very happy. Check references and try a Google search on the company giving you the proposal. I hope you get your refund!

Steve - Cleveland, Ohio
U.S.A.

This rebuttal was created by Bruce Harrell, 207.224.199.38

# Rebuttal Consumer Suggestion

Submitted: 7/8/2004 9:46:16 PM
Modified: 7/9/2004 12:02:53 AM
- - 207.224.199.38

# Jolene give me a number and I will be glad to call you.

Jolene,

For a specific reason I have not included any telephone or contact information with the report. If you will give me a telephone number and a time to call you I will be delighted to touch base with you.

Bruce

8/16/2006

Rip-off Report.com - badbusinessbureau.com

Bruce - Ogden, Utah
U.S.A.

This rebuttal was created by Jolene Marker, 24.10.149.65

**Rebuttal** REBUTTAL Owner of company

Submitted: 7/9/2004 6:16:53 PM
Modified: 7/9/2004 11:52:25 PM
- - 24.10.149.65

## Bruce please contact me ASAP

Bruce I have recieved your e-mail and am eager to speak with you. Call me anytime at [DELETED].

Jolene - Ogden, Utah
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

### REBUTTAL BOX

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

8/16/2006



RIP-OFF · Do-It-Yourself Guide

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Feel free to send us suggestions and comments to our editorial staff.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com

# EXHIBIT J-3

**Who Owns this Domain**
Domains, Email, Hosting & More. Grow Your
Business. Register Today!
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                    Advertise

Search: [                    ]  [ Go ]

**BROADBAND** reports.com   login                              Theme: 🔲

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | » |

Ads by Google

Check another: [                    ] or back to dslreports.com/whois

### Result for **67.41.178.22**

```
--> fwhois 67.41.178.22@whois.arin.net
[whois.arin.net]

OrgName:    Qwest Communications Corporation
OrgID:      QCC-22
Address:    1801 California Street
City:       Denver
StateProv:  CO
PostalCode: 80202
Country:    US

NetRange:   67.40.0.0 - 67.42.255.255
CIDR:       67.40.0.0/15, 67.42.0.0/16
NetName:    QWEST-INET-116
NetHandle:  NET-67-40-0-0-1
Parent:     NET-67-0-0-0-0
NetType:    Direct Allocation
NameServer: AUTHNS1.MPLS.QWEST.NET
NameServer: AUTHNS2.DNVR.QWEST.NET
NameServer: AUTHNS3.STTL.QWEST.NET
Comment:
RegDate:    2001-11-27
Updated:    2006-02-09

OrgAbuseHandle: QIA2-ARIN
OrgAbuseName:   Qwest Abuse
OrgAbusePhone:  +1-877-886-6515
OrgAbuseEmail:  abuse@qwest.net

OrgNOCHandle: QIN-ARIN
OrgNOCName:   Qwest IP NOC
OrgNOCPhone:  +1-877-886-6515
OrgNOCEmail:  support@qwestip.net

OrgTechHandle: QIA-ARIN
OrgTechName:   Qwest IP Admin
OrgTechPhone:  +1-877-886-6515
OrgTechEmail:  ipadmin@qwest.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Strix
Wireless
Mesh**

High perf. Low-
latency for
VoIP Video,
Data Access
and Backhaul

www.strixsystems.com

Advertise on this site

how-to block ads

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More. ICANN Accred. Learn n
here!
www.networksolutions.com

Ads by Google                           Advertise

Search: [_____] [Go]

# BROADBAND Reports.com

login                             Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [_____]     or back to dslreports.com/whois

### Result for **67.119.157.148**

```
--> fwhois 67.119.157.148@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-67-112-0-0-1)
                          67.112.0.0 - 67.127.255.255
PPPoX Pool - Rback7 LSAN03 SBC067119156000020628 (NET-67-119-156-0-1)
                          67.119.156.0 - 67.119.159.255
```

**Strix Wireless Mesh**

High perf. Low-latency for VoIP Video, Data Access and Backhaul

www.strixsystems.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-67-119-156-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool - Rback7 LSAN03
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-29
Updated:     2002-06-29

NetRange:    67.119.156.0 - 67.119.159.255
CIDR:        67.119.156.0/22
NetName:     SBC067119156000020628
NetHandle:   NET-67-119-156-0-1
Parent:      NET-67-112-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-29
Updated:     2002-06-29

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
```

Advertise on this site

how-to block ads

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:41:37

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Search for Testing Resources and Info. Find What You Want
www.Simpli.com/Testing

Ads by Google

Advertise

Search: [_____] [Go]

# BROADBAND Reports.com

login                                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [_____] or back to dslreports.com/whois

### Result for **65.94.43.46**

**Phone Systems from $549**

AAA BBB Rated Phone System Vendor 866-519-4861

BusinessPhonesDirect.c
om/Systems

```
--> fwhois 65.94.43.46@whois.arin.net
[whois.arin.net]
Bell Canada BELLNEXXIA-10 (NET-65-92-0-0-1)
                            65.92.0.0 - 65.95.255.255
Bell Nexxia (Prod) NEXXIA0130-CA (NET-65-94-0-0-1)
                            65.94.0.0 - 65.94.255.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-65-94-0-0-1@whois.arin.net"
[whois.arin.net]

CustName:   Bell Nexxia (Prod)
Address:    671 De la Gauchetiere
City:       Montreal
StateProv:  Quebec
PostalCode: H3B 2M8
Country:    CA
RegDate:    2002-02-07
Updated:    2002-02-07

NetRange:   65.94.0.0 - 65.94.255.255
CIDR:       65.94.0.0/16
NetName:    NEXXIA0130-CA
NetHandle:  NET-65-94-0-0-1
Parent:     NET-65-92-0-0-1
NetType:    Reassigned
Comment:
RegDate:    2002-02-07
Updated:    2002-02-07

RTechHandle: PD135-ARIN
RTechName:   Daoust, Philippe
RTechPhone:  +1-800-450-7771
RTechEmail:  noc@in.bell.ca

OrgAbuseHandle: ABAI1-ARIN
OrgAbuseName:   Abuse Business abuse issues
OrgAbusePhone:  +1-877-877-2426
OrgAbuseEmail:  abuse@bellnexxia.net

OrgAbuseHandle: ABUSE1127-ARIN
```

Advertise on this site

how-to block ads

```
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-877-877-2426
OrgAbuseEmail:  abuse@sympatico.ca

OrgTechHandle: SYSAD1-ARIN
OrgTechName:   Sys Admin
OrgTechPhone:  +1-800-565-0567
OrgTechEmail:  ip_prov@bellglobal.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:41:51

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for broadbandreports**

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Broadband Speed Test**
Find Info on Testing Now. Go Right to Results - Search Simp
www.Simpli.com/Testing

Ads by Google

Advertise

Search: [　　　　　　　] [Go]

**BROADBAND** Reports.com   login                                    Theme: ▢

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [　　　　　　]  or back to dslreports.com/whois

### Result for **66.72.198.108**

