| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006 I electronically filed **Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

        Bart A. Lazar
        Rachel M. Kindstrand
        Seyfarth Shaw LLP
        131 South Dearborn Street, Suite 2400
        Chicago, IL 60603

        XCENTRIC VENTURES, LLC and ED MAGEDSON

        By:_____/s/ James K. Borcia_____
                One of Their Attorneys

Maria Crimi Speth, Esq.
JABURG & WILK PC
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 248-1000

James K. Borcia
David O. Yuen
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000

#303054