**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GEORGE S. MAY** | ) | |
| **INTERNATIONAL COMPANY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case Number:  04 C 6018 |
| | ) | |
| **XCENTRIC VENTURES, LLC,** | ) | Judge Charles R. Norgle |
| **RIP-OFF REPORT.COM** | ) | |
| **BADBUSINESSBUREAU.COM,** | ) | |
| **ED MAGEDSON, VARIOUS** | ) | |
| **JOHN DOES, JANE DOES AND** | ) | |
| **ABC COMPANIES,** | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    James K. Borcia, Esq.            Maria Crimi Speth
         David O. Yuen, Esq.              Jaburg & Wilk, P.C.
         Tressler, Soderstrom, Maloney & Priess    Great American Tower
         233 South Wacker Drive, 22nd Floor    3200 North Central Avenue, Suite 2000
         Chicago, IL  60606-6308           Phoenix, AZ 85012

       **PLEASE TAKE NOTICE** that on **December 29, 2006**, at **10:30 a.m.**, we will appear before the Honorable Charles R. Norgle, or any judge sitting in his place or stead in Room 2341 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Plaintiff's Motion for An Extension of Time to File Written Objections to Magistrate's Report and Recommendation,** a copy of which is attached and hereby served upon you.

Dated:  December 27, 2006          **GEORGE S. MAY INTERNATIONAL**
                                           **COMPANY**

                          By: _____
                                 One of Its Attorneys

Bart A. Lazar, Esq.
Rachel M. Kindstrand, Esq.
**SEYFARTH SHAW LLP**
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

CH1 10868004.3

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing **Plaintiff's Motion for An Extension of Time to File Written Objections to Magistrate's Report and Recommendation** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney & Priess
233 South Wacker Drive, 22nd Floor
Chicago, IL  60606-6308

Maria Crimi Speth
Jaburg & Wilk, P.C.
Great American Tower
3200 North Central Avenue, Suite 2000
Phoenix, AZ 85012

_____

Rachel M. Kindstrand

CH1 10868004.3