EXHIBIT A

Rip-off Report.com - badbusinessbureau.com    Page 8 of 13

4) Have a 3rd party exaimine the 'contract' and/or 'program' before you sign. The employees are instructed to use high pressure for you to sign without giving you time to get advice or think things over. The employees will say that you can close the project at the end of any day; but you could be billed for $10,000 if three employees showup, and will not leave until the end of the second day, with alot of expenses included.

It is clear to me that if a small business needs some outside advice to correct problems, the logical direction is to find someone that has a backgound in you industry. Industry groups or vendors may give you a lead. Forget about the promised savings from George May, they will not happen while they are working, and will not respond if you do not realize the promised savings.

Ask what results can be promised for a specfic dollar amount. $5,000-nothing, $10,000 nothing, $15,000 nothing, George May wants alot more money than you are thinking about spending. And once you start, it is very, very difficult to stop the meter from running. BE VERY CAREFUL.

One day of consultants can cost you $10,000 with all related inbound and outbound expenses. George May will say that they cannot provide any deliverables in 1 day. George May is very expensive for a small business.

Buyer Beware

Bruce - New York, New York
U.S.A.

# Rebuttal REBUTTAL Owner of company

Submitted: 10/20/2003 1:51:09 PM
Modified: 10/20/2003 11:54:26 PM

## Message from the President of George S May International Company ..This may include a full refund

I have been mandated by the George S. May International Company Board of Directors to address and resolve all issues on 'Rip-off Report.com' in a timely and professional manner.

I encourage all clients and employees to contact me at #800-999-3020 for a full resolution of your problem. This may include a full refund.

http://www.ripoffreport.com/view.asp?id=41290&view=printer

GSMIC 0043

Rip-off Report.com - badbusinessbureau.com

Page 9 of 13

GSMIC 0044

Israel Kushnir
President
George S. May International Company

Israel Kushner - Park Ridge, Illinois
U.S.A.

# Rebuttal Consumer Comment
Submitted: 10/23/2003 7:37:35 AM
Modified: 10/23/2003 9:28:33 PM

## Mr. Kushner/Kushnir, which is it?

It's great the the president of GSM standup and respond to the comments at this site. However, in the future, perhaps he should spell his own name the same way within the comment.

Kushnir or Kushner?

Personal attention by the company president? Hardly......

Rob - Omaha, Nebraska
U.S.A.

# Rebuttal Consumer Comment
Submitted: 3/3/2004 8:56:44 AM
Modified: 3/3/2004 9:41:09 PM

## going it is going into the trash , Thank you Rip-off Report!

I suffered a lay off and have my resume visible on the careerbuilder.com web site. They just e-mailed me a job advertisment.

It is going it is going into the trash with the rest of my spam!

http://www.ripoffreport.com/view.asp?id=41290&view=printer