EXHIBIT C

Dockets.Justia.com



...by consumers, for consumers
RIP-OFF
Report.com
a service of badbusinessbureau.com
Don't let them get away with it.™
Make sure they make the Rip-off Report™
Home
File
Search
Register
Login

Submitted: **7/4/2006**
**6:33:47 AM**
Modified: **7/7/2006**
**1:07:13 AM**

Category:
**Corrupt Companies**

**George S. May - International Profit Associates GSMay & IPA - Business Surgery or Stabbing? ripoff Buffalo Grove Illinois *UPDATE EX-employee responds ..Excellent inside story on May Co. and IPA**

Company
**George S. May - International Profit Associates**
Address:
**1250 Barclay Blvd**
**Buffalo Grove Illinois 60089**
**U.S.A.**
Phone:

Fax: -

**It is said that for every dollar you make, there are 10 people trying to take it away from you. Here's the poop on both George S. May and International Profit Associates:**

**I spent the worst year of my 18 year career life with George S. May. Everyone in the field is on a straight commission basis. The verbal and emotional abuse we analysts and consultants took you cannot begin to believe unless you experience it yourself. I can truly relate to the sweat shops that existed in this country in the early 1900's.**

**The analyst often stretches the truth to get a "go-ahead", the client realizes he/she has been duped, and we often get thrown off the job because of it. Then we would catch hell for not working miracles and keeping the job alive. We were not allowed to make our own travel arrangements. My boss at George once had me sit outside the client gate in Texas in 108F heat for three days demanding payment for three days of services rendered ($15,000).**

**Finally my boss agreed to take post-dated checks, spreading the payment out over two months (the recommendation I made**

on the first day we were thrown off the job!) I received no pay for those days broiling in the sun, and I wasn't allowed to leave until I collected. I guess George isn't aware of the involuntary servitude statutes. Analysts are not supposed to lie to get the contract, but to my knowledge, they are not disciplined when they are caught doing so.

George's management consultant training was terrible. It was a week of how to fill out their paperwork and how to word things to keep us out of legal trouble. Absolutely no (nada, zilch, zero) training was given on how to help a client in his/her business. Employee turnover at George is unbelievably high, probably 80%. IPA was better. IPA treats their consultants with respect. Their training for business consultants was very good- focused on how to provide true value to the client. Also, from my experience as a consultant, their sister company (ITA) can actually save clients money on future years' tax obligations. Employee turnover at IPA is a fraction of that at George.

Here are some position perspectives you may find interesting:
Analyst- someone who gets into your business drawers long enough to pressure you into signing a contract for management consulting services and tax consulting services and exit strategy planning and anything else they can add to their "suck out the company dollars" list. Excuse me. I meant to say, "Any other value-added products and services they can provide."

The training for analysts is first and foremost a sales psychology workshop. George's training is excellent in that regard. The focus is not "find out what the company needs", but "figure out what the client wants and then tell him/her we will make it happen." While you are figuring that out, see how much money the owner has or can get their hands on (borrow from friends or relatives, LOC from the bank, 2nd mortgage on their home, etc.)

The underlying premise of the analyst's effort is the same as that for all high pressure sales: ones fear of loss is greater than the desire for gain. They must quickly get in, probe, and initiate your pain (identify your motivators and scare you into needing help. For example, "When is the last time you had a peaceful vacation? Wouldn't it be great to sit on the beach and have your company run itself without you having to worry about what is going on in your absence? What will your wife and children do if you lose your business? What would they do if, God forbid, something happened to you?") The analyst is told by their supervisor how many hours the engagement is to be written for. The number quoted is usually directly related to your net worth.

Project Manager or Project Director- the person they send in to rekindle the fire lit by the analyst and offset any buyer's remorse you may have. This person develops the engagement (project) plan which lays out the features and benefits of the engagement. This person's job is to establish control of the client. (The one who has control dictates the path forward.)

Senior Business Consultant or Staff Executive- someone who supposedly has the credentials and skill set to swoop into your business and help you solve all its ills. These are the people that, if properly trained and skilled, can actually do a small business some good. The sad part is, the consultant only makes about 13% of the rate billed to the client. So these business "surgeons" only make $20-30/hr. The sales people, project managers, administration, and company execs get the rest. If you count all the travel time and idle time (no assignment), the average pay rate may be closer to$15/hr.

George S. May usually tries to send in two consultants and one project director so that the billed hours accrue faster. Billing rates are around $200 per hour PLUS expenses, oh and a per diem for meals that could feed a king. In fact, the consultant views the per diem as a critical part of his/her pay.

Here are recommendations for anyone who recognizes the need to get help in running their business. If you are contacted by a management consulting firm and decide to allow an analyst to come in...

1. Ask to see their resume to qualify them to analyze your business. Lacking a resume, qualify them with probing questions. If you aren't comfortable with their answers, THROW THEM OUT. The fact is, the analyst has no idea how to improve your business. THEY ARE SALES PEOPLE NOT DIAGNOSTICIANS. The George S. May analysts must call into the office in your presence to talk with "Counsel." The whole phone conversation is a staged act for your benefit. There is no counsel. They are talking with their coordinator. The coordinator is coaching them on what to say to cinch the deal and get the contract signed.

2. Firm up payment terms before signing anything. If they insist on getting paid in full each week, there is a good reason: they know they will never see the money if they let the payments stretch out and you wise up and throw them out. Better to throw them out NOW! If your business is not prospering and you need help, does it make sense that a consulting firm that wants to help you succeed would demand all their money while your business is ill? Why are they not willing to put some of their money at risk if they will deliver results as they claim?

3. Ask to examine the credentials of the business consultants (staff executives) they propose to assign to your engagement. They won't be able to comply because consultant assignment is made the evening of the sale. The consultant is probably sitting at an airport waiting for a sale to be made and an assignment coordinated. While they have a college degree, many of the consultants have never run a small business and have no first hand experience in your industry. Tell the consultant you want to speak with three of their last five clients. They probably will hide behind "confidentiality" since they can't give you three satisfied clients of their last five engagements. If you are not comfortable with the person assigned, make them change out the consultant with a qualified one AT THEIR EXPENSE.

4. Demand from the project manager a specific, concise list of deliverables you will receive for your money, along with a project plan. Don't accept a paragraph of gibberish and enticing phrases that it takes you three readings to figure out what they are trying to say. Remember, the more vague the promises, the less substance you can expect. Also, do not agree to pay for the project manager to come back for any reason. With George S. May, the PMs are often sent back to a job because there is no other place to send them.

