EXHIBIT D



...by consumers, for consumers

# RIP-OFF Report.COM

Don't let them get away with it.™
Make sure they make the Rip-off Report™

*a service of bad businessbureau.com*

Home | File | Search | Register | Login

- File Report
- Update Report
- Search Reports
- Picture Reports
- Editorials
- Thank you!
- Volunteer
- Link to Us
- Lawsuits
- Revenge Guide
- Donate
- About Us
- FAQ

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder Rip-off Report explains how this

**Victim of a consumer Rip-off? Want justice?** Rip-off Report™ is a worldwide consumer reporting Website & Publication, by consumers, for consumers, to file & document complaints about companies or individuals who ripoff consumers.

Unlike the Better Business Bureau, **bad**businessbureau.com / Rip-off Report™ does not hide reports of "satisfied" complaints. ALL complaints remain public in order to create a working history on the company or individual in question; unedited.

Rip-off Reports cover every category imaginable! You can **Browse the latest Reports**, **Search the Reports**, or submit your report now for FREE, by clicking on **File Report**.
CLICK HERE to view over 1,000 different topics & Categories you can file under...

**BY FILING A RIP-OFF REPORT IT'S ALMOST LIKE CREATING YOUR OWN WEB SITE ..It's FREE.**
Your Rip-off Report will be discovered by millions of consumers! Search engines will automatically discover most reports. This means that within just a few days or weeks; your report may be found on search engines when consumers search, using key words relating to your Rip-off Report.

Search for Company or Individual

[        ] Search

☐ USE Advanced search

## Newest Rip-off Reports

1/5/07, California - NetOpus, NetOpus.net slamming on phone bill for business directory service I did not agree to Ripoff Hacienda Heights California

1/5/07, Nationwide - AIU American Intercontinintal University Online School-AIU a rip off. Nationwide Nationwide

1/5/07, Internet - Pogo, EA Games Charged me twice for my son's subscription Ripoff Internet

1/5/07, Florida - Countrycandlescottage, Alexis Breslaw, Countrycandlescottage.com, EBay Deceptive eBay store Rip-off Alexis Breslaw Countrycandlescottage.com Makes excuses for bad selling practices slow to ship &

## Top Rip-off Reports



Fairbanks Capital Corporation LEADER OF THE PACK IN PREDATORY LENDING owned and



Larry Bagwell Kids.com AKA JustOurKids.com exploits child modeling ripoff

Helene Goldnadel ripoff ZaZou Model Management

lies touts Magda only real talent success



scam FTC injunction ignored



Bill Heard Chevrolet ripoff to consumers nationwide no MSRP stickers

Primerica Rip-off: Consumers Complane – Evil Pyramid-schemed Appendix of Citigroup



Don Lapre Rip-off: The only one making money in this get-rich-quick scheme is Don Lapre

operated by The PMI Group, publicly-traded corporation NYSE Lawsuits nationwide under investigation



Carolina Furniture Henry Lee Privette fraud N Carolina Att. General 200 complaints against Privette's furniture company

Ramada Plaza Resort Rip-off: Consumers nationwide: No Slack in Change of Date due to Military Deployment.



Ugly Duckling now Drive Time, same scam different name, employee inside information

## HELPING YOU, THE CONSUMER...

Search the Rip-off Report™ before you do business with retail stores with bad return policies, checking & credit theft, rebate fraud or other unscrupulous business policies such as phony auto repairs, auto dealer bait-and-switch tactics, restaurants with bad service or food, corrupt government employees & politicians, police corruption, home builders, contractors, unethical doctors &lawyers, online stores that sell non-existent products, dead beat dads & moms, landlords & tenants, fraudulent employment & business opportunities, and individual con artists who scam consumers. These are just a few of the countless topics available, and the list is continually modified as new categories emerge.

## FILING A CLASS ACTION LAWSUIT & NOTIFYING THE AUTHORITIES

Filing a Rip-off Report™ is important because you are helping us to help you, and others like you, achieve justice. We are able to accomplish this by working with the proper authorities for prosecution, and working with lawyers by using your report to help organize lawsuits. It is important that you know that your information is held strictly confidential, and your identity is protected by the First Amendment of the US Constitution.

