EXHIBIT E



If we've helped you in some way, please don't forget about us.
Click here to read our plea for assistance, only if we helped you.

We need your help!

You may use the
following method to donate:

[PayPal DONATE]

Paypal accepts both Credit
Cards and Debit Cards..

What Donations are used for?

THE HIGH COST OF PROVIDING THIS SERVICE

The **bad**businessbureau.com and the Rip-off Report are comprised of more than 117,000 web pages, which grows every hour, every day. We host a web site with an extensive search engine with sophisticated placement capabilities and a dedicated database server. Also, we have enhanced firewall security, due to the nature of the Rip-Off Report, to guard against continuing attempts to intrude and commit sabotage against the site. The system is backed up, monitored and managed constantly. Many new costly additions are projected for the web site, including your pictures, to be featured weekly on our front page, soon to be added. (Send us your photos now so they may be added to your Rip-off Report!)

The Rip-Off Report also needs equipment ranging from cameras, recorders, computers, office supplies, to high-speed Internet services, which we constantly upgrade, to include the support of our state-of-the-art investigations. In pursuit of the .bad guys,. we also need to pay volunteers' expenses, technicians and traveling costs to investigate rip-off businesses… so you won.t become a victim too.
We ask for your support so we can be there for you when you need us in the future. $1.00, $5.00, $10.00,

$20.00… or whatever you can give us, would go a long way to help with these expenses.

We take pride in our ability to get the best results for our readers and would appreciate any financial support you can offer to assist us in maintaining our unprecedented results.

**Why donations are needed?**
**CLICK HERE TO UNDERSTAND MORE ON WHY WE NEED YOUR HELP.**

**TOGETHER, WE ARE**
**A CONSUMER-REPORTING NEWS AGENCY,**
**BY CONSUMERS, FOR CONSMERS.**

The Rip-Off Report and *bad*businessbureau.com work very hard on behalf of consumers, to help preserve civil and human rights, the goal of consumer advocacy. In response to reports placed on the website, we research abuses and help individuals defend their rights. Since our inception, we have helped consumers collect well over a million dollars to date, and prevented the loss of untold millions more for our readers. Additionally, thousands of consumers have thanked us for forewarning them about disreputable businesses through the Rip-Off Reports.

*The badbusinessbureau.com/ Rip-off Report is not funded by the businesses they monitor and report on as does the Better Business Bureau. Consequently, never informing the public about the actual nature of the complaints. We need funding from consumers to maintain your database of complaints, so others won't be victimized... Together, we are a consumer-reporting news agency, by consumers, for consumers.*

The Rip-Off Report and *bad*businessbureau.com can give you the information you need! In order to do this job well, - offering consumers the best help and the most comprehensive information available - we need YOUR help. We need assistance from the general public to generate the funds needed to continue to offer this service nationwide and beyond. The more funds we raise, the more consumers we can help on a daily basis. Alternatively, if you can help with our needs list, please contact us by e-mail donations@ripoffreport.com and we will be glad to let you know what we most urgently need.

How to *make a Non-Tax Deductible Donation…*

**You may use the**
**following method to donate:**



**Paypal accepts both Credit Cards and Debit Cards...**

We need your support so we can continue this valuable service; $1.00, $5.00, $10.00, $20.00... or whatever you can give. With your permission, we would also like to add your name to a list of contributors on our website, so visitors to the Rip-Off Report can see who has contributed. You may also contribute anonymously.

You can either send donations by snail mail to our US Post Office Box below, or click below to contribute by credit or debit card (a secure site).

**If we've helped you in some way, please don't forget about us.**

We always encourage your valuable feedback!

Don't let them get away with it[TM]! Make sure they make the Rip-off Report.

Thank you for your support!

Sincerely,

Staff & volunteers
**bad**businessbureau.com

Your NON-tax deductible donation can be sent to our volunteers, by snail mail:
**bad**businessbureau.com
P.O. Box 310 Tempe, Arizona 85280
The above address is for donations only.

You may use the
following method to donate:



Paypal accepts both Credit

Cards and Debit Cards...

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com