EXHIBIT F

Case 1:04-cv-06018    Document 234-7    Filed 01/05/2007    Page 1 of 4



Rip-Off Report Reporters

## We need bad businesses reported

Are you a consumer advocate? Here at the bad business bureau, we believe the public is in need of heroes and heroines, or consumer advocates, who want to expose bad business and get them to clean up their act. At the Rip-Off Report, we call these consumer advocates Rip-Off Reporters. Do you have what it takes?

## Become a Rip-Off Reporter

You may have just finished entering in a Rip-Off, but still have the feeling that you need to do more. We've created the Rip-Off Reporter section of the Rip-Off Report to allow people to collaborate in an effort to expose bad business more effectively.

Were always looking for new stories. We have many leads and information on people who are victims of a Rip-Off and we need you to investigate and submit that story.

Below we have outlined some Rip-Off reporting tactics to use in digging up bad businesses or expanding on the report you may have made to create a larger file on a particular business. The larger the file we can create and the more accurate information on a business's bad practices, the better chance we have of making them succumb to the pressure and change.

## Questions to ask

1. Are there other people who have had similar experiences?

Well we would like to solicit your help in finding out all you can on a particular Rip-Off.

2. Is there trend with a particular companies business practice?

If so, can I find other people with similar experiences to post to the Rip-Off Report? Searching the internet will produce some interesting results. Email them and ask them some questions about their experience. Get them to submit their own report at www.RipOffReport.com.

3. Is the business a chain?

If so, the business' bad practices may not be limited to the local store your involved with and may be a national problem. Try finding out if similar problems exists at other locations outside your state.

Searching the Internet is excellent method of finding information similar to your report and to answering some of these questions. There may be other questions to ask depending on the type of situation you have. If you have any questions you can always e-mail us at info@RipOffReport.com

### For your satisfaction, at first...

Unfortunately, we will not be able to pay at this time. Normally, our Rip-Off Reports are anonymous, but if you want exposure, simply provide your first name, followed by the words RIP-OFF REPORTER, in the text of the report so that people may respond to your report if they have further information about the posting you made. Once we see your work over a period of time, we feel you're honest and dedicated, and depending on the region you're in you will be considered for compensation.

### Contact our professionals

With the RipOffReport.com, we feel we have given you a great tool and resource for bringing bad businesses to the attention of the world. But if you feel you need more information or help, let our professionals know by contacting them via reporters@RipOffReport.com.

| | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is | Having trouble searching or filing a report? It may be a browser problem. See our FAQ |

Feel free to send us suggestions and comments to our editorial staff.

needed to submit and search     for help for reports.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com