EXHIBIT G

Case 1:04-cv-06018   Document 234-8   Filed 01/05/2007   Page 1 of 3

Dockets.Justia.com



Having trouble searching or filing a report?
It may be a browser problem. See our FAQ for help.

Only categories which have active reports are listed, with the number in parenthesis indicating the number of reports in each category. Multiple categories can be selected using the CTRL key on the PC or the Command key on the Mac.

Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com