EXHIBIT I

Dockets.Justia.com



...by consumers, for consumers

a service of *bad*businessbureau.com

RIP-OFF Report.COM™

Don't let them get away with it.™
Make sure they make the Rip-off Report™

Home | File | Search | Register | Login

Submitted: 5/9/2005
10:26:48 AM
Modified: 10/26/2005
1:42:24 AM

Category:
**Business Consulting**

**George S May - Dolphin Pacific Group Wish I had found this site sooner! Michigian City Indiana *UPDATE ..Please consider Dolphin Pacific as a genuine, caring source for business consultation.**

Company
**George S May - Dolphin Pacific Group**
Address:
**450 St John Rd Suite 405**
**Michigian City Indiana 46360**
**U.S.A.**
Phone:
219-809-0120
Fax: 219-209-0121

A group of employees from George S May have broke off and started Dolphin Pacific!

I got the cold call and bit. When they came in to tell me about the company, I told them I wanted to research the Group. I fell for the hard sales pitch (duh). The fee is now $750.

The guy was 2 hours late the first day. His girlfriend came into town and he was late the 2nd day (which was fine as I needed the time). The "process" is a joke. The paperwork the computer spit out with numbers had George S May on it that was then blacked out by hand. I was given an invoice prior to any results (bad business move). My "report" is hand written.

I told the rep when they pitched me what my areas of concern were and they were not addressed.

In those famous words, "Don't do it!"

Bummed
USA, Indiana
U.S.A.

## Company Search

If you would like to see more Rip-off Reports ™ on George S May - Dolphin
Pacific Group, please use the search box below

George S May - Dolphin Pacific Group    [Search]

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the
  Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our advanced search page.

Update Submitted by the original author
Submitted: 5/13/2005 8:58:53 AM
Modified: 5/13/2005 8:58:53 AM

Please consider Dolphin Pacific as a genuine, caring source for business consultation.

I received a phone call from Dolphin Pacific and they addressed all the issues. I feel that I should have opened a line of
communication after the visit, and I apologize to them for having not. Listen to what they have done:

1. They have refunded our fee.
2. Offered to send the head of the division at no charge (not even paying for food, hotels or flights) to follow up and address
the issues we wanted to focus on.
3. Are going to make a phone call on our behalf to a vendor we are having issues with to see how we can better work with
them.

Had they said we will give you half of the fee back or offered the George S May "off the clock" visit, I would not have been
back here to rebutt my words and I do not feel like I have been paid off to do so. I think they honestly care and the few
remaining issues can be overlooked given the level of service afterwards.

Lewis - knoxville, Tennessee

U.S.A.

Rebuttal REBUTTAL Individual responds
Submitted: 5/13/2005 9:24:26 AM
Modified: 5/13/2005 9:24:26 AM

Simply Not True!

I must say that I find it amazing that someone in todays business arena, who is a business owner would be so very tacky. This person agreed on paper to do business with Dolphin Pacific Group. My Client paid a very small fee for a very valuable survey. So now the business owner complains about the fee? This is what this is truly all about.I feel we need to really be honest here,the client(business owner) had at least 5 different things going on. So how could he be aware of a great analyses when he was hardly even there? How would he even know what was good or bad.If he was not happy with the way things were going it seems that as a business owner he would have spoken up. After all I was there for two days. He (my client) even took me to lunch! He was kind and nice.I felt sorry for him, as his father was ill with a hurt shoulder and he had to go get his medication for him. As far as using another company's software this man has no clue of what the software was in my pc for he was hardly even around to notice.What about the girl friend story,what a great imagination.I guess he felt that I was dating the taxi driver,as she was an older woman.Believe me she wasent my type.I am troubled, that he went to these extremes to try to discredit Dolphin Pacific.When the truth is very simple,after it was all said and done at the end of the day,why did he give me a check for $750.00? You know why! Ill tell you why,he had a great survey on his company and he knows it.

Sincerly The Represenative

Donald - Willis, Texas
U.S.A.

