JKB/cic/303597                                                                                        5634-2-51

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04 C 6018 ) |
| XCENTRIC VENTURES, LLC, et al., | ) Judge Charles R. Norgle ) |
| Defendants. | ) Magistrate Judge Mason |

### NOTICE OF FILING

TO:    Bart A. Lazar, Esq.
       Rachel M. Kindstrand, Esq.
       SEYFARTH SHAW LLP
       131 South Dearborn Street, Suite 4200
       Chicago, IL 60603

   PLEASE TAKE NOTICE that on the 8th day of January, 2007 there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Response To Plaintiff's (Second) Motion To Hold Defendants In Contempt**, a copy of which is attached hereto and hereby served upon you.

                            XCENTRIC VENTURES, LLC and ED MAGEDSON


                            By:_____/s/ James K. Borcia_____
                                    One of Their Attorneys

| | |
|---|---|
| Maria Crimi Speth, Esq. | James K. Borcia |
| JABURG & WILK PC | David O. Yuen |
| 3200 North Central Avenue, Suite 2000 | TRESSLER, SODERSTROM, MALONEY |
| Phoenix, AZ 85012 | & PRIESS, LLP |
| (602) 248-1000 | 233 South Wacker Drive, 22nd Floor |
| | Chicago, IL 60606-6308 |
| | (312) 627-4000 |