## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

George S. May International Company

                                          Plaintiff,

v.                                                               Case No.: 1:04−cv−06018
                                                             Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 10, 2007:

      MINUTE entry before Judge Michael T. Mason : When this Court requests a courtesy copy to be delivered to chambers, room 2206, we mean that a courtesy copy should be hand delivered DIRECTLY TO CHAMBERS, ROOM 2206, not depositied in the drop box in the lobby or on the 20th floor. This has been a continuing problem with defendants' courtesy copies and continuation of such practices may result in those pleadings being stricken. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com