**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY**, ) ) ) | |
| Plaintiff, ) ) ) | |
| -vs- ) ) | Case Number: 04 C 6018 |
| **XCENTRIC VENTURES, LLC,** ) **RIP-OFF REPORT.COM** ) **BADBUSINESSBUREAU.COM,** ) **ED MAGEDSON, VARIOUS** ) **JOHN DOES, JANE DOES AND** ) **ABC COMPANIES,** ) ) | Judge Charles R. Norgle<br><br>Magistrate Judge Michael T. Mason |
| Defendants. ) | |

## NOTICE OF MOTION

TO:  James K. Borcia, Esq.          Maria Crimi Speth
     David O. Yuen, Esq.             Jaburg & Wilk, P.C.
     Tressler, Soderstrom, Maloney & Priess   Great American Tower
     233 South Wacker Drive, 22nd Floor  3200 North Central Avenue, Suite 2000
     Chicago, IL  60606-6308         Phoenix, AZ 85012

**PLEASE TAKE NOTICE** that on January 12, 2007, at 10:30 a.m., we will appear before the Honorable Charles R. Norgle, or any judge sitting in his place or stead in Room 2341 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present this **Plaintiff George S. May International Company's Motion to Stay Briefing On Defendants' Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(f),** a copy of which is attached and hereby served upon you.

Dated:  January 10, 2007            **GEORGE S. MAY INTERNATIONAL COMPANY**


                                    By: s/Rachel M. Kindstrand
                                        One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL  60603
(312) 346-8000

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2007, I electronically filed **the Notice of Motion of Plaintiff George S. May International Company's Motion to Stay Briefing On Defendants' Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(f)** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

> James K. Borcia
> David O. Yuen
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois  60606-6308
>
> Maria Crimi Speth
> Jaburg & Wilk, P.C.
> Great American Tower
> 3200 North Central Avenue, Suite 2000
> Phoenix, AZ 85012


> s/  Rachel M. Kindstrand