**Exhibit F**



...by consumers, for consumers
a service of badbusinessbureau.com

# RIP-OFF Report.com

Don't let them get away with it.™
Make sure they make the Rip-off Report™

Home | File | Search | Register | Login

Submitted: 12/9/2005 10:10:58 PM
Modified: 8/24/2006 9:59:08 PM

Category:
Consumer Services

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program; ED Magedson, Founder of Rip-off Report explains how this program works to benefit both the consumer and the Reported business on Rip-off Report.com
Tempe Arizona Internet

Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program
Address:
PO Box 310
Tempe Arizona  85280
U.S.A.
Phone:
602-518-4357
Fax: 425-799-9729

Rip-off Report Corporate Advocacy Business Remediation and Customer Satisfaction Program,...A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business. The membership involves a commitment to Rip-off Report by the member businesses. - No matter how many Reports are listed on Rip-off Report about thier business; it's never too late!

Carefully developed and conservatively used for over two years, the Corporate Advocacy Program has rapidly grown to be more successful than we even imagined. A business that is interested in being better, who recognizes the need to make changes, is the kind of business that this program will help. Any business that is interested in being better, that recognizes the need to change and commits to making those changes is the kind of business consumers want to do business with and is the kind of business we will accept as a Corporate Advocacy Program member.

by ED Magedson - Founder Rip-off Report

As a matter of policy, when Rip-off Report is retained by a company to investigate independently and to publish our findings, we use every bit of information at our disposal to determine the truthfulness of the complaints against the company or individual.

NOTE: *As a part of the Corporate Advocacy Program Rip-off Report verifies all Reports and Rebuttals, and will expose those posted erroneously.*

Our philosophy....

ALL BUSINESSES WILL GET COMPLAINTS, BUT HOW THOSE BUSINESSES HANDLE THOSE COMPLAINTS SEPARATES GOOD BUSINESSES FROM BAD BUSINESSES.
*It is never too late for any business or individual to make a complete turnaround, making amends by making it right, even if it took a long time to do so.*

This program is called Rip-off Report Corporate Advocacy, Business Remediation & Customer Satisfaction Program. *A long name for a program that does a lot for both the consumer and the Reported business alike.*

This program requires the Member Business to agree to satisfy all complaints past, present and in the future, even when those complaints that come to us by e-mail .

The Member Business must also state improvements they are willing to make to their business that benefit the customer to avoid the reported problems from happening again in the future.

Rip-off Report has and always will be working hard for you, the consumer, so you can feel confident about what to look for when dealing with a business. Remember, just because a company is reported on Rip-off Report does not mean you should not do business with them. Use Rip-off Report information as a tool to your advantage, so you know what to look out for when dealing with that company or individual.

*Not all reports should be taken as complete gospel. Some people will maliciously post complaints on the Internet and this is beyond the control of Rip-off Report. Remember, consumers and businesses both file frivolous lawsuits every day! Readers need to use their own judgment when considering any complaints posted on the Internet.*

ONCE A RIP-OFF REPORT IS FILED, IT WILL NEVER, EVER DISAPPEAR...
Unlike other consumer agencies, once a Rip-off Report is filed, it will never, EVER disappear. Why? Our theory is it is better to see how a company or individual rectified complaints in the past. So, in the future if you see no new complaints about a company and you can see the history of how past complaints were resolved, wouldn't you feel more comfortable doing business with that company or individual? After all, all businesses will get complaints. It is impossible to satisfy all of the

people all of the time.. no matter who you are.

NOTE: Around two years ago in the early stages of developing this program, Rip-off Report did consider removing reports for one company. We immediately realized that by doing so, we would destroy the credibility of the Corporate Advocacy Program ourselves! We developed another method to offset negativity for that company that still remains in place within this program today. NO reports have ever been deliberately removed to date. (Working with electronic mediums subject to system failures and attacks from detractors, Rip-off Report cannot guarantee with 100% certainty that NOTHING has ever disappeared. This site has had to be restored from backups more than once in the past, and we can only offer our deepest apologies if something important to you has gone missing.)

RIP-OFF REPORT DOES NOT SOLICIT THE CAP PROGRAM
Rip-off Report does NOT solicit the Corporate Advocacy Program. This program is only for those businesses that come to Rip-off Report with a desire to rectify the complaints and change their ways after realizing they can do better for their customers.

Keep in mind, many businesses never did anything wrong at all or were the victim of circumstances or some misunderstanding. Hey, thanks to Al Gore starting the Internet ;-) ..consumers now have the edge and don't have to wait for their 15 minutes of fame at their local TV Station or some newspaper that could possibly misquote them anyway.

IT IS IMPOSSIBLE TO SATISFY ALL THE PEOPLE ALL OF THE TIME...
It is impossible to satisfy all the people all of the time, but consumers can feel more secure knowing they are doing business with a member of our Corporate Advocacy Program. If a Member Business does not live up to their stated commitment, Rip-off Report is here to help. If a member business does not live up to its promised commitments to their customers in a very short period of time, that business is off the Corporate Advocacy Program. This program has been running over 2 years as a test and is now ready to expand further.

