IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GEORGE S. MAY INTERNATIONAL COMPANY**, ) ) ) | |
| Plaintiff, ) ) | |
| -vs- ) ) | Case Number: 04 C 6018 |
| **XCENTRIC VENTURES, LLC,** ) | Judge Charles R. Norgle |
| **RIP-OFF REPORT.COM** ) | |
| **BADBUSINESSBUREAU.COM,** ) | Magistrate Judge Michael T. Mason |
| **ED MAGEDSON, VARIOUS** ) | |
| **JOHN DOES, JANE DOES AND** ) | |
| **ABC COMPANIES,** ) ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   James K. Borcia, Esq.                    Maria Crimi Speth
      David O. Yuen, Esq.                       Jaburg & Wilk, P.C.
      Tressler, Soderstrom, Maloney & Priess    Great American Tower
      233 South Wacker Drive, 22nd Floor        3200 North Central Avenue, Suite 2000
      Chicago, IL  60606-6308                   Phoenix, AZ 85012

**PLEASE TAKE NOTICE** that on January 16, 2007 at 9:00 a.m., we will appear before the Honorable Michael T. Mason, or any judge sitting in his place or stead in Room 2214 in the United States District Court, Northern District, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and will then and there present **Plaintiff's Motion to Compel Discovery Responses,** a copy of which is attached and hereby served upon you.

Dated:  January 10, 2007                    **GEORGE S. MAY INTERNATIONAL COMPANY**


                                            By: s/Rachel M. Kindstrand
                                                One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
55 East Monroe, Suite 4200
Chicago, IL  60603
(312) 346-8000

CH1 11160455.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, I electronically filed **Notice of Motion of Plaintiff's Motion to Compel Discovery Responses** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

> James K. Borcia
> David O. Yuen
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois  60606-6308
> Maria Crimi Speth
> Jaburg & Wilk, P.C.
> Great American Tower
> 3200 North Central Avenue, Suite 2000
> Phoenix, AZ 85012

> s/ Rachel M. Kindstrand

CH1 11160455.1