# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

George S. May International Company

                                      Plaintiff,

v.                                                           Case No.: 1:04–cv–06018
                                                                     Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 11, 2007:

      MINUTE entry before Judge Michael T. Mason : Defendants' response to plaintiffs' motion to compel [241] to be filed by 1/22/07, with a courtesy copy delivered directly to CHAMBERS, room 2206. No reply unless ordered by the Court. Ruling by mail. No appearance is required on the noticed motion date of 1/16/07. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com