**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 04-C-6018

George S. May International Company v. XCentric Ventures, LLC, Ripoffreport.com, Badbusinessbureau.com, Ed Magedson, Various John Does, Jane Does, ABC Companies

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

George S. May International Company

| | |
|---|---|
| NAME (Type or print) Daniel F. Lanciloti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel F. Lanciloti | |
| FIRM Seyfarth Shaw LLP | |
| STREET ADDRESS 131 S. Dearborn St., Suite 2400 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6225408 | TELEPHONE NUMBER (312) 460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2007, I electronically filed the attached **Appearance** on behalf of Plaintiff George S. May International Company with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

> James K. Borcia
> David O. Yuen
> Tressler, Soderstrom, Maloney & Priess
> 233 South Wacker Drive, 22nd Floor
> Chicago, Illinois 60606-6308
>
> Maria Crimi Speth
> Jaburg & Wilk, P.C.
> Great American Tower
> 3200 North Central Avenue, Suite 2000
> Phoenix, AZ 85012

_s/ Daniel F. Lanciloti_