## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

George S. May International Company

                                Plaintiff,

v.                                         Case No.: 1:04–cv–06018
                                        Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, January 12, 2007:

      MINUTE entry before Judge Charles R. Norgle Sr.:Motion hearing held on 1/12/2007. Defendants' response to Plaintiff's Motion to Stay [239] is due by 1/19/2007. Plaintiff's reply is due by 1/26/2007. Plaintiff's time to respond to Defendants' Motion for Summary Judgment [222] is extended to and until 2/16/2007. Defendants' reply is due by 3/2/2007.Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.