# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

George S. May International Company

                                  Plaintiff,

v.                                           Case No.: 1:04–cv–06018
                                                    Hon. Charles R. Norgle Sr

Xcentric Vventures, LLC, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 22, 2007:

      MINUTE entry before Judge Charles R. Norgle Sr.: Counsel have advised the court that this matter has settled. All pending deadlines, filing dates, and briefing schedule are stayed until further order of court. The case remains set for a status hearing on February 8, 2007 at 9:30 a.m.Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.