UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
JAN 1 1 2007 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GEORGE S. MAY )
INTERNATIONAL COMPANY, )
 )
 Plaintiff, )
 ) Case Number: 04-C-6018
 -vs- )
 ) Judge Norgle
XCENTRIC VENTURES, LLC, )
RIP-OFF REPORT.COM ) Magistrate Judge Mason
BADBUSINESSBUREAU.COM, )
ED MAGEDSON, VARIOUS )
JOHN DOES, JANE DOES AND )
ABC COMPANIES, )
 )
 Defendants. )

## NOTICE OF FILING

To: James K. Borcia, Esq.          Maria Crimi Speth
    David O. Yuen, Esq.             Jaburg & Wilk, P.C.
    Tressler, Soderstrom, Maloney & Priess   Great American Tower
    233 South Wacker Drive, 22nd Floor    3200 North Central Ave., Suite 2000
    Chicago, Illinois 60606-6308     Phoenix, Arizona 85012

**PLEASE TAKE NOTICE** that on January 11, 2007, Plaintiff George S. May International Company filed under seal with the United States District Court, Northern District of Illinois, Eastern Division, **Exhibit D to Plaintiff George S. May International Company's Motion to Compel Discovery Responses**, a copy of which is attached hereto and hereby served upon you.

GEORGE S. MAY INTERNATIONAL
COMPANY

By: *Rachel M. Kindstrand*
One of Its Attorneys

Bart A. Lazar, Esq.
Ronald L. Lipinski, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
131 South Dearborn, Suite 2400
Chicago, IL 60603
(312) 460-5000

CHI 11160545.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of **Exhibit D to Plaintiff George S. May International Company's Motion to Compel Discovery Responses**, which was filed under seal, was served on the following opposing counsel via United State mail, postage prepaid, on January 11, 2007:

> James K. Borcia, Esq.
> David O. Yuen, Esq.
> Tressler, Soderstrom, Maloney & Priess, LP
> 233 South Wacker Drive, 22nd Floor
> Chicago, IL 60606-6308
>
> Maria Crimi Speth
> Jaburg & Wilk, P.C.
> Great American Tower
> 3200 North Central Avenue, Suite 2000
> Phoenix, AZ 85012

*/s/ Rachel M. Kindstrand*
Rachel M. Kindstrand

CH1 11160545.1