UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE S. MAY INTERNATIONAL COMPANY, ) ) ) | |
| Plaintiff, ) ) | Case Number 04-C-6018 |
| -vs- ) ) | Judge Norgle |
| XCENTRIC VENTURES, LLC, ) RIP-OFF REPORT.COM ) BADBUSINESSBUREAU.COM, ) ED MAGEDSON, VARIOUS ) JOHN DOES, JANE DOES AND ) ABC COMPANIES, ) ) | Magistrate Judge Mason |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiff George S. May International Company ("Plaintiff") and Defendants XCentric Ventures, LLC, Edward Magedson, Rip-off Report.com, and Badbusinessbureau.com ("Defendants") (collectively "the Parties"), hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) to the dismissal of this case with prejudice and with each party to bear its own costs.

The Parties, having settled and resolved all disputes among them, hereby jointly move for an Order entering this Stipulation and dismissing this case with prejudice and with each party to bear its own costs.

Stipulated and Agreed to this 6th of February, 2007.

GEORGE S. MAY
INTERNATIONAL COMPANY
Plaintiff

By: /s/Ronald L. Lipinski
One of Its Attorneys

Ronald L. Lipinski, Esq.
Bart A. Lazar, Esq.
Rachel M. Kindstrand, Esq.
Seyfarth Shaw LLP
131 S. Dearborn St., Suite 2400
Chicago, Illinois 60603

XCENTRIC VENTURES, LLC,
EDWARD MAGEDSON, RIP-
OFF REPORT, BADBUSINESS
BUREAU.COM,
Defendants

By: Maria C. Speth
One of Their Attorneys

Maria Crimi Speth, Esq.
Jaburg & Wilk, P.C.
Great American Tower
3200 North Central Ave., Suite 2000
Phoenix, Arizona 85012

James K. Borcia, Esq.
David O. Yuen, Esq.
Tressler, Soderstrom, Maloney &
   Priess
233 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

## CERTIFICATE OF FILING/SERVICE

I, the undersigned attorney, hereby certify that on February 6, 2007, I electronically filed the **Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to the following:

>James K. Borcia, Esq.
>David O. Yuen, Esq.
>Tressler, Soderstrom, Maloney & Priess
>233 South Wacker Drive, 22nd Floor
>Chicago, Illinois 60606
>
>Maria Crimi Speth, Esq.
>Jaburg & Wilk, P.C.
>Great American Tower
>3200 North Central Avenue, Suite 2000
>Phoenix, Arizona 85012

                                              s/   Bart A. Lazar