## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 C 6018 | DATE | 2/9/2007 |
| CASE TITLE | G.S. May Int'l Co. vs. Xcentric Ventures, et al. | | |

**DOCKET ENTRY TEXT**

The parties have filed a Stipulation to Dismiss with prejudice, pursuant to FRCP 41(a)(1)(ii). The Stipulation to Dismiss is entered. The court dismisses this case with prejudice, with each party to bear its own costs.

*[Signature: Charles R. Norgle]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|

04C6018 G.S. May Int'l Co. vs. Xcentric Ventures, et al.  Page 1 of 1

Dockets.Justia.com