```
--> fwhois 66.72.198.108@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-66-72-0-0-1)
                      66.72.0.0 - 66.73.255.255
PPPoX Pool Rback2 CLEVOH-BCVLOH SBCIS-071003144808 (NET-66-72-192-0-1)
                      66.72.192.0 - 66.72.199.255
```

**Strix**
**Wireless**
**Mesh**

High perf. Low-latency for VoIP Video, Data Access and Backhaul

www.strixsystems.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-66-72-192-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool Rback2 CLEVOH-BCVLOH
Address:     2701 W. 15th St.
Address:     PMB 236
City:        Plano
StateProv:   TX
PostalCode:  75075
Country:     US
RegDate:     2003-07-10
Updated:     2003-07-10

NetRange:    66.72.192.0 - 66.72.199.255
CIDR:        66.72.192.0/21
NetName:     SBCIS-071003144808
NetHandle:   NET-66-72-192-0-1
Parent:      NET-66-72-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2003-07-10
Updated:     2003-07-10

RTechHandle: ZS44-ARIN
RTechName:   IPAdmin-SBIS
RTechPhone:  +1-800-648-1626
RTechEmail:  ipadmin@att.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net
```

Advertise on this site

how-to block ads

```
OrgNOCHandle: SUPPO-ARIN
OrgNOCName:   Support - Southwestern Bell Internet Services
OrgNOCPhone:  +1-800-648-1626
OrgNOCEmail:  support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

**Speakeasy Business DSL**
Broadband w/o the Phone
Company No Start Up Costs

**Find Broadband Service**
One website with many providers
Check you location for Free!

**Macromedia Breeze**
Powerful, User-Friendly Platform
for Web Training. Free 15-Day
Trial

**High Speed Internet**
Compare Companies Plan
Time and Money (5 Stars

Ads by Google                                                                                          Advertise

Search: [_____] [Go]

# BROADBAND
Reports.com

login                                                                 Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google



Check another: [_____] or back to dslreports.com/whois

Result for **207.224.199.38**

```
--> fwhois 207.224.199.38@whois.arin.net
[whois.arin.net]

OrgName:    Qwest Communications Corporation
OrgID:      QCC-22
Address:    1801 California Street
City:       Denver
StateProv:  CO
PostalCode: 80202
Country:    US

NetRange:   207.224.0.0 - 207.225.255.255
CIDR:       207.224.0.0/15
NetName:    QWEST-INET-111
NetHandle:  NET-207-224-0-0-1
Parent:     NET-207-0-0-0-0
NetType:    Direct Allocation
NameServer: AUTHNS1.MPLS.QWEST.NET
NameServer: AUTHNS2.DNVR.QWEST.NET
NameServer: AUTHNS3.STTL.QWEST.NET
Comment:
RegDate:    1996-10-16
Updated:    2006-05-15

OrgAbuseHandle: QIA2-ARIN
OrgAbuseName:   Qwest Abuse
OrgAbusePhone:  +1-877-886-6515
OrgAbuseEmail:  abuse@qwest.net

OrgNOCHandle: QIN-ARIN
OrgNOCName:   Qwest IP NOC
OrgNOCPhone:  +1-877-886-6515
OrgNOCEmail:  support@qwestip.net

OrgTechHandle: QIA-ARIN
OrgTechName:   Qwest IP Admin
OrgTechPhone:  +1-877-886-6515
OrgTechEmail:  ipadmin@qwest.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Strix**

**Wireless**

**Mesh**

High perf. Low-
latency for
VoIP Video,
Data Access
and Backhaul

www.strixsystems.com

Advertise on this site

how-to block ads

**Speakeasy Business DSL**
Broadband w/o the Phone
Company No Start Up Costs

**Can you get DSL?**
Check your Location for Service!
Over 98% of the USA is covered

**Find Broadband Service**
One website with many providers
Check you location for Free!

**Macromedia Breeze**
Powerful, User-Friendly
for Web Training. Free 1
Trial

Ads by Google                                                    Advertise

Search: [                    ] [Go]

**BROADBAND** Reports.com   login                          Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [                    ] or back to dslreports.com/whois

### Result for **24.10.149.65**

```
--> fwhois 24.10.149.65@whois.arin.net
[whois.arin.net]
Comcast Cable Communications, Inc. EASTERNSHORE-1 (NET-24-0-0-0-1)
                          24.0.0.0 - 24.15.255.255
Comcast Cable Communications UTAH-11 (NET-24-10-128-0-1)
                          24.10.128.0 - 24.10.255.255

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-24-10-128-0-1@whois.arin.net"
[whois.arin.net]

CustName:    Comcast Cable Communications
Address:     3 Executive Campus
Address:     5th Floor
City:        Cherry Hill
StateProv:   NJ
PostalCode:  08002
Country:     US
RegDate:     2003-11-05
Updated:     2004-07-02

NetRange:    24.10.128.0 - 24.10.255.255
CIDR:        24.10.128.0/17
NetName:     UTAH-11
NetHandle:   NET-24-10-128-0-1
Parent:      NET-24-0-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2003-11-05
Updated:     2004-07-02

OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-856-317-7272
OrgAbuseEmail:  abuse@comcast.net

OrgTechHandle: IC161-ARIN
OrgTechName:   Comcast Cable Communications Inc
OrgTechPhone:  +1-856-317-7200
OrgTechEmail:  CNIPEO-Ip-registration@cable.comcast.com
```

**Strix Wireless Mesh**

High perf. Low-latency for VoIP Video, Data Access and Backhaul

www.strixsystems.com

Advertise on this site

how-to block ads

# EXHIBIT K

# Exhibit K
## REPORT #59860

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "MI"[49] | 6/6/2003 | GSMIC 0088-89 | 207.94.117.26 |
| "Chuck"[50] | 10/18/2003 | 0089 | 12.83.76.5 |
| "Chet"[51] | 3/29/2004 | 0089-90 | 63.196.242.123 |
| "Jolene"[52] | 6/27/2004 | 0090 | 63.196.241.143 |

---

[49] MI Rubdioux, cigar1007@yahoo.com, 909-468-5110
[50] Chuck Black
[51] Chet Ubetcha
[52] Jolene Marker

# EXHIBIT K-1







E-mail to a Friend
Printer Friendly Version
Category:
**Accounting**

Submitted: 6/6/2003 5:01:24 PM
Modified: 6/27/2004 11:35:22 PM

# George S May International Company ripoff deceptive company abused & mistreated just high pressured sales people camouflaged as Business Analyst Park Ridge Illinois *UPDATE Employee ..inside information ..George S. May 100% guarantee and 2:1 savings ..what the Company verbally gives you is not what you think

Company
**George S May International Company**
Address:
**S. Northwest Hwy
Park Ridge Illinois 60068
U.S.A.**
Phone Number:
**847-825-8806**
Fax:

**BeWare ALL Small to Medium-Sized Business Owners:**

**George S May will sucker you into providing a 2 day business Study for $350. What this translates to is 1 or 2 individuals coming to your company, probing into all your financials, followed by applying such high pressure sales tactics to sign a contract in the amount of $158 per man hour plus travel, lodging and expenses ($40,000 PLUS)because if YOU don't get their crew in that NEXT day, you will be in financial ruin in days. Literally. In Days. Yes, again, Repeat, $40,000, plus.
2 Representatives, 1 project mgr plus all expenses, which do not include copies to kinkos, atty's fees (need to be inc. you know) etc.**

**In the event that you do not sign their evaluation form (its a CONTRACT) they progress to insulting, yelling, such rude behavior, it is absolutely incredible. Oh! Did I not mention the fact that THEY DON'T LEAVE! Because if You refuse and refuse and refuse..., the 210 plus manhours, they have another evaluation form (aka CONTRACT) for 1 day in the amount of $3,792 ($158 per man hour for 3 people) Plus Expenses which they'll never document on paper, Just Reasonable Expenses.**

This company is a TOTAL RIP-OFF from the time they arrive until you have to physically remove them. Did I mention the fact that they don't know poo about accounting practices. These guys are just high pressured sales people camouflaged as Business Analyst. They are
at your place of business to get you to sign a thousands of dollars contract Period.