5. Insist on receipts for all expenses they invoice. Usually they estimate car rental charges and outgoing airfare. Your rule needs to be "No receipt, no reimbursement." Also insist that they not bill you for outgoing airfare if they leave before Thursday, since they will be going to another client who they will bill for their inbound airfare. If a job closes on Thursday or Friday, they are likely headed home, so the outbound airfare is a legitimate expense. If the engagement starts mid-week, set

**an expectation that the consultant will work through the weekend to minimize air fare. Since they are always booking flights last minute, airfare is very high. Also, confirm time of departure from your office vs. billed time.**

**6. Never accept a contract that is +/- 10%. I have never known an engagement that lasted -10%, except those that crashed before completion.**

**7. Don't accept job descriptions, organization charts, employee handbooks and asinine boiler plate as value-added work. You can get all that off the internet for minimal cost. If you want deliverables like these, have the consultant guide your people in the development of them. This saves you money and results in internal ownership of the end products.**

**8. Schedule at least one hour daily for the consultant to teach you something relevant to running a good business.**

**9. Check out the Inc. magazine article on John Burgess, President of IPA.**

**Some clients benefit from a consulting engagement. It depends on the consultant. Just like doctors, some are better than others. Some know just what is required. Others, well...just donate your money to charity instead.**

**John**
**Sacramento, California**
**U.S.A.**

**Company Search**

**If you would like to see more Rip-off Reports™ on George S. May - International Profit Associates, please use the search box below**

George S. May - International Profit Associates [Search]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

Click here to go to our ***advanced search*** page.

**Rebuttal UPDATE EX-employee responds**
Submitted: **7/6/2006 2:40:42 PM**
Modified: **7/6/2006 2:40:42 PM**

**Excellent inside story on May Co. and IPA**

**I commend the writer, John, of this report on George S. May and IPA. As a former employee of George S. May, he is 100% accurate describing the unethical business practices of both companies. Both the May Company and IPA are not management consulting firms, in my opinion. Rather, they are sales organizations designed to bleed small business owners of their last nickel.**

**I will again suggest that any small business owner looking for consulting advice to contact his local attorney, CPA, fellow Rotary Club member, etc. for recommendations.**

**Jason - Edina, Minnesota**
**U.S.A.**

***REBUTTAL BOX***
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too! CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.** CLICK HERE to File your OWN Rip-Off Report

Banner 468x60

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

```
<html><head><title>Rip Off Report:George S. May - International Profit Associates
GSMay & IPA - Business Surgery or Stabbing? ripoff Buffalo Grove Illinois</title>
<meta NAME='keywords' CONTENT='rip-off,ripoff,rip off,George S. May - International
Profit Associates,Company,Corrupt Companies'>
<meta NAME='description' CONTENT='George S. May - International Profit Associates
GSMay & IPA - Business Surgery or Stabbing? ripoff Buffalo Grove Illinois'>
<script src="/__utm.js" type="text/javascript"></script>
<SCRIPT LANGUAGE="JavaScript" SRC="/classes/tipster.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/java.js"></SCRIPT>
<SCRIPT LANGUAGE="JavaScript" SRC="/includes/javastatic.js"></SCRIPT>
<link rel="stylesheet" href="/includes/menu.css" type="text/css">
</head>
<body bgcolor="#FFFFFF" leftmargin="0" topmargin="0" marginwidth="0"
marginheight="0" onload="preloadImages();setLoginImages();" text="#000000"
link="#CC0000" vlink="#CC0000" alink="#FF9900">
<table width="100%" border="0" cellpadding="0" cellspacing="0">
        <tr>
                <td width="1"><nobr><a
href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_01.gif"
border="0" width="197" height="129" alt="" /></a><a
href="http://www.ripoffreport.com/reports/"><img src="/images_v4/mastfile_02.gif"
border="0" width="189" height="129" alt="" /></a></td>
                <td width="1" valign="top"><table width="1" border="0"
cellpadding="0" cellspacing="0">
                        <tr>
                                <td valign="top"><img
src="/images_v4/mastfile_03-08.gif" alt="" border="0" width="390" height="85"></td>
                        </tr>
                        <tr>
                                <td><nobr><img src="/images_v4/mastfile_10.gif"
width="9" height="27" alt="" /><a
href="http://www.ripoffreport.com/default.asp"><img name="home"
src="/images_v4/home.gif" width="75" height="27" border="0" alt="Home" /></a><a
href="https://www.ripoffreport.com/write.asp"><img name="file"
src="/images_v4/file.gif" width="70" height="27" border="0" alt="File a Rip-Off
Report" /></a><a href="http://www.ripoffreport.com/search.asp"><img name="search"
src="/images_v4/search_nav.gif" width="79" height="27" border="0" alt="Search
Reports" /></a><a href="https://www.ripoffreport.com/account.asp"><img
name="account" src="/images_v4/register.gif" width="76" height="27" border="0"
alt="User Account" /></a><a href="https://www.ripoffreport.com/logout.asp"><img
name="login" src="/images_v4/login.gif" width="78" height="27" border="0"
alt="Login" /></a><img src="/images_v4/mastfile_15.gif" width="3" height="27" alt=""
/></td></tr>
                        <tr>
                                <td><img name="mastfile_16"
src="/images_v4/mastfile_16.gif" width="390" height="17" alt="" /></td>
                        </tr>
                        </table>
                </td>
            <td background="/images_v4/header_filler.gif" width="100%"><img
src="/images_v4/spacer.gif" width="1" height="1" alt="" /></td>
  </tr>
</table>

<table width="100%">
<tr>
        <td width="125" valign="top">
                <table cellspacing="0" cellpadding="3" width="116">
        <tr>
                <td bgcolor="#006BB1"><a href="/ads.asp" target="ads"><font
color="#FFFFFF" style="font-size:11px">About the ads below...</font></a></td>
        </tr>
</table>
```

```
<br>

<!--begin ads-->

<!--end ads-->

<br>

<br>

<a href="http://www.consumermediapublishing.com/" target="nw"><img
src="/images/banners/consumermedia.gif" width="120" height="600"
border="0"></a></div><br>
<br>
<img src="/images/spacer.gif" width="120" height="5" border="0"><br>

<font size="1"><a href="/reports/ripoff167471.htm" target="nw">
<center>Rip-off Report Corporate
Advocacy Business
Remediation & Customer
Satisfaction Program;
ED Magedson, Founder
Rip-off Report explains
how this program works to
benefit consumers &
businesses</a><br /></font>
<br>

<A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A></center><br/>
<br/>

<div align="center">
<a href="http://www.hammockstock.com/?src=rip" title="Hammocks at Hammock Stock"
style="text-decoration:none;" target="ads">
   <div style="background-color:#8AB98A; padding:0px; margin:0px; display:block;
height:20px; width:120px; color:#ffffff; font-family:Verdana, Arial, Helvetica,
sans-serif; text-align:center; font-size:10px; font-weight:bold;">Hammocks on
Sale!</div>
   <img src="/images/120x60_hammockstock.gif" width="120" height="60"
style="padding:0px; margin:0px;" alt="Hammocks"  border="0"/>
</a><br/>
<font size="1"><a href="http://www.pinoartist.com" target="pino">Artist Pino
Daeni</a></font>
<br><br>

<div align="center" style="border-color:000000;border-style:solid;border-width:1;">
<font color="red" face="Times New Roman" size="5"><b>WANTED</b></font><br/>
<font size="4"><b>DEAD BEAT</b><br>
<font color="blue">DADS & MOMS</font></font><br>
PUT YOUR DEADBEAT<br>
<b>SPOUSE ON TV!!!</b><br>
So maybe you can finally <br>
 COLLECT $$$<br>
<font face="Times New Roman" size="4"><b>WANTED</b></font><br>
Moms or dads
```

```
who are owed<br>
more than six
months child<br>
support by a
deadbeat spouse...<br>
After you filed your <br>
Rip-off Report <i>email us at<br>
<font size="1"><a
href="mailto:EDitor@ripoffreport.com">EDitor@ripoffreport.com</a></font> Rip-off
Report<br>
will forward your filed<br>
Report to Producers</i>.
</div>
<br><br>

<a
href="http://www.toysplash.com/Category/Beach&engine=ripoffreport&keyword=Beach-120x
60v" title="Beach Toys at ToySplash" style="border:1px solid #a8d1ea; padding:0px;
margin:0px; display:block; height:90px; width:120px; text-decoration:none;"
target="ads">
   <img
src="/images/120x60_ToySplash_Button2.gif"
width="120" height="60" style="padding:0px; margin:0px;" alt="Beach Toys"
border="0"/>
   <div style="color:#0379c1; font:Verdana, Arial, Helvetica, sans-serif;
text-align:center; width:120; font-size:11px;">Beach toys for less!</div>
  </a>
  <br>
  <br>

<a href="#" onclick="openWin('/photos.asp')"><img src="/images/postit_photos.gif"
width="98" height="92" alt="" border="0"></a><div>

<br><br>
<a href="http://www.votersguide.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.gamestro.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.advolution.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.winefile.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.gardendo.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.blindschalet.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.geeksmart.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.sportstro.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.allurejewelry.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>
<a href="http://www.vacationfile.com" target="ls"><img src="/images/spacer.gif"
width="10" height="10" border="0"/></a><br/><br/>

<br/><br/>

<!--pop under ad-->

<script>
<!--
//Pop-under window- By JavaScript Kit
```

```
//Credit notice must stay intact for use
//Visit http://javascriptkit.com for this script

//specify page to pop-under
var popunder="/ads/popunder.htm"

//specify popunder window features
//set 1 to enable a particular feature, 0 to disable
var
winfeatures="width=800,height=510,scrollbars=1,resizable=1,toolbar=1,location=1,menu
bar=1,status=1,directories=0"

//Pop-under only once per browser session? (0=no, 1=yes)
//Specifying 0 will cause popunder to load every time page is loaded
var once_per_session=1

///No editing beyond here required/////

function get_cookie(Name) {
  var search = Name + "="
  var returnvalue = "";
  if (document.cookie.length > 0) {
    offset = document.cookie.indexOf(search)
    if (offset != -1) { // if cookie exists
      offset += search.length
      // set index of beginning of value
      end = document.cookie.indexOf(";", offset);
      // set index of end of cookie value
      if (end == -1)
         end = document.cookie.length;
      returnvalue=unescape(document.cookie.substring(offset, end))
      }
   }
  return returnvalue;
}

function loadornot(){
if (get_cookie('popunder')==''){
loadpopunder()
document.cookie="popunder=yes"
}
}

function loadpopunder(){
win2=window.open(popunder,"",winfeatures)
win2.blur()
window.focus()
}

if (once_per_session==0)
loadpopunder()
else
loadornot()
-->
</script>
                </td>
                <td width="1" style="width:1;"
background="/images/bline_vert.gif"></td>
                <td width="100%" valign="top">
<center>

<a href="http://www.ripoffrevenge.com" target="nw"><img
src="/images/GuideBanner.gif" alt="" width="600" height="75" border="0"></a>
```