***We will contact you*** *if a lawsuit is being considered or has been filed which you may want to be a party to. The more reports filed on a company or individual, the more likely it is that the authorities and attorneys will want to take action.*

## MEDIA ATTENTION

Quite often the media is interested in the program works to benefit consumers & businesses

Hit Counter
**8,636,825,318** visits to the Rip-Off Report as of 1-5-2007 at 10:15:00 AM MST

**222,815** Reports Entered as of 1-5-2007 at 1:15:00 PM MST

CLICK HERE



Mesa Arizona



Pizza Hut employee abuses, criminal activity, health code violations



Police civil rights violations, discrimination & corruption against their own officers

Better Business Bureau BBB Racketeering Enterprise fraud to consumers

OCWEN CLASS ACTION LAWSUIT FILED Ocwen Bank Ripoff racketeering, breach of contract, unfair debt collection practices, overcharging borrowers bogus service, late and escrow fees, harassment, mail fraud

Immigrant workers dropped off to live inmake-shift tree houses working for $50.00 a week.
Civil & Human Rights Violations.

**Featured Rip-off Reports**
» View Past Home Page Featured Reports

**Top Rip-off Links**
» CBT Direct - Smart Certify
» IK9 HomeWorksPlus
» United Capital Services

» DSMax AKA Cydacor
» UK Lottery.
» 1st American Leisure card

reports you filed and ask us to assist in their investigations giving you the publicity needed to help your cause. **File your Report now!** In the event your Rip-off Report™ is of interest to the media, we will put you in contact with them. Rip-off Report™ works regularly with most TV News Magazines & Networks and their affiliates, NBC, CBS, ABC, Fox News and local and National newspapers including The New York Times, The Wall Street Journal, and The Auto Motive News.

**HELPING YOU, THE REPORTED BUSINESS OR INDIVIDUAL**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

If you are a business with a report(s) filed against you, you have a chance to make it right. If handled correctly, Rip-off Report(s) filed against you can actually help improve your credibility and reputation. We offer you the opportunity to file a REBUTTAL to any report. (See the REBUTTAL BOX at the end of the specific Rip-off ReportT you wish to rebut). Every company receives complaints, but how they handle those complaints separates good business from bad business. **Businesses that want to make a real difference should read about the very successful, groundbreaking and innovative program that both businesses and consumers are raving about. This program is a way businesses can turn negatives into a positive, that's positive advertising.** Rip-off Report Corporate Advocacy Business Remediation and Customer Satisfaction Program...*A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business.* ED



what Mortgage Brokers



WANTED
**DEAD BEAT**
DADS & MOMS
PUT YOUR DEADBEAT
**SPOUSE ON TV!!!**

So maybe you can finally Magedson, Founder of Rip-off Report explains how this program works to benefit both the consumer and the reported business on Rip-off Report.com

**COLLECT $$$**
**WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse...
After you filed your Rip-off Report email us at EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.

**EMPLOYEE INSIDER / EX-EMPLOYEE INFORMATION**
**If you are an** employee or ex-employee with privileged or insider information about a reported company or individual, please click on the REBUTTAL box at the end of the Rip-off Report™ to post your comments. This sort of information is often very helpful to an investigation.

**WHISTLEBLOWERS**
*Employees who want to expose corruption should file a Rip-off Report™.* Any employees who do so should be protected by Federal Whistleblower Laws, additionally; Rip-off Report™ treats all victims as a **confidential source**. Remember, we are a publication; and we will never voluntarily reveal your identity. Instead we will protect our sources under the First Amendment of the US Constitution

**DOING BUSINESS WITH THE COMPANY OR INDIVIDUAL REPORTED**
Consumers, just because a company or individual is reported on Rip-off Report™ does not necessarily mean you should not do business with them. By reading the experiences of other consumers, you will now be able to make more educated decisions, because now you know what to watch for.