Rebuttal Consumer Comment
Submitted: 5/13/2005 12:10:47 PM
Modified: 5/13/2005 12:10:47 PM

foot in mouth

I love the timing of the posted response from the individual involved...not minutes after the original poster updates the report and praises the company on their follow thru on what he believed to be unsatisfactory services, this joker goes and pisses all over his own reputation with a smart-mouthed unprofessional rebuttal....

Good thing he's not in PR...LOL

Douglas - Worcester, Massachusetts

U.S.A.

**Rebuttal Consumer Comment**
Submitted: 5/13/2005 2:35:36 PM
Modified: 5/13/2005 2:35:36 PM

**Pardon my skepticism, but....**

Pardon my skepticism, but a startup company (Dolphin Pacific) that uses their employees' and executives' previous association with George S. May as a door-opener isn't exactly inspiring confidence in their target market.

Don't forget that International Profit Associates was started by a former George S. May executive, John Burgess, who is a disbarred lawyer and convicted felon.

You know what they say, if it walks like a duck, quacks like a duck, etc. Dolphins might not look too much like ducks but they both swim in the same water, don't they?

**Frank - New Orleans, Louisiana**
**U.S.A.**

---

**Update Submitted by the original author**
Submitted: 5/13/2005 11:10:03 PM
Modified: 5/13/2005 11:10:03 PM

**Response to Donald - Just when I thought things were better....**

1. Day 1 you were 2 hours late. Point blank. I was 15 minutes late that day as I went to visit my father in the hospital who had surgery the day prior.

2. Your "girlfriend" as you described her to me and "wife" as you told another member of my staff in the black Acura hatchback with Georgia plates. Wanna discuss this further considering you told me her background? Taxi driver...lol. That must have been one hell of a fare.

3. Complain about the fee? Where? All I stated is that the fee is $750 - comparing it to the fee George S May is charging. Reread my statement!

4. I had 5 different things going on? You betcha! I run a small business. I had committed to the survey based on the amount of time I was told it was going to take from Lewis and Mitch (the sales reps). Not sure what happened, but we went way over based on their statements. I also had commitments to my customers and my family. And dropping you back off at your hotel even though it was a 30 minute round trip OUT OF MY WAY but was happy to do it. Just like I was happy to get you free

tickets to the Comedy Zone. I gotta stop being a nice guy.

5. "No clue" on the software? I have in MY hands a sheet that at the top states "George S. May International Company" with a Sharpie drawn thru it. You know the one.....Form #190H, "Breakdown of Operating Costs", Rev. 6/04/2002, Copyright 1994, All Rights Reserved: George S. May Company International. You made the statement that the founders of Dolphin are ex-employees of George S. May.

Rebuttal REBUTTAL employee
Submitted: 6/29/2005 10:43:34 AM
Modified: 6/29/2005 10:43:34 AM

Lewis - Knoxville, Tennessee
U.S.A.

They are just like George S May!

6. A great survey? You initially rated me 25% on Objective Planning. However, after I showed you how we organize new projects and as they become a new product, you then changed our score to 70%. I asked my staff if you asked them questions or watched what they did. Wanna guess the answer?

My conversation this morning with Mr. Roy (President) made me feel better. Your comments here have me questioning again what is going on. How dare you call me a liar and "tacky" for reporting the truth!

They owe me over $1500 for expenses that I paid for and never paid by them for.

I submitted my expense reports and they refuse to pay.

Do not do business with these people!

Thomas - Mckinney, Texas
U.S.A.

Rebuttal UPDATE EX-employee responds
Submitted: 10/25/2005 9:44:50 PM
Modified: 10/25/2005 9:44:50 PM

Getting your expenses paid

Thomas,

Email them and tell them that if they don't respond and pay the expenses, that you will be turning them into your state's fair labor board. I too had the same problem, but after threatening them with legal action, they paid up in full within 2 weeks.

Joseph - Phoenix, Arizona
U.S.A.

---

**REBUTTAL BOX**

**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too! CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person, **YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

[X] Banner 468x60

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Technical questions can be addressed to our webmaster.

Feel free to send us suggestions and comments to our editorial staff.