RIP-OFF REPORT CHOOSES TO BE A POSITIVE FORCE IN THE CONSUMER WORLD BY ASSISTING BUSINESSES THAT WANT TO IMPROVE AND PROVIDE THE BEST CUSTOMER SERVICE AVAILABLE

All businesses will get complaints from time to time.
All businesses will make mistakes. It's a fact of business life.
Smart and honest businesses know when to admit change is needed within their organization and strive to make those changes. Those admissions show and verify a businesses' commitment to make changes will earn the respect of any consumer running across a Rip-off Report filed on a business, producing new found business.

"No company or even government agency is perfect. That is why political activists, and consumer advocacy groups like Rip-off Report are needed to instigate public action for the betterment of our society."
United States Assistant Attorney General

What was once only a theory is now a proven successful program....
The Corporate Advocacy Program resulted from businesses realizing that they had made mistakes and were seeking a way to satisfy complaints and make them good. Businesses began asking for Rip-off Report to become involved and help them repair their past errors.

Corporate Advocacy Members have stated the following...

*Corporate Advocacy Program makes good business sense.

*CAP accomplishes what the Better Business Bureau BBB concept could never do. BBB hides our mistakes and does not educate the consumer on how we satisfied the complaint. Usually a BBB complaint is not settled for the full amount, much less than what the consumer is owed. The BBB is always on the side of their members, unless there is some adverse publicity on the horizon, the BBB will give them an unsatisfactory rating.

*ED, your creation of this Program turned our business around.

*ED. I did not believe you when you said, "by doing this program, the reports will turn a negative in to a positive and once that is done, we will wish there were more Rip-off Reports on our business! Now I understand what you were saying, it's true!

*The Corporate Advocacy Program helped employee morale as well as improved our sales.

*Granted, we needed to make changes, but if it were not for Rip-off Report Corporate Advocacy Program we would never have known what they were.

*We might not have ever admitted there were problems unless we were exposed like we were, we all need a little reality check one in a while.

Educating YOU, the consumer. What to look out for and what a reported business has done or not done to improve customer satisfaction. This goal is one of the most important reasons for the existence of Rip-off Report. For those businesses that recognized they needed to make a change and to improve their customer service, we developed the Corporate Advocacy Business Remediation & Customer Satisfaction Program that will help both the business and the consumer.

For the business, this program will turn the Rip-off Reports from a negative into a positive and permanent advertisement. That is, IF the business lives up to their stated commitment to customer satisfaction to totally rectify all past and future complaints.

For the consumer, the Corporate Advocacy Program gives the confidence they needed to do business with them. *All consumers would want to do business with someone that was honest enough to realize there might have been some sort of a problem in the past, and now they are making things right. Completely right and not the BBB way. We all make mistakes.

*Again, all Businesses will make mistakes. How those businesses correct their mistakes and make things right, separates good businesses from the rotten ones.*

Be sure to contact us about any business that is on the Corporate Advocacy Program. Your questions, comments and suggestions are always welcome and will be considered even if we don't agree with them. Please realize Rip-off Report is charting new territory, working to make a long overdue change for the consumer and business alike. We will make mistakes, too. Please send us your input on how to improve this program.

BOTTOM LINE FOR BOTH THE CONSUMER AND THE REPORTED BUSINESS

Businesses enrolling in our program will address a perceived or admitted wrong, and make it right upon verification of the complaint. All legitimate verified complaints MUST be addressed. Bottom line. Your Bottom line!

ED Magedson * Founder
EDitor@ripoffreport.com*badbusinessbureau.com*
www.ripoffreport.com

Don't let them get away with it.
Make sure they make the Rip-off Report!

We are not lawyers.
We are not a collection agency.

We are Consumer Advocates.
...*the victims' advocate*

We are a Worldwide Consumer Reporting News Agency
...*by consumers, for consumers*

Rip-off Report
Tempe, Arizona
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program, please use the search box below

Rip-off Report Corporate Advocacy Business Remed [Search]

**In order to assure the best results in your search:**

- *Keep the name short & simple, and try different variations of the name.*
- *Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.*
- *Use only the first/main part of a name to get best results.*
- *Only search one name at a time if Company has many AKA's.*

<u>Click here</u> to go to our *advanced search* page.

---

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too! <u>CLICK HERE</u> to Send us your rebuttal on this specific report

*only.*

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
<u>CLICK HERE</u> to File your OWN Rip-Off Report

[x] Banner 468x60

Feel free to send us suggestions and comments to our <u>editorial staff</u>.

Technical questions can be addressed to our <u>webmaster</u>.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our <u>FAQ</u> for help

Copyright © 2002 A Service of badbusinessbureau.com