STAY AWAY FROM THIS ORGANIZATION. We refused to sign and we were insulted, screamed at, yelled at, it was deplorable.

MI
City of Industry, California
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S May International Company, please use the search box below

George S May International Company    [ Search ]

In order to assure the best results in your search:
- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA?s.*

Click here to go to our *advanced search* page.

### Rebuttal UPDATE Employee ..inside information
Submitted: 10/18/2003 11:44:26 AM Modified: 10/18/2003 10:19:32 PM

# George S. May 100% guarantee and 2:1 savings ..what the Company verbally gives you is not what you think

A 100% satisfaction guarantee that the George May Company verbally gives you is not what you think.
Under no circumstances you get your money back. What you receive is more of the same consulting without charge. When you reach this point, you just want to have the consultants leave, even if they offer to stay for no charge.

A 2:1 reduction in expenses that is verbally promised by the George May Company is not what you think. The savings does not actually take place while the consultants are at your business, but at a future date. When these normally bogus savings do not appear, you do not get your money back, but you may be offered more consulting at no charge. At this point you do not want them back.

The above techniques are taught to employees to overcome sales objections. Even if they address the above in writting, the orginal contract states that only items within the contract are binding.

BUYER BEWARE

Chuck - Park Ridge, Illinois
U.S.A.

### Rebuttal UPDATE EX-employee responds
Submitted: 3/29/2004 6:03:25 PM Modified: 3/30/2004 12:17:54 AM

## NO YOU DO NOT GET ANYTHING FREE even with the guarantee!

Hold on if your not happy with ANY of the work done by George S. May International Corp. you are TOLD they will come back "OFF the CLOCK" but NEVER free. If you ask them to come in and make you happy after you find out that all they did in their consulting was to drain your bank account.

You have to PAY the travle EXPENSES inbound / outbound, hotel fees, rental cars while at your location plus $35.00 to feed the consultants.

When is "off the clock" free? NEVER with George S May!

George S May A TOTAL RIP OFF from all aspects.

Chet - Los Angeles, California
U.S.A.

### Rebuttal Consumer Suggestion
Submitted: 6/27/2004 12:27:37 AM Modified: 6/27/2004 11:35:20 PM

## Call us....Thank you RIP OFF REPORT!

We need your help we want our life back, money back! If you have been duped by this company please cal us [DELETED]for more details!

HELP! log onto [DELETED]for more or this web site and help us get our money back! PLEASE post your names and contact information we have a growing list that may bring this company to a place where they no longer think it is okay to charge $50,000.00 for a $1.00 blue note book.

Thank you RIP OFF REPORT!

Ripoff Reports filed and they said thank you to badbusinessbureau.com

Jolene - Ogden, Utah
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

---

### REBUTTAL BOX
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**
Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

GSMIC 0090

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

If you are having trouble submitting via our JavaScript form such as Web TV users, please use our Non-JavaScript form.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Reporter | Lawsuits(Coming Soon) | Revenge Guide
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 by BadBusinessBureau.com

GSMIC 0091

# EXHIBIT K-2

Page 1 of 7

Rip-off Report.com - badbusinessbureau.com

**Cheryl A. Contois**

From:    EDitor@ripoffreport.com
Sent:    Monday, September 19, 2005 9:14 PM
To:      EDitor@ripoffreport.com
Subject: George S May redacted Author Report, not sure about rebuttal Rules comment??? https://www.ripoffreport.com/view.asp?ID=59860

https://www.ripoffreport.com/view.asp?ID=59860



...by consumers, for consumers

a service of *bad*businessbureau.com

**RIP-OFF**
**Report.com**

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | My Account | Logout

**RIP-OFF**

**Do-It-Yourself Guide**

Submitted: 6/6/2003
5:01:24 PM
Modified: 4/11/2005
7:29:53 PM

Admin logged in: [Main Admin | Report Copy | Author Info | Return all Reports]
This report was created by MI Rubdioux - cigar1007@yahoo.com - 909.468.5110 - 207.94.117.26

 E-mail to a Friend
Printer Friendly Version
Category:
Accounting

**George S May International Company ripoff deceptive company abused & mistreated just high pressured sales people camouflaged as Business Analyst Park Ridge Illinois *UPDATE Employee ..inside information ..George S. May 100% guarantee and 2:1 savings ..what**

CLICK
HERE

About the ads below...

Great deals on
DIGITAL CAMERAS
as $49⁹⁹
low as

**half**.com
by eBay



8/16/2006

Unlimited
Internet
Access!

# the Company verbally gives you is not what you think

Company

## George S May International Company

Address:
**S. Northwest Hwy**
**Park Ridge Illinois 60068**
**U.S.A.**
Phone:
847-825-8806
Fax: -
Email: ikushnir@georgesmay.com

goHotelRooms
Discount Hotel Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements

**BeWare ALL Small to Medium-Sized Business Owners:**

**George S May will sucker you into providing a 2 day business Study for $350. What this translates to is 1 or 2 individuals coming to your company, probing into all your financials, followed by applying such high pressure sales tactics to sign a contract in the amount of $158 per man hour plus travel, lodging and expenses ($40,000 PLUS)because if YOU don't get their crew in that NEXT day, you will be in financial ruin in days. Literally. In Days. Yes, again, Repeat, $40,000, plus.**
**2 Representatives, 1 project mgr plus all expenses, which do not include copies to kinkos, atty's fees (need to be inc. you know) etc.**

**In the event that you do not sign their evaluation form (its a CONTRACT) they progress to insulting, yelling, such rude behavior, it is absolutely incredible. Oh! Did I not mention the fact that THEY DON'T LEAVE! Because if You refuse and refuse and refuse..., the 210 plus manhours, they have another evaluation form (aka CONTRACT) for 1 day in the amount of $3,792 ($158 per man hour for 3 people) Plus Expenses which they'll never document on paper, Just Reasonable Expenses.**

**This company is a TOTAL RIP-OFF from the time they arrive until you have to physically remove them. Did I mention the fact that they don't know poo about accounting practices. These guys are just high pressured sales people camouflaged as Business Analyst. They are at your place of business to get you to sign a thousands of dollars contract Period.**

**STAY AWAY FROM THIS ORGANIZATION. We refused to sign and we were insulted, screamed at,**

Rip-off Report.com - badbusinessbureau.com

yelled at, it was deplorable.