<br/>

<a href="http://www.consumermediapublishing.com/" target="nw"><img src="/images/banners/MortgageBook_HorizBannerAd.gif" width="468" height="59" vspace="3" border="0"></a>
<br><br>
<table BORDER=0 CELLSPACING=1 CELLPADDING=1 width='100%'><tr><td>
<font face="arial" size="1"><a href="/emailfriend.asp?id=199380"><img src="/images/email.gif" hspace="3" width="18" height="17" border="0">E-mail to a Friend</a><br><a href="/view.asp?id=199380&view=printer"><img src="/images/print.gif" hspace="3" width="18" height="17" border="0">Printer Friendly Version</a><font face="arial" size="3">
<br>Category: <br><font size="4"><b>Corrupt Companies</b></td><td align=right><font size=3 face=arial>Submitted: <b>7/4/2006 6:33:47 AM</b><BR>Modified: <b>7/7/2006 1:07:13 AM</b><BR></font></td></tr></table>
<img SRC="/images/line.gif" width='100%' HEIGHT=7 BORDER=0><br>
<table BORDER=0 CELLSPACING=1 CELLPADDING=1 width='100%'><tr><td align=left><font face="arial" SIZE=5><b>George S. May - International Profit Associates GSMay & IPA - Business Surgery or Stabbing? ripoff Buffalo Grove Illinois *UPDATE EX-employee responds ..Excellent inside story on May Co. and IPA</B></font></td></tr></table>
<img SRC="/images/line.gif" width='100%' HEIGHT=7 BORDER=0><br>
<table BORDER=0 CELLSPACING=1 CELLPADDING=1 width='100%'><tr><td><font face="arial" size=3>Company<br><font size="5"><b>George S. May - International Profit Associates</font><BR></b>Address:<BR><b>1250 Barclay Blvd<BR>Buffalo Grove Illinois 60089<BR>U.S.A.<BR></b>Phone Number:<br><BR>Fax: <b></b></font></td></tr></table>
<img SRC="/images/line.gif" width='100%' HEIGHT=7 BORDER=0><br>
<table BORDER=0 CELLSPACING=1 CELLPADDING=1 width='100%'><tr><td><br><font size=3 face="arial"><b>It is said that for every dollar you make, there are 10 people trying to take it away from you. Here's the poop on both George S. May and International Profit Associates: <BR>
<BR>
I spent the worst year of my 18 year career life with George S. May. Everyone in the field is on a straight commission basis. The verbal and emotional abuse we analysts and consultants took you cannot begin to believe unless you experience it yourself. I can truly relate to the sweat shops that existed in this country in the early 1900's. <BR>
<BR>
The analyst often stretches the truth to get a “go-ahead”, the client realizes he/she has been duped, and we often get thrown off the job because of it. Then we would catch hell for not working miracles and keeping the job alive. We were not allowed to make our own travel arrangements. My boss at George once had me sit outside the client gate in Texas in 108F heat for three days demanding payment for three days of services rendered ($15,000). <BR>
<BR>
Finally my boss agreed to take post-dated checks, spreading the payment out over two months (the recommendation I made on the first day we were thrown off the job!) I received no pay for those days broiling in the sun, and I wasn't allowed to leave until I collected. I guess George isn't aware of the involuntary servitude statutes. Analysts are not supposed to lie to get the contract, but to my knowledge, they are not disciplined when they are caught doing so. <BR>
<BR>
George's management consultant training was terrible. It was a week of how to fill out their paperwork and how to word things to keep us out of legal trouble. Absolutely no (nada, zilch, zero) training was given on how to help a client in his/her business. Employee turnover at George is unbelievably high, probably 80%. IPA was better. IPA treats their consultants with respect. Their training for business consultants was very good- focused on how to provide true value to the client. Also, from my experience as a consultant, their sister company (ITA) can actually save clients money on future years' tax obligations. Employee turnover at IPA is a fraction of that at George.<BR>
<BR>
Here are some position perspectives you may find interesting:<BR>
Analyst- someone who gets into your business drawers long enough to pressure you