**USE YOUR REPORT TO GET WHAT IS COMING TO YOU**
Faxing your Rip-off Report™ to the Company or Individual you have just reported can serve

- »200cash.com
- »24 Hour Fitness
- »4X Made Easy
- »500fastcash
- »A1 Auto
- »A1Wireless
- »AAFES Army-Airforce Exch Serv
- »Aaron's Rent To Own
- »AARP
- »AC Delco
- »Acclaim Visa
- »Actionable Award Program - LVAAP
- »Adaptive Marketing
- »ADT
- »ADT Security Services
- »Adultfriendfinder
- »Advantage America
- »Advantage Florida Mortgage
- »AFL-CIO
- »Agents Travel Network
- »Al Collins Graphic Design School
- »Alegis Group
- »All American Movers
- »All Tune & Lube
- »Alliance One
- »Allied Interstate

- »1st Payday Advance
- »24 Hour Cash Flow - Russ Dalbey
- »247 Downloads
- »500 Fast Cash
- »A-1 Leasing
- »A1 Wireless
- »AABIE
- »Aamco Transmissions
- »Aarons Rent To Own
- »ABC Distributing
- »ACA Recovery
- »Aceamericaloans.com
- »Active Periodicals
- »Addison DeWit
- »ADT Security
- »Adult Friend Finder
- »Advanced Safety Solutions
- »Advantage Corporation
- »Advantage Florida Mortgage
- »AFNI, Anderson Financial Network
- »AIU Online University
- »Alec Defrawy
- »Alienware
- »All American Moving
- »Alliance Acquisitions Associates
- »Allied Financial Future
- »ALPHA CREDIT

as a very valuable negotiating tool. Include in your negotiation that you have the ability to UPDATE your Report and reflect their good business practices by explaining that their eagerness to satisfy the complaint and make things right will be seen by the entire world. Also, explain that failure to respond/rectify the situation will also be seen.

**YOU MUST NOT** call them threatening to file a report if they do not comply with your demands. this may be construed as blackmail! You must first file a Rip-off Report™, then fax them a copy, offering them a chance to rectify the wrong that they did to you. Explain that then, and only then, you will UPDATE your Rip-off Report™ in a positive way; if deserved.

**ORGANIZING CLASS ACTION LAWSUITS**
**VICTIMS & LAWYERS, WHO WANT TO SUE**
**COMPANIES OR INDIVIDUALS REPORTED**
Victims & attorneys who are interested in pursuing litigation against a particular company reported on this website may contact us directly. It is inappropriate to solicit business using this website other than through prior arrangement. This is largely because we need to ensure, the best we can, that our readers are not being taken advantage of again.

If you see a company with a good number of Rip-off Reports™, we have the database of contact information. We will e-mail those victims to contact you. Often we have additional information which does not appear on the victims Rip-off Report™. We receive thousands of e-mails weekly on Rip-off businesses. We also have contact data on many of those victims as well.

ENHANCEMENT SERVICES
»Alta Colleges
»AM Press
»AMC Mortgage - Ameriquest
»AMERICA'S HOME PLACE
»America's Service Station
»American Credit Educators
»American Grant Services
»American Intercontinental University
»American Premium Warehouse
»American Sweepstakes Publishers
»American Transaction Supplies
»Americas Servicing
»Americredit
»AmeriDebt
»Ameriplan
»Ameriquest
»Ameritrust
»AmeriTrust
»Anglo American Investments
»AOL
»AP9*TodaysEscapes
»Apollo Group
»Ashworth College
»Asset Acceptance
»AT&T

»Alt.com
»Alyon Technologies
»AM Press Ass
»America Online
»America's Note Network
»America's Servicing Company
»American Grant
»American Home Shield
»American Leisure
»American Servicing Company
»American Tax Relief
»American Voyager Travel
»Americas Servicing Company
»Ameridebt
»Ameriloan
»AMERIPOS
»AmeriTrade
»Ameritrust
»AmeriTrust Investments
»Anthony Tobin
»AP9 - Galleria - Classmates
»Apex Marketing
»ASAP Motors
»Aspire
»ASSET ACCEPTANCE
»At-1 Financial Resources