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright: © 2002 A Service of: badbusinessbureau.com

Sign in

Google

Dolphin Pacific Group

[Search] [Preferences] Advanced Search

Web    Images    Video    News    Maps    more »

Web

Results 1 - 10 of about **1,190,000** for **Dolphin Pacific Group**. (0.09 seconds)

Rip Off Report:George S May - **Dolphin Pacific Group** Wish I had ....
George S May - **Dolphin Pacific Group** Wish I had found this site sooner!
Michigan City Indiana.
www.ripoffreport.com/view.asp?id=142037 - 46k - Cached - Similar pages

**Dolphin Pacific Group**, Michigan City, IN on MacRAE's Blue Book ...
Administrative & general management consulting services; business
consulting services.
www.macraesbluebook.com/search/company.cfm?company=751270 - 16k -
Cached - Similar pages

**Pacific** White-sided **Dolphin** - Wikipedia, the free encyclopedia
The **Pacific** White-sided **Dolphin** (Lagenorhynchus obliquidens) is a very
active **dolphin**. ... Cetacean Specialist **Group** (1996), Lagenorhynchus
obliquidens. ...
en.wikipedia.org/wiki/**Pacific**_White-sided_**Dolphin** - 25k -
Cached - Similar pages

Striped **Dolphin** - Wikipedia, the free encyclopedia
Japan has hunted Striped **Dolphin** in the western **Pacific** since at least the
1940s. ... Cetacean Specialist **Group** (1996), Stenella coeruleoalba. ...
en.wikipedia.org/wiki/Striped_**Dolphin** - 28k - Jan 4, 2007 -
Cached - Similar pages

**Dolphin Interactions** with the Eastern Tropical **Pacific** Tuna Purse ...
AIDCP meetings conducted included the Permanent Working **Group** on
Tuna Tracking. ... **Pacific** Ocean (ETP) aggregated beneath schools of
**dolphin** stocks. ...
www.nmfs.noaa.gov/ia/intlagree/aidcp.htm - 26k - Cached - Similar pages

## ANIMAL BYTES - Bottlenose **Dolphin**

COMMON NAME:, bottlenose **dolphin**, Atlantic bottlenose **dolphin**, **Pacific** ... In open waters, a **dolphin group** sometimes encircles a large school of fish and ...
www.swbg-adventurecamps.com/.../deuterostomes/
chordata/craniata/mammalia/cetacea/bottlenose-**dolphin**.htm - 76k -
Cached - Similar pages

## Osborn **Pacific Group** Home Page

Osborn **Pacific Group** Inc. is an experienced team of resourceful and creative landscape ... Osborn **Pacific Group** Inc. Web site designed by **Dolphin** Design. ...
www.osborn**pacific**.com/ - 7k - Cached - Similar pages

## The Action Plan for Australian Cetaceans - Indo-**Pacific** humpbacked ...

Indo-**Pacific** humpbacked **dolphin**. ... Biodiversity **Group**, Environment Australia, September 1996 ISBN 0 642 21388 7. Contents > Previous > Next ...
www.deh.gov.au/coasts/publications/cetaceans-action-plan/whaleap5c.html - 23k - Cached - Similar pages

## Tongaholiday.com - **Dolphin Pacific** Diving

**Dolphin Pacific** Diving · Friendly Islands Kayak's Whale Discovery ... We have specially designed dive and whalewatch vessels - charter or join in a **group**. ...
www.tongaholiday.com/tonga/export/
sites/TVB/activities/whalewatching/vavau/**dolphin**.html - 9k -
Cached - Similar pages

## Zoocheck Canada Inc. - Programs & Projects: NH **Dolphin**

In the eastern **Pacific**, **group** size is usually 15 or less near the shore but 25 - 50 ... In the Atlantic Ocean, bottlenose **dolphins** range from Nova Scotia to ...
www.zoocheck.com/programs/marine/NH**dolphins**.shtml - 19k -
Cached - Similar pages

Result Page:  **1** 2 3 4 5 6 7 8 9 10    **Next**

Get organized for the new year with Google Desktop.

| Dolphin Pacific Group | Search |

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2007 Google