MI
City of Industry, California
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S May
International Company, please use the search box below

[George S May International Company]   [Search]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.

This rebuttal was created by Chuck Black, 12.83.76.5

# Rebuttal UPDATE Employee ..inside information

Submitted: 10/18/2003 11:44:26 AM
Modified: 10/18/2003 10:19:32 PM
-- 12.83.76.5

# George S. May 100% guarantee and 2:1 savings ..what the Company verbally gives you is not what you think

A 100% satisfaction guarantee that the George May Company verbally gives you is not what you think.

Under no circumstances you get your money back. What you receive is more of the same consulting without charge. When you reach this point, you just want to have the consultants leave, even if they offer to stay for no charge.

A 2:1 reduction in expenses that is verbally promised by the George May Company is not what you think. The savings does not actually take place while the consultants are at your business, but at a future date. When these normally bogus savings do not appear, you do not get your money back, but you may be offered more consulting at no charge. At this point you do not want them back.

The above techniques are taught to employees to overcome sales objections. Even if they address the above in writting, the orginal contract states that only items within the contract are binding.

BUYER BEWARE

Chuck - Park Ridge, Illinois
U.S.A.

This rebuttal was created by Chet Ubetcha, 63.196.242.123

# Rebuttal UPDATE EX-employee responds

Submitted: 3/29/2004 6:03:25 PM
Modified: 3/30/2004 12:17:54 AM
- - 63.196.242.123

## NO YOU DO NOT GET ANYTHING FREE even with the guarantee!

Hold on if your not happy with ANY of the work done by George S. May International Corp. you are TOLD they will come back "OFF the CLOCK" but NEVER free. If you ask them to come in and make you happy after you find out that all they did in their consulting was to drain your bank account.

You have to PAY the travle EXPENSES inbound / outbound, hotel fees, rental cars while at your location plus $35.00 to feed the consultants.

When is "off the clock" free? NEVER with George S May!

George S May A TOTAL RIP OFF from all aspects.

Chet - Los Angeles, California
U.S.A.

This rebuttal was created by Jolene Marker, 63.196.241.143

# Rebuttal Consumer Suggestion

Submitted: 6/27/2004 12:27:37 AM
Modified: 6/27/2004 11:35:20 PM
- - 63.196.241.143

## Call us....Thank you RIP OFF REPORT!

We need your help we want our life back, money back! If you have been duped by this company please cal us [DELETED]for more details!

HELP! log onto [DELETED]for more or this web site and help us get our money back! PLEASE post your names and contact information we have a growing list that may bring this company to a place where they no longer think it is okay to charge $50,000.00 for a $1.00 blue note book.

Thank you RIP OFF REPORT!

Ripoff Reports filed and they said thank you to badbusinessbureau.com

Jolene - Ogden, Utah
U.S.A.

CLICK here to see why Rip-off Report, as a matter of policy, deleted either a phone number, link or e-mail address from this Report.

This rebuttal was created by Chet Ubetcha, 63.196.245.91

# Rebuttal UPDATE EX-employee responds

Submitted: 12/11/2004 11:53:14 AM
Modified: 12/11/2004 2:36:11 PM
- - 63.196.245.91

## International is all Gone, forced to shut down the office in Italy.

It has been reported they are forced to shut down the office in Italy. So how can't they say they are an international company any longer they have no offices other then Chicago and Vegas. Well unless you count the trips to Canada by Americans to scam Canadaian business owners. There is no

International to GSM any longer.

How will they spin it? Sales are WAY down people are standing up to the bullies of the consulting world. GO get them RIP OFF REPORT!

Jolene should get her money back NOW!

Chet - Provo, Utah
U.S.A.

This rebuttal was created by Leslie Teal, 70.48.31.147

# Rebuttal Consumer Comment

Submitted: 4/11/2005 3:32:33 PM
Modified: 4/11/2005 3:32:33 PM
- - 70.48.31.147

# I was almost an employee of George S. May International

When I was offered the opportunity to work with George S. May International it felt like a scripted process from interview to hire.

The HR department asked for my credit card to book my flight from Toronto to Chicago. This was explained that I would have reimbursement from the company by the end of the training period.

I was instructed to memorize a sales script to heart before arriving in Chicago for training. This did not do much to make me feel like I was hired for my ability and professionalism.

When the nagging doubt in the pit of my stomach told me this was not comfortable, I contacted the director of HR. He attempted to overcome my objections with some pretty slick answers.

If it doesn't feel right ... it usually isn't.

Leslie - St. Catharines, Ontario
Canada

Rip-off Report.com – badbusinessbureau.com

Page 7 of 7

## REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report



Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003 A Service of badbusinessbureau.com

# EXHIBIT K-3

**Whois Search**
Register Your Domain Name Now! Online
Services Industry Leaders.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                                    Advertise

Search: [            ]  Go

# BROADBAND
Reports.com    login                                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another: [            ]    or back to dslreports.com/whois

Result for **207.94.117.26**

```
--> fwhois 207.94.117.26@whois.arin.net
[whois.arin.net]

OrgName:    ICG NetAhead, Inc.
OrgID:      ICGN
Address:    161 Inverness Drive West
City:       Englewood
StateProv:  CO
PostalCode: 80112
Country:    US

NetRange:   207.94.80.0 - 207.94.127.255
CIDR:       207.94.80.0/20, 207.94.96.0/19
NetName:    ICGNET-51
NetHandle:  NET-207-94-80-0-1
Parent:     NET-207-0-0-0-0
NetType:    Direct Allocation
NameServer: AS1.ICG.NET
NameServer: AS2.ICG.NET
Comment:    Addresses within this block are non-portable
RegDate:
Updated:    2004-05-06

RTechHandle: IPADM127-ARIN
RTechName:   IP Admin
RTechPhone:  +1-303-414-5000
RTechEmail:  ip_admin@icgcomm.com

OrgAbuseHandle: ABUSE170-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-303-414-5000
OrgAbuseEmail:  abuse@icgcom.com

OrgTechHandle: IPADM127-ARIN
OrgTechName:   IP Admin
OrgTechPhone:  +1-303-414-5000
OrgTechEmail:  ip_admin@icgcomm.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

**Compare**

**IP Phone**

**Services**

View Ratings

And Reviews

Of Leading

Broadband

Phone Service

Providers

www.ipphoneratings.com

Advertise on this site

how-to block ads

**Who Owns this Domain**
Domains, Email, Hosting & More.
Grow Your Business. Register
Today!

**Boost Your Internet Speed**
Increase your internet connection
up to 375% - free speed test

**Speakeasy Business DSL**
Broadband w/o the Phone
Company No Start Up Costs

**Network Solutions**
Domains, Hosting, Web S
More. ICANN Accred. Lea
here!

Ads by Google                                                                                                    Advertise

Search: [                    ] [Go]

# BROADBAND
### Reports.com

login                                                                              Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                          or back to dslreports.com/whois

### Result for **12.83.76.5**