into signing a contract for management consulting services and tax consulting services and exit strategy planning and anything else they can add to their "suck out the company dollars" list. Excuse me. I meant to say, "Any other value-added products and services they can provide."<BR>
<BR>
The training for analysts is first and foremost a sales psychology workshop. George's training is excellent in that regard. The focus is not "find out what the company needs", but "figure out what the client wants and then tell him/her we will make it happen." While you are figuring that out, see how much money the owner has or can get their hands on (borrow from friends or relatives, LOC from the bank, 2nd mortgage on their home, etc.) <BR>
<BR>
The underlying premise of the analyst's effort is the same as that for all high pressure sales: ones fear of loss is greater than the desire for gain. They must quickly get in, probe, and initiate your pain (identify your motivators and scare you into needing help. For example, "When is the last time you had a peaceful vacation? Wouldn't it be great to sit on the beach and have your company run itself without you having to worry about what is going on in your absence? What will your wife and children do if you lose your business? What would they do if, God forbid, something happened to you?") The analyst is told by their supervisor how many hours the engagement is to be written for. The number quoted is usually directly related to your net worth. <BR>
<BR>
Project Manager or Project Director- the person they send in to rekindle the fire lit by the analyst and offset any buyer's remorse you may have. This person develops the engagement (project) plan which lays out the features and benefits of the engagement. This person's job is to establish control of the client. (The one who has control dictates the path forward.) <BR>
<BR>
Senior Business Consultant or Staff Executive- someone who supposedly has the credentials and skill set to swoop into your business and help you solve all its ills. These are the people that, if properly trained and skilled, can actually do a small business some good. The sad part is, the consultant only makes about 13% of the rate billed to the client. So these business "surgeons" only make $20-30/hr. The sales people, project managers, administration, and company execs get the rest. If you count all the travel time and idle time (no assignment), the average pay rate may be closer to$15/hr. <BR>
<BR>
George S. May usually tries to send in two consultants and one project director so that the billed hours accrue faster. Billing rates are around $200 per hour PLUS expenses, oh and a per diem for meals that could feed a king. In fact, the consultant views the per diem as a critical part of his/her pay.<BR>
<BR>
Here are recommendations for anyone who recognizes the need to get help in running their business. If you are contacted by a management consulting firm and decide to allow an analyst to come in…<BR>
<BR>
1. Ask to see their resume to qualify them to analyze your business. Lacking a resume, qualify them with probing questions. If you aren't comfortable with their answers, THROW THEM OUT. The fact is, the analyst has no idea how to improve your business. THEY ARE SALES PEOPLE NOT DIAGNOSTICIANS. The George S. May analysts must call into the office in your presence to talk with "Counsel." The whole phone conversation is a staged act for your benefit. There is no counsel. They are talking with their coordinator. The coordinator is coaching them on what to say to cinch the deal and get the contract signed.<BR>
<BR>
2. Firm up payment terms before signing anything. If they insist on getting paid in full each week, there is a good reason: they know they will never see the money if they let the payments stretch out and you wise up and throw them out. Better to throw them out NOW! If your business is not prospering and you need help, does it make sense that a consulting firm that wants to help you succeed would demand all their money while your business is ill? Why are they not willing to put some of their money at risk if they will deliver results as they claim?<BR>