We are anxious and willing to join forces with victims and attorneys to stand up for the rights of consumers and help them get justice. E-mail us. Both victims and attorneys should send their e-mails to:

**ClassAction@ripoffreport.com**

**IT'S MORE IMPORTANT TO FILE ON RIP-OFF REPORT™ THAN WITH BBB & WE'RE JUST AS IMPORTANT AS ATTORNEYS GENERALS AND INVESTIGATIVE AGENCIES**

Many government sites (and the BBB) are only in place to collect all the information from you, the consumer; in most cases, never making it available for others to see. Listing your complaint on many government sites is usually no better than filing with the Better Business Bureau (BBB). In fact, utilizing such sites is often just a waste of time; giving you false hope. Perhaps most frustrating is that the federal agencies tasked to investigate these disreputable enterprises receive tax dollars to do so, yet come to **bad**businessbureau.com for the results of our investigations and data, which we collect at no cost to the consumer while benefiting them.

By failing to make this information available publicly, it makes it harder for consumers to get educated about exactly what scams they should watch for.In addition, when these agencies fail to make these individual complaints public, consumers are robbed of the opportunity to know how bad a company or Individual really is, and why.

On the other hand, many government agencies have and do come to the Rip-off Report™ for information. We have assisted, and continue to

- »Atlantic Management
- »Attorney
- »Auction Sellers
- »Auto Advantage
- »Auto Zone
- »Axin Financial
- »AY Transport
- »Bally Total Fitness
- »Bay Area Business Council
- »Belisi Fashions
- »Beneficial Consumer Discount Company
- »Berkeley Premium Nutraceuticals
- »Berkley Financial Group
- »Best Discount Network
- »Better Trades
- »Bi Squared Management
- »Bidpay
- »bidz.com
- »Bill Berlin
- »Bill Chang - LWPElectronics
- »Blue Green Resorts
- »Blue Hippo funding
- »BMG Music
- »Boyajian Law Offices
- »Branch Banking & Trust - BB&T

- »Atlantic One Financial
- »Auction Outlet - Bill Berlin
- »Aurora Loan Services
- »Auto Exchange
- »Avalon
- »AXIN FINANCIAL SERVICES
- »BABC Bay Area Business Council
- »Bargain Network
- »BB&T Bank
- »Bell Road Auto Mall
- »Berkeley Nutraceuticals
- »BERKLEY FINANCIAL
- »Best Buy
- »Best Finance
- »Bfipay
- »BI Squared Management
- »BIDZ.COM
- »Biggs Cardosa Associates
- »Bill Chang - LWPElectronics
- »Bill Heard Auto Dealers
- »Blue Haven Pools
- »Blue World Pools
- »Body Of Change
- »Brake Masters
- »Bright Builders

assist many government agencies for some time now, including local and state police departments, the FBI, FTC and Attorney General offices from around the country

Since all the Reports are out in the open for everyone to see, in a way, this embarrasses these agencies into doing something about these scams when they see so many Reports on a Company or Individual.

Unfortunately, many (not all) Attorney General Offices and government agencies will not move against a rip-off unless there will be some sort of publicity, associated with some political hay to be made. Additionally, they normally won't take action if the Rip-off does not exceed $50,000. However, your reports have helped to change this. Reporting your experiences on Rip-off Report™ is the next best thing to getting your story on TV or in a newspaper. In fact, many national TV networks and several local TV stations from all around the country come to the Rip-off Report™ for information. They do this because they know that the BBB, Attorney Generals, and other agencies are not reliable or cooperative sources when compared to Rip-off Report™. News stations know that they will get information from us that are unobtainable elsewhere.