```
--> fwhois 12.83.76.5@whois.arin.net
[whois.arin.net]
AT&T WorldNet Services ATT (NET-12-0-0-0-1)
                        12.0.0.0 - 12.255.255.255
AT&T Worldnet Services ATTSVC-12-80-0-0 (NET-12-80-0-0-1)
                        12.80.0.0 - 12.83.255.255
```

## Compare
## IP Phone
## Services

### View Ratings
### And Reviews
### Of Leading
### Broadband
### Phone Service
### Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-12-80-0-0-1@whois.arin.net"
[whois.arin.net]

CustName:    AT&T Worldnet Services
Address:     412 Mount Kemble Ave.
Address:     P.O. Box 1995
City:        Morristown
StateProv:   NJ
PostalCode:  07962
Country:     US
RegDate:     2003-10-01
Updated:     2003-10-01

NetRange:    12.80.0.0 - 12.83.255.255
CIDR:        12.80.0.0/14
NetName:     ATTSVC-12-80-0-0
NetHandle:   NET-12-80-0-0-1
Parent:      NET-12-0-0-0-1
NetType:     Reassigned
Comment:     Contact AT&T Abuse ( abuse@att.net ) for policy abuse issue
RegDate:     2003-10-01
Updated:     2003-10-01

RTechHandle: DK71-ARIN
RTechName:   Kostick, Deirdre
RTechPhone:  +1-919-319-8249
RTechEmail:  help@ip.att.net
```

Advertise on this site

```
OrgAbuseHandle: ATTAB-ARIN
OrgAbuseName:   ATT Abuse
OrgAbusePhone:  +1-919-319-8130
OrgAbuseEmail:  abuse@att.net
```

how-to block ads

```
OrgTechHandle: ICC-ARIN
OrgTechName:   IP Customer Care
OrgTechPhone:  +1-888-613-6330
OrgTechEmail:  qhoang@att.com

OrgTechHandle: IPSWI-ARIN
OrgTechName:   IP SWIP
OrgTechPhone:  +1-888-613-6330
OrgTechEmail:  help@ip.att.net

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:44:51

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

**feedback for broadbandreports**

**Whois Search**
Register Your Domain Name Now! Online
Services Industry Leaders.
Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start
Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More
Accred. Learn more here!
www.networksolutions.com

Ads by Google                                                                    Advertise

Search: [＿＿＿＿＿＿＿＿] [Go]



login                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                          or back to dslreports.com/whois

Result for **63.196.242.123**

```
--> fwhois 63.196.242.123@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-63-192-0-0-1)
                       63.192.0.0 - 63.207.255.255
PPPoX Pool Rback7 63.196.240.0 (NET-63-196-240-0-1)
                       63.196.240.0 - 63.196.247.255
```

**Compare**

**IP Phone**

**Services**

View Ratings

And Reviews

Of Leading

Broadband

Phone Service

Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-63-196-240-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool Rback7 63.196.240.0
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-21
Updated:     2002-06-21

NetRange:    63.196.240.0 - 63.196.247.255
CIDR:        63.196.240.0/21
NetName:     SBCIS-062002142653
NetHandle:   NET-63-196-240-0-1
Parent:      NET-63-192-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-21
Updated:     2002-06-21

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
```

Advertise on this site

how-to block ads

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Friday, 18-Aug
17:45:04

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

**Whois Search**
Register Your Domain Name Now! Online Services Industry Leaders. Register.com

**Speakeasy Business DSL**
Broadband w/o the Phone Company No Start Up Costs
www.Speakeasy.net

**Network Solutions**
Domains, Hosting, Web Sites & More Accred. Learn more here!
www.networksolutions.com

Ads by Google                                    Advertise

Search: [            ] Go

# BROADBAND Reports.com

login                                    Theme:

| Home | Find Service | Reviews | News | FAQs | Forums | Tools | Maps | Search | About |

| Intro | FAQ | Tweak Test | Speed Tests | Line Quality | Line Monitor | **Whois** | Doctor Ping | »» |

Ads by Google

Check another:                    or back to dslreports.com/whois

### Result for **63.196.241.143**

```
--> fwhois 63.196.241.143@whois.arin.net
[whois.arin.net]
SBC Internet Services SBCIS-SIS80 (NET-63-192-0-0-1)
                      63.192.0.0 - 63.207.255.255
PPPoX Pool Rback7 63.196.240.0 SBCIS-062002142653 (NET-63-196-240-0-1)
                      63.196.240.0 - 63.196.247.255
```

## Compare
## IP Phone
## Services

View Ratings
And Reviews
Of Leading
Broadband
Phone Service
Providers

www.ipphoneratings.com

```
# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
--> fwhois "!NET-63-196-240-0-1@whois.arin.net"
[whois.arin.net]

CustName:    PPPoX Pool Rback7 63.196.240.0
Address:     268 Bush St #5000
City:        San Francisco
StateProv:   CA
PostalCode:  94104
Country:     US
RegDate:     2002-06-21
Updated:     2002-06-21

NetRange:    63.196.240.0 - 63.196.247.255
CIDR:        63.196.240.0/21
NetName:     SBCIS-062002142653
NetHandle:   NET-63-196-240-0-1
Parent:      NET-63-192-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2002-06-21
Updated:     2002-06-21

RTechHandle: PIA2-ORG-ARIN
RTechName:   IPAdmin-PBI
RTechPhone:  +1-800-648-1626
RTechEmail:  pbiip@txmail.sbc.com

OrgAbuseHandle: ABUSE6-ARIN
OrgAbuseName:   Abuse - Southwestern Bell Internet
OrgAbusePhone:  +1-800-648-1626
OrgAbuseEmail:  abuse@sbcglobal.net

OrgNOCHandle: SUPPO-ARIN
```