<BR>
3. Ask to examine the credentials of the business consultants (staff executives) they propose to assign to your engagement. They won't be able to comply because consultant assignment is made the evening of the sale. The consultant is probably sitting at an airport waiting for a sale to be made and an assignment coordinated. While they have a college degree, many of the consultants have never run a small business and have no first hand experience in your industry. Tell the consultant you want to speak with three of their last five clients. They probably will hide behind "confidentiality" since they can't give you three satisfied clients of their last five engagements. If you are not comfortable with the person assigned, make them change out the consultant with a qualified one AT THEIR EXPENSE.<BR>
<BR>
4. Demand from the project manager a specific, concise list of deliverables you will receive for your money, along with a project plan. Don't accept a paragraph of gibberish and enticing phrases that it takes you three readings to figure out what they are trying to say. Remember, the more vague the promises, the less substance you can expect. Also, do not agree to pay for the project manager to come back for any reason. With George S. May, the PMs are often sent back to a job because there is no other place to send them.<BR>
<BR>
5. Insist on receipts for all expenses they invoice. Usually they estimate car rental charges and outgoing airfare. Your rule needs to be "No receipt, no reimbursement." Also insist that they not bill you for outgoing airfare if they leave before Thursday, since they will be going to another client who they will bill for their inbound airfare. If a job closes on Thursday or Friday, they are likely headed home, so the outbound airfare is a legitimate expense. If the engagement starts mid-week, set an expectation that the consultant will work through the weekend to minimize air fare. Since they are always booking flights last minute, airfare is very high. Also, confirm time of departure from your office vs. billed time.<BR>
<BR>
6. Never accept a contract that is +/- 10%. I have never known an engagement that lasted -10%, except those that crashed before completion.<BR>
<BR>
7. Don't accept job descriptions, organization charts, employee handbooks and asinine boiler plate as value-added work. You can get all that off the internet for minimal cost. If you want deliverables like these, have the consultant guide your people in the development of them. This saves you money and results in internal ownership of the end products.<BR>
<BR>
8. Schedule at least one hour daily for the consultant to teach you something relevant to running a good business. <BR>
<BR>
9. Check out the Inc. magazine article on John Burgess, President of IPA.<BR>
<BR>
Some clients benefit from a consulting engagement. It depends on the consultant. Just like doctors, some are better than others. Some know just what is required. Others, well…just donate your money to charity instead. <BR>
<BR>
John<BR>
Sacramento, California<br>U.S.A.</b></font><br><br></td></tr>
<tr>
<td colspan="2">

```
<script>
function validateSearch(theForm){
        if(theForm.q5.value.length < 3){
                alert("you must enter a valid search!");
                theForm.q5.focus();
                return false;
        }
        return true;
}
</script>
```

```
<form action="/results.asp" method="get" onsubmit="return validateSearch(this)">
                                          <table width="600" border="0"
cellspacing="0" cellpadding="0">
                                         <tr>
                                           <td colspan="3"><img
src="/images/company_Search.gif" alt="" width="600" height="23" border="0"></td>
                                         </tr>
                                         <tr>
                                           <td bgcolor="#000000" width="1"><img
src="/images_v4/spacer.gif" width="1" height="1"></td>
                                           <td width="598">
                                                   <table border="0" cellspacing="0"
cellpadding="10"><tr><td>

                                          <font face="arial" size="3">
                                         <strong>If you would like to see more
Rip-off Reports<SUP><FONT SIZE='1'>TM</FONT></SUP> on George S. May - International
Profit Associates,
                                         please use the search box below</strong>

                                          <br>
                                 <input type="hidden" name="q1" value="ALL">
                    <input type="hidden" name="q4">
                    <input type="hidden" name="q6">
                    <input type="hidden" name="q3">
                    <input type="hidden" name="q2">
                    <input type="hidden" name="q7">
                    <input type="hidden" name="searchtype" value="0">
                    <input type="hidden" name="submit2" value="Search!">
            <nobr><input  maxlength=200 size=50 name=q5 value="George S. May -
International Profit Associates">
                  <input  type="submit"  name="submit" value="Search"></nobr><br>
                  <font face="arial" size="2">
                                          <strong> <font color="#0000FF">In order to
assure the best results in your search:</font></strong>
                                           <i>
                                           <ul style="padding-all:0;margin-top:0;">
                                                 <li>Keep the name short & simple,
and try different variations of the name.
                                                 <li>Do not include ".com",  "S",
"Inc.", "Corp", or "LLC" at the end of the Company name.
                                                 <li>Use only the first/main part of
a name to get best results.
                                                 <li>Only search one name at a time
if Company has many AKA's.
                                           </ul>
                                           </i></font>
      <a href="search.asp">Click here</a> to go to our <strong><font
color="#FF0000"><em>advanced search</em></font></strong> page.</font>
          </td></tr></table>
                                                 </td>
                                           <td bgcolor="#000000" width="1"><img
src="/images_v4/spacer.gif" width="1" height="1"></td>
                                         </tr>
                                         <tr bgcolor="#000000">
                                           <td colspan="3"><img
src="/images_v4/spacer.gif" width="1" height="1"></td>
                                         </tr>
                                         <tr>
                                           <td colspan="3"><img
src="/images_v4/spacer.gif" width="1" height="3"></td>
                                         </tr>
                                       </table></form>
```

```
</td>
</tr>
</table>
</center>
<center>
<table BORDER=0 CELLSPACING=1 CELLPADDING=1 width='100%'>
<tr><td bgcolor=#ffffff colspan=2><font size=3 face=arial> <font face='arial'
size='5'><b>Rebuttal</b></font> <b><font color='#ff0000'> UPDATE EX-employee
responds</font></b><br> Submitted: <b>7/6/2006 2:40:42 PM</b> Modified: <b>7/6/2006
2:40:42 PM</b><BR></font></td></tr>
<tr><td bgcolor=#ffffff colspan=2><img SRC=/images/line.gif width='100%' HEIGHT=7
BORDER=0><br></td></tr>
<tr><td align=left bgcolor=#ffffff colspan=2><font face=arial SIZE=5><b>Excellent
inside story on May Co. and IPA</B></font></td></tr>
<tr><td bgcolor=#ffffff colspan=2><img SRC=/images/line.gif width='100%' HEIGHT=7
BORDER=0><br></td></tr>
<tr><td bgcolor=#ffffff colspan=2><br><font size=3 face=arial><b>I commend the
writer, John, of this report on George S. May and IPA.  As a former employee of
George S. May, he is 100% accurate describing the unethical business practices of
both companies.  Both the May Company and IPA are not management consulting firms,
in my opinion.  Rather, they are sales organizations designed to bleed small
business owners of their last nickel.<BR>
<BR>
I will again suggest that any small business owner looking for consulting advice to
contact his local attorney, CPA, fellow Rotary Club member, etc. for
recommendations.<br><br>Jason - Edina, Minnesota<br>U.S.A.</b><br><br
></font></td></tr>
</table>
</center>
<center><table border="1" bordercolor="#000000" cellpadding="1" cellspacing="0"
valign="top" width="450">
        <tr bordercolor="#ffffff">
                <td bordercolor="#ffffff">
                        <div align="center"><strong><font face="Arial">
                        <font size="5"><em>REBUTTAL BOX</em></font><br>
                        MY COMPANY HAS BEEN REPORTED!<br>
                        <font color="#FF0000">HOW DO I RESPOND?</font></strong><br>
                        <font size="2">Are you an owner, employee or ex-employee
with either negative or positive information about the company or can you provide
"insider information" on this company? Do you have a consumer suggestion on how to
resolve this problem or how to avoid it in the future?  ONLY these types of
responses will be added to the filed report, and will be posted within 24 hours of
receipt. Make your voice heard. Let them know your side, too! <br>