Rip-off Report™ has instigated many local and national stories that have resulted in help for victims worldwide, in one way or another. Now that the government has cut back spending even more in this area, this dollar amount required to get the attention of investigative agencies will likely get even higher. This means that we can expect even less action since fewer people and resources will be available to work

»Bring-It-Home
»British Random Lotto
»Bsleep
»Business Office Systems
»BusinessMax
»Buy.com
»Buyers Union
»cal spa
»Capital Choice Consumer
»Capital Financial Card
»Card Service
»CardService International
»Career Development Institute
»Career Education Corp
»Career Transition
»careerbuilder.com
»Carlton Sheets
»Carmel Cafiero
»Carnegie Career Partners
»CASH CALL
»cash Link Systems
»CASH NOW
»Cash4offers
»Cashnet
»Cavalry Portfolio Services
»CCA First National Card
»CCBill
»Cellular One
»CellularOne

»British Gaming Commission
»Britt Phillips
»Bsleep.com
»Business Office Systems and Solutions
»Butcher's Choice Meats
»Buyer's Union
»CACV OF COLORADO
»CALVARY PORTFOLIO
»Capital Financial
»Capital One
»Card33.com
»Career Awards Of America
»Career Education
»Career Moves
»careerbuilder
»Careers 20/20
»Carmax
»Carmel on the Case
»Carnival Cruise Line
»Cash Flow - Russ Dalby
»Cash Machine
»Cash on Demand
»CashCall
»Cashnet 500
»CBCS
»CCBasket
»CCS - First National Card
»CellularChoices
»Cendant

on all these rip-offs.

Additionally, by filing a Rip-off Report™, you might be contacted by one of us to notify you to make contact with a law firm that has shown interest in your case. We get requests every week for class action lawsuits; bringing victims together with lawyers willing to sue the company after reading your filed Rip-off Report™.

**Don't let them get away with it!™
File your Report Now!**

- »Cendant Mortgage
- »Centurion Financial
- »Charter Communications
- »Cheap Trips
- »Child Protection Services
- »CIC Credit Monitoring
- »Cingular
- »Circuit Micro
- »CISworldwide
- »Clear Point Direct
- »ClickBank
- »CNAC - JD BYRYDER
- »Coastal Vacations
- »Collect America
- »Collins College Graphic Design School
- »Columbian Emerald
- »Compass Bank
- »Computer Associates
- »Compuvest
- »Conseco Aka Green Tree
- »Consumer Credit Services
- »Consumer First
- »CONSUMER INCENTIVE PROMOTIONS
- »Consumer Research Corporation
- »Consumerincentivepromotions

- »Center For Credit Counseling
- »Chad Wickline
- »Charter House Capital
- »CheapTickets.com
- »Child Protective Services
- »CIC Triple Advantage
- »Circuit City
- »CircuitMicro
- »CitiGroup
- »Click Bank
- »Cloud Nine
- »CNAC FINANCING
- »Coastline Credit
- »Collins College - Al Collins
- »Colorado Technical University
- »Community Reading Club
- »Compucredit
- »computermillions
- »Concorde
- »Consolidated Media
- »Consumer Credit Services Of America
- »Consumer Incentive Promotions
- »Consumer Portfolio
- »Consumer Reward Network
- »consumerinfo

- »Continental Promotion
- »Copeland Marketing
- »Corland Mystery Shop
- »Cornerstone America - Mid-West National Life
- »Cosmetique
- »Cottman Transmission
- »CountryWide
- »CPS
- »CR England
- »Credit Acceptance Corp
- »Credit Builder Card
- »Credit Card Services
- »Credit Network
- »Credit Plus Rewards
- »Credit Solutions of America
- »Cricket Cellular
- »Crown Equity
- »CSA, Credit Solutions of America
- »CTU Online
- »Custom Super Homes
- »Cutter Recovery Services
- »Cyber Detective
- »CyberDetective
- »Cydcor AKA DS-MAX
- »DAC Services
- »Dale Douglas
- »Danilo Rippa
- »DAVISON DESIGN AND DEVELOPMENT
- »Davison Inventegration
- »De Monaco Heritage Fund
- »Dead Beat Dad
- »Dead Beat Dad
- »Dead Beat Mom
- »Deal Pass
- »DealPass.com
- »Dell Computer
- »Digital 1 Media
- »Digital Threadz
- »Digitalnowtv
- »Direct Buy
- »DirectBuy
- »Direcway
- »DISCOUNT NETWORK
- »Discount Warehouse
- »Dish Network
- »Dish Network
- »DivineImpact Corporation
- »dlswap
- »Dogg Digital AKA Precision Transducer Systems
- »Don Lapre
- »Door2door-online
- »Douglas Hernberg
- »Dovenmuehle Mortgage
- »Doxy Lingerie
- »Drive Financial
- »Drive Time - Auto