Advertise on this site

how-to block ads

```
OrgNOCName:    Support - Southwestern Bell Internet Services
OrgNOCPhone:   +1-800-648-1626
OrgNOCEmail:   support@swbell.net

OrgTechHandle: IPADM2-ARIN
OrgTechName:   IPAdmin-SBIS
OrgTechPhone:  +1-800-648-1626
OrgTechEmail:  IPAdmin-SBIS@sbis.sbc.com

# ARIN WHOIS database, last updated 2006-08-17 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

Sixth year online! © 1999-2006 dslreports.com.
Terms of Use - Privacy Policy. Use signifies your agreement.
Hosting by www.nac.net - DSL,Hosting & Co-lo.

feedback for
broadbandreports

# EXHIBIT L

# Exhibit L
## REPORT #106424

| AUTHOR | DATE | BATES RANGE | IP |
|---|---|---|---|
| "Danny"[53] | 8/31/2004 | GSMIC 0092-95 | 208.13.141.94 |
| "Dah"[54] | 8/31/2004 | 0096 | 67.160.169.22 |
| "Steve" | 9/2/2004 | 0097 | |

---

[53] Danny Griego, dgfanfaremedia@earthlink.net, 702-871-5269
[54] Dah Solonger of Tucson, Arizona, songbird@yahoo.com, 503-388-0697

# EXHIBIT L-1

Submitted: 8/31/2004 8:15:54 PM
Modified: 9/2/2004 4:38:44 PM

Category:
Corrupt Companies

# George S. May International Company ripoff Do Not Work For These People Park Ridge Illinois *Consumer Comment ..Owner of George S. May Company child pornography and other heineous crimes

Company
## George S. May

Address:
303 Northwest Hwy
Park Ridge Illinois 60068
U.S.A.
Phone Number:

Fax:

Having just recently completed the worst six months of my entire life's career as an Executive Analyst with the George S. May Company I finally feel empowered to join in with others in speaking out against this horrible company.

I too lasted far longer than anyone in my class (six months) and can attest to the accuracy of all that has been posted and rather than rehash the postings I wish to address one question that I have seen posted with great regularity: why don't more ex-employees come forward?

Let me give you some personal background before I dive into my response. I am probably the typical GSM recruit. I had a degree in business, I had succeeded in reaching the officer level in a fortune 500 company and I had "the look," the white shirt, dark suit, polished shoes, expensive watch and the graying temples that just screamed integrity and knowledge. Oh yeah...and I had been laid off from my $100,000 plus position due to downsizing, and for the first time in my life had been forced to really look for a job (incidentally, GSM is just one of the predators that are out there waiting to talk to displaced executives that happen to be over 40 years old and scared, just search for the Haldane Company on this same site).

After six months of sending out a couple of hundred resumes and getting very few calls of interest from anyone really reputable (see above reference to Haldane) or being told at interview after interview that I was too experienced or wouldn't be happy starting at such a great reduction in salary (truth be told I would have been happy just to work) the

GSMIC 0092

George S. May Company called me. The absolute relief at hearing that "one of the oldest and largest consulting firms in the world" was interested in me and was discussing a position where I could make, "as one of their top performers over $175,000." The more they talked the better it got, my plane fares would be covered and I would receive a per diem to cover my travel expenses, and health INSURANCE!!! I was directed, very carefully, to their website to investigate the position further and then set up with an appointment to meet their recruiter.

If you have actually applied to GSM or have been contacted by them in response to your resume being posted on Monster then you have undoubtedly received the same spiel...I know, because on occasion I was the person calling you up to set the appointment! That's right, even the recruiting call is scripted, and in such a way as to sound enticing without giving too much information. In retrospect, I heard in your voices the same relief that I know I had in mine when I eagerly accepted the invitation to meet with the recruiter (the psychology that these guys use is truly frightening).

I watched the video on the website and realized that this was truly my calling; I was going to be helping small to mid-size business owners get back their dreams! I would be traveling to wonderful locations and meeting with people who have decided they needed the help of outside experts and since I would undoubtedly be one of the top producers I would be paid at the level that I was used to. What could possibly be the downside, right?

Evidently this initial scam works quite well amongst its target market; the desperate displaced executive. In my class we had M.B.A.s, lawyers, bankers, former business owners, Silicon Valley casualties and a couple of young, aggressive wanna-bees that fell for the pitch too. After the well documented training sessions with the inimitable Diane Gill, we were sent out, one at a time/one to a taxi, to travel home before leaving for our first assignment the following week. I probably should have paid a bit more attention to the cab driver that took me to the airport because believe me, he knew more about the company, its turnover rate, and the probability of my failure than I ever did.

I honestly felt, initially, that I was doing good for the business owners that I was calling on. The reality of the small business owner is that many of the ones I met did not have the basic business skills to effectively run (by business school standards) their own operations. I met people who had no idea how to read their Profit and Loss statements, didn't know their profit margins, had employees stealing them blind, truly were heading down the path to bankruptcy and had no one to turn to for help. I was the answer...I followed the script because I knew that, even if the methods seemed canned, the ultimate goal was to get these people the help they needed from the experts that would be following me. I was good...I could make my clients laugh or cry and I was getting closer to attaining that auto pilot attitude where I could mouth whatever "the council" wanted me to say except for one part; how would these people pay for the $40,000 in services that I was telling them they needed?

That's right, I could beat them into submission, get them to admit their faults, recognize that they had to call us in or face certain ruin, I just couldn't buy into the concept that we would take their last bit of cash flow to help them. Not

GSMIC 0093

that it mattered to the GSM company; I had Senexs tell me to get them on a certain credit card website to see if they could qualify for a new card to finance the services (at 18% annual interest). I was told to "roll up my sleeves" and call their overdue accounts to see if we could generate enough cash flow to "just get started." It was suggested that they call their families to see if there was a way to pool finances to get us in the door, to cover just one day (so that the next crew could have an opportunity to locate the money for the rest of the contract).

Well, I couldn't do it...oh at first it made sense, after all I was saving them their company, but after awhile I realized that if these people actually had the cash flow to finance our services they probably didn't need us and if they had no money how on earth were they going to pay us?

I also began to question the quality of the "experts" from Management Services that followed me when I began to notice on my commission statements that very few of my jobs actually ran for the full term. Granted there were a couple that did, and a couple that ran over but by and large the vast majority ended very quickly. What was going on after I left? We were forbidden by the company from contacting our clients after we left their premises so I couldn't call to find out but I did have to do a couple of personal turnovers (where the Analyst turns over the account personally to the Management Services people at the business with the client present).

I found out that these weren't the advanced specialists that we were led to believe them to be...they were simply analysts that couldn't cut it in the field and for whatever reason stayed on with GSM for a while longer. There job was just to print out the boilerplate notebook, eat up billable hours and stay on as long as the client could tolerate them. It sounds harsh I know, but in my mind the one justification for my actions was that I was bringing in experts..... yeah,.... right.

I got quite a few go aheads but because I was never able to make it to the elusive "x contract," consequently the money was truly negligible. In the time I was there my commissions never went over $22,000, and thats after six full months of heavy weekly travel! I did qualify for their insurance, which incidentally is very good... probably because no one ever gets to use it.

I realized early on that what I was doing wasn't entirely right but I managed to convince myself that it wasn't entirely wrong either and thats when the company psychology kicks in again... the Senex informed me that I was being considered for a management trainee position!! That's right after just a few short months they saw in me the talent necessary to become a Senex! That would mean I wouldn't have to leave my family every Sunday night, I wouldn't have to stay in flea bag motels, I wouldn't have to drive till two or three in the morning to get to the small town where my unsuspecting victim's business was located. I just needed to play the game a little better, and get a little more ruthless at taking people's money.