                        <a href="/rebuttalForm.asp?id=199380">CLICK HERE to Send us
your rebuttal on this specific report only.</a><br>
 or<br>
                        <font color="#FF0000">***</font>If you are also a victim of
the same company or person, <strong><br>
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.</strong><br>
                        <a href="/login.asp">CLICK HERE to File your OWN Rip-Off
Report</a></font>
                        </font></div>
                </td>
        </tr>
</table>
<br/><br/>

<object classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,29,0" width="468" height="60">

  <param name="movie"
value="http://welcome.lifelock.com/images/FlashLinks/LAVIDGE_468x60.swf">
```

```
  <param name="quality" value="high">

  <embed src="http://welcome.lifelock.com/images/FlashLinks/LAVIDGE_468x60.swf"
quality="high" pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" width="468" height="60"></embed></object>

<br>

<a href="http://www.ripoffrevenge.com" target="nw"><img
src="/images/GuideBanner.gif" alt="" width="600" height="75" border="0"></a>
<!--<a href="http://www.ripoffrevenge.com" target="nw"><img
src="/images/banners/468x60_ripoff_animated.gif" alt="" width="600" height="75"
border="0"></a>-->
                    <br>
             <a href="/donations.asp" target="nw"><img
src="/images/donate468x60-4.gif" alt="" width="468" height="60" border="0"></a>
<br><br>

<!-- BEGIN: Ads -->

<!-- END:Ads -->
<br><br>

</center>

</td>
                                <td width="1" style="width:1;"
background="images/bline_vert.gif"></td>
                                <td valign="top">

                                <!--right banners-->
                                <!--<font size="2"><a href="/ads/lifelock.html"
target="lifelock">EDitor recommends this

Identity Theft Service!

We verified their integrity

Click here to get

3 months FREE!:</a></font><br>
<br>
                                        <object
classid="clsid:D27CDB6E-AE6D-11cf-96B8-444553540000"
codebase="http://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#versio
n=6,0,29,0" width="160" height="600">

  <param name="movie"
value="http://welcome.lifelock.com/images/FlashLinks/ROR_160x60.swf">

  <param name="quality" value="high">

  <embed src="http://welcome.lifelock.com/images/FlashLinks/ROR_160x60.swf"
quality="high" pluginspage="http://www.macromedia.com/go/getflashplayer"
type="application/x-shockwave-flash" width="160" height="600"></embed></object>-->

                                        <div align="center"
style="border-color:000000;border-style:solid;border-width:1;padding:5;">
                                                <b>Rip-Off Report Verifies this
product is Trusted and Safe for online purchase:</b><br/>
                                                <br>
```

```
                                                            <font size="2">
<b>Identity Theft is growing, protect yourself now</b><br>
Over 26 million people lost their identities last week in a theft.  More and more
IDs are being used to purchase goods, get credit and scam others each month...<br>
<a href="http://www.lifelock.com/index.php?promocode=ROR"
target="ll">http://www.lifelock.com</a><br>
 <br>
<b>Veterans identities went offsite announces Department of Defense</b><br>
Last month the VA reported an employee who took home information on a computer had
personal identity information on hundreds of thousands of Veterans and that data was
stolen...<br>
<a href="http://www.lifelock.com/index.php?promocode=ROR"
target="ll">www.lifelock.com/veterans</a><br>
 <br>
<b>Kids now targeted for identity theft</b><br>
A new trend in using children's information to steal identities is sweeping the
nation.  Often unchecked these kids credit reports are being ruined before they
graduate...<br>
<a href="http://www.lifelock.com/kids.php?promocode=ROR"
target="ll">www.lifelock.com/kids</a>
                                                   </font>
                                                   </div>

                                                   <br><br>
                                                   <center><A
href="http://www.ripoffreport.com/donations.asp" target=nw><IMG height=100
src="http://www.ripoffreport.com/images/100X100revised.gif" width=100
border=0></A>
                    <br><br>

                    <a
href="http://www.toysplash.com/Category/Pool&engine=ripoffreport&keyword=Pool-120x24
0v" title="Pool Toys at ToySplash" target="ads"><img
src="/images/120x240_ToySplash_VerticalBanner1.gif" width="120" height="240"
border="0" alt="Pool Toys" /></a>

                                                   <br><br>

                                                   <div align="center"
style="border-color:000000;border-style:solid;border-width:1;padding:5;">
                                                   <font size="4"><u>Prescription Drug Card
Rip-Off?</u></font><br/>
<div align=left><font size="2" color=blue>Are you a member of a prescription drug
plan or do you have a prescription drug card through any
organization, such as</font><br>
<br>
<font size="2">
<li>SaveRx
<li>MatureRx
<li>CoventryAdvantraRx
<li>Humana
<li>Unicare
<li>HealthNet
<li>SierraRx
<li>United Healthcare
<li>VeteransAdvantage<br>
<br>
<font color=blue>If so, you may have unknowingly been injured financially and
therefore be entitled to reimbursement of your losses.<br>
<br>
To see if you were injured and whether you are eligible to be a
member of a class action to recover your losses please contact
```

```
<font size="1"><a
href="blocked::mailto:classaction@earthlaw.com">classaction@earthlaw.com</a></font><
/div>
                                        </div>
                                        <br/>
                                        <div align="center"
style="border-color:000000;border-style:solid;border-width:1;padding:5;">
                                                <a href="http://www.zoomtalent.com"
target="zoom">www.ZoomTalent.com</a><br/>
Articles, news, and<br>
casting calls for models,<br>
agents, and casting directors.<br>
Learn how to improve your<br>
modeling portfolio and avoid<br>
scams in the modeling industry</font>
                                        </div>
                                        <br>

                                         <font size="1">This business is CERTIFIED
SAFE. Verified by Rip-off Report</font>
                                         <div align="left"
style="width:150;color:000000;font-size:10px;border-color:000000;border-style:solid;
border-width:1;padding:5;">
Incredible Discoveries<br>
<b>Infomercials</b><br>
<br>
is a multimedia production company that specializes in half hour infomercials
dedicated to incredible products. Our direct response team is responsible for
generating over 400 million dollars in direct response television sales<br>
<br><br>
Incredible Discoveries is a division of Immediate Capital Group, is a fully
integrated production and marketing company that specializes in long-form
infomercial development. <br>
ICG co-funds media ventures involving half hour infomercials and offers funding
opportunities for manufacturers to launch products via multi-media venues.
ICG hosts a team of dynamic professionals with years of direct response ingenuity
and expertise. <br>
Our unique and fresh approach to infomercial programming has facilitated
partnerships with some of the largest agencies and manufacturers in the world.
<br><br>
<!--<a href="http://www.incrediblediscoveriesFacilities.com"
target="nw">www.incrediblediscoveriesFacilities.com</a><br>-->
<a href="http://www.incrediblediscoveriesFacilities.com" target="nw">Incredible
discoveries have state of the art, incredible infomercial Production and post
production facilities.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesInformercials.com"
target="nw">www.incrediblediscoveriesInformercials.com</a><br>-->
<a href="http://www.incrediblediscoveriesInformercials.com" target="nw">Incredible
Discoveries unique Infomercial funding model for incredible products finds and
supports consumer based product sales.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesInfoStrategy.com"
target="nw">www.incrediblediscoveriesInfoStrategy.com</a><br>-->
<a href="http://www.incrediblediscoveriesInfoStrategy.com" target="nw">Incredible
Discoveries strategy for selling products into retail through incredible infomercial
productions that help our strategic partnerships and distribution firms such as live
shopping, Catalog, international and retail by having a as seen on TV branded
product.</a><br>
<br>
<br>
```

```
<!--<a href="http://www.incrediblediscoveriesBenefits.com"
target="nw">www.incrediblediscoveriesBenefits.com</a><br>-->
<a href="http://www.incrediblediscoveriesBenefits.com" target="nw">Incredible
Discoveries full half-hour infomercials educate consumers on products by giving
viewers enough time to understand the features and benefits of an incredible as seen
on TV products.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesShopper.com"
target="nw">www.incrediblediscoveriesShopper.com</a><br>-->
<a href="http://www.incrediblediscoveriesShopper.com" target="nw">Incredible
Discoveries targets infomercial buyers that look for incredible products.  Usually
the female demographic watches infomercials and buys the products as seen on