- » dropshipdesign.com
- » Dwight Agnor - Millenium Models
- » E-Credit Solutions
- » E-Trade
- » E-Value
- » ebay
- » EchoStar
- » EcoQuest
- » EDebitPay
- » EDP Reporting
- » EduTrades
- » Efashionhouse.com
- » El Gordo Sweepstake Lottery
- » ElenasModels
- » Elite Marketing
- » EMarket Research
- » EMC Mortgage
- » Entertainment Rewards -Ticketmaster
- » Enzyte By Berkley
- » Equicredit
- » Essential Grocer
- » Executive Career Moves
- » Expedia.com
- » Express Business Funding
- » Fairfield Resort
- » Fakeidonline.com
- » Family Fun Pass
- » DropShipDesign
- » DS-MAX aka Cydor
- » E-commerce Exchange
- » E-PRO AUCTION
- » E-trinity
- » EASI - Energy Automation Systems
- » Ecampus.com
- » Ecoquest
- » EcoQuest International
- » EDP Card
- » Edpreporting.com
- » EEOC
- » Efashionstore
- » Elena Petrova
- » Elgordo Loteria Primitiva
- » Email Discount Network
- » EmarketProfessionals
- » Energy Automation Systems
- » Entrepreneurs Across America
- » Epenzio
- » Equity Management
- » Essentials Gold
- » EXPEDIA
- » Experian
- » Fairbanks Capitol
- » Fakeidguru.com
- » Family Credit Counseling

- »Farrell Hair Replacement
- »FCNB
- »Fidelity Credit Services
- »FIFTH THIRD BANK
- »Financial Benefits
- »Financial Freedom
- »FindaComputerGuy.com
- »FirePay
- »First American Payment
- »First Capitol
- »First National Benefit
- »First National Membercard
- »First North American National Bank
- »First Texas Homes
- »Florida First Financial Group
- »Florida Passport
- »Foreclosure World
- »Foxtons
- »FREE CREDIT REPORT
- »Free Lotto
- »FreeCreditReport.com
- »Freedom Moving and Storage
- »Freelance Work Exchange
- »Freelotto
- »Friendfinder
- »Famous Poets Society
- »Fashion Rock
- »Federated Financial
- »FIDELITY INVESTMENTS
- »Financial Advisors
- »Financial Direct
- »Financial Solutions
- »Fingerhut
- »FIRST AMERICAN HOME BUYERS PROTECTION
- »First Capital
- »First Consumers National Bank
- »First National Credit/CCA
- »First National Merchantcard
- »First Premier Bank
- »FixYourOwnPrinter.com
- »Florida Gunworks
- »FloridaWay
- »Forex - 4X Made Easy
- »Frederick J. Hanna & Associates
- »Free Lotto
- »Freecredit Report
- »Freedom Gold
- »Freedom Resources
- »FreelanceWorkExchange
- »friend finder

- »Frontier Pharmacies
- »FrontierPharmacies
- »Fulfillment International
- »Future Financial
- »Galaxy Mall
- »Gardner's Choice
- »Gary Fraser
- »GE Zurich Warranty
- »GE-Zurich Warranty
- »GEICO Insurance
- »George S. May
- »GetEStore.COM
- »GGW - Girls Gone Wild
- »Giorgio Armani
- »Giove Law Office
- »Girls Gone Wild - GGW
- »Global Financial
- »GLOBAL MARKETING
- »Global Net Warehouse
- »Global Sun Pools
- »GMAC
- »GoDaddy.com
- »Golden Harvest
- »Government Grant Scams
- »Grant Search Assistant
- »Grant Services
- »Granton Marketing
- »Great Cars And Trucks
- »Great Lakes Circulation
- »Frontier Pharmacies
- »FrontierPharmacies
- »Fuel Freedom International
- »Fundamental Consumer Strategies
- »Future Financial Direct
- »Galleria USA
- »Gardners Choice
- »Gateway Financiers
- »GE Zurich Warranty
- »Geek Squad
- »George S May
- »GETESTORE.COM
- »Getspecialgifts.com
- »Gibson Trust
- »Giove Law Office
- »Girls Gone Wild
- »Glass Art
- »GLOBAL LIFE ENHANCEMENTS
- »Global Net
- »Global Resources
- »Global Trust
- »Go Doers
- »Golden Eagle Leasing
- »Government Grant Advisor
- »Grand Crowne Travel - Leisure
- »Grant Services
- »Grant Writer Pro
- »Great Cars and Trucks
- »Great Expectations