GSMIC 0094

Wow, essentially if I gave up all semblance of integrity in just a short time I could be the idiot screaming at bewildered, former professionals reduced to being Executive Analysts! I actually got to shadow these people (Senexs) and believe me they are every bit as intimidated by their higher ups as an analyst is.

The difference is that they know they are selling crap...and for that they can not be forgiven. I was almost willing to make this compact with the devil until a client brought the Rip-off Report to my attention (in a not so subtle way, I might add). I was astonished; this had never been discussed in training, and what made it even more disturbing was that everything I read rang true. The Senex I was working with just had the same, lame excuse cited by others...its just disgruntled ex-employees....even Disney has complaints on this website...don't worry about it, most people will never even read it.

Well I did, as often as I could, and the more I read the more ashamed I became of what I was doing. Here it was in black and white, the whole horrible "act," and not just for me to see but also my friends, my previous co-workers, and my family. Never had I been ashamed of what I did for employment until I joined the G.S.M. International Company.

It has taken some time to admit to myself that I was duped by this ridiculous operation. It took many nights in many "fleabag" motels, many hours sitting bored out of my mind at airports awaiting my next assignment, many holidays and birthdays away from family, and many months of facing virtual financial ruin to realize just how badly I had been had. I can not say that I ever look forward to meeting any of my former clients again because I simply can't face them knowing the economic hardship I undoubtedly put them through.

In a sense this posting has been cathartic....if I can convince one person as to the validity of all that is posted here and persuade them not to work for or hire this company then I will feel that I have achieved something positive from my horrendous relationship with GSM.

Danny
Henderson, Nevada
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on George S. May, please use the search box below

| George S. May | Search |

In order to assure the best results in your search:

GSMIC 0095

- Keep the name short & simple, and try different variations of the name.
- Do not include "com", "S", "Inc.", "Corp", or "LC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

## Rebuttal Consumer Comment
Submitted: 8/31/2004 9:05:53 PM Modified: 9/1/2004 1:27:33 AM

# Owner of George S. May Company child pornography and other heineous crimes

The founder of this company has a background of child pornography and other heineous crimes. Some are so bad I don't want to mention them, but I must.

I will be back with more as I check on details. This is so serious, I will check all the facts I have before posting.

Here is what I do have the facts on. He likes to claim to some he is a good Christian to gain the trust of those he will deceive. He flashes the "fish" sign around, which must be some sort of secret Christian signal.

Meanwhile, he offers drugs to junior high school children to get them to engage in sex with each other on tape. He has the tapes in his office. He thinks he keeps the harddrive clean, but some of us have backed up the porn. We are just waiting for the police to show up and we will come forward.

There is some secret porn club of pedifiles at George S. May which involves the office directors. When they have district meetings they watch kiddie porn videos and smoke crack.

These are some really messed up people. More to follow in a few days as soon as I can verify a few things. Party pictures will also be posted.

Dah - Tucson, Arizona
U.S.A.

GSMIC 0096

Rip O    eport:George S. May International Company ripoff Do Not ˜    ˜k For These People Park Ridge Illinois

Pa ˜ of 6

## Rebuttal UPDATE EX-employee responds
Submitted: 9/2/2004 10:32:26 AM Modified: 9/2/2004 4:38:44 PM

# Now even for me that is garbage! GSMIC are scammers not criminals

The Owner of the Company is some old lady in California. I think that if you have information about such allegations you should contact the police. They are so outrageous as to a joke.

Don't misunderstand me. These guys are all a bunch of crooks. From the President on down, but I think you have gone too far. If you really believe your allegations, make sure they are investigated, and then let everyone know.

As a business man or as a potential employee, I still recommend that you stay away. These are not ethical people and are a bunch of crooks

Steve - Ste. Dorothee, Quebec
Canada

GSMIC 0097

# EXHIBIT L-2

Rip-off Report.com - badbusinessbureau.com

## Cheryl A. Contois

**From:** EDitor@ripoffreport.com
**Sent:** Thursday, July 07, 2005 1:37 PM
**To:** EDitor@ripoffreport.com
**Subject:** George S May http://www.ripoffreport.com/view.asp?id=106424



...by consumers, for consumers

a service of
**badbusinessbureau.com**

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | My Account | Logout

Do-It-Yourself Guide

**CLICK HERE**

About the ads below...

Great deals on DIGITAL CAMERAS
as low as **$49.99**

This report was created by Danny Griego - dgfanfaremedia@earthlink.net - 702.871.5269 - 208.13.141.94

Submitted:
**8/31/2004 8:15:54 PM**
Modified: **9/2/2004 4:38:44 PM**

☒ E-mail to a Friend
▤ Printer Friendly Version
Category:
**Corrupt Companies**

# George S. May International Company ripoff Do Not Work For These People Park Ridge Illinois

8/16/2006

Rip-off Report.com - badbusinessbureau.com



**Unlimited Internet Access!**

goHotelRooms

Discount Hotel
Reservations
GoHotelRooms.com

Trade video games
Nutritional Supplements



## George S. May

Address:
303 Northwest Hwy
Park Ridge Illinois 60068
U.S.A.
Phone:

Fax: -

Having just recently completed the worst six months of my entire life's career as an Executive Analyst with the George S. May Company I finally feel empowered to join in with others in speaking out against this horrible company.

I too lasted far longer than anyone in my class (six months) and can attest to the accuracy of all that has been posted and rather than rehash the postings I wish to address one question that I have seen posted with great regularity; why don't more ex-employees come forward?

Let me give you some personal background before I dive into my response. I am probably the typical GSM recruit. I had a degree in business, I had succeeded in reaching the officer level in a fortune 500 company and I had "the look," the white shirt, dark suit, polished shoes, expensive watch and the graying temples that just screamed integrity and knowledge. Oh yeah...and I had been laid off from my $100,000 plus position due to downsizing, and for the first time in my life had been forced to really look for a job (incidentally, GSM is just one of the predators that are out there waiting to talk to displaced executives that happen to be over 40 years old and scared, just search for the Haldane Company on this same site).

After six months of sending out a couple of hundred resumes and getting very few calls of interest from anyone really reputable (see above reference to Haldane) or being told at interview after interview that I was too experienced or wouldn't be happy starting at such a great reduction in salary (truth be told I would have been happy just to work) the George S. May Company called me. The absolute relief at hearing that "one of the oldest and largest consulting firms in the world" was interested in me and was discussing a position where I could make, "as one of their top performers over $175,000." The more they talked the better it got, my plane fares would be covered and I would receive a per diem to cover my travel expenses, and health INSURANCE!!! I was directed, very carefully, to their

Rip-off Report.com - badbusinessbureau.com

website to investigate the position further and then set up with an appointment to meet their recruiter.

If you have actually applied to GSM or have been contacted by them in response to your resume being posted on Monster then you have undoubtedly received the same spiel...I know, because on occasion I was the person calling you up to set the appointment! That's right, even the recruiting call is scripted, and in such a way as to sound enticing without giving too much information. In retrospect, I heard in your voices the same relief that I know I had in mine when I eagerly accepted the invitation to meet with the recruiter (the psychology that these guys use is truly frightening).

I watched the video on the website and realized that this was truly my calling; I was going to be helping small to mid-size business owners get back their dreams! I would be travelling to wonderful locations and meeting with people who have decided they needed the help of outside experts and since I would undoubtedly be one of the top producers I would be paid at the level that I was used to. What could possibly be the downside, right?