TV.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesProduction.com"
target="nw">www.incrediblediscoveriesProduction.com</a><br>-->
<a href="http://www.incrediblediscoveriesProduction.com" target="nw">Incredible
Discoveries has state of the art production studios and editing equipment used to
produce programming that gets people to buy incredible as seen on television
products.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesCreativeTeam.com"
target="nw">www.incrediblediscoveriesCreativeTeam.com</a><br>-->
<a href="http://www.incrediblediscoveriesCreativeTeam.com" target="nw">Incredible
Discoveries infomercial producers that have over 100 years combined infomercial
production experience in selling incredible products on TV.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesProjects.com"
target="nw">www.incrediblediscoveriesProjects.com</a><br>-->
<a href="http://www.incrediblediscoveriesProjects.com" target="nw">Incredible
Discoveries houses a creative staff of producers, directors, and writers collaborate
with direct response products to determine the direction of each project.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesFAQ.com"
target="nw">www.incrediblediscoveriesFAQ.com</a><br>-->
<a href="http://www.incrediblediscoveriesFAQ.com" target="nw">Incredible Discoveries
frequently asked questions include: Is an infomercial marketing campaign the right
type of campaign for your product? What makes Incredible Discoveries unique? Does
Incredible Discoveries have infomercial funding?</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesContact.com"
target="nw">www.incrediblediscoveriesContact.com</a><br>-->
<a href="http://www.incrediblediscoveriesContact.com" target="nw">Incredible
Discoveries is located at 3850 N. Powerline Road in Deerfield Beach Florida.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesGetDiscovered.com"
target="nw">www.incrediblediscoveriesGetDiscovered.com</a><br>-->
<a href="http://www.incrediblediscoveriesGetDiscovered.com" target="nw">Incredible
Discoveries want's you to tell us about your invention and why an Incredible
Discoveries infomercial campaign may be suitable for selling your product.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesMagicJuiceFilter.com"
target="nw">www.incrediblediscoveriesMagicJuiceFilter.com</a><br>-->
<a href="http://www.incrediblediscoveriesMagicJuiceFilter.com"
target="nw">Incredible Discoveries latest HSN appearance with the  Magic Juice
```

```
Filter sold out, the Shopping network informed Incredible Discoveries that they will
showcase the as seen on TV product again in 2007.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesDidicar.com"
target="nw">www.incrediblediscoveriesDidicar.com</a><br>-->
<a href="http://www.incrediblediscoveriesDidicar.com" target="nw">Incredible
Discoveries, through their strategic partnership with interglobal, secures overseas
infomercial sales for Didi Car.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesElectronicRetailer.com"
target="nw">www.incrediblediscoveriesElectronicRetailer.com</a><br>-->
<a href="http://www.incrediblediscoveriesElectronicRetailer.com"
target="nw">Incredible Discoveries becomes member of The Electronic Retailing
Association that represents the leaders in the direct response space for DRTV,
online, print and radio.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesSoundstage.com"
target="nw">www.incrediblediscoveriesSoundstage.com</a><br>-->
<a href="http://www.incrediblediscoveriesSoundstage.com" target="nw">Incredible
Discoveries a production company specializing in producing long form direct response
infomercial campaigns, unveiled their brand new incredible kitchen set &
soundstage.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesEmployment.com"
target="nw">www.incrediblediscoveriesEmployment.com</a><br>-->
<a href="http://www.incrediblediscoveriesEmployment.com" target="nw">Incredible
Discoveries seeks talented producers', writers and production staff that want
exciting challenges and opportunities in the infomercial Industry.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesFullTimeEmployment.com"
target="nw">www.incrediblediscoveriesFullTimeEmployment.com</a><br>-->
<a href="http://www.incrediblediscoveriesFullTimeEmployment.com"
target="nw">Incredible Discoveries looks for full time employees that can deliver
incredible innovation, freshness and ingenuity to represent a dynamic experienced
DRTV and infomercial funding company.</a><br>
<br>
<br>
<!--<a href="http://www.incrediblediscoveriesFreelance.com"
target="nw">www.incrediblediscoveriesFreelance.com</a><br>-->
<a href="http://www.incrediblediscoveriesFreelance.com" target="nw">Incredible
Discoveries identifies qualified infomercial professionals to join forces with
existing the Infomercial team to complete projects for incredible as seen on TV
products.</a><br>
<font size="3"><b>Infomercials</b></font><br>
The objective of each production is to produce an infomercial intended to generate
product sales, while at the same time increasing public awareness of the product. In
addition, the program will concurrently act as a lead generation tool for follow-up
sales, as well as creating brand awareness to help generate new retail
opportunities.<br>
Our telemarketing coordinators oversee the project's inbound marketing scripts and
product training. On the back end there is an option for Incredible Discoveries to
coordinate product fulfillment, credit card processing, strategic internet
placement, retail distribution, and outbound telemarketing.<br>
<br>
<br>
<b>Incredible Discoveries, Inc</b><br>
3850 N. Powerline Road<br>
Deerfield Beach, FL  33073<br>
```

```
p: (954) 935.3162<br>
f: (954) 935.1296

                    </center>

                                </td>

</td></tr><center><br>
</center><br>

<table width="100%" border="0" cellspacing="5" cellpadding="0">
  <tr valign="top" bgcolor="#000000">
    <td colspan="9"><img src="/images_v4/shim.gif" width="1" height="1"></td>
  </tr>
  <tr valign="top">
    <td width="25%"><font face="Arial, Helvetica, sans-serif" size="1">Feel free
      to send us suggestions and comments to our <a
href="mailto:EDitor@ripoffreport.com">editorial staff.</a></font></td>
    <td width="1" bgcolor="#333333"><img src="/images_v4/shim.gif" width="1"
height="1"></td>
    <td width="25%"><font face="Arial, Helvetica, sans-serif" size="1">Technical
      questions can be addressed to our <a
href="mailto:webmaster@RipOffReport.com">webmaster.</a>
      </font></td>
    <td width="1" bgcolor="#333333"><img src="/images_v4/shim.gif" width="1"
height="1"></td>
    <td width="25%"><font face="Arial, Helvetica, sans-serif" size="1">Best if
      viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for
JavaScript
      is needed to submit and search for reports. </font></td>
    <td width="1" bgcolor="#333333"><img src="/images_v4/shim.gif" width="1"
height="1"></td>
    <td width="25%"><font face="Arial, Helvetica, sans-serif" size="1">Having
      trouble searching or filing a report? It may be a browser problem. See our
      <a href="http://www.ripoffreport.com/faq.asp#error">FAQ</a>
      for help</font></td>
  </tr>
</table>
<table width="100%" border="0" cellspacing="0" cellpadding="0"
dwcopytype="CopyTableRow">
  <tr>
    <td align="center" bgcolor="#000000"><img src="/images_v4/shim.gif" width="1"
height="2"></td>
  </tr>
  <tr>
    <td align="center"><a href="http://www.ripoffreport.com/default.asp"><font
face=Arial
      size=2>Home</font></a><font face=Arial size=2> |  <a
href="https://www.ripoffreport.com/write.asp">File</a> | <a
href="https://www.ripoffreport.com/displayedit.asp">Update</a> |  <a
href="http://www.ripoffreport.com/search.asp">Search</a> |  <a
href="http://www.ripoffreport.com/results.asp?submit22=Search+Latest+3+Months+of+Rip
-Off+Reports+Now%21&q1=ALL&q5=&q4=&q6=%3Cimg+&q3=&q2=&q7=&searchtype=0">Pictures</a>
 | 
<!--      <a href="/search.asp">Staff Picks</a> |  -->
      <!--<a
href="http://www.ripoffreport.com/reporter.asp">Reporter</a> |  -->
      Lawsuits(Coming Soon) | 
      <a href="http://www.ripoffrevenge.com" target="nw">Revenge
Guide</a> | <a href="http://www.ripoffreport.com/w3c/policy.html"
target="nw">Privacy Policy</a><br>
        <a
```

```
href="http://www.ripoffreport.com/advocateswanted.asp">Volunteers</a> | 
      <a href="http://EdMagedsonThankYou.com" target="ed">Thank
You!</a> | 
      <a
href="http://www.ripoffreport.com/editorial.asp">Editorial</a> | <a
href="http://www.ripoffreport.com/donations.asp">Donate</a> | <a
href="http://www.ripoffreport.com/link.asp">Link</a> | 
      <a href="http://www.ripoffreport.com/faq.asp">FAQ</a> |  <a
href="mailto:info@RipOffReport.com">E-Mail
      Us</a> |   <a href="http://www.edmagedson.com/" target="ed">ED
Magedson - Founder Rip-off Report.com</a></font></td>
  </tr>
  <tr>
    <td align="center" bgcolor="#000000"><img src="/images_v4/shim.gif" width="1"
height="2"></td>
  </tr>
</table>
<table width='100%' border=0 cellpadding=0 cellspacing=0>
  <tr>
    <td width="776"> <img src="/images_v4/footer.gif" width=776 height=38
alt=""></td>
    <td background="/images_v4/footer_40.gif"> <img src="/images_v4/shim.gif"
width="1" height="1"></td>
  </tr>
</table>
<div id="stickyTipLayer" style="position: absolute; z-index: 1000; visibility:
hidden; left: 0px; top: 0px; width: 10px; height: 10px"> </div>
</body>
</html>
```