# Rip-Off Revenge™

## HELPING VICTIMS COLLECT IN A FEW DAYS

### LEGALLY AND INSTANTLY

- ✓ STOP THEIR BUSINESS FLOW
- ✓ MAKE THEM FEEL UNCOMFORTABLE
- ✓ GET THE MONEY OWED TO YOU WITHIN A FEW HOURS OR JUST DAYS, 99% OF THE TIME

SPONSORED BY: **Consumers Against Consumer Rip-Offs**

All orders shipped First Class Mail

## WHY THE RIP-OFF REVENGE?

I have created the **Rip-Off Revenge**™ as a way to empower people with honest grievances to take action on them.

In our society today, lawyers, & businesspeople are often more concerned about what they can get away with than what is fair. Misuse of power like that upsets me! They say it's all "business". They take away the personal values of honesty and integrity and show no mercy except maybe some token political correctness. It's time for people who have been taken advantage of to get honest attention!

See what others are saying about the Rip-off Revenge™ Techniques

4 easy steps .. However...
most businesses give in by step 2

*"I bought your Do-It-Yourself Guide. I'll have to admit the thought of paying for a book to help me get what I felt I was already owed to*

## HELPING VICTIMS COLLECT IN A FEW DAYS OR HOURS!

- Tired of Legal Fees?
- Don't trust lawyers?
- Don't trust the Scales of Justice?
- Tired of Collection Agencies?
- Waiting years to collect?
- "Go ahead.....sue me!" Sound familiar?

Victim of a Rip-Off? by an Auto dealer, Auto repair, home builder, retail store, or <u>any type of business.</u>

*me sounded like a rip-off. I was without a vehicle because I paid for repairs to my car that was never done. The garage manager kept insisting they replaced everything they charged me for. Being without a car gave me the determination I needed to start the steps in the guide book. I followed your instructions and can't believe what satisfaction it gave me! I was almost disappointed when the garage manager agreed to repair my car again and was refunding the money I already paid. I think consumers let so many things "slide by" because we are unsure of what to do. I never could have done it without your step by step instructions. I was able to get what was rightfully mine all legally without the expense of an attorney. It sure worked for me! Thank you very much"*
-Casey
Kansas City, Missouri

*"Not only did your site help us expose a great story in our local paper, but, your Do-it-your self guide actually saved me from losing thousands on home repairs that I knew were not my responsibility. Proof consumers like me can fight back and win."*
-Andrew S.
San Jose, California

*"As an attorney, my experience has been that the justice system is usually the best way to right a wrong. Unfortunately, the process can be too expensive and time consuming to address some situations. Recently, I found myself in such a situation so I turned to the*



*"We used the Do-It-Yourself Guide and… in just 17 minutes we got a check… plus 15%. We got Rip-off Revenge™ and our money back too!"*
-Jason and Rob
Glendale, Arizona

*"I was extremely discouraged after being taken by a fraudulent financial entity. What's worse is that I was so embarrassed that I would not have taken action even if I knew how to. Luckily, I read the preview edition of Rip-off Revenge™ guide. Not only did the book help me to realize that I had nothing to be ashamed of, it allowed me to obtain full retribution. Without the Revenge Guide, I would have been lost. Thank you Rip-off Report for taking the time to construct such a wonderful book!"*
-S. Sarri
Long Island, New York

*Get Rip-off Revenge™ and your money back too!*

GET RIP-OFF REVENGE™

**HOW TO GET RIP-OFF REVENGE**

**How to get** RipOff Revenge…

1. File a detailed **Rip-off Report™** with the BAD Business Bureau's website at: http://www.ripoffreport.com/ include what you are owed at then end of your Report.