Evidently this initial scam works quite well amongst its target market; the desperate displaced executive. In my class we had M.B.A.s, lawyers, bankers, former business owners, Silicon Valley casualties and a couple of young, aggressive wanna-bees that fell for the pitch too. After the well documented training sessions with the inimitable Diane Gill, we were sent out, one at a time/one to a taxi, to travel home before leaving for our first assignment the following week. I probably should have paid a bit more attention to the cab driver that took me to the airport because believe me, he knew more about the company, its turnover rate, and the probability of my failure than I ever did.

I honestly felt, initially, that I was doing good for the business owners that I was calling on. The reality of the small business owner is that many of the ones I met did not have the basic business skills to effectively run (by business school standards) their own operations. I met people who had no idea how to read their Profit and Loss statements, didn't know their profit margins, had employees stealing them blind, truly were heading down the path to bankruptcy and had no one to turn to for help. I was the answer...I followed the script because I knew that, even if the methods seemed canned, the ultimate goal was to get these people the help they needed from the experts that would be following me. I was good...I could make my clients laugh or cry and I was getting closer to attaining that auto pilot attitude where I could mouth whatever "the council" wanted me to say except for one part; how would these people pay for the $40,000 in services that I was telling them they needed?

That's right, I could beat them into submission, get them to admit their faults, recognize that they had to call us in or face certain ruin, I just couldn't buy into the concept that we would take their last bit of cash flow to help them. Not that it mattered to the GSM company; I had Senexs tell me to get them on

a certain credit card website to see if they could qualify for a new card to finance the services (at 18% annual interest). I was told to "roll up my sleeves" and call their overdue accounts to see if we could generate enough cash flow to "just get started." It was suggested that they call their families to see if there was a way to pool finances to get us in the door, to cover just one day (so that the next crew could have an opportunity to locate the money for the rest of the contract).

Well, I couldn't do it...oh at first it made sense, after all I was saving them their company, but after awhile I realized that if these people actually had the cash flow to finance our services they probably didn't need us and if they had no money how on earth were they going to pay us?

I also began to question the quality of the "experts" from Management Services that followed me when I began to notice on my commission statements that very few of my jobs actually ran for the full term. Granted there were a couple that did, and a couple that ran over but by and large the vast majority ended very quickly. What was going on after I left? We were forbidden by the company from contacting our clients after we left their premises so I couldn't call to find out but I did have to do a couple of personal turnovers (where the Analyst turns over the account personally to the Management Services people at the business with the client present).

I found out that these weren't the advanced specialists that we were led to believe them to be...they were simply analysts that couldn't cut it in the field and for whatever reason stayed on with GSM for a while longer. There job was just to print out the boilerplate notebook, eat up billable hours and stay on as long as the client could tolerate them. It sounds harsh I know, but in my mind the one justification for my actions was that I was bringing in experts..... yeah,.... right.

I got quite a few go aheads but because I was never able to make it to the elusive "x contract," consequently the money was truly negligible. In the time I was there my commissions never went over $22,000, and thats after six full months of heavy weekly travel! I did qualify for their insurance, which incidentally is very good... probably because no one ever gets to use it.

I realized early on that what I was doing wasn't entirely right but I managed to convince myself that it wasn't entirely wrong either and thats when the company psychology kicks in again... the Senex informed me that I was being considered for a management trainee position!! That's right after just a few short months they saw in me the talent necessary to become a Senex! That would mean I wouldn't have to leave my family every Sunday night, I wouldn't have to stay in flea bag motels, I wouldn't have to drive till two or three in the morning to get to the small town where my unsuspecting

victim's business was located. I just needed to play the game a little better, and get a little more ruthless at taking people's money.

Wow, essentially if I gave up all semblance of integrity in just a short time I could be the idiot screaming at bewildered, former professionals reduced to being Executive Analysts! I actually got to shadow these people (Senexs) and believe me they are every bit as intimidated by their higher ups as an analyst is.

The difference is that they know they are selling crap...and for that they can not be forgiven. I was almost willing to make this compact with the devil until a client brought the Rip-off Report to my attention (in a not so subtle way, I might add). I was astonished; this had never been discussed in training, and what made it even more disturbing was that everything I read rang true. The Senex I was working with just had the same, lame excuse cited by others, its just disgruntled ex-employees,...even Disney has complaints on this website,...don't worry about it, most people will never even read it.

Well I did, as often as I could, and the more I read the more ashamed I became of what I was doing. Here it was in black and white, the whole horrible "act," and not just for me to see but also my friends, my previous co-workers, and my family. Never had I been ashamed of what I did for employment until I joined the G.S.M. International Company.

It has taken some time to admit to myself that I was duped by this ridiculous operation. It took many nights in many "fleabag" motels, many hours sitting bored out of my mind at airports awaiting my next assignment, many holidays and birthdays away from family, and many months of facing virtual financial ruin to realize just how badly I had been had. I can not say that I ever look forward to meeting any of my former clients again because I simply can't face them knowing the economic hardship I undoubtedly put them through.

In a sense this posting has been cathartic,...if I can convince one person as to the validity of all that is posted here and persuade them not to work for or hire this company then I will feel that I have achieved something positive from my horrendous relationship with GSM.

Danny
Henderson, Nevada
U.S.A.

**Company Search**

Rip-off Report.com - badbusinessbureau.com

Page 6 of 7

If you would like to see more Rip-off Reports™ on George S. May, please use the search box below

George S. May   [ Search ]

In order to assure the best results in your search:

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our *advanced search* page.



REBUTTAL BOX
MY COMPANY HAS BEEN REPORTED!
HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

Technical questions can be addressed to our

Best if viewed with Netscape 4, Internet Explorer   Having trouble searching or filing a report?! It

Feel free to send us suggestions and comments

8/16/2006

Rip-off Report.com - badbusinessbureau.com

Page 7 of 7

to our editorial staff.

webmaster.

4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2003 a service of badbusinessbureau.com

# Cheryl A. Contois

| | |
|---|---|
| **From:** | EDitor@ripoffreport.com |
| **Sent:** | Thursday, July 28, 2005 4:15 PM |
| **To:** | EDitor@ripoffreport.com |
| **Subject:** | ED's Copy ONLY I found the Missing George S May Report # 106424 DELETED REBUTTAL info RE: Owner of George S. May Company child pornography and other heineous crimes |

**Follow Up Flag:** Follow up

**Flag Status:** Flagged

---

| | | |
|---|---|---|
| 8/31/2004 9:05:53 PM **1** 67.160.169.22 | 106424 In-Active **Rebuttal** | Owner of George S. May Company child pornography and other heineous crimes |

106424 George S. May International Company ripoff Do Not Work For These People Park Ridge Illinois

Dah Solonger of Tucson,Arizona, 503-388-0697, songbird@yahoo.com                    George S. May-,Illinois

| | | |
|---|---|---|
| 9/1/2004 6:00:07 AM **2** 67.160.169.22 | 106424 In-Active **Rebuttal** | Thank you |

106424 George S. May International Company ripoff Do Not Work For These People Park Ridge Illinois

Ken Wall of Tucson,Arizona, 503-388-0697, kwcreative@hotmail.com                    George S. May-,Illinois

8/18/2006