Sign in

Google

**Web** Images Video News Maps **more »**

George S May [Search] Advanced Search Preferences

**Web** Results **1** - **10** of about **107,000,000** for **George S May**. (**0.07** seconds)

## **George S. May** International Company - Business Consulting Services

**George S. May** International is focused on providing successful small business consulting services. **George S. May** business consulting firm has 80 years **...**
www.**georgesmay**.com/ - 15k - Cached - Similar pages

Contact Us - www.georgesmay.com/contact_us.cfm
Business Process Consulting - www.georgesmay.com/our_services.cfm
Small Business Consulting - www.georgesmay.com/about_us.cfm
Our Clients - www.georgesmay.com/our_clients.cfm
More results from www.georgesmay.com »

## **George S. May** International Company - Mr. **George S. May**

Since 1925, we've assisted nearly 500000 businesses in more than 3000 categories become more successful. Our clients span the spectrum of service, **...**
www.**georgesmay**.com/about_us_mr_**george_s_may**.cfm - 10k - Cached - Similar pages

## Business Ethics Guidelines and Resources :: **George S. May ...**

Ethics website for **George S. May's** International Company. Includes 6 practical steps for ethical decision making, as well as a number of ethics articles and **...**
ethics.**georgesmay**.com/ - 9k - Cached - Similar pages

## Rip-off Report.com - badbusinessbureau.com

**George S May** Intl Co Lured me into working for them with deceiptful, false statements Park **...** Business Consulting: **George S. May** International Company **...**
badbusinessbureau.com/results.asp?q1=ALL&q4=&q6=&q3=&q2=&q7=&searchtype=0&sub... - 44k - Cached - Similar pages

## **George S. May** International Co. Jobs - Yahoo! HotJobs

Find **George S. May** International Co. jobs and read about **George S. May** International Co.'s career and employment opportunities on Yahoo! HotJobs.
hotjobs.yahoo.com/Company-Profiles/G/**George-S-May**-International-Co-Jobs_12319 - 27k - Cached - Similar pages

Sponsored Links

**George S. May**
Get company overviews, financials, exec bios, news and competitor info
www.Hoovers.com

Expense Consulting
Pre-set Appts, Earn $200,000 A yr. Now interviewing, $12,500 invest
topfranchises.net

**May george s**
Shop Online Here And Experience The Convenience Of OneCart™ Shopping!
SHOP.COM

## George S. May International Company

The **George S. May** International Company is one of the world's largest and among the first management consulting firms. Founded in 1925, the company has **...**
company.monster.com/gsmco/ - 5k - Cached - Similar pages

## George S. May International Company Consulting

**George S. May** provides quality management consulting services to many small businesses. Our management consultants provide practical solutions to improve **...**
**georgesmay**-careers.com/ - 14k - Cached - Similar pages

## George S. May International Company Job & Career Surveys: Vault ...

Read insider **George S. May** International Company employee surveys. Learn about **George S. May** International Company salaries, interviews, internships, **...**
www.vault.com/companies/company_main.jsp?co_page=10&product_id=40048 - 42k - Cached - Similar pages

## George S. May International Company Salary: Vault Compensation Surveys

Read Vault's insider **George S. May** International Company salary surveys. Learn about **George S. May** International Company base salaries, bonuses, **...**
www.vault.com/companies/company_main.jsp?co_page=13&type=salary&product_id=40048 - 32k - Cached - Similar pages

## Rip Off Report:George S. May - International Profit Associates ...

**George S. May** - International Profit Associates GSMay & IPA - Business Surgery or Stabbing? ripoff Buffalo Grove Illinois.
www.ripoffreport.com/view.asp?id=199380 - 44k - Cached - Similar pages

Result Page: **1** 2 3 4 5 6 7 8 9 10 **Next**

Get organized for the new year with Google Desktop.

George S May [Search]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google