2. Order your copy of Rip-Off Report.com Do-It-Yourself Guide: How to get Rip-off Revenge™ …and your money back too!

**Select your country to order now:**

United States - $21.95

PayPal BUY NOW

**Paypal accepts both Credit Cards and Debit Cards..**



*"I fell for one of the credit card scams. I didn't think I would ever get my money back. After several unsuccessful attempts at trying to communicate with the company I was ready to give up. I found your site, read all the reports and filed my Rip-off Report along with all the others. Then I followed your suggestions in your Rip-off Revenge™ Guide and it worked! My money was returned."*
-George M
Detroit, Michgan

*Rip-off Revenge™ Guide. Using the step by step process in the guide, I was able to resolve a dispute with a building contractor that I had not been able to resolve with threats of administrative and legal action. The Rip-off Revenge™ Guide really works."*
- Maria
Phoenix, Arizona

**Select your country to order now:**
United States - $21.95
[PayPal BUY NOW]

**Paypal accepts both Credit Cards and Debit Cards..**

**OR, Pay by Mail**

You may also pay by check or money order to:
**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280

Not convinced? ... Keep reading

Rip-off Report Do-It-Yourself Guide to Rip-off Revenge™ and your money back too… provides you with the tools you need to successfully and quickly resolve most consumer complaints.

## STEP BY STEP INSTRUCTIONS

This Do-It-Yourself Guide: How to get Rip-off Revenge™ ..and your money back too in most cases, is a detailed guide with 4 simple step by step instructions explained in detail with illustrations, photos and examples that will show you how to: Get Rip-off Revenge™ and Your money back too… *and even more sometimes!*



YOUR FIRST STEP TO REVENGE

First go to... RIP-OFF Report

to file your report and begin your Rip-off revenge

Click Here

**ALSO INSIDE:**

- How to Recoup from Credit Card Scams
- Repairs YOU Can Make to Your Credit Report
- Postal Scams to Avoid
- What the Small Print Says on Credit Card Statements
- Tips for Collecting on Court Judgements
- Planning on Moving? Read this before you move!

**THE COST OF RIP OFF REVENGE!**

includes shipping and handling

**Do-it-Yourself Guide:**
**How to get Rip-off Revenge ™ and your money back too...**

**Rip-off Revenge™ Do-it-yourself guide** is $21.95 including Priority Shipping anywhere in the United States, $31.95 for Canada, and $41.95 for all other countries.

All orders are shipped to arrive within 5 days or less from receipt of orders.

*Select your country to order now:*

United States - $21.95

PayPal BUY NOW

―――――― OR ――――――

**Pay by Mail**

Paypal accepts both Credit Cards and Debit Cards..

to pay with your debit or credit card

You may also pay by check or money order to:

**Rip-off Revenge™**
PO Box 310
Tempe, Arizona 85280

Feel free to send us suggestions and comments. | ED Magedson - Founder Rip-off Report.com
© 2003 Rip-off Revenge™





## What Mortgage Brokers Don't want you to kn

### Join other satisfied customers

As many readers have already found out this is not just a book, but a tool to give you the upper hand when dealing with mortgage brokers. Here are a couple of satisfied customers with their personal experiences...read

### This is the book that Mortgage Brokers wish was never written!

SO I AM SURE YOU HAVE HEARD THIS:

- 2.9%-30-year fixed LOAN-No Money Down

### Mortgage Advocate Dan Saysâ€¦

I've been an avid reader of Rip-off Report for many years and from time to time, I have assisted those who requested help. I have also talked to hundreds and hundreds of people about the most intimate detail of...read on

### From Cover t

Expert advice fo with questions a

- Instructions f out Loan App
- Debt Ratios
- Refinances Fe
- Mortgage...re